# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, *et al.*, <br><br> Defendants. | Civil Action No. 6:22-cv-01130 |

## NOTICE OF APPEARANCE

Please take notice that BRIAN C. WARD, U.S. Department of Justice, Civil Division, hereby enters his appearance on behalf of the Defendants for the limited purpose of contesting this Court's subject matter jurisdiction over this case and moving to transfer this case under 28 U.S.C. § 1631. This appearance is made without waiver of, and does not concede, any objection to subject matter jurisdiction, venue, or service.

Dated: April 29, 2022

Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section

EREZ REUVENI
*Assistant Director*

/s/ *Brian C. Ward*
BRIAN C. WARD
*Senior Litigation Counsel*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 616-9121
brian.c.ward@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2022, I electronically filed this notice with the Clerk of the Court for the United States District Court for the Western District of Louisiana by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

/s/ *Brian C. Ward*
BRIAN C. WARD
U.S. Department of Justice