IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, *et al.*, <br><br> Defendants. | No. 6:22-cv-001130-DCJ-CBW |

**NOTICE OF APPEARANCE**

Please take notice that EREZ REUVENI, U.S. Department of Justice, Civil Division, hereby enters his appearance on behalf of the Defendants for the limited purpose of contesting this Court's subject matter jurisdiction over this case and moving to transfer this case under 28 U.S.C. § 1631. This appearance is made without waiver of, and does not concede, any objection to subject matter jurisdiction, venue, or service.

//

//

Dated: May 1, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section

*/s/ Erez Reuveni*
EREZ REUVENI
Assistant Director
U.S. Department of Justice
Civil Division, Office of Immigration Litigation
450 5th St NW
Washington, DC 20530
Tel: (202) 307-4293
Email: erez.r.reuveni@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2022, I electronically filed this notice with the Clerk of the Court for the United States District Court for the Western District of Louisiana by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

*/s/ Erez Reuveni*
EREZ REUVENI
U.S. Department of Justice