UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
Choose an item.

| | |
|---|---|
| Arizona et al. | Case No.  6:22-cv-01130-DCJ-CBW |
| Plaintiffs | |
| VS. | Judge  David C. Joseph |
| Merrick Garland, et al. | Magistrate Judge  Hon. Carol B. Whitehurst |
| Defendants. | |

**ORDER**

IT IS ORDERED that Drew C. Ensign be and is hereby admitted to the bar of this Court pro hac vice on behalf of the State of Arizona in the above-described action.

SO ORDERED on this, the _____ day of _____, 20_____.

 

_____
U.S. Magistrate Judge