UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
Choose an item.

| Arizona et al. | Case No. | 6:22-cv-01130-DCJ-CBW |
|---|---|---|
| Plaintiffs | | |
| VS. | Judge | David C. Joseph |
| Merrick Garland, et al. | Magistrate Judge | Hon. Carol B. Whitehurst |
| Defendants. | | |

**ORDER**

IT IS ORDERED that Drew C. Ensign be and is hereby admitted to the bar of this Court pro hac vice on behalf of the State of Arizona in the above-described action.

SO ORDERED on this, the  5th  day of  May , 20 22 .

_____
U.S. Magistrate Judge