# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF ARIZONA, By and through its Attorney General, MARK BRNOVICH; et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND in his official capacity as Attorney General of the United States of America; et al.,<br><br>        Defendants. | Civil Action No. 6:22-cv-01130 |

## [PROPOSED] ORDER

Good cause appearing, Plaintiffs' Unopposed Motion to Continue or Reset is GRANTED.

The hearing on Defendants' Motion to Transfer (Dkt. 5) is continued to _____.

SO ORDERED.

_____
DAVID C. JOSEPH
U.S. DISTRICT JUDGE