UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| Arizona et al. | Case No. 6:22-cv-01130-DCJ-CBW |
| Plaintiff | |
| VS. | Judge Honorable David C. Joseph |
| Garland et al. | Magistrate Judge Honorable Carol B. Whitehurst |
| Defendant | |

## MOTION TO APPEAR PRO HAC VICE

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court to appear on behalf of the State of South Carolina in the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the United States District Court for the District of South Carolina or the bar of South Carolina Supreme Court, which is the highest court of such state. Attached hereto is a certificate of good standing from such court.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, Elizabeth B. Murrill of the Louisiana Department of Justice is appointed as local counsel.

*(Rev. 11/27/18)*

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

_____  
Signature of Applying Attorney

_____  
Signature of Local Counsel

Applying attorney must sign. No "s/ signature" accepted.

Local counsel may use typed "s/ signature" and must file electronically.

PLEASE TYPE OR PRINT LEGIBLY:

| | |
|---|---|
| Name: | Thomas T. Hydrick |
| Firm: | Office of the South Carolina Attorney General |
| Address: | PO Box 11549 Columbia, SC 29211 |
| Telephone: | (803) 734-4127 |
| Fax: | (803) 734-3677 |
| E-mail: | thomashydrick@scag.gov |
| Additional e-mail(s): | Click or tap here to enter text. |

LOCAL COUNSEL INFORMATION:

| | |
|---|---|
| Name: | Elizabeth Murrill |
| Firm: | Louisiana Dept. of Justice |
| Address: | 1885 N. Third Street Baton Rouge, LA 70804 |
| Telephone: | (225) 326-6766 |
| Fax: | Click or tap here to enter text. |
| E-mail: | murrille@ag.louisiana.gov |

Page 2 of 4