AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

## CERTIFICATE OF GOOD STANDING

I, Robin L Blume, Clerk of this Court, certify that Thomas Tyler Hydrick, Bar # 13322, was duly admitted to practice in this Court on 10/01/2020, and is in good standing as a member of the Bar of this Court.

Dated at Columbia, SC (Location) on 02/17/2022 (Date)

Robin L. Blume
*CLERK*

*DEPUTY CLERK*