UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| Arizona et al. | Case No. | 6:22-cv-01130-DCJ-CBW |
|---|---|---|
| Plaintiff | | |
| VS. | Judge | Honorable David C. Joseph |
| Garland et al. | Magistrate Judge | Honorable Carol B. Whitehurst |
| Defendant | | |

**ORDER**

IT IS ORDERED that Thomas T. Hydrick be and is hereby admitted to the bar of this Court pro hac vice on behalf of the State of South Carolina in the above described action.

SO ORDERED on this, the _____ day of _____, 20_____.

_____
U.S. Magistrate Judge