UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| Arizona et al. | Case No.   6:22-cv-01130-DCJ-CBW |
| _____ | |
| Plaintiff | |
| | |
| VS. | Judge   Honorable David C. Joseph |
| | |
| Garland et al. | Magistrate Judge   Honorable Carol B. Whitehurst |
| _____ | |
| Defendant | |

## ORDER

IT IS ORDERED that Thomas T. Hydrick  be and is hereby admitted to the bar of this

Court pro hac vice on behalf of the State of South Carolina in the above described action.

SO ORDERED on this, the __12th__ day of May__ , 20_22____ .


_____
U.S. Magistrate Judge