IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*, <br><br> Defendants. | Civil Action No. 6:22-cv-01130 |

## Order

Plaintiff States' Motion for an Expansion of Pages is GRANTED. Plaintiff States' Memorandum in Support of Motion for Preliminary Injunction is FILED.

SO ORDERED.

 

                                                                DAVID C. JOSEPH
                                      UNITED STATES DISTRICT JUDGE