IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, *et al.*, <br><br> PLAINTIFFS, <br><br> v. <br><br> MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*, <br><br> DEFENDANTS. | CIVIL ACTION NO. 6:22-cv-01130 |

**PLAINTIFF STATES' CORRECTED MOTION FOR PRELIMINARY INJUNCTION AND TO EXPEDITE**

The States of Arizona, Louisiana, Missouri, Alabama, Alaska, Arkansas, Florida, Georgia, Idaho, Indiana, Kansas, Kentucky, Mississippi, Montana, Nebraska, Oklahoma, South Carolina, Utah, West Virginia, and Wyoming (collectively, "Plaintiff States"), respectfully move for an order under Federal Rule of Civil Procedure 65 for a preliminary injunction, with expedited consideration, in their favor against the named Defendants, or alternatively, Plaintiff States request a delay in the effective date of Defendants' Interim Final Rule (the "Asylum IFR"), 87 Fed. Reg. 18,163 (Mar. 29, 2002) pending issuance of a final judgment in this case.

As explained in the First Amended Complaint ("FAC") and the attached Memorandum, Defendants have violated the Administrative Procedure Act, *inter alia*, because the Asylum IFR (1) is in excess of statutory authority, (2) violates the APA's requirement of notice-and-comment rulemaking procedures, and (3) is arbitrary and capricious because, among other things, it failed to consider the harms that the Asylum IFR would inflict upon States and their reliance interests in the current asylum system and failed to consider the immigration consequences of the IFR.

1

This Motion is made on the grounds specified herein, the FAC and other documents on file, the accompanying Memorandum of Law, the exhibits attached to the FAC and to this Motion, all matters of which this Court may take judicial notice, and such other argument and evidence on which the Court may properly rely. Plaintiff States are substantially likely to prevail on the merits of their claims. Preliminary injunctive relief, or a delay in the IFR's effective date, is necessary to avoid substantial injuries to Plaintiff States' sovereign, quasi-sovereign, and proprietary interests. The public interest and balance of harms favor an order compelling Defendants to follow the law.

For the foregoing reasons, Plaintiff States respectfully request a preliminary injunction, without bond, enjoining Defendants from giving effect to the Asylum IFR, or alternatively, that the effective date of the Asylum IFR be delayed until final resolution of this action. To avoid irreparable harm, Plaintiff States further request that this motion be decided on an expedited basis and that it be resolved before the Asylum IFR's effective date of **May 31, 2022**.

Dated:   May 13, 2022
Corrected: May 17, 2022

MARK BRNOVICH
   Attorney General
BRUNN ("BEAU") W. ROYSDEN III *
   Solicitor General
DREW C. ENSIGN *
   Deputy Solicitor General
JAMES K. ROGERS *
   Senior Litigation Counsel
OFFICE OF THE ARIZONA ATTORNEY GENERAL
2005 North Central Avenue
Phoenix, AZ 85004
beau.roysden@azag.gov
drew.ensign@azag.gov
james.rogers@azag.gov
*Counsel for Plaintiff State of Arizona*

STEVE MARSHALL
  Alabama Attorney General
EDMUND G. LACOUR JR.*
   Solicitor General
OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Edmund.LaCour@AlabamaAG.gov
*Counsel for Plaintiff State of Alabama*

Respectfully submitted,

By: */s/ Joseph S. St. John*

ELIZABETH B. MURRILL (La #20685)
   Solicitor General
J. SCOTT ST. JOHN (La #36682)
   Deputy Solicitor General
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, Louisiana 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov
*Counsel for Plaintiff State of Louisiana*

ERIC S. SCHMITT
   Attorney General
D. JOHN SAUER *
   Solicitor General
OFFICE OF THE MISSOURI ATTORNEY GENERAL
Supreme Court Building
P.O. Box 899
Jefferson City, MO 65102
Phone: (573) 751-3321
John.Sauer@ago.mo.gov
 *Counsel for Plaintiff State of Missouri*

TREG R. TAYLOR
   Attorney General of Alaska
CORI M. MILLS*
   Deputy Attorney General of Alaska
CHRISTOPHER A. ROBISON*
   Assistant Attorney General
Alaska Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, AK 99501-1994
chris.robison@alaska.gov
*Counsel for Plaintiff State of Alaska*

LESLIE RUTLEDGE
  Arkansas Attorney General
NICHOLAS J. BRONNI*
  Solicitor General
DYLAN L. JACOBS*
  Deputy Solicitor General
OFFICE OF THE ARKANSAS
ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-2007
Nicholas.Bronni@arkansasag.gov
Dylan.Jacobs@arkansasag.gov
*Counsel for Plaintiff State of Arkansas*

