Exhibit D

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION**

THE STATE OF LOUISIANA,
By and through its Attorney General,
JEFF LANDRY,

THE STATE OF ARIZONA,
By and through its Attorney General,
MARK BRNOVICH,

THE STATE OF MISSOURI,                    CIVIL ACTION NO. _____
By and through its Attorney General,
ERIC S. SCHMITT,

                             PLAINTIFFS,

v.

XAVIER BECERRA, in his official
capacity as Secretary of Health and
Human Services; et al.,

                             DEFENDANTS.

## Declaration of Maddie M. Green

1. My name is Maddie M. Green.  I am an Assistant Attorney General for Special Litigation in the Office of the Missouri Attorney General.  I am over 21 years of age and competent to testify to the matters asserted herein.

2. The Biden administration is reportedly anticipating a "mass migration event" along the Southwest Border once Title 42 officially ends.  Muzaffar Chishti and Jessica Bolter, *Controversial U.S. Title 42 Expulsions Policy is Coming to an End, Bringing New Border Challenges,* Migration Policy Institute (Mar. 31, 2022) https://www.migrationpolicy.org/article/title-42-expulsions-policy.

1

3. On March 29, 2022, Department of Homeland Security ("DHS") officials said that a decision to lift Title 42 "will likely cause a significant increase in arrivals" along the Southwest Border.  Joel Rose, *DHS officials brace for a new surge at the border if pandemic restrictions are lifted*, NPR (Mar. 29, 2022), https://www.npr.org/2022/03/29/1089551424/dhs-officials-brace-for-a-new-surge-at-the-border-if-pandemic-restrictions-are-l.        DHS  officials  are preparing for the possibility of 18,000 border apprehensions per day – more than twice the average number of daily apprehensions last summer.  *Id.*

4. On March 30, 2022, the DHS released their strategy to address an "increase in the number of border encounters" once Title 42 is no longer in place. Department of Homeland Security, *FACT SHEET: DHS Preparations for a Potential     Increase     in     Migration*     (March     30,     2022), https://www.dhs.gov/news/2022/03/30/fact-sheet-dhs-preparations-potential-increase-migration.

5. In a letter to DHS Secretary Alejandro Mayorkas and Department of Health and  Human  Services  ("HHS")  Secretary  Xavier  Becerra,  the  Texas Congressional  Delegation  warned  that  ending  Title  42  would  produce "catastrophic        results"        at        the        Southwest        Border. https://www.cornyn.senate.gov/sites/default/files/Texas%20Delegation%20Letter%20to%20DHS%20and%20HHS%20on%20Title%2042%20Cancellation.pdf.

6. Reportedly, U.S. intelligence officials are bracing for an influx of more than 170,000 migrants at the Mexico border if Title 42 is lifted. Jonathan Swan & Stef W. Kight, *Scoop: Biden officials fear "mass migration event" if COVID policies end*, Axios (Mar. 17, 2022), https://www.axios.com/biden-border-mexico-migrants-title-42-a91b6441-2197-463f-ab1f-2435824a9566.html. DHS estimates 25,000 migrants are waiting in shelters just south of the border for Title 42 to end. *Id.*

7. The National Border Council has warned that "illegal immigration is going to explode even more if Title 42 goes away." Callie Patteson, *Biden administration to scrap Title 42 border policy by May 23 despite warning: reports*, NY Post (Mar. 30, 2022), https://nypost.com/2022/03/30/white-house-to-scrap-title-42-by-may-23-despite-border-democrat-warnings/.

8. Missouri spent an average of $10,654 per student in school year 2019-2020 regardless of immigration status. Missouri Department of Elementary and Secondary Education, State Report Card – 2020 Data, https://apps.dese.mo.gov/MCDS/Reports/SSRS_Print.aspx?Reportid=84d85ca8-c722-4f9b-9935-70d36a53cf54. A true and correct copy of this publication is attached hereto as Exhibit A.

9. A 2018 study shows that an estimated 3,000 illegal alien school-aged children were enrolled in Missouri schools. Migration Policy Institute, Profile of the Unauthorized                    Population:                    Missouri, https://www.migrationpolicy.org/data/unauthorized-immigrant-

population/state/MO.  A true and correct copy of this publication is attached hereto as Exhibit B.

10. Statistically, for every 1,000 aliens who remain unlawfully in the United States, 56 end up residing in Missouri.  Pew Research Center, *U.S. unauthorized immigrant population estimates by state, 2016* (Feb. 5, 2019), https://www.pewresearch.org/hispanic/interactives/u-s-unauthorized-immigrants-by-state/.  A true and correct copy of this publication is attached hereto as Exhibit C.

