UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

Lafayette DIVISION

Arizona, et al

Plaintiff

VS.

Merrick Garland, et al

Defendant

Case No. 6:22-cv-1130-DCJ-CBW

Judge Hon. David C. Joseph

Magistrate Judge Hon. Carol B. Whitehurst

**ORDER**

IT IS ORDERED that Stephen Petrany be and is hereby admitted to the bar of this Court pro hac vice on behalf of the State of Georgia _____ in the above described action.

SO ORDERED on this, the _____ day of _____, _____.

_____
U.S. Magistrate Judge