UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

Lafayette DIVISION

Arizona, et al

Plaintiff

VS.

Merrick Garland, et al

Defendant

Case No. 6:22-cv-1130-DCJ-CBW

Judge Hon. David C. Joseph

Magistrate Judge Hon. Carol B. Whitehurst

**ORDER**

IT IS ORDERED that Stephen Petrany be and is hereby admitted to the bar of this Court pro hac vice on behalf of the State of Georgia in the above described action.

SO ORDERED on this, the 25th day of May, 2022 in Lafayette, Louisiana.

U.S. Magistrate Judge