UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
Choose an item.

| | |
|---|---|
| State of Arizona, et al.<br>Plaintiff | Case No.   6:22-cv-1130-DCJ-CBW |
| VS. | Judge   Hon. David C. Joseph |
| Merrick Garland, et al.<br>Defendant | Magistrate Judge   Hon. Carol B. Whitehurst |

## MOTION TO APPEAR PRO HAC VICE

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court to appear on behalf of State of Indiana in the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the State of Indiana, which is the highest court of such state. Attached hereto is a certificate of good standing from such court.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, Elizabeth B. Murrill of the firm of Louisiana Department of Justice is appointed as local counsel.

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

_____          _____
Signature of Applying Attorney                     Signature of Local Counsel

Applying attorney must sign. No "s/          Local counsel may use typed "s/ signature"
signature" accepted.                                    and must file electronically.

PLEASE TYPE OR PRINT LEGIBLY:         LOCAL COUNSEL INFORMATION:

Name:     Betsy M. DeNardi                         Name:     Elizabeth B. Murrill
Firm:     Indiana Office of the Attorney           Firm:     Louisiana Department of Justice
          General
Address:  302 W. Washington Street, 5th            Address:  1885 N. Third Street
          Floor                                              Baton Rouge, LA 70804
          Indianapolis, IN 46204
Telephone: 317-232-6231                            Telephone: 223-326-6766
Fax:       317-232-7979                            Fax:       Click or tap here to enter text.
E-mail:    Betsy.DeNardi@atg.in.gov                E-mail:    Murrille@ag.louisiana.gov
Additional e-mail(s):
Amanda.Rogers@atg.in.gov