# SUPREME COURT OF
# THE STATE OF INDIANA



## *Certification*

**STATE OF INDIANA:**

I, Bradley W. Skolnik, Executive Director of the Office of Admissions and Continuing Legal Education, do hereby certify that

BETSY MAE DENARDI

is a member of the bar of of the Supreme Court of Indiana since admission on, December 17, 2002, and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this 20th day of May, 2022.



Bradley W. Skolnik
Executive Director
Office of Admissions and Continuing Education