UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
Choose an item.

| State of Arizona, et al. | Case No. | 6:22-cv-1130-DCJ-CBW |
| Plaintiff | | |
| VS. | Judge | Hon. David C. Joseph |
| Merrick Garland, et al. | Magistrate Judge | Hon. Carol B. Whitehurst |
| Defendant | | |

**ORDER**

IT IS ORDERED that Betsy M. DeNardi be and is hereby admitted to the bar of this Court pro hac vice on behalf of Plaintiff, State of Indiana in the above described action.

SO ORDERED on this, the _____ day of _____, 2022.

_____
U.S. Magistrate Judge