*(Rev. 11/30/2018*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

Lafayette _____ DIVISION

Arizona, et al. _____

             Plaintiffs

               VS.

Garland, et al. _____

             Defendants

Case No.  22-cv-1130 _____

Judge  David C Joseph _____

Magistrate Judge  Carol B Whitehurst _____

**MOTION TO APPEAR PRO HAC VICE**

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of  State of Oklahoma _____ in the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the United States District Court for the District of _____ or the bar of  Oklahoma Supreme Court  court, which is the highest court of such state. Attached hereto is a certificate of good standing from such court.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana,  Elizabeth Murrill _____ of the firm of  Louisiana Department of Justice _____ is appointed a local counsel.

Page 1 of 3

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filter) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

_____
Signature of Applying Attorney

Applying attorney must sign. No "s/ signature" accepted.

PLEASE TYPE OR PRINT LEGIBLY:

Name:  **Bryan Cleveland**

Firm:   Oklahoma Office of the Attorney General

Address:  **313 NE 21st Street**

**Oklahoma City, OK 73105**

Telephone:  **405-522-1961**

Fax:  **405-521-6246**

E-mail:   bryan.cleveland@oag.ok.gov

Additional e-mail(s):

**docket@oag.ok.gov**

**maranda.spears@oag.ok.gov**

_____
Signature of Local Counsel

Local counsel may use typed "s/ signature" and must file electronically.

LOCAL COUNSEL INFORMATION:

Name:  **Elizabeth Murrill**

Firm:  **Louisiana Department of Justice**

Address:  **1885 N. Third Street**

**Baton Rouge, LA 70802**

Telephone:  **225-326-6766**

Fax:  _____

E-mail:  **murrille@ag.louisiana.gov**