# IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

## CERTIFICATE

I, John D. Hadden, Clerk of the Supreme Court of the State of Oklahoma, do hereby certify that Bryan Gregg Cleveland, of Oklahoma City, Oklahoma, was admitted to practice in the Supreme Court of the State of Oklahoma upon examination, on September 24, 2019, and is now an attorney and counselor at law in good standing at the Bar of said State, and has been for the three years next preceding.

**WITNESS**, my hand and the Seal of the Supreme Court of the State of Oklahoma, this the 22nd day of March, 2022.

S-E-A-L

JOHN D. HADDEN, CLERK
SUPREME COURT OF OKLAHOMA

By: _____