UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
Lafayette DIVISION

Arizona, et al.
Plaintiff

VS.

Garland, et al.
Defendant

Case No. 22-cv-1130

Judge David C Joseph

Magistrate Judge Carol B Whitehurst

## ORDER

IT IS ORDERED that Bryan Cleveland be and is hereby admitted to the bar of this Court pro hac vice on behalf of State of Oklahoma in the above described action.

SO ORDERED on this, the ____ day of _____, _____.

_____
U.S. Magistrate Judge