

**STATE OF ALASKA**

**THIRD JUDICIAL DISTRICT**

I, Danielle Bailey, Executive Director of the Alaska Bar Association and custodian of its records, certify that **Cori Marie Mills** was admitted to the Alaska Bar Association and to the practice of law in Alaska in December of 2012, and is presently an Active member in good standing of the Alaska Bar Association.

Dated December 9, 2021.

ALASKA BAR ASSOCIATION

*Charissa Feltman* for
Danielle Bailey
Executive Director

P.O. Box 100279 • Anchorage, Alaska 99510-0279
907-272-7469 • Fax 907-272-2932 • http://www.alaskabar.org