UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

Lafayette                    DIVISION

| | |
|---|---|
| State of Arizona, et al. | Case No. 6:22-cv-01130 |
| Plaintiff | |
| VS. | Judge David C. Joseph |
| Merrick Garland, et al | Magistrate Judge Carol B. Whitehurst |
| Defendant | |

**ORDER**

IT IS ORDERED that  Cori Mills  be and is hereby admitted to the bar of this Court pro hac vice on behalf of  the State of Alaska  _____ in the above described action.

SO ORDERED on this, the _____ day of _____, _____.

_____

U.S. Magistrate Judge