

**STATE OF ALASKA**

**THIRD JUDICIAL DISTRICT**

I, Danielle Bailey, Executive Director of the Alaska Bar Association and custodian of its records, certify that **Christopher Alan Robison** was admitted to the Alaska Bar Association and to the practice of law in Alaska in November of 2021, and is presently an Active member in good standing of the Alaska Bar Association.

Dated May 26, 2022.

ALASKA BAR ASSOCIATION

for *Charissa Feltman*
Danielle Bailey
Executive Director

P.O. Box 100279 • Anchorage, Alaska 99510-0279
907-272-7469 • Fax 907-272-2932 • http://www.alaskabar.org