UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

State of Arizona, et al.

Plaintiff

VS.

Merrick Garland, et al.

Defendant

Case No. 6:22-cv-1130-DCJ-CBW

Judge David C. Joseph

Magistrate Judge Carol B. Whitehurst

**ORDER**

IT IS ORDERED that Edmund G. LaCour Jr. be and is hereby admitted to the bar of this Court pro hac vice on behalf of the State of Alabama in the above described action.

SO ORDERED on this, the ____ day of _____, _____.

_____
U.S. Magistrate Judge