UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
Choose an item.

| State of Arizona, et al. | Case No. 6:22-cv-1130-DCJ-CBW |
|---|---|
| Plaintiff | |
| VS. | Judge   Hon. David C. Joseph |
| Merrick Garland, et al. | Magistrate Judge   Hon. Carol B. Whitehurst |
| Defendant | |

## ORDER

IT IS ORDERED that Betsy M. DeNardi be and is hereby admitted to the bar of this Court pro hac vice on behalf of Plaintiff, State of Indiana in the above described action.

SO ORDERED on this, the  2nd  day of   June  2022.

_____
U.S. Magistrate Judge