UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

Lafayette DIVISION

Arizona, et al.

Plaintiff

VS.

Garland, et al.

Defendant

Case No. 22-cv-1130

Judge David C Joseph

Magistrate Judge Carol B Whitehurst

**ORDER**

IT IS ORDERED that Bryan Cleveland be and is hereby admitted to the bar of this Court pro hac vice on behalf of State of Oklahoma in the above described action.

SO ORDERED on this, the 2nd day of June, 2022, .

U.S. Magistrate Judge