UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

Lafayette DIVISION

State of Arizona, et al.          Case No. 6:22-cv-01130

Plaintiff

VS.                               Judge David C. Joseph

Merrick Garland, et al            Magistrate Judge Carol B. Whitehurst

Defendant

**ORDER**

IT IS ORDERED that Christopher Robison be and is hereby admitted to the bar of this Court pro hac vice on behalf of the State of Alaska in the above described action.

SO ORDERED on this, the 2nd day of June, 2022, .

*[signature]*

U.S. Magistrate Judge