UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

Lafayette DIVISION

State of Arizona, et al.

Plaintiff

VS.

Merrick Garland, et al

Defendant

Case No. 6:22-cv-01130

Judge David C. Joseph

Magistrate Judge Carol B. Whitehurst

**ORDER**

IT IS ORDERED that Cori Mills be and is hereby admitted to the bar of this Court pro hac vice on behalf of the State of Alaska in the above described action.

SO ORDERED on this, the 2nd day of June, 2022, _____.

_____
U.S. Magistrate Judge