UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

State of Arizona, et al.

Plaintiff

VS.

Merrick Garland, et al.

Defendant

Case No. 6:22-cv-1130-DCJ-CBW

Judge David C. Joseph

Magistrate Judge Carol B. Whitehurst

**ORDER**

IT IS ORDERED that Thomas A. Wilson be and is hereby admitted to the bar of this Court pro hac vice on behalf of the State of Alabama in the above described action.

SO ORDERED on this, the 2nd day of June, 2022, _____.

_____
U.S. Magistrate Judge