## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Civil Action No. 6:22-cv-01130 |
| ) | |
| MERRICK GARLAND, ) | |
| in his official capacity as Attorney ) | |
| General of the United States, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

## [PROPOSED] ORDER

Before the Court is Defendants' unopposed motion for an enlargement of pages. The motion is GRANTED. Defendants' supplemental memorandum is FILED.

SO ORDERED

 

 

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE