IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, *et al.*,<br><br>PLAINTIFFS,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*,<br><br>DEFENDANTS. | CIVIL ACTION NO. 6:22-cv-01130 |

**PLAINTIFF STATES' REQUEST FOR AN EXTENSION OF TIME TO FILE THEIR SUPPLEMENTAL BRIEF**

The States of Arizona, Louisiana, Missouri, Alabama, Alaska, Arkansas, Florida, Georgia, Idaho, Indiana, Kansas, Kentucky, Mississippi, Montana, Nebraska, Oklahoma, South Carolina, Utah, West Virginia, and Wyoming (collectively, "Plaintiff States"), respectfully move for a short extension of time to file the supplemental brief requested by this Court's May 18 Order. Due to a clerical oversight, the States calendared the June 3, 2022 deadline for Defendants to produce the administrative record, but did not calendar the concurrent supplemental brief deadline. Plaintiff States were alerted to the deadline by Defendants' filing of a motion for leave and proposed supplemental brief today.

Plaintiff States deeply regret, and apologize for, the oversight. To address the issues identified by this Court's order, the States respectfully request a one-business-day extension to Monday, June 6 to file the requested supplemental brief. Such a short extension should not cause any prejudice to Defendants, and will assist this Court in resolving the issues presented.

Dated:   June 3, 2022

Respectfully submitted,

/s/ *Joseph Scott St. John*
ELIZABETH B. MURRILL (La #20685)
  Solicitor General
J. SCOTT ST. JOHN (La #36682)
  Deputy Solicitor General
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, Louisiana 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*


/s/ *Drew C. Ensign*
MARK BRNOVICH
  Attorney General
BRUNN ("BEAU") W. ROYSDEN III *
  Solicitor General
DREW C. ENSIGN *
  Deputy Solicitor General
JAMES K. ROGERS *
  Senior Litigation Counsel
OFFICE OF THE ARIZONA ATTORNEY GENERAL
2005 North Central Avenue
Phoenix, AZ 85004
beau.roysden@azag.gov
drew.ensign@azag.gov
james.rogers@azag.gov

*Counsel for Plaintiff State of Arizona*