**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION**

STATE OF ARIZONA, *et al.*,

                                    PLAINTIFFS,

v.

MERRICK GARLAND, in his official
capacity as Attorney General of the United
States, *et al.*,                                       CIVIL ACTION NO. 6:22-cv-01130

                                    DEFENDANTS.

## ORDER

Plaintiff States' Motion for an extension of time to file their supplemental brief addressing the issues set forth in this Court's May 18, 2022 Order to Monday, June 6 is GRANTED.

SO ORDERED.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE