# United States District and Bankruptcy Court
## District of Idaho

\*Certificate of Good Standing\*

I, Stephen W. Kenyon, Clerk of Court, for the United States District and Bankruptcy Court, do hereby certify that

## Brian P. Kane

Idaho State Bar No. 6264, was duly admitted and qualified to practice as an Attorney in the United States District and Bankruptcy Court, in the District of Idaho, on September 28, 2000, and is in good standing as a member of the bar of this Court.



Dated: February 14, 2022

By: _____
Deputy Clerk