UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

_____ DIVISION

State of Arizona, et al.                                         Case No. 6:22-cv-01130

Plaintiff

VS.                                                                      Judge _____

Merrick Garland, in his official capacity as Attorney General of the United States, et al.    Magistrate Judge _____

Defendant

**ORDER**

IT IS ORDERED that  Brian Kane  be and is hereby admitted to the bar of this Court pro hac vice on behalf of  the State of Idaho  in the above described action.

SO ORDERED on this, the _____ day of _____, _____.

_____

U.S. Magistrate Judge