UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

STATE OF ARIZONA, et al.,  
　　Plaintiff

VS.

MERRICK GARLAND, et al.,  
　　Defendant

Case No. 6:22-cv-01130

Judge David C. Joseph

Magistrate Judge Carol B. Whitehurst

**ORDER**

IT IS ORDERED that Ryan Schelhaas be and is hereby admitted to the bar of this Court pro hac vice on behalf of the State of Wyoming in the above described action.

SO ORDERED on this, the _____ day of _____, _____.

_____  
U.S. Magistrate Judge