UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

_____ DIVISION

| | |
|---|---|
| State of Arizona, et al. | Case No. 6:22-cv-01130 |
| Plaintiff | |
| VS. | Judge Joseph |
| Merrick Garland, in his official capacity as Attorney General of the United States, et al. | Magistrate Judge Whitehurst |
| Defendant | |

**ORDER**

IT IS ORDERED that  Brian Kane  be and is hereby admitted to the bar of this Court pro hac vice on behalf of  the State of Idaho  in the above described action.

SO ORDERED on this, the  7th  day of  June, 2022.

_____
U.S. Magistrate Judge