*(Rev. 11/30/2018)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
_Lafayette_ DIVISION

Arizona, et al.

Plaintiff

VS.

Garland

Defendant

Case No. 22-cv-1130

Judge Hon. David Joseph

Magistrate Judge Hon. Carol Whitehurst

# MOTION TO APPEAR PRO HAC VICE

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of the State of Kansas in the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the United States District Court for the District of Kansas or the bar of Kansas Supreme court, which is the highest court of such state. Attached hereto is a certificate of good standing from such court.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, Elizabeth Murrill of the firm of Louisiana Department of Justice is appointed a local counsel.

Page 1 of 3

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filter) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

_____              _____
Signature of Applying Attorney                           Signature of Local Counsel

Applying attorney must sign. No "s/ signature" accepted.             Local counsel may use typed "s/ signature" and must file electronically.

PLEASE TYPE OR PRINT LEGIBLY:                LOCAL COUNSEL INFORMATION:

Name: Dwight R. Carswell                     Name: Elizabeth Murrill

Firm: Kansas Attorney General's Office       Firm: Louisiana Department of Justice

Address: 120 SW 10th Ave., 3rd Floor         Address: 1885 N. Third Street

Topeka, KS 66612                             Baton Rouge, LA 70802

Telephone: (785) 368-8410                    Telephone: 225-326-6766

Fax: (785) 296-6296                          Fax:

E-mail: dwight.carswell@ag.ks.gov            E-mail: murrille@ag.louisiana.gov

Additional e-mail(s):