# UNITED STATES DISTRICT COURT

## FOR THE
### SOUTHERN DISTRICT OF WEST VIRGINIA

# CERTIFICATE OF GOOD STANDING

I, _____ RORY L. PERRY II _____ , Clerk of this Court,

certify that _____ LINDSAY SARA SEE _____ was duly admitted

to practice in this Court on _____ May 16, 2018 _____ and is in good standing in this Court.
*(Date)*

Dated at _____ Charleston _____ on _____ June 2, 2022 _____
*(Location)* *(Date)*

_____
RORY L. PERRY II
*CLERK*

_____
*DEPUTY CLERK*