UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| Arizona, et al. | Case No. 6:22-cv-01130 |
|---|---|
| Plaintiffs, | |
| VS. | Judge   Honorable David C. Joseph |
| Garland, et al. | Magistrate Judge   Honorable Carol B. Whitehurst |
| Defendants. | |

**ORDER**

IT IS ORDERED that Lindsay S. See be and is hereby admitted to the bar of this Court pro hac vice on behalf of the State of West Virginia in the above described action.

SO ORDERED on this, the _____ day of _____, 2022.

_____
Carol B. Whitehurst, U.S. Magistrate Judge