*(Rev. 11/30/2018)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
__LAFAYETTE__ DIVISION

STATE OF ARIZONA, et al.,　　　　　　　　　　　Case No. 6:22-cv-01130
　　　　Plaintiff

　　　　VS.　　　　　　　　　　　　　　　　　　Judge David C. Joseph

MERRICK GARLAND, et al.,　　　　　　　　　　　Magistrate Judge Carol B. Whitehurst
　　　　Defendant

**MOTION TO APPEAR PRO HAC VICE**

　　In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of __Plaintiff State of Nebraska__ in the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the United States District Court for the District of _____ or the bar of __the Nebraska Supreme__ court, which is the highest court of such state. Attached hereto is a certificate of good standing from such court.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, __Elizabeth Murrill__ of the firm of __Louisiana Department of Justice__ is appointed a local counsel.

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filter) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

_____          _____
Signature of Applying Attorney                          Signature of Local Counsel

Applying attorney must sign. No "s/ signature" accepted.

Local counsel may use typed "s/ signature" and must file electronically.

PLEASE TYPE OR PRINT LEGIBLY:

Name: James A. Campbell
Firm: Nebraska Attorney General's Office
Address: 2115 State Capitol
         Lincoln, NE 68509
Telephone: 402-471-2682
Fax:
E-mail: jim.campbell@nebraska.gov
Additional e-mail(s):

LOCAL COUNSEL INFORMATION:

Name: Elizabeth Murrill
Firm: Louisiana Department of Justice
Address: 1885 N. Third Street
         Baton Rouge, LA 70802
Telephone: 225-326-6766
Fax:
E-mail: murrille@ag.louisiana.gov

Page 2 of 3