UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

___LAFAYETTE___ DIVISION

STATE OF ARIZONA, et al.,

Plaintiff

VS.

MERRICK GARLAND, et al.,

Defendant

Case No. 6:22-cv-01130

Judge David C. Joseph

Magistrate Judge Carol B. Whitehurst

**ORDER**

IT IS ORDERED that  James A. Campbell  be and is hereby admitted to the bar of this Court pro hac vice on behalf of  Plaintiff State of Nebraska  in the above described action.

SO ORDERED on this, the _____ day of _____, _____.

_____
U.S. Magistrate Judge