UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

STATE OF ARIZONA, et al.,     Case No. 6:22-cv-01130

    Plaintiff

VS.     Judge David C. Joseph

MERRICK GARLAND, et al.,     Magistrate Judge Carol B. Whitehurst

    Defendant

**ORDER**

IT IS ORDERED that Ryan Schelhaas be and is hereby admitted to the bar of this Court pro hac vice on behalf of the State of Wyoming in the above described action.

SO ORDERED on this, the 8th day of June, 2022.

_U.S. Magistrate Judge_