UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

Lafayette DIVISION

Arizona, et al.

Plaintiff

VS.

Garland

Defendant

Case No. 22-cv-1130

Judge Hon. David Joseph

Magistrate Judge Hon. Carol Whitehurst

**ORDER**

IT IS ORDERED that Dwight R. Carswell be and is hereby admitted to the bar of this Court pro hac vice on behalf of the State of Kansas in the above described action.

SO ORDERED on this, the 8th day of June, 2022, _____.

_____
U.S. Magistrate Judge