AO 136

# CERTIFICATE OF GOOD STANDING

## UNITED STATES DISTRICT COURT

District of Utah

I, Kimberly A. Free, PhD, Clerk of the United States District Court, District of Utah, certify that

## MELISSA HOLYOAK

Bar #  **09832**, **was** duly admitted to practice in this Court on 05/22/2007, and is in good standing as a member of the bar of this Court.



Dated at Salt Lake City, Utah

on June 1, 2022

Kimberly A. Free, PhD

*Clerk*

_____
(By) Deputy Clerk