UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| Arizona, et al. <br> Plaintiffs, | Case No.   6:22-cv-01130 |
| VS. | Judge   Honorable David C. Joseph |
| Garland, et al. <br> Defendants. | Magistrate Judge   Honorable Carol B. Whitehurst |

## ORDER

IT IS ORDERED that Lindsay S. See be and is hereby admitted to the bar of this Court pro hac vice on behalf of the State of West Virginia in the above described action.

SO ORDERED on this, the __9th__ day of __June__, 2022.

_____
Carol B. Whitehurst, U.S. Magistrate Judge