UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

STATE OF ARIZONA, et al.,
    Plaintiff

VS.

MERRICK GARLAND, et al.,
    Defendant

Case No. 6:22-cv-01130

Judge David C. Joseph

Magistrate Judge Carol B. Whitehurst

**ORDER**

IT IS ORDERED that James A. Campbell be and is hereby admitted to the bar of this Court pro hac vice on behalf of Plaintiff State of Nebraska in the above described action.

SO ORDERED on this, the 9th day of June, 2022, _____.

_____
U.S. Magistrate Judge