| Kelly Stephens<br>Clerk | OFFICE OF THE CLERK<br>**SUPREME COURT OF KENTUCKY**<br>ROOM 209, STATE CAPITOL<br>700 CAPITAL AVE.<br>FRANKFORT, KENTUCKY 40601-3488 | Telephone:<br>(502) 564-4720<br>FAX:<br>(502) 564-5491 |
|---|---|---|

## CERTIFICATION

I, Kelly Stephens, Clerk of the Supreme Court of Kentucky, do hereby certify the records in this office show that _____ Marc Edwin Manley _____ having met the necessary requirements for admission to the Bar, took the oath prescribed by the Constitution of this Commonwealth on _____ October 19, 2015 _____, and thereupon was admitted to practice as an attorney before this and all other courts of the Commonwealth of Kentucky, and certify that _____ Marc Edwin Manley _____ is an attorney at law in good standing, as such, in all the courts of the Commonwealth.

I further certify that the Supreme Court is the Court of highest jurisdiction for the Commonwealth of Kentucky.

Done at the Capitol at Frankfort, Kentucky this __6th__ day of __June, 2022__.

KELLY STEPHENS
CLERK

By: _Karen Cohl_
Deputy Clerk

# KENTUCKY BAR ASSOCIATION

514 WEST MAIN STREET
FRANKFORT, KENTUCKY 40601-1812
(502) 564-3795
FAX (502) 564-3225
www.kybar.org

**OFFICERS**
J.D. Meyer
President

Amy D. Cubbage
President-Elect

W. Fletcher Schrock
Vice President

Thomas N. Kerrick
Immediate Past President

Megan P. Keane
Chair, Young Lawyers Division

**EXECUTIVE DIRECTOR**
John D. Meyers

**BOARD OF GOVERNORS**
Amelia M. Adams
Douglas G. Benge
Rhonda Jennings Blackburn
Allison I. Connelly
Matthew P. Cook
Jennifer M. Gatherwright
William M. "Mitch" Hall, Jr.
Todd V. McMurtry
Susan Montalvo-Gesser
Susan D. Phillips
James M. Ridings
James A. Sigler
Van F. Sims
J. Tanner Watkins



## THIS IS TO CERTIFY THAT

### MARC EDWIN MANLEY
Kentucky Office of Attorney General
700 Capitol Avenue, Suite 118
Frankfort, Kentucky 40601

### Membership No. 96786

is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky. Dated this 27th day of May, 2022.

**JOHN D. MEYERS**
**REGISTRAR**

By: _____
John D. Meyers, Registrar