UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

STATE OF ARIZONA, et al.

Plaintiff

VS.

MERRICK GARLAND, et al.

Defendant

Case No. 6:22-cv-01130

Judge David C. Joseph

Magistrate Judge Carol B. Whitehurst

**ORDER**

IT IS ORDERED that Marc Manley be and is hereby admitted to the bar of this Court pro hac vice on behalf of the Commonwealth of Kentucky _____ in the above described action.

SO ORDERED on this, the _____ day of _____, _____.

_____
U.S. Magistrate Judge