(Rev. 11/30/2018)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE   DIVISION

State of Louisiana, et al.

Plaintiff

VS.

Merrick Garland, et al.

Defendant

Case No.   6:22-cv-1130-DCJ-CBW

Judge   David C. Joseph

Magistrate Judge   Carol B. Whitehurst

**MOTION TO APPEAR PRO HAC VICE**

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of   the State of Arizona   in the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the United States District Court for the District of _____ or the bar of   the Arizona Supreme   court, which is the highest court of such state. Attached hereto is a certificate of good standing from such court.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana,   Elizabeth Murrill   of the firm of   Louisiana Department of Justice   is appointed a local counsel.

Page 1 of 3

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filter) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

_____            _____
Signature of Applying Attorney                          Signature of Local Counsel

Applying attorney must sign. No "s/ signature" accepted.   Local counsel may use typed "s/ signature" and must file electronically.

PLEASE TYPE OR PRINT LEGIBLY:                LOCAL COUNSEL INFORMATION:

Name: James K. Rogers                                    Name: Elizabeth Murrill

Firm: Arizona Attorney General's Office                  Firm: Louisiana Department of Justice

Address: 2005 N Central Ave                              Address: 1885 N. Third Street
         Phoenix, AZ 85004                                        Baton Rouge, LA 70802

Telephone: 602-542-8540                                  Telephone: 225-326-6766

Fax:                                                     Fax:

E-mail: James.Rogers@azag.gov                            E-mail: murrille@ag.louisiana.gov

Additional e-mail(s):

_____

_____

Page 2 of 3