UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

<u>LAFAYETTE</u>          DIVISION


State of Louisiana, et al.                          Case No. <u>6:22-cv-1130-DCJ-CBW</u>

Plaintiff

VS.                                                 Judge <u>David C. Joseph</u>

Merrick Garland, et al.                             Magistrate Judge <u>Carol B. Whitehurst</u>

Defendant

**ORDER**


IT IS ORDERED that <u>James K. Rogers</u> be and is hereby admitted to the bar of this Court pro hac vice on behalf of <u>the State of Arizona</u> in the above described action.

SO ORDERED on this, the _____ day of _____, _____.


_____

U.S. Magistrate Judge