UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

<u>LAFAYETTE</u>   DIVISION

| | |
|---|---|
| <u>State of Louisiana, et al.</u><br>Plaintiff | Case No. <u>6:22-cv-1130-DCJ-CBW</u> |
| VS. | Judge <u>David C. Joseph</u> |
| <u>Merrick Garland, et al.</u><br>Defendant | Magistrate Judge <u>Carol B. Whitehurst</u> |

**ORDER**

IT IS ORDERED that <u>James K. Rogers</u> be and is hereby admitted to the bar of this Court pro hac vice on behalf of <u>the State of Arizona</u> in the above described action.

SO ORDERED on this, the <u>15th</u> day of <u>June, 2022</u>, _____.

_[signature]_
_____
U.S. Magistrate Judge