IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, *et al.*,<br><br>PLAINTIFFS,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*,<br><br>DEFENDANTS. | CIVIL ACTION NO. 6:22-cv-01130 |

**JOINT MOTION FOR EXTENSION OF TIME FOR DISCOVERY**

On May 18, 2022, this Court ordered "that the parties engage in a 30-day period of limited discovery." Doc. 24 at 1. The conclusion of that 30-day period is June 17. The Court also ordered Plaintiffs to "file briefing and evidence on or before June 24, 2022, regarding the States' standing to bring this action" and scheduled a status conference for June 27, 2022. *Id.* at 2. The Court also noted that "[i]f at any time the parties determine that they require additional time to conduct jurisdictional discovery, they should so advise the Court." *Id*. The parties now jointly request (subject to one caveat, below) an extension of time to complete discovery of an additional sixty (60) days, up to, and through August 16, 2022.

Plaintiffs and Defendants have served discovery requests on each other. Plaintiffs served their requests on May 27, 2022. Defendants served their discovery on June 6, 2022, served deposition notices under Rule 30(b)(6) on four of the Plaintiff States, and asked those Plaintiffs to identify the proper deponents and confer on dates for the depositions. On June 14, 2022, Defendants contacted Plaintiffs by email to request an update on the depositions and for Plaintiffs to confirm whether they planned to respond to Defendants' other discovery requests by June 17,

1

2022. Defendants also suggested more time to complete discovery may be necessary if Plaintiffs were not prepared to respond to Defendants' discovery requests and deposition notices by June 17, 2022. On June 15, 2022, Plaintiffs responded and stated that they agreed that an extension was appropriate and that they consented to an extension request. Plaintiffs suggested a 60-day extension. Thereafter, on June 16, 2022, the parties met and conferred at Plaintiffs' request regarding the scope of discovery and how to most efficiently complete it. Discussions are still ongoing, and the parties have jointly concluded that additional time is needed to complete discovery.

Accordingly, Plaintiffs and Defendants jointly request that this Court extend the time for discovery, and the other corresponding deadlines, by an additional 60 days. The parties also jointly request that the Court's stay of the Defendants' deadlines to respond to the motion for preliminary injunction and to answer or otherwise respond to the complaint remain in effect. If the Court grants this extension, the deadline to complete discovery would be August 16, 2022 and the deadline for Plaintiffs to file their additional briefing and evidence on standing would be August 23, 2022. The parties would also request that the court re-set the scheduled status conference for a date following the briefing deadline convenient to the Court. Should the Court wish to hear from the parties at an earlier date, the parties are also available at the Court's convenience.

The parties further agree that the extension of discovery is not intended to allow serving additional discovery requests at this preliminary, limited discovery phase, other than to follow up on the existing discovery requests, if warranted.  The parties agree that if either Plaintiffs or Defendants wish to serve additional discovery concerning existing discovery requests they will first meet and confer in good faith with the opposing party and explain why such discovery is necessary to follow up on the narrow issues identified by the Court of: 1) the likely effect the

Asylum IFR will have on the number of immigrants granted asylum, residing in the plaintiff states, and 2) the costs or other measurable effect these additional persons, will have on the plaintiff states. *See, e.g.* 5/18/22 Hr'g Tr. at 73:14-18. If the parties cannot agree in good faith on any follow-up discovery they will contact the Court and seek leave before serving such discovery.

Dated: June 17, 2022

Respectfully submitted,
By:*/s/ Joseph Scott St. John*

| | |
|---|---|
| MARK BRNOVICH<br>  Attorney General<br>Brunn ("Beau") W. Roysden III *<br>  Solicitor General<br>Drew C. Ensign **<br>  Deputy Solicitor General<br>James K. Rogers **<br>  Senior Litigation Counsel<br>OFFICE OF THE ARIZONA ATTORNEY GENERAL<br>2005 North Central Avenue<br>Phoenix, AZ 85004<br>beau.roysden@azag.gov<br>drew.ensign@azag.gov<br>james.rogers@azag.gov<br><br>*Counsel for Plaintiff State of Arizona*<br><br>Steve Marshall<br>  Alabama Attorney General<br>Edmund G. LaCour Jr.**<br>  Solicitor General<br>Thomas A. Wilson **<br>Office of the Attorney General<br>State of Alabama<br>501 Washington Avenue<br>P.O. Box 300152<br>Montgomery, Alabama 36130-0152<br>Telephone: (334) 242-7300<br>Edmund.LaCour@AlabamaAG.gov<br><br>*Counsel for Plaintiff State of Alabama* | ELIZABETH B. MURRILL (La #20685)<br>  Solicitor General<br>J. SCOTT ST. JOHN (La #36682)<br>  Deputy Solicitor General<br>LOUISIANA DEPARTMENT OF JUSTICE<br>1885 N. Third Street<br>Baton Rouge, Louisiana 70804<br>Tel: (225) 326-6766<br>murrille@ag.louisiana.gov<br>stjohnj@ag.louisiana.gov<br><br>*Counsel for Plaintiff State of Louisiana*<br><br>ERIC S. SCHMITT<br>  Attorney General<br>D. JOHN SAUER *<br>  Solicitor General<br>OFFICE OF THE MISSOURI ATTORNEY GENERAL<br>Supreme Court Building<br>P.O. Box 899<br>Jefferson City, MO 65102<br>Phone: (573) 751-3321<br>John.Sauer@ago.mo.gov<br><br>*Counsel for Plaintiff State of Missouri* |

