IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*, <br><br> Defendants. | Civil Action No. 6:22-cv-01130 |

## ORDER

The parties' Joint Motion for Extension of Time for Discovery is GRANTED.

The deadline to complete the limited discovery ordered by this Court in ECF No. 24 is extended to **August 16, 2022**. The deadline for Plaintiffs to file their additional briefing and evidence on standing is extended to **August 23, 2022**.

The Court's prior order staying the Defendants' deadlines to respond to the pending motion for preliminary injunction and to file an answer or other responsive pleading remains in effect.

By separate order, the Court will re-set the date and time for the related status conference.

SO ORDERED.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE
