*(Rev. 11/30/2018)*

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

State of Louisiana, et al.                                Case No. 6:22-cv-1130-DCJ-CBW

    Plaintiff

VS.                                                       Judge David C. Joseph

Merrick Garland, et al.                                   Magistrate Judge Carol B. Whitehurst

    Defendant

## MOTION TO APPEAR PRO HAC VICE

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of the State of Arizona in the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the United States District Court for the District of _____ or the bar of the Arizona Supreme court, which is the highest court of such state. Attached hereto is a certificate of good standing from such court.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, Elizabeth Murrill of the firm of Louisiana Department of Justice is appointed a local counsel.

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filter) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

_____  
Signature of Applying Attorney  
Applying attorney must sign. No "s/ signature" accepted.

_____  
Signature of Local Counsel  
Local counsel may use typed "s/ signature" and must file electronically.

PLEASE TYPE OR PRINT LEGIBLY:

Name: Beau Roysden  
Firm: Arizona Attorney General's Office  
Address: 2005 N Central Ave  
Phoenix, AZ 85004  
Telephone: 602-542-8958  
Fax: 602-542-8308  
E-mail: beau.roysden@azag.gov  
Additional e-mail(s):  
acl@azag.gov

LOCAL COUNSEL INFORMATION:

Name: Elizabeth Murrill  
Firm: Louisiana Department of Justice  
Address: 1885 N. Third Street  
Baton Rouge, LA 70802  
Telephone: 225-326-6766  
Fax:  
E-mail: murrille@ag.louisiana.gov