

# Supreme Court
### STATE OF ARIZONA
### ADMINISTRATIVE OFFICE OF THE COURTS

**ROBERT BRUTINEL**
CHIEF JUSTICE

**DAVID K. BYERS**
ADMINISTRATIVE DIRECTOR
OF THE COURTS

## CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **BRUNN WALL ROYSDEN, III,** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on August 11, 2011 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this **APRIL 1 8 2022**.

_____
Aaron Nash
Associate Disciplinary Clerk

_____
Margaret Lindsey
Associate Disciplinary Clerk

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT
## OF THE
## STATE OF ARIZONA

_____

I, Tracie K. Lindeman, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the Disciplinary Clerk of the Supreme Court of Arizona

**BRUNN WALL ROYSDEN, III**

was on the 11th day of August, 2011 duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are pending against this attorney in the Arizona Supreme Court as of the date of this certificate; and that this name now appears on the Roll of Attorneys in this office as an active member of the State Bar of Arizona in good standing.

Given under my hand and the seal of said Court this 19th day of April, 2022.

TRACIE K. LINDEMAN, Clerk

By _____
Liz Gomez
Deputy Clerk III