UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

State of Louisiana, et al.

Plaintiff

VS.

Merrick Garland, et al.

Defendant

Case No. 6:22-cv-1130-DCJ-CBW

Judge David C. Joseph

Magistrate Judge Carol B. Whitehurst

**ORDER**

IT IS ORDERED that Beau Roysden be and is hereby admitted to the bar of this Court pro hac vice on behalf of the State of Arizona in the above described action.

SO ORDERED on this, the ____ day of _____, _____.

_____
U.S. Magistrate Judge