UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

Lafayette _____ DIVISION

State of Louisiana, et al
_____
Plaintiff

Case No. 6:22-cv-1130-DCJ-CBW

VS.

Judge David C. Joseph

Merrick Garland, et al
_____
Defendant

Magistrate Judge Carol B. Whitehurst

**ORDER**

IT IS ORDERED that Justin L. Matheny _____ be and is hereby

admitted to the bar of this Court pro hac vice on behalf of the State of Mississippi _____

_____ in the above described action.

SO ORDERED on this, the 27th day of June, 2022 , _____ .

_____
U.S. Magistrate Judge