*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| STATE OF ARIZONA, | Case No. 6:22-CV-01130 |
|---|---|
| Plaintiff | |
| VS. | Judge   David C. Joseph |
| MERRICK GARLAND, ET AL | Magistrate Judge   Carol B. Whitehurst |
| Defendant | |

**MOTION TO APPEAR PRO HAC VICE**

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of <u>State of Missouri</u> in the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the United States District Court for the District of <u>      </u> or the bar of <u>the Supreme Court of California</u>, which is the highest court of such state.  Attached hereto is a certificate of good standing from such court.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, <u>J. Scott St. John</u> of the firm of <u>Louisiana Dept. of Justice</u> is appointed as local counsel.

Page **1** of **3**

*(Rev. 6/14/2022)*

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

_____          /s/ Joseph Scott St. John
Signature of Applying Attorney              Signature of Local Counsel

Applying attorney may use typed "s/         Local counsel may use typed "s/ signature"
signature."                                  and must file electronically.

PLEASE TYPE OR PRINT LEGIBLY:               LOCAL COUNSEL INFORMATION:

Name:     Michael E. Talent                 Name:     J. Scott St. John
Firm:     Office of Missouri Attorney General   Firm:     Louisiana Dept. of Justice
Address:  815 Olive Street, #200            Address:  909 Poydras Street #1850
          St. Louis, Missouri 63101                   New Orleans, LA 70112
Telephone: (314) 340-4869                   Telephone: (225) 485-2458
Fax:                                        Fax:
E-mail:   Michael.Talent@ago.mo.gov         E-mail:   stjohnj@ag.louisana.gov
Additional e-mail(s):
Tammy.Glenn@ago.mo.gov
Diana.Haines@ago.mo.gov