

# Supreme Court of California

### JORGE E. NAVARRETE

*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

## *MICHAEL EVERETT TALENT*

*I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that MICHAEL EVERETT TALENT, State Bar no. 322220, was on the 29TH day of November, 2018, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 28TH day of April, 2022.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By:_____
*Simone Voltz, Supervising Deputy Clerk*