*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
DIVISION

| STATE OF ARIZONA, | Case No.   6:22-CV-01130 |
|---|---|
| Plaintiff | |
| VS. | Judge   David C. Joseph |
| MERRICK GARLAND, ET AL | Magistrate Judge   Carol B. Whitehurst |
| Defendant | |

**ORDER**

IT IS ORDERED that <u>Michael E. Talent</u> be and is hereby admitted to the bar of this Court pro hac vice on behalf of <u>the State of Missouri</u> in the above described action.

SO ORDERED on this, the _____ day of _____, 20_____.

_____
U.S. Magistrate Judge