# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

**STATE OF ARIZONA ET AL**         **CASE NO. 6:22-CV-01130**

**VERSUS**                          **JUDGE DAVID C. JOSEPH**

**MERRICK GARLAND ET AL**          **MAGISTRATE JUDGE CAROL B. WHITEHURST**

## MINUTES OF COURT:
### Motion Hearing

| | | | |
|---|---|---|---|
| Date: | June 27, 2022 | Presiding: | Judge David C. Joseph |
| Court Opened: | 2:00 p.m. | Courtroom Deputy: | Paula Jordan |
| Court Adjourned: | 2:11 p.m. | Court Reporter: | Zoom Recording |
| Statistical Time: | /11 | | |

### APPEARANCES

| | | |
|---|---|---|
| Joseph Scott St. John | For | Plaintiffs |
| Drew C. Ensign | For | State of Arizona, Plaintiff |
| Christopher Robison | For | State of Alaska, Plaintiff |
| Betsy M. DeNardi | For | State of Indiana, Plaintiff |
| Brian Ward | For | U.S. Department of Justice, Defendant |
| Karen King | For | AUSA, Defendant |

### PROCEEDINGS

Status Conference held regarding parties' Joint Motion for Extension of Time for Discovery [Doc. 62]. Motion is **GRANTED**.

### RULINGS/COMMENTS

The discovery deadline is extended for an additional 60 days until August 16, 2022.

The deadline for Plaintiffs to file their additional briefing and evidence on standing is extended until August 23, 2022.

The Court will hold a status conference on September 15, 2022, at 2:00 p.m. by videoconference.

The Government shall not be required to file its response to the Motion for Preliminary Injunction [Doc. 22] or file an Answer to the Amended Complaint [Doc. 14] prior to the September 15th status conference. The Court will set associated deadlines at that time.