# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **STATE OF ARIZONA, ET AL** | **CIVIL DOCKET NO. 6:22-CV-01130** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **MERRICK GARLAND, ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## ORDER

Considering the Joint Motion for Extension of Time for Discovery (the "Motion") [Doc. 62], filed by the parties in this case,

IT IS HEREBY ORDERED that the Motion is GRANTED. The deadline to complete the limited discovery ordered by this Court on May 18, 2022 [Doc. 24], is extended to **August 16, 2022**. The deadline for Plaintiffs to file their additional briefing and evidence on standing is extended to **August 23, 2022**. Defendants shall file any response on or before **September 6, 2022**, and Plaintiffs may file a reply within seven (7) days thereafter.

IT IS FURTHER ORDERED that the Court will hold a status conference on **September 15, 2022, at 2:00 p.m.** by videoconference. At the status conference: (i) the parties will be prepared to discuss the need for discovery, if any, beyond the administrative record, and (ii) the Court will set a hearing date for the Motion for Preliminary Junction [Doc. 22].

IT IS FURTHER ORDERED that the Government shall not be required to file its response to the Motion for Preliminary Injunction [Doc. 22] or file an Answer to the Amended Complaint [Doc. 14] prior to the September 15, 2022, status conference. The Court will set associated deadlines at that time.

THUS, DONE AND SIGNED in Chambers on this 27th day of June 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE