UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

STATE OF ARIZONA, ET AL.

Plaintiff

VS.

MERRICK GARLAND, ET AL.

Defendant

Case No. 6:22-CV-1130

Judge David C. Joseph

Magistrate Judge Carol B. Whitehurst

## ORDER

IT IS ORDERED that James Percival be and is hereby admitted to the bar of this Court pro hac vice on behalf of the State of Florida in the above described action.

SO ORDERED on this, the _____ day of _____, _____.

_____
U.S. Magistrate Judge