# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF ARIZONA, By and through its Attorney General, MARK BRNOVICH; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND in his official capacity as Attorney General of the United States of America; *et al.*, <br><br> Defendants. | Civil Action No. 6:22-cv-01130 <br><br> Assigned to the Hon. David C. Joseph |

## ORDER

Pursuant to the parties' Joint Statement regarding case status to inform the court of recent developments, the Court orders as follows:

Plaintiffs Motion for Preliminary Injunction (Dkt. 22) is withdrawn and Plaintiffs will not seek injunctive relief in this case going forward;

All outstanding discovery requests are withdrawn without prejudice to propounding such requests in the future;

The deadline for Plaintiffs to file a Second Amended Complaint, which will seek declaratory judgment and vacatur, is thirty (30) days from the date of filing of the Joint Statement;

Defendants do not waive any defenses to the Second Amended Complaint and anticipate that the Parties will need to complete jurisdictional discovery related to potential motions under Rule 12(b)(1) before responding to the Second Amended Complaint;

The Parties shall confer following the filing of the Second Amended Complaint and submit to the Court within 14 days a proposal for discovery and additional proceedings in this matter; and

Defendants' deadline to answer or otherwise respond to the Second Amended Complaint is hereby stayed in the interim and during any period of jurisdictional discovery.

This Order supersedes the Court's prior orders in ECF No. 62-1, staying deadlines, other responsive pleadings and discovery.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE