# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

**STATE OF ARIZONA ET AL**  CASE NO. 6:22-CV-01130

**VERSUS**  JUDGE DAVID C. JOSEPH

**MERRICK GARLAND ET AL**  MAGISTRATE JUDGE CAROL B. WHITEHURST

### MINUTES OF COURT:
### Status Conference

| | | | |
|---|---|---|---|
| Date: | 7/21/2022 | Presiding: | Judge David C. Joseph |
| Court Opened: | 3:05 PM | Courtroom Deputy: | Christina Chicola |
| Court Adjourned: | 3:13 PM | Courtroom: | Zoom Recording |
| Statistical Time: | 00:08 | | |

### APPEARANCES

| | | |
|---|---|---|
| Joseph Scott St John (RET) | For | State of Louisiana, Plaintiff |
| Beau Roysden (RET) | For | State of Arizona, Plaintiff |
| Christopher Robison (RET) | For | State of Alaska, Plaintiff |
| James K Rogers (RET) | For | State of Arizona, Plaintiff |
| Brian Ward | For | U S Dept of Justice, Defendant |

### PROCEEDINGS

Status Conference held regarding parties' *Joint Statement Regarding Case* Status Report (Record Doc. 76) filed on 7/20/2022.

---

**RULINGS/COMMENTS:**

After discussion with the parties, the Court indicated that an order will be issued staying the case pending the filing of a Second Amended Complaint.