UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF ARIZONA, By and through its Attorney General, MARK BRNOVICH; *et al.*, <br><br> PLAINTIFFS, <br><br> v. <br><br> MERRICK GARLAND in his official capacity as Attorney General of the United States of America; *et al.*, <br><br> DEFENDANTS. | CIVIL ACTION NO. 6:22-cv-01130 <br><br> Assigned to the Hon. David C. Joseph |

## ORDER

Pursuant to the parties' Joint Statement Regarding Case Status [Doc. 76] and subsequent status conference informing the Court of recent developments, the Court orders as follows:

Plaintiffs Motion for Preliminary Injunction [Doc. 22] is withdrawn and Plaintiffs will not seek injunctive relief in this case going forward;

All outstanding discovery requests are withdrawn without prejudice to propounding such requests in the future;

The deadline for Plaintiffs to file a Second Amended Complaint, which Plaintiffs represent will seek declaratory judgment and vacatur, is thirty (30) days from the date of this Order;

Defendants do not waive any defenses to the Second Amended Complaint and anticipate the Parties will need to complete jurisdictional discovery related to potential motions under Rule 12(b)(1) before responding to the Second Amended Complaint;

The Parties shall confer following the filing of the Second Amended Complaint and submit to the Court within fourteen (14) days a proposal for discovery and additional proceedings in this matter; and

Defendants' deadline to answer or otherwise respond to the Second Amended Complaint is hereby stayed in the interim and during any period of jurisdictional discovery.

This Order supersedes the Court's prior orders in [Doc. 71], staying deadlines, other responsive pleadings and discovery.

THUS, DONE AND SIGNED in Chambers on this 21st day of July 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE