UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF ARIZONA, By and through its Attorney General, MARK BRNOVICH; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND in his official capacity as Attorney General of the United States of America; *et al.*, <br><br> Defendants. | Civil Action No. 6:22-cv-01130 <br><br> Assigned to the Hon. David C. Joseph |

### PLAINTIFF STATES' UNOPPOSED MOTION FOR A SECOND EXTENSION OF 60-DAYS TO FILE SECOND AMENDED COMPLAINT

Plaintiff States respectfully request to move the deadline to file their Second Amended Complaint, that was Ordered in (Doc. 079), for 60-days from August 22, 2022 to October 21, 2022. Defendants have indicated they do not have an objection to our requested extension.

The reason for the request is that this extension would move the deadline past the end of the federal fiscal year, when on information and belief Defendants are more likely to have useful reports on the numbers of asylees processed under the new system and which states such asylees are located in. In addition, the extension provides roughly four months of time (5/31 to 9/30) of actual implementation, which would be more statistically robust than any single month data.

Defendants do not waive any defenses to the Second Amended Complaint, with the same 14-day period following the filing of the Second Amended Complaint for the parties to confer on

a proposal for discovery and additional proceedings, before responding to the Second Amended Complaint.

| | |
|---|---|
| Dated:   August 19, 2022 | Respectfully submitted, |
| | By:*/s/ Joseph Scott St. John* |
| MARK BRNOVICH | ELIZABETH B. MURRILL (La #20685) |
|    Attorney General |    Solicitor General |
| Brunn ("Beau") W. Roysden III * | JOSEPH SCOTT ST. JOHN (La #36682) |
|    Solicitor General |    Deputy Solicitor General |
| Drew C. Ensign ** | LOUISIANA DEPARTMENT OF JUSTICE |
|    Deputy Solicitor General | 1885 N. Third Street |
| James K. Rogers ** | Baton Rouge, Louisiana 70804 |
|    Senior Litigation Counsel | Tel: (225) 326-6766 |
| OFFICE OF THE ARIZONA ATTORNEY GENERAL | murrille@ag.louisiana.gov |
| | stjohnj@ag.louisiana.gov |
| 2005 North Central Avenue | |
| Phoenix, AZ 85004 | *Counsel for Plaintiff State of Louisiana* |
| beau.roysden@azag.gov | |
| drew.ensign@azag.gov | ERIC S. SCHMITT |
| james.rogers@azag.gov |    Attorney General |
| | D. JOHN SAUER * |
| *Counsel for Plaintiff State of Arizona* |    Solicitor General |
| | OFFICE OF THE MISSOURI ATTORNEY GENERAL |
| Steve Marshall | Supreme Court Building |
|    Alabama Attorney General | P.O. Box 899 |
| Edmund G. LaCour Jr.** | Jefferson City, MO 65102 |
|    Solicitor General | Phone: (573) 751-3321 |
| Thomas A. Wilson ** | John.Sauer@ago.mo.gov |
| Office of the Attorney General | |
| State of Alabama | *Counsel for Plaintiff State of Missouri* |
| 501 Washington Avenue | |
| P.O. Box 300152 | Treg R. Taylor |
| Montgomery, Alabama 36130-0152 |    Attorney General of Alaska |
| Telephone: (334) 242-7300 | CORI M. MILLS** |
| Edmund.LaCour@AlabamaAG.gov |    Deputy Attorney General of Alaska |
| | Christopher A. Robison** |
| *Counsel for Plaintiff State of Alabama* |    Assistant Attorney General |
| | Alaska Department of Law |
| | 1031 West 4th Avenue, Suite 200 |
| | Anchorage, AK 99501-1994 |
| | chris.robison@alaska.gov |
| | |
| | *Counsel for Plaintiff State of Alaska* |

2

LESLIE RUTLEDGE
  Arkansas Attorney General
NICHOLAS J. BRONNI*
  Solicitor General
DYLAN L. JACOBS*
  Deputy Solicitor General
OFFICE OF THE ARKANSAS
ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-2007
Nicholas.Bronni@arkansasag.gov
Dylan.Jacobs@arkansasag.gov

*Counsel for Plaintiff State of Arkansas*

CHRISTOPHER M. CARR
  Attorney General of Georgia
STEPHEN J. PETRANY**
  Solicitor General
OFFICE OF THE GEORGIA
ATTORNEY GENERAL
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

