# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF ARIZONA, By and through its Attorney General, MARK BRNOVICH; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND in his official capacity as Attorney General of the United States of America; *et al.*, <br><br> Defendants. | Civil Action No. 6:22-cv-01130 <br><br> Assigned to the Hon. David C. Joseph |

## ORDER

Pursuant to the Plaintiff States' Unopposed Motion for A Second Extension of 60 Days to File Second Amended Complaint, , the Court orders as follows:

The deadline for Plaintiffs to file a Second Amended Complaint, which will seek declaratory judgment and vacatur, is extended to and including October 21, 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE