# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, *et al.*,<br><br>                                  PLAINTIFFS,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*,<br><br>                                  DEFENDANTS. | CIVIL ACTION NO. 6:22-cv-01130 |

**[Proposed] Jurisdictional Discovery Order**

The Court has considered Plaintiff States' Motion for Jurisdictional Discovery and the applicable law. The States' Motion is hereby granted.

**IT IS THEREFORE ORDERED** that Defendants shall produce no later than October 28, 2022, the following statistics broken out week-by-week:

- The number of asylum grants and denials since May 31, 2022 made (1) under the new Asylum IFR in the areas where it has been implemented and (2) under the prior regime in the areas where it has not. Numbers should be broken out by the administrative and geographic divisions/sectors used by DOJ and DHS.

- Numbers for asylum grants and denials for the three years prior to May 31, 2022, broken out by the same administrative divisions used for the preceding inquiry.

- The numbers of asylum recipients settling in each State, broken out by State, for the last three years.

Signed this ___ day of _____, 2022

                                                                   _____
                                                                     ROBERT R. SUMMERHAYS
                                                                 UNITED STATES DISTRICT JUDGE