UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **STATE OF ARIZONA ET AL** | **CASE NO. 6:22-CV-01130** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **MERRICK GARLAND ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**MINUTES OF COURT:**
**STATUS CONFERENCE**

| | | | |
|---|---|---|---|
| Date: | 10/20/2022 | Presiding: | Judge David C. Joseph |
| Court Opened: | 2:31 PM | Courtroom Deputy: | Evelyn Alexander |
| Court Adjourned: | 2:51 PM | Courtroom: | Zoom Video Conference |
| Statistical Time: | 20 Minutes | | |

**APPEARANCES**

| | | |
|---|---|---|
| Drew C Ensign | For | State of Arizona, Plaintiff |
| Joseph Scott St John | For | State of Louisiana, Plaintiff |
| James K Rogers | For | State of Arizona, Plaintiff |
| Brian Ward | For | U S Dept of Justice, Defendant |

**PROCEEDINGS**

Case called for Status Conference via Zoom Video.

The Court extended the deadline for Plaintiffs to file a Second Amended Complaint. Plaintiffs shall file their Second Amended Complaint in twenty-one days, on or before November 10, 2022. The Court shall thereafter hold a hearing via Zoom for the parties to discuss their respective needs to conduct jurisdictional discovery.

The Court will DEFER ruling on [82] MOTION for Limited Jurisdictional Discovery by State of Alabama, State of Alaska, State of Arizona, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Kansas, Commonwealth of Kentucky, State of Louisiana, State of Mississippi, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of Utah, State of West Virginia, State of Wyoming, until after Plaintiffs file their Second Amended Complaint.