# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **STATE OF ARIZONA ET AL** | **CASE NO. 6:22-CV-01130** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **MERRICK GARLAND ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## MINUTES OF COURT:
## STATUS CONFERENCE

| | | | |
|---|---|---|---|
| Date: | Nov. 21, 2022 | Presiding: Judge David C. Joseph | |
| Court Opened: | 2:30 PM | Courtroom Deputy: | Chrissy Craig-Fontenot |
| Court Adjourned: | 2:47 PM | Court Reporter: | LaRae Bourque |
| Statistical Time: | 17 Minutes | Courtroom: | Zoom Recording |

## APPEARANCES

| | | | |
|---|---|---|---|
| Drew C Ensign | | For | State of Arizona, Plaintiff |
| Joseph Scott St John | | For | State of Louisiana, Plaintiff |
| Brian Ward | | For | U S Dept of Justice, Defendant |

## PROCEEDINGS

A Status Conference was held November 21, 2022, via Zoom Video Conference.

A Second Amended Complaint [Doc. 86] was filed by Plaintiffs on November 10, 2022. Also pending before the Court is a Motion for Limited Jurisdictional Discovery [Doc. 82] filed by the Plaintiffs.

The Court ordered the parties to confer regarding the scope, procedure, and timeframe for a period of jurisdictional discovery among the parties. The parties are directed to jointly file on or before December 2, 2022, either: (i) a proposed joint discovery protocol, or (ii) a status report outlining to the area(s) of agreement/disagreement. If necessary, the Court will thereafter hold a hearing.

By consent of the parties, the Defendants shall not be required to file an Answer to the Second Amended Complaint [Doc. 86] prior to completion of jurisdictional discovery by the parties. The Court will set a deadline for the Defendants to file an Answer after the period of jurisdictional discovery is complete or nearing completion.