# SNELL & WILMER

### CERTIFICATE OF THE CLERK OF THE SUPREME COURT
### OF THE
### STATE OF ARIZONA

---

*I, Tracie K. Lindeman, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the Disciplinary Clerk of the Supreme Court of Arizona*

**BRETT W. JOHNSON**

*was on the 28th day of October, 2002 duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are pending against this attorney in the Arizona Supreme Court as of the date of this certificate; and that this name now appears on the Roll of Attorneys in this office as an active member of the State Bar of Arizona in good standing.*

> *Given under my hand and the seal of said Court this 6th day of December, 2022.*
>
> *TRACIE K. LINDEMAN, Clerk*
>
> By *Ana Ramirez*
> *Ana Ramirez*
> *Deputy Clerk III*



# Supreme Court

STATE OF ARIZONA
ADMINISTRATIVE OFFICE OF THE COURTS

**ROBERT BRUTINEL**
CHIEF JUSTICE

**DAVID K. BYERS**
ADMINISTRATIVE DIRECTOR
OF THE COURTS

## CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **BRETT W. JOHNSON** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on October 28, 2002 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this **NOVEMBER 29 2022**.

Aaron Nash
Associate Disciplinary Clerk

OR

Margaret Lindsey
Associate Disciplinary Clerk