*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

_____                 Case No.   6:22-cv-1130
       *Arizona, et al*
          Plaintiff

        VS.                                            Judge   David C Joseph
_____      Magistrate Judge   Carol B. Whitehurst
       *Garland, et al*

**ORDER**

IT IS ORDERED that <u>Brett W. Johnson</u> be and is hereby admitted to the bar of this Court pro hac vice on behalf of <u>State of Arizona</u> in the above described action.

SO ORDERED on this, the _____ day of _____, 20_____.


_____
             U.S. Magistrate Judge