*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| *Arizona, et al* <br> Plaintiff | Case No.   6:22-cv-1130 |
| VS. <br> *Garland, et al* | Judge   David C Joseph <br> Magistrate Judge   Carol B. Whitehurst |

**ORDER**

IT IS ORDERED that <u>Brett W. Johnson</u> be and is hereby admitted to the bar of this Court pro hac vice on behalf of <u>State of Arizona</u> in the above described action.

SO ORDERED on this, the 4th day of January 2023.

*/s/ Carol B. Whitehurst*
U.S. Magistrate Judge

Page **4** of **3**