**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **STATE OF ARIZONA ET AL** | **CASE NO. 6:22-CV-01130** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **MERRICK GARLAND ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**MINUTES OF COURT: Status Conference**

| | | | |
|---|---|---|---|
| Date: | January 9, 2023 | Presiding: | Judge David C. Joseph |
| Court Opened: | 9:03 am | Courtroom Deputy: | Chrissy Craig-Fontenot |
| Court Adjourned: | 9:20 am | Court Reporter: | Zoom Recording |
| Statistical Time: | 17 Minutes | Courtroom: | Video Conference |

**APPEARANCES**

| | | |
|---|---|---|
| Joseph Scott St John | For | State of Louisiana, Plaintiff |
| Brett W Johnson | For | State of Arizona, Plaintiff |
| Brian Ward | For | U S Dept of Justice, Defendant |

**PROCEEDINGS**

A Status Conference was held January 9, 2023, via Zoom Video Conference.

The parties updated the Court regarding ongoing discovery issues outlined in [89] Joint Status Report filed December 2, 2022.

The Court set a Status Conference for January 17, 2023, at 9:00 a.m. via Zoom Video Conference.