IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, *et al.*, <br><br> PLAINTIFFS, <br><br> v. <br><br> MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*, <br><br> DEFENDANTS. | CIVIL ACTION NO. 6:22-cv-01130 |

## MOTION TO WITHDRAW

NOW INTO COURT, comes Plaintiff State Arizona who respectfully requests the Court to withdraw Brunn ("Beau") W. Roysden III, Drew C. Ensign and James K. Rogers —who no longer work for the State OF Arizona—as counsel in this matter and be removed from receiving notices filed in this matter effective from the date of this filing. Plaintiff State Arizona will continue to be represented by Brett W. Johnson of the law firm Snell & Wilmer.

Undersigned counsel certifies that this motion is being filed with the express consent of Brunn ("Beau") W. Roysden III, Drew C. Ensign and James K. Rogers.

Respectfully submitted,

JEFF LANDRY
ATTORNEY GENERAL

By: */s/ J. Scott St. John*
ELIZABETH B. MURRILL (La #20685)
  Solicitor General
J. SCOTT ST. JOHN (La #36682)
  Deputy Solicitor General
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, Louisiana 70802

Tel: (225) 485-2458
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participating attorneys.

      This the 13th day of January, 2023.

                                        /s/ *J. Scott St. John*
                                        J. Scott St. John
                                        Deputy Solicitor General