**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION**

| | |
|---|---|
| STATE OF ARIZONA, *et al.*, | |
| PLAINTIFFS, | |
| v. | CIVIL ACTION NO. 6:22-cv-01130 |
| MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*, | |
| DEFENDANTS. | |

**ORDER**

Considering the foregoing Motion to Withdraw,

**IT IS ORDERED** that Brunn ("Beau") W. Roysden III, Drew C. Ensign and James K.

Rogers be withdrawn as counsel for Plaintiff State of Arizona in this proceeding.

This ___ day of _____, 2023.


_____
**UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA**

1