IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, *et al.*, <br><br> PLAINTIFFS, <br><br> v. <br><br> MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*, <br><br> DEFENDANTS. | CIVIL ACTION NO. 6:22-cv-01130 |

## ORDER

Considering the foregoing Motion to Withdraw,

**IT IS ORDERED** that Brunn ("Beau") W. Roysden III, Drew C. Ensign and James K. Rogers be withdrawn as counsel for Plaintiff State of Arizona in this proceeding.

Signed in Lafayette, Louisiana, this 17th day of January, 2023.

_____
**CAROL B. WHITEHURST**
**UNITED STATES MAGISTRATE JUDGE**