UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **STATE OF ARIZONA ET AL** | **CASE NO. 6:22-CV-01130** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **MERRICK GARLAND ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**MINUTES OF COURT:**
**Status Conference**

| | | | |
|---|---|---|---|
| Date: | January 17, 2023 | Presiding: | Judge David C. Joseph |
| Court Opened: | 9:00 AM | Courtroom Deputy: | Sandy Williams |
| Court Adjourned: | 9:11 AM | Courtroom: | Zoom Video Conference |
| Statistical Time: | 11 Minutes | | |

**APPEARANCES**

| | | |
|---|---|---|
| Joseph Scott St. John | For | State of Louisiana, Plaintiff |
| Brian Ward | For | U S Dept of Justice, Defendant |

**PROCEEDINGS**

A Status Conference was held January 17, 2023, via Zoom Video Conference.

The parties updated the Court regarding status of jurisdictional discovery.

The Plaintiff States advised the Court that they intend to establish Article III standing by showing the effect of the IFR on certain discrete programs in the states of Louisiana and Florida, in addition to asserting standing as a matter of law.

The parties will confer and seek agreement on the parameters of jurisdictional discovery and advise the Court of any impasse. The Court ordered the period of jurisdictional discovery to be completed on or before March 24, 2023, unless extended.

The Court is available upon request for any additional status conferences needed to complete discovery.