AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of Montana

## CERTIFICATE OF GOOD STANDING

I, _____ Tyler P. Gilman _____ , Clerk of this Court,

certify that _____ David M.S. Dewhirst _____ , Bar # _____ 65934132 _____ ,

was duly admitted to practice in this Court on _____ 03/18/2021 _____ , and is in good standing as a member

of the Bar of this Court.

Dated at _____ Missoula, MT _____ on _____ 01/27/2023 _____
  (Location)                                                (Date)

**TYLER P. GILMAN**
_____
*CLERK*


*DEPUTY CLERK*

