# Supreme Court State of Idaho



## Certificate of Good Standing

Clerk's Office ⎰
Supreme Court ⎱ ss.

I, Melanie Gagnepain, Clerk of the Supreme Court of the State of Idaho, do hereby certify that

DAVID MORGAN STEVEN DEWHIRST, on the 30th day of December, 2022, was admitted to practice

by said Court as an attorney counselor at law in all the courts of this state, and that ever since and now is

an attorney in good standing at the Bar of this Court.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the Court at

Boise, Idaho, this 25th day of January, 2023.

*Melanie Gagnepain*

Clerk of the Idaho Supreme Court