# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, *et al.*, <br><br> PLAINTIFFS, <br><br> v. <br><br> MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*, <br><br> DEFENDANTS. | CIVIL ACTION NO. 6:22-cv-01130 |

## NOTICE OF DISMISSAL OF PARTY

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff State Arizona provides notice to this Court that it is voluntarily dismissing its claims with prejudice. This notice applies solely to Plaintiff State of Arizona's claims and does not represent a dismissal of any of the claims brought by the remaining Plaintiffs.

Respectfully submitted,

SNELL & WILMER, LLP

/s/ Brett W. Johnson

Brett W. Johnson*
Snell & Wilmer
1 E. Washington Street, Suite 2700
Phoenix, AZ 85004

*Counsel for Plaintiff State of Arizona*

*admitted *Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participating attorneys.

This the 15th day of February, 2023.

                                                  /s/ *Brett W. Johnson*
                                                  Brett W. Johnson
                                                  Snell & Wilmer