**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**STATE OF ARIZONA ET AL**     **CASE NO.   6:22-CV-01130**

**VERSUS**          **JUDGE DAVID C. JOSEPH**

**MERRICK GARLAND ET AL**    **MAGISTRATE JUDGE CAROL B.**
              **WHITEHURST**

**NOTICE OF DEFICIENT DOCUMENT**

**NOTICE TO FILER:**

The Notice of Voluntary Dismissal filed on February 15, 2023 by State of Arizona was
DEFICIENT for the following reason(s):

✓ For attorneys admitted *pro hac vice*, signature or endorsement of local counsel is
  required. Please refer to LR83.2.6 for more specific requirements.

**Please electronically submit a "Corrective Document" <u>within 10 days</u> from the date of this
notice or the document may be stricken by the court.   <u>PLEASE ENTITLE THE
SUBMISSION, "CORRECTIVE DOCUMENT."</u>**   All filing deadlines previously set remain
in effect.   Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-
866-323-1101.