(Rev. 6/14/2022)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF ARIZONA, by and through its Attorney General, MARK BRNOVICH; et al.<br><br>Plaintiff<br><br>VS.<br><br>MERRICK GARLAND in his official capacity as Attorney General of the United States of America; et al.<br><br>Defendant | Case No.   6:22-cv-01130<br><br><br><br>Judge   David C. Joseph<br>Magistrate Judge   Carol B. Whitehurst |

**ORDER**

IT IS ORDERED that David M.S. Dewhirst be and is hereby admitted to the bar of this Court pro hac vice on behalf of Plaintiff State of Idaho in the above-described action.

SO ORDERED on this, the  16th   day of  February     , 2023.

_____
U.S. Magistrate Judge