*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, et al. <br> Plaintiff | Case No.   6:22-cv-01130 |
| VS. <br> MERRICK GARLAND, et al. <br> Defendant | Judge   David C. Joseph <br> Magistrate Judge   Carol B. Whitehurst |

**ORDER**

IT IS ORDERED that <u>Charles F. Capps</u> be and is hereby admitted to the bar of this Court pro hac vice on behalf of <u>State of Missouri</u> in the above described action.

SO ORDERED on this, the _____ day of _____, 20_____.

_____
U.S. Magistrate Judge