*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| STATE OF ARIZONA, et al. | Case No. 6:22-cv-01130 |
|---|---|
| Plaintiff | |
| VS. | Judge   David C. Joseph |
| MERRICK GARLAND, et al. | Magistrate Judge   Carol B. Whitehurst |
| Defendant | |

**ORDER**

IT IS ORDERED that <u>Charles F. Capps</u> be and is hereby admitted to the bar of this Court pro hac vice on behalf of <u>State of Missouri</u> in the above described action.

SO ORDERED on this, the <u>22nd</u> day of February, 2023.

_____
U.S. Magistrate Judge