# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

|  |  |
|---|---|
| THE STATE OF ARIZONA, *et al.*, | Case No.   6:22-cv-01130 |
| Plaintiffs, |  |
| v. | Judge   David C. Joseph |
| MERRICK GARLAND in his official capacity as Attorney General of the United States of America, *et al.*, | Magistrate Judge   Carol B. Whitehurst |
| Defendants. |  |

## ORDER

Considering the foregoing Motion to Withdraw,

IT IS ORDERED that Brian Kane be withdrawn as counsel for Plaintiff State of Idaho

in this proceeding.

This ___ day of _____, 2023.

_____
**UNITED STATES DISTRICT JUDGE**
**WESTERN DISTRICT OF LOUISIANA**