IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, *et al.*, | Case No.  6:22-cv-01130 |
| Plaintiffs, | |
| v. | Judge   David C. Joseph |
| MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*, | Magistrate Judge   Carol B. Whitehurst |
| Defendants. | |

**MOTION TO WITHDRAW**

NOW INTO COURT, comes Plaintiff State Idaho who respectfully requests the Court to withdraw Brian Kane —who no longer works for the State of Idaho—as counsel in this matter and be removed from receiving notices filed in this matter effective from the date of this filing. Plaintiff State Idaho will continue to be represented by David M.S. Dewhirst.

Undersigned counsel certifies that this motion is being filed with the express consent of Brian Kane.

Dated: March 9, 2023

                                                     Respectfully submitted,

*/s/ J. Scott St. John*
ELIZABETH B. MURRILL (La #20685)
 Solicitor General
J. SCOTT ST. JOHN (La #36682)
 Deputy Solicitor General
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, LA 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*

1

/s/ David M.S. Dewhirst
RAÚL R. LABRADOR
 Attorney General
DAVID M.S. DEWHIRST
 Chief Deputy Attorney General
IDAHO ATTORNEY GENERAL'S OFFICE
P.O. BOX 83720
BOISE, IDAHO 83720-0010
Tel: (208) 334-2400
david.dewhirst@ag.idaho.gov

*Counsel for Plaintiff State of Idaho*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participating attorneys.

    This the 9th day of March, 2023.

                                           */s/ David M.S. Dewhirst*
                                          David M.S. Dewhirst
                                          Chief Deputy Attorney General