IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF ARIZONA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND in his official capacity as Attorney General of the United States of America, *et al.*, <br><br> Defendants. | Case No.   6:22-cv-01130 <br><br> Judge   David C. Joseph <br><br> Magistrate Judge   Carol B. Whitehurst |

## ORDER

Considering the foregoing Motion to Withdraw,

IT IS ORDERED that Brian Kane be withdrawn as counsel for Plaintiff State of Idaho in this proceeding.

This ___ day of _____, 2023.

_____
**UNITED STATES DISTRICT JUDGE**
**WESTERN DISTRICT OF LOUISIANA**