IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF ARIZONA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND in his official capacity as Attorney General of the United States of America, *et al.*, <br><br> Defendants. | Case No.   6:22-cv-01130 <br><br> Judge   David C. Joseph <br><br> Magistrate Judge   Carol B. Whitehurst |

## ORDER

Considering the foregoing Motion to Withdraw,

IT IS ORDERED that Brian Kane be withdrawn as counsel for Plaintiff State of Idaho in this proceeding.

This 10th day of March, 2023.

*[signature]*
**CAROL B. WHITEHURST**
**UNITED STATES MAGISTRATE JUDGE**

1