IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUSIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| STATE OF ARIZONA, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. **6:22-cv-01130** |
| | ) | |
| MERRICK GARLAND, in his official capacity at Attorney General of the United States, *et al.*, | ) ) ) | Judge:  David C. Joseph |
| | ) | Magistrate:  Carol B. Whitehurst |
| | ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO WITHDRAW

COMES NOW the undersigned, Thomas A. Wilson, and files this Motion for Leave to Withdraw as counsel of record on behalf of the State of Alabama. As grounds for said Motion, undersigned states that effective March 24, 2023, he will no longer be working for the State of Alabama. The State of Alabama will continue to be represented by Edmund G. LaCour Jr, and no party will be prejudiced by this withdrawal.

Respectfully submitted,

STEVE MARSHALL
Attorney General


/s/ Thomas A. Wilson
THOMAS A. WILSON
*Deputy Solicitor General*

**Counsel for State of Alabama**

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, AL 36130
Phone: 334.242.7300
Fax: 334.353.8400
Thomas.wilson@AlabamaAG.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 15, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                              /s/ Thomas A. Wilson
                                              THOMAS A. WILSON
                                              *Deputy Solicitor General*