**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUSIANA
LAFAYETTE DIVISION**

| | |
|---|---|
| STATE OF ARIZONA, et al. | )<br>) |
| Plaintiffs, | )<br>) |
| v. | )   Case No. **6:22-cv-01130**<br>) |
| MERRICK GARLAND, in his official capacity at Attorney General of the United States, *et al.*, | )   Judge:  David C. Joseph<br>)<br>)   Magistrate:  Carol B. Whitehurst<br>) |
| Defendants. | ) |

## **ORDER**

Considering the foregoing Motion to Withdraw,

IT IS ORDERED that Thomas A. Wilson be withdrawn as counsel for Amici State of Alabama in this proceeding.

_____
**UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA**