# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUSIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  Case No. **6:22-cv-01130** |
| | ) |
| MERRICK GARLAND, in his official | )  Judge:  David C. Joseph |
| capacity at Attorney General of the | ) |
| United States, *et al.*, | )  Magistrate:  Carol B. Whitehurst |
| | ) |
| Defendants. | ) |

## **ORDER**

Considering the foregoing Motion to Withdraw,

IT IS ORDERED that Thomas A. Wilson be withdrawn as counsel for Amici State of Alabama in this proceeding.

SIGNED in Lafayette, Louisiana on March 16, 2023.

_____
**CAROL B. WHITEHURST**
**UNITED STATES MAGISTRATE JUDGE**