AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

## CERTIFICATE OF GOOD STANDING

I, Denise M. Lucks, Clerk of this Court, certify that Eric J. Hamilton, Bar # N/A, was duly admitted to practice in this Court on 02/08/2023, and is in good standing as a member of the Bar of this Court.

Dated at Lincoln, NE on 03/10/2023
*(Location)*                                                                    *(Date)*

Denise M. Lucks
*CLERK*

Nicki Wenzl
*DEPUTY CLERK*