UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

STATE OF ARIZONA, et al.,

Plaintiff

VS.

MERRICK GARLAND, et al.,

Defendant

Case No. 6:22-cv-01130

Judge David C. Joseph

Magistrate Judge Carol B. Whitehurst

**ORDER**

IT IS ORDERED that Eric J. Hamilton be and is hereby admitted to the bar of this Court pro hac vice on behalf of Plaintiff State of Nebraska in the above described action.

SO ORDERED on this, the _____ day of _____, _____.

_____
U.S. Magistrate Judge