UNITED STATES OF AMERICA
WESTERN DISTRICT OF LOUISIANA

| THE STATE OF ARIZONA, By and through its Attorney General, Mark Brnovich, et. al.,<br><br>          Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States, et. al.,<br><br>          Defendants. | No. 6:22-cv-1130 |
|---|---|

## **MOTION TO ENROLL**

NOW INTO COURT, through undersigned counsel comes JOHN S. MCLINDON who moves to enroll as counsel of record in the captioned matter on behalf ROZAS AND ASSOCIATES LAW FIRM, L.L.C., a non-party, who has been issued a subpoena by the Plaintiff herein.

          Respectfully submitted:

          /s/John S. McLindon_____
          John S. McLindon
          Attorney at Law (La Bar No. 19703)
          12345 Perkins Rd., Bldg. 2, Suite 202
          Baton Rouge  LA  70810
          T:     225-408-0362
          C:     225-603-6493
          E: john@mclindonlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the forgoing Motion to Enroll been served on the following:

Joseph S. St. John
Deputy Solicitor General
Office of the Attorney General
Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70804
(225) 485-2458
stjohnj@ag.louisiana.gov

and all other parties connected to this case via CM/ECF service.

      Baton Rouge, Louisiana, this 17th day of March, 2023.



                                                _____/s/ John S. McLindon_____
                                                      John S. McLindon