UNITED STATES OF AMERICA
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF ARIZONA,<br>By and through its Attorney General, Mark<br>Brnovich, et. al.,<br><br>       Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States, et. al.,<br>       Defendants. | No. 6:22-cv-1130 |

## MOTION TO QUASH SUBPOENA TO
## ROZAS AND ASSOCIATES LAW FIRM, L.L.C.

NOW INTO COURT, through undersigned counsel comes ROZAS AND ASSOCIATES LAW FIRM, L.L.C., (hereafter "ROZAS") a non-party, who moves this Court for an Order quashing a subpoena duces tecum served upon ROZAS.

1.

Rozas brings this Motion to Quash pursuant to FRCP 45(c)(3).

2.

Pursuant to Local Rule of Court 7.4, a Memorandum in support of this Motion to Quash Subpoena to Rozas and Associates Law Firm, L.L.C. is attached.

       Respectfully submitted:

       /s/John S. McLindon_____
       John S. McLindon
       Attorney at Law (La Bar No. 19703)
       12345 Perkins Rd., Bldg. 2, Suite 202
       Baton Rouge  LA  70810
       T: 225-408-0362
       C: 225-603-6493
       E: john@mclindonlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the forgoing Motion to Quash Subpoena Duces Tecum has been served on the following:

Joseph S. St. John
Deputy Solicitor General
Office of the Attorney General
Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70804
(225) 485-2458
stjohnj@ag.louisiana.gov

and all parties enrolled in the captioned matter by CM/ECF.

Baton Rouge, Louisiana, this 17th day of March, 2023.

                                                            /s/ John S. McLindon
                                                              John S. McLindon