UNITED STATES OF AMERICA
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THE STATE OF ARIZONA,** By and through its Attorney General, Mark Brnovich, et. al.,<br><br>　　　　　　　　　　**Plaintiffs,**<br><br>v.<br><br>**MERRICK GARLAND, in his official capacity as Attorney General of the United States, et. al.,**<br>　　　　　　　　　　Defendants. | No. 6:22-cv-1130 |

# ORDER

Considering the foregoing **Motion to Quash Subpoena to Rozas and Associates Law Firm, L.L.C.,**

**IT IS HEREBY ORDERED** that this matter is set for contradictory hearing on the _____ day of _____, 2023, at _____ o'clock ____.M.

This _____ day of _____, 2023.

_____
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA