UNITED STATES OF AMERICA
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF ARIZONA, By and through its Attorney General, Mark Brnovich, et. al.,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States, et. al.,<br>　　　　　　　　Defendants. | No. 6:22-cv-1130 |

## ORDER

**IT IS HEREBY ORDERED** that JOHN S. MCLINDON, Attorney at Law, 12345 Perkins Rd. Bldg. 2, Suite 202, Baton Rouge, Louisiana, 70810 is enrolled as counsel of record in the captioned matter on behalf ROZAS AND ASSOCIATES LAW FIRM, L.L.C.

Lafayette, Louisiana, this 20th day of March, 2023.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**CAROL B. WHITEHURST**
　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**