UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

------------------------------------------------------------------ x

| | | |
|---|---|---|
| THE STATE OF ARIZONA, et al., | : | |
| Plaintiffs, | : | Civil Action No. 6:22-cv-01130 |
| vs. | : | |
| MERRICK GARLAND, in his official capacity as Attorney General of the United States of America, et al., | : | Judge David C Joseph<br>Magistrate Judge Carol B Whitehurst |
| Defendants, | | |

------------------------------------------------------------------ x

## MOTION TO ENROLL AS COUNSEL

I, William P. Quigley, move to enroll as counsel on behalf of Home is Here NOLA, Immigration Services and Legal Advocacy, and Louisiana Advocates for Immigrants in Detention, who are non-parties, who have been issued subpoenas in this matter.

Respectfully submitted:

__s/William P. Quigley_____

William P. Quigley (#07769)
**LOYOLA UNIVERSITY SCHOOL OF LAW**
7214 St. Charles Avenue
New Orleans, LA 70118
T: (504) 710-3074
F: (504)861.5440
E: quigley77@gmail.com

Certificate of Service

I hereby certify that on March 20, 2023, I presented the foregoing Motion to Enroll as Counsel by uploading it to the CM/ECF system which will send notification of such filing to all parties.

s/William P. Quigley
Signature

| | |
|---|---|
| Name: | William P. Quigley |
| Firm: | Loyola University School of Law |
| Address: | 7214 St. Charles Ave. |
| | New Orleans, LA 70118 |
| Telephone: | 504-710-3074 |
| Fax: | 504-861-5440 |
| E-mail: | Quigley77@gmail.com |