UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION


| Arizona | Case No.   6:22-cv-1130 |
| Plaintiff | |
| | |
| VS. | Judge   David C Joseph |
| Garland | Magistrate Judge   Carol B Whitehurst |
| Defendant | |

**ORDER**


IT IS ORDERED that William P. Quigley is hereby enrolled as counsel on behalf of

Home is Here NOLA, Immigration Services and Legal Advocacy, and Louisiana Advocates for

Immigrants in Detention in the above described action.

SO ORDERED on this, the _____ day of _____, 20_____.


_____