*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| Arizona | Case No.   6:22-cv-1130 |
|---|---|
| Plaintiff | |
| VS. | Judge   David C Joseph |
| Garland | Magistrate Judge   Carol B Whitehurst |
| Defendant | |

**MOTION TO APPEAR PRO HAC VICE**

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of Home is Here NOLA, Immigration Services and Legal Advocacy, and Louisiana Advocates for Immigrants in Detention in the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the state of Alabama.  Attached hereto is a certificate of good standing from such court.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, William P. Quigley is appointed as local counsel.

*(Rev. 6/14/2022)*

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail.  I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov.  I understand this electronic notice will be in lieu of notice by any other means.  I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

| s/ Jessica Myers Vosburgh | s/ William P. Quigley |
|---|---|
| Signature of Applying Attorney | Signature of Local Counsel |
| Applying attorney may use typed "s/ signature." | Local counsel may use typed "s/ signature" and must file electronically. |
| PLEASE TYPE OR PRINT LEGIBLY: | LOCAL COUNSEL INFORMATION: |

| | | | |
|---|---|---|---|
| Name: | Jessica Myers Vosburgh | Name: | William P. Quigley |
| Firm: | Center for Constitutional Rights | Firm: | Loyola University School of Law |
| Address: | 666 Broadway, 7th floor | Address: | 7214 St. Charles Ave. |
| | New York, NY 10012 | | New Orleans, LA 70118 |
| Telephone: | 212-614-6492 | Telephone: | 504-710-3074 |
| Fax: | 212-614-6499 | Fax: | 504-861-5440 |
| E-mail: | JVosburgh@ccrjustice.org | E-mail: | Quigley77@gmail.com |

Additional e-mail(s):

*(Rev. 6/14/2022)*

## Certificate of Service

I hereby certify that on March 20, 2023, I presented the foregoing Petition for Admission Pro Hac Vice by uploading it to the CM/ECF system which will send notification of such filing to all parties.

s/William P. Quigley
Signature

Name: William P. Quigley
Firm: Loyola University School of Law
Address: 7214 St. Charles Ave.
New Orleans, LA 70118
Telephone: 504-710-3074
Fax: 504-861-5440
E-mail: Quigley77@gmail.com