**Alabama State Bar**

415 DEXTER AVENUE
POST OFFICE BOX 671
MONTGOMERY, AL 36101



STATE OF ALABAMA

COUNTY OF MONTGOMERY

I, Terri B. Lovell, Secretary of the Alabama State Bar and custodian of its records, hereby certify that Jessica Myers Vosburgh has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.

I further certify that Jessica Myers Vosburgh was admitted to the Alabama State Bar April 30, 2014.

I further certify that the said Jessica Myers Vosburgh is presently a member in good standing of the Alabama State Bar, having met all licensing requirements for the year ending September 30, 2023.

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the Alabama State Bar on this the 24th day of February, 2023.

_____
Terri B. Lovell, Secretary



P: 334-269-1515     F: 334-261-6310     ALABAR.ORG