UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

------------------------------------------------------------- x
THE STATE OF ARIZONA, et al., :

                Plaintiffs, :   Civil Action No. 6:22-cv-01130

vs. :

MERRICK GARLAND, in his official capacity :
as Attorney General of the United States of
America, et al., :

                Defendants, :

------------------------------------------------------------- x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that non-parties Home is Here NOLA, Immigration Services and Legal Advocacy ("ISLA"), and Louisiana Advocates for Immigrants in Detention ("La. AID") (collectively, the "Nonprofit Organizations") will move this Court, pursuant to Federal Rules of Civil Procedure 26 and 45, for an order quashing three identical subpoenas (the "Subpoenas") served upon them by the State of Louisiana.

**PLEASE TAKE FURTHER NOTICE** that the Nonprofit Organizations will rely upon their memorandum of law in support of the motion to quash and on declarations in support of the motion and the exhibits thereto.

Dated:  March 20, 2023

                Respectfully submitted,

/s/ Jessica Myers Vosburgh
Jessica Myers Vosburgh (*pro hac vice* pending)
Emily Early (*pro hac vice* pending)
Angelo Guisado (*pro hac vice* pending)
**CENTER FOR CONSTITUTIONAL RIGHTS**
666 Broadway, 7th Floor
New York, NY 10012
T:  (212) 614-6492
E:  jvosburgh@ccrjustice.org
    eearly@ccrjustice.org
    aguisado@ccrjustice.org


/s/ William P. Quigley
William P. Quigley (#07769)
**LOYOLA UNIVERSITY SCHOOL OF LAW**
7214 St. Charles Avenue
New Orleans, LA 70118
T:  (504) 710-3074
F:  (504) 861.5440
E:  quigley77@gmail.com

/s/ Muhammad U. Faridi
Muhammad U. Faridi (*pro hac vice* forthcoming)
Stephanie Teplin (*pro hac vice* forthcoming)
Julia Haigney Long (*pro hac vice* forthcoming)
David Moosmann (*pro hac vice* forthcoming)
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, NY 10036
T:  (212) 336-2000
E:  mfaridi@pbwt.com
    steplin@pbwt.com
    jhaigneylong@pwbt.com
    dmoosmann@pbwt.com

*Attorneys for Home is Here NOLA, Immigration Services and Legal Advocacy, and Louisiana Advocates for Immigrants in Detention*