UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

------------------------------------------------------------------ x
THE STATE OF ARIZONA, et al.,                    :

                    Plaintiffs,           :   Civil Action No.  6:22-cv-01130

    vs.                                                              :

MERRICK GARLAND, in his official capacity       :
as Attorney General of the United States of
America, et al.,                                                  :
                    Defendants,
                                                 :
------------------------------------------------------------------ x

## DECLARATION OF FRANCES ELIZABETH KELLEY IN SUPPORT OF THE NONPROFIT ORGANIZATIONS' MOTION TO QUASH

I, Frances Elizabeth Kelley, under penalty of perjury, declare as follows:

1. My name is Frances Elizabeth Kelley. I am over 18 years of age and have personal knowledge of the facts set forth in this Declaration. I am a contract employee for Louisiana Advocates for Immigrants in Detention ("La AID"). I make this Declaration based upon my personal knowledge and in support of La AID and the other Nonprofit Organizations' Motion to Quash the Subpoenas issued by the State of Louisiana in the above-captioned case.

2. I have been affiliated with La AID since approximately 2019. From July 2019 to March 2022, I served as an unpaid volunteer. Beginning approximately April 2022 to present, I serve as a part-time, contract employee for La AID.

3. There are three people on La AID's staff: one part-time contract employee (myself); one part-time employee paid through Church for the Highlands who works approximately fifteen hours per week for La AID; and one full-time AmeriCorps VISTA placement. AmeriCorps VISTA is a federal program that places recent college graduates in non-profit organizations; the federal government pays their salary and benefits. The full-time AmeriCorps VISTA placement

began in March 2023, and before that time La AID did not have a full-time staff member. La AID relies on volunteers to support its mission, including significant involvement from members of Church for the Highlands in Shreveport, Louisiana and from members of our many partner churches in the area.

**La AID's Work**

4. La AID assists immigrants in the eight Louisiana immigration detention centers and one Mississippi immigration detention center in Natchez. La AID volunteers provide transportation, meals, and overnight hosting for immigrants when they are released from immigration detention and as they travel to their family/sponsor. We operate a temporary shelter, located within Church for the Highlands in Shreveport where immigrants can stay before traveling to family/sponsor or while waiting for family to pick them up.

5. In addition, La AID volunteers and employees visit and write letters to people in detention, advocate to the United States Immigration and Customs Enforcement ("ICE") for humane treatment and medical care, monitor detention conditions, and communicate with detained immigrants' families to refer them to resources and materials for them to navigate the DHS/ICE process.

**La AID's Relationship with Religious Organizations**

6. La AID began continuous volunteer activity in 2019 as a loose network of volunteers around the state. Churches provided hosting space for early meetings and trainings. Members of the clergy helped lead vigils around family separations and played a prominent role in an advocacy meeting with congressional staff.

7. In 2020, a faith-based nonprofit, CUPS ("Communities United in Prayer and Service"), began serving as the fiscal sponsor for La AID, and in 2022, La AID became an independent 501(c)(3) organization. The first large donations that La AID received were from the

national Unitarian Universalist Church and an order of Catholic nuns. We have also gotten a large grant from a local Presbyterian church.

8. In the spring of 2021, Church for the Highlands, in Shreveport, began offering overnight hosting space in the church office and Sunday school rooms and provided the use of the church van to one of its church members in order to pick up immigrants from detention centers across the state.

9. In the summer of 2021, La AID served as an internship site for a Baptist seminary student who was preparing for ordination.

10. In 2022, Church for the Highlands signed an additional lease with its landlord, Highland Center Corporation, to pay for additional space that was specifically designated for the La AID immigrant shelter in Shreveport. The support provided by Church of the Highlands to La AID, including the use of its physical space, van, and the benefits of associated insurance coverage has been substantial and without the church deciding to open its doors and creating an immigrants team as one of the church's ministries to support La AID, La AID would never have been able to assist the large volume of immigrants who were released.

11. Church for the Highlands' mission is: "We exist to bless the Highland neighborhood with the love of Jesus through Volunteers of America and community partnerships." La AID is one of these community partners, is listed on the church's website, and volunteer service needs are announced in church services. Church for the Highlands considers service on one of its ministry teams as an important component of church membership for all members. La AID spends vast majority of our budget and resources. on the program activities at the shelter in the church.

