UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

------------------------------------------------------------- x
THE STATE OF ARIZONA, et al., :

               Plaintiffs, :   Civil Action No.  6:22-cv-01130

vs. :

MERRICK GARLAND, in his official capacity :
as Attorney General of the United States of
America, et al., :

               Defendants, :
------------------------------------------------------------- x

**[PROPOSED] ORDER**

**THIS MATTER** having come before the court on non-parties Home is Here NOLA, Immigration Services and Legal Advocacy ("ISLA"), and Louisiana Advocates for Immigrants in Detention's ("La. AID") (collectively, the "Nonprofit Organizations") motion to quash (the "Motion"), pursuant to Federal Rules of Civil Procedure 26 and 45, three subpoenas issued to the Nonprofit Organizations by the State of Louisiana (the "Subpoenas"); and the Court having considered the Nonprofit Organizations' memorandum of law, associated declarations, the exhibits thereto, and the record before it, the Court makes the following findings:

**THE COURT FINDS** that the Subpoenas are unduly burdensome, unreasonable in scope, and infringe upon the Nonpofit Organizations' First Amendment liberties.

**THEREFORE, IT IS** on this _____ day of _____, 2023;

**ORDERED** that the Motion is granted in its entirety; and

**IT IS FURTHER ORDERED** that the Subpoenas are quashed in their entirety.

                                                           _____
                                                           Honorable David C. Joseph, U.S.D.J.