# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*, | )<br>)<br>) |
| Plaintiff, | ) |
| -vs- | )   No.6:22-cv-01130 |
| | )<br>) |
| MERRICK GARLAND, *et al.*, | )<br>) |
| Defendants. | ) |

## ORDER

Before the Court is Plaintiff State of Missouri's Motion to Withdraw Michael E. Talent as counsel of record. Upon consideration of said Motion, and for good cause, the Motion is hereby GRANTED.

Dated: __March 21, 2023__     Signed: _____

UNITED STATES MAGISTRATE JUDGE