UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| Arizona, et al | Case No. | 6:22-cv-1130 |
|---|---|---|
| Plaintiffs | | |
| VS. | Judge | David C Joseph |
| Garland, et al | Magistrate Judge | Carol B Whitehurst |
| Defendants | | |

**ORDER**

IT IS ORDERED that William P. Quigley is hereby enrolled as counsel on behalf of Home is Here NOLA, Immigration Services and Legal Advocacy, and Louisiana Advocates for Immigrants in Detention in the above described action.

SO ORDERED on this, the  21st  day of March, 20 23 .

_____
UNITED STATES MAGISTRATE JUDGE