## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF ARIZONA, By and through its Attorney General, MARK BRNOVICH; et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> MERRICK GARLAND in his official capacity as Attorney General of the United States of America; et al., <br><br> DEFENDANTS. | CIVIL ACTION NO. 6:22-cv-01130 |

## [PROPOSED] ORDER

Good cause appearing, the Parties' Joint Motion to Extend Discovery Deadline is GRANTED. The deadline to complete jurisdictional discovery is extended to May 23, 2023.

SO ORDERED.

 

DAVID C. JOSEPH
U.S. DISTRICT COURT JUDGE