IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, *et al.*, | |
| PLAINTIFFS, | |
| v. | CIVIL ACTION NO. 6:22-cv-01130 |
| MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*, | |
| DEFENDANTS. | |

### MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Plaintiff, the State of Louisiana, who respectfully moves this court to enroll Jordan B. Redmon (Bar No. 37272) of the Louisiana Department of Justice as additional counsel of record in the above captioned matter. Mr. Redmon is licensed to practice law in the state of Louisiana and is admitted to practice before this honorable court.

WHEREFORE, undersigned counsel prays that this Motion to Enroll Additional Counsel of Record be GRANTED, and that an order issue enrolling Jordan B. Redmon as additional counsel of record for Plaintiff, the State of Louisiana.

> Respectfully Submitted:
>
> JEFF LANDRY
> ATTORNEY GENERAL
>
> BY:  s/ *Joseph Scott St. John*
>      ELIZABETH B. MURRILL (La #20685)
>       Solicitor General
>      J. SCOTT ST. JOHN (La #36682)
>       Deputy Solicitor General
>      JORDAN B. REDMON (La #37272)
>       Assistant Solicitor General

LOUISIANA DEPARTMENT OF JUSTICE  
909 Poydras Street, Suite 1850  
New Orleans, LA 70112  
Tel: (225) 485-2458  
murrille@ag.louisiana.gov  
stjohnj@ag.louisiana.gov  
redmonj@ag.louisiana.gov