# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, *et al.*, | |
| PLAINTIFFS, | |
| v. | CIVIL ACTION NO. 6:22-cv-01130 |
| MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*, | |
| DEFENDANTS. | |

## ORDER

Considering the foregoing Motion to Enroll Additional Counsel of Record,

**IT IS ORDERED** that Jordan B. Redmon (Bar No. 37272) be enrolled as additional counsel for Plaintiff the State of Louisiana in this proceeding.

This ___ day of _____, 2023.

_____
**UNITED STATES DISTRICT JUDGE**