*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| Arizona | Case No.   6:22-cv-1130 |
|---|---|
| Plaintiff | |
| VS. | Judge   David C Joseph |
| Garland | Magistrate Judge   Carol B Whitehurst |
| Defendant | |

**ORDER**

IT IS ORDERED that Julia Long be and is hereby admitted to the bar of this Court pro hac vice on behalf of Home is Here NOLA, Immigration Services and Legal Advocacy, and Louisiana Advocates for Immigrants in Detention in the above described action.

SO ORDERED on this, the _____ day of _____, 20_____.

_____
U.S. Magistrate Judge