(Rev. 6/14/2022)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| Arizona | Case No. | 6:22-cv-1130 |
|---|---|---|
| Plaintiff | | |
| VS. | Judge | David C Joseph |
| Garland | Magistrate Judge | Carol B Whitehurst |
| Defendant | | |

**ORDER**

IT IS ORDERED that David Moosmann be and is hereby admitted to the bar of this Court pro hac vice on behalf of Home is Here NOLA, Immigration Services and Legal Advocacy, and Louisiana Advocates for Immigrants in Detention in the above described action.

SO ORDERED on this, the 27th day of March 2023.

U.S. Magistrate Judge