UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, *et al.*,<br><br>        Defendants. | No. 6:22-CV-01130<br><br>Judge David C. Joseph<br><br>Magistrate Judge Carol B. Whitehurst |

## LOUISIANA'S NOTICE OF PENDING RULE 45(f) TRANSFER REQUEST

Plaintiff the State of Louisiana respectfully notifies the Court of Louisiana's pending motion for Federal Rule of Civil Procedure 45(f) transfer of the motion to quash filed by Innovation Law Lab in Case No. 1:23-MI-15-TWT-JEB in the Atlanta Division of the United States District Court for the Northern District of Georgia. *See* Exs. A & B. The State moved to transfer Law Lab's motion to quash to this Court on an expedited basis—the day after this Court set the pending motions to quash for hearing and expedited the State's response deadline—because Law Lab's motion is identical in substance to the motions already pending before this Court. ECF Nos. 114 & 122. The State requested a ruling on its motion to transfer by March 31, and Magistrate Judge J. Elizabeth McBath has tentatively scheduled a March 28 hearing on the State's Rule 45(f) transfer motion. The State will promptly notify the Court of Magistrate Judge McBath's ruling.

Dated: March 27, 2023

Respectfully submitted,

/s/ Jordan Bailey Redmon

ELIZABETH B. MURRILL (La #20685)
  *Solicitor General*
J. SCOTT ST. JOHN (La #36682)
  *Deputy Solicitor General*
JORDAN BAILEY REDMON (La #37272)
  *Assistant Solicitor General*
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, Louisiana 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov
redmonj@ag.louisiana.gov

*Counsel for Plaintiff the State of Louisiana*

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document with the Clerk of Court on March 27, 2023

using the CM/ECF system, which will automatically send the document to all counsel of record.

/s/ Jordan Bailey Redmon
JORDAN BAILEY REDMON
*Assistant Solicitor General*

2