UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, *et al.*, <br><br> Defendants. | No. 6:22-CV-01130 <br><br> Judge David C. Joseph <br><br> Magistrate Judge Carol B. Whitehurst |

**LOUISIANA'S NOTICE OF RULING ON
RULE 45(f) TRANSFER REQUEST**

Plaintiff the State of Louisiana respectfully notifies the Court that the United States District Court for the Northern District of Georgia has granted Louisiana's opposed motion for Federal Rule of Civil Procedure 45(f) transfer of Innovation Law Lab's motion to quash.

<div style="display: flex; justify-content: space-between;">
Dated: March 31, 2023

Respectfully submitted,
</div>

/s/ Jordan Bailey Redmon
Elizabeth B. Murrill (La #20685)
   *Solicitor General*
J. Scott St. John (La #36682)
   *Deputy Solicitor General*
Jordan Bailey Redmon (La #37272)
   *Assistant Solicitor General*
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, Louisiana 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov
redmonj@ag.louisiana.gov

*Counsel for Plaintiff the State of Louisiana*

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document with the Clerk of Court on March 31, 2023 using the CM/ECF system, which will automatically send the document to all counsel of record.

/s/ Jordan Bailey Redmon
Jordan Bailey Redmon
   *Assistant Solicitor General*