# EXHIBIT A

# St. John, Joseph

| | |
|---|---|
| **From:** | John McLindon <john@mclindonlaw.com> |
| **Sent:** | Monday, March 6, 2023 4:56 PM |
| **To:** | St. John, Joseph |
| **Cc:** | Tina Truett |
| **Subject:** | RE: subpoena to Rozas |

CAUTION:  This email originated outside of Louisiana Department of Justice.  Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks Scott. I will call you this week.


-----Original Message-----
From: St. John, Joseph <StJohnJ@ag.louisiana.gov>
Sent: Monday, March 6, 2023 4:55 PM
To: John McLindon <john@mclindonlaw.com>
Cc: Tina Truett <assistant@mclindonlaw.com>
Subject: Re: subpoena to Rozas

John:

Happy to extend one week, until Friday March 17, so long as there is no dispute as to service. Please note that Mr. Rozas and I had discussed options to narrow the response; feel free to reach out if there is anything we need to discuss.

Best regards,
Scott

On Mar 6, 2023, at 4:35 PM, John McLindon <john@mclindonlaw.com> wrote:

 CAUTION:  This email originated outside of Louisiana Department of Justice.  Do not click links or open attachments unless you recognize the sender and know the content is safe.

Mr. St John: I left you a voicemail last week. I represent the Rozas law firm.   Rozas received a subpoena for certain information which we believe is privileged.  The subpoena return is due this Friday the 10th. Can we please have a brief (one week) extension in which to file responsive pleadings? Thanks

[cid:image001.png@01D95049.978375F0]

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.
The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. To reply to our e-mail administrator directly, please send an e-mail to postmaster@ag.state.la.us.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

2