CHRISTOPHER M. CARR
  Attorney General of Georgia
STEPHEN J. PETRANY*
  Solicitor General
OFFICE OF THE GEORGIA
ATTORNEY GENERAL
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov
*Counsel for Plaintiff State of Georgia*

THEODORE E. ROKITA
  Indiana Attorney General
BETSY M. DENARDI*
  Director of Complex Litigation
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204
Betsy.DeNardi@atg.in.gov
*Counsel for Plaintiff State of Indiana*

DANIEL CAMERON
  Attorney General of Kentucky
MARC MANLEY*
  Associate Attorney General
KENTUCKY OFFICE OF THE
ATTORNEY GENERAL
700 Capital Avenue, Suite 118
Frankfort, Kentucky
Tel: (502) 696-5478
*Counsel for Plaintiff Commonwealth of Kentucky*

ASHLEY MOODY
  Attorney General
JAMES H. PERCIVAL*
  Deputy Attorney General of Legal Policy
OFFICE OF THE FLORIDA
ATTORNEY GENERAL
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
Phone: (850) 414-3300
james.percival@myfloridalegal.com
*Counsel for Plaintiff State of Florida*

LAWRENCE G. WASDEN
  Attorney General,
BRIAN KANE*
  Chief Deputy Attorney General
OFFICE OF THE IDAHO ATTORNEY
GENERAL
700 W. Jefferson Street, Ste. 210
P.O. Box 83720
Boise, ID 83720
Telephone: (208) 334-2400
Email: Brian.Kane@ag.idaho.gov
*Counsel for Plaintiff State of Idaho*

DEREK SCHMIDT
  Attorney General
DWIGHT R. CARSWELL*
  Deputy Solicitor General
OFFICE OF THE KANSAS ATTORNEY
GENERAL
120 SW 10th Ave., 3rd Floor
Topeka, KS 66612-1597
dwight.carswell@ag.ks.gov

*Counsel for Plaintiff State of Kansas*

AUSTIN KNUDSEN
  Attorney General
DAVID M.S. DEWHIRST*
  Solicitor General
MONTANA DEPARTMENT OF JUSTICE
215 N Sanders St
Helena, MT 59601
P. (406) 444-2026
David.Dewhirst@mt.gov
*Counsel for Plaintiff State of Montana*

4

LYNN FITCH
   Attorney General of Mississippi
JUSTIN L. MATHENY*
   Deputy Solicitor General
OFFICE OF THE MISSISSIPPI
ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205-0220
Tel: (601) 359-3680
justin.matheny@ago.ms.gov
*Counsel for Plaintiff State of Mississippi*

DOUGLAS J. PETERSON
   Attorney General
JAMES A. CAMPBELL*
   Solicitor General
OFFICE OF THE NEBRASKA ATTORNEY
GENERAL
2115 State Capitol
Lincoln, Nebraska 68509
Tel: (402) 471-2682
jim.campbell@nebraska.gov
*Counsel for Plaintiff State of Nebraska*

ALAN WILSON
   South Carolina Attorney General
THOMAS T. HYDRICK*
   Assistant Deputy Solicitor General
Post Office Box 11549
Columbia, SC 29211
(803) 734-4127
thomashydrick@scag.gov
*Counsel for the State of South Carolina*

BRIDGET HILL
   Attorney General of Wyoming
RYAN SCHELHAAS*
   Chief Deputy Attorney General
OFFICE OF THE WYOMING ATTORNEY
GENERAL
109 State Capitol
Cheyenne, WY 82002
Tel: (307) 777-5786
ryan.schelhaas@wyo.gov
*Counsel for Plaintiff State of Wyoming*

JOHN M. O'CONNOR
   Attorney General of Oklahoma
BRYAN CLEVELAND*
   Deputy Solicitor General
OKLAHOMA ATTORNEY GENERAL'S
OFFICE
313 NE 21st Street
Oklahoma City, OK 73105
Phone: (405) 521-3921
*Counsel for Plaintiff State of Oklahoma*

Sean D. Reyes
   *Utah Attorney General*
Melissa Holyoak
   *Utah Solicitor General*
350 N. State Street, Suite 230
P.O. Box 142320
Salt Lake City, UT 84114-2320
(801) 538-9600
melissaholyoak@agutah.gov
*Counsel for Plaintiff State of Utah*

PATRICK MORRISEY
   Attorney General
LINDSAY SEE*
   Solicitor General
OFFICE OF THE WEST VIRGINIA
ATTORNEY GENERAL
State Capitol, Bldg 1, Room E-26
Charleston, WV 25305
(681) 313-4550
Lindsay.S.See@wvago.gov
*Counsel for Plaintiff State of West Virginia*

\* Pro hac vice application forthcoming

5