11. According to records of Missouri's Department of Social Services, Missouri expended $361,702 in emergency medical care costs for treatment of ineligible aliens during Fiscal Year 2020.

12. Missouri's Department of Revenue ("DOR") uses the Systemic Alien Verification of Entitlements ("SAVE") system to verify unlawful individuals' lawful immigration status at a cost of $0.80 for the initial inquiry and $0.50 for any additional inquiries.  In state fiscal year 2020, DOR paid $30,114.11 for SAVE inquiries.

13. While applicants for drivers' licenses are charged a fee, no part of that fee is specifically designated for SAVE costs and DOR must annually request appropriations from the state legislature to cover the costs of SAVE inquiries.

I swear or affirm under penalty of perjury that the foregoing is true and correct.

Dated: April 11, 2022

*Maddie M. Green*

Maddie M. Green

# EXHIBIT A

**Green Declaration**

## State Report Card - UPDATED! 2020 Data

School Year  | 2020 | ▼ |                                    View Report

| ◄◄  ◄  1  of 1  ►  ►►  ⬆ | Find | Next |  📷▼ | 🔄 |

Document Map

| ☐ State Report Card

(1) Preschool Enrollment

(2) K-12 Enrollment

(3) Proportional Attendance Rate

(4) Students Eligible for Free or Reduced-Price Lunch

(5) Graduation Rate

(6) Dropout Rate

(7) Where Our Graduates Go

(9) Staffing Ratios

(10) Years of Experience of Professional Staff

(11) Disproportionate Rates of Access to Educators

(12) Professional Staff with Advanced Degrees

(13) Average Teacher Salaries

(14) Average Administrator Salaries

(15) Current Expenditures per Pupil - Building Level

(16) Adjusted Tax Rate of the District

(17) Assessed Valuation of the District

(18) Sources of Revenue

(19) Missouri Assessment Program (MAP) Results

(20) Missouri Performance on National Assessment of Education

(21) ACT Results

(22) Disciplinary Actions

(24) How Do Student Groups Perform?

(25) Students in Gifted Education Program

(26) English Learner Proficiency Status

(27) Comprehensive and Targeted Status

(28) CRDC Information

### (15) Current Expenditures per Pupil - State Level
(Data as of 1/25/2021)

| Missouri | |
|---|---|
| A.   Membership * | 875,043.19 |
| **State Level Per-Pupil Expenditures** | |
| B.   Federal | $782 |
| C.   State/Local | $10,654 |
| D.   State Level Per-Pupil Total (Sum of B+C) | $11,436 |

(Excluded expenditures include capital outlay, debt service, community services, non-instruction/support, adult education, and Title I expenditures. Impact aid is considered local expenditures.)

Definition

### (16) Average Tax Rate Per District
(Data as of 11/17/2020)

| MISSOURI | 2020 |
|---|---|
| Incidental | $3.4392 |
| Teachers | $0.1214 |
| Debt Service | $0.4951 |
| Capital Projects | $0.0890 |

Definition

### (17) Assessed Valuation
(Data as of 11/17/2020)

| MISSOURI | 2020 |
|---|---|
| Total | $110,589,446,990 |

Definition

### (18) Sources of Revenue
(Data as of 11/17/2020)

| MISSOURI | 2020 |
|---|---|
| Local | 48.19% |
| State | 40.74% |
| Federal | 11.07% |

Definition

### (19) Missouri Assessment Program (MAP) Results

On March 19, 2020, in response to the COVID-19 pandemic, the Department of Elementary and Secondary Education (DESE) (MAP) assessments would not be administered, including Grade-Level (GLA), End-of-Course (EOC) and Missouri Assessment available for the 2020 school year.