LESLIE RUTLEDGE
  Arkansas Attorney General
NICHOLAS J. BRONNI*
  Solicitor General
DYLAN L. JACOBS*
  Deputy Solicitor General
OFFICE OF THE ARKANSAS
ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-2007
Nicholas.Bronni@arkansasag.gov
Dylan.Jacobs@arkansasag.gov

*Counsel for Plaintiff State of Arkansas*

CHRISTOPHER M. CARR
  Attorney General of Georgia
STEPHEN J. PETRANY**
  Solicitor General
OFFICE OF THE GEORGIA
ATTORNEY GENERAL
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

*Counsel for Plaintiff State of Georgia*

THEODORE E. ROKITA
  Indiana Attorney General
Betsy M. DeNardi**
  Director of Complex Litigation
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204
Betsy.DeNardi@atg.in.gov

*Counsel for Plaintiff State of Indiana*

Treg R. Taylor
  Attorney General of Alaska
CORI M. MILLS**
  Deputy Attorney General of Alaska
Christopher A. Robison**
  Assistant Attorney General
Alaska Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, AK 99501-1994
chris.robison@alaska.gov

*Counsel for Plaintiff State of Alaska*

ASHLEY MOODY
  Attorney General
JAMES H. PERCIVAL*
  Deputy Attorney General of Legal Policy
OFFICE OF THE FLORIDA
ATTORNEY GENERAL
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
Phone: (850) 414-3300
james.percival@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

Lawrence G. Wasden
  Attorney General,
Brian Kane**
  Chief Deputy Attorney General
Office of the Idaho Attorney General
700 W. Jefferson Street, Ste. 210
P.O. Box 83720
Boise, ID 83720
Telephone: (208) 334-2400
Email: Brian.Kane@ag.idaho.gov

*Counsel for Plaintiff State of Idaho*

DANIEL CAMERON
   Attorney General of Kentucky
Marc Manley**
   Associate Attorney General
Kentucky Office of the
Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky
Tel: (502) 696-5478

*Counsel for Plaintiff Commonwealth of Kentucky*

LYNN FITCH
   Attorney General of Mississippi
JUSTIN L. MATHENY*
   Deputy Solicitor General
OFFICE OF THE MISSISSIPPI
ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205-0220
Tel: (601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for Plaintiff State of Mississippi*

DOUGLAS J. PETERSON
   Attorney General
JAMES A. CAMPBELL**
   Solicitor General
OFFICE OF THE NEBRASKA ATTORNEY GENERAL
2115 State Capitol
Lincoln, Nebraska 68509
Tel: (402) 471-2682
jim.campbell@nebraska.gov

*Counsel for Plaintiff State of Nebraska*

Derek Schmidt
   Attorney General
Dwight R. Carswell**
   Deputy Solicitor General
Office of the Kansas Attorney General
120 SW 10th Ave., 3rd Floor
Topeka, KS 66612-1597
dwight.carswell@ag.ks.gov

*Counsel for Plaintiff State of Kansas*

AUSTIN KNUDSEN
   Attorney General
DAVID M.S. DEWHIRST*
   Solicitor General
MONTANA DEPARTMENT OF JUSTICE
215 N Sanders St
Helena, MT 59601
P. (406) 444-2026
David.Dewhirst@mt.gov

*Counsel for Plaintiff State of Montana*

JOHN M. O'CONNOR
   Attorney General of Oklahoma
BRYAN CLEVELAND**
   Deputy Solicitor General
OKLAHOMA ATTORNEY GENERAL'S OFFICE
313 NE 21st Street
Oklahoma City, OK 73105
Phone: (405) 521-3921

*Counsel for Plaintiff State of Oklahoma*

5

ALAN WILSON
   South Carolina Attorney General
Thomas T. Hydrick**
   Assistant Deputy Solicitor General
Post Office Box 11549
Columbia, SC 29211
(803) 734-4127
thomashydrick@scag.gov

*Counsel for the State of South Carolina*

BRIDGET HILL
   Attorney General of Wyoming
RYAN SCHELHAAS**
   Chief Deputy Attorney General
OFFICE OF THE WYOMING ATTORNEY GENERAL
109 State Capitol
Cheyenne, WY 82002
Tel: (307) 777-5786
ryan.schelhaas@wyo.gov

*Counsel for Plaintiff State of Wyoming*

Sean D. Reyes
   *Utah Attorney General*
Melissa Holyoak**
   *Utah Solicitor General*
350 N. State Street, Suite 230
P.O. Box 142320
Salt Lake City, UT 84114-2320
(801) 538-9600
melissaholyoak@agutah.gov

*Counsel for Plaintiff State of Utah*

Patrick Morrisey
   Attorney General
Lindsay See**
   Solicitor General
Office of the West Virginia Attorney General
State Capitol, Bldg 1, Room E-26
Charleston, WV 25305
(681) 313-4550
Lindsay.S.See@wvago.gov

*Counsel for Plaintiff State of West Virginia*

\* Pro hac vice application forthcoming
\*\* Pro hac vice application granted

Date:  June 17, 2022                                   Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section

EREZ REUVENI
*Assistant Director*

BRIAN C. WARD
*Senior Litigation Counsel*

JOSEPH DARROW
ELISSA FUDIM
ERIN RYAN
*Trial Attorneys*

SARAH STEVENS WILSON
*Assistant Director*
Office of Immigration Litigation
Appellate Section

*Counsel for Defendants*