*Counsel for Plaintiff State of Georgia*

THEODORE E. ROKITA
  Indiana Attorney General
Betsy M. DeNardi**
  Director of Complex Litigation
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204
Betsy.DeNardi@atg.in.gov

*Counsel for Plaintiff State of Indiana*

ASHLEY MOODY
  Attorney General
JAMES H. PERCIVAL*
  Deputy Attorney General of Legal Policy
OFFICE OF THE FLORIDA
ATTORNEY GENERAL
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
Phone: (850) 414-3300
james.percival@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

Lawrence G. Wasden
  Attorney General,
Brian Kane**
  Chief Deputy Attorney General
Office of the Idaho Attorney General
700 W. Jefferson Street, Ste. 210
P.O. Box 83720
Boise, ID 83720
Telephone: (208) 334-2400
Email: Brian.Kane@ag.idaho.gov

*Counsel for Plaintiff State of Idaho*

Derek Schmidt
  Attorney General
Dwight R. Carswell**
  Deputy Solicitor General
Office of the Kansas Attorney General
120 SW 10th Ave., 3rd Floor
Topeka, KS 66612-1597
dwight.carswell@ag.ks.gov

*Counsel for Plaintiff State of Kansas*

3

DANIEL CAMERON
   Attorney General of Kentucky
Marc Manley**
   Associate Attorney General
Kentucky Office of the
Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky
Tel: (502) 696-5478

*Counsel for Plaintiff Commonwealth of Kentucky*

LYNN FITCH
   Attorney General of Mississippi
JUSTIN L. MATHENY*
   Deputy Solicitor General
OFFICE OF THE MISSISSIPPI
ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205-0220
Tel: (601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for Plaintiff State of Mississippi*

DOUGLAS J. PETERSON
   Attorney General
JAMES A. CAMPBELL**
   Solicitor General
OFFICE OF THE NEBRASKA ATTORNEY
GENERAL
2115 State Capitol
Lincoln, Nebraska 68509
Tel: (402) 471-2682
jim.campbell@nebraska.gov

*Counsel for Plaintiff State of Nebraska*

AUSTIN KNUDSEN
   Attorney General
DAVID M.S. DEWHIRST*
   Solicitor General
MONTANA DEPARTMENT OF JUSTICE
215 N Sanders St
Helena, MT 59601
P. (406) 444-2026
David.Dewhirst@mt.gov

*Counsel for Plaintiff State of Montana*

JOHN M. O'CONNOR
   Attorney General of Oklahoma
BRYAN CLEVELAND**
   Deputy Solicitor General
OKLAHOMA ATTORNEY GENERAL'S
OFFICE
313 NE 21st Street
Oklahoma City, OK 73105
Phone: (405) 521-3921

*Counsel for Plaintiff State of Oklahoma*

Sean D. Reyes
   *Utah Attorney General*
Melissa Holyoak**
   *Utah Solicitor General*
350 N. State Street, Suite 230
P.O. Box 142320
Salt Lake City, UT 84114-2320
(801) 538-9600
melissaholyoak@agutah.gov

*Counsel for Plaintiff State of Utah*

4

ALAN WILSON
   South Carolina Attorney General
Thomas T. Hydrick**
   Assistant Deputy Solicitor General
Post Office Box 11549
Columbia, SC 29211
(803) 734-4127
thomashydrick@scag.gov

*Counsel for the State of South Carolina*

BRIDGET HILL
   Attorney General of Wyoming
RYAN SCHELHAAS**
   Chief Deputy Attorney General
OFFICE OF THE WYOMING ATTORNEY GENERAL
109 State Capitol
Cheyenne, WY 82002
Tel: (307) 777-5786
ryan.schelhaas@wyo.gov

*Counsel for Plaintiff State of Wyoming*

Patrick Morrisey
   Attorney General
Lindsay See**
   Solicitor General
Office of the West Virginia Attorney General
State Capitol, Bldg 1, Room E-26
Charleston, WV 25305
(681) 313-4550
Lindsay.S.See@wvago.gov

*Counsel for Plaintiff State of West Virginia*

\* Pro hac vice application forthcoming
\*\* Pro hac vice application granted

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2022, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Western District of Louisiana by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

*/s/ Joseph Scott St. John*
JOSEPH SCOTT ST. JOHN