12. In the spring of 2022, Church for the Highlands began paying a part time staff member to assist with the immigrant ministry and work alongside me. As a contract employee, I

3

receive a stipend from La AID. La AID also uses Church for Highlands's chapel and church van for program activities.

13. Around 10-12 other Shreveport area churches and one mosque send volunteers to the Shreveport shelter to assist La AID, and churches in Monroe, Alexandria, Lafayette, Jena, Baton Rouge, and Natchez, Mississippi have supported the volunteer work of La AID through the participation of both clergy and lay leaders. Many of these congregations also collect supplies and raise money for La AID. Volunteers include Baptists, Episcopalians, Unitarian Universalists, Catholics, Methodists, Presbyterians, Muslims, Jews, and a Native American practicing traditional Indigenous spirituality.

14. While at the immigrant shelter in Shreveport, immigrants are provided with access to Bibles as well as the Quran (and other religious texts would be provided if requested) as well as space, including the church's chapel and prayer garden, to pray, sing, and hold immigrant-led religious services. The shelter makes accommodations for Muslim guests during the month of Ramadan. Immigrants staying at Church for the Highlands often participate in church services or bible study, or are transported by volunteers to other churches or the mosque to attend services there.

**Document Management**

15. The vast majority of La AID's work focuses on supporting immigrants released from ICE custody. For most releases, ICE provides us with an electronic manifest of these individuals' names approximately 24 hours before release—but this does not always occur. We also coordinate with and often are contacted by family members, friends, lawyers, and other sponsors through our text hotline, email, Facebook, or other means, to arrange post-release transportation.

16. To the extent La AID keeps track of data related to individual immigrants, our focus is on contacting sponsors and assisting released individuals with travel to their family/sponsor. We also collect information regarding how many meals we feed individuals and how many trips we take to the airport, primarily so that volunteers and staff can be reimbursed for any related expenses they may incur.

**Burden of Subpoena Compliance**

17. La AID does not have an IT department or any staff with IT responsibilities. To comply with this subpoena, I would be responsible for locating and reviewing potentially responsive documents, which would mean I would not be able to do my job.

18. I would have to sift through an enormous amount of data from the last 5 years. I estimate that it would take a month of dedicated time to identify and find the files, and even more to review them to confirm whether they would be responsive. Because La AID started as a loose grassroots network, we did not have a standard system of managing information and data at the beginning. We also are volunteer run group and training volunteers on how to report data is inconsistent and different areas of the state do things differently. No one person has access to all of the information about who we have helped. I would have to look through my personal email, two to three La AID email accounts, my Whatsapp account, the Whatsapp accounts of two shelter phones (one of which is broken), our texting system, and multiple spreadsheets, as well as paper files. In addition, I would have to reach out to all of our current volunteers and make sure that they look through their personal texts, emails, Whatsapp, paper notes, etc. for responsive documents. I then would have to track down anyone who volunteered with us during the past five years (or with the regional groups that later became La AID), many of whom I do not personally

know and ask them to look through their emails, texts, Whatsapp. paper notes, etc. for additional documents potentially responsive to the Subpoena.

19. If I had to do this, there would be significant stress placed on the AmeriCorps placement—who is still in training—and La AID's remaining part-time staff member. This is particularly true since I serve as La AID's primary contact with ICE as individuals are released. Over the past few weeks, even my focus on helping prepare objections to this Subpoena has taken up hours of time from my role with La AID.

20. Compliance with this subpoena would also break the necessary trust that La AID builds with the people we serve. If we give the State of Louisiana the information requested in the Subpoena, the released immigrants we've served would be incredibly scared and confused. Many would wonder whether the release would have an impact on their immigration process(es), and few would believe they could trust us in the future. If La AID was forced to turn over immigrants' personal data, we likely would shut down most or all of our operations or become a group that only did visitation or other smaller activities, because there would be no way to operate our post-release program and give immigrants an opportunity to accept or reject our help ahead of time so that they would be able to consent to their personal information being put at risk.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed at ___Shreveport, Louisiana___ on March 20 , 2023.

*Frances Kelley*
_____
Frances Elizabeth Kelley