# EXHIBIT B

**Green Declaration**



MENU

Home » Data Hub » Unauthorized Immigrant Population

# Profile of the Unauthorized Population: Missouri

| Demographics | Estimate | % of Total |
|---|---|---|
| Unauthorized Population | 54,000 | 100% |
| **Top Countries of Birth** | | |
| Mexico | 22,000 | 41% |
| China/Hong Kong | 4,000 | 7% |
| Guatemala | 4,000 | 7% |
| - | - | - |
| - | - | - |
| **Regions of Birth** | | |
| Mexico and Central America | 30,000 | 55% |
| Caribbean | - | - |
| South America | - | - |
| Europe/Canada/Oceania | 6,000 | 11% |
| Asia | 12,000 | 23% |
| Africa | 3,000 | 5% |
| **Years of U.S. Residence** | | |
| Less than 5 | 15,000 | 27% |
| 5 to 9 | 12,000 | 22% |
| 10 to 14 | 12,000 | 22% |
| 15 to 19 | 12,000 | 22% |
| 20 or more | 4,000 | 8% |
| **Age** | | |
| Under 16 | 3,000 | 5% |
| 16 to 24 | 10,000 | 19% |

| | | |
|---|---|---|
| 25 to 34 | 18,000 | 33% |
| 35 to 44 | 15,000 | 27% |
| 45 to 54 | 6,000 | 11% |
| 55 and over | 3,000 | 5% |
| **Gender** | | |
| Female | 27,000 | 49% |

## Family

| | Estimate | % of Total |
|---|---|---|
| **Parental Status** | | |
| Population ages 15 and older | 52,000 | 100% |
| Reside with at least one U.S.-citizen child under 18 | 21,000 | 40% |
| Reside with noncitizen children only under 18 | 3,000 | 5% |
| Reside with no children | 29,000 | 55% |
| **Marital Status** | | |
| Population ages 15 and older | 52,000 | 100% |
| Never married | 19,000 | 37% |
| Married to a U.S. citizen | 11,000 | 20% |
| Married to a legal permanent resident (LPR) | 3,000 | 6% |
| Married to non-U.S. citizen/non-LPR | 12,000 | 24% |
| Divorced, separated, widowed | 7,000 | 14% |

## Education and Language

| | Estimate | % of Total |
|---|---|---|
| **School Enrollment of Children and Youth** | | |
| Population ages 3 to 17 | 3,000 | 100% |
| Enrolled | 3,000 | 83% |
| Not enrolled | - | - |
| Population ages 3 to 12 | - | - |
| Enrolled | - | - |
| Not enrolled | - | - |
| Population ages 13 to 17 | - | - |
| Enrolled | - | - |
| Not enrolled | - | - |
| Population ages 18 to 24 | 10,000 | 100% |

4/12/2021
Case 6:22-cv-01130-DCJ-CBW Document 22-5 Filed 05/16/22 Page 12 of 20 PageID #:
1755
Profile of the Unauthorized Population: MO | migrationpolicy.org

| | | |
|---|---|---|
| Enrolled | 5,000 | 48% |
| Not enrolled | 5,000 | 52% |
| **Educational Attainment of Adults** | | |
| Population ages 25 and older | 41,000 | 100% |
| 0-5 grade | 5,000 | 12% |
| 6-8 grade | 5,000 | 11% |
| 9-12 grade | 4,000 | 11% |
| High school diploma or equivalent | 9,000 | 22% |
| Some college or associate's degree | 5,000 | 13% |
| Bachelor's, graduate, or professional degree | 13,000 | 32% |
| **English Proficiency** | | |
| Population ages 5 and older | 54,000 | 100% |
| Speak only English | 7,000 | 12% |
| Speak English "very well" | 19,000 | 35% |
| Speak English "well" | 13,000 | 24% |
| Speak English "not well"/"not at all" | 16,000 | 29% |
| **Top 5 Languages Spoken at Home** | | |
| Population ages 5 and older | 54,000 | 100% |
| Spanish | 30,000 | 55% |
| English | 7,000 | 12% |
| Chinese | 4,000 | 7% |
| - | - | - |
| - | - | - |

| Workforce | Estimate | % of Total |
|---|---|---|
| **Labor Force Participation** | | |
| Civilian population ages 16 and older | 51,000 | 100% |
| Employed | 33,000 | 64% |
| Unemployed | 2,000 | 5% |
| Not in the labor force | 16,000 | 31% |
| **Top Industries of Employment** | | |
| Civilian employed population ages 16 and older | 33,000 | 100% |
| Accommodation and food services, arts, entertainment, and recreation | 6,000 | 19% |

| | Estimate | % |
|---|---|---|
| Construction | 5,000 | 16% |
| Manufacturing | 4,000 | 14% |
| Professional, scientific, management, administrative, and waste management services | 3,000 | 10% |
| Health services and social assistance | 3,000 | 9% |

| Economics | Estimate | % of Total |
|---|---|---|
| **Family Income** | | |
| Below 50% of the poverty level | 9,000 | 16% |
| 50-99% of the poverty level | 7,000 | 14% |
| 100-149% of the poverty level | 8,000 | 14% |
| 150-199% of the poverty level | 6,000 | 11% |
| At or above 200% of the poverty level | 24,000 | 45% |
| **Access to Health Insurance** | | |
| Uninsured | 26,000 | 48% |
| **Home Ownership*** | | |
| Homeowner | 19,000 | 35% |

*Source*: These 2018 data result from Migration Policy Institute (MPI) analysis of U.S. Census Bureau data from the pooled 2014–18 American Community Survey (ACS) and the 2008 Survey of Income and Program Participation (SIPP), weighted to 2018 unauthorized immigrant population estimates provided by Jennifer Van Hook of The Pennsylvania State University.

*Note*: For U.S., state, and county estimates of the unauthorized population potentially eligible for the Deferred Action for Childhood Arrivals (DACA) program, click here.

*Data-related* notes
* "Homeowners" are unauthorized immigrants residing in homes that are owned, not rented.

+ Includes the following Colorado counties: Adams, Broomfield, Clear Creek, Douglas, Elbert, Gilpin, and Jefferson, as well as portions of Arapahoe, Boulder, and Weld counties.

++ NECTAs refer to New England City and Town Areas, geographic entities defined by the U.S. Census Bureau for use as alternatives to counties in the six-state New England region.

1. Estimate for China includes Hong Kong but excludes Taiwan; estimate for Korea includes South Korea and North Korea.

2. "School Enrollment of Children and Youth" refers to unauthorized immigrants who reported attending school or college at any time in the three months prior to the survey.

3. For languages, "Chinese" includes Mandarin, Cantonese, and other Chinese languages; "English" includes English, Jamaican Creole, Krio, Pidgin Krio, and other English-based Creole languages; "French" includes French, Patois, and Cajun; "Pacific Island languages" includes Ilocano, Samoan, Hawaiian, Sebuano, Chamorro, Guamanian, Marshallese, Trukese, Tongan, and other Austronesian languages, but excludes Tagalog and Filipino, which are reported separately; "Portuguese" includes Portuguese and Cape Verdean Creole; "Sub-Saharan African" includes Swahili or other Bantu languages, Mande, Fulani, Kru, and other unspecified African languages; "Tagalog" includes Tagalog and Filipino.

4. For industries, "Other services" are miscellaneous services, not including the following services listed separately: (1) professional, scientific, management, administrative, and waste management services; (2) educational services; (3) health and social services; and (4) accommodation and food services, arts, entertainment, and recreation.

5. "-" estimates are zero, not applicable, or not displayed due to small sample size.

6. Percentages may not add up to 100 due to rounding.

*Methodology in Brief:*

MPI's method uses information from the SIPP to assign legal status to noncitizens in the ACS. In the SIPP, noncitizens report whether they currently have lawful permanent resident (LPR) status—i.e., a green card. Those without LPR status may be recent refugees, temporary visitors (e.g., international students or high-skilled H-1B workers), or unauthorized immigrants. Our method maps characteristics such as country of birth, year of U.S. entry, age, gender, and educational attainment between the two surveys, and those noncitizens in the ACS who have characteristics similar to those reporting LPR status in the SIPP are coded as LPRs in the ACS. The remaining noncitizens—who are similar in characteristics to those not reporting LPR status in the SIPP—are classified as either unauthorized or legal temporary migrants, depending on whether they meet the qualifications for H-1B and the other temporary visa classifications. Estimates of unauthorized immigrants are weighted to match control totals (benchmarks) for immigrants from a set of origin countries and world regions. These control totals are calculated by subtracting the number of legal immigrants from the total of all immigrants for each country and region that are captured in the ACS data. The number of legal immigrants is estimated by adding up all legal admissions from each country and region in every year—using Department of Homeland Security administrative data—and then reducing this number to account for deaths and emigration of legal immigrants. Finally, the unauthorized immigrant population estimates are adjusted upward slightly to account for the undercount of this population in the ACS.

MPI's overall method was developed in consultation with James Bachmeier of Temple University and Jennifer Van Hook of The Pennsylvania State University, Population Research Institute. For more detail on the methods, see MPI, "MPI Methodology for Assigning Legal Status to Noncitizen Respondents in U.S. Census Bureau Survey Data." The control totals were developed by Jennifer Van Hook. These estimates have the same sampling and coverage errors as any other survey-based estimates that rely on ACS and other Census Bureau data.

## DEMOGRAPHICS

**FAMILY**

**EDUCATION AND LANGUAGE**

**WORKFORCE**

**ECONOMICS**



1400 16th St NW, Suite 300, Washington, DC 20036
ph. 202-266-1940 | fax. 202-266-1900

     

Copyright © 2001-2021 Migration Policy Institute. All rights reserved.

CONTACT | SITE MAP | EXPERTS | SIGN UP | DONATE

# EXHIBIT C

## Green Declaration

U.S. unauthorized immigrant population estimates by state, 2016 | Pew Research Center

## *Hispanic Trends*

| MAIN | | MORE ▾ |
|------|---|--------|

FEBRUARY 5, 2019

# U.S. unauthorized immigrant population estimates by state, 2016

Pew Research Center estimates that 10.7 million unauthorized immigrants, the lowest level in a decade, lived in the U.S. in 2016. Select a measure from the dropdown below to view state by state data on unauthorized immigration.

 **POPULATION**     LABOR FORCE

| **Unauthorized immigrant population, 2016** ▾ |
|---|

A majority of U.S. unauthorized immigrants live in just six states – including California (with the largest population at 2.2 million), Texas, Florida, New York, New Jersey and Illinois. There are eight states with 5,000 or fewer unauthorized immigrants. For more, see our report, "U.S. Unauthorized Immigrant Total Dips to Lowest Level in a Decade," and our interactive charts on unauthorized immigrant population trends.

▸ **Methodology**

*Unauthorized immigrant population, 2016*



Pew Research Center

When you're finished with our website, would you be willing to answer a quick question?

    Yes          No

Case 6:22-cv-01130-DCJ-CBW Document 22-5 Filed 05/16/22 Page 18 of 20 PageID #: 1761



Note: All numbers are rounded; see Methodology for rounding rules.
Source: Pew Research Center estimates based on augmented U.S. Census Bureau data. See Methodology for details.

| State | Unauthorized immigrant population | Unauthorized immigrant % of population | Unauthorized immigrant % of all immigrants | % of K-12 students with unauthorized immigrant parent(s) | Mexican % of unauthorized immigrants | % of unauthorized immigrant adults in U.S. 5 years or less | Change in unauthorized immigrant population, 2007 to 2016 |
|---|---|---|---|---|---|---|---|
| **U.S.** | 10,700,000 | 3.3% | 24% | 7.6% | 51% | 18% | -1,550,000 |
| **Alabama** | 55,000 | 1.2% | 34% | 3.3% | 59% | 13% | -15,000 |
| **Alaska** | 5,000 | 1.0% | 13% | 0.5% | 23% | 43% | Not sig. |
| **Arizona** | 275,000 | 3.9% | 28% | 10.7% | 78% | 13% | -220,000 |
| **Arkansas** | 55,000 | 1.9% | 41% | 6.3% | 64% | 15% | -10,000 |
| **California** | 2,200,000 | 5.6% | 20% | 13.3% | 69% | 10% | -550,000 |
| **Colorado** | 190,000 | 3.4% | 34% | 10.6% | 70% | 14% | Not sig. |
| **Connecticut** | 120,000 | 3.5% | 23% | 6.9% | | | |
| **Delaware** | 30,000 | 3.0% | 31% | 7.0% | | | |
| **District of Columbia** | 25,000 | 3.8% | 28% | 9.0% | | | |
| **Florida** | 775,000 | 3.8% | 18% | 7.1% | | | |

Pew Research Center

When you're finished with our website, would you be willing to answer a quick question?

Yes          No

| State | Unauthorized immigrant population | Unauthorized immigrant % of population | Unauthorized immigrant % of all immigrants | % of K-12 students with unauthorized immigrant parent(s) | Mexican % of unauthorized immigrants | % of unauthorized immigrant adults in U.S. 5 years or less | Change in unauthorized immigrant population, 2007 to 2016 |
|---|---|---|---|---|---|---|---|
| Georgia | 400,000 | 3.8% | 36% | 8.6% | 49% | 17% | Not sig. |
| Hawaii | 45,000 | 3.3% | 17% | 7.0% | 6% | 34% | Not sig. |
| Idaho | 35,000 | 2.2% | 37% | 5.7% | 79% | 19% | Not sig. |
| Illinois | 400,000 | 3.2% | 22% | 7.8% | 71% | 11% | -140,000 |
| Indiana | 100,000 | 1.5% | 29% | 4.2% | 59% | 23% | Not sig. |
| Iowa | 50,000 | 1.7% | 31% | 4.2% | 56% | 26% | Not sig. |
| Kansas | 75,000 | 2.6% | 35% | 7.6% | 69% | 16% | Not sig. |
| Kentucky | 35,000 | 0.8% | 22% | 1.6% | 48% | 24% | Not sig. |
| Louisiana | 70,000 | 1.5% | 36% | 2.7% | 28% | 23% | +15,000 |
| Maine | <5,000 | 0.4% | 9% | 0.5% | – | – | Not sig. |
| Maryland | 275,000 | 4.5% | 29% | 8.5% | 9% | 22% | +60,000 |
| Massachusetts | 250,000 | 3.8% | 22% | 6.1% | 2% | 29% | +35,000 |
| Michigan | 100,000 | 1.0% | 15% | 2.2% | 29% | 27% | -45,000 |
| Minnesota | 95,000 | 1.7% | 20% | 3.8% | 50% | 21% | Not sig. |
| Mississippi | 20,000 | 0.7% | 35% | 1.8% | 59% | 21% | Not sig. |
| Missouri | 60,000 | 1.0% | 23% | 2.7% | 45% | 20% | Not sig. |
| Montana | <5,000 | 0.3% | 12% | 0.1% | – | – | Not sig. |
| Nebraska | 60,000 | 3.1% | 41% | 9.2% | 62% | 14% | Not sig. |
| Nevada | 210,000 | 7.1% | 35% | 20.2% | | | |
| New Hampshire | 10,000 | 0.7% | 13% | 0.9% | | | |
| New Jersey | 475,000 | 5.2% | 22% | 8.8% | | | |
| New Mexico | 60,000 | 2.8% | 29% | 7.9% | | | |

| State ▲ | Unauthorized immigrant population ⇕ | Unauthorized immigrant % of population ⇕ | Unauthorized immigrant % of all immigrants ⇕ | % of K-12 students with unauthorized immigrant parent(s) ⇕ | Mexican % of unauthorized immigrants ⇕ | % of unauthorized immigrant adults in U.S. 5 years or less ⇕ | Change in unauthorized immigrant population, 2007 to 2016 ⇕ |
|---|---|---|---|---|---|---|---|
| **New York** | 725,000 | 3.6% | 15% | 6.6% | 24% | 20% | -300,000 |
| **North Carolina** | 325,000 | 3.1% | 39% | 8.9% | 56% | 16% | Not sig. |
| **North Dakota** | 5,000 | 0.7% | 23% | 1.7% | – | – | Not sig. |
| **Ohio** | 90,000 | 0.8% | 17% | 1.4% | 25% | 33% | Not sig. |
| **Oklahoma** | 85,000 | 2.2% | 38% | 6.4% | 78% | 15% | Not sig. |
| **Oregon** | 110,000 | 2.6% | 26% | 8.2% | 69% | 16% | -40,000 |
| **Pennsylvania** | 170,000 | 1.3% | 19% | 2.4% | 21% | 31% | Not sig. |
| **Rhode Island** | 30,000 | 2.8% | 19% | 6.8% | 8% | 28% | Not sig. |
| **South Carolina** | 85,000 | 1.7% | 35% | 4.4% | 54% | 20% | Not sig. |
| **South Dakota** | 5,000 | 0.7% | 19% | 1.2% | – | – | Not sig. |
| **Tennessee** | 130,000 | 2.0% | 38% | 5.2% | 56% | 23% | Not sig. |
| **Texas** | 1,600,000 | 5.7% | 33% | 13.3% | 73% | 16% | Not sig. |
| **Utah** | 95,000 | 3.2% | 38% | 7.5% | 71% | 14% | Not sig. |
| **Vermont** | <5,000 | 0.1% | 4% | 0.2% | – | – | Not sig. |
| **Virginia** | 275,000 | 3.4% | 27% | 6.9% | 12% | 23% | Not sig. |
| **Washington** | 240,000 | 3.3% | 23% | 8.9% | 56% | 17% | Not sig. |
| **West Virginia** | <5,000 | 0.2% | 14% | 0.5% | – | – | Not sig. |
| **Wisconsin** | 75,000 | 1.3% | 24% | 3.6% | 70% | 15% | Not sig. |
| **Wyoming** | 5,000 | 1.2% | 32% | 3.9% | | | |

✖

Pew Research Center

When you're finished with our website, would you be willing to answer a quick question?

Yes    No

EMBED </>    REPORT    DATA