# EXHIBIT D

1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

PENSACOLA DIVISION


- - - - - - - - - - - - - - - x

STATE OF FLORIDA,                    :

         Plaintiff,        :

      vs.                       :   Case No.

THE UNITED STATES OF AMERICA,   :   3:21-cv-1066

et al.,                              :

        Defendants.       :

- - - - - - - - - - - - - - - x

                Arlington, Virginia

                Thursday, July 28, 2022

       Videotaped Deposition of RAUL L. ORTIZ, a

witness herein, called for examination by counsel for

Plaintiff in the above-entitled matter, pursuant to

notice, taken at the offices of Henderson Legal

Services, 2300 Wilson Boulevard, Seventh Floor,

Arlington, Virginia, at 9:32 a.m. on Thursday, July

28, 2022, and the proceedings being taken down by

stenotype by and transcribed by KAREN YOUNG.

Oritz , Raul                                                   July 28, 2022

2

```
1    APPEARANCES:

2        On Behalf of the Plaintiff:

3                JOHN GUARD, ESQ.
                 JAMES H. PERCIVAL, ESQ.
4                ANITA J. PATEL, ESQ.
                 NATALIE CHRISTMAS, ESQ.
5                Office of the Attorney General
                 State of Florida
6                PL-01 The Capitol
                 Tallahassee, Florida 32399-1050
7                John.Guard@myfloridalegal.com
                 James.Percival@myfloridalegal.com
8                Anita.Patel@myfloridalegal.com
                 Natalie.Christmas@myfloridalegal.com
9                (850) 245-0147

10

11       On Behalf of the Defendants:

12               JOSEPH A. DARROW, ESQ.
                 ERIN RYAN, ESQ.
13               U.S. Department of Justice
                 P.O. Box 868, Ben Franklin Station
14               Washington, D.C. 20044
                 joseph.a.darrow@usdoj.gov
15               (202) 598-7537

16        ALSO PRESENT:

17               Michelle Tonelli, Esq., DHS
                 Stephanie Muffett, Esq., CBP
18               Krishna Sharma, Videographer

19

20

21

22
```

Oritz , Raul                                          July 28, 2022

3

1                    C O N T E N T S

2    THE WITNESS:

3    RAUL L. ORTIZ

4         By Mr. Guard............................   8

5         By Mr. Darrow........................... 238

6         By Mr. Guard........................... 248

7

8

9

10

11

12

         Portion of Transcript Marked by Mr. Guard.. 154
13

14

15

16

17

18

19

20

21

22

Oritz , Raul                                                    July 28, 2022

4

1                         E X H I B I T S

2     ORTIZ EXHIBIT NO.                              PAGE NO.

3     Exhibit 1     Organizational Chart, Department
              of Homeland Security...................... 33
4
      Exhibit 2     Organizational Chart, U.S.
5             Customs and Border Protection............. 35

6     Exhibit 3     Ortiz Memo to All Chief Patrol
              Agents and Directorate Chiefs, 5/19/22.... 43
7
      Exhibit 4     CBP Enforcement Statistics FY2018.. 47
8
      Exhibit 5     CBP Enforcement Statistics Fiscal
9             Year 2022................................. 49

10    Exhibit 6     U.S. Customs and Border
              Protection Overview of the Southwest
11            Border.................................... 54

12    Exhibit 7     Secretary Mayorkas Delivers
              Remarks in Del Rio, TX.................... 60
13
      Exhibit 8     The Biden Plan for Securing Our
14            Values as a Nation of Immigrants.......... 69

15    Exhibit 9     Title 8, Section 1225.............. 76

16    Exhibit 10    Title 8, Section 1182.............. 96

17    Exhibit 11    USBP Processing Pathways........... 101

18    Exhibit 12    Department of Homeland Security
              FY 2021 Budget in Brief................... 123
19
      Exhibit 13    Department of Homeland Security
20            U.S. Immigration and Customs Enforcement
              Budget Overview, Fiscal Year 2021......... 128
21
      Exhibit 14    Department of Homeland Security
22            FY 2022 Budget in Brief................... 133

Oritz , Raul                                                    July 28, 2022

5

1    Exhibit 15    Department of Homeland Security,
             FY 2023 Budget in Brief................... 137
2
     Exhibit 16    ERO LESA Strategy and Operational
3            Analysis Unit............................. 143

4    Exhibit 17    E-mail to Rodney Scott, 2/16/21.... 151

5    Exhibit 18    Barker e-mail, 5/21/21............. 159

6    Exhibit 19    Barker e-mail, 5/15/22............. 169

7    Exhibit 20    March 5, 2021 CE Juvenile
             Coordinator Report........................ 177
8
     Exhibit 21    Custody and Transfer Statistics
9            FY 2020................................... 181

10   Exhibit 22    Custody and Transfer Statistics
             FY 2021  ................................. 182
11
     Exhibit 23    Memorandum, 12/16/14.............. 190
12
     Exhibit 24    Memorandum, 5/12/15.............. 192
13
     Exhibit 25    Muster........................... 193
14
     Exhibit 26    Certified Administrative Record.... 194
15
     Exhibit 27    Administrative Record............. 225
16
17

18

19                            -   -   -

20

21

22

Oritz , Raul                                                    July 28, 2022

6

1                  P R O C E E D I N G S

2            THE VIDEOGRAPHER:  Good morning everyone.

3  This begins Media Number 1 in the videotaped

4  deposition of Mr. Raul Ortiz, taken in the matter of

5  the State of Florida versus the United States of

6  America et al.  This case is filed at the U.S.

7  District Court, Northern District of Florida,

8  Pensacola Division, Case Number 3:21-cv-1066.  This

9  deposition is being held at 2300 Wilson Boulevard,

10  Arlington, Virginia on July 28, 2022, and the time on

11  the video monitor is 9:32 a.m.

12            At this time attorneys please identify

13  yourselves for the record, and after that, our court

14  reporter from Henderson Legal Services will swear in

15  the witness and we can begin.

16            MR. GUARD:  Good morning.  John Guard,

17  Chief Deputy Attorney General for the State of

18  Florida.

19            MR. PERCIVAL:  James Percival for the State

20  of Florida.

21            MS. CHRISTMAS:  Natalie Christmas for the

22  State of Florida.

Oritz , Raul                                                July 28, 2022

7

1          MS. PATEL:  Anita Patel for the State of

2     Florida.

3          MR. DARROW:  Joseph Darrow on behalf of the

4     United States.

5          MS. RYAN:  Erin Ryan on behalf of the

6     United States.

7          MS. TONELLI:  Michelle Tonelli on behalf of

8     the United States.

9          MS. MUFFETT:  Stephanie Muffett on behalf

10    of the United States.

11         MR. GUARD:  Good morning, Chief Ortiz.

12    Whereupon,

13               RAUL ORTIZ,

14         business address at U.S. Department of

15         Homeland Security, 1300 Pennsylvania

16         Avenue, Northwest, Washington, D.C., called

17         for examination by counsel for

18         Plaintiff and having been duly

19         sworn by the Notary Public, was examined

20         and testified as follows:

21                    -   -   -

22         EXAMINATION BY COUNSEL FOR PLAINTIFF

Oritz , Raul                                    July 28, 2022

8

1          BY MR. GUARD:

2      Q.    Let me try that again.  Good morning, Chief

3   Ortiz.  Can you state and spell your name for the

4   record?

5      **A.    Yeah, Raul Ortiz, R-A-U-L, Ortiz,**

6   **O-R-T-I-Z.**

7      Q.    Thank you.  Chief Ortiz, some ground rules

8   for this deposition.  While if you and I were at a

9   restaurant talking, we would not always give audible

10  responses.  We have a court reporter sitting next to

11  my right, your left, who's taking everything down,

12  and she cannot take down shakes of the head and

13  other, you know, things that -- winks, nods, all

14  those kind of things.  So if you could please just

15  make sure that you -- you, when asked a question, you

16  give an audible response so she can take that down,

17  is that fair?

18     **A.    Yes.**

19     Q.    If you don't understand a question I ask, I

20  would ask you to ask me to rephrase it, and I will

21  try to make it so that you can understand the

22  question.  If you answer the question, I'm going to

Oritz , Raul                                              July 28, 2022

9

1    assume that you understood it.  Is that fair?

2        A.    That's fair.

3        Q.    All right.  And from time to time, Mr.

4    Darrow may object to the questions.  Obviously we

5    don't have a judge here, so unless he instructs you

6    not to answer a question, if he objects, you go ahead

7    and answer the question, and we then take care of

8    that later in court.  Is that fair?

9        A.    Okay.

10       Q.    And this is not the Bataan death march or

11   anything like that, so if you need a break, if you'll

12   just answer the question pending, I'll give you any

13   breaks or all breaks you want.  Is that fair?

14       A.    That's fair.

15       Q.    And the last thing is more my problem

16   probably than your problem.  If we were in a

17   restaurant and we were talking, we'd probably

18   interrupt each other and maybe at times talk over

19   each other because that's how human beings behave,

20   but again, we have a court reporter, and if we're

21   both talking at the same time, she can't possibly

22   take that down, so let's both try to avoid that.  Is

Oritz , Raul                                      July 28, 2022

10

1    that fair?

2         A.    That's fair.

3         Q.    All right.  Are you under the influence of

4    any alcohol, medication or substances that would

5    impair your ability to testify today?

6         A.    No.

7         Q.    And do you understand that today you're

8    being deposed as both a corporate representative of

9    the Department of Homeland Security and in your

10   individual capacity as well?

11        A.    Yes.

12        Q.    And to make sure the record is clear which

13   capacity you're testifying to, the first part of this

14   deposition is going to be you testifying in your

15   individual capacity.  We'll then take a break, and

16   then we'll do the corporate deposition.

17        A.    Okay.

18        Q.    All right?  Have you ever been deposed

19   before?

20        A.    Yes.

21        Q.    How many times?

22        A.    Less than ten.

Oritz , Raul                                      July 28, 2022

11

1       Q.    Okay.  And I'm not asking for the specific

2    circumstances of each deposition, but generally what

3    were those -- what subject matter were those

4    depositions?

5       **A.    Most of them involved labor employee**

6    **relations.**

7       Q.    Okay.  How did you prepare for this

8    deposition?

9       **A.    I met several times with our counsel.**

10      Q.    Okay.  Other than your counsel, did you

11   speak to anyone else?

12      **A.    No.**

13      Q.    Okay.  Did you review any materials to

14   prepare for this deposition?

15      **A.    Yes.**

16      Q.    What materials did you review?

17      **A.    E-mails and some memoranda and some policy**

18   **documents.**

19      Q.    Okay.  And did you bring anything with you

20   to this deposition?

21      **A.    No.**

22      Q.    Okay.  Have you read any of the court

Oritz , Raul                                        July 28, 2022

12

1    filings in this action?

2        A.    No.

3        Q.    Okay.  Have you reviewed any of the

4    deposition transcripts from anyone else that's been

5    deposed in this action?

6        A.    No.

7        Q.    Have you spoken to Mr. Barker about his

8    deposition?

9        **A.    I've spoken to Mr. Barker about many**

10   **things, but not specifically his deposition.**

11       Q.    Okay.  Have you -- and I apologize if I

12   mispronounce his name.  Did you speak with Mr.

13   Guadian?

14       A.    No.

15       Q.    Okay.  Have you spoken with Mr. Davies?

16       A.    No.

17       Q.    Okay.  Did you speak to your boss,

18   Commissioner Magnus, about this deposition?

19       A.    No.

20       Q.    Have you spoken to any of your subordinates

21   about this deposition?

22       **A.    Other than the logistics, my adjutant.**

Oritz , Raul                                        July 28, 2022

13

1      Q.     Okay.

2             MR. DARROW:  Adjutant I think is what he

3      said.

4      A.     Yes.

5      Q.     Did you have any of your subordinates

6      gather or provide you any information with respect to

7      this deposition?

8      A.     Other than printing and binding the

9      information that our counsel provided.

10     Q.     Okay.  In the course of your preparation

11     for this deposition, did you review the Department of

12     Homeland Security's responses to Florida's requests

13     for production of documents?

14     A.     I believe I saw some of those documents in

15     what was printed for me, but I didn't spend an awful

16     lot of time on that.

17     Q.     Okay.  Is it okay if I use DHS for --

18     A.     Yes.

19     Q.     -- Department of Homeland Security?  All

20     right.  Well, we're going to have a bunch of those

21     kind of abbreviations, and I'll ask you before I

22     abbreviate anything.  Have you reviewed DHS's

Oritz , Raul                                        July 28, 2022

14

1    responses to Florida's interrogatories in preparation

2    for this deposition?

3        A.    No.

4        Q.    All right.  Have you reviewed DHS's

5    responses to Florida's requests for admissions in

6    preparation for this deposition?

7        A.    No.

8        Q.    What is your understanding, Chief Ortiz, as

9    to what this lawsuit is about?

10       A.    I believe it's a challenge of our

11   utilization of ATD parole process as a processing

12   pathway.

13       Q.    Okay.  Do you have a college degree?

14       A.    No.

15       Q.    And you've been employed with the Border

16   Patrol for 31 years, correct?

17       A.    That's correct.

18       Q.    And you've not worked for any other law

19   enforcement agency other than the Border Patrol,

20   right?

21       A.    That's correct.

22       Q.    All right, and you have not worked any

Oritz , Raul                                        July 28, 2022

                                                              15

1    other job except for the Border Patrol since May 13th

2    of 1991, right?

3         A.    Well, I was assigned to the Department of

4    Homeland Security for a year as their attache, and

5    then I returned back to the Border Patrol in 2011.

6         Q.    So you were detailed to DHS.  Was that

7    attache --

8         A.    I was actually assigned --

9         Q.    Okay.

10        A.    -- to DHS.

11        Q.    Okay.  And that was for an attache in

12   Kabul, Afghanistan?

13        A.    That's correct.

14        Q.    Okay, and you graduated from the Border

15   Patrol Academy, right?

16        A.    That's correct.

17        Q.    When did you graduate from the Border

18   Patrol Academy?

19        A.    In September of 1919.

20        Q.    And I believe you were part of academy

21   class 247; is that right?

22        A.    That's correct.

Oritz , Raul                                                          July 28, 2022

16

1      Q.     Just curious, how many Border Patrol agents

2    are still active that were part of your class?

3      **A.     One.**

4      Q.     Okay.  My wife just retired from the FBI,

5    and she was down to two.

6      **A.     Yeah.**

7      Q.     So I appreciate that.  So after you

8    graduated from the academy, you became an agent?

9      **A.     That's correct.**

10     Q.     And what capacity do you serve the Border

11   Patrol now?

12     **A.     I am the chief of the United States Border**

13   **Patrol.**

14     Q.     And when did you assume that office?

15     **A.     August 15th of last year.**

16     Q.     Okay, so roughly 11 months ago?

17     **A.     That's correct.**

18     Q.     Okay.  Almost a year.  What are your duties

19   as chief of the U.S. Border Patrol?

20     **A.     I oversee approximately 21,000 employees, a**

21   **budget of just under six billion dollars, and am**

22   **responsible for the operational oversight of the**

Oritz , Raul                                     July 28, 2022

17

1    southwest border, the northern border and our coastal

2    regions, plus our OCONUS mission, which is our

3    overseas deployments.

4        Q.    And prior to being chief of the U.S. Border

5    Patrol, what job did you have with the Border Patrol?

6        A.    I was the deputy chief of the United States

7    Border Patrol.

8        Q.    Is there just a single deputy chief or --

9        A.    That's -- there's only one deputy chief in

10   the United States Border Patrol.

11       Q.    Okay, and how do the duties of deputy chief

12   compare to the duties of chief?

13       A.    Very similar.  They're a partnership.  The

14   -- certainly the chief is the ultimate authority

15   within the United States Border Patrol, but as a

16   deputy chief, I was considered, you know, his chief

17   operating officer and coordinated all efforts with

18   respect to the border security mission and some of

19   the other coordination we have within the inter-

20   agency.

21       Q.    Okay.  And when did you become the deputy

22   chief of the U.S. Border Patrol?

Oritz , Raul                                    July 28, 2022

18

1      A.      2019.

2      Q.      2019.

3      A.      March of 2019.

4      Q.      And so you served as deputy chief for more

5  or less 17 months?

6      A.      Yes, sir.

7      Q.      Okay.  Prior to being deputy chief, what

8  role did you serve in the Border Patrol?

9      A.      I was the chief of the Del Rio sector,

10  which is in west Texas.

11      Q.      And that's actually where you're from

12  originally, right?

13      A.      That's correct.

14      Q.      And how long did you serve as the chief of

15  the Del Rio sector?

16      A.      For approximately a year.

17      Q.      Okay.  And starting there and kind of

18  working backwards, can you just summarize your

19  experience in the top?

20      A.      Yeah, so my first nine years in the United

21  States Border Patrol, I spent in San Diego,

22  California.  I was both an agent, a senior agent and

Oritz , Raul                                                    July 28, 2022

19

1   a first-line supervisor.  In the year 2000, I

2   transferred to Texas as a -- what would be considered

3   a mid-level manager, assistant patrol agent in charge

4   of a Border Patrol station and then ultimately became

5   an agent in charge of two different stations in Del

6   Rio sector.

7            After that, I became a staff officer, which

8   is an assistant chief, and then I was detailed to

9   Afghanistan for a year to run a task force as a

10  director in 2009.  I returned and worked for the

11  State Department for a year as a DHS senior advisor,

12  and then I went back to Afghanistan as a DHS attache

13  in 2010 to '11, and then subsequently, I was promoted

14  as the deputy chief of operational programs in

15  Washington, D.C.

16      Q.    Okay.  What were your duties -- so when

17  approximately were you the deputy chief of operations

18  in Washington, D.C.?

19      A.    So I did that job for approximately two

20  years, from 2011 to 2013, and I served as both the

21  deputy of operational programs and operations.  I did

22  about a year of each.  And then after that, I was

Oritz , Raul                                                    July 28, 2022

                                                                        20

1    promoted to the deputy chief of Rio Grande Valley

2    sector in 2013.

3         Q.    Okay.   What -- what were your duties as

4    either deputy chief of operations or deputy chief of

5    operational programs?

6         A.    So in the Border Patrol, we have 20

7    sectors.  We have an academy, and we also have a

8    special operations group.  As the deputy chief of

9    operations, just in general, our job is to oversee

10   and coordinate with the other directorates.  At the

11   time, there were three different directorates within

12   the Border Patrol.  We had a policy shop, we had a

13   mission readiness shop, and we had an operations

14   directorate, and so we had roughly about four or five

15   hundred Border Patrol agents and professional staff

16   members assigned to our headquarters division.

17            And on top of managing those personnel, we

18   also oversaw the operations in the field and

19   coordinated resourcing the sectors both from a

20   budgetary standpoint as well as ensuring that they

21   were executing against the chief's operational

22   priorities and the commissioner's.

Oritz , Raul                                           July 28, 2022

21

1    Q.    Okay.  At what points in time in your 31

2  years with Border Patrol have you been involved in

3  developing policies?

4    A.    Probably most of the policy engagement that

5  I was responsible for happened in the three years

6  that I was assigned to our Afghanistan mission.

7  After that, most of the work as a deputy chief of ops

8  or ops programs centered around coordinating

9  resourcing.  We were in the process of restructuring

10  the Border Patrol in 2012.  I participated in

11  multiple working groups to ensure that we were able

12  to restructure appropriately.  I worked closely with

13  our partner agencies.  At that time, there was an

14  awful lot of coordination between us, DOJ and the DHS

15  components to include ICE.  And so most of my duties

16  and responsibilities centered around that

17  coordination.

18    Q.    The restructuring that you're mentioning --

19  was that part of the restructure that actually

20  created the Department of Homeland Security?

21    A.    No, actually, this was an internal Border

22  Patrol restructuring.

Oritz , Raul                                                July 28, 2022

22

1      Q.    Prior to being chief of the Border Patrol,

2  at what points in time in your career have you been

3  involved in developing guidance?

4      **A.    Probably since I became a supervisor, which**

5  **was in 1997, either implementing guidance or**

6  **providing information to those who were formulating**

7  **the guidance.**

8      Q.    Okay.  And how does -- as far as

9  implementing guidance, how does Border Patrol

10  typically I guess for lack of better words get the

11  word out about a new guidance?

12      **A.    So it happens on several different**

13  **platforms.  First, we issue memoranda to the field to**

14  **ensure that they understand policies, procedures.  We**

15  **also quite often develop either SOPs, standard**

16  **operating procedures, or IOPs, internal operating**

17  **procedures, for our operational components.  And then**

18  **quite often sometimes in exigent circumstances, it**

19  **could be via an e-mail, and then we also develop**

20  **operational plans.**

21      **Operational plans are a very formalized**

22  **approval process.  If a sector or an operational**

Oritz , Raul                                        July 28, 2022

23

1   component makes -- has a recommendation on a

2   particular initiative, they may submit a operational

3   plan to headquarters, and it will typically be

4   approved by either the operations directorate chief

5   or may even come to me for approval.

6       Q.    Okay, so if a sector -- well, strike that.

7   In developing guidance, does information come from

8   the field to whoever's developing -- involved in

9   developing the guidance?

10      A.    Yes, quite often it's very important to

11  involve field representation when developing guidance

12  because every sector's unique.  Every sector has

13  different challenges, and unfortunately, amongst the

14  20 sectors, you know, I have sectors that range from

15  36, 37 hundred employees all the way down to, you

16  know, a couple of hundred.  And so it can't be a

17  cookie cutter approach.  We certainly make sure that

18  we involve the sector reps as we start to develop

19  guidance that may impact them.

20      Q.    So the sector that's covering the state of

21  Vermont may have a different amount of employees than

22  the sector that's covering the Rio Grande Valley.

Oritz , Raul                                    July 28, 2022

24

1        A.      That's correct.

2        Q.      And to be clear, the sector that's covering

3    Vermont would have less employees.

4        A.      Yes, most definitely.

5        Q.      All right.  Now, the operational plans, the

6    IOP, the SOP and the memorandum, would those go to

7    the chiefs and deputy chiefs of each executive sector

8    for further dissemination to the Border Patrol

9    agents?

10       A.      That's correct.

11       Q.      Okay.  And they would go up through -- up

12   and down the chain of command?

13       A.      That's correct.

14       Q.      Okay.  If I were just an average line

15   Border Patrol agent and there was a change in policy

16   or change in guidance, would it be common for me to

17   get something in writing?

18           MR. DARROW:  Objection as to form.  You can

19   answer.

20       A.      Yes.

21       Q.      In your 31 years with Border Patrol, have

22   you ever done anything that you viewed as inhumane to

Oritz , Raul                                                July 28, 2022

25

1    an alien?

2        A.    No.

3        Q.    In your 31 years with Border Patrol, have

4    you ever done anything that you viewed as cruel to an

5    alien?

6        A.    No.

7        Q.    What would you do as chief of the Border

8    Patrol if you found out that an employee of Border

9    Patrol was doing something inhumane?

10           MR. DARROW:  Objection as to form.  You can

11   answer.

12       A.    So certainly there's a disciplinary

13   process.  One of the things that I've been awfully

14   proud of in the 31 years is that, you know, the men

15   and women of the Border Patrol have done a phenomenal

16   job under very stressful and dire circumstances, and

17   they continue to demonstrate the utmost

18   professionalism, but any time I or expectation

19   anybody within the Border Patrol witnesses or

20   observes somebody mistreating or conducting

21   themselves in a manner that would not be to the

22   standard of the United States Border Patrol,

Oritz , Raul                                                July 28, 2022

26

1    **expectation is that that would be reported.**

2        Q.    The expectation is that no one in Border

3    Patrol's going to condone inhumane behavior.

4        **A.    That's correct.**

5        Q.    All right, and the expectation is the

6    Border Patrol agents on the line or even the

7    supervisor, they're going to perform professionally.

8        **A.    That's correct.**

9            MR. DARROW:  Objection as to form.

10           BY MR. GUARD:

11       Q.    I know it's -- I know, again, if we were at

12   a meal, it would be typical for us just to talk and

13   rattle off, but if you could just pause a second so

14   that Mr. Darrow can get his objections in --

15       **A.    I will.**

16       Q.    -- that'll just help the court reporter,

17   and she won't yell at all of us.  Do you believe that

18   detaining an alien illegally present in the United

19   States until he can be processed and either removed

20   or admitted is inhumane?

21       **A.    Can you repeat the question?**

22       Q.    Sure.  Do you believe that detaining an

Oritz , Raul                                                    July 28, 2022

27

1    alien illegally present in the United States until

2    that alien can be processed and either removed or

3    admitted is inhumane?

4         **A.     No.**

5         Q.     Do you believe that detaining an alien

6    illegally present in the United States until he or

7    she can be processed and either removed or admitted

8    is cruel?

9         **A.     No.**

10        Q.     In your career, would it be fair to say

11   that millions of aliens that have illegally entered

12   the United States have been detained by the Border

13   Patrol?

14        **A.     Yes.**

15        Q.     The detention of family units by Border

16   Patrol is not something that just happened under

17   President Trump, right?

18             MR. DARROW:   Objection as to form.

19        **A.     That's correct.**

20        Q.     The Border Patrol has detained family units

21   for your entire 31-year career, correct?

22        **A.     Well, the Border Patrol does not detain.**

Oritz , Raul                                          July 28, 2022

28

1    We process.  The detention operation is the

2    responsibility of ICE, enforcement removal

3    operations.  Typically we try and keep people in

4    custody for under 72 hours, and most of that time is

5    spent either processing or coordinating the

6    repatriation or the transfer to one of the other

7    agencies.

8        Q.    All right.  So what at least Border Patrol

9    tries to do is tries to detain temporarily for a

10   period of time that you try not to exceed 72 hours.

11   Is that fair?

12       A.    Yes.

13       Q.    Okay, and family units illegally present in

14   the United States were detained under President

15   Obama, right?

16       A.    Yes.

17       Q.    Family units illegally present in the

18   United States were detained under President Clinton,

19   correct?

20       A.    Yes.

21       Q.    Would it be fair to say that presidents of

22   both parties have detained family units?

Oritz , Raul                                                July 28, 2022

29

1      **A.     Yes.**

2      Q.    Now, the detention of juveniles is not

3 something that just happened under President Trump,

4 correct?

5      **A.     That's correct.**

6      Q.    Juveniles have been detained since you

7 joined the Border Patrol.

8      **A.     That's correct.**

9      Q.    Okay.  And are you familiar with something

10 known as the Flores consent decree?

11     **A.     Yes.**

12     Q.    And do you know when the Flores consent

13 decree was entered roughly?

14     **A.    I know that in 2018 and '19, I traveled to**

15 **Los Angeles to participate in a hearing under the**

16 **Flores decree.  I can't remember the exact month.**

17     Q.    Okay, all right.  Has the Flores decree

18 existed for decades?

19     **A.    No, not that I know of.**

20     Q.    Okay, so you're not aware that it was

21 roughly entered in 1997?

22     **A.     No.**

Oritz , Raul                                              July 28, 2022

30

1        Q.     Okay.  And the Flores consent decree deals

2    with the detention and treatment of juveniles, does

3    it not?

4        **A.     Yes.**

5        Q.     Would you agree that the detention of

6    juveniles raises additional challenges for the Border

7    Patrol that are not present when you're dealing with

8    single adults?

9              MR. DARROW:  Objection.

10       **A.     Yes.**

11       Q.     What are those additional challenges?

12       **A.     So one, the Border Patrol facilities were**

13   **never designed to support long-term detention of**

14   **juveniles.  Juveniles require different care, to**

15   **include, you know, in some cases infant and tender**

16   **age children under the age of seven.  Our Border**

17   **Patrol agents first off didn't receive training at**

18   **their academy to be able to support the wrap-around**

19   **services that unaccompanied children pose in our, and**

20   **so just in general, when you -- when you're housing,**

21   **you know, large numbers of unaccompanied children in**

22   **congregate settings with adults and family units, the**

Oritz , Raul                                                    July 28, 2022

31

1   **facilities do not have sufficient space to ensure**

2   **that their safety and security is -- can be**

3   **prioritized the way it should be in a family**

4   **residential center or facility that HHS may operate.**

5       Q.    Okay.  I want to kind of carve off

6   unaccompanied children from family units.

7       **A.    Okay.**

8       Q.    Both of them have juveniles, correct?

9       **A.    That's correct.**

10      Q.    All right.  Unaccompanied children, Border

11  Patrol doesn't turn those children over to ICE,

12  correct?

13      **A.    That's correct.**

14      Q.    Instead, it turns them over to Department

15  of Health and Human Services, right?

16      **A.    HHS, yes.**

17      Q.    All right.  I'm going to call it HHS just

18  to -- for ease and comfort.  And does Border Patrol

19  segregate for a short time juveniles apart from

20  family units and single adults?

21          MR. DARROW:  Objection.

22      **A.    Yes.**

Oritz , Raul                                    July 28, 2022

32

1      Q.     Okay, and then it coordinates with HHS to

2   remove them from Border Patrol facilities, right?

3      **A.     Yes.**

4      Q.     Family units.  Do you segregate or separate

5   family units from single adults?

6             MR. DARROW:  Objection.

7      **A.     We try to.**

8      Q.     And when you say Border Patrol tries to

9   separate family units from single adults, is that

10   when there is capacity?

11      **A.     That's correct, it's dependent on space and**

12   **detention and the facility itself.  They are**

13   **certainly separated within cells, but quite often in**

14   **the processing area, we have seen on occasion family**

15   **units and single adults commingled.**

16      Q.     Okay.  Now, again, I'm going to carve off

17   unaccompanied children.  I'm not talking about HHS.

18   I'm not trying to wander into that because I think

19   the answer's going to vary.  I just want to talk

20   about family units.  So that's the premise of this

21   question and probably a series of questions.  Is

22   Border Patrol's capacity dependent upon how fast you

Oritz , Raul                                                    July 28, 2022

33

1    can move out families to ICE?

2        A.    Yes.

3        Q.    So if ICE is either unwilling or unable to

4    take family units, Border Patrol's facilities become

5    more and more crowded?

6              MR. DARROW:  Objection.

7        A.    Yes.

8        Q.    So if ICE were to cut its detention

9    capacity in half, that would have an impact on Border

10   Patrol.

11             MR. DARROW:  Objection.

12       A.    Yes.

13       Q.    And if ICE were to cease detaining family

14   units, that could have an impact on Border Patrol.

15             MR. DARROW:  Objection.

16       A.    Yes.

17       Q.    I'm going to -- I'm going to show you what

18   I'm going to mark for identification as Exhibit 1.  I

19   actually got a copy for him.  I'm giving you --

20             MR. DARROW:  Okay.

21             MR. GUARD:  -- your copy too.

22                          (Ortiz Exhibit No. 1

Oritz , Raul                                              July 28, 2022

34

1                           was marked for

2                           identification.)

3        BY MR. GUARD:

4        Q.    Have you seen Exhibit 1 before?

5        **A.    Yes.**

6        Q.    What is Exhibit 1?

7        **A.    It is a table of organization for the**

8   **Department of Homeland Security.**

9        Q.    Okay.  Is it a fair and accurate

10   representation of the organization of the Department

11   of Homeland Security?

12       **A.    It appears to be.**

13       Q.    All right.  The United States Border Patrol

14   is not listed on this chart, is it?

15       **A.    It is a subcomponent of the U.S. Customs**

16   **and Border Protection, so no, by itself, it's not**

17   **listed on this.**

18       Q.    Okay.  And if I refer to the United States

19   Customs and Border Protection as CBP, you'll know

20   what I'm talking about?

21       **A.    Yes.**

22       Q.    Okay.  And what does CBP do?

Oritz , Raul                                           July 28, 2022

35

1        A.      Customs and Border Protection is a

2   component within the Department of Homeland Security

3   that is responsible for border security.  They're

4   responsible for facilitating legal trade and travel

5   at our ports of entry, seaports and airports, and

6   then we also have -- are responsible for facilitating

7   trade.  We have six operational components within

8   CBP, the Office of Trade, United States Border

9   Patrol, Office of Field Operations, Executive

10  Services, and Operational Services I believe, yeah.

11       Q.    All right.  I'm going to show you what I'm

12  going to mark as Exhibit 2 to your deposition.

13            MR. DARROW:  Thank you.

14                         (Ortiz Exhibit No. 2

15                          was marked for

16                          identification.)

17            THE WITNESS:  Thank you.

18            BY MR. GUARD:

19       Q.    Have you ever seen Exhibit 2 before?

20       A.    That's correct.

21       Q.    And what is Exhibit 2?

22       A.    Exhibit 2 is the table of organization for

Oritz , Raul                                   July 28, 2022

36

1    **Customs and Border Protection.**

2        Q.    And that was what you were just -- the six

3    departments that you were just describing?

4        **A.    That's correct.**

5        Q.    And on this -- on Exhibit 2, there's

6    actually a place for Border Patrol?

7        **A.    That's correct.**

8        Q.    What does the Border Patrol do?

9        **A.    Border Patrol's responsible for securing**

10   **the border in between the ports of entry.**

11       Q.    Okay.  And would you agree that Border

12   Patrol's responsibilities are to act in concert with

13   the other components of CBP?

14       **A.    Yes.**

15       Q.    And to act with the other components of DHS

16   to secure the United States.

17       **A.    Yes.**

18       Q.    All right.  Would you agree that a large

19   part of what Border Patrol does is encounter and

20   determine who is entering the United States?

21           MR. DARROW:  Objection.

22       **A.    Yes.**

Oritz , Raul                                          July 28, 2022

37

1      Q.    Okay.  And you report to the deputy

2   commissioner; is that correct?

3      **A.    That's correct.**

4      Q.    And Troy Miller is the current deputy

5   commissioner, right?

6      **A.    Yes.**

7      Q.    And do you understand the difference

8   between career and political appointees?

9      **A.    I do.**

10     Q.    Is Mr. Miller a career or a political

11  appointee?

12     **A.    Career.**

13     Q.    Okay, and who is the commissioner of Border

14  Patrol -- or excuse me, of CBP?

15     **A.    Chris Magnus.**

16     Q.    Okay, and is Mr. Magnus a career or

17  political appointee?

18     **A.    Political appointee.**

19     Q.    All right.  Below -- on Exhibit 2, below

20  Chief of Border Patrol, do you see Office of Field

21  Operations?

22     **A.    I do.**

Oritz , Raul                                          July 28, 2022

38

1      Q.     What are -- what is the Office of Field
2   Operations?
3      A.     So Office of Field Operations are the
4   customs and agricultural inspectors that work at our
5   ports of entry, our airports and our seaports to
6   facilitate legal trade and travel, and certainly
7   those folks that are traveling and presenting
8   themselves for inspection.
9      Q.     Okay, and how does Office of Field
10  Operations and the responsibilities they have differ
11  from the Border Patrol?
12     A.     So at ports of entry, it is a certainly
13  designated entry point.  They work closely with our
14  Canadian, our Mexican partners to the south of us,
15  and then even to some degree in foreign countries.
16  We have preclearance facilities throughout the world.
17  Our Office of Field Operations officers roughly have
18  about 25,000 employees, and they are responsible for
19  both goods, cargo that are traveling through our
20  ports of entry, but they're also responsible for the
21  inspection of individuals that are presenting
22  themselves for inspection.

Oritz , Raul                                    July 28, 2022

39

1        Q.     Okay.  If you'll flip back to Exhibit 1 and

2   look at Exhibit 1, does it -- Exhibit 1 contain a

3   component named United States Immigration and Customs

4   Enforcement?  It's on the bottom row to the right?

5        A.     Yes.

6        Q.     Okay, and is it all right if I refer to

7   them as ICE?

8        A.     Yes.

9        Q.     Okay, and ICE is a separate entity from

10  CBP, right?

11       A.     That's correct.

12       Q.     All right, and it's definitely a separate

13  entity from Border Patrol.

14       A.     Yes.

15       Q.     All right.  Would it be fair to say that

16  ICE and Border Patrol have an ongoing relationship?

17       A.     Yes.

18       Q.     Okay.  And would it be fair to say that

19  Border Patrol has multiple memorandums of

20  understanding with ICE?

21       A.     Yes.

22       Q.     All right.  Among those memorandums of

Oritz , Raul                                          July 28, 2022

40

1    understanding is there one that -- where ICE agrees

2    to provide transportation from the border?

3         A.   Yes.

4         Q.   All right.  Does ICE also agree to

5    transport aliens back to their country of origin as

6    part of the memorandum?

7         A.   Yes.

8         Q.   Okay.  And another I guess relationship

9    that ICE and Border Patrol has is that ICE agrees to

10   accept transfer aliens that need to be detained; is

11   that correct?

12        A.   That's correct.

13        Q.   All right.  And for -- strike that.  Would

14   it be fair to say that Border Patrol often detains

15   aliens that it encountered at the southern border

16   until they can be processed and turned over to ICE?

17        A.   Yes.

18        Q.   Would you agree, Chief Ortiz, that the

19   southern border is currently in crisis?

20             MR. DARROW:  Objection.

21        A.   Yes.

22        Q.   Would you agree, Chief Ortiz, that historic

Oritz , Raul                                          July 28, 2022

41

1    numbers of aliens are illegally entering the United

2    States through the southern border?

3              MR. DARROW:  Objection.

4        **A.    Yes.**

5        Q.    Would you agree, Chief Ortiz, that

6    unprecedented numbers of aliens are illegally

7    entering the United States right now?

8              MR. DARROW:  Objection.

9        **A.    Yes.**

10       Q.    Would you agree, Chief Ortiz, that more

11   aliens are going through the southern border than we

12   have seen in the last 20 years?

13       **A.    Yes.**

14       Q.    Would you agree -- would you agree, Chief

15   Ortiz, the Border Patrol has never had as many

16   encounters with aliens in a physical year as it has

17   had in the last two years?

18             MR. DARROW:  Objection.

19       **A.    Yes.**

20       Q.    Chief Ortiz, do you expect the historic

21   number of aliens illegally entering the United States

22   to increase in the near term?

Oritz , Raul                                                    July 28, 2022

42

1              MR. DARROW:  Objection.

2      **A.    Actually, we'd seen a decrease over the**

3  **last two months, and I expect that in July, we will**

4  **see a continuing decrease from the previous two**

5  **months.**

6      Q.    Is some of that the seasonality of the

7  border?

8      **A.    I haven't seen much of a seasonal trend**

9  **over the last three or four years.**

10     Q.    Okay.  Are you familiar with something

11  known as Title 42?

12     **A.    I am.**

13     Q.    Do you expect that the number of aliens

14  trying to illegally enter the United States will

15  increase if the Title 42 order is rescinded?

16             MR. DARROW:  Objection.

17     **A.    I always prepare for scenarios that may**

18  **impact the flow of the migrant population, and so we**

19  **have prepared for both higher and lower numbers.**

20     Q.    I'm going to show you what I'm going to

21  mark for identification as Exhibit 3 to your

22  deposition.

Oritz , Raul                                                    July 28, 2022

43

1                                    (Ortiz Exhibit No. 3

2                                     was marked for

3                                     identification.)

4            MR. DARROW:  Thank you.

5            BY MR. GUARD:

6       Q.    Have you seen Exhibit 3 before, Chief

7    Ortiz?

8       **A.    I have.**

9       Q.    What is Exhibit 3?

10      **A.    It's a memorandum that I signed on May**

11   **19th, 2022, and it discusses the non-citizen releases**

12   **from our custody.**

13      Q.    Okay.  And so that's roughly two months

14   ago?

15      **A.    That's correct.**

16      Q.    All right.  In your experience 31 years

17   with the Border Patrol, have you ever seen a document

18   -- or have you ever seen a memorandum like Exhibit 3

19   before?

20      **A.    No.**

21      Q.    Why did you send out Exhibit 3?

22            MR. DARROW:  Objection.

Oritz , Raul                                      July 28, 2022

44

1      A.      To ensure that our Border Patrol sectors

2  were coordinating with our non-governmental

3  organizations and were also focused on perhaps the

4  impact to the communities and ensuring that we were

5  coordinating with our ICE partners.

6      Q.      Would you agree with me, Chief Ortiz, that

7  Exhibit 3 deals with the possible rescission of Title

8  42?

9          MR. DARROW:  Objection.

10     A.      Yes.

11     Q.      Would you agree with me, Chief Ortiz, that

12 Exhibit 3 provides directions to sectors in the

13 southwest border if the capacity becomes an issue?

14     A.      Yes.

15     Q.      And what does this memorandum direct the

16 sector chiefs to do if detention capacity becomes an

17 issue on the southwest border because of the repeal

18 of Title 42?

19          MR. DARROW:  Objection.

20     A.      It directs the sectors to ensure that prior

21 to any releases, that we have worked closely with our

22 non-governmental organizations or our partners within

Oritz , Raul                                         July 28, 2022

45

1    our respective communities.  It also reminds the

2    sectors to factor in the safety and security of the

3    migrant populations that we are processing.  One of

4    the things that we did not want to see happen is

5    migrants released in the middle of the night where

6    transportation nodes were closed if they weren't able

7    to be turned over to a nongovernmental organization

8    because NGOs and their facilities were also facing

9    some constraints and challenges with respect to

10   space.

11      Q.    Wasn't this guidance issued for situations

12   where ICE was either unable or unwilling to accept

13   transfers of aliens?

14          MR. DARROW:  Objection.

15      A.    Yes.

16      Q.    And if ICE were either unwilling or unable

17   to accept transfer of aliens, this memo authorizes

18   the sectors to release aliens into the interior of

19   the United States.

20          MR. DARROW:  Objection.

21      A.    Well, it authorizes them to release them

22   into the communities that they were apprehended in.

1      Q.     Okay.  And does Exhibit 3 authorize the

2  release of aliens that would otherwise be

3  inadmissible into the United States?

4             MR. DARROW:  Objection.

5      **A.     Yes.**

6      Q.     Have you ever heard the term "broken

7  arrow"?

8      **A.     Yes.**

9      Q.     What is a broken arrow?

10     **A.     Typically in the context of operations, it**

11 **is unsustainable operational circumstances.**

12     Q.     Okay.  Is Exhibit 3 meant to deal with

13 situations where Border Patrol had what amounts to a

14 broken arrow?

15            MR. DARROW:  Objection.

16     **A.     No.**

17     Q.     Okay.  Can you explain to me why not?

18     **A.     Well, we still had processes in place, and**

19 **we still expected a majority of the encounters that**

20 **we were experiencing on the southwest border would be**

21 **facilitated from us to NGOs, but we also recognize**

22 **that in a couple locations, that we were going to**

Oritz , Raul                                              July 28, 2022

                                                                    47

1    **experience some challenges.**

2         Q.    Okay.   Sorry.   Did I cut you off?

3         **A.    No, go ahead.**

4         Q.    I'm now going to show you what I've marked

5    for identification as Exhibit 4 to your deposition.

6                          (Ortiz Exhibit No. 4

7                           was marked for

8                           identification.)

9              MR. DARROW:   Thank you.

10             BY MR. GUARD:

11        Q.    Exhibit 4 is CBP enforcement statistics for

12   the physical year of 2018, correct?

13        **A.    Yes.**

14        Q.    And these are statistics that are publicly

15   available from CBP's web site, right?

16        **A.    It appears so.**

17        Q.    And these statistics include all ports of

18   entries; is that correct?

19        **A.    Yes.**

20        Q.    All right.   And it includes Border Patrol

21   statistics as well, right?

22        **A.    Yes.**

Oritz , Raul                                    July 28, 2022

48

1     Q.    All right.  Is there currently or was there

2   in 2018 a crisis at the northern border?

3         MR. DARROW:  Objection.

4     **A.    No.**

5     Q.    Okay.  Now, looking at Exhibit 4 on its

6   first page, this document contains data not just from

7   physical year of 2018, right?

8     **A.    Yes.**

9     Q.    It also includes data from physical years

10  2016 and 2017, correct?

11    **A.    That's correct.**

12    Q.    The high number of apprehensions for Border

13  Patrol for those years was in 2016, right?

14    **A.    That's correct.**

15    Q.    And that was 415,816?

16    **A.    Yes.**

17    Q.    Right?  And if you look down at the -- for

18  the total for enforcement actions for all of the CBP

19  components, the high was again in 2016, right?

20    **A.    Yes.**

21    Q.    And that was 690,637, correct?

22    **A.    Yes.**

Oritz , Raul                                                    July 28, 2022

49

```
1       Q.    All right.  I'm going to show you what I've
2   marked for identification as Exhibit 5 to your
3   deposition.
4                         (Ortiz Exhibit No. 5
5                              was marked for
6                              identification.)
7           MR. DARROW:  Thank you.
8           BY MR. GUARD:
9       Q.    Exhibit 5 is the CBP enforcement statistics
10  for fiscal year 2022, right?
11      A.    Yes.
12      Q.    And again, these are statistics that are
13  publicly available on CBP's web site, right?
14      A.    Yes.
15      Q.    And physical year 2022 is not yet
16  concluded, correct?
17      A.    That's correct.
18      Q.    All right.  Now, Exhibit 5 contains data
19  not just for fiscal year 2022, correct?
20      A.    That's correct.
21      Q.    It contains the data for physical years
22  2017 through physical year 2021?
```

Oritz , Raul                                                    July 28, 2022

50

1              MR. DARROW:  Just for clarification, it

2      sounds like you're saying physical.  Fiscal, right?

3              MR. GUARD:  Yes.

4              MR. DARROW:  Okay, sorry.

5              BY MR. GUARD:

6      Q.    Sorry.  F-I-S-C-A-L, to be clear.  Prior to

7      the Biden administration being inaugurated, the

8      highest number of Border Patrol encounters occurred

9      in 2019, right?

10     **A.    Yes.**

11     Q.    And the highest number of enforcement

12     actions by CBP occurred in fiscal year 2019, correct?

13     **A.    '21, it was higher.**

14     Q.    Oh, sorry.  All right.  Prior to the Biden

15     administration.

16     **A.    Yes.**

17     Q.    Okay, and in '19, the number of Border

18     Patrol encounters was 859,501, right?

19     **A.    Yes.**

20     Q.    And the number of total enforcement actions

21     was 1,148,024, correct?

22     **A.    Yes.**

Oritz , Raul                                                      July 28, 2022

51

1        Q.     All right.   And Joseph R. Biden, Junior was

2   inaugurated on January 20th of 2021, right?

3        **A.     Yes.**

4        Q.     Okay.   And if you look at the physical year

5   '21 numbers, and Donald Trump would have been

6   president for the first three months of that physical

7   year?

8        **A.     Yes.**

9        Q.     Okay.   And then Biden would have been

10   president after that point in time?

11        **A.     Yes.**

12        Q.     All right.   And in that year, fiscal year

13   '21, the number of Border Patrol encounters doubled

14   from 2019.

15             MR. DARROW:   Objection.

16             BY MR. GUARD:

17        Q.     Correct?

18        **A.     Yes.**

19        Q.     And the number of Border Patrol encounters

20   in fiscal year '21 is four times any other year other

21   than fiscal year '19.

22             MR. DARROW:   Objection.

Oritz , Raul                                                    July 28, 2022

52

1      A.     Yes.

2      Q.     Okay.  Looking at fiscal year '22, year to

3   date, we have still roughly three months of

4   encounters to occur, and the number of encounters by

5   Border Patrol in fiscal year '22 is almost at the

6   total year number for fiscal year '21, right?

7      **A.     We've already exceeded that number, yes.**

8      Q.     Okay.  So you obviously in your role see

9   data as it happens and not necessarily as it gets

10  reported on a public web site.  You're already in

11  excess sitting here right now with roughly three

12  months to go, the total number of encounters that

13  you've had in fiscal year '22 is in excess of

14  physical year '21.

15          MR. DARROW:  Objection.

16     **A.     Yes.**

17     Q.     Now, the numbers that we're experiencing in

18  2021 and 2022 are mainly encounters at the southern

19  border, correct?

20     **A.     And we have seen some increases in the**

21  **coastal region in Miami and in Puerto Rico.**

22     Q.     Would you agree the primary driver of the

Oritz , Raul                                                July 28, 2022

53

1    numbers in '21 and '22 is the southern border?

2              MR. DARROW:  Objection.

3         A.   Yes.

4         Q.   Okay.  From your 31 years of experience,

5    has the Border Patrol in a year ever had the number

6    of encounters that it's going to have in 2022?

7              MR. DARROW:  Objection.

8         A.   No.

9         Q.   Is the crisis that is currently ongoing at

10   the southern border making the border less safe for

11   Americans and aliens alike?

12             MR. DARROW:  Objection.

13        A.   Yes.

14        Q.   Before I move on, turning back for a minute

15   to I think it was Exhibit 3, has to your knowledge

16   Exhibit 3 ever been implemented?

17        A.   No.

18        Q.   Okay.  Chief Ortiz, are you aware that more

19   aliens have died trying to illegally enter the United

20   States in the last two years than ever before?

21             MR. DARROW:  Objection.

22        A.   Yes.

Oritz , Raul                                                July 28, 2022

                                                                        54

1        Q.    Now, Chief Ortiz, does CBP components

2   survey aliens that they encounter on why they were

3   entering the United States?

4        A.    Yes.

5        Q.    I'm going to show you what I marked for

6   identification as Exhibit I think 6.

7                           (Ortiz Exhibit No. 6

8                            was marked for

9                            identification.)

10       MR. DARROW:  Thank you.

11       BY MR. GUARD:

12       Q.    Exhibit 6 is an overview of the southwest

13  border by CBP, correct?

14       A.    Yes.

15       Q.    Have you ever seen Exhibit 6 before?

16       **A.    I'm not sure what the date is on this, but**

17  **yes, it does look familiar.**

18       Q.    All right.  Well, let's try to figure out

19  the date from -- from the document.  If you look at

20  the first paragraph of Exhibit 6, that first bullet

21  point mentions spring of 2021, correct?

22       A.    Yes.

Oritz , Raul                                                    July 28, 2022

                                                                        55

1        Q.    And that's -- it is talking about

2    unaccompanied children that arrived at the border

3    through spring of 2021; is that correct?

4        A.    That's correct.

5        Q.    So it would appear to be at some point in

6    time after the spring of 2021?  Is that fair to say?

7        A.    That's fair to say.

8        Q.    All right.  And if you look at page 2 at

9    the second bullet point, it talks about two

10   hurricanes, Ada and Iota, that made landfall in

11   November of 2020, so again, sometime after the late

12   2020 is what that paragraph seems to indicate?

13       A.    Yes.

14       Q.    And so sometime late 2020 would be when

15   this document -- hold on.  Strike that.  Going back

16   to that first bullet point, the first three months of

17   fiscal year 2021 -- never mind.  Strike that.  On the

18   second page of Exhibit 6, at the first bullet

19   point --

20       A.    On the second page you said?

21       Q.    Yes, sir.

22       A.    Uh-huh.

Oritz , Raul                                                July 28, 2022

56

1      Q.    The overview lists seven factors that CBP

2   designates as, quote, the primary push-pull factors

3   cited by migrants?

4           MR. DARROW:  Objection.

5           BY MR. GUARD:

6      Q.    Did I read that correct?

7      **A.    Yes.**

8      Q.    All right.  And what are push-pull factors?

9      **A.    Those are factors that are considered**

10  **either drivers or opportunities that migrants may**

11  **perceive as a reason to enter illegally into the U.S.**

12     Q.    Okay.  Looking at the first I guess

13  sub-bullet point under -- under the primary push-pull

14  factors that are cited by migrants, it says economic

15  opportunities.  Did I read that correct?

16     **A.    Yes.**

17     Q.    All right.  Economic opportunities are --

18  would you agree are a consistent driver of aliens

19  entering the United States?

20          MR. DARROW:  Objection.

21     **A.    Yes.**

22     Q.    In your 31 years, economic opportunities

Oritz , Raul                                                July 28, 2022

57

1    has been a driver every year?

2              MR. DARROW:  Objection.

3         A.    Yes.

4         Q.    Okay, all right.  Looking at the next

5    bullet points, next bullet point, regional and

6    political instability, you see that?

7         A.    Yes.

8         Q.    And that's regional and political

9    instability in Central and Southern America?

10        A.    Well, Haiti.  It's 158 different countries

11   that we encounter migrants from.

12        Q.    Okay.  Would it be fair to say that over

13   your 31 years, there's been regional -- regional and

14   political instability somewhere in those 158

15   countries that you've encountered?

16        A.    Yes.

17             MR. DARROW:  Objection.

18             BY MR. GUARD:

19        Q.    And so that's a consistent driver --

20             MR. DARROW:  Objection.

21             BY MR. GUARD:

22        Q.    -- of illegal immigration into the United

Oritz , Raul                                                July 28, 2022

58

1   States?

2       **A.    Yes.**

3       Q.    Okay.  Fear of violence is the next bullet

4   point.  Did I read that correct?

5       **A.    Yes.**

6       Q.    All right.  Fear of violence -- has that

7   been a factor that has been present for at least part

8   of your 31 years as a Border Patrol agent driving

9   illegal immigrants into the United States?

10      **A.    Yes.**

11      Q.    Okay.  If you drop down a couple more,

12  perception -- perceptions of favorable U.S.

13  immigration policies, you see that?

14      **A.    Yes.**

15      Q.    Do you know if prior to the Biden

16  administration being inaugurated, whether aliens had

17  a favorable view or favorable perception of U.S.

18  immigration policies?

19          MR. DARROW:  Objection.

20      **A.    Repeat the question please?**

21      Q.    Sure.  Let me -- I inartfully worded it

22  because I actually worded two questions together.

Oritz , Raul                                          July 28, 2022

59

1    Prior to January 20th, 2021 when President Biden was

2    inaugurated, from your experience as a Border Patrol

3    agent, did aliens have a favorable view or

4    unfavorable view of Trump's immigration policies?

5              MR. DARROW:  Objection.

6       A.    **They had an unfavorable view.**

7       Q.    Okay.  Would an unfavorable view of Trump's

8    immigration policies kept aliens from coming the

9    border?

10             MR. DARROW:  Objection.

11      A.    **Some.**

12      Q.    Okay.  When President Biden was elected,

13   did the number of aliens trying to illegally enter

14   the United States increase or decrease?

15             MR. DARROW:  Objection.

16      A.    **Increase.**

17      Q.    Okay.  Did caravans restart to the border

18   after President Biden was elected?

19             MR. DARROW:  Objection.

20      A.    **Caravans are a recent phenomenon that we've**

21   **seen over the last couple of years.**

22      Q.    Okay.  Since President Biden was elected,

Oritz , Raul                                        July 28, 2022

1   does this document indicate that aliens illegally

2   entering the United States perceive that they will be

3   able to enter and remain in the United States?

4          MR. DARROW:  Objection.

5      **A.   Yes.**

6      Q.    You can set that document aside.  I think

7   we're on 7.

8                         (Ortiz Exhibit No. 7

9                          was marked for

10                         identification.)

11         BY MR. GUARD:

12     Q.    I'm going to show you what I marked for

13  identification as Deposition Exhibit 7.

14         MR. DARROW:  Thank you.

15         BY MR. GUARD:

16     Q.    Have you seen Deposition Exhibit 7 before?

17     **A.   Not this specific document.**

18     Q.    Okay.  Does Exhibit 7 have comments that

19  Secretary Mayorkas, Commissioner -- Acting

20  Commissioner Miller and you made?

21     **A.   Yes.**

22         MR. DARROW:  Objection.

Oritz , Raul                                                                    July 28, 2022

61

```
 1            BY MR. GUARD:

 2       Q.    What is the date of Exhibit 7?

 3       A.    September 20th.

 4       Q.    Okay.

 5       A.    '21, sorry.

 6       Q.    What were the circumstances that caused you

 7  to -- you, Secretary Mayorkas and Acting Commissioner

 8  Miller to make comments on that day?

 9       A.    We had a mass migration event in Del Rio,

10  Texas of between 16 and 19 thousand migrants from

11  principally Haiti, but we also encountered

12  individuals from Venezuela, Cuba, Nicaragua and a few

13  other countries.

14       Q.    And there was news coverage going on of

15  migrants living under a bridge I think?

16            MR. DARROW:  Objection.

17            BY MR. GUARD:

18       Q.    Is that correct?

19       A.    Yes.

20       Q.    All right.  And there was a lot of press

21  coverage.  Would that be fair?

22            MR. DARROW:  Objection.
```

Oritz , Raul                                        July 28, 2022

62

1    **A.      Yes.**

2        Q.     Okay.  And you had to respond to that

3    situation, right?

4            MR. DARROW:  Objection.

5    **A.      Yes.**

6        Q.     Okay.  And what -- the comments that were

7    being made by the three of you were kind of detailing

8    that -- the Border Patrol's response to the situation

9    of the 16 to 19 thousand migrants that had entered

10   the United States illegally, right?

11           MR. DARROW:  Objection.

12   **A.      Yes.**

13       Q.     Okay.  I want to kind of focus on your

14   comments, and if you look at the third page of

15   Exhibit 7, and I'm not sure if it's -- since there's

16   no indents, I can't tell if it's a continuation of

17   the previous paragraph or it's a new paragraph, but

18   the paragraph that says, "I talked yesterday"?  Do

19   you see where I am at the top of the page?

20   **A.      Yes, okay.**

21       Q.     You said, "I talked yesterday about how so

22   much of this migration is driven through social media

Oritz , Raul                                    July 28, 2022

63

1    and word of mouth, and smugglers are significant

2    drivers of the misinformation that people that" --

3    "that gets to people to undertake these dangerous

4    journeys."  What are you describing with that

5    sentence?

6        A.    So prior to this event, we had scheduled

7    some repatriation flights back to Haiti.  Those

8    flights were cancelled, and when those flights were

9    cancelled, those migrants were unable to be

10   repatriated, and so what happens quite often is the

11   migrant population will use the social media

12   platforms to inform folks that were already making

13   the trek from South America and from some of the

14   other countries, most -- or quite a few of the

15   Haitian migrants that we encountered underneath the

16   bridge had already been domiciled in other countries

17   in South America.  So they had begun to make the

18   trek, and when they found out that the flights had

19   been turned off in Del Rio, we found that criminal

20   organizations, smuggling organizations were

21   chartering buses and driving them to Ciudad Acuna,

22   which is just south of Del Rio.

Oritz , Raul                                                      July 28, 2022

64

1      Q.      Okay, and the migrants were being told that

2    if you go to the Del Rio sector, you will not be

3    repatriated, correct?

4              MR. DARROW:  Objection.

5      **A.      They were told a couple of things.  They**

6    **were told that it's safe in Acuna and in Del Rio.**

7    **They were told that they would be processed**

8    **relatively quickly, and then I'm sure they were told**

9    **that there was a chance that they may be released.**

10     Q.      Okay.  Were -- from those flights that were

11   cancelled, were any of those Haitians actually

12   released into the interior of the United States?

13     **A.      Yes.**

14     Q.      Do you know approximately how many Haitians

15   were released into the interior of the United States?

16     **A.      No.**

17     Q.      Are we talking tens, hundreds or thousands

18   --

19             MR. DARROW:  Objection.

20             BY MR. GUARD:

21     Q.      -- being released?

22     **A.      I would assume it was in the hundreds**

Oritz , Raul                                            July 28, 2022

65

1    initially.

2         Q.    Okay.  Now, after the crowd of aliens under

3    the bridge had gathered, how were they dispersed?

4         A.    So we focused on the vulnerable populations

5    first.  When I arrived, we had a rough estimate of

6    about 16,000 migrants underneath the bridge, and so

7    just in doing my initial assessment, I was able to

8    ascertain that many of them were family units and

9    quite a few of them were pregnant females, and so we

10   worked with our partners to try and focus on those

11   individuals first.

12        Q.    Okay.  As to the family units and to the

13   pregnant females, when they would go through

14   processing, would -- would they have likely been

15   released into the interior of the United States or

16   would they have been removed?

17             MR. DARROW:  Objection.

18        A.    So most of those family units and -- were

19   taken to our Office of Field Operations.  We had to

20   shut down the port of entry in Del Rio, and we began

21   processing them in a different facility, and then we

22   also bused some of those populations to some of the

66

1    other surrounding sectors, and we actually flew some

2    of them to other sectors.  What their disposition

3    once they reached the processing centers is unknown

4    to me.

5        Q.    Okay.  This was September of 2021?

6        A.    That's correct.

7        Q.    All right.  Do you know if by September of

8    2021, ICE was -- or had any detention beds for family

9    units?

10            MR. DARROW:  Objection.

11       A.    No.

12       Q.    No, you don't know that they had -- whether

13   they had detention for family units, or no, they did

14   not have any detention for family units?

15       A.    It is my understanding that they did not

16   have any detention beds for family units.

17       Q.    So as to the family units in that group of

18   16 to 19 thousand people, they could not have been

19   detained, right?

20            MR. DARROW:  Objection.

21       A.    That's correct.

22       Q.    All right.  So the option would have been

Oritz , Raul                                    July 28, 2022

67

1    to admit them or to repatriate them, right?

2              MR. DARROW:   Objection.

3         A.   Yes.

4         Q.   Now, if you look at the next paragraph in

5    your statement -- first let me ask you this because I

6    forgot to ask it, and you can take a minute if you'd

7    like to take a minute, but are the paragraphs here

8    that -- where it says transcript of U.S. Border

9    Patrol Chief Ortiz, are they accurate?

10        A.   Yes.

11        Q.   Okay.  If you look at the last paragraph,

12   the first sentence says, "The smugglers leverage

13   misinformation to mislead people.  Some of that

14   information is focused on TPS."  First, what is TPS?

15        A.   Temporary protective status.

16        Q.   All right.  And what are smugglers doing

17   with information on TPS?

18        A.   They are telling -- or they were telling

19   the migrant population that regardless of when you

20   entered or were processed, that you would be allowed

21   to stay in the United States.

22        Q.   Would you agree, Chief Ortiz, that the

Oritz , Raul                                           July 28, 2022

68

1    aliens who cite favorable immigration policy as a

2    reason to come to the United States are perceiving

3    what actually is happening in the United States?

4              MR. DARROW:  Objection.

5         **A.    Yes.**

6         Q.    Prior to President Biden being elected, did

7    you review Candidate Biden's immigration proposals?

8              MR. DARROW:  Objection.

9              THE WITNESS:  No.

10             MR. GUARD:  If this is a good time to take

11   a break, we can take a break because I did not write

12   down my tab number on --

13             THE WITNESS:  Yeah.

14             MR. GUARD:  -- this exhibit, and we've been

15   going for a while.

16             THE WITNESS:  That'll work.

17             MR. GUARD:  Okay.

18             THE VIDEOGRAPHER:  We are now off the

19   record at 10:48.

20                  (Recessed at 10:48 a.m.)

21                  (Reconvened at 10:57 a.m.)

22             THE VIDEOGRAPHER:  We're now back on the

Oritz , Raul                                                July 28, 2022

                                                                    69

1    record at 10:57.

2              BY MR. GUARD:

3        Q.    All right, Chief Ortiz, I think before we

4    left and went on break, I was asking you if you'd

5    reviewed Candidate Biden's immigration proposals.  Do

6    you remember that?

7        **A.    Yes.**

8        Q.    All right, and you had not.

9        **A.    I had not.**

10       Q.    Okay.  I'm going to show you what I marked

11   for identification as Exhibit 8 to your deposition.

12                              (Ortiz Exhibit No. 8

13                               was marked for

14                               identification.)

15             BY MR. GUARD:

16       Q.    If you look at the second sentence on the

17   first page of Exhibit 8, it reads, "When children are

18   locked away in overcrowded detention centers and the

19   government seeks them there indefinitely."

20             MR. DARROW:  Take your time to read it if

21   you need it.

22             BY MR. GUARD:

Oritz , Raul                                                July 28, 2022

70

1        Q.     Did I read that sentence correctly?

2        A.     Yes.

3        Q.     During the Trump administration, is that

4   sentence -- was that sentence true, to your

5   knowledge?

6               MR. DARROW:  Objection.

7        A.     We had a unaccompanied child crisis in

8   2014.  I was the deputy chief in Rio Grande Valley,

9   and we saw a significant spike in unaccompanied

10   children during that time.

11        Q.     And so 2014, that would have been the Obama

12   administration?

13        A.     That's correct.

14        Q.     Okay.  Was that still true under the Trump

15   administration?

16               MR. DARROW:  Objection.

17        A.     We had seen steady increases since 2014 of

18   unaccompanied children that we hadn't experienced

19   prior to that.

20        Q.     Okay.  But were unaccompanied children

21   walked away in overcrowded detention facilities and

22   kept there indefinitely at that time?

Oritz , Raul                                                 July 28, 2022

71

1       A.      No.

2               MR. DARROW:  Objection.

3               BY MR. GUARD:

4       Q.      All right.  If you'll turn to page 5 of

5    Exhibit 8, the second bullet point says, "End

6    prolonged detention and reinvest in a case management

7    program."  You see that?

8       A.      Yes.

9       Q.      In the two years that the Biden

10   administration has been in office, or roughly two

11   years, have they ended prolonged detention?

12              MR. DARROW:  Objection, and take your time

13   to read it if you need it.

14       A.      We have continued to do a better job of

15   minimizing the time in custody of the migrant

16   population within the Border Patrol, and I would

17   imagine that's probably holds true for our ICE/ERO

18   partners.

19       Q.      Are you aware of whether or not ICE has cut

20   its detention capacity?

21              MR. DARROW:  Objection.

22       A.      I could not speak to that.

Oritz , Raul                                July 28, 2022

72

1       Q.      So you as the chief of Border Patrol do not
2    know whether ICE has reduced the number of detention
3    beds that it has.
4               MR. DARROW:  Objection.
5       A.      I do know that ICE has had some capacity
6    issues with respect to detention beds and space, but
7    the number of reduced beds, I'm not familiar with the
8    exact number.
9       Q.      And you are familiar, I believe, with the
10   fact that ICE has stopped detaining family units,
11   correct?
12              MR. DARROW:  Objection.
13      A.      I am familiar that they are no longer
14   manning residential facilities.
15      Q.      Okay.  If you'll look down in the
16   paragraph, one, two, three, four, five sentences in,
17   the sentence reads, "Biden will codify protections to
18   safeguard children to make sure their treatment is
19   consistent with their best interest and invest in
20   community-based" -- "community-based case management
21   programs, including those supported by faith-based
22   organizations, such as Lutheran Immigration and

Oritz , Raul                                           July 28, 2022

73

1    Refugee Services, to move migrants into safe

2    environments as quickly as possible."  Did I read

3    that correctly?

4         A.    Yes.

5         Q.    Now, that sentence uses the word "codify."

6    Do you see that?

7         A.    I do.

8         Q.    What does the word "codify" mean to you?

9         A.    It means that they're going to establish a

10   process and develop a policy that focuses on

11   protecting unaccompanied children and migrants.

12        Q.    Does it also mean for family units?

13             MR. DARROW:  Objection.

14        A.    It doesn't indicate that it's for family

15   units.

16        Q.    Okay, but family units have children,

17   right?

18        A.    Typically.

19        Q.    Okay.  And the word "codify" -- does that

20   indicate that they need to go to Congress to pass

21   something?

22             MR. DARROW:  Objection.

Oritz , Raul                                                    July 28, 2022

74

1      A.     That I'm not going to assume.

2      Q.     Okay.

3      A.     **We've seen executive orders issued for the**

4      **last few years that we hadn't seen previously, and I**

5      **say the last, I'm talking about the last five or six**

6      **years.**

7      Q.     Sure.  Now, Border Patrol itself under your

8      direction -- strike that.  For a moment, Chief Ortiz,

9      I want you to ignore the existence of the Title 42 CD

10     order and assume Title 8 was the only -- Title 8

11     flows are the only flows for aliens encountered at

12     the southern border, okay?  When a Border Patrol

13     agent finds an individual on or near the southwest

14     border that he or she believes to be an alien, does

15     the agent seek a warrant to detain the alien?

16            MR. DARROW:  Objection.

17     A.     **Typically when we encounter migrants along**

18     **the southwest border, we process them via Title 8,**

19     **which is our authority to issue a notice to appear**

20     **and a warrant of arrest, and then if they are from**

21     **Mexico, we can voluntarily return that migrant**

22     **population with a repatriation agreement we have with**

Oritz , Raul                                              July 28, 2022

75

1    the government of Mexico.

2        Q.    Okay, but as far as the actual seizing of

3    the alien, is it a warrantless or a warrant seizure

4    of -- of -- of the --

5        A.    Warrant.

6        Q.    So okay.  All right, so the border agent

7    seizes the alien and conducts an inspection, right?

8        A.    That's correct.

9        Q.    Okay.  With that inspection, the Border

10   Patrol agent is trying to determine whether the alien

11   is admissible or inadmissible, right?

12            MR. DARROW:  Objection.

13       A.    That's correct.

14       Q.    Okay.  And you know, the Border Patrol

15   agent is trying to discern the appropriate pathway to

16   process an alien, correct?

17       A.    That's correct.

18       Q.    Okay.  And you're familiar with the

19   immigration and naturalization act of 1965?

20       A.    I am.

21       Q.    Okay.  And Congress and I'm going to call

22   it the INA established pathways, correct?

Oritz , Raul                                              July 28, 2022

76

1        **A.    That's correct.**

2              MR. DARROW:  Objection.

3              BY MR. GUARD:

4        Q.    And Congress set out the process for

5    inspections to happen.

6              MR. DARROW:  Objection.

7              BY MR. GUARD:

8        Q.    Correct?

9        **A.    Yes.**

10       Q.    And I believe it's section 235 of the

11   Immigration and Nationality Act, or also known as 8

12   USC section 1225; is that correct?

13       **A.    Yes.**

14       Q.    All right, let's -- let's look at that.  I

15   keep on losing my pen.  You'll have eight or ten pens

16   in this -- we're on 9?

17                         (Ortiz Exhibit No. 9

18                          was marked for

19                          identification.)

20             BY MR. GUARD:

21       Q.    I show you what I marked for identification

22   as Exhibit Number 9.  Now, Exhibit Number 9 is the --

Henderson Legal Services, Inc.

202-220-4158                    www.hendersonlegalservices.com

Oritz , Raul                                          July 28, 2022

77

1    is section 235 of the Immigration and Nationality

2    Act, is it not?

3        A.   Yes.

4        Q.   Okay, and if you look at section (a)(1) of

5    that statute, it provides -- or that section, it

6    provides aliens who are present in the United States

7    and not admitted shall be detained, correct?

8             MR. DARROW:  Objection.

9        A.   **Where does it say not --**

10       Q.   If you look at --

11       A.   **You said (a)(1)?**

12       Q.   Yes.

13       A.   **I don't see anything that talks about**

14   **detention.**

15       Q.   Sorry.  Excuse me.  (b)(1).  Strike that.

16   All right, let's move on.  Section 1225(a)(1) is the

17   authority that Border Patrol agents use every day to

18   conduct inspections, right?

19            MR. DARROW:  Objection.

20       A.   **Yes.**

21       Q.   Now, looking at 1225(a)(3), that's the

22   section of the statute that provides for an

Oritz , Raul                                           July 28, 2022

78

1    inspection.

2            MR. DARROW:  Objection.

3      A.    **Yes.**

4      Q.    Okay.  And looking down to the next

5    section, it has a section entitled -- or -- so that's

6    1225(a)(4), it says, "Withdrawal of an application

7    for admission."  Do you see that?

8      A.    **I do.**

9      Q.    And withdrawal of an application, that is a

10   -- one of the processing pathways, is it not?

11           MR. DARROW:  Objection.

12     A.    **Not that the Border Patrol uses.**

13     Q.    Okay.  So an alien, if they just want to be

14   removed, they cannot withdraw their application and

15   just be repatriated?

16           MR. DARROW:  Objection.

17     A.    **We do have a voluntary return.**

18     Q.    Okay.

19     A.    **Yeah.**

20     Q.    All right.  Looking down at (b)(1), so

21   that's on the second page of Exhibit Number 9,

22   (b)(1)(A) sub 1 -- I guess it's actually on the first

Oritz , Raul                                              July 28, 2022

79

1   page.  I apologize.  So (b)(1), big A little I is --

2   it describes the inspection that is being conducted

3   generally, correct?

4              MR. DARROW:  Objection.

5        **A.    That's correct.**

6        Q.    Okay.  And it makes reference to two

7   statutes, 1182(a) subsection A, 6 big C, and

8   1182(a)(7).  Do you see that?

9        **A.    I do.**

10       Q.    Okay.  And so the Border Patrol, when it's

11  doing this inspection in general, is inquiring of an

12  alien about his citizenship, correct?

13             MR. DARROW:  Objection.

14       **A.    Yes.**

15       Q.    Okay.  And if that alien misrepresents his

16  citizenship, he can be removed?

17             MR. DARROW:  Objection.

18       **A.    Yes.**

19       Q.    And if he does not have a visa and a

20  passport, he can be removed.

21       **A.    Yes.**

22       Q.    Okay.  And so the initial screening, you're

Oritz , Raul                                        July 28, 2022

80

1   gathering biographical information and citizenship

2   documents.  Is that fair to say?

3        MR. DARROW:  Objection.

4   **A.   If they possess travel documents or some**

5   **sort of immigration documents, yes, we will --**

6        Q.   Okay.  And all or almost all of the aliens

7   that Border Patrol encounters at the southern border

8   don't have a visa to enter the United States.  Is

9   that fair?

10       MR. DARROW:  Objection.

11  **A.   Yes.**

12       Q.   Okay, and the vast majority of aliens

13  encountered at the southern border don't have a

14  passport, right?

15       MR. DARROW:  Objection.

16  **A.   Typically they discard them before they**

17  **enter the U.S.  Quite often our officers will find**

18  **them discarded in or around the border area.**

19       Q.   Okay, and sometimes they'll have I think

20  they call it pocket trash?  Are you familiar with

21  that term?

22  **A.   I am.**

Oritz , Raul                                                      July 28, 2022

81

1      Q.    What is pocket trash?

2      **A.    It could be anything from a map to phone**

3  **numbers to smugglers or, you know, information on who**

4  **to contact when they make it to the U.S.**

5      Q.    Do sometimes pocket trash include

6  information indicating that whatever they've told the

7  Border Patrol agent is not true?

8            MR. DARROW:  Objection.

9      **A.    Yes.**

10     Q.    Okay.  Under 1225, if an alien doesn't have

11  a visa and a valid passport, what is supposed to

12  happen to that alien?

13           MR. DARROW:  Objection.

14     **A.    We take them into custody.**

15     Q.    Okay.  Are they supposed to be detained?

16           MR. DARROW:  Objection.

17     **A.    Yes.**

18     Q.    Okay.  And -- and they're to be removed

19  unless they request asylum?

20           MR. DARROW:  Objection.

21     **A.    Yes.**

22     Q.    Okay.

Oritz , Raul                                                July 28, 2022

82

1      A.     If we have a repatriation agreement with
2  the country that they are traveling from or that they
3  are citizens of.
4      Q.     Okay.  And the removal, assuming that
5  there's a repatriation agreement, is supposed to be
6  immediate, correct?
7            MR. DARROW:  Objection.
8      A.     Well, that's very dependent on logistics.
9      Q.     Okay.
10     A.     Flights occur, you know, at different
11  times, and so a lot of coordination and logistics
12  have to happen.
13     Q.     Okay.  And that would be coordination and
14  logistics with ICE.
15     A.     With ICE and the host country.
16     Q.     Okay, all right.  And the exception -- and
17  again, the exception to removal is if the alien
18  claims asylum?
19            MR. DARROW:  Objection.
20            BY MR. GUARD:
21     Q.     Correct?
22     A.     Well, there's a couple of exceptions.  One

Oritz , Raul                                    July 28, 2022

83

1    is asylum.  The second may be if they're a part of a

2    smuggling investigation or event, they may be held as

3    a material witness.

4        Q.    Any other exceptions?

5        A.    Typically those are the ones that we

6    encounter the most.

7        Q.    Okay.  And how frequently do you hold or

8    process people as material witnesses?

9             MR. DARROW:  Objection.

10       A.    It's very dependent on the sector.  When

11   you think about, you know, Laredo and Tucson sector

12   where we see the criminal organizations, smuggling

13   organizations operating at a higher level, I think

14   you'll find that we'll have more material witnesses

15   kept within ICE's custody in those locations.

16       Q.    Okay.  Would the number of exceptions for

17   material witnesses be greater than the number of

18   people claiming asylum?

19            MR. DARROW:  Objection.

20       A.    No.

21       Q.    Would the number of people climb claiming

22   asylum dwarf the number of material witnesses?

Oritz , Raul                                                    July 28, 2022

84

1              MR. DARROW:  Objection.

2      A.    Once again, it's going to be dependent on

3  location.

4      Q.    Okay, all right.  Is it typical for aliens

5  encountered at the border to claim asylum?

6              MR. DARROW:  Objection.

7      A.    Initially when they are taken into custody

8  by the Border Patrol, quite often the asylum claim

9  does not happen until after the processing begins --

10     Q.    Okay.

11     A.    -- or they are turned over to ICE.

12     Q.    Okay.  And while I'm sure it varies,

13  sometimes they're processed on the scene.  Is that

14  fair to say?

15             MR. DARROW:  Objection.

16     A.    We have instituted some mobile processing

17  --

18     Q.    Okay.

19     A.    -- in certain locations due to COVID, but

20  more often than not, most of them are processed at a

21  facility or a centralized processing center.

22     Q.    Okay, all right.  So it's not -- they don't

Oritz , Raul                                        July 28, 2022

85

1    make an asylum claim when the initial encounter

2    happens.  They make the claim when they get

3    transferred back to a Border Patrol processing

4    center.  Is that fair?

5            MR. DARROW:  Objection.

6        A.     **Typically that's when that happens, yes.**

7        Q.     Okay.  And it's not unusual for aliens to

8    make an asylum claim?

9            MR. DARROW:  Objection.

10       A.     **It's not unusual.**

11       Q.     Okay.  If an alien claims asylum, the agent

12   or some other immigration officer has to perform a

13   further interview, correct?

14           MR. DARROW:  Objection.

15       A.     **Yes.**

16       Q.     All right, at that interview, is it

17   determined if the alien has a credible fear of

18   persecution?

19           MR. DARROW:  Objection.

20           BY MR. GUARD:

21       Q.     Correct?

22       A.     **Persecution or torture.**

Oritz , Raul                                      July 28, 2022

86

1      Q.    Would you agree with me, Chief Ortiz, that

2    the vast majority of asylum claims, there is not a

3    credible fear of persecution or torture?

4            MR. DARROW:  Objection.

5      **A.    I do not have the disposition of all the**

6    **credible fear claims, and it would be unfair for me**

7    **to --**

8      Q.    Okay.  And -- but that interview is

9    supposed to take place before the alien is processed

10   further, correct?

11           MR. DARROW:  Objection.

12     **A.    Yes.**

13     Q.    Okay.  Are Border Patrol agents currently

14   performing credible fear interviews before they

15   either parole or release aliens on their own

16   recognizance?

17           MR. DARROW:  Objection.

18     **A.    No.**

19     Q.    Is Border Patrol transferring aliens who

20   have made asylum claims to ICE custody without

21   performing credible fear interviews?

22     **A.    Yes.**

Oritz , Raul                                                July 28, 2022

87

```
 1        Q.    Looking -- looking back at -- at Exhibit

 2   Number 9 at I think it's (b)(1) large B sub -- you

 3   got to love these statutes.  Three little I -- or no,

 4   excuse me, two little I, it says "Referral of Certain

 5   Aliens."  You see that?

 6        A.    I do.

 7        Q.    All right.  What does that section indicate

 8   that is supposed to happen if the asylum officer

 9   determines that an alien has a credible fear of

10   persecution?

11             MR. DARROW:  Objection.

12        A.    The alien shall be detained for further

13   consideration of the application for asylum.

14        Q.    If you look at the next subsection, so

15   that's 1225(b)(2) big B sub 3 little I big I, what is

16   supposed to happen if the asylum officer finds that

17   an alien does not have a credible fear of

18   persecution?

19             MR. DARROW:  Objection.

20        A.    Removal without further review if no

21   credible fear of persecution.

22        Q.    Is the alien supposed to be detained until
```

Oritz , Raul                                                July 28, 2022

88

1   removal?

2            MR. DARROW:  Objection.

3       A.    Yes.

4       Q.    Okay.  Now, that's not necessarily the end

5   of the process, correct?

6       A.    That's correct.

7            MR. DARROW:  Objection.

8            BY MR. GUARD:

9       Q.    An alien who's made an asylum claim can ask

10  for review; is that right?

11           MR. DARROW:  Objection.

12      A.    Yes.

13      Q.    If the alien asks for review of a finding

14  of no credible fear, if you look at 1225(b)(2), sub

15  B, I think it's three little I, sub 4, there's a

16  section that says "Mandatory Detention."  Excuse me.

17  (b)(1).  Sorry.  (b)(1) sub B three little I sub 4.

18  It's on 2, second column, second heading in, it says

19  "Mandatory Detention."  Do you see that?

20      A.    I do.

21      Q.    All right.  So if an alien who got a

22  finding of no credible fear on their asylum claim

Oritz , Raul                                          July 28, 2022

89

1   wants a hearing, what is supposed to happen to that

2   alien pending the hearing?

3           MR. DARROW:  Objection.

4   **A.     Should be detained.**

5       Q.    And it actually uses the word "mandatory,"

6   correct?

7           MR. DARROW:  Objection.

8           BY MR. GUARD:

9       Q.    Now, Chief Ortiz, when you tell your Border

10  Patrol agents that they shall do something, do you

11  expect them to follow your command?

12          MR. DARROW:  Objection.

13  **A.     Yes.**

14      Q.    Okay.  When you tell your Border Patrol

15  agents that they shall do something, do you expect

16  that they will try and figure out ways around your

17  command?

18          MR. DARROW:  Objection.

19  **A.     No.**

20      Q.    Okay.  For example, did the Border Patrol

21  agent require its agents to obtain the COVID-19

22  vaccine?

Oritz , Raul                                                July 28, 2022

90

1              MR. DARROW:  Objection.

2       A.    Yes.

3       Q.    Were any Border Patrol agents fired for

4    refusing to get vaccinated?

5              MR. DARROW:  Objection.

6       A.    No.

7       Q.    What happened to the Border Patrol agents

8    that refused to get vaccinated?

9              MR. DARROW:  Objection.

10      A.    **Ninety-eight percent of the employees that**

11   **failed to be vaccinated submitted a request for**

12   **exception.**

13      Q.    Okay.  They filed for an exemption based on

14   some ground.

15      A.    **Yes.**

16             MR. DARROW:  Objection.

17             BY MR. GUARD:

18      Q.    What about that two percent?

19             MR. DARROW:  Objection.

20      A.    **The two percent of the population continued**

21   **-- either retired or opted to resign.**

22      Q.    Chief Ortiz, and if you need to take a

Oritz , Raul                                    July 28, 2022

91

1   moment, please take a moment.  Is there anywhere in

2   section 1225, Exhibit 9 that's in front of you, where

3   the statutory language indicates that the alien shall

4   be released?

5           MR. DARROW:  Objection.

6       A.    I'd have to read the entire document.

7       Q.    Do you know from your experience utilizing

8   this section in your job, do you know that from just

9   your use?

10          MR. DARROW:  Objection.

11      A.    We -- when you talk about releases, you

12  know, in the Border Patrol context, I consider

13  paroles, I consider, you know, other means of

14  releasing somebody out of our custody as an option

15  for humanitarian reasons.  We've had situations where

16  we may encounter somebody who is, you know, eight,

17  eight and a half months pregnant, or there may be a

18  medical or humanitarian reason for us to release

19  somebody into the community or to a sponsor or to --

20  so there are other --

21      Q.    Sure.

22      A.    -- conditions that exist.

Oritz , Raul                                                July 28, 2022

92

1       Q.    And we're going to look at I think the

2   statute that allows for that in a little bit, but

3   those situations that you just described are

4   individual one-off kind of situations, correct?

5             MR. DARROW:  Objection.

6       **A.    That's correct.**

7       Q.    Okay.  Is there anything within section

8   1225 that allows for the processing of family units

9   to be different --

10            MR. DARROW:  Objection.

11            BY MR. GUARD:

12      Q.    -- than single adults?

13      **A.    I don't believe so.**

14      Q.    Okay.  Chief Ortiz, if trafficking

15  organizations know that family units will be

16  released, aren't they likely to disseminate that

17  information to migrants?

18            MR. DARROW:  Objection.

19      **A.    Yes.**

20      Q.    Okay.  Does differentiating detention

21  policy based on whether an alien is part of a family

22  or not encourage some forms of irregular immigration

Oritz , Raul                                                    July 28, 2022

93

1    to the United States?

2             MR. DARROW:  Objection.

3        A.    I would imagine so.

4        Q.    Okay.  Does differentiating detention

5    policy based on the nationality of an alien encourage

6    irregular immigration?

7             MR. DARROW:  Objection.

8        A.    Yeah, so you think about, you know, what

9    we're experiencing right now with Cuban, Venezuelans

10   and Nicaraguans and to some degree Peruvians now, the

11   fact that we do not have the ability to repatriate

12   those populations has certainly increased the

13   migration flows from those countries, and so to

14   answer your question, yes.

15       Q.    Sure.  And do you know if ICE is detaining

16   individuals from those four countries that you just

17   listed?

18       A.    So we have instituted a initiative in the

19   last week where we are trying to detain as many of

20   that population within ICE custody in certain areas.

21   We -- when you look at the nine southwest border

22   sectors over the last 12 months, three of them have

Oritz , Raul                                    July 28, 2022

94

1    been problematic for us as an organization, Yuma, Del

2    Rio, Rio Grande Valley.  We have been able to do a

3    very good job of managing the security in San Diego,

4    El Centro, El Paso, Big Bend, Laredo.  We don't see

5    the same migration flow patterns in those sectors,

6    and a lot of that is driven by the criminal

7    organizations.

8              And so when you think about instituting a

9    -- and having the ability to detain certain

10   populations, you really want to focus that in areas

11   where you see the highest flows, and that continues

12   to be those three sectors, Yuma, Del Rio and Rio

13   Grande Valley.

14   Q.    And so you want -- is the purpose of kind

15   of targeted detention of specific populations to

16   either dissuade immigration coming to the southern

17   border, or is it to cause the flows to go to those

18   other sectors and spread out?

19             MR. DARROW:  Objection.

20             BY MR. GUARD:

21   Q.    Or both?

22   A.    It's actually even more than that.  It's an

Oritz , Raul                                                   July 28, 2022

95

1    opportunity, one, to institute a consequence against

2    the migrant populations, and then certainly as a

3    deterrent.

4        Q.    Okay.  Going back for a moment to Exhibit

5    Number 9, if you look at I think it's (b)(2)(C), big

6    C, so that's on page 3, first column, bottom of it,

7    it says, "Treatment of aliens arriving from

8    contiguous territory."  It's on the bottom of the

9    third page, first column.

10       A.    Okay.

11       Q.    Are you familiar with a policy called

12   remain in Mexico?

13             MR. DARROW:  Objection.

14       A.    Yes.

15       Q.    Okay.  And that policy explicitly required

16   migrants to remain in Mexico until their asylum

17   hearing; is that correct?

18             MR. DARROW:  Objection.

19       A.    Yes.

20       Q.    Okay, and the Biden administration ended

21   that policy, correct?

22       A.    Initially, yes.

Oritz , Raul                                           July 28, 2022

96

1      Q.    Okay.  Has that policy restarted?

2            MR. DARROW:  Objection.

3      **A.    Well, the migrant protection protocols have**

4      **been operational for, you know, a majority of the**

5      **calendar year at some degree in certain locations.**

6      Q.    Is it -- the migrant protection protocols

7      or MPP, are they operating at the same extent as they

8      did under the Trump administration?

9            MR. DARROW:  Objection.

10     **A.    No.**

11     Q.    Okay.  If you -- if someone didn't want

12     children detained because they were traveling to the

13     border with their family, would remain in Mexico

14     accomplish allowing them not to be retained in a

15     custodial setting?

16           MR. DARROW:  Objection.

17     **A.    It would allow them to be detained in a**

18     **migrant camp in Mexico.**

19     Q.    Okay.  We're on 10 I think.

20     **A.    Yeah.**

21                         (Ortiz Exhibit No. 10

22                          was marked for

Oritz , Raul                                          July 28, 2022

97

1                          **identification.)**

2          BY MR. GUARD:

3     Q.    I'm going to show you what I marked for

4     identification as Exhibit 10 to your deposition.  Are

5     you familiar with section 212 of the INA?

6     **A.    I am.**

7     Q.    Okay, and Exhibit Number 10 in front of you

8     is 8 United States code 1182, which is section 212 of

9     the INA, correct?

10    **A.    That's correct.**

11    Q.    All right.  And this section does actually

12    a couple things.  First, this section makes certain

13    groups of aliens inadmissible into the United States,

14    right?

15          MR. DARROW:  Objection.

16    **A.    Yes.**

17    Q.    It makes certain criminals inadmissible,

18    correct?

19          MR. DARROW:  Objection.

20    **A.    Yes.**

21    Q.    It makes terrorists unsurprisingly

22    inadmissible, right?

Oritz , Raul                                          July 28, 2022

                                                                    98

1              MR. DARROW:  Objection.

2       A.    Yes.

3       Q.    All right.  And it also makes, another

4  example that seems not surprising, people who commit

5  genocide, right?

6              MR. DARROW:  Objection.

7       A.    Yes.

8       Q.    All right.  If you'll turn about 13 pages

9  into Exhibit 10, there's a section that's 1182

10 section -- subsection F?

11      A.    What page is it?

12      Q.    It's 13.  It says "Suspension of Entry or

13 Imposition of Restrictions by President," is what the

14 heading is.

15             MR. DARROW:  For the record, it looks like

16 it's on page 145 of the --

17             BY MR. GUARD:

18      Q.    Oh, I'm sorry.  I apologize.

19      A.    Okay.

20      Q.    I didn't realize there were page numbers on

21 top.  All right, section 1192(f) allows the president

22 to bar admission of any class of aliens, right?

Oritz , Raul                                               July 28, 2022

99

1              MR. DARROW:  Objection, and read it if you

2    need to.

3         A.    Yes.

4         Q.    Okay.  Section 1192(f) allows for the

5    exclusion of an entire group of aliens, right?

6              MR. DARROW:  Objection.

7         A.    Yes.

8         Q.    All right.  And Congress utilized the word

9    "class" when it wanted to give the authority for the

10   administration to take an action against a group,

11   right?

12             MR. DARROW:  Objection.

13        A.    **I would imagine that's what that means,**

14   **yes.**

15        Q.    Okay.  Now if you turn -- go back one page,

16   so now that I know there are page numbers on it, 144,

17   it's the 12th page of Exhibit 10, and there's a --

18   it's -- technically it's 1182(d) sub 5 large A,

19   you're familiar with this subsection?

20             MR. DARROW:  Objection.

21        A.    Yes.

22        Q.    All right, and you've actually utilized

Oritz , Raul                                          July 28, 2022

100

1    this subsection in memos, correct?

2         A.    That's correct.

3               MR. DARROW:  Objection.

4               BY MR. GUARD:

5         Q.    Looking at section 1182, I believe it's D

6    sub 5 sub A, the authority that's granted by Congress

7    in this section is for relief on a case-by-case

8    basis, correct?

9               MR. DARROW:  Objection.

10        A.    Yes.

11        Q.    And Congress chose in that subsection not

12   to utilize the word "class," right?

13              MR. DARROW:  Objection.

14        A.    Yeah, I don't see class in here.

15        Q.    Okay.  1182(b) sub 5 sub A requires an

16   individualized determination can be utilized, right?

17              MR. DARROW:  Objection.

18        A.    It says by case-by-case basis, yes.

19        Q.    Okay.  Now, you mentioned earlier on that

20   you were now detaining aliens from certain countries

21   in certain sectors.  You recall that?

22        A.    Yes.

Oritz , Raul                                                July 28, 2022

101

```
 1      Q.    Is the new initiative that you just

 2  mentioned related to the July 18th memo that just

 3  came out?

 4            MR. DARROW:  Objection.

 5      A.    No.

 6      Q.    Okay.  I want to show you what I'm going to

 7  mark as Exhibit 11 --

 8                          (Ortiz Exhibit No. 11

 9                           was marked for

10                           identification.)

11            BY MR. GUARD:

12      Q.    -- to your deposition.  I think we're on

13  11.

14            MR. DARROW:  Thank you.

15            BY MR. GUARD:

16      Q.    Have you seen Exhibit 11 before?

17      A.    I have.

18      Q.    What is Exhibit 11?

19      A.    It's a document that displays the

20  processing pathways that Border Patrol has at their

21  disposal.

22      Q.    Okay.  Is -- okay.  There are -- on the
```

Oritz , Raul                                          July 28, 2022

102

1    left-hand side, there are three diamond shapes that

2    have been blacked out.  What are the difference

3    between those three diamond shapes?

4             MR. DARROW:  Objection.

5        **A.    From my recollection, it is single adults,**

6    **family units and unaccompanied children.**

7        Q.    Okay.  Is unaccompanied children, would

8    that be the top group?

9             MR. DARROW:  Objection.  It's blacked out

10   because it's privileged.  Don't answer that.

11            MR. GUARD:  Okay, well, the document

12   doesn't say it's privileged, so there are claims of

13   privilege.  So that's why I was asking.  We got these

14   documents in FOIA.  There are a whole bunch of

15   exceptions for FOIA.

16            MR. DARROW:  This was --

17            MR. GUARD:  Oh.

18            MR. DARROW:  -- from this case.

19            BY MR. GUARD:

20       Q.    Okay, I apologize.  Okay, so -- all right,

21   so regardless of which diamond shaped is chosen,

22   which pathway, going across the page, the diamonds

Oritz , Raul                                     July 28, 2022

                                                              103

1    are encountering aliens, correct?

2            MR. DARROW:   Objection.

3        A.   Yes.

4        Q.   All right.   And then there are lines going

5    across the page.   It says biographical, biometrics

6    and records check.   Do you see that?   And that is an

7    inspection?

8        A.   That's part of the processing, yes.

9        Q.   Okay.   And then there's a box at the bottom

10   saying 14-year-old and up for biometrics.   You have

11   for children that are under 14, you do not gather

12   biometrics; is that correct?

13       A.   That's correct.

14       Q.   Okay, all right.   And then the next kind of

15   bar going down the page, it says, "Review history,

16   criminal and immigration."   I would assume that is

17   after you gather that biographical data, you do

18   database checks and then you get returns of those

19   database checks that the officer reviews?

20       A.   Yes.

21       Q.   Okay.   And for single adults and family

22   units, the next diamond is Title 42, correct?

Oritz , Raul                                          July 28, 2022

104

1              MR. DARROW:  Objection.

2              BY MR. GUARD:

3      Q.     Are unaccompanied minors subject to Title

4   42 removal?

5      **A.     No.**

6              MR. DARROW:  Objection.

7              BY MR. GUARD:

8      Q.     Okay.  And so there's a CDC order that is

9   currently in effect.  Is that fair to say?

10     **A.     Yes.**

11     Q.     And the vast majority of folks that

12  illegally enter the United States are being expelled

13  pursuant to that order?

14             MR. DARROW:  Objection.

15     **A.     No.**

16     Q.     Okay.  What percentage approximately is

17  being expelled --

18             MR. DARROW:  Objection.

19             BY MR. GUARD:

20     Q.     -- pursuant to Title 42?

21     **A.     The last report I reviewed, it hovered**

22  **between 35 and 40 percent of the population was being**

Oritz , Raul                                                          July 28, 2022

105

1    **processed via Title 42 and expelled under those**

2    **authorities, and the remaining were processed via**

3    **Title 8.**

4         Q.    Okay.  Was there a point in time when that

5    percentage was higher than 35 or 40 percent?

6              MR. DARROW:  Objection.

7         **A.    Yes.**

8         Q.    In the recent term, was the percentage

9    higher than 35 to 40 percent?

10             MR. DARROW:  Objection.

11        **A.    At the beginning of the year, it was about**

12   **a 50/50 split.**

13        Q.    Okay.  At the diamond, there's a decision

14   for the -- or a decision that the Border Patrol agent

15   has to make, and this is whether it -- they're Title

16   42 amenable.  Do you see that?

17        **A.    I do.**

18        Q.    Okay, and if the answer is yes, they're --

19   the alien is expelled; is that correct?

20             MR. DARROW:  Objection.

21        **A.    That's correct.**

22        Q.    And if it's no, you go down the Title 8

Oritz , Raul                                          July 28, 2022

106

1    processing lanes, right?

2        A.    Yes.

3        Q.    Okay.  Now, there's a box at the bottom

4    that it says that certain countries present unique

5    challenges to U.S. Border Patrol by not accepting

6    repatriations.  Are those countries -- well, strike

7    that.  We've talked about several countries that

8    don't accept repatriations.  Are they among the

9    countries that aren't also receiving repatriations to

10   Title 42?

11       A.    Yes.

12       Q.    Okay, all right.  Now looking at the Title

13   8 path, are -- there are one, two, three, four, five,

14   six, seven different processing pathways in this

15   diagram from Title 42 to Title 8 and going out; is

16   that correct?

17       A.    **Well, there's nine if you include the top**

18   **two, the voluntary return and the WA/NTA.**

19       Q.    Okay.  Those are actually repeated in the

20   bottom seven, correct?

21       A.    **Yeah.**

22       Q.    Okay, all right.  All right, we've already

Oritz , Raul                                          July 28, 2022

107

1    talked I believe about the MPP pathway, correct?

2        A.   Yes.

3        Q.   All right.  We haven't yet talked about the

4    expedited removal pathway, have we?

5        A.   No.

6             MR. DARROW:  Objection.

7             BY MR. GUARD:

8        Q.   Okay.  What is expedited removal?

9        A.   It's a Title 8 processing pathway for

10   migrants that do not have a credible fear or asylum

11   claim.

12       Q.   Okay, and what happens to aliens who are

13   subject to expedited removal?

14       A.   They are processed and then turned over to

15   ICE for detention and then repatriated back.

16       Q.   Okay.  Do you know if there are any pending

17   rules or pending proposed rules regarding expedited

18   removal?

19            MR. DARROW:  Objection.  That's subject to

20   the deliberative process privilege.  Don't answer

21   that.

22            MR. GUARD:  I believe it's actually been

Oritz , Raul                                                    July 28, 2022

108

1   published in the Federal Register, so I was not

2   seeking deliberative privilege material.  If you'll

3   let me get the proposed rule out, I'm happy to do

4   that.

5            MR. DARROW:  No, I just clarified that

6   you're asking for public matter.

7            BY MR. GUARD:

8       Q.    Yes.  Are you aware that there's public

9   information about a change to expedited removal?

10      **A.    Yes.**

11      Q.    And what is your understanding of the

12  proposed rule on expedited removal?  What is the

13  change?

14      **A.    I'd have to -- I'd have to go back and**

15  **review it.**

16      Q.    Well, does it expand -- do you know sitting

17  here right now as the chief of the Border Patrol

18  whether it expands or contracts expedited removal?

19            MR. DARROW:  Objection.

20      **A.    I believe it contracts it.**

21      Q.    Okay.  So you're having a historic surge of

22  aliens crossing the southern border, and the Biden

Oritz , Raul                                           July 28, 2022

109

1    administration is trying to tie Border Patrol's hands

2    and restrict a processing pathway; is that correct?

3              MR. DARROW:  Objection.

4        A.    I can't assume what the policy officials

5    are proposing.  I can tell you that as Border Patrol

6    agents, you know, we try and leverage as many of the

7    pathways that we have at our disposal, and ER is one

8    of them.

9        Q.    Okay.  And the contraction of the

10   availability of ER, as you called it, means that the

11   aliens that were going through expedited removal have

12   to go through a different pathway, right?

13             MR. DARROW:  Objection.

14       A.    Potentially, yes.

15       Q.    Okay.  And so we talked about MPP earlier,

16   and that -- MPP is not being utilized to the extent

17   it was previously under the Trump administration,

18   correct?

19             MR. DARROW:  Objection.

20       A.    Yes.

21       Q.    So MPP has been contracted, right?

22             MR. DARROW:  Objection.

Oritz , Raul                                          July 28, 2022

110

1        A.    Yes.

2        Q.    Expedited removal has been contracted.

3              MR. DARROW:  Objection.

4        A.    **We're still leveraging ERs, not -- not to**

5    **the same degree that -- that we have in the past.**

6        Q.    Okay, and so two pathways that were

7    previously available are being limited or contracted,

8    right?

9              MR. DARROW:  Objection.

10       A.    Yes.

11       Q.    There are -- on the seven -- or the --

12   looking at the bottom, the seven different

13   categories, we talked about expedited removal and

14   MPP.  There are two that have the -- well, yeah, have

15   -- one has NTA and the other has notice to appear.

16   Do you see that?

17       A.    Yes.

18       Q.    All right.  The warrant of arrest in NTA,

19   that's warrant of arrest slash notice to appear,

20   correct?

21       A.    **That's correct.**

22       Q.    All right.  And the one that's I guess two

Oritz , Raul                                              July 28, 2022

111

1    spots down below on Exhibit 11 is notice to appear

2    slash own recognizance.  Do you see that?

3        **A.    I do.**

4        Q.    Okay.  What is the difference between those

5    two processing pathways?

6        **A.    Warrant of arrest, NTA, the individual will**

7    **be kept in custody.  Notice to appear O.R., the**

8    **individual potentially would be released.**

9        Q.    Okay.  Would the warrant of arrest slash

10   NTA pathway include aliens that you encountered that

11   were going to be indicted criminally for some

12   violation of law?

13       **A.    Yes.**

14           MR. DARROW:  Objection.

15           BY MR. GUARD:

16       Q.    Okay.  In addition to Title 8, Border

17   Patrol agents also from time to time deal with Title

18   18 and Title 21?

19       **A.    Yes.**

20           MR. DARROW:  Objection.

21           BY MR. GUARD:

22       Q.    Okay.  Title 18 is federal crimes, and

Oritz , Raul                                          July 28, 2022

112

1    Title 21 is controlled substance offenses; is that

2    correct?

3              MR. DARROW:  Objection.

4         A.    Yes.

5         Q.    Okay.  The first one, reinstatement of

6    prior order removal, bag and baggage, what is that?

7         A.    **That is somebody who's already been ordered**

8    **removed from the country, their immigration hearing**

9    **was either heard and they were ordered removed, and**

10   **so when the agent or the officer, immigration officer**

11   **encounters them in the field, the processing has**

12   **already been completed and a disposition has already**

13   **been rendered, and so they are taken into custody,**

14   **turned over to ICE and removed.**

15        Q.    Okay.  What does bag and baggage refer to?

16        A.    **It just refers to the processing of those**

17   **individuals.**

18        Q.    Okay, all right.  Looking down to the third

19   of the seven that are listed on the bottom of Exhibit

20   11, it says voluntary return slash withdrawal of

21   application of admission.  What does that pathway

22   include?

Oritz , Raul                                                July 28, 2022

113

1       A.      Those are typically centered around the

2   Mexican nationals, that population group, and allows

3   us to process them and allows them to be removed at

4   the nearest port of entry.

5       Q.      Okay, okay.  Looking at the notice to

6   appear slash own recognizance released, I believe you

7   described that those folks are released.  Is that

8   fair?

9               MR. DARROW:  Objection.

10      A.      Yes.

11      Q.      Okay.  Are aliens that are in that process

12  flow aliens that may be inadmissible?

13              MR. DARROW:  Objection.

14      A.      They may be, yes.

15      Q.      Okay.  And if we were to compare that

16  process way with the parole plus ATD process

17  through-put or whatever -- pathway, would the

18  difference between the two pathways largely be

19  whether a notice to appear is actually issued?

20              MR. DARROW:  Objection.

21      A.      Yes.

22      Q.      Okay.  Is there a consequence to an alien

Oritz , Raul                                             July 28, 2022

114

1   if they fail to appear when they have a notice to

2   appear?

3       **A.    At some point, yes.**

4       Q.    Okay.  Can they have an order of removal

5   entered against them in absentia?  You can't nod your

6   head.  I need you to say yes or no.

7       **A.    Just pausing for --**

8       Q.    Oh, okay.

9       **A.    Yes.**

10      Q.    Okay.  Sorry.  It's the first time you

11  actually nodded your head, and I just wanted to make

12  sure we weren't going to fall into a bad habit with

13  the court reporter, or she hates all three of us.

14  Now, we're going to talk about parole plus ATD more a

15  little bit later, but the bubble below the parole

16  plus ATD pathway reads, "Used as a last resort in

17  select sectors when certain triggers are met, single

18  adults is only approved by USB chief and CBP

19  commissioner," right?

20      **A.    Yes.**

21      Q.    All right.  Originally was parole plus ATD

22  meant only for family units?

Oritz , Raul                                                    July 28, 2022

                                                                        115

1              MR. DARROW:  Objection.

2       A.    Yes.

3       Q.    Okay.  Do you know when parole plus ATD was

4    first utilized with single adults?

5       A.    I'd have to go back and check.

6       Q.    Okay.  Was it in the last fiscal year?

7       A.    Yes.

8       Q.    Okay.  Was it since January?

9       A.    Yes.

10      Q.    Okay.  For single adults where parole plus

11   ATD is being utilized, are there any common

12   characteristics like national origin that are defined

13   when it is used and when it is not used?

14      A.    Yes.

15      Q.    All right.  What are those common

16   characteristics?

17      A.    Quite often it's going to be from

18   populations where we do not have a return mechanism,

19   and then also it would be, you know, for those

20   populations with no criminal history, they are deemed

21   not a security risk, and more often than not, they

22   would be considered vulnerable population.

Oritz , Raul                                          July 28, 2022

116

1      Q.    When you said -- so we're talking about
2   single adults, right?
3      A.    **Could be a female.**
4      Q.    Okay.  That's -- you said vulnerable
5   population, so I wanted to -- what do you mean by
6   that?
7      A.    **Yes.**
8      Q.    Females?
9      A.    **Females that may be pregnant in their third**
10  **trimester.**
11     Q.    Okay.  Any other common characteristics
12  other than vulnerable adults, people from countries
13  not subject to repatriation, are there any other kind
14  of common characteristics or groups that are parole
15  plus ATDs being utilized as far as single adults?
16     A.    **Not that I can think of.**
17     Q.    Okay, all right.  And the countries that
18  we're talking about regarding not being able to
19  repatriate, are the most common ones Cuba, Nicaragua
20  and Venezuela?
21           MR. DARROW:  Objection.
22     A.    **Yes.**

Oritz , Raul                                                July 28, 2022

117

 1      Q.    Okay.  Did you approve of the expansion of

 2   parole plus ATD to single adults?

 3      A.    Yes.

 4      Q.    Have you approved its utilization in

 5   specific sectors?

 6      A.    Yes.

 7      Q.    What sectors have you approved its

 8   utilization in?

 9      A.    Yuma, Del Rio, and Rio Grande Valley.

10      Q.    Okay.  Now, we kind of moved past it pretty

11   quickly because of the bubble there, but as far as

12   family units, have you approved parole plus ATD being

13   utilized in any sectors?

14      A.    Yes.

15      Q.    What sectors have you approved parole plus

16   ATD to be utilized in?

17      A.    Those sectors that meet certain criteria,

18   to include detention capacity and our inability to

19   decompress to other locations.  So we have seen

20   spikes in other sectors on occasion, and so when we

21   do not have the ability to transfer the migrant

22   population to ICE, we do not have a mechanism to

Oritz , Raul                                          July 28, 2022

118

1    return them, and they have been in our custody longer

2    than a certain period of time, I have authorized the

3    use of ATD plus parole in certain circumstances.

4         Q.    Okay.  Would it be in the three sectors

5    that you mentioned earlier?

6         A.    Yes.

7         Q.    And then a couple sectors on occasion

8    outside those three sectors.

9         A.    That's correct.

10        Q.    Okay.  Now, moving back to single adults,

11   how was the expansion of parole plus ATD communicated

12   to the associates of the southwest border?

13             MR. DARROW:  Objection.

14        A.    A couple of ways.  One, we issued a

15   memoranda, and then we also issued e-mail guidance to

16   the sectors.

17        Q.    Counsel, we've not received a copy of any

18   memoranda expanding it to single adults, and I think

19   we've requested that in discovery, so I would ask for

20   it again, and I'll reserve having to recall this

21   witness once we get that memo.  Do you have any idea

22   of approximately how many single adults have been

Oritz , Raul                                                    July 28, 2022

119

1    released utilizing parole plus ATD?

2         **A.     No.**

3              MR. GUARD:  Okay, all right.  It is noon.

4    Do you want to take a break for lunch because I'm

5    about to start a whole new subject that's going to

6    take about an hour.

7              MR. DARROW:  Take a break for lunch?

8              THE WITNESS:  Sure.

9                   (Recessed at 11:59 a.m.)

10                  (Reconvened at 1:08 p.m.)

11             THE VIDEOGRAPHER:  We're now back on the

12   record at 13:08.

13             BY MR. GUARD:

14        Q.   All right, when we broke, we were talking

15   about immigration processing pathways that Border

16   Patrol utilizes.  I want to change the subject and

17   talk about detention and detention capacity.  Now, in

18   the last several physical years, Border Patrol under

19   your direction has taken proactive steps to deal with

20   the border crisis as far as its detention capacity,

21   correct?

22        **A.     Yes.**

Oritz , Raul                                    July 28, 2022

120

1      Q.    All right.  You've actually increased

2  Border Patrol's detention capacity, right?

3      **A.    Yes.**

4      Q.    You put up I think one or two soft-sided

5  facilities; is that correct?

6      **A.    We put up multiple soft-sided facilities,**

7  **and we also completed our centralized processing**

8  **center in Rio Grande Valley, which is our Ursula**

9  **facility.  We stood that up under the previous**

10 **administration after the -- in 2014, and continued to**

11 **operate that for the next four years, but it needed**

12 **some engineer's modifications to bring it up to code,**

13 **and so we in essence had to shut it down, but over**

14 **the last -- I believe we opened it back up in**

15 **December.**

16     Q.    Okay.  And increasing detention capacity

17 for any organization, but for a federal government

18 agency, takes time, right?

19     **A.    Yeah, most definitely.  You need both, in**

20 **this case, the contracting ability to be able to do**

21 **it, you have to have the funding to be able to do it,**

22 **and then you have to have the manpower to support**

Oritz , Raul                                    July 28, 2022

121

1    those facilities.

2        Q.    And standing up additional facilities is

3    something that takes time, right?  Takes multiple

4    years, correct?

5        A.    Typically -- I mean, we have stood up some

6    soft-sided facilities in relatively quick periods of

7    time depending on the conditions, but more often than

8    not, it takes months if not a year to plan.

9        Q.    Okay, and today, you can now handle a

10   higher volume of aliens as far as processing than you

11   could before January of 2021, right?

12           MR. DARROW:  Objection.

13       A.    So depending on what you are sort of -- so

14   we were already dealing with this COVID environment

15   in January 2021, and so our ability to safely care

16   for, detain, process the migrant population as well

17   as care -- ensure safety and security of our

18   personnel was already being challenged.  When you

19   think about, you know, having the ability to --

20   normally without it being in a pandemic or in a COVID

21   environment, a whole 17,000 people at max capacity,

22   that's not optimal.  When you talk about detention,

Oritz , Raul                                              July 28, 2022

122

1    space as law enforcement officials, you don't want to

2    fill every seat, every bed, every corner of those

3    processing centers.  I mean, that's -- when you get

4    to those -- or you exceed or reach those maximum

5    capacity levels, you are really stretching the

6    logistics and the capacity of the sectors and the

7    stations.

8        Q.    I appreciate that, Chief Ortiz, but I guess

9    from -- just from a mathematical perspective, the

10   number of available beds has increased as far as

11   Border Patrol from January 2021 till the present.

12       A.    Well, we have really no beds.  We were

13   never -- processing --

14       Q.    Yes.

15       A.    -- centers.

16       Q.    Okay, I was --

17       A.    Occupancy level of our facilities has

18   increased, yes.

19       Q.    Okay, that's all I was trying to get at.

20       A.    Okay.

21       Q.    And I appreciate that during COVID, you

22   were at 75 percent occupancy level; is that right?

Oritz , Raul                                          July 28, 2022

123

1      A.    No, in some levels it was very dependent on

2   the community, the facility itself, some of the -- as

3   I mentioned, the engineering controls that existed in

4   some of those facilities, and in some facilities, we

5   had to process outside because we did not have enough

6   space to process the amount of migrants we were

7   encountering.

8      Q.    Okay.  I'm going to show you what I've

9   marked for identification as Exhibit 12 to your

10  deposition.

11                      (Ortiz Exhibit No. 12

12                       was marked for

13                       identification.)

14          BY MR. GUARD:

15     Q.    Have you seen Exhibit 12 before, Chief

16  Ortiz?

17     A.    I have.

18     Q.    Okay.  And Exhibit 12 is Homeland

19  Security's FY 2021 budget and brief, correct?

20     A.    Yeah, it appears to be the '21 budget.

21     Q.    Okay, and what this is is a -- kind of a

22  summary that Homeland Security publishes of its

Oritz , Raul                                                July 28, 2022

                                                                        124

1   budget for a physical year?

2       A.    For fiscal year '21, yes.

3       Q.    Okay, and on -- if you want to look, on

4   page 22 and 23 of Exhibit 12, it has CBP, some pages

5   about CBP, and it has in -- on pages 22 and 23

6   information about Border Patrol too, correct?

7       A.    That's correct.

8       Q.    All right.  All right, if you'll flip to

9   page 32, if you look on page -- so we're not hiding

10  anything, if you look back at page 28, 28 through

11  page 33 deals with ICE, correct?

12      A.    Yeah, it appears to.

13      Q.    Okay, and so this is a summary that is

14  prepared for DHS about ICE's budget highlights,

15  correct?

16      A.    That's what it appears to demonstrate,

17  yeah.

18      Q.    Okay, and physical year 2021, that budget

19  would have been put together by the Trump

20  administration; is that correct?

21      A.    That's correct.

22      Q.    Okay.  It would have been the last budget

Oritz , Raul                                        July 28, 2022

125

1    that the Trump administration personnel would have

2    put together, right?

3         A.    That's correct.

4         Q.    All right.  If you'll look over on page 32,

5    towards the bottom of the page, it has increase to

6    60,000 ADP.  Do you see that?

7         A.    Yes.

8         Q.    And so the budget in FY 2021 for ICE was

9    proposing an increase to 60,000 ADP.  Do you know

10   what ADP is?

11        A.    You know, I've never seen that acronym

12   before.

13        Q.    Okay.  If -- if you look at the second

14   sentence underneath the increase to 60,000 ADP, it --

15   well, look at the first sentence.  It says of the

16   60,000, 55,000 are adults and 5,000 for family.  Do

17   you see that?

18        A.    Yes.

19        Q.    Okay, and then it talks of the requested

20   adult beds, does ADP have to do -- deal with

21   something with detention beds?

22             MR. DARROW:  Objection.

Oritz , Raul                                                July 28, 2022

126

1      **A.     Yeah, I'm going to assume it stands for**

**authorized detention.  I'm not sure what the P stands**

**for, but --**

4      Q.    Okay.  Let me see if I can find -- if you

look on page 29, if you look at service to the public

--

7      **A.     Average daily population.  I wasn't even**

**close.**

9      Q.    So it's their average detention capacity is

what ADP stands for?

11           MR. DARROW:  Objection.

12     **A.     Or daily population, yeah, that's what it**

**stands for.**

14     Q.    Okay.  And it's talking about how many

people are housed by ICE, right?

16           MR. DARROW:  Objection.

17     **A.     On average, yes.**

18     Q.    Okay.  And that's ERO?  ERO would be the

component housing for ICE?

20     **A.     Enforcement removal operations, yes.**

21     Q.    Okay.  I probably -- I forgot that is not

one we've yet touched on.

Oritz , Raul                                                    July 28, 2022

127

1      A.      Yeah.

2      Q.      So ERO stands for enforcement removal

3  operations; is that right?

4      A.      That's correct.

5      Q.      Okay, and that's an ICE component, right?

6      A.      It's one of two ICE component.

7      Q.      And it's the ICE component that you deal

8  with when you're going to transfer aliens, right?

9      A.      That's correct.

10     Q.      Okay.  When Exhibit 12 was being created,

11 would you have had any reason or had any reason for

12 anyone on your staff to kind of peruse what the other

13 components of DHS are doing or not doing?

14         MR. DARROW:  Objection.  Are you asking

15 when the budget proposal was being created?  Because

16 that's deliberative process protected.

17         BY MR. GUARD:

18     Q.      No, I'm asking Exhibit 12 was -- it was

19 created, so after it's released, would he have had

20 anyone on his staff review it.

21     A.      Yes, I would.

22     Q.      Okay.  Would they report changes or -- or

Oritz , Raul                                                    July 28, 2022

                                                                        128

1    additions or subtractions to the budget of entities

2    that Border Patrol deals with?

3         **A.    Yes.**

4         Q.    Okay, and you were not Border Patrol chief

5    in -- when the physical year 2021 budget process was

6    going on, were you?

7         **A.    No, I was the deputy chief.**

8         Q.    Okay.  As deputy chief, would you have had

9    someone reporting to you on what was being published

10   as far as ICE's budget and the changes thereto as is

11   relevant to Border Patrol?

12        **A.    Yes.**

13        Q.    I'm going to mark for identification as

14   Exhibit 13 to your deposition the following document.

15                          (Ortiz Exhibit No. 13

16                           was marked for

17                           identification.)

18             MR. GUARD:  I couldn't get a stapler to

19   staple it.

20             MR. DARROW:  Too big.

21             BY MR. GUARD:

22        Q.    So that was my way of dealing with that

Oritz , Raul                                            July 28, 2022

129

1  problem.  Exhibit 13 is a Congressional justification

2  created by the Department of Homeland Security, U.S.

3  Immigration and Customs Enforcement budget overview,

4  correct?

5       **A.    That's what it appears to be, yes.**

6       Q.    And -- and there are similar documents for

7  each component of the Department of Homeland

8  Security, right?

9       **A.    Yes.**

10      Q.    And you're involved probably in the

11  creation of the CBP version of this document?

12      **A.    I am.**

13      Q.    Okay.  Now, looking at this document,

14  Exhibit 13, you first will turn to the page on the

15  bottom, it's labeled ICE 3, it's in the strategic

16  context portion of the document?

17           MR. DARROW:  You're talking this ICE-3?

18           MR. GUARD:  It's under the strategic

19  context component overview.  I'm not responsible for

20  --

21           MR. DARROW:  There might be a couple ICE 3s

22  in here.

Oritz , Raul                                                    July 28, 2022

130

1          BY MR. GUARD:

2     Q.    I don't know why -- that would make no

3  sense, but -- hold on.  Let me look at it.

4     **A.    There is.**

5     Q.    Hold on.  Strike that.  Let's go back.

6  Let's go to instead ICE-O&S-18, or 17 is where it

7  starts.  Program change number 1 is listed as an

8  adult bed increase to 55,000 ADP.  That's the same as

9  that budget overview line item that we were looking

10 at a few minutes ago in Exhibit 12, correct?

11    **A.    Yeah, it appears to be the same.**

12    Q.    And if you look on page 18, it has a

13 justification for why the increase is necessary,

14 correct?

15    **A.    Yes.**

16    Q.    All right.  And -- and the reason at least

17 the Department of Homeland Security, or what the

18 Department of Homeland Security was telling Congress,

19 who appropriates money for it, is that the increase

20 provides ICE greater flexibility and capacity to

21 detain a larger number of recent border crossers,

22 alien populations ineligible for a quick turn,

Oritz , Raul                                      July 28, 2022

131

1   apprehensions and removals and criminal aliens.  Did

2   I read that justification correctly?

3          A.    Yes.

4          Q.    And then it -- it provides some ADP numbers

5   for previous years, correct?

6          A.    **Yeah, it appears like it goes back all the**

7   **way to 2017, and there's been a 33 percent increase,**

8   **22 percent increase over those years consecutively.**

9          Q.    And so for the 2019 number that is included

10  in this document, the number of an average daily

11  population at an ICE facility was 48,850, so almost

12  50,000 individuals.

13         A.    **That's correct.**

14         Q.    All right.  You'll turn to ICE dash O&S27,

15  it details a program change, it's program change

16  number 9 towards the bottom of the page, family bed

17  increase to 5,000 ADP.  Do you see that?

18         A.    **Yes.**

19         Q.    And so again, this is the other part of --

20  so the line item in the budget in brief that DHS

21  published was 60,000, the adult bed was 55,000, and

22  5,000 was family beds, correct?

Oritz , Raul                                        July 28, 2022

132

1       **A.      That's correct.**

2       Q.      All right.  And so this is just a

3    justification for two -- to Congress by DHS of what

4    they need, right?

5              MR. DARROW:  Objection.

6       **A.      It appears that that's what that is, yes.**

7       Q.      All right.  And if you turn, or you look at

8    the bottom of the page, the justification that ICE --

9    or that HHS is making to Congress, its appropriators,

10   is that in recent years, family unit arrivals have

11   outpaced ICE -- ICE's capacity for processing and

12   detaining families.  That's the justification for the

13   increase?

14             MR. DARROW:  Objection.

15             BY MR. GUARD:

16      Q.      Or what the document says the justification

17   for the increase is?

18      **A.      That, and the fact that they've seen a 341**

19   **percent increase from 2018 to 2019 was part of the**

20   **justification, yes.**

21      Q.      Okay.  All right, if you'll put that

22   document aside, and you're going to have to put it --

Oritz , Raul                                        July 28, 2022

133

1    I'm going to show you what I'm going to mark for

2    identification as Exhibit 14 to your deposition.

3                         (Ortiz Exhibit No. 14

4                          was marked for

5                          identification.)

6              THE WITNESS:  Thank you.

7              MR. DARROW:  Thank you.

8              BY MR. GUARD:

9        Q.    Exhibit 14 is the FY 2022 budget in brief

10   for the Department of Homeland Security, correct?

11       **A.    Yes.**

12       Q.    And again, this is a document that you

13   would have -- as either deputy chief or chief would

14   have been involved in at some point in time.

15       **A.    Yes.**

16       Q.    And it's a document that you would have had

17   someone on your staff review after it was published.

18       **A.    Yes.**

19       Q.    And that staff member would have been

20   looking to see changes for other DHS components that

21   could affect Border Patrol's operations, right?

22       **A.    Both the Border Patrol and CBP, and then**

Oritz , Raul                                                    July 28, 2022

                                                                        134

1    **also our partner agencies.**

2        Q.    Okay.  And again, this document contains a

3    section for CBP on page 23.

4        **A.    Yes.**

5        Q.    Okay.  And if you'll then flip to page 29,

6    there's a section for ICE, correct?

7        **A.    Yeah.**

8        Q.    All right, and if you'll look to page 35,

9    the only proposed major decrease to ICE's budget was

10   to decrease the number -- decrease to 30,000 adult

11   ADP.

12            MR. DARROW:  Objection.

13            BY MR. GUARD:

14       Q.    Did I read that correctly?

15       **A.    Yes.**

16       Q.    No other decrease that is disclosed in this

17   document for ICE?

18            MR. DARROW:  Objection.

19       **A.    I haven't reviewed the entire document, so**

20   **--**

21       Q.    Well, on page 35, is there any other

22   decrease?

Oritz , Raul                                                      July 28, 2022

                                                                        135

1         A.      That's the only one I see.

2         Q.      Okay.  And if you look on -- do you see, if

3    you start on page 32 going through page 34, there are

4    a number of programs that are being increased, right?

5         A.      Well, I believe the management efficiency's

6    being reduced.

7         Q.      By five million dollars.

8         A.      Yeah.

9         Q.      Okay.  Other than the management

10   efficiencies and the adult ADP, there are no other

11   decreases disclosed in this DHS document, right?

12             MR. DARROW:  Objection.  He can't speak to

13   the whole document unless you give him a chance to

14   read the whole thing.

15             BY MR. GUARD:

16        Q.      Counsel, you're allowed to object to form.

17   You're not allowed to coach witnesses.  I would

18   appreciate if you would just please keep your

19   objections to object to form.  In the ICE section of

20   this document, so I'm talking pages 32 halfway down

21   through 35, little over three pages, there are only

22   two decreases proposed by DHS to ICE's budget, right?

Oritz , Raul                                          July 28, 2022

136

1      A.     Well, it actually starts on page 29.  Let

2  me -- those seem to be the only two decreases.

3      Q.     Okay, and if you look at the -- under -- on

4  page 35 under the major decreases section, it

5  indicates that their ADP level is going to 32,500,

6  paren, 30,000 adult and 2,500 family, correct?

7      A.     That's correct.

8      Q.     And in the previous budget, 55,000 adults

9  and 5,000 family beds were being requested.

10         MR. DARROW:  Objection.

11         BY MR. GUARD:

12     Q.     Right?

13     A.     Well, they were being requested, but that

14  was not what was authorized --

15     Q.     Okay, again, but --

16     A.     -- by Congress.

17     Q.     What was being requested was up to 55 and

18  five, correct?

19     A.     What was being requested in the '21 budget

20  was 60,000.  What was being requested in this budget

21  was 30 -- 30,000 -- or 3 -- 32,000 -- or 33,000, but

22  what was actually enacted was much lower than both

Oritz , Raul                                                      July 28, 2022

137

1    those numbers.

2         Q.    And was that because DHS was operating on a

3    continuing resolution?

4         A.    I believe that's because that's what

5    Congress authorized, or appropriated.

6         Q.    Okay, all right.  And so this is a decrease

7    -- so this is 2021 is when this -- when this document

8    is being prepared.  We're at a historic unprecedented

9    flood of aliens across the border, and Department of

10   Homeland Security is decreasing the number of

11   detention beds?

12            MR. DARROW:  Objection.

13            BY MR. GUARD:

14        Q.    Is that right?

15        A.    1,500, yes.

16        Q.    You'll -- I'm going to mark for

17   identification as Exhibit 14, 15 --

18        A.    Yeah.

19            MR. DARROW:  Fifteen, yeah.

20                         (Ortiz Exhibit No. 15

21                          was marked for

22                          identification.)

Oritz , Raul                                                    July 28, 2022

                                                                        138

1              MR. DARROW:  Thank you.

2              BY MR. GUARD:

3       Q.    No problem.  Exhibit Number 15 is the FY

4   2023 budget in brief by the Department of Homeland

5   Security, correct?

6       **A.    Yes.**

7       Q.    Okay, and this again, you were chief of the

8   Border Patrol when this document was being created,

9   right?

10      **A.    That's correct.**

11      Q.    All right.  And would you have had some

12  involvement in at least either providing information

13  or in the preparation of this document?

14      **A.    On the CBP portion, yes.**

15      Q.    Okay.  And there is a, like in the previous

16  one, starting on page 26, there is a section for

17  Customs and Border Patrol, right?

18      **A.    Yes.**

19      Q.    All right.  And if you look on page 33,

20  there -- like in the previous budget in brief, the

21  two that we looked at, there is an ICE portion,

22  right?

Oritz , Raul                                                    July 28, 2022

139

1          A.      Yes.

2          Q.      And if you turn to page 40, there's again a

3    section for FY 2023 major decreases, right?

4          A.      Yes.

5          Q.      And DHS was proposed to -- a budget that

6    decreased ADP to 25,000, right?

7          A.      Yes.

8          Q.      And so that's 5,000 adult ADP from the

9    previous budget.

10         A.      Yes.

11         Q.      Okay.  And in addition to the 5,000 less

12   adult ADP from the previous budget, so going from

13   30,000 to 25,000, this major decrease also eliminated

14   the funding for family detention beds, correct?

15              MR. DARROW:  Objection.

16         A.      That's what it states, yes.

17         Q.      Okay.  So again, in the middle of a

18   historic unprecedented flow of illegal immigrants

19   across the southern border, the Department of

20   Homeland Security's budget decreases the detention

21   capacity of ICE?

22              MR. DARROW:  Objection.

Oritz , Raul                                                July 28, 2022

140

1      A.    It looks like it decreases the detention

2  capacity but increases the ATD program by $527

3  million.

4      Q.    And so you brought up ATD, and so instead

5  of detaining aliens, this administration has decided

6  to release aliens, including inadmissible aliens into

7  the interior of the country, correct?

8          MR. DARROW:  Objection.

9      A.    It decided to put them in another program

10  of detention, which is alternative to detention with

11  either electronic monitoring devices or another

12  technical means.

13     Q.    Or having them call in or report

14  occasionally to an ICE facility, correct?

15     A.    That's correct.

16     Q.    All right.  I would assume, since you're

17  not an ICE person, you have no idea how many people

18  they're actually electronically monitoring right now,

19  do you?

20          MR. DARROW:  Objection.

21     A.    I do not.

22     Q.    Okay.  You do not know how many people

Oritz , Raul                                                July 28, 2022

141

1    they're just having go by and occasionally check in

2    with an ICE office, right?

3        A.    No.

4              MR. DARROW:  Objection.

5        A.    I don't have access to that --

6        Q.    Okay.

7        A.    -- information.

8        Q.    Again, I assumed you wouldn't because

9    you're Border Patrol.  You're not ICE.  Now, have you

10   ever heard the phrase "catch and release"?

11       A.    Yes.

12       Q.    And the phrase "catch and release" is that

13   you -- at least in the context that you work in, is

14   that you catch an illegal alien and then you release

15   them, right?

16             MR. DARROW:  Objection.

17       A.    Typically that's how it's been used.

18       Q.    And so the budgets that we've looked at

19   have increased funding for releasing aliens,

20   including inadmissible aliens, right?

21             MR. DARROW:  Objection.

22       A.    It's using an alternate means of detention,

Oritz , Raul                                                July 28, 2022

142

1  **yes.**

2      Q.    And that alternate means involves release,

3  right?

4      **A.    Ultimately --**

5            MR. DARROW:  Objection.

6      **A.    -- they are released into the community,**

7  **yes.**

8      Q.    Okay.  Do you have any idea how many people

9  on alternative detention have absconded from ICE's

10 custody?

11           MR. DARROW:  Objection.

12     **A.    I do not.**

13     Q.    In formulating policies for the Border

14 Patrol, did you consider the rate of -- that aliens

15 in the past had absconded in determining whether to

16 have a proposal pathway?

17           MR. DARROW:  Objection.  The formulation of

18 policies is deliberative process protected.

19           BY MR. GUARD:

20     Q.    Okay.  In the memo which we're about to get

21 to, there is no mention in that memo of the number of

22 aliens that absconded from parole, correct?

Oritz , Raul                                               July 28, 2022

143

1        **A.     That's correct.**

2        Q.     Okay.  For an organization that is to

3    provide security for the border, do you believe that

4    the number of aliens that abscond from control of ICE

5    would be a consideration that should be made?

6            MR. DARROW:  Objection.

7        **A.     The number of aliens that the Border Patrol**

8    **releases under the ATD parole pathway is typically**

9    **family units or single adults that are considered a**

10   **low threat population.  So there could be many**

11   **factors associated with their failure to report to an**

12   **ICE facility, anywhere from the address or their**

13   **final destination ended up being somewhere different**

14   **to, you know, their inability to actually get to an**

15   **ICE location close to where their final destination**

16   **was.**

17       Q.     Okay.  I'm going to show you what I marked

18   for identification to your deposition as Exhibit 16.

19                          (Ortiz Exhibit No. 16

20                           was marked for

21                           identification.)

22           MR. DARROW:  Thank you.

Oritz , Raul                                          July 28, 2022

144

1              BY MR. GUARD:

2        Q.    Have you seen Exhibit 16 before?

3        **A.    No.**

4        Q.    Okay.  Exhibit 16 was information that the

5   Department of Homeland Security provided us in

6   connection with this case.  Now, looking at the top

7   query, there's a program called notice to report.

8   What was notice to report?

9        **A.    Notice to report was a processing pathway**

10  **that the previous chief of the Border Patrol, Rodney**

11  **Scott, developed and instituted because our**

12  **facilities were overcrowded and we needed to ensure**

13  **that we had a mechanism to process a low-threat**

14  **population and ease the overcrowded conditions in**

15  **some of our facilities.**

16       Q.    Okay.  And the aliens that were released to

17  the notice -- on the notice to report policy were

18  given a document that it was not a notice to appear,

19  correct?

20       **A.    That's correct.**

21       Q.    And they were basically told to go to the

22  nearest ICE location to the address they provided to

Oritz , Raul                                              July 28, 2022

                                                                    145

1    Border Patrol, right?

2              MR. DARROW:  Objection.

3        A.    That's correct.

4        Q.    Okay.  And does Border Patrol -- when it is

5    doing its biographical gathering during the

6    inspection, does it request addresses where the alien

7    is going to?

8        A.    It depends on what type of process we're

9    doing, but normally when we issue a notice to appear,

10   yes.

11       Q.    Okay.  And it's not unusual for them to

12   request -- request an address if they're thinking

13   about going through one of those processing avenues,

14   right?

15       A.    That's correct.

16       Q.    And it has the ability -- does the Border

17   Patrol have the ability to query and find out how

18   many aliens are going to a particular area or

19   particular state?

20       A.    I don't know if our systems allow us to

21   query those data points.

22       Q.    Okay.  Have you ever seen any reports that

Oritz , Raul                                                July 28, 2022

146

1    report where people are going that are coming through

2    the border and being released?

3         **A.    Not any of the CBP or Border Patrol reports**

4    **that I've seen, no.**

5         Q.    Okay, all right.  That's why I'm asking

6    you.  I get a chance to find out what you all track

7    and what you don't track.

8         **A.    Yeah.**

9         Q.    All right, the first data point indicates

10   that between, you know, 1/2021 to 11/1/21,

11   non-citizens released with a notice to report during

12   those dates and who failed to check in but provided a

13   Florida address, and it's more than -- it's 1,127

14   people, correct?

15        **A.    That's what the report says, yes.**

16        Q.    Okay, and then looking down at the second

17   query, that's parole plus ATD, which we were just

18   talking about, right?

19        **A.    Yes.**

20        Q.    And same -- it's a little broader query,

21   non-citizens released with parole plus ATD between

22   11/1/2021 to 7/4/2022 and who failed to check in but

Oritz , Raul                                      July 28, 2022

147

1    provided a Florida address, and that is as of July

2    4th of 2022 47,984 non-citizens, correct?

3         A.    That's what the report says, yes.

4         Q.    Okay, all right.  Now, would that -- and

5    you may not be able to answer that.  I -- I get

6    you're not the guy who's running queries on a

7    database, and if you are, we're in a world of

8    trouble, not because you can't, but just because you

9    have better things to do.  Would that 47,984 number

10   -- when you're doing parole plus ATD, my

11   understanding is that you're only giving the -- a

12   document to one member of the family unit.  You're

13   not giving a document to all four -- you're doing an

14   alien file for the lead, for lack of a better term,

15   alien, right?

16              MR. DARROW:  Objection.

17        A.    So the A number's issued to the head of

18   household when we process a family unit for parole

19   plus ATD, but I would imagine that the children are

20   also going to be included as family members in this

21   data set.

22        Q.    Okay, all right.  That's what I was trying

Oritz , Raul                                                July 28, 2022

148

1    to get at.

2          A.    Yeah.

3          Q.    But you didn't run the query, and you don't

4    know for sure, but you think based on your 31 years'

5    experience inside Border Patrol that to be true.

6          A.    That's correct.

7          Q.    Okay.  50,000 people, or nearly 50,000

8    people is a lot of people to not know where they are.

9    Would you agree with that?

10         MR. DARROW:  Objection.

11         A.    50,000 people is a large number.

12   Comparatively speaking, when you're apprehending, you

13   know, 1.7 million people in eight months of a fiscal

14   year, it is certainly a number that is concerning,

15   but I'd be curious as to in this number, does it --

16   is it also taking in consideration the folks that are

17   already on a electronic monitoring device.  So

18   there's a lot of unknowns with respect to that 47,000

19   number that I -- I would, as a leader in the Border

20   Patrol organization, I'd ask additional questions

21   about.

22         Q.    Okay.  Obviously I'm not the database guy

Oritz , Raul                                          July 28, 2022

149

1    either, so I'm not going to be able to --

2        **A.     Yeah.**

3        Q.     -- to answer that question.

4        **A.     I got you.**

5        Q.     And -- and that 47,000 number, that's just

6    for Florida addresses, right?

7        **A.     That's what it indicates, yeah, but for**

8    **Florida addresses, yeah.**

9        Q.     Okay.  Do you know if -- if just by

10   anecdotal evidence, whether Florida's a common

11   destination for aliens entering at the southwest

12   border?

13           MR. DARROW:  Objection.

14       **A.     Well, we've seen increases in migration**

15   **from Cuba and some of the other countries within the**

16   **Caribbean, and obviously their final destination**

17   **tends to be Florida, so Florida is a destination that**

18   **we see quite often --**

19       Q.     Okay.

20       **A.     -- from some of the demographics.**

21       Q.     Have you ever seen any statistics or data

22   that shows that Florida's in the top six for

Oritz , Raul                                                July 28, 2022

                                                                    150

1    destination for -- for aliens entering this country?

2          A.    I haven't seen --

3          Q.    Okay.

4          A.    -- a report that demonstrates that.  I can

5    tell you that, you know, for some reason, Haitian

6    migrants like to go to Maine, and that's one of those

7    things that -- Portland, Maine would never been a

8    final destination that I would have assumed Haitian

9    migrants would want to travel to.

10         Q.    I think you'd need to have some agents ask

11   some questions about why they're going to Portland,

12   Maine.

13         A.    Actually, Portland welcomed them.

14         Q.    Okay.  That's -- you couldn't get any

15   further from Haiti than Portland, Maine.

16         A.    I would agree.

17         Q.    Having been there, it's a wonderful place.

18   I'm not saying anything negative about it.  Just

19   would not be what I pictured for -- for Haitian

20   immigrants.  And they're wonderful people too, and we

21   have lots of them in Florida.  I'm going to show you

22   what I'm going to mark as 17.

151

1                          (Ortiz Exhibit No. 17

2                               was marked for

3                               identification.)

4          MR. DARROW:  Thank you.

5          BY MR. GUARD:

6     Q.    Have you seen Exhibit Number 17 before?

7     **A.    Yes.**

8     Q.    You're actually copied on Exhibit 17,

9  correct?

10    **A.    That's correct.**

11    Q.    Before I get into Exhibit 17, do you recall

12 when you learned that ICE was no longer going to

13 accept transfer for detention family units?

14    **A.    I don't have the specific date, no.**

15    Q.    Okay.  Now, looking at Exhibit -- Exhibit

16 17, it looks like someone who it is not disclosed who

17 was e-mailing Rodney Scott, who was your chief at the

18 time, correct?

19    **A.    Yes.**

20    Q.    And forwarding him or I guess -- I can't

21 tell for sure if they're going back and forth because

22 the froms and tos are blocked out with PII, but

Oritz , Raul                                                    July 28, 2022

152

1     they're either going back and forth or the chief is

2     getting an e-mail forwarded to him.  Is that -- is

3     that fair?

4          A.     Yes.

5          Q.     Okay, and I think you're copied on both --

6     both of the top two e-mails, right?

7          A.     Yes.

8          Q.     Okay.  And the subject line, first, this

9     e-mail is on February 16th of 2021, right?

10         A.     Yes.

11         Q.     That's 26 days after Joe Biden has been

12    inaugurated, right?

13         A.     Yes.

14         Q.     Okay, all right.  The subject matter of

15    this e-mail is ERO changes, correct?

16         A.     Yes.

17         Q.     And ERO again is the ICE component that

18    handles detention and/or transfers from Border

19    Patrol.

20         A.     That's correct.

21         Q.     All right.  If you look down at the third

22    e-mail, or what I think is the third e-mail in the

Oritz , Raul                                          July 28, 2022

153

1    chain, there is a paragraph that has been I guess --

2    I guess it was sent because of Chief Scott being in

3    this chain, I guess it was sent to at least at some

4    point to Chief Scott, right?

5         **A.    Yes.**

6         Q.    Okay, and if you look at the second page of

7    Exhibit 17, again, it is blacked out as per PII

8    reasons.  It says Chief, Law Enforcement Operations

9    Directorate, United States Border Patrol

10   headquarters.  Do you recall who served in that role

11   in February 2021?

12            MR. DARROW:  Objection.  You're trying

13   again to identify what's blocked out by the PII.

14            MR. GUARD:  Yes.  I'm asking who sent this

15   e-mail.

16            MR. DARROW:  That's privileged information,

17   hence, the redaction.

18            MR. GUARD:  So you're claiming what

19   privilege, Counsel?

20            MR. DARROW:  Law enforcement sensitive

21   privilege.

22            MR. GUARD:  For a senior-level official

Oritz , Raul                                          July 28, 2022

154

1    reporting a conversation.

2          MR. DARROW:  One second.  Thank you.  I had

3    some clarification.  Yeah, the reason we consider it

4    law enforcement sensitive is that these officers are

5    regularly doxed when this information is released and

6    people get their PII.

7          BY MR. GUARD:

8    Q.    Can you please mark this, and I'll take

9    this up with the court, and we may have to come back.

10   So whoever was chief of law enforcement operations

11   directorate sent an e-mail to -- well, before I get

12   there, is -- if I -- if I were to Google chief of law

13   enforcement operations directorate, U.S. Border

14   Patrol, could I probably figure out who the chief of

15   law enforcement operations Border Patrol was at the

16   time?

17         MR. DARROW:  Objection.

18   **A.    You may be challenged because that has been**

19   **a acting capacity for probably 90 percent of the time**

20   **that I've been either the deputy chief or the chief.**

21   **It has -- we've struggled with filling the position**

22   **on a couple of occasions, and then at one point, the**

Oritz , Raul                                                    July 28, 2022

155

1   **person who occupied the position permanently that**

2   **Chief Scott transferred in there was detailed out.**

3        Q.     Okay.  Do Border Patrol agents, including

4   folks in the upper management of the Border Patrol,

5   use social media like LinkedIn?

6        **A.     Yes.**

7        Q.     Okay.  All right, we'll deal with that in

8   front of the court later.  Oh, Counsel, you're

9   instructing the witness not to answer.  I want to

10  make that sure that it's clear that you're

11  instructing him to.

12              MR. DARROW:  Yes.

13              MR. GUARD:  Okay.

14              MR. DARROW:  Not to answer, that's correct.

15              MR. GUARD:  Okay, I just -- you just --

16  never say that.

17              MR. DARROW:  Right, right, no.

18              BY MR. GUARD:

19        Q.     So I just wanted -- I didn't want that to

20  be the technical defense, that I forgot to get you to

21  say that.  All right, looking at the actual e-mail on

22  the first page, and sorry that you had to listen to

Oritz , Raul                                        July 28, 2022

156

1    all that lawyer talk.  It just happens from time to

2    time.  All right, this person who was the chief of

3    that group at Border Patrol had a conversation with

4    someone at ERO, right, and they advised that the

5    three FRCs -- what are FRCs?

6         A.    **Family residential centers.**

7         Q.    Okay, and then it lists out the three

8    family residential centers, were transitioning to

9    reception centers, correct?

10        A.    **That's what it indicates, yes.**

11        Q.    And basically those three facilities were

12   now going forward only going to be used to house

13   families for 72 hours.

14        A.    **That's correct.**

15        Q.    Okay, all right.  Do you know -- do you

16   recall receiving this e-mail?

17        A.    **Yes.**

18        Q.    Okay.  Do you recall thinking that this

19   e-mail was going to become an issue?

20        A.    **Well, during this time, it was the height**

21   **of COVID.**

22        Q.    Okay.

Oritz , Raul                                    July 28, 2022

157

1    A.    So this wasn't the only issue that we were

2    dealing with at the time, but it was certainly going

3    to be impactful, yes.

4    Q.    Okay, it was going to constrict or

5    constrain the available processing pathways for

6    family units, right?

7         MR. DARROW:  Objection.

8    A.    Well, it's going to mean that we are going

9    to have to transfer the family units to those

10   facilities as quickly as possible out of our custody

11   so they could be tested and then ultimately released.

12   Q.    Okay.  But there's not going to be -- this

13   e-mail's disclosing that ICE is no longer going to

14   retain family units, right?

15        MR. DARROW:  Objection.

16   A.    That's what it appears to be indicating,

17   yes.

18   Q.    All right, so as a policy member, ICE was

19   letting Border Patrol know we're not going to detain

20   any more family units, right?

21        MR. DARROW:  Objection.

22   A.    Well, they were advising that they were

Oritz , Raul                                                    July 28, 2022

158

1    **changing the operational posture of the three FRCs in**

2    **central Texas.**

3        Q.    Okay, but that change, that operational

4    change, as you referred to it, meant that family

5    units would no longer be able to be detained.

6        A.    **For longer than 72 hours.  Looks like they**

7    **were going to release them within 72 hours.**

8        Q.    Okay.  So if someone is from a -- a country

9    that -- where you cannot repatriate them to or even

10   if someone has some other indication that would make

11   them detainable, if they're with a family unit, there

12   no longer is going to be bed space for that

13   individual, right?

14           MR. DARROW:  Objection.

15       A.    **Yeah, it appears that there was no longer**

16   **going to be an opportunity to detain them.**

17       Q.    So at that point, all family units were

18   going to be released after the 72 hours at the,

19   quote, reception center, right?

20           MR. DARROW:  Objection.

21       A.    **Yes.**

22       Q.    Okay.  Now, do you know if this e-mail was

Oritz , Raul                                              July 28, 2022

159

1  the first notice that you got about this operational

2  change?

3      **A.    I can't recall.**

4      Q.    Okay, but as like a kind of -- like by

5  February 16th, 26 days into the Biden administration,

6  you knew this was going to be what was going to

7  happen going forward, right?

8          MR. DARROW:  Objection.

9      **A.    Yeah, based upon the e-mail, yes.**

10     Q.    We're on 18?  No, that's not going to work.

11  I'll come back to that.  I'm going to need a sticker.

12  I finally found one where I didn't put a sticker on

13  it.

14                      (Ortiz Exhibit No. 18

15                       was marked for

16                       identification.)

17          BY MR. GUARD:

18     Q.    Mark for identification USA 002081 as

19  Exhibit 18 for your deposition.

20          MR. DARROW:  Thank you.

21          BY MR. GUARD:

22     Q.    All right, now, this is an e-mail involving

Oritz , Raul                                    July 28, 2022

160

1    a Tony Barker, who's an employee -- or is the -- I

2    guess he's the deputy chief of operations for Border

3    Patrol, right, at the time?

4         **A.    At this time, he was, yes.**

5         Q.    Okay.  Is he still with Border Patrol?

6         **A.    Yeah, he's -- he's the acting operations**

7    **chief.**

8         Q.    Okay, all right.  Would Mr. Barker reported

9    to the mystery man on the previous page, the previous

10   e-mail, Exhibit 17?

11             MR. DARROW:  Objection.  Again, that calls

12   for disclosure of --

13             MR. GUARD:  I'm not asking his identity.

14   I'm asking the organizational structure, who reports

15   to who just by title.

16             MR. DARROW:  With that clarification, you

17   can answer.

18             THE WITNESS:  So the deputy chief reports

19   to the chief of operations, the deputy chief of the

20   Border Patrol and the chief of the United States

21   Border Patrol.

22             BY MR. GUARD:

Oritz , Raul                                          July 28, 2022

161

1       Q.     Okay, so would that be a different person

2    than the person who was serving in chief, law

3    enforcement operations directorate, or is that the --

4       **A.     That's the same.**

5       Q.     Same, okay.  So Mr. Barker, whose name is

6    being disclosed, but whoever was the chief at the

7    time, was not.  All right, and I can't tell you who

8    this e-mail was sent to and who it was from.  My

9    initial question to you is do you know if you ever

10   received this e-mail?

11      **A.     I couldn't tell you.**

12      Q.     Okay.  That's fair enough.  What does this

13   e-mail seem to report?

14      **A.     It seems to report how many family units we**

15   **were apprehending, how many we were turning over to**

16   **ICE/ERO, and then how many of those family units are**

17   **NTA/OR'd.**

18      Q.     Okay, let's start with the -- I think it's

19   the -- probably the -- so the first e-mail in the

20   string is someone sending e-mails -- an e-mail to Mr.

21   Barker reporting the numbers at the different

22   southern border sectors of family units, right?

Oritz , Raul                                          July 28, 2022

162

1      A.      Yeah, both the seven day and 21 day

2  average, yeah.

3      Q.      Okay, and then the next e-mail in the chain

4  is Mr. Barker sending to it looks like it's probably

5  more than one person since there are multiple lines

6  blocked off, and it says this is the flow that ICE

7  will have to accept if we do a hundred percent

8  referral.  What does hundred percent referral refer

9  to?

10     A.      That's a reference to the amount of family

11  units that we would want to dispo over to ICE/ERO.

12  Dispo, disposition, I'm sorry, or transfer.

13     Q.      Then there's an e-mail from someone back to

14  Mr. Barker asking a question, "Is that number we are

15  currently releasing on NTA, right?"  And that's

16  releasing with notice to appear, correct?

17     A.      That's correct.

18     Q.      All right, and then Mr. Barker responds,

19  and all this is happening on May 21st of 2021, NTA

20  and PD, right?  What is PD?

21     A.      Prosecutorial discretion.

22     Q.      Okay.  We haven't talked about

Oritz , Raul                                          July 28, 2022

163

1   prosecutorial discretion today.  What -- as a

2   processing pathway.  Is -- is PD or prosecutorial

3   discretion still being utilized by Border Patrol?

4        A.    No.

5        Q.    Okay.  When did it cease being utilized

6   approximately?

7        A.    I couldn't tell you.

8        Q.    Okay.  And what was prosecutorial

9   discretion?

10       A.    That was the Border Patrol's or CBP, not

11  just the Border Patrol, CBP's authorization to not

12  issue a notice to appear for an alien in their

13  custody based upon certain conditions.

14       Q.    Do you recall what those conditions were?

15       A.    They obviously couldn't be a criminal

16  alien, you know, a threat to national security,

17  flight risk.  There was several factors.

18       Q.    Okay.  Do you know approximately when the

19  prosecutorial discretion category began?

20       A.    I couldn't tell you.

21       Q.    Was it after the Biden administration

22  started?

Oritz , Raul                                                          July 28, 2022

164

1      A.     We've leveraged PD in the past, so I would

2   imagine that it wasn't just under this

3   administration, but once again, I'm unsure.

4      Q.    Okay, all right.  And I don't want you to

5   speculate, but if you can approximate, I'd appreciate

6   it.  All right, was prosecutorial discretion in 2021

7   being utilized with any specific group of alien?

8      A.     I'm not going to speculate on that.

9      Q.    Okay, so you don't recall?

10     A.     That's correct.

11     Q.    Okay.  Was it -- if I were to look at a

12  report of releases by Border Patrol, would it be

13  under a -- do you know what category prosecutorial

14  discretion would be included in?

15     A.     Typically I think they were categorized

16  under O.R., but I'd have to confirm that.

17     Q.    Okay, all right.

18     A.     Our reports have changed quite a bit over

19  the last couple of years.  They continue to evolve,

20  and some of the data sets that we look at have

21  changed.

22     Q.    Okay.  I just have never seen PD on a

Oritz , Raul                                          July 28, 2022

165

1   report, so --

2        A.    Yeah, no.

3        Q.    I was just asking for my edification so I

4   can go back and see how frequently -- was PD the same

5   as the NTR program that we were talking about a

6   little bit earlier?

7        A.    No.

8        Q.    Okay.  How did PD differ from NTR?

9        A.    So NTRs were only for family units.

10       Q.    Okay.  And PD, could it be single adults?

11       A.    Could have been.

12       Q.    Okay.  Any other -- the result of either

13  process at least as you explained it is that the

14  alien is not getting an NTA, right?

15             MR. DARROW:  Objection.

16       A.    That's correct.

17       Q.    All right, so as far as that is concerned,

18  that they were similar, right?

19             MR. DARROW:  Objection.

20       A.    Well, the forms used were different.

21       Q.    Okay, but they didn't get a notice to

22  appear and a date and time to show up at an ICE

Oritz , Raul                                                      July 28, 2022

166

1   facility, right?

2       A.    I think with the notice to report, they had

3   X amount of days to present themselves at an ICE

4   facility, and most of that was on the I-385, and I

5   believe they had 60 days.

6       Q.    Okay.  And I've tried to really avoid using

7   the -- all the different forms you utilize because

8   I'd just likely mess it up worse than I mess up --

9       A.    I got you.

10      Q.    -- mess up the statutes, but for -- for --

11  for PD, or for people that were released on

12  prosecutorial discretion, was an I-385 issued?

13      A.    That I do not know.  I do know for the ITR,

14  the I-385 was issued.

15      Q.    Okay.  Do you not -- do you recall if a

16  different form was utilized?

17      A.    It's been a while since I processed, so I

18  couldn't tell you.

19      Q.    Okay, all right.  But if something was

20  going to be rolled out to the rank and file during

21  May of 2021, you were the deputy chief, right?

22      A.    That's correct.

Oritz , Raul                                              July 28, 2022

167

1       Q.      And for -- did you typically at that time

look at what was being rolled out to the rank and

file?

4       A.      I tried to review most of the forms that

were included, yes.

6       Q.      Okay.

7       A.      If it was already an existing program, I

wouldn't go back and review that, but if it was a new

program, I would have, yes.

10      Q.      Okay, all right.  Fair enough.  Looking

back at Exhibit 18, it's the second page of the

exhibit, we're moving -- it's all again within a

couple hours on May 21st of 2021, Barker is

responding to someone -- or a group of people cc-ing

a bunch of people, and with last sector data, right?

All right.  What is LRT?

17      A.      Laredo, Texas.

18      Q.      Okay, I thought so, but I did not want to

assume.  And so is this just separate data for Laredo

being reported here?

21      A.      No, it's going to include RGV, and it may

also include Del Rio.

Oritz , Raul                                                July 28, 2022

168

1      Q.    Okay, so at the time, you were transferring

2   along the border it looks like family units from --

3   from sectors that were busier.

4      **A.    That's correct.**

5      Q.    And that's what this is kind of reporting,

6   right?

7      **A.    That's correct.**

8      Q.    Okay.  Looking back to the first page of

9   the e-mail, this is minutes after that last exchange,

10  and there's an e-mail from someone again that we

11  don't know who to Mr. Barker, and it says the fact

12  that RGV is only able to refer a hundred families a

13  day is absurd.  We should start with that.  What is

14  that statement referring to?

15         MR. DARROW:  Objection.

16     **A.    I'm assuming it's somebody's opinion that**

17  **the fact that only a hundred families can be referred**

18  **to ICE/ERO is unacceptable.**

19     Q.    Okay.  If ICE were only willing to accept a

20  hundred family units from the Rio Grande Valley,

21  would that cause a capacity issue at -- for the Rio

22  Grande?

Oritz , Raul                                                July 28, 2022

169

1              MR. DARROW:  Objection.

2      **A.     Yes.**

3      Q.    For -- okay, all right.  You can put that

4   exhibit aside.  I'll mark this as Exhibit 19 --

5                          (Ortiz Exhibit No. 19

6                           was marked for

7                           identification.)

8              BY MR. GUARD:

9      Q.    -- to your deposition.

10             MR. DARROW:  Thank you.

11             BY MR. GUARD:

12     Q.    Have you seen Exhibit 19 before?

13     **A.     It doesn't look familiar, but chances are I**

14  **may have seen it.**

15     Q.    Okay, all right.  And the only reason I'm

16  asking you again is that the to and the cc are

17  blocked out, so I don't know if you have or haven't,

18  but it's an e-mail from Mr. Barker, who now is chief,

19  right, of the law enforcement operations directorate,

20  so he's now promoted by this point in time, right?

21     **A.     He's acting chief, yes.**

22     Q.    Okay.  And that's the same role in Exhibit

Oritz , Raul                                                    July 28, 2022

                                                                        170

1    17 that was blocked out.  And you know, this e-mail's

2    -- right?  Let me --

3              MR. DARROW:  Objection.

4              BY MR. GUARD:

5       Q.    So on Exhibit 17, the chief of the law

6    enforcement operations directorate name was blocked

7    out, but here Mr. Barker's mail is being disclosed,

8    right?

9              MR. DARROW:  Objection.

10      A.    Yes.

11      Q.    Okay, all right.  And this is an e-mail

12   from May 15th, 2022, right?

13      A.    Yes.

14      Q.    Okay, and my question for you is there's a

15   quote, "We must ensure that we are detaining and

16   removing the demographics that are amenable or else

17   the flows will only compound more."  Do you see that

18   quote?

19      A.    I do.

20      Q.    Do you know what Mr. Barker's referring to

21   with that quote?

22             MR. DARROW:  Objection.

Oritz , Raul                                        July 28, 2022

171

1       A.      So it appears that this was part of a

2   tabletop exercise that was executed on that Saturday,

3   and part of the exercise -- the tabletop exercise

4   requires injects to determine what CBP, ICE and the

5   department are going to do if there were to be a mass

6   migration, if Title 42 were to come down and we were

7   to begin to see some increases in flow.  So it sounds

8   like Tony is describing to the FEMA exercise

9   operators that that should be a priority, removing

10  those demographics, but this is all I believe

11  centered around a tabletop exercise.  This wasn't the

12  operational environment on that particular day.

13      Q.    Okay.  Why is it important to detain and

14  remove demographics that are amenable to the Border

15  Patrol?

16      A.      One, you want to make sure you have

17  consequences.

18      Q.    Okay.  And if you don't have consequences,

19  what is likely going to happen?

20          MR. DARROW:  Objection.

21      A.      In my experiences -- in my experience, we

22  have seen increases when there are no consequences.

Oritz , Raul                                          July 28, 2022

172

1      Q.    Okay.  So if migrant populations believe

2  that they're going -- there are not going to be

3  consequences, more of them will come to the border?

4  Is that what you're saying?

5            MR. DARROW:  Objection.

6      **A.    There is an assumption if migrant**

7  **populations are told that there's a potential that**

8  **they may be released, that yes, you can see**

9  **increases.**

10     Q.    Okay.  And if you see -- and so if you do

11  not -- you said number one, consequences.  Are there

12  any other things that -- other than just that one,

13  consequences?  Is there a two or a three?

14     **A.    Two or three what?**

15     Q.    Well, you said number one, consequences.  I

16  didn't know if there were -- if that was the complete

17  list or there were other things that --

18     **A.    Affect the flow?**

19     Q.    Yeah.

20     **A.    Of course, there's many things.  There's,**

21  **you know, what our partners to the south do, our**

22  **ability to communicate the dangers, our ability to**

Oritz , Raul                                      July 28, 2022

173

1    **impact the criminal organizations, smuggling**

2    **organizations that are trafficking the migrant**

3    **populations, our ability to deploy technology and**

4    **manpower in areas where we're starting to see greater**

5    **flows.  All of those factor into the flow and how**

6    **it's managed.**

7         Q.    Okay, and if you're not detaining and

8    removing demographics that are amenable and the flow

9    will compound, so it will increase at an exponential

10   rate?  Is that what's being suggested here?

11              MR. DARROW:  Objection.

12        **A.    Well, I do think it will increase, yeah.**

13        Q.    Now, during the Trump administration, were

14   you able -- we've talked a little today about

15   releasing aliens on their own recognizance.  During

16   the Trump administration, were you able to release

17   aliens on their own recognizance?

18        **A.    It would have to be on very exigent**

19   **circumstances.**

20        Q.    Some humanitarian reason?

21        **A.    Medical or humanitarian reason, yes.**

22        Q.    Okay.  As far as using parole under the

Oritz , Raul                                      July 28, 2022

174

1    Trump administration, was that as well limited?

2        **A.    Yes.**

3        Q.    Okay.  Was it limited to aliens who agents

4    found were going to be admissible?

5            MR. DARROW:  Objection.

6        **A.    Parole was used on a limited basis based**

7    **upon humanitarian reasons also.**

8        Q.    Okay.  When the Biden administration took

9    over from the Trump administration, how were the

10   changes to parole and releasing aliens on own

11   recognizance communicated to Border Patrol and to the

12   line agents?

13           MR. DARROW:  Objection.

14           THE WITNESS:  Can I confer?

15           MR. GUARD:  We'll take a break.  We've been

16   going for a while anyway.

17           MR. PERCIVAL:  With an open question?

18           MR. GUARD:  I'll let him do it.

19           THE VIDEOGRAPHER:  We're now off the record

20   at 14:27.

21                (Recessed at 2:27 p.m.)

22                (Reconvened at 2:46 p.m.)

Oritz , Raul                                                July 28, 2022

175

1              THE VIDEOGRAPHER:  We're now back on record

2      at 14:46.

3              MR. GUARD:  If the court reporter can

4      please read the last question back.

5              THE REPORTER:  Question:  "When the Biden

6      administration took over from the Trump

7      administration, how were the changes to parole and

8      releasing aliens on own recognizance communicated to

9      Border Patrol and to the line agents?"

10             MR. DARROW:  And I remind the witness not

11     to reveal anything privileged in his answer.

12             THE WITNESS:  So during this time frame,

13     one of the things that we were encountering is Rio

14     Grande Valley, which is in South Texas, was really

15     the only area that was problematic for us at the

16     time, and so most of the coordination centered

17     between the headquarters operations directorate and

18     the sector personnel, and then some decompression

19     into Laredo, but at the time, it wasn't an issue for

20     all nine southwest border sectors.

21             BY MR. GUARD:

22     Q.    Okay, I thought the question was how was

Oritz , Raul                                               July 28, 2022

176

1    the changes to own recognizance and parole by the

2    Biden administration communicated.  I understand it

3    may have only been the Rio Grande Valley.  Were there

4    memorandum or e-mails or was it by telephone or radio

5    or however?  I mean, I'm not trying to be cute or

6    smart, but I mean, I'm asking you how was it

7    communicated.

8        **A.    So most of the coordination occurred either**

9    **telephonically or through e-mail coordination between**

10   **Border Patrol headquarters and the sector.**

11       Q.    Okay.  While the problem or the issue at

12   the time may have been the Rio Grande Valley, would

13   changes to Border Patrol's policies with respect to

14   parole or own recognizance that occurred after the

15   Biden administration taken -- had taken over

16   eventually trickled out to the other sectors of the

17   southern border?

18            MR. DARROW:  Objection.

19       **A.    Yes.**

20       Q.    Okay.  And how would those changes have

21   been communicated to those other sectors when they --

22   later?

Oritz , Raul                                              July 28, 2022

177

1      **A.    So at the time, we had a couple ways of**
2      **communicating with the field components.  Every**
3      **Tuesday we have a chiefs' call where we coordinate**
4      **directly with the sector chiefs and the deputy**
5      **chiefs.  And then the operations directorate would**
6      **also communicate with the sectors if there were**
7      **specific issues centered around coordination,**
8      **operational coordination that had to happen.**
9      Q.    Okay, all right.  I want to go back if we
10     can just briefly, I'm going to mark this as Exhibit
11     20 to your deposition.
12                          (Ortiz Exhibit No. 20
13                           was marked for
14                           identification.)
15     BY MR. GUARD:
16     Q.    You mentioned earlier at some point in time
17     going and testifying regarding Flores, right?
18     **A.    Yes.**
19     Q.    Okay.  Now, this document in particular is
20     dated March 5th, 2021, so that's after the time
21     period that you think you went to testify, right?
22     **A.    Definitely.**

Oritz , Raul                                                July 28, 2022

178

1      Q.    Okay.  If you'll look at -- all right, so

2  the date of the document's March 5th, 2021, correct?

3      **A.    Yes.**

4      Q.    All right, and if you look at the signature

5  page, and it has Deane Dougherty, who's an ICE

6  employee?

7            MR. DARROW:  Is that on page 8?

8            BY MR. GUARD:

9      Q.    Page 8.  Sorry.  I should have said that.

10  Actually, it's page 9 if you look at the top.

11            MR. DARROW:  Oh.

12            BY MR. GUARD:

13      Q.    Page 8 if you're looking at the bottom

14  numbers.  Page 9 if you're looking at the top.

15      **A.    Okay.**

16      Q.    Okay.  If you'll look at page 2, the first

17  line on top of the page, it indicates that, "ICE

18  would like to note that it's revising its current

19  family detention posture at the FRCs to allow a

20  broader repurposing of the physical facilities to

21  better meet operational needs."  Did I read that

22  correctly?

Oritz , Raul                                          July 28, 2022

179

1      A.     Yes.

2      Q.     All right, and so on March 16th, we looked

3   at the e-mail, I believe it's Exhibit 17, that had

4   ICE telling you all that they were no longer going to

5   be detaining families, and this is a document being

6   filed in court indicating that it's revising its

7   posture, correct?

8      A.     Yes.

9            MR. DARROW:  Objection.

10            BY MR. GUARD:

11      Q.     All right.  Turn to page 4.  If you look at

12   the second sentence on top of page 4, it says a chart

13   updated on March 4th, 2020 shows only 13 families

14   remained in custody.  I think that actually is a

15   typographical error, because if you actually look at

16   the chart, it says March 4th, 2021, right, and the

17   document itself is filed on March 5th of 2021, right?

18      A.     Yes.

19      Q.     Okay, and it says that there were only 13

20   families remained in custody as of that date, March

21   4th, 2021, right?

22      A.     That's correct.

Oritz , Raul                                          July 28, 2022

180

1      Q.    So in a little over -- little less than two

2    months of being in office, the Biden administration

3    has only -- has 13 families in ICE custody, right?

4          MR. DARROW:  Objection.

5          BY MR. GUARD:

6      Q.    Excuse me, 13 juveniles in custody, 13

7    families.  Sorry.  Strike that.

8      **A.    To be honest with you, I don't really**

9    **understand this whole report.**

10     Q.    Okay, but ICE is representing to a court

11   that there are 13 families in custody as of March

12   4th, 2021, right?

13     **A.    That's what the report states, yes.**

14     Q.    Okay, all right.  Well, you can put that

15   aside.  Now, when immigration law changes, like the

16   family detention rule, newspaper articles and -- and

17   press cover it, correct?

18         MR. DARROW:  Objection.

19     **A.    Yes.**

20     Q.    And smugglers and others see those

21   newspaper articles, and that can affect perception,

22   right?

Oritz , Raul                                                July 28, 2022

181

1              MR. DARROW:  Objection.

2        **A.    I can assume they read it also, yes.**

3        Q.    Okay, all right.  Well, folks that are here

4    legally or illegally can read those news sources,

5    right, if nothing else.

6              MR. DARROW:  Objection.

7        **A.    Yes.**

8        Q.    Okay, and I believe in one of your speeches

9    in Del Rio, you talked about word of mouth, right?

10       **A.    I did.**

11       Q.    Okay.  So changes like to the family

12   detention policy get communicated to folks outside

13   the United States.

14             MR. DARROW:  Objection.

15             THE WITNESS:  Yes.

16             MR. GUARD:  Okay.  I'm going to mark this

17   as 21?

18             MR. DARROW:  Yeah.

19                          (Ortiz Exhibit No. 21

20                           was marked for

21                           identification.)

22             MR. DARROW:  Thank you.

Oritz , Raul                                          July 28, 2022

182

1            MR. GUARD:  And I'll go ahead and mark the

2    second document as 22, because it may be just easier

3    to do.

4                          (Ortiz Exhibit No. 22

5                              was marked for

6                              identification.)

7            MR. DARROW:  Thank you again.

8            MR. GUARD:  No problem.

9            THE WITNESS:  I think you gave me two

10   copies.

11           BY MR. GUARD:

12       Q.    Okay, don't want to do that.  All right,

13   Exhibit 21 are custody and transfer statistics for

14   CBP for physical year 2020?

15       A.    Yes.

16       Q.    And 22 are custody and transfer statistics

17   for CBP for fiscal year 2021, right?

18       A.    That's correct.

19       Q.    All right.  If you look at the -- I think

20   it's one, two, three, the fourth page in the exhibit

21   --

22           MR. DARROW:  Exhibit 21?

Oritz , Raul                                                    July 28, 2022

183

1          BY MR. GUARD:

2      Q.    Twenty-one.  I think it's the fourth page

3  in both, but let's look at 21 first.  Okay, there are

4  two reports from Border Patrol, correct?

5      A.    Yes.

6      Q.    And these are monthly reports, right?

7      A.    Yes.

8      Q.    Okay.  Of -- and this is for monthly

9  southwest border apprehensions by processing

10 disposition, correct?

11     A.    That's correct.

12     Q.    All right, and so you have the different

13 pathways and how many aliens were processed through

14 each pathway, right?

15     A.    That's correct.

16     Q.    Okay.  And so you have -- we've talked

17 about expedited removal, right?  You have to say yes.

18     A.    Yes.

19     Q.    It's okay.  It's been a long day.  I

20 appreciate it, you know, but I've got to try to

21 protect the record, and again, at some point the

22 court reporter will start yelling at both of us.  The

Oritz , Raul                                                July 28, 2022

184

1    next line is PACR, HARP, and ACA.  Now, we've not

2    talked about any of those acronyms yet today.  What

3    are those acronyms?

4         A.    So PACR stands for prompt asylum claim

5    review.  HARP is humanitarian -- humanitarian asylum

6    review process, and ACA is the asylum cooperative

7    agreements that we have with third countries.

8         Q.    Okay, all right.  And it looks like --

9         A.    I think I got it right.

10        Q.    It sounds pretty good to me.  And there's a

11   footnote, and they have those three plus MPP, which

12   we've talked about all in the kind of same -- it's

13   the subjects enrolled in multiple rooms only counted

14   once based on the following order.  So it's at least

15   trying to make it so the math doesn't -- the math

16   adds up I guess.  And so you have -- those three

17   programs only have January 2020, February 2020 and

18   March 2020, right?

19        A.    That's correct.

20        Q.    Do those programs end in March 2020?

21        A.    It appears that they ended in March --

22        Q.    Okay.

Oritz , Raul                                                    July 28, 2022

185

1      **A.      -- of 2020.**

2      Q.     All right.  We talked about notice to

3   appear and order of recognizance, released.  We've

4   talked about reinstatement of prior removal, talked

5   about voluntary -- well, we've talked about all these

6   other than the other category, which seems to be any

7   alien that was processed, but it's -- whatever the

8   code is hadn't been entered into the system, so it

9   was just what was ever kind of left because of the

10  end of a month or end of a -- of a time period,

11  right?

12             MR. DARROW:  Objection.

13     **A.      That's correct.**

14     Q.     Okay, all right.  The bottom -- so that was

15  processing dispositions.  The bottom table is for

16  Border Patrol southwest border apprehensions by

17  transfer destination.  And so that's telling where

18  they were sent or what entity dealt with them, right?

19     **A.      Yes.**

20     Q.     Okay.  You have humanitarian release.  What

21  type of aliens would be within the humanitarian

22  release category, to your knowledge?

Oritz , Raul                                                    July 28, 2022

186

1      A.      Folks that were dispositioned via O.R. due

2  to medical or some other exigent circumstances.

3      Q.      Okay.   You've got federal, and that has a

4  -- you can look at -- if you want to look at the

5  footnote, that's anyone who was transferred to ICE or

6  HHS or marshals or whatever.

7      A.      That's correct, those are prosecutions,

8  misdemeanor, felony prosecutions, will also include

9  the folks that are turned over ORR, the unaccompanied

10  children, and then the migrant population that would

11  be turned over to ICE for repatriation.

12     Q.      Okay, and then there are two other

13  repatriation pathways that are marked federal.   You

14  had northern triangle, which is Guatemala, Honduras

15  and El Salvador.

16     A.      That's correct.

17     Q.      And Mexican repatriation, right?

18     A.      That's correct.

19     Q.      And then you had folks that you turned over

20  to a port of entry that were not under the MPP

21  program, so that would be OFO would be who they would

22  have been turned over to, correct?

Oritz , Raul                                                    July 28, 2022

187

1      A.    Actually, I believe the non-MPP population
2  would be Mexican nationals that were VR'd.
3      Q.    Okay, all right.  And then VR means
4  voluntary return --
5      A.    Voluntary return, yes, sir.
6      Q.    -- to Mexico.  And then the next category,
7  port of entry, MPP, that would be -- they would have
8  been -- I believe you described them, immigration
9  camp, Mexican immigration camp, or immigration camp
10 located in Mexico, and they would go back to the port
11 of entry for their asylum hearing?
12          MR. DARROW:  Objection.
13     A.    So when the migrants are processed via the
14 migrant protection protocols, they are returned to
15 Mexico, and most of them remain in those border
16 communities housed in not government-run facilities,
17 but non-governmental organization-run facilities.
18     Q.    Okay.
19     A.    So they're called migrant camps.
20     Q.    All right, and there's a category for state
21 and local law enforcement agencies, right?
22     A.    Those are folks that are turned over to our

Oritz , Raul                                                    July 28, 2022

188

1    state and local partners because they had warrants or

2    some other prosecutorial charge.

3         Q.    Okay.  It's fair to say that looks back at

4    the processing disposition, notice to appear, order

5    of recognizance in FY 2020 ranged from a low of one

6    to 91, right?

7         A.    Yes.

8         Q.    Okay.  All less than a hundred.

9         A.    That's correct.

10        Q.    Okay.  Turning over to Exhibit 22, look

11   again at the -- well, I think now it starts on the

12   third page and goes to the fourth page, you have the

13   same two charts that we just looked at, right?

14        A.    Yes.

15        Q.    Okay.  It looks like PACR, PARP and ACA

16   have started up again at least at some point in time

17   in 2021?

18        A.    Yeah, it appears that in May, we had a

19   couple that were processed under the PACR program.

20        Q.    Okay.  Do you know in 2022 whether that is

21   continuing?

22        A.    I believe we have a small number.

Oritz , Raul                                                July 28, 2022

189

1    Q.    Okay, all right.  If you look at notice to

2    appear, order of recognizance, there's now a third

3    category which says I-385 dash released.  What is

4    included within I-385 dash released?

5    **A.    That is the notice to report.**

6    Q.    And if you look at the last month, last

7    full month of the Trump administration, December of

8    2020, there were 17 aliens released on a notice to

9    appear order of recognizance, right?

10   **A.    That's correct.**

11   Q.    All right, and by July of 2021, that

12   number's over 60,000, correct?

13   MR. DARROW:  Objection.

14   **A.    That's correct.**

15   Q.    If you look, in July 2021 at -- and compare

16   the notice to appear order of recognizance I-385

17   released with the warrant slash notice to appear dash

18   detained, the number of aliens being detained under

19   the Biden administration is half of that which is

20   being released, right?

21   MR. DARROW:  Objection.

22   **A.    Yeah, it appears that it would be less than**

Oritz , Raul                                          July 28, 2022

190

1    **30,000, so less than half.**

2         Q.    Okay.  Put 21 and 22 aside.  I'm going to

3    mark this as Exhibit -- I did it again -- 23 to your

4    deposition.

5                          (Ortiz Exhibit No. 23

6                           was marked for

7                           identification.)

8              BY MR. GUARD:

9         Q.    Have you seen Exhibit 23 before?

10        **A.    I don't believe so.**

11        Q.    Okay.  This purports to be a memorandum

12   dated December 16th, 2014, correct?

13        **A.    That's correct.**

14        Q.    And it is for Directors, Field Operation

15   Director Preclearance Operations, Office of Field

16   Operations.  Is this an OFO program and not a Border

17   Patrol program?

18        **A.    Yeah, this seems to be focused on Office of**

19   **Field Operations.**

20        Q.    Okay, all right.  Was this -- was this --

21   this parole program or a parole program like this

22   ever created for Border Patrol?

Oritz , Raul                                    July 28, 2022

191

1        A.     I wasn't at headquarters in December of

2    2014.   I was in the field, so typically we didn't

3    create policy in the field, so --

4        Q.     But you would have implemented a policy if

5    it had been created.

6        A.     Yes.

7        Q.     Okay, and you don't recall implementing

8    this policy.

9        A.     No.

10       Q.     Okay.  So looking at the -- kind of the

11   last paragraph of this -- well, first, looking at --

12   under the second paragraph, it says, "Effective

13   immediately, any parole under a section 212(d)(5) of

14   the Immigration and Nationality Act for nonimmigrant

15   aliens, alien," parens, closed paren, "that meet the

16   following criteria."  Now, section 212(d)(5), that's

17   the statute we looked at earlier, 8 USC 1182 to 85,

18   correct?

19       A.     Yes.

20       Q.     And then looking down at the last paragraph

21   of this one-page memo, it reads, "Lack of detention

22   space, requests from other law enforcement agencies,"

Oritz , Raul                                                July 28, 2022

192

1    paren, "unless accompanied by a valid unexpired I-512

2    issued by HSI," closed paren, "or other purposes not

3    considered essential for law enforcement are not

4    appropriate reasons to parole an inadmissible alien."

5    Does it say that?

6         **A.    Yes.**

7         Q.    All right.  So this policy has nothing to

8    do with capacity, right?

9              MR. DARROW:  Objection.

10        **A.    This is pertaining to folks that are**

11   **presenting themselves for admission at a port of**

12   **entry.**

13        Q.    Okay.

14        **A.    And typically Office of Field Operations**

15   **never encounter the numbers that the Border Patrol**

16   **encounters.**

17        Q.    Fair enough.  I'm going to mark this as

18   Exhibit 25.

19        **A.    Twenty-four.**

20        Q.    Twenty-four --

21                        (Ortiz Exhibit No. 24

22                         was marked for

Oritz , Raul                                                    July 28, 2022

193

```
 1                          identification.)

 2             BY MR. GUARD:

 3      Q.     -- to your deposition.

 4             MR. DARROW:  Thank you.

 5             BY MR. GUARD:

 6      Q.     Have you seen Exhibit 24 before?

 7      A.     I don't believe so.

 8      Q.     All right.  Like the previous exhibit,

 9      Exhibit 23, this appears to be an Office of Field

10      Operations policy?

11      A.     Yes.

12      Q.     All right.  And again, it's another parole

13      policy, right?

14      A.     That appears to be what it is, yes.

15      Q.     Okay, all right.  You can put that aside.

16                          (Ortiz Exhibit No. 25

17                           was marked for

18                           identification.)

19             MR. GUARD:  Twenty-five.

20             MR. DARROW:  Thank you.

21             BY MR. GUARD:

22      Q.     Have you seen Exhibit 25 before?
```

Oritz , Raul                                          July 28, 2022

194

1      **A.     Not that I recall, no.**

2      Q.    Okay.  Anything on this document indicate

3   which CBP component Exhibit 25 applies to?

4      **A.     I think it still applies to airports or OFO**

5   **because it talks about admissibility and passenger**

6   **programs --**

7      Q.    Okay.

8      **A.     -- as the office -- as part of the offices,**

9   **so I would imagine it's still an OFO guidance**

10  **document.**

11     Q.    Okay, all right.  Well, you can put that

12  aside because you're not part of OFO.  Mark this for

13  identification as Exhibit 26 --

14                            (Ortiz Exhibit No. 26

15                             was marked for

16                             identification.)

17          BY MR. GUARD:

18     Q.    -- to your deposition.

19          MR. DARROW:  Thank you.

20          BY MR. GUARD:

21     Q.    Have you seen Exhibit 26 before?

22     **A.     Yes.**

Oritz , Raul                                            July 28, 2022

195

1      Q.     Okay.  If you'll flip to the page that's

2   labeled AR -- AR 003 --

3      **A.     I don't have an -- oh, there it is, my**

4   **signature.**

5      Q.     That was going to be the question, is that

6   your signature?

7      **A.     Yes.**

8      Q.     All right, and did you sign this document

9   under penalties of perjury?  Look back to the next

10  page.

11     **A.     Yes.**

12     Q.     Okay.  That was not a trick question.  I

13  was not trying to trick you.  All right, I know it's

14  been a long day.  All right, since you signed this

15  document on April 19th, 2022, has any additional

16  information or documents that are nonprivileged come

17  to your attention that should be part of the

18  administrative record?

19          MR. DARROW:  Objection.

20     **A.     Yes.**

21     Q.     What additional documents should be added

22  to the administrative record?

Oritz , Raul                                                July 28, 2022

196

1      **A.      The commissioner's memo on parole plus --**
2   **ATD plus.**
3      Q.      So are you talking about the July -- I
4   think it's July 18th?
5      **A.      18th memo, and then my July 20th memo, yes.**
6      Q.      So you issued a July 20th memo?
7      **A.      Yes.**
8      Q.      Counsel, I don't think we've ever seen the
9   July 20th memo, but we can take that up later, but
10  just raising that to your attention.  All right, you
11  understand that the memo, which is at AR 004, the
12  next page, has now been rescinded, right?
13     **A.      Yes.**
14     Q.      Okay, and in its place, there's a new memo,
15  right?
16     **A.      That's correct.**
17     Q.      Okay.  We're going to get to the new memo.
18  That's -- that's the next -- that's the next exhibit
19  and the last exhibit of this deposition, so -- and
20  that's a promise, of this deposition.  There --
21  corporate representative, there may be one exhibit.
22  All right, so but other than those two documents,

Oritz , Raul                                                  July 28, 2022

197

1    you're aware of no other documents that should be in

2    the administrative record that are nonprivileged,

3    correct?

4         A.    That's correct.

5         Q.    Okay, all right.  Now, looking at AR 4

6    through AR 6, this is a memo which you sent out,

7    correct?

8         A.    That's correct.

9         Q.    All right.  And you sent it out to chief

10   parole agents and deputy chief parole agents, right?

11        A.    That's correct.

12        Q.    And that's the agents that are in charge of

13   the sectors of Border Patrol, right?

14        A.    That's correct.

15        Q.    Okay.  Looking at this memo, it indicates

16   that it is superseding a previous guidance, correct?

17        A.    That's correct.

18        Q.    And the previous guidance that it was

19   superseding was your predecessor's notice to report,

20   right?

21        A.    That's correct.

22        Q.    Now, the memo indicates that that -- and I

Oritz , Raul                                                                July 28, 2022

198

1    think we weren't able to come to a date earlier that

2    notice to report was promulgated.  It indicates that

3    that policy was promulgated in March of 2021, right?

4        **A.    That's correct.**

5        Q.    Okay.  I don't think I asked you this

6    before, and if I did, I apologize.  How was the NTR

7    guidance sent out to the field in March of 2021?

8            MR. DARROW:  Objection.

9        **A.    It was sent out and distributed through**

10   **multiple platforms.  Initially we had a telephonic**

11   **call with all the associate chiefs.  We also asked**

12   **that the operations directorate send out a e-mail to**

13   **the sector points of contact, which would have been**

14   **an assistant chief at those sectors, to include the**

15   **sector chiefs, and to my recollection, I believe**

16   **Chief Scott also issued a memoranda.**

17       Q.    Okay.  Well, I haven't seen that

18   memorandum, so if it exists, obviously we'll take

19   that up with your counsel.

20       **A.    I couldn't find it either.**

21       Q.    Okay, all right.  Well, I deal with public

22   records too.  I know sometimes how things don't get

Oritz , Raul                                          July 28, 2022

                                                                  199

1    filed how they should get filed, so we'll work with

2    that through your counsel.  And so he would have

3    signed a similar memorandum to this, to your

4    recollection?

5         A.    Typically that's how information would be

6    distributed to the field, which is why I thought

7    there was a notice to report memoranda, but when I

8    looked through my files, I could not find one either.

9         Q.    Okay.  And the justification for this

10   policy is the health of aliens, correct?

11             MR. DARROW:  Objection.

12        A.    Yes.

13        Q.    And the health of Border Patrol employees,

14   right?

15             MR. DARROW:  Objection.

16        A.    Well, it's not just that.  I mean, it's the

17   health of the communities.  At the time, almost every

18   single one of the border communities that we have a

19   sector or experiencing significant increases in COVID

20   exposures, to include COVID deaths, we had a

21   significant spike across the entire southwest border

22   and COVID exposures, and even to this day, this

Oritz , Raul                                                    July 28, 2022

200

1    morning I think I had 388 agents still in quarantine

2    status.  We've had 11,692 agents I believe that

3    tested positive for COVID out of 19,355.  We had 19

4    agents die due to COVID, to include two contractors

5    that I attended probably 75 percent of their

6    funerals.

7              Our communities, the health officials, our

8    law enforcement partners were also under the same

9    issues and faced with some of the same concerns that

10   we had as a law enforcement organization.  Typically

11   we use local county detention facilities to house

12   some of our prosecutions, and they were experiencing

13   complete shut-downs of their facilities because of

14   COVID exposures.  So it wasn't just the migrants, it

15   wasn't just our agents, but it was our families, the

16   communities, and all of this was placing a

17   significant strain on the entire border environment.

18   Q.    And I agree and appreciate that, but in the

19   first sentence of the second paragraph, would you

20   agree with me that it only mentions the health and

21   safety of migrants and the health of the work force?

22             MR. DARROW:  Objection.

Oritz , Raul                                    July 28, 2022

201

1          BY MR. GUARD:

2      Q.   First sentence of the second paragraph.

3      **A.   That first sentence, that's exactly what**

4   **that says, yes.**

5      Q.   Okay, and at least -- and I'm not

6   minimizing this, because I agree with you, and I've

7   attended too many law enforcement funerals in the

8   last year as well, so I'm not minimizing that at all,

9   but at least I hadn't seen mention of, at least in

10  this document, of the community as a reason for the

11  policy.

12          MR. DARROW:  Objection.

13     **A.   Well, I can tell you as the person who**

14  **signed this document, that the communities certainly**

15  **were a factor in my decision-making process.**

16     Q.   Okay, all right.

17     **A.   My mother lives in a border community in**

18  **Del Rio.  She's 85 years old, very vulnerable and**

19  **certainly susceptible to COVID, and so I can**

20  **guarantee you I factored her health into the issuance**

21  **of this memoranda.**

22     Q.   Again, I'm not quibbling with that at all.

Oritz , Raul                                                July 28, 2022

202

1      A.     I get it.

2      Q.     I just -- it wasn't mentioned, and that was

3   going to be one of my questions, is why was that not

4   factored, and you're telling me that it was.  Other

5   than the health and safety of communities, were there

6   any other reasons that are not disclosed in this

7   e-mail that form the basis of you issuing this memo?

8           MR. DARROW:  Objection.

9      A.     Yes.

10     Q.     Okay.  Where are they?

11     A.     Overcrowded conditions in these facilities.

12     Q.     That actually is mentioned.

13     A.     To include ensuring that we are compliant

14  with the Jane Doe litigation in Arizona, and also

15  ensuring that we had significant wrap-around services

16  to support the different demographics that we were

17  responsible for.

18     Q.     Okay.

19     A.     At the time, we were expanding our

20  detention facilities, and I can tell you that

21  typically during this time is at the beginning of the

22  budget year, and this is -- this year was no

Oritz , Raul                                                July 28, 2022

203

1    different.  We were under a continuing resolution, so

2    we're operating at 75 percent of our budget, and so

3    ensuring that we had the requisite supplies and

4    equipment to support everything that comes with

5    having 15,000 people in custody was part of the

6    decision-making process.

7        Q.    Okay.  I think part of that is actually

8    reflected in this memo.  Again, I'm not --

9        A.    Yeah, got you.

10       Q.    Not trying to play a got you game or

11   anything like that.  If you look at -- I think it's

12   the -- it's the fourth sentence, excuse me, starting

13   with the use of this processing pathway --

14       A.    Uh-huh.

15       Q.    -- enabled -- well, it's talking

16   technically about NTRs, but this is replacing NTRs,

17   right?

18            MR. DARROW:  Objection.

19            BY MR. GUARD:

20       Q.    You may answer.

21       A.    Yes.

22       Q.    Okay.  To relieve overcrowding in

Oritz , Raul                                                July 28, 2022

204

1    congregate settings.

2         A.    That's correct.

3         Q.    Okay, thus better protecting both the work

4    force and non-citizens in our custody.

5         A.    That's correct.

6         Q.    Okay.  So looking at the second paragraph,

7    it talks about the process for -- of issuing notices

8    to appear, the last -- I think it's the last two

9    sentences.  See that?

10        A.    Yes.

11        Q.    All right.  Notices to appear are

12   time-consuming.

13        A.    That's correct.

14              MR. DARROW:  Objection.

15              BY MR. GUARD:

16        Q.    Were -- under either NTR or parole plus

17   ATD, are Border Patrol agents establishing A files,

18   apple files?

19        A.    Yes.

20        Q.    Okay.  Were they establishing A files under

21   NTR?

22        A.    No.  Actually, they were for head of

Oritz , Raul                                              July 28, 2022

205

1   household.

2       Q.    Okay.

3       A.    But they weren't for the remaining family

4   unit members.

5       Q.    Okay.  For parole plus ATD, are they only

6   doing A files for the head of household or are they

7   doing A files for all the members of the family?

8       A.    I believe they are issuing A files for all

9   the members within the family unit.

10      Q.    Okay.  Now, just -- I want to talk about

11  parole plus ATD.  I'm sorry, for the first time ever

12  in my life I went quiet and maybe mumbled a little

13  bit because I was looking down.  Parole plus ATD, are

14  Border Patrol agents completing the asylum interview

15  process?

16      A.    No.

17      Q.    Where does the asylum review -- asylum

18  interview process occur?

19      A.    Usually that occurs with an asylum officer

20  within CIS.

21      Q.    Okay.

22      A.    Citizen and immigration services.

Oritz , Raul                                                    July 28, 2022

206

```
1      Q.    Okay, and that's after the person has been

2   released on parole plus ATD?

3      A.    Yes.

4            MR. DARROW:  Objection.

5      A.    Unless they are held in a detention

6   facility.

7      Q.    And at least initially in this memo, parole

8   plus ATD was being limited to family units, right?

9            MR. DARROW:  Objection.

10     A.    Yes.

11     Q.    The last sentence on the first page, AR 004

12  reads, "Parole plus ATD is a rigorous enforcement

13  process that is effective and includes accountability

14  measures to require non-citizens to report to ICE for

15  issuance of an NTA and continue through the formal

16  immigration process."  Did I read that sentence

17  correctly?

18     A.    Yes.

19     Q.    Okay.  What did you mean by rigorous?

20           MR. DARROW:  Objection.

21     A.    Rigorous requires more information than we

22  were issuing with the notice to report, to include
```

Oritz , Raul                                                    July 28, 2022

207

1    next of kin, final destination.  When you process

2    somebody for -- under the normal Title 8 process, you

3    obtain more biographical information, to include

4    where they're coming from, where they're going to,

5    their mode of travel.  There's a slew of biographical

6    information that you obtain under this process that

7    normally would not be gathered during the NTR

8    process.

9         Q.    Okay.  So under the NTR process, which

10   lasted roughly from March 2021 through November of

11   2021, that roughly eight months, Border Patrol was

12   not gathering destination of where aliens were going?

13             MR. DARROW:  Objection.

14        A.    We would put that on the I-385, but in a

15   normal I-213, which is the initial biographical --

16        Q.    Uh-huh.

17        A.    -- document that we process migrants or

18   aliens under, we actually detail very specifically

19   their route of travel from their home to their final

20   destination, to include any stops and their method of

21   travel, whether they made any smuggling arrangements,

22   whether they paid any smuggling fees.  Under the NTR

Oritz , Raul                                     July 28, 2022

208

1    process, you may not have gathered all that

2    information just depending on how many people you had

3    in custody, what your time in custody times were, and

4    the manpower constraints that you were under.

5        Q.    Sure, and different Border Patrol agents

6    may -- some are more thorough than others.  Is that

7    fair?

8        A.    Most definitely.

9        Q.    Okay, all right.  You wrote here that

10   enforcement process that is effective.  What did you

11   mean by effective?

12            MR. DARROW:  Objection.

13       A.    I meant that it is a method that allows us

14   to monitor the migrant population from when we

15   process them and turn them over to ICE/ERO.

16       Q.    Okay, so whether -- whether this program's

17   effective or not is going to depend on ICE and ERO,

18   right?

19       A.    Yes.

20       Q.    Okay.  And you would have only known

21   whatever ICE had shared with you, correct?

22       A.    That's correct.

Oritz , Raul                                                    July 28, 2022

                                                                         209

 1              MR. DARROW:  Objection.

 2              BY MR. GUARD:

 3        Q.    Okay.  And I'm not asking him what they

 4    shared.  I'm just asking that would be the limited

 5    extent of his knowledge.  The next phrase says

 6    includes accountability measures.  What did you mean

 7    by that?

 8              MR. DARROW:  Objection.

 9        **A.    That means the technical and the ankle**

10    **bracelets, the electronic monitoring devices or**

11    **measures that allowed ICE to track and monitor and**

12    **account for the folks that we transferred to their**

13    **custody.**

14        Q.    Okay.  And then again, that would have been

15    information that you would have gathered or gleaned

16    from ICE, right?

17              MR. DARROW:  Objection.

18        **A.    Yes.**

19        Q.    Okay.  So whether or not the program's

20    effective and accountable is again going to depend on

21    ICE and how they implement it, right?

22              MR. DARROW:  Objection.

Oritz , Raul                                                July 28, 2022

210

1          A.     Yes.

2          Q.     Okay.  If they do a good job, then it will

be effective and accountable.  If they do a bad job,

it won't, right?

5               MR. DARROW:  Objection.

6          **A.     Well, I would imagine it's dependent on**

**their capacity also, whether they have enough**

**monitoring devices or cell phones, mobile devices.**

9          Q.     Okay.  So there could be budgetary

constraints, right?

11         **A.     Yes.**

12         Q.     Did you have to -- before you enrolled

someone in -- to parole ATD, at least at the time of

-- because I know -- frankly, I think it changes now,

but at the time of November 2nd, 2021, did you have

to check with ICE before you processed someone

through that pathway?

18              MR. DARROW:  Objection.

19         **A.     Yes.**

20         Q.     Okay, all right.  Would that have been

communicated to the sector chiefs and the deputy

chiefs in a separate communication, that they needed

Oritz , Raul                                July 28, 2022

211

1    to talk with ICE before they used this pathway?

2              MR. DARROW:  Objection.

3        A.    Most of the sectors at this time were

4    already starting to have ICE/ERO personnel assigned

5    to their processing centers.  I know in Rio Grande

6    Valley, at one point we probably had 60 or 70 ICE/ERO

7    personnel working almost 24/7 side by side with our

8    Border Patrol agents.

9        Q.    Okay.

10       A.    So they were involved with the process at

11   the very beginning.

12       Q.    Okay, and that was part of the -- there was

13   a surge of -- of other personnel from DHS to respond

14   to the increase in -- in encounters, correct?

15             MR. DARROW:  Objection.

16       A.    There was a surge of DOD resources, DHS

17   resources.  We increased state and local funding for

18   Operation Stone Garden, and there was a whole

19   government approach.

20       Q.    Okay, all right.  Looking at -- now, this

21   memo, if certain averages and thresholds were met,

22   was going to be triggered as to all family units,

Oritz , Raul                                            July 28, 2022

212

1   right?

2            MR. DARROW:  Objection.

3       **A.    Yes.**

4       Q.    Okay.  So if the Rio Grande Valley or Del

5   Rio hit the thresholds that are laid out in the

6   second page of this document on AR 5, all family

7   units would be paroled plus ATD, correct?

8            MR. DARROW:  Objection.

9       **A.    All family units minus Central Americans**

10  **and Mexican family units.**

11      Q.    Okay.  So there are -- for those, there

12  were -- was at the time an alternative pathway that

13  expelled, correct?

14      **A.    That's correct.**

15      Q.    All right, all right.  Looking down at the

16  third paragraph, there's a reference to the 2019 May

17  daily average.  Why was the 2019 May daily average

18  utilized for those two statistics?

19            MR. DARROW:  Objection.

20      **A.    Because those two -- that month saw the two**

21  **highest encounter apprehension numbers for 2019.**

22      Q.    So 2019 was a surge year, right?

Oritz , Raul                                                July 28, 2022

213

1       A.    Yes.

2       Q.    Okay, and so you -- you -- that was the

3    highest month in that surge year; is that correct?

4       A.    That's correct.

5       Q.    All right, and so you're using now 2021 and

6    2022, as we talked about doubled that, right?

7       A.    That's correct.

8             MR. DARROW:  Objection.

9             BY MR. GUARD:

10      Q.    All right, but you were utilizing the

11   previous high as -- as kind of the point where this

12   was going to be triggered.  Is that fair?

13            MR. DARROW:  Objection.

14      A.    Yes.

15      Q.    Okay, all right.  And then outside those

16   two sectors, either Commissioner Magnus or you were

17   going to have to say yes, you can use this policy,

18   correct?

19            MR. DARROW:  Objection.

20      A.    That's correct.

21      Q.    All right.  And I think you've indicated

22   that this policy was utilized in a couple other

Oritz , Raul                                          July 28, 2022

214

1    sectors on the southwest border, right?

2        A.    That's correct.

3        Q.    Yuma I think you mentioned, and what were

4    the -- and I apologize.

5        A.    I believe it was Yuma and El Paso, and it

6    would have been Acting Commissioner Troy Miller at

7    the time, not -- Commissioner Magnus didn't take over

8    till January of this year.

9        Q.    Okay.  Now, the second to last paragraph

10   talks about the fluidity of the COVID-19 pandemic.

11   Do you see that?

12       A.    Yes.

13       Q.    All right.  So this policy was only

14   intended to be temporary?

15           MR. DARROW:  Objection.

16       A.    Yes.

17       Q.    All right.  Looking at -- there are a

18   series of e-mails in the administrative record that

19   follow.  It looks like data was being sent to I

20   assume you, even though the -- you know, the from and

21   tos are blacked out on every one of them, there's

22   looks like reports of the situation at different

Oritz , Raul                                            July 28, 2022

215

1    border crossings, or border sectors?  Excuse me,

2    correct?

3              MR. DARROW:  Objection.

4        **A.    Yes.**

5        Q.    All right.  And it looks like there's

6    several different days that are reported.  Looks like

7    you got October 20th, 2021, September 22nd, 2021,

8    August 12th, 2021, August 11th of 2021, August 2nd of

9    2021, and then the last one is actually e-mail

10   guidance.  Why were those specific dates versus other

11   dates chosen or utilized by you?

12             MR. DARROW:  Objection.

13             BY MR. GUARD:

14       Q.    I mean, I would assume you get a cit rep

15   every day?  Is that fair?

16             MR. DARROW:  Objection.

17       **A.    Now I have a dashboard.**

18       Q.    Okay.

19       **A.    So --**

20       Q.    I could pull out -- I got printouts of your

21   -- I probably have your dashboard.

22       **A.    Yeah.**

Oritz , Raul                                          July 28, 2022

216

1      Q.    But at the time, I assume you were getting

2   e-mails like this almost practically every day?

3           MR. DARROW:  Objection.

4      **A.    Yes.**

5      Q.    Were these dates dates that were

6   particularly heavy or, you know, why -- why include

7   these and not others into the -- to what you

8   considered?

9           MR. DARROW:  Objection.

10     **A.    I'm going to have to assume because these**

11  **were probably dates where we experienced higher**

12  **levels of encounters than we had on previous**

13  **occasions.  When you look at Del Rio, 3,600**

14  **encounters in three days, that's an average of 1,200**

15  **a day, that's significant.**

16     Q.    Okay.  If you look down at Rio Grande on

17  that same -- you're looking at the e-mail from

18  October 20th, 2021?

19     **A.    That's correct.**

20     Q.    Okay.  And you look down at Rio Grande and

21  you have on, again, over three days, I think it's

22  4,489 encounters, but you don't recall specifically

Oritz , Raul                                          July 28, 2022

217

1    why you considered this e-mail.  You just looking at

2    it now, that seems to be -- makes sense to you,

3    correct?

4         **A.    Yes.**

5              MR. DARROW:  Objection.

6              BY MR. GUARD:

7         Q.    Okay.  And if you look at the September

8    22nd of 2021 e-mail, if you look at the second page,

9    Del Rio, it says on pace for 15,052 this week?

10        **A.    Yes.**

11        Q.    Okay.  But you don't know why you included

12   this dashboard versus any other dashboard that -- or

13   not dashboard.  Any other stats you report in the

14   administrative record.

15             MR. DARROW:  Objection.

16        **A.    This one would have been right after the**

17   **event in Del Rio where the Haitian migration flow**

18   **staged underneath the port of entry.**

19        Q.    Okay, all right.  Looking back at AR 0012,

20   the e-mail from September 22nd, 2021, under the Rio

21   Grande Valley component, there's 475 paroles, paren,

22   475 FMUA, closed paren.  Would those have been

Oritz , Raul                                              July 28, 2022

218

1   paroles under NTR?

2         MR. DARROW:  Objection.

3   **A.    Probably so.**

4   Q.    Okay, all right.  All right, we can turn to

5   AR 0016.  This looks like it's some kind of a

6   roll-out of e-mail of some kind.  Is that fair?

7   **A.    Yes.**

8   Q.    All right, and it's providing guidance on

9   how to stamp the I-385, among other things?

10         MR. DARROW:  Objection.

11  **A.    Yes.**

12  Q.    And it's limit -- it says until 15 days

13  from entry, right?

14  **A.    That's correct.**

15  Q.    All right.  And then if you look at AR 18,

16  this is -- there's another e-mail from August 5th of

17  2021, but there's a -- you know, this is the e-mail

18  that was probably provided to either the assistant

19  chiefs or the chiefs of the sectors that are

20  affected, right?

21         MR. DARROW:  Objection.

22  **A.    Looks like this one just went to Del Rio.**

Oritz , Raul                                          July 28, 2022

219

1    Q.    Okay, and it says, "Sir," comma, and then
2    there's a lengthy thing.  All right, and you know,
3    the -- what does B-L-U-F or BLUF stand for?
4    **A.    Bottom line up front.**
5    Q.    Okay, so executive summary kind of thing?
6    **A.    Exactly.**
7    Q.    Okay, here's the take-away you need to take
8    from this, and it indicates this is just for family
9    units, right, as of that time.
10   **A.    Yes.**
11   Q.    Okay.  Looking down at the list of bullet
12   points, it has as one of the factors to be considered
13   whether ICE slash ERO will accept custody of the
14   non-citizens, right?  So we're on AR 3018.
15   **A.    Uh-huh.**
16   Q.    Almost three quarters of the way down,
17   bullet points.  You with me?
18   **A.    Yeah.**
19   Q.    All right.  It says whether ICE slash ERO
20   will accept custody of non-citizens.  You see that?
21   **A.    Yes.**
22   Q.    At that point in time, ICE/ERO wasn't

Oritz , Raul                                                  July 28, 2022

220

1    accepting custody of any citizens, was it?

2            MR. DARROW:  Objection.

3        **A.    I don't believe so.**

4        Q.    Okay.  So that was always going to be a no.

5    I mean, you were always going to read that bullet

6    point, right?

7            MR. DARROW:  Objection.

8        **A.    Yeah, I think there were maybe some**

9    **conditions where there was a mandatory hold on**

10   **certain populations if they were bag and baggage,**

11   **flight risk.  So there were some exceptions.**

12       Q.    Okay.

13       **A.    Well, it says it in the next bullet.**

14       Q.    Okay.  Well, in the next bullet is -- it

15   makes it -- whether the non-citizen poses a threat to

16   national security, border security or a heightened

17   public safety risk.  Now, this e-mail for whatever

18   reason doesn't -- the previous one has citizens with

19   a paren S closed paren.  This one doesn't.  Is this

20   e-mail saying that you could actually split apart a

21   family unit and peel off a criminal or if someone

22   was, you know, the son of a terrorist, you know, you

Oritz , Raul                                                    July 28, 2022

221

1    would have the mother and son could go through and

2    the father who's a terrorist would be split off?  Is

3    that what it's kind of suggesting?

4              MR. DARROW:  Objection.

5        **A.    We have had situations in encounters of**

6    **family units where it could be potentially a mother**

7    **and a father, and the father would have a criminal**

8    **record and would be a mandatory detention, and so in**

9    **that case you're not separating the child from the**

10   **father, but you are taking one of the adults into**

11   **custody.**

12       Q.    Okay, all right.  That makes sense.  All

13   right.  And then the rest of the guidance on AR 0019

14   is just you have the documentation --

15       **A.    The process, yes.**

16       Q.    All right, and if you look at AR 21, it is

17   slightly different.  This is on August 11th, so the

18   process I guess has changed in some way, and what I'm

19   referring to specifically on the previous one, it

20   said until the date, and it had 15 days from entry,

21   and this one is says 60 days from entry, right?

22       **A.    That's correct.**

Oritz , Raul                                            July 28, 2022

                                                                222

1            MR. DARROW:  Objection.

2            BY MR. GUARD:

3       Q.    Okay.  And this one actually has a copy of

4  the stamp and telling them like explicitly how to

5  fill it out so they don't mess it up, correct?

6       **A.    That's correct, I had a conversation with**

7  **the A chief and ask that they specifically annotate**

8  **exactly what needed to be done.**

9       Q.    Fair enough.  All right, and then I think

10  the e-mail on AR 22 is the same as the e-mail that

11  was on AR 17, so this is just a -- they took an old

12  e-mail and stuck the first -- the top e-mail on it;

13  is that correct?

14      **A.    It appears to be similar, yes.**

15      Q.    They're both from August 5th at 1:48 p.m.,

16  and it looks the same.  All right, looking at AR 25

17  and 26, these again are just -- this is August 2nd of

18  2021, and again, it's just encounter data, right?

19      **A.    That's correct.**

20      Q.    All right.

21      **A.    Detention and encounter data.**

22      Q.    And you don't recall why this specific

Oritz , Raul                                                July 28, 2022

223

1    e-mail was chosen versus the other ones you get every

2    day.

3              MR. DARROW:  Objection.

4         A.    No.

5         Q.    Okay, all right.  Now you're to the next

6    page, which is AR 28, and this is from July 31st,

7    right?

8         A.    Yes.

9         Q.    And again, this is an e-mail to Rio Grande

10   Valley?

11        A.    That's correct.

12        Q.    All right.  And so this is -- so the

13   previous e-mail that we looked at was an August 5th

14   e-mail of 2021.  This is -- this is, you know, five

15   days earlier, right, and this e-mail that went to --

16   I don't know again who it went to, but it looks like

17   it is going to Rio Grande just based on the content

18   on the first line of AR 28, this e-mail says family

19   units or single adults in the one -- well, it's the

20   paragraph that begins with, "Agents may consider,"

21   right?

22        A.    That's correct.

Oritz , Raul                                      July 28, 2022

224

```
 1        Q.    All right, so did -- between July 31st and
 2   August 5th, was there a revision of the policy
 3   between whether -- whether single adults are included
 4   or not?
 5              MR. DARROW:  Objection.  That would be
 6   deliberative process.
 7              BY MR. GUARD:
 8        Q.    Okay.  So we have the memo, which says
 9   family units only, right?
10        A.    Yes.
11        Q.    Okay, and then we have, in a series of
12   time, we have an e-mail from August 5th that says
13   family units, right?
14        A.    Yes.
15        Q.    And then we have an e-mail from July 31st
16   that says family units and single adults, correct?
17        A.    That's correct.
18        Q.    Okay.  So when you issued the policy, it
19   was only family units, right?
20              MR. DARROW:  Objection.
21        A.    Yes.
22        Q.    Okay.  And if after the policy was issued,
```

Oritz , Raul                                                      July 28, 2022

225

1    at some point in time you added single adults, right?

2              MR. DARROW:  Objection.

3         A.    **Yes.**

4         Q.    Okay.  And most likely that would have been

5    communicated in an e-mail that would be similar to

6    this one, right?

7              MR. DARROW:  Objection.

8         A.    **Yes.**

9         Q.    Would it necessarily require a new memo?

10             MR. DARROW:  Objection.

11        A.    **Not necessarily.**

12        Q.    Okay, all right.  You can put that aside.

13   What number are we on now?

14             MR. DARROW:  Twenty-seven I believe.

15             MR. GUARD:  Twenty-seven.

16                           (Ortiz Exhibit No. 27

17                            was marked for

18                            identification.)

19             BY MR. GUARD:

20        Q.    I'm going to mark this exhibit as Exhibit

21   27 to your deposition.

22             MR. DARROW:  Thank you.

Oritz , Raul                                                July 28, 2022

226

```
 1            BY MR. GUARD:
 2       Q.    Have you seen Exhibit 27 before?
 3       A.    No.
 4       Q.    Okay, all right.  It is a document that is
 5   I believe signed by Mr. Barker, or excuse me, I
 6   should call him Chief Barker.  I need to call him the
 7   right title, but Chief Barker?
 8       A.    He likes to be called Dr. Barker, but
 9   that's okay.
10       Q.    I'll be glad to call him Dr. Barker.
11   Correct?
12       A.    Yes.
13       Q.    Okay, so on page 2 of the exhibit, it has
14   -- are you familiar with Mr. Barker's signature?
15       A.    I am.
16       Q.    Okay, and is that his signature on page 2?
17            MR. DARROW:  Objection.
18       A.    It appears to be.
19       Q.    Okay, all right.  If you look at the --
20   this one's not stamped with those nice numbers, but
21   if you look at the fourth page of the document,
22   there's a memo, correct?
```

Oritz , Raul                                                July 28, 2022

227

1       A.      Yes.

2       Q.      And that is the -- I believe you earlier in

3  the deposition talked about the July 18th, 2022 memo,

4  correct?

5       A.      **That's correct.**

6       Q.      All right.  Can you flip through this

7  document and see if your July 20th memo is anywhere

8  in here?

9       A.      **I do not see it.**

10      Q.      Okay, all right.  And that -- your July

11  20th memo implements this memo?

12      A.      **Typically when I receive a memo from the**

13  **secretary or the commissioner, I place a cover memo**

14  **and distribute it to the field for implementation.**

15  **So my July 20th memo would have been similar to this**

16  **memo without all of the additional information that I**

17  **don't -- I felt like, you know, the field didn't need**

18  **to have visibility on as far as, you know, some of**

19  **the policy issues.**

20      Q.      Okay, all right.  So it would have been a

21  -- kind of your summary of this memo with the points

22  that you believe to be relevant for Border Patrol.

Oritz , Raul                                          July 28, 2022

228

1              MR. DARROW:  Objection.

2      **A.     For implementation by the sector chiefs,**

3   **yes.**

4      Q.     Okay, all right.  All right.  And this memo

5   rescinds your previous memo, right?

6      **A.     That's correct.**

7      Q.     Okay.  And like your memo, this memo's

8   premised on capacity and detention space, right?

9              MR. DARROW:  Objection.

10     **A.     That's correct.**

11     Q.     And like your memo, your previous memo in

12   2021, this parole plus ATD memo is based on the

13   public benefit of disease mitigation, right?

14             MR. DARROW:  Objection.

15     **A.     Yeah, it's based upon the health and**

16   **welfare of the migrant population, Border Patrol**

17   **personnel --**

18     Q.     Okay.

19     **A.     -- and overcrowded conditions within the**

20   **facilities.**

21     Q.     And like with your memo -- well, this

22   memo's not -- on its face not limited to just family

Oritz , Raul                                              July 28, 2022

229

1   units, right?

2       A.    That's correct.

3       Q.    It applies to both family units and single

4   adults, correct?

5       A.    That's correct.

6       Q.    Okay.  And so if the triggers in this memo,

7   which are slightly different than your triggers, are

8   met, then both single adults and family units would

9   be released, right?

10          MR. DARROW:  Objection.

11      A.    Could be released, yes.

12      Q.    Okay.  Would they only be released if they

13  didn't meet some other pathway, like bag and baggage

14  or -- or something like that?

15          MR. DARROW:  Objection.

16      A.    There would be a few issues that would be

17  factored into the utilization of ATDP.  Whether we

18  had an opportunity to decompress the population into

19  other facilities along the southwest border.  We on

20  occasion will place some facilities or find a

21  solution to incur greater capacity numbers if we have

22  a repatriation flight scheduled in a certain

Oritz , Raul                                                July 28, 2022

230

1    location, and then if we know that ICE is going to be

2    able to receive certain populations, we will work

3    with them to try and transfer those individuals as

4    quickly as we possibly can.

5         Q.    Okay, but barring those things, single

6    adults and family units, when the triggers are met,

7    will be released.

8              MR. DARROW:  Objection.

9         A.    Can be released.

10        Q.    Okay.  And they're going to be released

11   kind of as a class or a group, right?

12             MR. DARROW:  Objection.

13        A.    Well, it's supposed to be considered on a

14   case-by-case basis, and then a lot of it will depend

15   on our capacity to process the migrant population.

16   So I have folks assigned from -- or agents assigned

17   from all over the country supporting these processing

18   efforts, to include the northern -- northern border.

19             So if -- we use Yuma as an example.  If we

20   start to see a spike in Yuma, we will empty out

21   facilities near southern Arizona to try and

22   accommodate those populations.  And so if a sector

Oritz , Raul                                              July 28, 2022

231

1    hits a trigger point, it doesn't automatically go

2    straight to ATD parole as a processing pathway.  We

3    look at whether there are any other options available

4    to us before we leverage the ATD parole pathway.

5        Q.    Okay.  When those options max out, then

6    everyone after that certain point is going to be

7    going to parole ATD point unless there is a criminal

8    threat, you know, national security threat or some

9    other kind of threat to the United States, right?

10            MR. DARROW:  Objection.

11       A.    Yeah, if they're public safety, flight

12   risk, and then if -- that will happen until we can

13   get those facilities under what we would consider,

14   you know, acceptable detention conditions.

15       Q.    Okay.  Now, you mentioned decompression.

16       A.    Yes.

17       Q.    Now, earlier on, I showed you some budget

18   documents where ICE had gotten rid of, you know,

19   thousands of beds, detention beds, right?

20       A.    Yes.

21       Q.    If they had not gotten rid of those

22   thousands of beds, there would have been another

Oritz , Raul                                      July 28, 2022

232

1   place where you could have transferred aliens to,

2   right?

3           MR. DARROW:  Objection.

4       **A.    Yeah, potentially there would have been an**

5   **opportunity to transfer more of the non-citizens or**

6   **migrants to ICE/ERO, but their capacity was -- even**

7   **at 50,000 weren't going to be enough to support the**

8   **amount of encounters we were experiencing.**

9       Q.    Okay.  And I appreciate that, but at

10  50,000, that's possibly another, you know, average

11  daily population of 20,000 additional migrants or

12  25,000 additional migrants being detained, right?

13          MR. DARROW:  Objection.

14      **A.    Yes.**

15      Q.    And that would have taken the pressure off

16  of Border Patrol and its detention facilities,

17  correct?

18          MR. DARROW:  Objection.

19      **A.    For a short period of time, it would have.**

20      Q.    Okay.

21      **A.    But when you're an apprehending 65, 70**

22  **thousand migrants in a 24-hour period, you can do the**

Oritz , Raul                                                    July 28, 2022

233

1    math.  It's not going to take long for them -- for us

2    to exceed their capacity also.

3         Q.    Okay.  And if the -- and that was a

4    decision by the Biden administration to not go

5    forward and to limit the capacity of ICE, right?

6              MR. DARROW:  Objection.  That calls for

7    deliberative process information.

8              BY MR. GUARD:

9         Q.    I'm just asking what administration made

10   that decision.  The decision's made in public.

11        A.    It would have been under this

12   administration, yes.

13        Q.    Okay.  And the Biden administration decided

14   to narrow other pathways too, correct?

15             MR. DARROW:  Objection.

16        A.    There were other pathways that were

17   eliminated, yes.

18        Q.    Okay.  And each one of those decisions in

19   the midst of a historic flood of aliens to the

20   southern border increased the pressure on Border

21   Patrol and its limited capacity, right?

22             MR. DARROW:  Objection.

Oritz , Raul                                          July 28, 2022

234

1       **A.      Yes.**

2       Q.      And as that pressure build, there's no

3    other choice other than to release, right?

4              MR. DARROW:  Objection.

5       **A.      That's correct.**

6       Q.      If you'll look at -- again, there's not

7    numbers on the bottom, but it's an e-mail -- there's

8    an e-mail from July 22nd, 2022.  Do you see that?

9       **A.      I do.**

10      Q.      All right.  Now, the policy's dated July

11   18th, 2022, right?

12      **A.      That's correct.**

13      Q.      So this e-mail couldn't possibly have been

14   considered by Commissioner Magnus and Mr. Johnson in

15   forming the policy, right, because it postdates the

16   policy.

17             MR. DARROW:  Objection.

18      **A.      That's correct.**

19      Q.      And is this an e-mail that you received?

20             MR. DARROW:  Objection.  That information

21   is blacked out for privilege reasons.

22             MR. GUARD:  What is your assertion of

Oritz , Raul                                                    July 28, 2022

235

 1   privilege?

 2          MR. DARROW:  Same -- same assertion as

 3   before, PII based on law enforcement.

 4          BY MR. GUARD:

 5     Q.    Well, you're going to enjoy defending them

 6   in front of the judge, but we'll deal with that

 7   later.  Now, if you'll look behind that, are these

 8   your -- your dashboards that you were talking about?

 9     **A.    They are similar to the dashboards.**

10     Q.    Okay.

11     **A.    These are actually dashboards that the**

12   **operations directorate uses.  The dashboard I use is**

13   **a little bit different, but I think it contains some**

14   **of the same information.**

15     Q.    Okay.  Is -- and you can flip --

16   unfortunately, again, there's not numbers on the

17   bottom of this.  There's another kind of different

18   dashboard.  I was just curious what you're actually

19   looking at.  This one has more than just "Border

20   Patrol" on it.  It says "Daily Snapshot" on the top

21   of it, and I'm trying to show it to you to make it

22   easier to find.  You got it right there.  You got it

Oritz , Raul                                              July 28, 2022

236

1    right there.  Does that look like your -- your -- no,

2    all right.

3        A.    I'm going to tell you, I don't look at this

4    dashboard.  It's too busy for me, and it -- I've

5    asked the team to get rid of it actually several

6    times.

7        Q.    Okay.

8        A.    They like it, so --

9        Q.    All right.

10       A.    As long as they use it for whatever

11   purposes they use it for, it's fine.

12       Q.    Okay, and then if you'll flip forward,

13   there's a third kind of dashboard in here.  It looks

14   like -- it's called SWB daily snapshot.

15            MR. DARROW:  Is this the one we're up to,

16   SAR 32?  Sorry, it's kind of small at the bottom.

17            MR. GUARD:  Forty-six --

18            MR. DARROW:  Oh, 46?

19            BY MR. GUARD:

20       Q.    -- is the one I got --

21       A.    Got it.

22       Q.    Okay.  Does that look like -- more like the

Oritz , Raul                                          July 28, 2022

237

1    dashboard you use, or still not.

2         A.    I don't like any of these, no.

3         Q.    Okay, all right.

4         A.    Sorry.

5         Q.    That's fine.  I was just curious.  All

6    right, and then if you look at -- actually, I now see

7    the SAR numbers.  I apologize for that.  If you look

8    at SAR 85 --

9         A.    Okay.

10        Q.    And there's temporary injunction entered

11   prohibiting the repeal of Title 42?

12        A.    Yeah.

13        Q.    Okay, all right.  You can put that aside.

14   I'm trying to speed this up.  The next I think 40

15   pages are what we previously looked at for your --

16   that were in your administrative record before, and

17   then at SAR122, it's something from the CDC?

18        A.    Yeah.

19        Q.    Okay.  And this is about the repeal of the

20   Title 42 order?

21        A.    That's correct.

22        Q.    All right, and then moving to SAR 152, this

Oritz , Raul                                                          July 28, 2022

238

1    -- is this the order that you were referring to

2    before about Yuma, or Tucson, the injunction?

3        A.    I believe it's the -- it pertains to the

4    Doe litigation, yes.

5        Q.    Okay, all right.  All right, you can put

6    that aside.  If I can have -- if we can take a break

7    for about ten minutes, I can just go through my

8    questions to see if I've got that down.  We may come

9    back and rest and then I'll move the corporate rep

10   deposition pretty quickly.

11           THE VIDEOGRAPHER:  We're now off the record

12   at 16:10.

13               (Recessed at 4:10 p.m.)

14               (Reconvened at 4:27 p.m.)

15           THE VIDEOGRAPHER:  We're now back on the

16   record at 16:27.

17           MR. GUARD:  I have no further questions for

18   you, Chief.  I thank you for your service to this

19   country, and I'll pass the witness.

20         EXAMINATION BY COUNSEL FOR THE DEFENDANTS

21           BY MR. DARROW:

22       Q.    Thank you.  Just have a few questions,

Oritz , Raul                                                    July 28, 2022

239

1    Chief.  Try not to prolong things any longer than we

2    have to.  I believe you testified before, and correct

3    me if I'm wrong, that the government is currently

4    using MPP, the migrant protection protocol, less than

5    it was before; is that correct?

6         A.    That's correct.

7         Q.    Okay, and why is that?

8         A.    There are a couple other factors that have

9    forced or reduced the number of enrollees in the MPP

10   program.  First, the coordination with the government

11   of Mexico has to occur, and currently as it exists,

12   the one sector that is accepting MPP enrollees are,

13   or the one area is South Texas.  Two, one of the

14   things we have seen is that many of the individuals

15   that are enrolled in the MPP program claim protected

16   status, whether they are part of a protected group.

17   And so once that happens, they are no longer -- or

18   they're removed from the MPP program or process.

19        Q.    Okay.  Any other factors?

20        A.    No.

21        Q.    We talked before about expedited removal.

22   Which agency is primarily responsible for doing the

Oritz , Raul                                             July 28, 2022

240

1    credible fears -- credible fear interviews of

2    non-citizens in expedited removal?

3        A.    So that responsibility falls to U.S. CIS,

4    Citizenship and Immigration Services.  They have

5    asylum officers that are assigned to conduct these

6    credible fear claims or CF claims.

7        Q.    Have there been border surges under other

8    administrations?

9        A.    I've been a Border Patrol agent for 31

10   years and I've been chasing traffic since 1996.  I

11   have worked in South Texas in '96.  In '98, I worked

12   in Southern California when traffic surged there.  In

13   2000, I worked in Arizona when traffic surged there,

14   and then I was the deputy chief or acting chief under

15   the 2014 UAC crisis and the 2019 family unit surge,

16   and so yeah, there have been surges throughout my

17   career.

18       Q.    Were there any surges under the previous

19   Trump administration?

20       A.    Yes.

21       Q.    I believe you also said before, and also,

22   please correct the record if I'm wrong on this, that

Oritz , Raul                                    July 28, 2022

241

1    the border crisis is making things unsafe for

2    Americans and aliens alike.  Do you remember saying

3    that?

4         A.    Yes.

5         Q.    And why is that?

6         A.    Well, what typically happens is the

7    criminal organizations use the migrant populations as

8    pawns in this effort.  They place them in harm's way,

9    as we saw last month when 53 migrants perished in the

10   back of a tractor trailer.  They promise and provide

11   information that is inaccurate, and quite often, that

12   puts them in peril.

13            And then what we also see is that, you

14   know, these criminal organizations are putting these

15   border communities in danger because they are hiring

16   smugglers and traffickers, and quite often we see

17   these second effects in the -- manifest themselves in

18   stash houses in neighborhoods.  We see, you know,

19   damage to property, ranchers and farmers or, you

20   know, having to repair fences and, you know,

21   accommodate for livestock that are lost when these

22   smugglers drive through their property, so -- and

Oritz , Raul                                    July 28, 2022

242

1    **then you have these smugglers that are just -- you**

2    **know, have little regard for the safety of the**

3    **community out there.**

4        Q.    I'd like to go back to what I believe is

5    marked as Exhibit 6 briefly.  It's this document

6    that's top line points.  Is it all right if I have

7    the witness look at my copy?

8            MR. GUARD:  That'll speed things up.

9            MR. DARROW:  Yeah, here you go.

10           MR. GUARD:  That's fine.

11           THE WITNESS:  Sorry.

12           BY MR. DARROW:

13       Q.    It's okay.  I opened it to the second page

14   --

15       A.    **All right.**

16       Q.    -- so we're all looking at the same --

17   there is there at the top a list of bullet points

18   with push-pull factors that we spoke about before.

19   Do you recall that?

20       A.    **Yes, I do.**

21       Q.    Are there any push-pull factors that you

22   have experienced that are not included in that list?

Oritz , Raul                                             July 28, 2022

243

1        A.      Yeah, one of the things that, you know,

2    that we were just talking about is the criminal

3    organizations or the transnational criminal

4    organizations that are reaping all kinds of benefits

5    from migration and the surges that we're experiencing

6    right now, both from a -- the fees that they charge

7    the migrants that they're trafficking, and the fact

8    that they continue to flood the border area with, you

9    know, narcotics and whatnot.

10            So those are the criminal organizations'

11   ability to drive migration, not just in and along the

12   border area, but you know, in specific locations.

13   Cartel violence occurs south of many of our sectors,

14   and as we've seen acts of violence perpetrated

15   against our officers quite often.  We've had more

16   agents assaulted this year than we ever have, and we

17   continue to see increase in firearm seizures.  So

18   certainly the criminal organizations drive, you know,

19   these migrant populations because it's a billion

20   dollar business for them.

21            Previously cartels focused principally on

22   narcotics trafficking.  Now based upon some of the

Oritz , Raul                                          July 28, 2022

244

1   information that we receive from our intelligence

2   sources, it isn't uncommon for us to see these plaza

3   bosses or cartel bosses reap as much proceeds from

4   immigration smuggling as they do from narcotics

5   trafficking.

6        Q.    So among the factors, the ones listed on

7   the page and the ones that you just enumerated, and

8   feel free to review them further if you need to,

9   would you say that some factors are more significant

10  than others in -- in pushing as a push/pull factor?

11       A.    Yes, most definitely.  I think almost every

12  single one of the migrants that we encounter are

13  being driven by economic opportunities that exist or

14  the lack of economic opportunities in their home

15  country, and so that certainly is a factor that is

16  considered.  I track the remittances that occur

17  between the U.S. and Central America and Mexico, and

18  what is an indicator as to what type of migration

19  trends we may begin to see, and what I've seen over

20  the last several years is an uptick in those

21  remittances.

22            And so this is certainly in a COVID global

Oritz , Raul                                                    July 28, 2022

                                                                        245

1    environment, and lack of opportunities in some of

2    these countries is certainly pushing migrant -- these

3    migrant populations to an area where, you know, our

4    medical care and facilities are much better than what

5    they may be experiencing in Central America, South

6    America.  You see the political unrest that's

7    occurring in Peru and Venezuela and some of the other

8    countries is a significant driver of the population

9    into the U.S.

10       Q.    All right, we don't need to look at that

11   exhibit anymore.  How has Border Patrol's processing

12   capacity changed since January 20th, 2021?

13       A.    One of the things that question have been

14   able to invest in considerably is our ability to

15   process the migrant populations much more

16   efficiently.  We have made some significant

17   investments in our ability to begin the process much

18   sooner.  We have and are currently working on an

19   electronic A file.  Traditionally Border Patrol, when

20   they would issue an A file, everything was done via

21   computer and printed out and signed and stored in a

22   paper file system.

Oritz , Raul                                          July 28, 2022

246

1           We are rolling out our electronic A file

2     system across the country.  We are working on our

3     unified processing module, which will allow us to

4     transfer information from us to the other component

5     agencies to include CIS and ICE, Immigration and

6     Customs Enforcement.  We are able to take biometrics

7     in the field and determine immediately whether

8     somebody has been apprehended previously, whether

9     they have a criminal record, and whether they are a

10    threat to our national security or to our officers.

11          So what we've been able to do is speed up

12    the processing in some locations by as much as, you

13    know, half, or cut the processing times in half in

14    many locations, and this is -- you know, we do not

15    have unfortunately mobile devices in every Border

16    Patrol agent's hands, but we're working on

17    prioritizing that in those sectors that are seeing

18    the highest increases of flow.  Yuma's a hundred

19    percent conducting mobile intake, and our plan is to

20    roll it out to Del Rio and Rio Grande Valley, and

21    then continue to expand that across both the

22    southwest border and the northern border.

Oritz , Raul                                      July 28, 2022

247

1          So on top of being able to make some

2     investments in some of our processing centers, to

3     include the one I mentioned earlier, the Ursula

4     facility, which has the ability to house about a

5     thousand people in a hardened structure, we continue

6     to also update and modernize our processing programs

7     because they certainly were in need of improvement.

8          Q.    And what impact does -- does cutting

9     processing time have on the immigration process as a

10    whole?

11         A.    Well, one, it's going to make it more

12    efficient, and two, it allows us to segregate the no-

13    threat humanitarian asylum seeker population from

14    what would -- what I would consider my normal or

15    traditional border security work, which are those

16    migrants that are seeking to come to the U.S. for

17    strictly economic reasons and would not, you know, be

18    eligible for some sort of immigration benefit based

19    upon, you know, humanitarian or political conditions.

20         MR. DARROW:  All right.  Thank you very

21    much, Chief.  That's it for us.

22         FURTHER EXAMINATION BY COUNSEL FOR PLAINTIFF

Oritz , Raul                                                     July 28, 2022

248

```
 1          BY MR. GUARD:

 2     Q.    Okay, just a couple follow-ups.  You were

 3   just asked about MPP.  That program was suspended

 4   after the Biden administration took over, correct?

 5     A.    Yes.

 6     Q.    All right, and then it had to be restarted

 7   as a result of a court order; is that correct?

 8     A.    Yes.

 9     Q.    Okay, and so the fact that it's only

10   available in one sector reflects its suspension and

11   the court order, right?

12          MR. DARROW:  Objection.

13     A.    Yes.

14     Q.    Okay.  You mention the protected group.

15   Can you -- what is -- what --

16     A.    LGBQ2 -- QT.

17     Q.    Okay.

18     A.    Yeah.

19     Q.    Okay.

20     A.    Sorry.

21     Q.    I just wanted to make sure I understood

22   what that was.
```

Oritz , Raul                                          July 28, 2022

249

1       A.      Uh-huh.

2       Q.      And then finally -- well, I may have two

3   questions.   You mentioned that you had been chasing

4   traffic since you got on the job and had seen

5   previous surges, right?  Have you ever seen traffic

6   like this before?

7       A.      Yes, in -- let me explain.  In 1991, when I

8   started, we had about 4,000 Border Patrol agents, and

9   the amount of apprehensions didn't even come close to

10  the amount of people that got away from us.  There --

11  I mean, we couldn't even count how many people got

12  away from us.  So I can tell you that, you know,

13  those first couple of years in my career weren't even

14  close, and that was -- and I was only one sector.  I

15  didn't have the national perspective, but I'm sure

16  that played out in multiple sectors.

17          Two, the population that we're experiencing

18  now is a little bit different than what we've

19  experienced in other surges.  When I was assigned to

20  South Texas in '96, Arizona in 2000, Southern

21  California in '98, during those surges, that

22  population wasn't turning themselves in to our Border

Oritz , Raul                                                          July 28, 2022

250

1    Patrol agents.  They were all trying to evade

2    apprehension.  What we're experiencing now,

3    specifically in Yuma, Del Rio, and to some degree Rio

4    Grande Valley is, you know, 75 percent of that

5    population is turning themselves in, and then roughly

6    25 or maybe a little bit more than that are actually

7    trying to evade apprehension.

8            This isn't a matter of us not having the

9    ability to encounter those groups.  This is when you

10   break down the 1.8 million apprehensions that we've

11   already made so far this year, I would imagine quite

12   a few of those large groups are this no-threat

13   humanitarian population that, you know, should be

14   processed at a port of entry.

15   Q.    Are the individuals that are turning

16   themselves in -- are they turning themselves in

17   because they believe they're going to be paroled?

18           MR. DARROW:  Objection.

19           THE WITNESS:  I would imagine that they're

20   turning themselves in because they think they're

21   going to be released, yes.

22           MR. GUARD:  Okay, all right.  I don't think

Oritz , Raul                                                July 28, 2022

251

1   I have any further questions.  Do you want to explain

2   read versus waive?  Or I guess by -- I guess if you

3   can have follow-ups.

4           MR. DARROW:  No, no, no, that -- yeah,

5   we're going to -- we're going to read.

6           MR. GUARD:  Okay, all right.

7           MR. DARROW:  And could we also request

8   scans of the marketed exhibits for the witness?

9           MR. GUARD:  Sure, I'm going to have her

10  make electronic copies of them.

11          MR. DARROW:  Okay.

12          MR. GUARD:  So I'm -- I'm fine with that

13  because that's easier for me too.

14          MR. DARROW:  Okay, great.

15          MR. GUARD:  All right.  We're going to go

16  off the record and then back on for the corporate rep

17  deposition, which is going to be extremely short.

18          THE VIDEOGRAPHER:  This concludes today's

19  deposition.  We're now off the record at 16:44.

20          (Whereupon, at 4:44 p.m., the taking of the

21  instant deposition ceased.)

22

Oritz , Raul                                      July 28, 2022

252

```
1              CERTIFICATE OF DEPONENT

2          I have read and examined the foregoing

3    pages and find the answers contained therein with

4    changes made by me, if any, to be true and correct.

5

6                        _____

7                        Signature of the Witness

8

9          Subscribed and sworn to before me this

10   _____ day of_____, 20____.

11

12

13                       _____

14                       Notary Public in and for

15                       _____

16

17   My Commission Expires _____.

18

19

20

21

22
```

Oritz , Raul                                               July 28, 2022

253

1   UNITED STATES OF AMERICA   )

2                              ss:

3   COMMONWEALTH OF VIRGINIA   )

4          I, KAREN C. YOUNG, a Notary Public within

5   and for the Commonwealth of Virginia, do hereby

6   certify that the witness whose deposition is

7   hereinbefore set forth was duly sworn and that the

8   within transcript is a true record of the testimony

9   given by such witness.

10         I further certify that I am not related to

11  any of the parties to this action by blood or

12  marriage and that I am in no way interested in the

13  outcome of this matter.

14         IN WITNESS WHEREOF, I have hereunto set my

15  hand this 4th day of August, 2022.

16

17

18         _____

19

20  My commission expires:

21  June 30, 2026

22  Registration No. 7046852

Oritz , Raul

July 28, 2022

1

| **A** | | | | |
|---|---|---|---|---|
| **a.m** 1:20 6:11 68:20,21 119:9 | 106:8 151:13 162:7 168:19 219:13,20 | 64:6 **Ada** 55:10 **added** 195:21 225:1 | 240:19 248:4 **administrati...** 240:8 | 125:16 136:8 143:9 165:10 221:10 |
| **abbreviate** 13:22 | **acceptable** 231:14 | **addition** 111:16 | **administrative** 5:14,15 | 223:19 224:3 224:16 225:1 |
| **abbreviations** 13:21 | **accepting** 106:5 220:1 | 139:11 **additional** | 195:18,22 197:2 214:18 | 229:4,8 230:6 |
| **ability** 10:5 93:11 94:9 | 239:12 **access** 141:5 | 30:6,11 121:2 148:20 | 217:14 237:16 | **advised** 156:4 **advising** |
| 117:21 120:20 | **accommodate** 230:22 | 195:15,21 227:16 | **admissibility** 194:5 | 157:22 **advisor** 19:11 |
| 121:15,19 145:16,17 | 241:21 **accompanied** | 232:11,12 **additions** | **admissible** 75:11 174:4 | **affect** 133:21 172:18 |
| 172:22,22 173:3 243:11 | 192:1 **accomplish** | 128:1 **address** 7:14 | **admission** 78:7 98:22 | 180:21 **Afghanistan** |
| 245:14,17 247:4 250:9 | 96:14 **account** | 143:12 144:22 | 112:21 192:11 | 15:12 19:9 19:12 21:6 |
| **able** 21:11 30:18 45:6 | 209:12 **accountability** | 145:12 146:13 147:1 | **admissions** 14:5 | **age** 30:16,16 **agencies** |
| 60:3 65:7 94:2 116:18 | 206:13 209:6 **accountable** | **addresses** 145:6 149:6 | **admit** 67:1 **admitted** | 21:13 28:7 134:1 187:21 |
| 120:20,21 147:5 149:1 | 209:20 210:3 **accurate** 34:9 | 149:8 **adds** 184:16 | 26:20 27:3,7 77:7 | 191:22 246:5 **agency** 14:19 |
| 158:5 168:12 173:14,16 | 67:9 **acronym** | **adjutant** 12:22 13:2 | **ADP** 125:6,9 125:10,14,20 | 17:20 120:18 239:22 |
| 198:1 230:2 245:14 246:6 | 125:11 **acronyms** | **administrati...** 50:7,15 | 126:10 130:8 131:4,17 | **agent** 16:8 18:22,22 |
| 246:11 247:1 **above-entitled** | 184:2,3 **act** 36:12,15 | 58:16 70:3 70:12,15 | 134:11 135:10 136:5 | 19:3,5 24:15 58:8 59:3 |
| 1:17 **abscond** 143:4 | 75:19 76:11 77:2 191:14 | 71:10 95:20 96:8 99:10 | 139:6,8,12 **adult** 125:20 | 74:13,15 75:6,10,15 |
| **absconded** 142:9,15,22 | **acting** 60:19 61:7 154:19 | 109:1,17 120:10 | 130:8 131:21 134:10 | 81:7 85:11 89:21 105:14 |
| **absentia** 114:5 **absurd** 168:13 | 160:6 169:21 214:6 240:14 | 124:20 125:1 140:5 159:5 | 135:10 136:6 139:8,12 | 112:10 240:9 **agent's** 246:16 |
| **ACA** 184:1,6 188:15 | **action** 12:1,5 99:10 253:11 | 163:21 164:3 173:13,16 | **adults** 30:8,22 31:20 32:5,9 | **agents** 4:6 16:1 20:15 |
| **academy** 15:15,18,20 | **actions** 48:18 50:12,20 | 174:1,8,9 175:6,7 | 32:15 92:12 102:5 103:21 | 24:9 26:6 30:17 77:17 |
| 16:8 20:7 30:18 | **active** 16:2 **acts** 243:14 | 176:2,15 180:2 189:7 | 114:18 115:4 115:10 116:2 | 86:13 89:10 89:15,21 |
| **accept** 40:10 45:12,17 | **actual** 75:2 155:21 **Acuna** 63:21 | 189:19 233:4 233:9,12,13 | 116:12,15 117:2 118:10 118:18,22 | 90:3,7 109:6 111:17 150:10 155:3 |

Oritz , Raul

July 28, 2022

2

| | | | | |
|---|---|---|---|---|
| 174:3,12 | 85:11,17 | 145:18 | 123:6 162:10 | 111:7 113:6 |
| 175:9 197:10 | 86:9 87:9,12 | 149:11 150:1 | 166:3 232:8 | 113:19 114:1 |
| 197:10,12 | 87:17,22 | 173:15,17 | 249:9,10 | 114:2 144:18 |
| 200:1,2,4,15 | 88:9,13,21 | 174:3,10 | **amounts** | 145:9 162:16 |
| 204:17 | 89:2 91:3 | 175:8 183:13 | 46:13 | 163:12 |
| 205:14 208:5 | 92:21 93:5 | 185:21 189:8 | **Analysis** 5:3 | 165:22 185:3 |
| 211:8 223:20 | 105:19 | 189:18 | **and/or** 152:18 | 188:4 189:2 |
| 230:16 | 113:22 | 191:15 | **anecdotal** | 189:9,16,17 |
| 243:16 249:8 | 130:22 | 199:10 | 149:10 | 204:8,11 |
| 250:1 | 141:14 145:6 | 207:12,18 | **Angeles** 29:15 | **APPEARAN...** |
| **ago** 16:16 | 147:14,15 | 232:1 233:19 | **Anita** 2:4 7:1 | 2:1 |
| 43:14 130:10 | 163:12,16 | 241:2 | **Anita.Patel...** | **appears** 34:12 |
| **agree** 30:5 | 164:7 165:14 | **alike** 53:11 | 2:8 | 47:16 123:20 |
| 36:11,18 | 185:7 191:15 | 241:2 | **ankle** 209:9 | 124:12,16 |
| 40:4,18,22 | 192:4 | **allow** 96:17 | **annotate** | 129:5 130:11 |
| 41:5,10,14 | **aliens** 27:11 | 145:20 | 222:7 | 131:6 132:6 |
| 41:14 44:6 | 40:5,10,15 | 178:19 246:3 | **answer** 8:22 | 157:16 |
| 44:11 52:22 | 41:1,6,11,16 | **allowed** 67:20 | 9:6,7,12 | 158:15 171:1 |
| 56:18 67:22 | 41:21 42:13 | 135:16,17 | 24:19 25:11 | 184:21 |
| 86:1 148:9 | 45:13,17,18 | 209:11 | 93:14 102:10 | 188:18 |
| 150:16 | 46:2 53:11 | **allowing** 96:14 | 105:18 | 189:22 193:9 |
| 200:18,20 | 53:19 54:2 | **allows** 92:2,8 | 107:20 147:5 | 193:14 |
| 201:6 | 56:18 58:16 | 98:21 99:4 | 149:3 155:9 | 222:14 |
| **agreement** | 59:3,8,13 | 113:2,3 | 155:14 | 226:18 |
| 74:22 82:1,5 | 60:1 65:2 | 208:13 | 160:17 | **apple** 204:18 |
| **agreements** | 68:1 74:11 | 247:12 | 175:11 | **application** |
| 184:7 | 77:6 80:6,12 | **alternate** | 203:20 | 78:6,9,14 |
| **agrees** 40:1,9 | 84:4 85:7 | 141:22 142:2 | **answer's** | 87:13 112:21 |
| **agricultural** | 86:15,19 | **alternative** | 32:19 | **applies** 194:3 |
| 38:4 | 87:5 95:7 | 140:10 142:9 | **answers** 252:3 | 194:4 229:3 |
| **ahead** 9:6 47:3 | 97:13 98:22 | 212:12 | **anybody** 25:19 | **appointee** |
| 182:1 | 99:5 100:20 | **amenable** | **anymore** | 37:11,17,18 |
| **airports** 35:5 | 103:1 107:12 | 105:16 | 245:11 | **appointees** |
| 38:5 194:4 | 108:22 | 170:16 | **anyway** 174:16 | 37:8 |
| **al** 1:10 6:6 | 109:11 | 171:14 173:8 | **apart** 31:19 | **appreciate** |
| **alcohol** 10:4 | 111:10 | **America** 1:9 | 220:20 | 16:7 122:8 |
| **alien** 25:1,5 | 113:11,12 | 6:6 57:9 | **apologize** | 122:21 |
| 26:18 27:1,2 | 121:10 127:8 | 63:13,17 | 12:11 79:1 | 135:18 164:5 |
| 27:5 74:14 | 131:1 137:9 | 244:17 245:5 | 98:18 102:20 | 183:20 |
| 74:15 75:3,7 | 140:5,6,6 | 245:6 253:1 | 198:6 214:4 | 200:18 232:9 |
| 75:10,16 | 141:19,20 | **Americans** | 237:7 | **apprehended** |
| 78:13 79:12 | 142:14,22 | 53:11 212:9 | **appear** 55:5 | 45:22 246:8 |
| 79:15 81:10 | 143:4,7 | 241:2 | 74:19 110:15 | **apprehending** |
| 81:12 82:17 | 144:16 | **amount** 23:21 | 110:19 111:1 | 148:12 |

161:15
232:21
**apprehension**
212:21 250:2
250:7
**apprehensio...**
48:12 131:1
183:9 185:16
249:9 250:10
**approach**
23:17 211:19
**appropriate**
75:15 192:4
**appropriated**
137:5
**appropriately**
21:12
**appropriates**
130:19
**appropriators**
132:9
**approval**
22:22 23:5
**approve** 117:1
**approved** 23:4
114:18 117:4
117:7,12,15
**approximate**
164:5
**approximately**
16:20 18:16
19:17,19
64:14 104:16
118:22 163:6
163:18
**April** 195:15
**AR** 195:2,2
196:11 197:5
197:6 206:11
212:6 217:19
218:5,15
219:14
221:13,16
222:10,11,16

223:6,18
**area** 32:14
80:18 145:18
175:15
239:13 243:8
243:12 245:3
**areas** 93:20
94:10 173:4
**Arizona**
202:14
230:21
240:13
249:20
**Arlington** 1:13
1:20 6:10
**arrangements**
207:21
**arrest** 74:20
110:18,19
111:6,9
**arrivals** 132:10
**arrived** 55:2
65:5
**arriving** 95:7
**arrow** 46:7,9
46:14
**articles** 180:16
180:21
**ascertain** 65:8
**aside** 60:6
132:22 169:4
180:15 190:2
193:15
194:12
225:12
237:13 238:6
**asked** 8:15
198:5,11
236:5 248:3
**asking** 11:1
69:4 102:13
108:6 127:14
127:18 146:5
153:14

160:13,14
162:14 165:3
169:16 176:6
209:3,4
233:9
**asks** 88:13
**assaulted**
243:16
**assertion**
234:22 235:2
**assessment**
65:7
**assigned** 15:3
15:8 20:16
21:6 211:4
230:16,16
240:5 249:19
**assistant** 19:3
19:8 198:14
218:18
**associate**
198:11
**associated**
143:11
**associates**
118:12
**assume** 9:1
16:14 64:22
74:1,10
103:16 109:4
126:1 140:16
167:19 181:2
214:20
215:14 216:1
216:10
**assumed**
141:8 150:8
**assuming** 82:4
168:16
**assumption**
172:6
**asylum** 81:19
82:18 83:1
83:18,22

84:5,8 85:1,8
85:11 86:2
86:20 87:8
87:13,16
88:9,22
95:16 107:10
184:4,5,6
187:11
205:14,17,17
205:19 240:5
247:13
**ATD** 14:11
113:16
114:14,16,21
115:3,11
117:2,12,16
118:3,11
119:1 140:2
140:4 143:8
146:17,21
147:10,19
196:2 204:17
205:5,11,13
206:2,8,12
210:13 212:7
228:12 231:2
231:4,7
**ATDP** 229:17
**ATDs** 116:15
**attache** 15:4,7
15:11 19:12
**attended**
200:5 201:7
**attention**
195:17
196:10
**Attorney** 2:5
6:17
**attorneys** 6:12
**audible** 8:9,16
**August** 16:15
215:8,8,8
218:16
221:17

222:15,17
223:13 224:2
224:12
253:15
**authorities**
105:2
**authority**
17:14 74:19
77:17 99:9
100:6
**authorization**
163:11
**authorize** 46:1
**authorized**
118:2 126:2
136:14 137:5
**authorizes**
45:17,21
**automatically**
231:1
**availability**
109:10
**available**
47:15 49:13
110:7 122:10
157:5 231:3
248:10
**Avenue** 7:16
**avenues**
145:13
**average** 24:14
126:7,9,17
131:10 162:2
212:17,17
216:14
232:10
**averages**
211:21
**avoid** 9:22
166:6
**aware** 29:20
53:18 71:19
108:8 197:1
**awful** 13:15

Oritz , Raul

July 28, 2022

4

21:14
**awfully** 25:13

**B**
**b** 4:1 77:15
78:20,22
79:1 87:2,2
87:15 88:15
88:17,17,17
95:5
**B-L-U-F** 219:3
**back** 15:5
19:12 39:1
40:5 53:14
55:15 63:7
68:22 85:3
87:1 95:4
99:15 107:15
108:14 115:5
118:10
119:11
120:14
124:10 130:5
131:6 151:21
152:1 154:9
159:11
162:13 165:4
167:8,11
168:8 175:1
175:4 177:9
187:10 188:3
195:9 217:19
238:9,15
241:10 242:4
251:16
**backwards**
18:18
**bad** 114:12
210:3
**bag** 112:6,15
220:10
229:13
**baggage** 112:6
112:15

**220:10**
229:13
**bar** 98:22
103:15
**Barker** 5:5,6
12:7,9 160:1
160:8 161:5
161:21 162:4
162:14,18
167:13
168:11
169:18 226:5
226:6,7,8,10
**Barker's** 170:7
170:20
226:14
**barring** 230:5
**based** 90:13
92:21 93:5
148:4 159:9
163:13 174:6
184:14
223:17
228:12,15
235:3 243:22
247:18
**basically**
144:21
156:11
**basis** 100:8,18
174:6 202:7
230:14
**Bataan** 9:10
**bed** 122:2
130:8 131:16
131:21
158:12
**beds** 66:8,16
72:3,6,7
122:10,12
125:20,21
131:22 136:9
137:11
139:14

**231:19,19,22**
**began** 65:20
163:19
**beginning**
105:11
202:21
211:11
**begins** 6:3
84:9 223:20
**begun** 63:17
**behalf** 2:2,10
7:3,5,7,9
**behave** 9:19
**behavior** 26:3
**beings** 9:19
**believe** 13:14
14:10 15:20
26:17,22
27:5 35:10
72:9 76:10
92:13 100:5
107:1,22
108:20 113:6
120:14 135:5
137:4 143:3
166:5 171:10
172:1 179:3
181:8 187:1
187:8 188:22
190:10 193:7
198:15 200:2
205:8 214:5
220:3 225:14
226:5 227:2
227:22 238:3
239:2 240:21
242:4 250:17
**believes** 74:14
**Ben** 2:13
**Bend** 94:4
**benefit** 228:13
247:18
**benefits** 243:4
**best** 72:19

**better** 22:10
71:14 147:9
147:14
178:21 204:3
245:4
**Biden** 4:13
50:7,14 51:1
51:9 58:15
59:1,12,18
59:22 68:6
71:9 72:17
95:20 108:22
152:11 159:5
163:21 174:8
175:5 176:2
176:15 180:2
189:19 233:4
233:13 248:4
**Biden's** 68:7
69:5
**big** 79:1,7
87:15,15
94:4 95:5
128:20
**billion** 16:21
243:19
**binding** 13:8
**biographical**
80:1 103:5
103:17 145:5
207:3,5,15
**biometrics**
103:5,10,12
246:6
**bit** 92:2 114:15
164:18 165:6
205:13
235:13
249:18 250:6
**blacked** 102:2
102:9 153:7
214:21
234:21
**blocked**

151:22
153:13 162:6
169:17 170:1
170:6
**blood** 253:11
**BLUF** 219:3
**border** 4:5,10
4:11 14:15
14:19 15:1,5
15:14,17
16:1,10,12
16:19 17:1,1
17:4,5,7,10
17:15,18,22
18:8,21 19:4
20:6,12,15
21:2,10,21
22:1,9 24:8
24:15,21
25:3,7,8,15
25:19,22
26:2,6 27:12
27:15,20,22
28:8 29:7
30:6,12,16
31:10,18
32:2,8,22
33:4,9,14
34:13,16,19
35:1,3,8 36:1
36:6,8,9,10
36:11,19
37:13,20
38:11 39:13
39:16,19
40:2,9,14,15
40:19 41:2
41:11,15
42:7 43:17
44:1,13,17
46:13,20
47:20 48:2
48:12 50:8
50:17 51:13

Oritz , Raul

July 28, 2022

5

| | | | | |
|---|---|---|---|---|
| 51:19 52:5 | 160:2,5,20 | 110:12 | 123:20 124:1 | 140:13 177:3 |
| 52:19 53:1,5 | 160:21 | 112:19 125:5 | 124:14,18,22 | 198:11 226:6 |
| 53:10,10 | 161:22 163:3 | 129:15 | 125:8 127:15 | 226:6,10 |
| 54:13 55:2 | 163:10,11 | 131:16 132:8 | 128:1,5,10 | **called** 1:16 |
| 58:8 59:2,9 | 164:12 168:2 | 178:13 | 129:3 130:9 | 7:16 95:11 |
| 59:17 62:8 | 171:14 172:3 | 185:14,15 | 131:20 133:9 | 109:10 144:7 |
| 67:8 71:16 | 174:11 175:9 | 219:4 234:7 | 134:9 135:22 | 187:19 226:8 |
| 72:1 74:7,12 | 175:20 | 235:17 | 136:8,19,20 | 236:14 |
| 74:12,14,18 | 176:10,13,17 | 236:16 | 138:4,20 | **calls** 160:11 |
| 75:6,9,14 | 183:4,9 | **Boulevard** | 139:5,9,12 | 233:6 |
| 77:17 78:12 | 185:16,16 | 1:19 6:9 | 139:20 | **camp** 96:18 |
| 79:10 80:7,7 | 187:15 | **box** 2:13 103:9 | 202:22 203:2 | 187:9,9,9 |
| 80:13,18 | 190:16,22 | 106:3 | 231:17 | **camps** 187:19 |
| 81:7 84:5,8 | 192:15 | **bracelets** | **budgetary** | **Canadian** |
| 85:3 86:13 | 197:13 | 209:10 | 20:20 210:9 | 38:14 |
| 86:19 89:9 | 199:13,18,21 | **break** 9:11 | **budgets** | **cancelled** 63:8 |
| 89:14,20 | 200:17 | 10:15 68:11 | 141:18 | 63:9 64:11 |
| 90:3,7 91:12 | 201:17 | 68:11 69:4 | **build** 234:2 | **Candidate** |
| 93:21 94:17 | 204:17 | 119:4,7 | **bullet** 54:20 | 68:7 69:5 |
| 96:13 101:20 | 205:14 | 174:15 238:6 | 55:9,16,18 | **capacity** 10:10 |
| 105:14 106:5 | 207:11 208:5 | 250:10 | 57:5,5 58:3 | 10:13,15 |
| 108:17,22 | 211:8 214:1 | **breaks** 9:13,13 | 71:5 219:11 | 16:10 32:10 |
| 109:1,5 | 215:1,1 | **bridge** 61:15 | 219:17 220:5 | 32:22 33:9 |
| 111:16 | 220:16 | 63:16 65:3,6 | 220:13,14 | 44:13,16 |
| 118:12 | 227:22 | **brief** 4:18,22 | 242:17 | 71:20 72:5 |
| 119:15,18,20 | 228:16 | 5:1 123:19 | **bunch** 13:20 | 117:18 |
| 120:2 122:11 | 229:19 | 131:20 133:9 | 102:14 | 119:17,20 |
| 124:6 128:2 | 230:18 | 138:4,20 | 167:15 | 120:2,16 |
| 128:4,11 | 232:16 | **briefly** 177:10 | **bused** 65:22 | 121:21 122:5 |
| 130:21 | 233:20,20 | 242:5 | **buses** 63:21 | 122:6 126:9 |
| 133:21,22 | 235:19 240:7 | **bring** 11:19 | **busier** 168:3 | 130:20 |
| 137:9 138:8 | 240:9 241:1 | 120:12 | **business** 7:14 | 132:11 |
| 138:17 | 241:15 243:8 | **broader** | 243:20 | 139:21 140:2 |
| 139:19 141:9 | 243:12 | 146:20 | **busy** 236:4 | 154:19 |
| 142:13 143:3 | 245:11,19 | 178:20 | | 168:21 192:8 |
| 143:7 144:10 | 246:15,22,22 | **broke** 119:14 | — C — | 210:7 228:8 |
| 145:1,4,16 | 247:15 249:8 | **broken** 46:6,9 | **C** 3:1 6:1 79:7 | 229:21 |
| 146:2,3 | 249:22 | 46:14 | 95:5,6 253:4 | 230:15 232:6 |
| 148:5,19 | **boss** 12:17 | **brought** 140:4 | **calendar** 96:5 | 233:2,5,21 |
| 149:12 | **bosses** 244:3 | **bubble** 114:15 | **California** | 245:12 |
| 152:18 153:9 | 244:3 | 117:11 | 18:22 240:12 | **Capitol** 2:6 |
| 154:13,15 | **bottom** 39:4 | **budget** 4:18 | 249:21 | **caravans** |
| 155:3,4 | 95:6,8 103:9 | 4:20,22 5:1 | **call** 31:17 | 59:17,20 |
| 156:3 157:19 | 106:3,20 | 16:21 123:19 | 75:21 80:20 | **care** 9:7 30:14 |

Oritz , Raul

July 28, 2022

6

121:15,17
245:4
**career** 22:2
27:10,21
37:8,10,12
37:16 240:17
249:13
**cargo** 38:19
**Caribbean**
149:16
**cartel** 243:13
244:3
**cartels** 243:21
**carve** 31:5
32:16
**case** 1:8 6:6,8
71:6 72:20
102:18
120:20 144:6
221:9
**case-by-case**
100:7,18
230:14
**cases** 30:15
**catch** 141:10
141:12,14
**categories**
110:13
**categorized**
164:15
**category**
163:19
164:13 185:6
185:22 187:6
187:20 189:3
**cause** 94:17
168:21
**caused** 61:6
**CBP** 2:17 4:7,8
34:19,22
35:8 36:13
37:14 39:10
47:11 48:18
49:9 50:12

54:1,13 56:1
114:18 124:4
124:5 129:11
133:22 134:3
138:14 146:3
163:10 171:4
182:14,17
194:3
**CBP's** 47:15
49:13 163:11
**cc** 169:16
**cc-ing** 167:14
**CD** 74:9
**CDC** 104:8
237:17
**CE** 5:7
**cease** 33:13
163:5
**ceased** 251:21
**cell** 210:8
**cells** 32:13
**center** 31:4
84:21 85:4
120:8 158:19
**centered** 21:8
21:16 113:1
171:11
175:16 177:7
**centers** 66:3
69:18 122:3
122:15 156:6
156:8,9
211:5 247:2
**central** 57:9
158:2 212:9
244:17 245:5
**centralized**
84:21 120:7
**Centro** 94:4
**certain** 84:19
87:4 93:20
94:9 96:5
97:12,17
100:20,21

106:4 114:17
117:17 118:2
118:3 163:13
211:21
220:10
229:22 230:2
231:6
**certainly** 17:14
23:17 25:12
32:13 38:6
38:12 93:12
95:2 148:14
157:2 201:14
201:19
243:18
244:15,22
245:2 247:7
**CERTIFICATE**
252:1
**Certified** 5:14
**certify** 253:6
253:10
**CF** 240:6
**chain** 24:12
153:1,3
162:3
**challenge**
14:10
**challenged**
121:18
154:18
**challenges**
23:13 30:6
30:11 45:9
47:1 106:5
**chance** 64:9
135:13 146:6
**chances**
169:13
**change** 24:15
24:16 108:9
108:13
119:16 130:7
131:15,15

158:3,4
159:2
**changed**
164:18,21
221:18
245:12
**changes**
127:22
128:10
133:20
152:15
174:10 175:7
176:1,13,20
180:15
181:11
210:14 252:4
**changing**
158:1
**characteristi...**
115:12,16
116:11,14
**charge** 19:3,5
188:2 197:12
243:6
**chart** 4:3,4
34:14 179:12
179:16
**chartering**
63:21
**charts** 188:13
**chasing**
240:10 249:3
**check** 103:6
115:5 141:1
146:12,22
210:16
**checks** 103:18
103:19
**chief** 4:6 6:17
7:11 8:2,7
14:8 16:12
16:19 17:4,6
17:8,9,11,12
17:14,16,16

17:22 18:4,7
18:9,14 19:8
19:14,17
20:1,4,4,8
21:7 22:1
23:4 25:7
37:20 40:18
40:22 41:5
41:10,14,20
43:6 44:6,11
53:18 54:1
67:9,22 69:3
70:8 72:1
74:8 86:1
89:9 90:22
92:14 108:17
114:18 122:8
123:15 128:4
128:7,8
133:13,13
138:7 144:10
151:17 152:1
153:2,4,8
154:10,12,14
154:20,20
155:2 156:2
160:2,7,18
160:19,19,20
161:2,6
166:21
169:18,21
170:5 197:9
197:10
198:14,16
222:7 226:6
226:7 238:18
239:1 240:14
240:14
247:21
**chief's** 20:21
**chiefs** 4:6 24:7
24:7 44:16
177:4,5
198:11,15

Oritz , Raul

July 28, 2022

7

210:21,22
218:19,19
228:2
**chiefs'** 177:3
**child** 70:7
221:9
**children** 30:16
30:19,21
31:6,10,11
32:17 55:2
69:17 70:10
70:18,20
72:18 73:11
73:16 96:12
102:6,7
103:11
147:19
186:10
**choice** 234:3
**chose** 100:11
**chosen** 102:21
215:11 223:1
**Chris** 37:15
**Christmas** 2:4
6:21,21
**circumstanc...**
11:2 22:18
25:16 46:11
61:6 118:3
173:19 186:2
**CIS** 205:20
240:3 246:5
**cit** 215:14
**cite** 68:1
**cited** 56:3,14
**Citizen** 205:22
**citizens** 82:3
220:1,18
**citizenship**
79:12,16
80:1 240:4
**Ciudad** 63:21
**claim** 84:5,8
85:1,2,8 88:9

88:22 107:11
184:4 239:15
**claiming** 83:18
83:21 153:18
**claims** 82:18
85:11 86:2,6
86:20 102:12
240:6,6
**clarification**
50:1 154:3
160:16
**clarified** 108:5
**class** 15:21
16:2 98:22
99:9 100:12
100:14
230:11
**clear** 10:12
24:2 50:6
155:10
**climb** 83:21
**Clinton** 28:18
**close** 126:8
143:15 249:9
249:14
**closed** 45:6
191:15 192:2
217:22
220:19
**closely** 21:12
38:13 44:21
**coach** 135:17
**coastal** 17:1
52:21
**code** 97:8
120:12 185:8
**codify** 72:17
73:5,8,19
**college** 14:13
**column** 88:18
95:6,9
**come** 23:5,7
68:2 154:9
159:11 171:6

172:3 195:16
198:1 238:8
247:16 249:9
**comes** 203:4
**comfort** 31:18
**coming** 59:8
94:16 146:1
207:4
**comma** 219:1
**command**
24:12 89:11
89:17
**comments**
60:18 61:8
62:6,14
**commingled**
32:15
**commission**
252:17
253:20
**commissioner**
12:18 37:2,5
37:13 60:19
60:20 61:7
114:19
213:16 214:6
214:7 227:13
234:14
**commission...**
20:22 196:1
**commit** 98:4
**common**
24:16 115:11
115:15
116:11,14,19
149:10
**Commonwe...**
253:3,5
**communicate**
172:22 177:6
**communicat...**
118:11
174:11 175:8
176:2,7,21

181:12
210:21 225:5
**communicat...**
177:2
**communicat...**
210:22
**communities**
44:4 45:1,22
187:16
199:17,18
200:7,16
201:14 202:5
241:15
**community**
91:19 123:2
142:6 201:10
201:17 242:3
**community-...**
72:20,20
**Comparativ...**
148:12
**compare**
17:12 113:15
189:15
**complete**
172:16
200:13
**completed**
112:12 120:7
**completing**
205:14
**compliant**
202:13
**component**
23:1 35:2
39:3 126:19
127:5,6,7
129:7,19
152:17 194:3
217:21 246:4
**components**
21:15 22:17
35:7 36:13
36:15 48:19

54:1 127:13
133:20 177:2
**compound**
170:17 173:9
**computer**
245:21
**concerned**
165:17
**concerning**
148:14
**concerns**
200:9
**concert** 36:12
**concluded**
49:16
**concludes**
251:18
**conditions**
91:22 121:7
144:14
163:13,14
202:11 220:9
228:19
231:14
247:19
**condone** 26:3
**conduct** 77:18
240:5
**conducted**
79:2
**conducting**
25:20 246:19
**conducts** 75:7
**confer** 174:14
**confirm**
164:16
**congregate**
30:22 204:1
**Congress**
73:20 75:21
76:4 99:8
100:6,11
130:18 132:3
132:9 136:16

Henderson Legal Services, Inc.

202-220-4158                     www.hendersonlegalservices.com

137:5
Congressio...
129:1
connection
144:6
consecutively
131:8
consent 29:10
29:12 30:1
consequence
95:1 113:22
consequenc...
171:17,18,22
172:3,11,13
172:15
consider
91:12,13
142:14 154:3
223:20
231:13
247:14
considerably
245:14
consideration
87:13 143:5
148:16
considered
17:16 19:2
56:9 115:22
143:9 192:3
216:8 217:1
219:12
230:13
234:14
244:16
consistent
56:18 57:19
72:19
constrain
157:5
constraints
45:9 208:4
210:10
constrict

157:4
contact 81:4
198:13
contain 39:2
contained
252:3
contains 48:6
49:18,21
134:2 235:13
content
223:17
context 46:10
91:12 129:16
129:19
141:13
contiguous
95:8
continuation
62:16
continue
25:17 164:19
206:15 243:8
243:17
246:21 247:5
continued
71:14 90:20
120:10
continues
94:11
continuing
42:4 137:3
188:21 203:1
contracted
109:21 110:2
110:7
contracting
120:20
contraction
109:9
contractors
200:4
contracts
108:18,20
control 143:4

controlled
112:1
controls 123:3
conversation
154:1 156:3
222:6
cookie 23:17
cooperative
184:6
coordinate
20:10 177:3
coordinated
17:17 20:19
coordinates
32:1
coordinating
21:8 28:5
44:2,5
coordination
17:19 21:14
21:17 82:11
82:13 175:16
176:8,9
177:7,8
239:10
Coordinator
5:7
copied 151:8
152:5
copies 182:10
251:10
copy 33:19,21
118:17 222:3
242:7
corner 122:2
corporate 10:8
10:16 196:21
238:9 251:16
correct 14:16
14:17,21
15:13,16,22
16:9,17
18:13 24:1
24:10,13

26:4,8 27:19
27:21 28:19
29:4,5,8 31:8
31:9,12,13
32:11 35:20
36:4,7 37:2,3
39:11 40:11
40:12 43:15
47:12,18
48:10,11,14
48:21 49:16
49:17,19,20
50:12,21
51:17 52:19
54:13,21
55:3,4 56:6
56:15 58:4
61:18 64:3
66:6,21
70:13 72:11
75:8,13,16
75:17,22
76:1,8,12
77:7 79:3,5
79:12 82:6
82:21 85:13
85:21 86:10
88:5,6 89:6
92:4,6 95:17
95:21 97:9
97:10,18
100:1,2,8
103:1,12,13
103:22
105:19,21
106:16,20
107:1 109:2
109:18
110:20,21
112:2 118:9
119:21 120:5
121:4 123:19
124:6,7,11
124:15,20,21

125:3 127:4
127:9 129:4
130:10,14
131:5,13,22
132:1 133:10
134:6 136:6
136:7,18
138:5,10
139:14 140:7
140:14,15
142:22 143:1
144:19,20
145:3,15
146:14 147:2
148:6 151:9
151:10,18
152:15,20
155:14 156:9
156:14
162:16,17
164:10
165:16
166:22 168:4
168:7 178:2
179:7,22
180:17
182:18 183:4
183:10,11,15
184:19
185:13 186:7
186:16,18,22
188:9 189:10
189:12,14
190:12,13
191:18
196:16 197:3
197:4,7,8,11
197:14,16,17
197:21 198:4
199:10 204:2
204:5,13
208:21,22
211:14 212:7
212:13,14

Oritz , Raul

July 28, 2022

9

213:3,4,7,18
213:20 214:2
215:2 216:19
217:3 218:14
221:22 222:5
222:6,13,19
223:11,22
224:16,17
226:11,22
227:4,5
228:6,10
229:2,4,5
232:17
233:14 234:5
234:12,18
237:21 239:2
239:5,6
240:22 248:4
248:7 252:4
**correctly** 70:1
73:3 131:2
134:14
178:22
206:17
**counsel** 1:16
7:17,22 11:9
11:10 13:9
118:17
135:16
153:19 155:8
196:8 198:19
199:2 238:20
247:22
**count** 249:11
**counted**
184:13
**countries**
38:15 57:10
57:15 61:13
63:14,16
93:13,16
100:20 106:4
106:6,7,9
116:12,17

149:15 184:7
245:2,8
**country** 40:5
82:2,15
112:8 140:7
150:1 158:8
230:17
238:19
244:15 246:2
**county** 200:11
**couple** 23:16
46:22 58:11
59:21 64:5
82:22 97:12
118:7,14
129:21
154:22
164:19
167:13 177:1
188:19
213:22 239:8
248:2 249:13
**course** 13:10
172:20
**court** 1:1 6:7
6:13 8:10 9:8
9:20 11:22
26:16 114:13
154:9 155:8
175:3 179:6
180:10
183:22 248:7
248:11
**cover** 180:17
227:13
**coverage**
61:14,21
**covering**
23:20,22
24:2
**COVID** 84:19
121:14,20
122:21
156:21

199:19,20,22
200:3,4,14
201:19
244:22
**COVID-19**
89:21 214:10
**create** 191:3
**created** 21:20
127:10,15,19
129:2 138:8
190:22 191:5
**creation**
129:11
**credible** 85:17
86:3,6,14,21
87:9,17,21
88:14,22
107:10 240:1
240:1,6
**crimes** 111:22
**criminal** 63:19
83:12 94:6
103:16
115:20 131:1
163:15 173:1
220:21 221:7
231:7 241:7
241:14 243:2
243:3,10,18
246:9
**criminally**
111:11
**criminals**
97:17
**crisis** 40:19
48:2 53:9
70:7 119:20
240:15 241:1
**criteria** 117:17
191:16
**crossers**
130:21
**crossing**
108:22

**crossings**
215:1
**crowd** 65:2
**crowded** 33:5
**cruel** 25:4 27:8
**Cuba** 61:12
116:19
149:15
**Cuban** 93:9
**curious** 16:1
148:15
235:18 237:5
**current** 37:4
178:18
**currently**
40:19 48:1
53:9 86:13
104:9 162:15
239:3,11
245:18
**custodial**
96:15
**custody** 5:8,10
28:4 43:12
71:15 81:14
83:15 84:7
86:20 91:14
93:20 111:7
112:13 118:1
142:10
157:10
163:13
179:14,20
180:3,6,11
182:13,16
203:5 204:4
208:3,3
209:13
219:13,20
220:1 221:11
**customs** 4:5
4:10,20
34:15,19
35:1 36:1

38:4 39:3
129:3 138:17
246:6
**cut** 33:8 47:2
71:19 246:13
**cute** 176:5
**cutter** 23:17
**cutting** 247:8

---

**D**

**D** 6:1 100:5
**D.C** 2:13 7:16
19:15,18
**daily** 126:7,12
131:10
212:17,17
232:11
235:20
236:14
**damage**
241:19
**danger** 241:15
**dangerous**
63:3
**dangers**
172:22
**Darrow** 2:11
3:5 7:3,3 9:4
13:2 24:18
25:10 26:9
26:14 27:18
30:9 31:21
32:6 33:6,11
33:15,20
35:13 36:21
40:20 41:3,8
41:18 42:1
42:16 43:4
43:22 44:9
44:19 45:14
45:20 46:4
46:15 47:9
48:3 49:7
50:1,4 51:15

Oritz , Raul

July 28, 2022

10

| | | | | |
|---|---|---|---|---|
| 51:22 52:15 | 100:3,9,13 | 165:15,19 | 225:22 | 179:20 198:1 |
| 53:2,7,12,21 | 100:17 101:4 | 168:15 169:1 | 226:17 228:1 | 221:20 |
| 54:10 56:4 | 101:14 102:4 | 169:10 170:3 | 228:9,14 | **dated** 177:20 |
| 56:20 57:2 | 102:9,16,18 | 170:9,22 | 229:10,15 | 190:12 |
| 57:17,20 | 103:2 104:1 | 171:20 172:5 | 230:8,12 | 234:10 |
| 58:19 59:5 | 104:6,14,18 | 173:11 174:5 | 231:10 232:3 | **dates** 146:12 |
| 59:10,15,19 | 105:6,10,20 | 174:13 | 232:13,18 | 215:10,11 |
| 60:4,14,22 | 107:6,19 | 175:10 | 233:6,15,22 | 216:5,5,11 |
| 61:16,22 | 108:5,19 | 176:18 178:7 | 234:4,17,20 | **Davies** 12:15 |
| 62:4,11 64:4 | 109:3,13,19 | 178:11 179:9 | 235:2 236:15 | **day** 61:8 77:17 |
| 64:19 65:17 | 109:22 110:3 | 180:4,18 | 236:18 | 162:1,1 |
| 66:10,20 | 110:9 111:14 | 181:1,6,14 | 238:21 242:9 | 168:13 |
| 67:2 68:4,8 | 111:20 112:3 | 181:18,22 | 242:12 | 171:12 |
| 69:20 70:6 | 113:9,13,20 | 182:7,22 | 247:20 | 183:19 |
| 70:16 71:2 | 115:1 116:21 | 185:12 | 248:12 | 195:14 |
| 71:12,21 | 118:13 119:7 | 187:12 | 250:18 251:4 | 199:22 |
| 72:4,12 | 121:12 | 189:13,21 | 251:7,11,14 | 215:15 216:2 |
| 73:13,22 | 125:22 | 192:9 193:4 | **dash** 131:14 | 216:15 223:2 |
| 74:16 75:12 | 126:11,16 | 193:20 | 189:3,4,17 | 252:10 |
| 76:2,6 77:8 | 127:14 | 194:19 | **dashboard** | 253:15 |
| 77:19 78:2 | 128:20 | 195:19 198:8 | 215:17,21 | **days** 152:11 |
| 78:11,16 | 129:17,21 | 199:11,15 | 217:12,12,13 | 159:5 166:3 |
| 79:4,13,17 | 132:5,14 | 200:22 | 235:12,18 | 166:5 215:6 |
| 80:3,10,15 | 133:7 134:12 | 201:12 202:8 | 236:4,13 | 216:14,21 |
| 81:8,13,16 | 134:18 | 203:18 | 237:1 | 218:12 |
| 81:20 82:7 | 135:12 | 204:14 206:4 | **dashboards** | 221:20,21 |
| 82:19 83:9 | 136:10 | 206:9,20 | 235:8,9,11 | 223:15 |
| 83:19 84:1,6 | 137:12,19 | 207:13 | **data** 48:6,9 | **deal** 46:12 |
| 84:15 85:5,9 | 138:1 139:15 | 208:12 209:1 | 49:18,21 | 111:17 |
| 85:14,19 | 139:22 140:8 | 209:8,17,22 | 52:9 103:17 | 119:19 |
| 86:4,11,17 | 140:20 141:4 | 210:5,18 | 145:21 146:9 | 125:20 127:7 |
| 87:11,19 | 141:16,21 | 211:2,15 | 147:21 | 155:7 198:21 |
| 88:2,7,11 | 142:5,11,17 | 212:2,8,19 | 149:21 | 235:6 |
| 89:3,7,12,18 | 143:6,22 | 213:8,13,19 | 164:20 | **dealing** 30:7 |
| 90:1,5,9,16 | 145:2 147:16 | 214:15 215:3 | 167:15,19 | 121:14 |
| 90:19 91:5 | 148:10 | 215:12,16 | 214:19 | 128:22 157:2 |
| 91:10 92:5 | 149:13 151:4 | 216:3,9 | 222:18,21 | **deals** 30:1 |
| 92:10,18 | 153:12,16,20 | 217:5,15 | **database** | 44:7 124:11 |
| 93:2,7 94:19 | 154:2,17 | 218:2,10,21 | 103:18,19 | 128:2 |
| 95:13,18 | 155:12,14,17 | 220:2,7 | 147:7 148:22 | **dealt** 185:18 |
| 96:2,9,16 | 157:7,15,21 | 221:4 222:1 | **date** 52:3 | **Deane** 178:5 |
| 97:15,19 | 158:14,20 | 223:3 224:5 | 54:16,19 | **death** 9:10 |
| 98:1,6,15 | 159:8,20 | 224:20 225:2 | 61:2 151:14 | **deaths** 199:20 |
| 99:1,6,12,20 | 160:11,16 | 225:7,10,14 | 165:22 178:2 | **decades** 29:18 |

Oritz , Raul

July 28, 2022

11

December
  120:15 189:7
  190:12 191:1
decided 140:5
  140:9 233:13
decision
  105:13,14
  233:4,10
decision's
  233:10
decision-ma...
  201:15 203:6
decisions
  233:18
decompress
  117:19
  229:18
decompress...
  175:18
  231:15
decrease 42:2
  42:4 59:14
  134:9,10,10
  134:16,22
  137:6 139:13
decreased
  139:6
decreases
  135:11,22
  136:2,4
  139:3,20
  140:1
decreasing
  137:10
decree 29:10
  29:13,16,17
  30:1
deemed
  115:20
Defendants
  1:11 2:10
  238:20
defending
  235:5

defense
  155:20
defined 115:12
definitely 24:4
  39:12 120:19
  177:22 208:8
  244:11
degree 14:13
  38:15 93:10
  96:5 110:5
  250:3
Del 4:12 18:9
  18:15 19:5
  61:9 63:19
  63:22 64:2,6
  65:20 94:1
  94:12 117:9
  167:22 181:9
  201:18 212:4
  216:13 217:9
  217:17
  218:22
  246:20 250:3
deliberative
  107:20 108:2
  127:16
  142:18 224:6
  233:7
Delivers 4:12
demographics
  149:20
  170:16
  171:10,14
  173:8 202:16
demonstrate
  25:17 124:16
demonstrates
  150:4
department
  2:12 4:3,18
  4:19,21 5:1
  7:14 10:9
  13:11,19
  15:3 19:11

21:20 31:14
  34:8,10 35:2
  129:2,7
  130:17,18
  133:10 137:9
  138:4 139:19
  144:5 171:5
departments
  36:3
depend 208:17
  209:20
  230:14
dependent
  32:11,22
  82:8 83:10
  84:2 123:1
  210:6
depending
  121:7,13
  208:2
depends 145:8
deploy 173:3
deployments
  17:3
DEPONENT
  252:1
deposed 10:8
  10:18 12:5
deposition
  1:15 6:4,9
  8:8 10:14,16
  11:2,8,14,20
  12:4,8,10,18
  12:21 13:7
  13:11 14:2,6
  35:12 42:22
  47:5 49:3
  60:13,16
  69:11 97:4
  101:12
  123:10
  128:14 133:2
  143:18
  159:19 169:9

177:11 190:4
  193:3 194:18
  196:19,20
  225:21 227:3
  238:10
  251:17,19,21
  253:6
depositions
  11:4
deputy 6:17
  17:6,8,9,11
  17:16,21
  18:4,7 19:14
  19:17,21
  20:1,4,4,8
  21:7 24:7
  37:1,4 70:8
  128:7,8
  133:13
  154:20 160:2
  160:18,19
  166:21 177:4
  197:10
  210:21
  240:14
described
  92:3 113:7
  187:8
describes 79:2
describing
  36:3 63:4
  171:8
designated
  38:13
designates
  56:2
designed
  30:13
destination
  143:13,15
  149:11,16,17
  150:1,8
  185:17 207:1
  207:12,20

detail 207:18
detailed 15:6
  19:8 155:2
detailing 62:7
details 131:15
detain 27:22
  28:9 74:15
  93:19 94:9
  121:16
  130:21
  157:19
  158:16
  171:13
detainable
  158:11
detained 27:12
  27:20 28:14
  28:18,22
  29:6 40:10
  66:19 77:7
  81:15 87:12
  87:22 89:4
  96:12,17
  158:5 189:18
  189:18
  232:12
detaining
  26:18,22
  27:5 33:13
  72:10 93:15
  100:20
  132:12 140:5
  170:15 173:7
  179:5
detains 40:14
detention
  27:15 28:1
  29:2 30:2,5
  30:13 32:12
  33:8 44:16
  66:8,13,14
  66:16 69:18
  70:21 71:6
  71:11,20

Oritz , Raul                                                      July 28, 2022

12

| | | | | |
|---|---|---|---|---|
| 72:2,6 77:14 | 23:7,8,9,11 | 143:13 161:1 | 151:16 161:6 | **District** 1:1,2 |
| 88:16,19 | **device** 148:17 | 161:21 | 170:7 202:6 | 6:7,7 |
| 92:20 93:4 | **devices** | 165:20 166:7 | **disclosing** | **division** 1:3 |
| 94:15 107:15 | 140:11 | 166:16 | 157:13 | 6:8 20:16 |
| 117:18 | 209:10 210:8 | 183:12 | **disclosure** | **document** |
| 119:17,17,20 | 210:8 246:15 | 202:16 203:1 | 160:12 | 43:17 48:6 |
| 120:2,16 | **DHS** 2:17 | 208:5 214:22 | **discovery** | 54:19 55:15 |
| 121:22 | 13:17 15:6 | 215:6 221:17 | 118:19 | 60:1,6,17 |
| 125:21 126:2 | 15:10 19:11 | 229:7 235:13 | **discretion** | 91:6 101:19 |
| 126:9 137:11 | 19:12 21:14 | 235:17 | 162:21 163:1 | 102:11 |
| 139:14,20 | 36:15 124:14 | 249:18 | 163:3,9,19 | 128:14 |
| 140:1,10,10 | 127:13 | **differentiating** | 164:6,14 | 129:11,13,16 |
| 141:22 142:9 | 131:20 132:3 | 92:20 93:4 | 166:12 | 131:10 |
| 151:13 | 133:20 | **dire** 25:16 | **discusses** | 132:16,22 |
| 152:18 | 135:11,22 | **direct** 44:15 | 43:11 | 133:12,16 |
| 178:19 | 137:2 139:5 | **direction** 74:8 | **disease** | 134:2,17,19 |
| 180:16 | 211:13,16 | 119:19 | 228:13 | 135:11,13,20 |
| 181:12 | **DHS's** 13:22 | **directions** | **dispersed** | 137:7 138:8 |
| 191:21 | 14:4 | 44:12 | 65:3 | 138:13 |
| 200:11 | **diagram** | **directly** 177:4 | **displays** | 144:18 |
| 202:20 206:5 | 106:15 | **director** 19:10 | 101:19 | 147:12,13 |
| 221:8 222:21 | **diamond** | 190:15 | **dispo** 162:11 | 177:19 179:5 |
| 228:8 231:14 | 102:1,3,21 | **directorate** 4:6 | 162:12 | 179:17 182:2 |
| 231:19 | 103:22 | 20:14 23:4 | **disposal** | 194:2,10 |
| 232:16 | 105:13 | 153:9 154:11 | 101:21 109:7 | 195:8,15 |
| **determination** | **diamonds** | 154:13 161:3 | **disposition** | 201:10,14 |
| 100:16 | 102:22 | 169:19 170:6 | 66:2 86:5 | 207:17 212:6 |
| **determine** | **die** 200:4 | 175:17 177:5 | 112:12 | 226:4,21 |
| 36:20 75:10 | **died** 53:19 | 198:12 | 162:12 | 227:7 242:5 |
| 171:4 246:7 | **Diego** 18:21 | 235:12 | 183:10 188:4 | **document's** |
| **determined** | 94:3 | **directorates** | **dispositioned** | 178:2 |
| 85:17 | **differ** 38:10 | 20:10,11 | 186:1 | **documentati...** |
| **determines** | 165:8 | **Directors** | **dispositions** | 221:14 |
| 87:9 | **difference** | 190:14 | 185:15 | **documents** |
| **determining** | 37:7 102:2 | **directs** 44:20 | **disseminate** | 11:18 13:13 |
| 142:15 | 111:4 113:18 | **discard** 80:16 | 92:16 | 13:14 80:2,4 |
| **deterrent** 95:3 | **different** 19:5 | **discarded** | **dissemination** | 80:5 102:14 |
| **develop** 22:15 | 20:11 22:12 | 80:18 | 24:8 | 129:6 195:16 |
| 22:19 23:18 | 23:13,21 | **discern** 75:15 | **dissuade** | 195:21 |
| 73:10 | 30:14 57:10 | **disciplinary** | 94:16 | 196:22 197:1 |
| **developed** | 65:21 82:10 | 25:12 | **distribute** | 231:18 |
| 144:11 | 92:9 106:14 | **disclosed** | 227:14 | **DOD** 211:16 |
| **developing** | 109:12 | 134:16 | **distributed** | **Doe** 202:14 |
| 21:3 22:3 | 110:12 | 135:11 | 198:9 199:6 | 238:4 |

Oritz , Raul

July 28, 2022

13

| | | | | |
|---|---|---|---|---|
| **doing** 25:9 65:7 67:16 79:11 127:13 127:13 145:5 145:9 147:10 147:13 205:6 205:7 239:22 **DOJ** 21:14 **dollar** 243:20 **dollars** 16:21 135:7 **domiciled** 63:16 **Donald** 51:5 **doubled** 51:13 213:6 **Dougherty** 178:5 **doxed** 154:5 **Dr** 226:8,10 **drive** 241:22 243:11,18 **driven** 62:22 94:6 244:13 **driver** 52:22 56:18 57:1 57:19 245:8 **drivers** 56:10 63:2 **driving** 58:8 63:21 **drop** 58:11 **due** 84:19 186:1 200:4 **duly** 7:18 253:7 **duties** 16:18 17:11,12 19:16 20:3 21:15 **dwarf** 83:22 ⎯⎯⎯⎯⎯ **E** ⎯⎯⎯⎯⎯ **E** 3:1 4:1 6:1,1 | **e-mail** 5:4,5,6 22:19 118:15 152:2,9,15 152:22,22 153:15 154:11 155:21 156:16,19 158:22 159:9 159:22 160:10 161:8 161:10,13,19 161:20 162:3 162:13 168:9 168:10 169:18 170:11 176:9 179:3 198:12 202:7 215:9 216:17 217:1 217:8,20 218:6,16,17 220:17,20 222:10,10,12 222:12 223:1 223:9,13,14 223:15,18 224:12,15 225:5 234:7 234:8,13,19 **e-mail's** 157:13 170:1 **e-mailing** 151:17 **e-mails** 11:17 152:6 161:20 176:4 214:18 216:2 **earlier** 100:19 109:15 118:5 165:6 177:16 191:17 198:1 223:15 227:2 231:17 247:3 | **ease** 31:18 144:14 **easier** 182:2 235:22 251:13 **economic** 56:14,17,22 244:13,14 247:17 **edification** 165:3 **effect** 104:9 **effective** 191:12 206:13 208:10,11,17 209:20 210:3 **effects** 241:17 **efficiencies** 135:10 **efficiency's** 135:5 **efficient** 247:12 **efficiently** 245:16 **effort** 241:8 **efforts** 17:17 230:18 **eight** 76:15 91:16,17 148:13 207:11 **either** 20:4 22:5,15 23:4 26:19 27:2,7 28:5 33:3 45:12,16 56:10 86:15 90:21 94:16 112:9 133:13 138:12 140:11 149:1 152:1 154:20 | 165:12 176:8 198:20 199:8 204:16 213:16 218:18 **EI** 94:4,4 186:15 214:5 **elected** 59:12 59:18,22 68:6 **electronic** 140:11 148:17 209:10 245:19 246:1 251:10 **electronically** 140:18 **eligible** 247:18 **eliminated** 139:13 233:17 **employed** 14:15 **employee** 11:5 25:8 160:1 178:6 **employees** 16:20 23:15 23:21 24:3 38:18 90:10 199:13 **empty** 230:20 **enabled** 203:15 **enacted** 136:22 **encounter** 36:19 54:2 57:11 74:17 83:6 85:1 91:16 192:15 212:21 222:18,21 | 244:12 250:9 **encountered** 40:15 57:15 61:11 63:15 74:11 80:13 84:5 111:10 **encountering** 103:1 123:7 175:13 **encounters** 41:16 46:19 50:8,18 51:13,19 52:4,4,12,18 53:6 80:7 112:11 192:16 211:14 216:12,14,22 221:5 232:8 **encourage** 92:22 93:5 **ended** 71:11 95:20 143:13 184:21 **enforcement** 4:7,8,20 14:19 28:2 39:4 47:11 48:18 49:9 50:11,20 122:1 126:20 127:2 129:3 153:8,20 154:4,10,13 154:15 161:3 169:19 170:6 187:21 191:22 192:3 200:8,10 201:7 206:12 208:10 235:3 246:6 **engagement** |

Oritz , Raul

July 28, 2022

14

21:4
**engineer's**
120:12
**engineering**
123:3
**enjoy** 235:5
**enrolled**
184:13
210:12
239:15
**enrollees**
239:9,12
**ensure** 21:11
22:14 31:1
44:1,20
121:17
144:12
170:15
**ensuring**
20:20 44:4
202:13,15
203:3
**enter** 42:14
53:19 56:11
59:13 60:3
80:8,17
104:12
**entered** 27:11
29:13,21
62:9 67:20
114:5 185:8
237:10
**entering** 36:20
41:1,7,21
54:3 56:19
60:2 149:11
150:1
**entire** 27:21
91:6 99:5
134:19
199:21
200:17
**entities** 128:1
**entitled** 78:5

**entity** 39:9,13
185:18
**entries** 47:18
**entry** 35:5
36:10 38:5
38:12,13,20
65:20 98:12
113:4 186:20
187:7,11
192:12
217:18
218:13
221:20,21
250:14
**enumerated**
244:7
**environment**
121:14,21
171:12
200:17 245:1
**environments**
73:2
**equipment**
203:4
**ER** 109:7,10
**Erin** 2:12 7:5
**ERO** 5:2
126:18,18
127:2 152:15
152:17 156:4
208:17
219:13,19
**error** 179:15
**ERs** 110:4
**Esq** 2:3,3,4,4
2:11,12,17
2:17
**essence**
120:13
**essential**
192:3
**establish** 73:9
**established**
75:22

**establishing**
204:17,20
**estimate** 65:5
**et** 1:10 6:6
**evade** 250:1,7
**event** 61:9
63:6 83:2
217:17
**eventually**
176:16
**evidence**
149:10
**evolve** 164:19
**exact** 29:16
72:8
**exactly** 201:3
219:6 222:8
**examination**
1:16 7:17,22
238:20
247:22
**examined** 7:19
252:2
**example** 89:20
98:4 230:19
**exceed** 28:10
122:4 233:2
**exceeded** 52:7
**exception**
82:16,17
90:12
**exceptions**
82:22 83:4
83:16 102:15
220:11
**excess** 52:11
52:13
**exchange**
168:9
**exclusion** 99:5
**excuse** 37:14
77:15 87:4
88:16 180:6
203:12 215:1

226:5
**executed**
171:2
**executing**
20:21
**executive** 24:7
35:9 74:3
219:5
**exemption**
90:13
**exercise** 171:2
171:3,3,8,11
**exhibit** 4:2,3,4
4:6,7,8,10,12
4:13,15,16
4:17,18,19
4:21 5:1,2,4
5:5,6,7,8,10
5:11,12,13
5:14,15
33:18,22
34:4,6 35:12
35:14,19,21
35:22 36:5
37:19 39:1,2
39:2 42:21
43:1,6,9,18
43:21 44:7
44:12 46:1
46:12 47:5,6
47:11 48:5
49:2,4,9,18
53:15,16
54:6,7,12,15
54:20 55:18
60:8,13,16
60:18 61:2
62:15 68:14
69:11,12,17
71:5 76:17
76:22,22
78:21 87:1
91:2 95:4
96:21 97:4,7

98:9 99:17
101:7,8,16
101:18 111:1
112:19 123:9
123:11,15,18
124:4 127:10
127:18
128:14,15
129:1,14
130:10 133:2
133:3,9
137:17,20
138:3 143:18
143:19 144:2
144:4 151:1
151:6,8,11
151:15,15
153:7 159:14
159:19
160:10
167:11,12
169:4,4,5,12
169:22 170:5
177:10,12
179:3 181:19
182:4,13,20
182:22
188:10 190:3
190:5,9
192:18,21
193:6,8,9,16
193:22 194:3
194:13,14,21
196:18,19,21
225:16,20,20
226:2,13
242:5 245:11
**exhibits** 251:8
**exigent** 22:18
173:18 186:2
**exist** 91:22
244:13
**existed** 29:18
123:3

Oritz , Raul

July 28, 2022

15

existing 167:7
exists 198:18
  239:11
expand 108:16
  246:21
expanding
  118:18
  202:19
expands
  108:18
expansion
  117:1 118:11
expect 41:20
  42:3,13
  89:11,15
expectation
  25:18 26:1,2
  26:5
expected
  46:19
expedited
  107:4,8,13
  107:17 108:9
  108:12,18
  109:11 110:2
  110:13
  183:17
  239:21 240:2
expelled
  104:12,17
  105:1,19
  212:13
experience
  18:19 43:16
  47:1 53:4
  59:2 91:7
  148:5 171:21
experienced
  70:18 216:11
  242:22
  249:19
experiences
  171:21
experiencing

46:20 52:17
93:9 199:19
200:12 232:8
243:5 245:5
249:17 250:2
expires 252:17
  253:20
explain 46:17
  249:7 251:1
explained
  165:13
explicitly
  95:15 222:4
exponential
  173:9
exposures
  199:20,22
  200:14
extent 96:7
  109:16 209:5
extremely
  251:17

_____ F _____

F 98:10
F-I-S-C-A-L
  50:6
face 228:22
faced 200:9
facilitate 38:6
facilitated
  46:21
facilitating
  35:4,6
facilities 30:12
  31:1 32:2
  33:4 38:16
  45:8 70:21
  72:14 120:5
  120:6 121:1
  121:2,6
  122:17 123:4
  123:4 144:12
  144:15

156:11
157:10
178:20
187:16,17
200:11,13
202:11,20
228:20
229:19,20
230:21
231:13
232:16 245:4
facility 31:4
  32:12 65:21
  84:21 120:9
  123:2 131:11
  140:14
  143:12 166:1
  166:4 206:6
  247:4
facing 45:8
fact 72:10
  93:11 132:18
  168:11,17
  243:7 248:9
factor 45:2
  58:7 173:5
  201:15
  244:10,15
factored
  201:20 202:4
  229:17
factors 56:1,2
  56:8,9,14
  143:11
  163:17
  219:12 239:8
  239:19
  242:18,21
  244:6,9
fail 114:1
failed 90:11
  146:12,22
failure 143:11
fair 8:17 9:1,2

9:8,13,14
10:1,2 27:10
28:11,21
34:9 39:15
39:18 40:14
55:6,7 57:12
61:21 80:2,9
84:14 85:4
104:9 113:8
152:3 161:12
167:10 188:3
192:17 208:7
213:12
215:15 218:6
222:9
faith-based
  72:21
fall 114:12
falls 240:3
familiar 29:9
  42:10 54:17
  72:7,9,13
  75:18 80:20
  95:11 97:5
  99:19 169:13
  226:14
families 33:1
  132:12
  156:13
  168:12,17
  179:5,13,20
  180:3,7,11
  200:15
family 27:15
  27:20 28:13
  28:17,22
  30:22 31:3,6
  31:20 32:4,5
  32:9,14,20
  33:4,13 65:8
  65:12,18
  66:8,13,14
  66:16,17
  72:10 73:12

73:14,16
92:8,15,21
96:13 102:6
103:21
114:22
117:12
125:16
131:16,22
132:10 136:6
136:9 139:14
143:9 147:12
147:18,20
151:13 156:6
156:8 157:6
157:9,14,20
158:4,11,17
161:14,16,22
162:10 165:9
168:2,20
178:19
180:16
181:11 205:3
205:7,9
206:8 211:22
212:6,9,10
219:8 220:21
221:6 223:18
224:9,13,16
224:19
228:22 229:3
229:8 230:6
240:15
far 22:8 75:2
116:15
117:11
119:20
121:10
122:10
128:10
165:17
173:22
227:18
250:11
farmers

Oritz , Raul

July 28, 2022

16

241:19
**fast** 32:22
**father** 221:2,7
221:7,10
**favorable**
58:12,17,17
59:3 68:1
**FBI** 16:4
**fear** 58:3,6
85:17 86:3,6
86:14,21
87:9,17,21
88:14,22
107:10 240:1
240:6
**fears** 240:1
**February**
152:9 153:11
159:5 184:17
**federal** 108:1
111:22
120:17 186:3
186:13
**feel** 244:8
**fees** 207:22
243:6
**felony** 186:8
**felt** 227:17
**FEMA** 171:8
**female** 116:3
**females** 65:9
65:13 116:8
116:9
**fences** 241:20
**field** 20:18
22:13 23:8
23:11 35:9
37:20 38:1,3
38:9,17
65:19 112:11
177:2 190:14
190:15,19
191:2,3
192:14 193:9

198:7 199:6
227:14,17
246:7
**Fifteen** 137:19
**figure** 54:18
89:16 154:14
**file** 147:14
166:20 167:3
245:19,20,22
246:1
**filed** 6:6 90:13
179:6,17
199:1,1
**files** 199:8
204:17,18,20
205:6,7,8
**filings** 12:1
**fill** 122:2 222:5
**filling** 154:21
**final** 143:13,15
149:16 150:8
207:1,19
**finally** 159:12
249:2
**find** 80:17
83:14 126:4
145:17 146:6
198:20 199:8
229:20
235:22 252:3
**finding** 88:13
88:22
**finds** 74:13
87:16
**fine** 236:11
237:5 242:10
251:12
**firearm** 243:17
**fired** 90:3
**first** 10:13
18:20 22:13
30:17 48:6
51:6 54:20
54:20 55:16

55:16,18
56:12 65:5
65:11 67:5
67:12,14
69:17 78:22
95:6,9 97:12
112:5 114:10
115:4 125:15
129:14 146:9
152:8 155:22
159:1 161:19
168:8 178:16
183:3 191:11
200:19 201:2
201:3 205:11
206:11
222:12
223:18
239:10
249:13
**first-line** 19:1
**fiscal** 4:8,20
49:10,19
50:2,12
51:12,20,21
52:2,5,6,13
55:17 115:6
124:2 148:13
182:17
**five** 20:14
72:16 74:5
106:13 135:7
136:18
223:14
**flew** 66:1
**flexibility**
130:20
**flight** 163:17
220:11
229:22
231:11
**flights** 63:7,8,8
63:18 64:10
82:10

**flip** 39:1 124:8
134:5 195:1
227:6 235:15
236:12
**flood** 137:9
233:19 243:8
**Floor** 1:19
**Flores** 29:10
29:12,16,17
30:1 177:17
**Florida** 1:2,6
2:5,6 6:5,7
6:18,20,22
7:2 146:13
147:1 149:6
149:8,17,17
150:21
**Florida's** 13:12
14:1,5
149:10,22
**flow** 42:18
94:5 113:12
139:18 162:6
171:7 172:18
173:5,8
217:17
246:18
**flows** 74:11,11
93:13 94:11
94:17 170:17
173:5
**fluidity** 214:10
**FMUA** 217:22
**focus** 62:13
65:10 94:10
**focused** 44:3
65:4 67:14
190:18
243:21
**focuses** 73:10
**FOIA** 102:14
102:15
**folks** 38:7
63:12 104:11

113:7 148:16
155:4 181:3
181:12 186:1
186:9,19
187:22
192:10
209:12
230:16
**follow** 89:11
214:19
**follow-ups**
248:2 251:3
**following**
128:14
184:14
191:16
**follows** 7:20
**footnote**
184:11 186:5
**force** 19:9
200:21 204:4
**forced** 239:9
**foregoing**
252:2
**foreign** 38:15
**forgot** 67:6
126:21
155:20
**form** 24:18
25:10 26:9
27:18 135:16
135:19
166:16 202:7
**formal** 206:15
**formalized**
22:21
**forming**
234:15
**forms** 92:22
165:20 166:7
167:4
**formulating**
22:6 142:13
**formulation**

Oritz , Raul

July 28, 2022

17

142:17
forth 151:21
152:1 253:7
Forty-six
236:17
forward
156:12 159:7
233:5 236:12
forwarded
152:2
forwarding
151:20
found 25:8
63:18,19
159:12 174:4
four 20:14
42:9 51:20
72:16 93:16
106:13
120:11
147:13
fourth 182:20
183:2 188:12
203:12
226:21
frame 175:12
Franklin 2:13
frankly 210:14
FRCs 156:5,5
158:1 178:19
free 244:8
frequently
83:7 165:4
froms 151:22
front 91:2 97:7
155:8 219:4
235:6
full 189:7
funding
120:21
139:14
141:19
211:17
funerals 200:6

201:7
further 24:8
85:13 86:10
87:12,20
150:15
238:17 244:8
247:22 251:1
253:10
FY 4:18,22 5:1
5:9,10
123:19 125:8
133:9 138:3
139:3 188:5
FY2018 4:7

———— G ————
G 6:1
game 203:10
Garden 211:18
gather 13:6
103:11,17
gathered 65:3
207:7 208:1
209:15
gathering 80:1
145:5 207:12
general 2:5
6:17 20:9
30:20 79:11
generally 11:2
79:3
genocide 98:5
getting 152:2
165:14 216:1
give 8:9,16
9:12 99:9
135:13
given 144:18
253:9
giving 33:19
147:11,13
glad 226:10
gleaned
209:15

global 244:22
go 9:6 24:6,11
47:3 52:12
64:2 65:13
73:20 94:17
99:15 105:22
108:14
109:12 115:5
130:5,6
141:1 144:21
150:6 165:4
167:8 177:9
182:1 187:10
221:1 231:1
233:4 238:7
242:4,9
251:15
goes 131:6
188:12
going 8:22
10:14 13:20
26:3,7 31:17
32:16,19
33:17,17,18
35:11,12
41:11 42:20
42:20 46:22
47:4 49:1
53:6 54:5
55:15 60:12
61:14 68:15
69:10 73:9
74:1 75:21
84:2 92:1
95:4 97:3
101:6 102:22
103:4,15
106:15
109:11
111:11
114:12,14
115:17 119:5
123:8 126:1
127:8 128:6

128:13
132:22 133:1
133:1 135:3
136:5 137:16
139:12
143:17 145:7
145:13,18
146:1 147:20
149:1 150:11
150:21,22
151:12,21
152:1 156:12
156:12,19
157:2,4,8,8
157:12,13,19
158:7,12,16
158:18 159:6
159:6,7,10
159:11 164:8
166:20
167:21 171:5
171:19 172:2
172:2 174:4
174:16
177:10,17
179:4 181:16
190:2 192:17
195:5 196:17
202:3 207:4
207:12
208:17
209:20
211:22
213:12,17
216:10 220:4
220:5 223:17
225:20 230:1
230:10 231:6
231:7 232:7
233:1 235:5
236:3 247:11
250:17,21
251:5,5,9,15
251:17

good 6:2,16
7:11 8:2
68:10 94:3
184:10 210:2
goods 38:19
Google 154:12
gotten 231:18
231:21
government
69:19 75:1
120:17
211:19 239:3
239:10
government...
187:16
graduate
15:17
graduated
15:14 16:8
Grande 20:1
23:22 70:8
94:2,13
117:9 120:8
168:20,22
175:14 176:3
176:12 211:5
212:4 216:16
216:20
217:21 223:9
223:17
246:20 250:4
granted 100:6
great 251:14
greater 83:17
130:20 173:4
229:21
ground 8:7
90:14
group 20:8
66:17 99:5
99:10 102:8
113:2 156:3
164:7 167:14
230:11

Oritz , Raul

July 28, 2022

18

239:16
248:14
**groups** 21:11
97:13 116:14
250:9,12
**Guadian** 12:13
**guarantee**
201:20
**Guard** 2:3 3:4
3:6,12 6:16
6:16 7:11 8:1
26:10 33:21
34:3 35:18
43:5 47:10
49:8 50:3,5
51:16 54:11
56:5 57:18
57:21 60:11
60:15 61:1
61:17 64:20
68:10,14,17
69:2,15,22
71:3 76:3,7
76:20 82:20
85:20 88:8
89:8 90:17
92:11 94:20
97:2 98:17
100:4 101:11
101:15
102:11,17,19
104:2,7,19
107:7,22
108:7 111:15
111:21 119:3
119:13
123:14
127:17
128:18,21
129:18 130:1
132:15 133:8
134:13
135:15
136:11

137:13 138:2
142:19 144:1
151:5 153:14
153:18,22
154:7 155:13
155:15,18
159:17,21
160:13,22
169:8,11
170:4 174:15
174:18 175:3
175:21
177:15 178:8
178:12
179:10 180:5
181:16 182:1
182:8,11
183:1 190:8
193:2,5,19
193:21
194:17,20
201:1 203:19
204:15 209:2
213:9 215:13
217:6 222:2
224:7 225:15
225:19 226:1
233:8 234:22
235:4 236:17
236:19
238:17 242:8
242:10 248:1
250:22 251:6
251:9,12,15
**Guatemala**
186:14
**guess** 22:10
40:8 56:12
78:22 110:22
122:8 151:20
153:1,2,3
160:2 184:16
221:18 251:2
251:2

**guidance** 22:3
22:5,7,9,11
23:7,9,11,19
24:16 45:11
118:15 194:9
197:16,18
198:7 215:10
218:8 221:13
**guy** 147:6
148:22

------

**H**

**H** 2:3 4:1
**habit** 114:12
**Haiti** 57:10
61:11 63:7
150:15
**Haitian** 63:15
150:5,8,19
217:17
**Haitians** 64:11
64:14
**half** 33:9 91:17
189:19 190:1
246:13,13
**halfway**
135:20
**hand** 253:15
**handle** 121:9
**handles**
152:18
**hands** 109:1
246:16
**happen** 45:4
76:5 81:12
82:12 84:9
87:8,16 89:1
159:7 171:19
177:8 231:12
**happened**
21:5 27:16
29:3 90:7
**happening**
68:3 162:19

**happens** 22:12
52:9 63:10
85:2,6
107:12 156:1
239:17 241:6
**happy** 108:3
**hardened**
247:5
**harm's** 241:8
**HARP** 184:1,5
**hates** 114:13
**head** 8:12
114:6,11
147:17
204:22 205:6
**heading** 88:18
98:14
**headquarters**
20:16 23:3
153:10
175:17
176:10 191:1
**health** 31:15
199:10,13,17
200:7,20,21
201:20 202:5
228:15
**heard** 46:6
112:9 141:10
**hearing** 29:15
89:1,2 95:17
112:8 187:11
**heavy** 216:6
**height** 156:20
**heightened**
220:16
**held** 6:9 83:2
206:5
**help** 26:16
**Henderson**
1:18 6:14
**hereinbefore**
253:7
**hereunto**

253:14
**HHS** 31:4,16
31:17 32:1
32:17 132:9
186:6
**hiding** 124:9
**high** 48:12,19
213:11
**higher** 42:19
50:13 83:13
105:5,9
121:10
216:11
**highest** 50:8
50:11 94:11
212:21 213:3
246:18
**highlights**
124:14
**hiring** 241:15
**historic** 40:22
41:20 108:21
137:8 139:18
233:19
**history** 103:15
115:20
**hit** 212:5
**hits** 231:1
**hold** 55:15
83:7 130:3,5
220:9
**holds** 71:17
**home** 207:19
244:14
**Homeland** 4:3
4:18,19,21
5:1 7:15 10:9
13:12,19
15:4 21:20
34:8,11 35:2
123:18,22
129:2,7
130:17,18
133:10

Oritz , Raul

July 28, 2022

19

137:10 138:4
139:20 144:5
**Honduras**
186:14
**honest** 180:8
**host** 82:15
**hour** 119:6
**hours** 28:4,10
156:13 158:6
158:7,18
167:13
**house** 156:12
200:11 247:4
**housed** 126:15
187:16
**household**
147:18 205:1
205:6
**houses** 241:18
**housing** 30:20
126:19
**hovered**
104:21
**HSI** 192:2
**human** 9:19
31:15
**humanitarian**
91:15,18
173:20,21
174:7 184:5
184:5 185:20
185:21
247:13,19
250:13
**hundred** 20:15
23:15,16
162:7,8
168:12,17,20
188:8 246:18
**hundreds**
64:17,22
**hurricanes**
55:10

**I**

**I-213** 207:15
**I-385** 166:4,12
166:14 189:3
189:4,16
207:14 218:9
**I-512** 192:1
**ICE** 21:15 28:2
31:11 33:1,3
33:8,13 39:7
39:9,16,20
40:1,4,9,9,16
44:5 45:12
45:16 66:8
71:19 72:2,5
72:10 82:14
82:15 84:11
86:20 93:15
93:20 107:15
112:14
117:22
124:11 125:8
126:15,19
127:5,6,7
129:15,21
130:20
131:11,14
132:8,11
134:6,17
135:19
138:21
139:21
140:14,17
141:2,9
143:4,12,15
144:22
151:12
152:17
157:13,18
162:6 165:22
166:3 168:19
171:4 178:5
178:17 179:4
180:3,10

186:5,11
206:14
208:17,21
209:11,16,21
210:16 211:1
219:13,19
230:1 231:18
233:5 246:5
**ICE's** 83:15
124:14
128:10
132:11 134:9
135:22 142:9
**ICE-3** 129:17
**ICE-O&S-18**
130:6
**ICE/ERO** 71:17
161:16
162:11
168:18
208:15 211:4
211:6 219:22
232:6
**idea** 118:21
140:17 142:8
**identification**
33:18 34:2
35:16 42:21
43:3 47:5,8
49:2,6 54:6,9
60:10,13
69:11,14
76:19,21
97:1,4
101:10 123:9
123:13
128:13,17
133:2,5
137:17,22
143:18,21
151:3 159:16
159:18 169:7
177:14
181:21 182:6

190:7 193:1
193:18
194:13,16
225:18
**identify** 6:12
153:13
**identity** 160:13
**ignore** 74:9
**illegal** 57:22
58:9 139:18
141:14
**illegally** 26:18
27:1,6,11
28:13,17
41:1,6,21
42:14 53:19
56:11 59:13
60:1 62:10
104:12 181:4
**imagine** 71:17
93:3 99:13
147:19 164:2
194:9 210:6
250:11,19
**immediate**
82:6
**immediately**
191:13 246:7
**immigrants**
4:14 58:9
139:18
150:20
**immigration**
4:20 39:3
57:22 58:13
58:18 59:4,8
68:1,7 69:5
72:22 75:19
76:11 77:1
80:5 85:12
92:22 93:6
94:16 103:16
112:8,10
119:15 129:3

180:15 187:8
187:9,9
191:14
205:22
206:16 240:4
244:4 246:5
247:9,18
**impact** 23:19
33:9,14
42:18 44:4
173:1 247:8
**impactful**
157:3
**impair** 10:5
**implement**
209:21
**implementat...**
227:14 228:2
**implemented**
53:16 191:4
**implementing**
22:5,9 191:7
**implements**
227:11
**important**
23:10 171:13
**Imposition**
98:13
**improvement**
247:7
**INA** 75:22 97:5
97:9
**inability**
117:18
143:14
**inaccurate**
241:11
**inadmissible**
46:3 75:11
97:13,17,22
113:12 140:6
141:20 192:4
**inartfully**
58:21

Oritz , Raul                                                    July 28, 2022

20

inaugurated
  50:7 51:2
  58:16 59:2
  152:12
include 21:15
  30:15 47:17
  81:5 106:17
  111:10
  112:22
  117:18
  167:21,22
  186:8 198:14
  199:20 200:4
  202:13
  206:22 207:3
  207:20 216:6
  230:18 246:5
  247:3
included 131:9
  147:20
  164:14 167:5
  189:4 217:11
  224:3 242:22
includes 47:20
  48:9 206:13
  209:6
including
  72:21 140:6
  141:20 155:3
increase 41:22
  42:15 59:14
  59:16 125:5
  125:9,14
  130:8,13,19
  131:7,8,17
  132:13,17,19
  173:9,12
  211:14
  243:17
increased
  93:12 120:1
  122:10,18
  135:4 141:19
  211:17

233:20
increases
  52:20 70:17
  140:2 149:14
  171:7,22
  172:9 199:19
  246:18
increasing
  120:16
incur 229:21
indefinitely
  69:19 70:22
indents 62:16
indicate 55:12
  60:1 73:14
  73:20 87:7
  194:2
indicated
  213:21
indicates 91:3
  136:5 146:9
  149:7 156:10
  178:17
  197:15,22
  198:2 219:8
indicating
  81:6 157:16
  179:6
indication
  158:10
indicator
  244:18
indicted
  111:11
individual
  10:10,15
  74:13 92:4
  111:6,8
  158:13
individualized
  100:16
individuals
  38:21 61:12
  65:11 93:16

112:17
  131:12 230:3
  239:14
  250:15
ineligible
  130:22
infant 30:15
influence 10:3
inform 63:12
information
  13:6,9 22:6
  23:7 67:14
  67:17 80:1
  81:3,6 92:17
  108:9 124:6
  138:12 141:7
  144:4 153:16
  154:5 195:16
  199:5 206:21
  207:3,6
  208:2 209:15
  227:16 233:7
  234:20
  235:14
  241:11 244:1
  246:4
inhumane
  24:22 25:9
  26:3,20 27:3
initial 65:7
  79:22 85:1
  161:9 207:15
initially 65:1
  84:7 95:22
  198:10 206:7
initiative 23:2
  93:18 101:1
injects 171:4
injunction
  237:10 238:2
inquiring
  79:11
inside 148:5
inspection

38:8,21,22
  75:7,9 78:1
  79:2,11
  103:7 145:6
inspections
  76:5 77:18
inspectors
  38:4
instability 57:6
  57:9,14
instant 251:21
institute 95:1
instituted
  84:16 93:18
  144:11
instituting
  94:8
instructing
  155:9,11
instructs 9:5
intake 246:19
intelligence
  244:1
intended
  214:14
inter- 17:19
interest 72:19
interested
  253:12
interior 45:18
  64:12,15
  65:15 140:7
internal 21:21
  22:16
interrogatori...
  14:1
interrupt 9:18
interview
  85:13,16
  86:8 205:14
  205:18
interviews
  86:14,21
  240:1

invest 72:19
  245:14
investigation
  83:2
investments
  245:17 247:2
involve 23:11
  23:18
involved 11:5
  21:2 22:3
  23:8 129:10
  133:14
  211:10
involvement
  138:12
involves 142:2
involving
  159:22
IOP 24:6
IOPs 22:16
Iota 55:10
irregular 92:22
  93:6
issuance
  201:20
  206:15
issue 22:13
  44:13,17
  74:19 145:9
  156:19 157:1
  163:12
  168:21
  175:19
  176:11
  245:20
issued 45:11
  74:3 113:19
  118:14,15
  147:17
  166:12,14
  192:2 196:6
  198:16
  224:18,22
issues 72:6

Oritz , Raul                                                                July 28, 2022

21

177:7 200:9
227:19
229:16
**issuing** 202:7
204:7 205:8
206:22
**item** 130:9
131:20
**ITR** 166:13

─────────── J ───────────

**J** 2:4
**James** 2:3
6:19
**James.Perci...**
2:7
**Jane** 202:14
**January** 51:2
59:1 115:8
121:11,15
122:11
184:17 214:8
245:12
**job** 15:1 17:5
19:19 20:9
25:16 71:14
91:8 94:3
210:2,3
249:4
**Joe** 152:11
**John** 2:3 6:16
**John.Guard...**
2:7
**Johnson**
234:14
**joined** 29:7
**Joseph** 2:11
7:3 51:1
**joseph.a.dar...**
2:14
**journeys** 63:4
**judge** 9:5
235:6
**July** 1:14,20

6:10 42:3
101:2 147:1
189:11,15
196:3,4,5,6,9
223:6 224:1
224:15 227:3
227:7,10,15
234:8,10
**June** 253:21
**Junior** 51:1
**Justice** 2:12
**justification**
129:1 130:13
131:2 132:3
132:8,12,16
132:20 199:9
**Juvenile** 5:7
**juveniles** 29:2
29:6 30:2,6
30:14,14
31:8,19
180:6

─────────── K ───────────

**Kabul** 15:12
**KAREN** 1:22
253:4
**keep** 28:3
76:15 135:18
**kept** 59:8
70:22 83:15
111:7
**kin** 207:1
**kind** 8:14
13:21 18:17
31:5 62:7,13
92:4 94:14
103:14
116:13
117:10
123:21
127:12 159:4
168:5 184:12
185:9 191:10

213:11 218:5
218:6 219:5
221:3 227:21
230:11 231:9
235:17
236:13,16
**kinds** 243:4
**knew** 159:6
**know** 8:13
17:16 23:14
23:16 25:14
26:11,11
29:12,14,19
30:15,21
34:19 58:15
64:14 66:7
66:12 72:2,5
75:14 81:3
82:10 83:11
91:7,8,12,13
91:16 92:15
93:8,15 96:4
99:16 107:16
108:16 109:6
115:3,19
121:19 125:9
125:11 130:2
140:22
143:14
145:20
146:10 148:4
148:8,13
149:9 150:5
156:15
157:19
158:22 161:9
163:16,18
164:13
166:13,13
168:11
169:17 170:1
170:20
172:16,21
183:20

188:20
195:13
198:22
210:14 211:5
214:20 216:6
217:11
218:17 219:2
220:22,22
223:14,16
227:17,18
230:1 231:8
231:14,18
232:10
241:14,18,20
241:20 242:2
243:1,9,12
243:18 245:3
246:13,14
247:17,19
249:12 250:4
250:13
**knowledge**
53:15 70:5
185:22 209:5
**known** 29:10
42:11 76:11
208:20
**Krishna** 2:18

─────────── L ───────────

**L** 1:15 3:3
**labeled** 129:15
195:2
**labor** 11:5
**lack** 22:10
147:14
191:21
244:14 245:1
**laid** 212:5
**landfall** 55:10
**lanes** 106:1
**language** 91:3
**Laredo** 83:11
94:4 167:17

167:19
175:19
**large** 30:21
36:18 87:2
99:18 148:11
250:12
**largely** 113:18
**larger** 130:21
**lasted** 207:10
**late** 55:11,14
**law** 14:18
111:12 122:1
153:8,20
154:4,10,12
154:15 161:2
169:19 170:5
180:15
187:21
191:22 192:3
200:8,10
201:7 235:3
**lawsuit** 14:9
**lawyer** 156:1
**lead** 147:14
**leader** 148:19
**learned** 151:12
**left** 8:11 69:4
185:9
**left-hand**
102:1
**legal** 1:18 6:14
35:4 38:6
**legally** 181:4
**lengthy** 219:2
**LESA** 5:2
**let's** 9:22
54:18 76:14
76:14 77:16
130:5,6
161:18 183:3
**letting** 157:19
**level** 83:13
122:17,22
136:5

Oritz , Raul

July 28, 2022

22

levels 122:5
123:1 216:12
leverage 67:12
109:6 231:4
leveraged
164:1
leveraging
110:4
LGBQ2 248:16
life 205:12
likes 226:8
limit 218:12
233:5
limited 110:7
174:1,3,6
206:8 209:4
228:22
233:21
line 24:14 26:6
130:9 131:20
152:8 174:12
175:9 178:17
184:1 219:4
223:18 242:6
lines 103:4
162:5
LinkedIn 155:5
list 172:17
219:11
242:17,22
listed 34:14,17
93:17 112:19
130:7 244:6
listen 155:22
lists 56:1
156:7
litigation
202:14 238:4
little 79:1 87:3
87:4,15
88:15,17
92:2 114:15
135:21
146:20 165:6

173:14 180:1
180:1 205:12
235:13 242:2
249:18 250:6
lives 201:17
livestock
241:21
living 61:15
local 187:21
188:1 200:11
211:17
located 187:10
location 84:3
143:15
144:22 230:1
locations
46:22 83:15
84:19 96:5
117:19
243:12
246:12,14
locked 69:18
logistics 12:22
82:8,11,14
122:6
long 18:14
183:19
195:14 233:1
236:10
long-term
30:13
longer 72:13
118:1 151:12
157:13 158:5
158:6,12,15
179:4 239:1
239:17
look 39:2
48:17 51:4
54:17,19
55:8 62:14
67:4,11
69:16 72:15
76:14 77:4

77:10 87:14
88:14 92:1
93:21 95:5
124:3,9,10
125:4,13,15
126:5,5
130:3,12
132:7 134:8
135:2 136:3
138:19
152:21 153:6
164:11,20
167:2 169:13
178:1,4,10
178:16
179:11,15
182:19 183:3
186:4,4
188:10 189:1
189:6,15
195:9 203:11
216:13,16,20
217:7,8
218:15
221:16
226:19,21
231:3 234:6
235:7 236:1
236:3,22
237:6,7
242:7 245:10
looked 138:21
141:18 179:2
188:13
191:17 199:8
223:13
237:15
looking 48:5
52:2 56:12
57:4 77:21
78:4,20 87:1
87:1 100:5
106:12
110:12

112:18 113:5
129:13 130:9
133:20 144:6
146:16
151:15
155:21
167:10 168:8
178:13,14
191:10,11,20
197:5,15
204:6 205:13
211:20
212:15
214:17
216:17 217:1
217:19
219:11
222:16
235:19
242:16
looks 98:15
140:1 151:16
158:6 162:4
168:2 184:8
188:3,15
214:19,22
215:5,6
218:5,22
222:16
223:16
236:13
Los 29:15
losing 76:15
lost 241:21
lot 13:16 21:14
61:20 82:11
94:6 148:8
148:18
230:14
lots 150:21
love 87:3
low 143:10
188:5
low-threat

144:13
lower 42:19
136:22
LRT 167:16
lunch 119:4,7
Lutheran
72:22

_____
M
Magnus 12:18
37:15,16
213:16 214:7
234:14
mail 170:7
Maine 150:6,7
150:12,15
major 134:9
136:4 139:3
139:13
majority 46:19
80:12 86:2
96:4 104:11
making 53:10
63:12 132:9
241:1
man 160:9
managed
173:6
management
71:6 72:20
135:5,9
155:4
manager 19:3
managing
20:17 94:3
mandatory
88:16,19
89:5 220:9
221:8
manifest
241:17
manner 25:21
manning
72:14

Oritz , Raul                                                    July 28, 2022

23

manpower
  120:22 173:4
  208:4
map 81:2
march 5:7 9:10
  18:3 177:20
  178:2 179:2
  179:13,16,17
  179:20
  180:11
  184:18,20,21
  198:3,7
  207:10
mark 33:18
  35:12 42:21
  101:7 128:13
  133:1 137:16
  150:22 154:8
  159:18 169:4
  177:10
  181:16 182:1
  190:3 192:17
  194:12
  225:20
marked 3:12
  34:1 35:15
  43:2 47:4,7
  49:2,5 54:5,8
  60:9,12
  69:10,13
  76:18,21
  96:22 97:3
  101:9 123:9
  123:12
  128:16 133:4
  137:21
  143:17,20
  151:2 159:15
  169:6 177:13
  181:20 182:5
  186:13 190:6
  192:22
  193:17
  194:15

  225:17 242:5
marketed
  251:8
marriage
  253:12
marshals
  186:6
mass 61:9
  171:5
material 83:3,8
  83:14,17,22
  108:2
materials
  11:13,16
math 184:15
  184:15 233:1
mathematical
  122:9
matter 1:17
  6:4 11:3
  108:6 152:14
  250:8 253:13
max 121:21
  231:5
maximum
  122:4
Mayorkas 4:12
  60:19 61:7
meal 26:12
mean 73:8,12
  116:5 121:5
  122:3 157:8
  176:5,6
  199:16
  206:19
  208:11 209:6
  215:14 220:5
  249:11
means 73:9
  91:13 99:13
  109:10
  140:12
  141:22 142:2
  187:3 209:9

meant 46:12
  114:22 158:4
  208:13
measures
  206:14 209:6
  209:11
mechanism
  115:18
  117:22
  144:13
media 6:3
  62:22 63:11
  155:5
medical 91:18
  173:21 186:2
  245:4
medication
  10:4
meet 117:17
  178:21
  191:15
  229:13
member
  133:19
  147:12
  157:18
members
  20:16 147:20
  205:4,7,9
memo 4:6
  45:17 101:2
  118:21
  142:20,21
  191:21 196:1
  196:5,5,6,9
  196:11,14,17
  197:6,15,22
  202:7 203:8
  206:7 211:21
  224:8 225:9
  226:22 227:3
  227:7,11,11
  227:12,13,15
  227:16,21

  228:4,5,7,11
  228:11,12,21
  229:6
memo's 228:7
  228:22
memoranda
  11:17 22:13
  118:15,18
  198:16 199:7
  201:21
memorandum
  5:11,12 24:6
  40:6 43:10
  43:18 44:15
  176:4 190:11
  198:18 199:3
memorandu...
  39:19,22
memos 100:1
men 25:14
mention
  142:21 201:9
  248:14
mentioned
  100:19 101:2
  118:5 123:3
  177:16 202:2
  202:12 214:3
  231:15 247:3
  249:3
mentioning
  21:18
mentions
  54:21 200:20
mess 166:8,8
  166:10 222:5
met 11:9
  114:17
  211:21 229:8
  230:6
method
  207:20
  208:13
Mexican 38:14

  113:2 186:17
  187:2,9
  212:10
Mexico 74:21
  75:1 95:12
  95:16 96:13
  96:18 187:6
  187:10,15
  239:11
  244:17
Miami 52:21
Michelle 2:17
  7:7
mid-level 19:3
middle 45:5
  139:17
midst 233:19
migrant 42:18
  45:3 63:11
  67:19 71:15
  74:21 95:2
  96:3,6,18
  117:21
  121:16 172:1
  172:6 173:2
  186:10
  187:14,19
  208:14
  228:16
  230:15 239:4
  241:7 243:19
  245:2,3,15
migrants 45:5
  56:3,10,14
  57:11 61:10
  61:15 62:9
  63:9,15 64:1
  65:6 73:1,11
  74:17 92:17
  95:16 107:10
  123:6 150:6
  150:9 187:13
  200:14,21
  207:17 232:6

Oritz , Raul                                                                July 28, 2022

24

232:11,12,22
241:9 243:7
244:12
247:16
**migration** 61:9
62:22 93:13
94:5 149:14
171:6 217:17
243:5,11
244:18
**Miller** 37:4,10
60:20 61:8
214:6
**million** 135:7
140:3 148:13
250:10
**millions** 27:11
**mind** 55:17
**minimizing**
71:15 201:6
201:8
**minors** 104:3
**minus** 212:9
**minute** 53:14
67:6,7
**minutes**
130:10 168:9
238:7
**misdemeanor**
186:8
**misinformati...**
63:2 67:13
**mislead** 67:13
**mispronoun...**
12:12
**misrepresen...**
79:15
**mission** 17:2
17:18 20:13
21:6
**mistreating**
25:20
**mitigation**
228:13

**mobile** 84:16
210:8 246:15
246:19
**mode** 207:5
**modernize**
247:6
**modifications**
120:12
**module** 246:3
**moment** 74:8
91:1,1 95:4
**money** 130:19
**monitor** 6:11
208:14
209:11
**monitoring**
140:11,18
148:17
209:10 210:8
**month** 29:16
185:10 189:6
189:7 212:20
213:3 241:9
**monthly** 183:6
183:8
**months** 16:16
18:5 42:3,5
43:13 51:6
52:3,12
55:16 91:17
93:22 121:8
148:13 180:2
207:11
**morning** 6:2
6:16 7:11 8:2
200:1
**mother** 201:17
221:1,6
**mouth** 63:1
181:9
**move** 33:1
53:14 73:1
77:16 238:9
**moved** 117:10

**moving** 118:10
167:12
237:22
**MPP** 96:7
107:1 109:15
109:16,21
110:14
184:11
186:20 187:7
239:4,9,12
239:15,18
248:3
**Muffett** 2:17
7:9,9
**multiple** 21:11
39:19 120:6
121:3 162:5
184:13
198:10
249:16
**mumbled**
205:12
**Muster** 5:13
**mystery** 160:9

**N**

**N** 3:1,1 6:1
**name** 8:3
12:12 161:5
170:6
**named** 39:3
**narcotics**
243:9,22
244:4
**narrow** 233:14
**Natalie** 2:4
6:21
**Natalie.Chri...**
2:8
**Nation** 4:14
**national**
115:12
163:16
220:16 231:8

246:10
249:15
**nationality**
76:11 77:1
93:5 191:14
**nationals**
113:2 187:2
**naturalization**
75:19
**near** 41:22
74:13 230:21
**nearest** 113:4
144:22
**nearly** 148:7
**necessarily**
52:9 88:4
225:9,11
**necessary**
130:13
**need** 9:11
40:10 69:21
71:13 73:20
90:22 99:2
114:6 120:19
132:4 150:10
159:11 219:7
226:6 227:17
244:8 245:10
247:7
**needed** 120:11
144:12
210:22 222:8
**needs** 178:21
**negative**
150:18
**neighborho...**
241:18
**never** 30:13
41:15 55:17
122:13
125:11 150:7
155:16
164:22
192:15

**new** 22:11
62:17 101:1
119:5 167:8
196:14,17
225:9
**news** 61:14
181:4
**newspaper**
180:16,21
**NGOs** 45:8
46:21
**Nicaragua**
61:12 116:19
**Nicaraguans**
93:10
**nice** 226:20
**night** 45:5
**nine** 18:20
93:21 106:17
175:20
**Ninety-eight**
90:10
**no-** 247:12
**no-threat**
250:12
**nod** 114:5
**nodded**
114:11
**nodes** 45:6
**nods** 8:13
**non-citizen**
43:11 220:15
**non-citizens**
146:11,21
147:2 204:4
206:14
219:14,20
232:5 240:2
**non-govern...**
44:2,22
187:17
**non-MPP**
187:1
**nongovern...**

Henderson Legal Services, Inc.

Oritz , Raul

July 28, 2022

25

45:7
**nonimmigrant**
191:14
**nonprivileged**
195:16 197:2
**noon** 119:3
**normal** 207:2
207:15
247:14
**normally**
121:20 145:9
207:7
**northern** 1:2
6:7 17:1 48:2
186:14
230:18,18
246:22
**Northwest**
7:16
**Notary** 7:19
252:14 253:4
**note** 178:18
**notice** 1:18
74:19 110:15
110:19 111:1
111:7 113:5
113:19 114:1
144:7,8,9,17
144:17,18
145:9 146:11
159:1 162:16
163:12
165:21 166:2
185:2 188:4
189:1,5,8,16
189:17
197:19 198:2
199:7 206:22
**notices** 204:7
204:11
**November**
55:11 207:10
210:15
**NTA** 110:15,18

111:6,10
162:15,19
165:14
206:15
**NTA/OR'd**
161:17
**NTR** 165:5,8
198:6 204:16
204:21 207:7
207:9,22
218:1
**NTRs** 165:9
203:16,16
**number** 6:3,8
41:21 42:13
48:12 50:8
50:11,17,20
51:13,19
52:4,6,7,12
53:5 59:13
68:12 72:2,7
72:8 76:22
76:22 78:21
83:16,17,21
83:22 87:2
95:5 97:7
122:10 130:7
130:21 131:9
131:10,16
134:10 135:4
137:10 138:3
142:21 143:4
143:7 147:9
148:11,14,15
148:19 149:5
151:6 162:14
172:11,15
188:22
189:18
225:13 239:9
**number's**
147:17
189:12
**numbers**

30:21 41:1,6
42:19 51:5
52:17 53:1
81:3 98:20
99:16 131:4
137:1 161:21
178:14
192:15
212:21
226:20
229:21 234:7
235:16 237:7

---

**O**

**O** 3:1 6:1
**O-R-T-I-Z** 8:6
**O&S27** 131:14
**O.R** 111:7
164:16 186:1
**Obama** 28:15
70:11
**object** 9:4
135:16,19
**Objection**
24:18 25:10
26:9 27:18
30:9 31:21
32:6 33:6,11
33:15 36:21
40:20 41:3,8
41:18 42:1
42:16 43:22
44:9,19
45:14,20
46:4,15 48:3
51:15,22
52:15 53:2,7
53:12,21
56:4,20 57:2
57:17,20
58:19 59:5
59:10,15,19
60:4,22
61:16,22

62:4,11 64:4
64:19 65:17
66:10,20
67:2 68:4,8
70:6,16 71:2
71:12,21
72:4,12
73:13,22
74:16 75:12
76:2,6 77:8
77:19 78:2
78:11,16
79:4,13,17
80:3,10,15
81:8,13,16
81:20 82:7
82:19 83:9
83:19 84:1,6
84:15 85:5,9
85:14,19
86:4,11,17
87:11,19
88:2,7,11
89:3,7,12,18
90:1,5,9,16
90:19 91:5
91:10 92:5
92:10,18
93:2,7 94:19
95:13,18
96:2,9,16
97:15,19
98:1,6 99:1,6
99:12,20
100:3,9,13
100:17 101:4
102:4,9
103:2 104:1
104:6,14,18
105:6,10,20
107:6,19
108:19 109:3
109:13,19,22
110:3,9

111:14,20
112:3 113:9
113:13,20
115:1 116:21
118:13
121:12
125:22
126:11,16
127:14 132:5
132:14
134:12,18
135:12
136:10
137:12
139:15,22
140:8,20
141:4,16,21
142:5,11,17
143:6 145:2
147:16
148:10
149:13
153:12
154:17 157:7
157:15,21
158:14,20
159:8 160:11
165:15,19
168:15 169:1
170:3,9,22
171:20 172:5
173:11 174:5
174:13
176:18 179:9
180:4,18
181:1,6,14
185:12
187:12
189:13,21
192:9 195:19
198:8 199:11
199:15
200:22
201:12 202:8

Henderson Legal Services, Inc.

202-220-4158          www.hendersonlegalservices.com

204:14 206:4
206:9,20
207:13
208:12 209:1
209:8,17,22
210:5,18
211:2,15
212:2,8,19
213:8,13,19
214:15 215:3
215:12,16
216:3,9
217:5,15
218:2,10,21
220:2,7
221:4 222:1
223:3 224:5
224:20 225:2
225:7,10
226:17 228:1
228:9,14
229:10,15
230:8,12
231:10 232:3
232:13,18
233:6,15,22
234:4,17,20
248:12
250:18
**objections**
26:14 135:19
**objects** 9:6
**observes**
25:20
**obtain** 89:21
207:3,6
**obviously** 9:4
52:8 148:22
149:16
163:15
198:18
**occasion**
32:14 117:20
118:7 229:20

**occasionally**
140:14 141:1
**occasions**
154:22
216:13
**occupancy**
122:17,22
**occupied**
155:1
**occur** 52:4
82:10 205:18
239:11
244:16
**occurred** 50:8
50:12 176:8
176:14
**occurring**
245:7
**occurs** 205:19
243:13
**OCONUS** 17:2
**October** 215:7
216:18
**offenses** 112:1
**office** 2:5
16:14 35:8,9
37:20 38:1,3
38:9,17
65:19 71:10
141:2 180:2
190:15,18
192:14 193:9
194:8
**officer** 17:17
19:7 85:12
87:8,16
103:19
112:10,10
205:19
**officers** 38:17
80:17 154:4
240:5 243:15
246:10
**offices** 1:18

194:8
**official** 153:22
**officials** 109:4
122:1 200:7
**OFO** 186:21
190:16 194:4
194:9,12
**oh** 50:14 98:18
102:17 114:8
155:8 178:11
195:3 236:18
**okay** 9:9 10:17
11:1,7,10,13
11:19,22
12:3,11,15
12:17 13:1
13:10,17,17
14:13 15:9
15:11,14
16:4,16,18
17:11,21
18:7,17
19:16 20:3
21:1 22:8
23:6 24:11
24:14 28:13
29:9,17,20
30:1 31:5,7
32:1,16
33:20 34:9
34:18,22
36:11 37:1
37:13,16
38:9 39:1,6,9
39:18 40:8
42:10 43:13
46:1,12,17
47:2 48:5
50:4,17 51:4
51:9 52:2,8
53:4,18
56:12 57:4
57:12 58:3
58:11 59:7

59:12,17,22
60:18 61:4
62:2,6,13,20
64:1,10 65:2
65:12 66:5
67:11 68:17
69:10 70:14
70:20 72:15
73:16,19
74:2,12 75:2
75:6,9,14,18
75:21 77:4
78:4,13,18
79:6,10,15
79:22 80:6
80:12,19
81:10,15,18
81:22 82:4,9
82:13,16
83:7,16 84:4
84:10,12,18
84:22 85:7
85:11 86:8
86:13 88:4
89:14,20
90:13 92:7
92:14,20
93:4 95:4,10
95:15,20
96:1,11,19
97:7 98:19
99:4,15
100:15,19
101:6,22,22
102:7,11,20
102:20 103:9
103:14,21
104:8,16
105:4,13,18
106:3,12,19
106:22 107:8
107:12,16
108:21 109:9
109:15 110:6

111:4,9,16
111:22 112:5
112:15,18
113:5,5,11
113:15,22
114:4,8,10
115:3,6,8,10
116:4,11,17
117:1,10
118:4,10
119:3 120:16
121:9 122:16
122:19,20
123:8,18,21
124:3,13,18
124:22
125:13,19
126:4,14,18
126:21 127:5
127:10,22
128:4,8
129:13
132:21 134:2
134:5 135:2
135:9 136:3
136:15 137:6
138:7,15
139:11,17
140:22 141:6
142:8,20
143:2,17
144:4,16
145:4,11,22
146:5,16
147:4,22
148:7,22
149:9,19
150:3,14
151:15 152:5
152:8,14
153:6 155:3
155:7,13,15
156:7,15,18
156:22 157:4

Oritz , Raul

July 28, 2022

27

157:12 158:3
158:8,22
159:4 160:5
160:8 161:1
161:5,12,18
162:3,22
163:5,8,18
164:4,9,11
164:17,22
165:8,10,12
165:21 166:6
166:15,19
167:6,10,18
168:1,8,19
169:3,15,22
170:11,14
171:13,18
172:1,10
173:7,22
174:3,8
175:22
176:11,20
177:9,19
178:1,15,16
179:19
180:10,14
181:3,8,11
181:16
182:12 183:3
183:8,16,19
184:8,22
185:14,20
186:3,12
187:3,18
188:3,8,10
188:15,20
189:1 190:2
190:11,20
191:7,10
192:13
193:15 194:2
194:7,11
195:1,12
196:14,17

197:5,15
198:5,17,21
199:9 201:5
201:16
202:10,18
203:7,22
204:3,6,20
205:2,5,10
205:21 206:1
206:19 207:9
208:9,16,20
209:3,14,19
210:2,9,20
211:9,12,20
212:4,11
213:2,15
214:9 215:18
216:16,20
217:7,11,19
218:4 219:1
219:5,7,11
220:4,12,14
221:12 222:3
223:5 224:8
224:11,18,22
225:4,12
226:4,9,13
226:16,19
227:10,20
228:4,7,18
229:6,12
230:5,10
231:5,15
232:9,20
233:3,13,18
235:10,15
236:7,12,22
237:3,9,13
237:19 238:5
239:7,19
242:13 248:2
248:9,14,17
248:19
250:22 251:6

251:11,14
**old** 201:18
222:11
**once** 66:3 84:2
118:21 164:3
184:14
239:17
**one's** 226:20
**one-off** 92:4
**one-page**
191:21
**ones** 83:5
116:19 223:1
244:6,7
**ongoing** 39:16
53:9
**open** 174:17
**opened** 120:14
242:13
**operate** 31:4
120:11
**operating**
17:17 22:16
22:16 83:13
96:7 137:2
203:2
**operation** 28:1
190:14
211:18
**operational**
5:2 16:22
19:14,21
20:5,21
22:17,20,21
22:22 23:2
24:5 35:7,10
46:11 96:4
158:1,3
159:1 171:12
177:8 178:21
**operations**
19:17,21
20:4,8,9,13
20:18 23:4

28:3 35:9
37:21 38:2,3
38:10,17
46:10 65:19
126:20 127:3
133:21 153:8
154:10,13,15
160:2,6,19
161:3 169:19
170:6 175:17
177:5 190:15
190:16,19
192:14
193:10
198:12
235:12
**operators**
171:9
**opinion**
168:16
**opportunities**
56:10,15,17
56:22 244:13
244:14 245:1
**opportunity**
95:1 158:16
229:18 232:5
**ops** 21:7,8
**opted** 90:21
**optimal** 121:22
**option** 66:22
91:14
**options** 231:3
231:5
**order** 42:15
74:10 104:8
104:13 112:6
114:4 184:14
185:3 188:4
189:2,9,16
237:20 238:1
248:7,11
**ordered** 112:7
112:9

**orders** 74:3
**organization**
34:7,10
35:22 45:7
94:1 120:17
143:2 148:20
200:10
**organization...**
187:17
**organizational**
4:3,4 160:14
**organizations**
44:3,22
63:20,20
72:22 83:12
83:13 92:15
94:7 173:1,2
241:7,14
243:3,4,18
**organizations'**
243:10
**origin** 40:5
115:12
**originally**
18:12 114:21
**ORR** 186:9
**Ortiz** 1:15 3:3
4:2,6 6:4
7:11,13 8:3,5
8:5,7 14:8
33:22 35:14
40:18,22
41:5,10,15
41:20 43:1,7
44:6,11 47:6
49:4 53:18
54:1,7 60:8
67:9,22 69:3
69:12 74:8
76:17 86:1
89:9 90:22
92:14 96:21
101:8 122:8
123:11,16

Oritz , Raul                                                July 28, 2022

28

128:15 133:3
137:20
143:19 151:1
159:14 169:5
177:12
181:19 182:4
190:5 192:21
193:16
194:14
225:16
**outcome**
253:13
**outpaced**
132:11
**outside** 118:8
123:5 181:12
213:15
**overcrowded**
69:18 70:21
144:12,14
202:11
228:19
**overcrowding**
203:22
**oversaw** 20:18
**overseas** 17:3
**oversee** 16:20
20:9
**oversight**
16:22
**overview** 4:10
4:20 54:12
56:1 129:3
129:19 130:9

**P**
**P** 6:1 126:2
**p.m** 119:10
174:21,22
222:15
238:13,14
251:20
**P.O** 2:13
**pace** 217:9

**PACR** 184:1,4
188:15,19
**page** 4:2 48:6
55:8,18,20
62:14,19
69:17 71:4
78:21 79:1
95:6,9 98:11
98:16,20
99:15,16,17
102:22 103:5
103:15 124:4
124:9,9,10
124:11 125:4
125:5 126:5
129:14
130:12
131:16 132:8
134:3,5,8,21
135:3,3
136:1,4
138:16,19
139:2 153:6
155:22 160:9
167:11 168:8
178:5,7,9,10
178:13,14,16
178:17
179:11,12
182:20 183:2
188:12,12
195:1,10
196:12
206:11 212:6
217:8 223:6
226:13,16,21
242:13 244:7
**pages** 98:8
124:4,5
135:20,21
237:15 252:3
**paid** 207:22
**pandemic**
121:20

214:10
**paper** 245:22
**paragraph**
54:20 55:12
62:17,17,18
67:4,11
72:16 153:1
191:11,12,20
200:19 201:2
204:6 212:16
214:9 223:20
**paragraphs**
67:7
**paren** 136:6
191:15 192:1
192:2 217:21
217:22
220:19,19
**parens** 191:15
**parole** 14:11
86:15 113:16
114:14,15,21
115:3,10
116:14 117:2
117:12,15
118:3,11
119:1 142:22
143:8 146:17
146:21
147:10,18
173:22 174:6
174:10 175:7
176:1,14
190:21,21
191:13 192:4
193:12 196:1
197:10,10
204:16 205:5
205:11,13
206:2,7,12
210:13
228:12 231:2
231:4,7
**paroled** 212:7

250:17
**paroles** 91:13
217:21 218:1
**PARP** 188:15
**part** 10:13
15:20 16:2
21:19 36:19
40:6 58:7
83:1 92:21
103:8 131:19
132:19 171:1
171:3 194:8
194:12
195:17 203:5
203:7 211:12
239:16
**participate**
29:15
**participated**
21:10
**particular** 23:2
145:18,19
171:12
177:19
**particularly**
216:6
**parties** 28:22
253:11
**partner** 21:13
134:1
**partners** 38:14
44:5,22
65:10 71:18
172:21 188:1
200:8
**partnership**
17:13
**Paso** 94:4
214:5
**pass** 73:20
238:19
**passenger**
194:5
**passport**

79:20 80:14
81:11
**Patel** 2:4 7:1,1
**path** 106:13
**pathway** 14:12
75:15 102:22
107:1,4,9
109:2,12
111:10
112:21
113:17
114:16
142:16 143:8
144:9 163:2
183:14
203:13
210:17 211:1
212:12
229:13 231:2
231:4
**pathways** 4:17
75:22 78:10
101:20
106:14 109:7
110:6 111:5
113:18
119:15 157:5
183:13
186:13
233:14,16
**patrol** 4:6
14:16,19
15:1,5,15,18
16:1,11,13
16:19 17:5,5
17:7,10,15
17:22 18:8
18:21 19:3,4
20:6,12,15
21:2,10,22
22:1,9 24:8
24:15,21
25:3,8,9,15
25:19,22

Henderson Legal Services, Inc.

Oritz , Raul

July 28, 2022

29

26:6 27:13
27:16,20,22
28:8 29:7
30:7,12,17
31:11,18
32:2,8 33:10
33:14 34:13
35:9 36:6,8
36:19 37:14
37:20 38:11
39:13,16,19
40:9,14
41:15 43:17
44:1 46:13
47:20 48:13
50:8,18
51:13,19
52:5 53:5
58:8 59:2
67:9 71:16
72:1 74:7,12
75:10,14
77:17 78:12
79:10 80:7
81:7 84:8
85:3 86:13
86:19 89:10
89:14,20
90:3,7 91:12
101:20
105:14 106:5
108:17 109:5
111:17
119:16,18
122:11 124:6
128:2,4,11
133:22 138:8
138:17 141:9
142:14 143:7
144:10 145:1
145:4,17
146:3 148:5
148:20
152:19 153:9

154:14,15
155:3,4
156:3 157:19
160:3,5,20
160:21 163:3
163:11
164:12
171:15
174:11 175:9
176:10 183:4
185:16
190:17,22
192:15
197:13
199:13
204:17
205:14
207:11 208:5
211:8 227:22
228:16
232:16
233:21
235:20 240:9
245:19
246:16 249:8
250:1
**Patrol's** 26:3
32:22 33:4
36:9,12 62:8
109:1 120:2
133:21
163:10
176:13
245:11
**patterns** 94:5
**pause** 26:13
**pausing** 114:7
**pawns** 241:8
**PD** 162:20,20
163:2 164:1
164:22 165:4
165:8,10
166:11
**peel** 220:21

**pen** 76:15
**penalties**
195:9
**pending** 9:12
89:2 107:16
107:17
**Pennsylvania**
7:15
**pens** 76:15
**Pensacola** 1:3
6:8
**people** 28:3
63:2,3 66:18
67:13 83:8
83:18,21
98:4 116:12
121:21
126:15
140:17,22
142:8 146:1
146:14 148:7
148:8,8,11
148:13
150:20 154:6
166:11
167:14,15
203:5 208:2
247:5 249:10
249:11
**perceive** 56:11
60:2
**perceiving**
68:2
**percent** 90:10
90:18,20
104:22 105:5
105:9 122:22
131:7,8
132:19
154:19 162:7
162:8 200:5
203:2 246:19
250:4
**percentage**

104:16 105:5
105:8
**perception**
58:12,17
180:21
**perceptions**
58:12
**Percival** 2:3
6:19,19
174:17
**perform** 26:7
85:12
**performing**
86:14,21
**peril** 241:12
**period** 28:10
118:2 177:21
185:10
232:19,22
**periods** 121:6
**perished**
241:9
**perjury** 195:9
**permanently**
155:1
**perpetrated**
243:14
**persecution**
85:18,22
86:3 87:10
87:18,21
**person** 140:17
155:1 156:2
161:1,2
162:5 201:13
206:1
**personnel**
20:17 121:18
125:1 175:18
211:4,7,13
228:17
**perspective**
122:9 249:15
**pertaining**

192:10
**pertains** 238:3
**Peru** 245:7
**peruse** 127:12
**Peruvians**
93:10
**phenomenal**
25:15
**phenomenon**
59:20
**phone** 81:2
**phones** 210:8
**phrase** 141:10
141:12 209:5
**physical** 41:16
47:12 48:7,9
49:15,21,22
50:2 51:4,6
52:14 119:18
124:1,18
128:5 178:20
182:14
**pictured**
150:19
**PII** 151:22
153:7,13
154:6 235:3
**PL-01** 2:6
**place** 36:6
46:18 86:9
150:17
196:14
227:13
229:20 232:1
241:8
**placing** 200:16
**Plaintiff** 1:7,17
2:2 7:18,22
247:22
**plan** 4:13 23:3
121:8 246:19
**plans** 22:20,21
24:5
**platforms**

Oritz , Raul

July 28, 2022

30

| | | | | |
|---|---|---|---|---|
| 22:13 63:12 198:10 | **points** 21:1 22:2 57:5 | 116:5 117:22 121:16 126:7 | 154:21 155:1 **positive** 200:3 | 38:7,21 192:11 |
| **play** 203:10 | 145:21 | 126:12 | **possess** 80:4 | **president** |
| **played** 249:16 | 198:13 | 131:11 | **possible** 44:7 | 27:17 28:14 |
| **plaza** 244:2 | 219:12,17 | 143:10 | 73:2 157:10 | 28:18 29:3 |
| **please** 6:12 | 227:21 242:6 | 144:14 | **possibly** 9:21 | 51:6,10 59:1 |
| 8:14 58:20 | 242:17 | 186:10 187:1 | 230:4 232:10 | 59:12,18,22 |
| 91:1 135:18 | **policies** 21:3 | 208:14 | 234:13 | 68:6 98:13 |
| 154:8 175:4 | 22:14 58:13 | 228:16 | **postdates** | 98:21 |
| 240:22 | 58:18 59:4,8 | 229:18 | 234:15 | **presidents** |
| **plus** 17:2 | 142:13,18 | 230:15 | **posture** 158:1 | 28:21 |
| 113:16 | 176:13 | 232:11 245:8 | 178:19 179:7 | **press** 61:20 |
| 114:14,16,21 | **policy** 11:17 | 247:13 | **potential** | 180:17 |
| 115:3,10 | 20:12 21:4 | 249:17,22 | 172:7 | **pressure** |
| 116:15 117:2 | 24:15 68:1 | 250:5,13 | **potentially** | 232:15 |
| 117:12,15 | 73:10 92:21 | **populations** | 109:14 111:8 | 233:20 234:2 |
| 118:3,11 | 93:5 95:11 | 45:3 65:4,22 | 221:6 232:4 | **pretty** 117:10 |
| 119:1 146:17 | 95:15,21 | 93:12 94:10 | **practically** | 184:10 |
| 146:21 | 96:1 109:4 | 94:15 95:2 | 216:2 | 238:10 |
| 147:10,19 | 144:17 | 115:18,20 | **preclearance** | **previous** 42:4 |
| 184:11 196:1 | 157:18 | 130:22 172:1 | 38:16 190:15 | 62:17 120:9 |
| 196:2 204:16 | 181:12 191:3 | 172:7 173:3 | **predecessor's** | 131:5 136:8 |
| 205:5,11,13 | 191:4,8 | 220:10 230:2 | 197:19 | 138:15,20 |
| 206:2,8,12 | 192:7 193:10 | 230:22 241:7 | **pregnant** 65:9 | 139:9,12 |
| 212:7 228:12 | 193:13 198:3 | 243:19 245:3 | 65:13 91:17 | 144:10 160:9 |
| **pocket** 80:20 | 199:10 | 245:15 | 116:9 | 160:9 193:8 |
| 81:1,5 | 201:11 | **port** 65:20 | **premise** 32:20 | 197:16,18 |
| **point** 38:13 | 213:17,22 | 113:4 186:20 | **premised** | 213:11 |
| 51:10 54:21 | 214:13 224:2 | 187:7,10 | 228:8 | 216:12 |
| 55:5,9,16,19 | 224:18,22 | 192:11 | **preparation** | 220:18 |
| 56:13 57:5 | 227:19 | 217:18 | 13:10 14:1,6 | 221:19 |
| 58:4 71:5 | 234:15,16 | 250:14 | 138:13 | 223:13 228:5 |
| 105:4 114:3 | **policy's** | **portion** 3:12 | **prepare** 11:7 | 228:11 |
| 133:14 146:9 | 234:10 | 129:16 | 11:14 42:17 | 240:18 249:5 |
| 153:4 154:22 | **political** 37:8 | 138:14,21 | **prepared** | **previously** |
| 158:17 | 37:10,17,18 | **Portland** 150:7 | 42:19 124:14 | 74:4 109:17 |
| 169:20 | 57:6,8,14 | 150:11,13,15 | 137:8 | 110:7 237:15 |
| 177:16 | 245:6 247:19 | **ports** 35:5 | **present** 2:16 | 243:21 246:8 |
| 183:21 | **population** | 36:10 38:5 | 26:18 27:1,6 | **primarily** |
| 188:16 211:6 | 42:18 63:11 | 38:12,20 | 28:13,17 | 239:22 |
| 213:11 | 67:19 71:16 | 47:17 | 30:7 58:7 | **primary** 52:22 |
| 219:22 220:6 | 74:22 90:20 | **pose** 30:19 | 77:6 106:4 | 56:2,13 |
| 225:1 231:1 | 93:20 104:22 | **poses** 220:15 | 122:11 166:3 | **principally** |
| 231:6,7 | 113:2 115:22 | **position** | **presenting** | 61:11 243:21 |

Oritz , Raul                                                                July 28, 2022

printed 13:15 245:21
printing 13:8
printouts 215:20
prior 17:4 18:7 22:1 44:20 50:6,14 58:15 59:1 63:6 68:6 70:19 112:6 185:4
priorities 20:22
prioritized 31:3
prioritizing 246:17
priority 171:9
privilege 102:13 107:20 108:2 153:19,21 234:21 235:1
privileged 102:10,12 153:16 175:11
proactive 119:19
probably 9:16 9:17 21:4 22:4 32:21 71:17 126:21 129:10 154:14,19 161:19 162:4 200:5 211:6 215:21 216:11 218:3 218:18
problem 9:15 9:16 129:1 138:3 176:11

182:8
problematic 94:1 175:15
procedures 22:14,16,17
proceedings 1:21
proceeds 244:3
process 14:11 21:9 22:22 25:13 28:1 73:10 74:18 75:16 76:4 83:8 88:5 107:20 113:3 113:11,16,16 121:16 123:5 123:6 127:16 128:5 142:18 144:13 145:8 147:18 165:13 184:6 201:15 203:6 204:7 205:15 205:18 206:13,16 207:1,2,6,8,9 207:17 208:1 208:10,15 211:10 221:15,18 224:6 230:15 233:7 239:18 245:15,17 247:9
processed 26:19 27:2,7 40:16 64:7 67:20 84:13 84:20 86:9 105:1,2 107:14 166:17

183:13 185:7 187:13 188:19 210:16 250:14
processes 46:18
processing 4:17 14:11 28:5 32:14 45:3 65:14 65:21 66:3 78:10 84:9 84:16,21 85:3 92:8 101:20 103:8 106:1,14 107:9 109:2 111:5 112:11 112:16 119:15 120:7 121:10 122:3 122:13 132:11 144:9 145:13 157:5 163:2 183:9 185:15 188:4 203:13 211:5 230:17 231:2 245:11 246:3 246:12,13 247:2,6,9
production 13:13
professional 20:15
professional... 25:18
professionally 26:7
program 71:7 130:7 131:15 131:15 140:2 140:9 144:7

165:5 167:7 167:9 186:21 188:19 190:16,17,21 190:21 239:10,15,18 248:3
program's 208:16 209:19
programs 19:14,21 20:5 21:8 72:21 135:4 184:17,20 194:6 247:6
prohibiting 237:11
prolong 239:1
prolonged 71:6,11
promise 196:20 241:10
promoted 19:13 20:1 169:20
prompt 184:4
promulgated 198:2,3
property 241:19,22
proposal 127:15 142:16
proposals 68:7 69:5
proposed 107:17 108:3 108:12 134:9 135:22 139:5
proposing 109:5 125:9
prosecutions

186:7,8 200:12
prosecutorial 162:21 163:1 163:2,8,19 164:6,13 166:12 188:2
protect 183:21
protected 127:16 142:18 239:15,16 248:14
protecting 73:11 204:3
protection 4:5 4:10 34:16 34:19 35:1 36:1 96:3,6 187:14 239:4
protections 72:17
protective 67:15
protocol 239:4
protocols 96:3 96:6 187:14
proud 25:14
provide 13:6 40:2 143:3 241:10
provided 13:9 144:5,22 146:12 147:1 218:18
provides 44:12 77:5,6 77:22 130:20 131:4
providing 22:6 138:12 218:8
public 7:19 52:10 108:6 108:8 126:5

Oritz , Raul

July 28, 2022

32

198:21
220:17
228:13
231:11
233:10
252:14 253:4
**publicly** 47:14
49:13
**published**
108:1 128:9
131:21
133:17
**publishes**
123:22
**Puerto** 52:21
**pull** 215:20
**purports**
190:11
**purpose** 94:14
**purposes**
192:2 236:11
**pursuant** 1:17
104:13,20
**push-pull** 56:2
56:8,13
242:18,21
**push/pull**
244:10
**pushing**
244:10 245:2
**put** 120:4,6
124:19 125:2
132:21,22
140:9 159:12
169:3 180:14
190:2 193:15
194:11
207:14
225:12
237:13 238:5
**puts** 241:12
**putting** 241:14

**Q**

**QT** 248:16
**quarantine**
200:1
**quarters**
219:16
**queries** 147:6
**query** 144:7
145:17,21
146:17,20
148:3
**question** 8:15
8:19,22,22
9:6,7,12
26:21 32:21
58:20 93:14
149:3 161:9
162:14
170:14
174:17 175:4
175:5,22
195:5,12
245:13
**questions** 9:4
32:21 58:22
148:20
150:11 202:3
238:8,17,22
249:3 251:1
**quibbling**
201:22
**quick** 121:6
130:22
**quickly** 64:8
73:2 117:11
157:10 230:4
238:10
**quiet** 205:12
**quite** 22:15,18
23:10 32:13
63:10,14
65:9 80:17
84:8 115:17
149:18
164:18

241:11,16
243:15
250:11
**quote** 56:2
158:19
170:15,18,21

**R**

**R** 6:1 51:1
**R-A-U-L** 8:5
**radio** 176:4
**raises** 30:6
**raising** 196:10
**ranchers**
241:19
**range** 23:14
**ranged** 188:5
**rank** 166:20
167:2
**rate** 142:14
173:10
**rattle** 26:13
**Raul** 1:15 3:3
6:4 7:13 8:5
**reach** 122:4
**reached** 66:3
**read** 11:22
56:6,15 58:4
69:20 70:1
71:13 73:2
91:6 99:1
131:2 134:14
135:14 175:4
178:21 181:2
181:4 206:16
220:5 251:2
251:5 252:2
**readiness**
20:13
**reads** 69:17
72:17 114:16
191:21
206:12
**realize** 98:20

**really** 94:10
122:5,12
166:6 175:14
180:8
**reap** 244:3
**reaping** 243:4
**reason** 56:11
68:2 91:18
127:11,11
130:16 150:5
154:3 169:15
173:20,21
201:10
220:18
**reasons** 91:15
153:8 174:7
192:4 202:6
234:21
247:17
**recall** 100:21
118:20
151:11
153:10
156:16,18
159:3 163:14
164:9 166:15
191:7 194:1
216:22
222:22
242:19
**receive** 30:17
227:12 230:2
244:1
**received**
118:17
161:10
234:19
**receiving**
106:9 156:16
**reception**
156:9 158:19
**Recessed**
68:20 119:9
174:21

238:13
**recognizance**
86:16 111:2
113:6 173:15
173:17
174:11 175:8
176:1,14
185:3 188:5
189:2,9,16
**recognize**
46:21
**recollection**
102:5 198:15
199:4
**recommend...**
23:1
**Reconvened**
68:21 119:10
174:22
238:14
**record** 5:14,15
6:13 8:4
10:12 68:19
69:1 98:15
119:12
174:19 175:1
183:21
195:18,22
197:2 214:18
217:14 221:8
237:16
238:11,16
240:22 246:9
251:16,19
253:8
**records** 103:6
198:22
**redaction**
153:17
**reduced** 72:2
72:7 135:6
239:9
**refer** 34:18
39:6 112:15

Oritz , Raul

July 28, 2022

33

162:8 168:12
reference 79:6
162:10
212:16
referral 87:4
162:8,8
referred 158:4
168:17
referring
168:14
170:20
221:19 238:1
refers 112:16
reflected
203:8
reflects 248:10
Refugee 73:1
refused 90:8
refusing 90:4
regard 242:2
regarding
107:17
116:18
177:17
regardless
67:19 102:21
region 52:21
regional 57:5
57:8,13,13
regions 17:2
Register 108:1
Registration
253:22
regularly
154:5
reinstatement
112:5 185:4
reinvest 71:6
related 101:2
253:10
relations 11:6
relationship
39:16 40:8
relatively 64:8

121:6
release 45:18
45:21 46:2
86:15 91:18
140:6 141:10
141:12,14
142:2 158:7
173:16
185:20,22
234:3
released 45:5
64:9,12,15
64:21 65:15
91:4 92:16
111:8 113:6
113:7 119:1
127:19 142:6
144:16 146:2
146:11,21
154:5 157:11
158:18
166:11 172:8
185:3 189:3
189:4,8,17
189:20 206:2
229:9,11,12
230:7,9,10
250:21
releases 43:11
44:21 91:11
143:8 164:12
releasing
91:14 141:19
162:15,16
173:15
174:10 175:8
relevant
128:11
227:22
relief 100:7
relieve 203:22
remain 60:3
95:12,16
96:13 187:15

remained
179:14,20
remaining
105:2 205:3
Remarks 4:12
remember
29:16 69:6
241:2
remind 175:10
reminds 45:1
remittances
244:16,21
removal 28:2
82:4,17
87:20 88:1
104:4 107:4
107:8,13,18
108:9,12,18
109:11 110:2
110:13 112:6
114:4 126:20
127:2 183:17
185:4 239:21
240:2
removals
131:1
remove 32:2
171:14
removed
26:19 27:2,7
65:16 78:14
79:16,20
81:18 112:8
112:9,14
113:3 239:18
removing
170:16 171:9
173:8
rendered
112:13
rep 215:14
238:9 251:16
repair 241:20
repatriate 67:1

93:11 116:19
158:9
repatriated
63:10 64:3
78:15 107:15
repatriation
28:6 63:7
74:22 82:1,5
116:13
186:11,13,17
229:22
repatriations
106:6,8,9
repeal 44:17
237:11,19
repeat 26:21
58:20
repeated
106:19
rephrase 8:20
replacing
203:16
report 5:7 37:1
104:21
127:22
140:13
143:11 144:7
144:8,9,17
146:1,11,15
147:3 150:4
161:13,14
164:12 165:1
166:2 180:9
180:13 189:5
197:19 198:2
199:7 206:14
206:22
217:13
reported 26:1
52:10 160:8
167:20 215:6
reporter 6:14
8:10 9:20
26:16 114:13

175:3,5
183:22
reporting
128:9 154:1
161:21 168:5
reports 145:22
146:3 160:14
160:18
164:18 183:4
183:6 214:22
representati...
23:11 34:10
representative
10:8 196:21
representing
180:10
reps 23:18
repurposing
178:20
request 81:19
90:11 145:6
145:12,12
251:7
requested
118:19
125:19 136:9
136:13,17,19
136:20
requests
13:12 14:5
191:22
require 30:14
89:21 206:14
225:9
required 95:15
requires
100:15 171:4
206:21
requisite
203:3
rescinded
42:15 196:12
rescinds 228:5
rescission

Oritz , Raul

July 28, 2022

34

| | | | | |
|---|---|---|---|---|
| 44:7 | restart 59:17 | revising | 84:22 85:16 | 155:7,17,17 |
| reserve 118:20 | restarted 96:1 | 178:18 179:6 | 87:7 88:10 | 155:21 156:2 |
| residential | 248:6 | revision 224:2 | 88:21 93:9 | 156:4,15 |
| 31:4 72:14 | restaurant 8:9 | RGV 167:21 | 97:11,14,22 | 157:6,14,18 |
| 156:6,8 | 9:17 | 168:12 | 98:3,5,8,21 | 157:20 |
| resign 90:21 | restrict 109:2 | Rico 52:21 | 98:22 99:5,8 | 158:13,19 |
| resolution | Restrictions | rid 231:18,21 | 99:11,22 | 159:7,22 |
| 137:3 203:1 | 98:13 | 236:5 | 100:12,16 | 160:3,8 |
| resort 114:16 | restructure | right 8:11 9:3 | 102:20 103:4 | 161:7,22 |
| resources | 21:12,19 | 10:3,18 | 103:14 106:1 | 162:15,18,20 |
| 211:16,17 | restructuring | 13:20 14:4 | 106:12,22,22 | 164:4,6,17 |
| resourcing | 21:9,18,22 | 14:20,22 | 107:3 108:17 | 165:14,17,18 |
| 20:19 21:9 | result 165:12 | 15:2,15,21 | 109:12,21 | 166:1,19,21 |
| respect 13:6 | 248:7 | 18:12 24:5 | 110:8,18,22 | 167:10,15,16 |
| 17:18 45:9 | retain 157:14 | 26:5 27:17 | 112:18 | 168:6 169:3 |
| 72:6 148:18 | retained 96:14 | 28:8,15 | 114:19,21 | 169:15,19,20 |
| 176:13 | retired 16:4 | 29:17 31:10 | 115:15 116:2 | 170:2,8,11 |
| respective | 90:21 | 31:15,17 | 116:17 119:3 | 170:12 177:9 |
| 45:1 | return 74:21 | 32:2 34:13 | 119:14 120:1 | 177:17,21 |
| respond 62:2 | 78:17 106:18 | 35:11 36:18 | 120:2,18 | 178:1,4 |
| 211:13 | 112:20 | 37:5,19 39:4 | 121:3,11 | 179:2,11,16 |
| responding | 115:18 118:1 | 39:6,10,12 | 122:22 124:8 | 179:17,21 |
| 167:14 | 187:4,5 | 39:15,22 | 124:8 125:2 | 180:3,12,14 |
| responds | returned 15:5 | 40:4,13 41:7 | 125:4 126:15 | 180:22 181:3 |
| 162:18 | 19:10 187:14 | 43:16 47:15 | 127:3,5,8 | 181:5,9 |
| response 8:16 | returns 103:18 | 47:20,21 | 129:8 130:16 | 182:12,17,19 |
| 62:8 | reveal 175:11 | 48:1,7,13,17 | 131:14 132:2 | 183:6,12,14 |
| responses | review 11:13 | 48:19 49:1 | 132:4,7,21 | 183:17 184:8 |
| 8:10 13:12 | 11:16 13:11 | 49:10,13,18 | 133:21 134:8 | 184:9,18 |
| 14:1,5 | 68:7 87:20 | 50:2,9,14,18 | 135:4,11,22 | 185:2,11,14 |
| responsibilit... | 88:10,13 | 51:1,2,12 | 136:12 137:6 | 185:18 |
| 21:16 36:12 | 103:15 | 52:6,11 | 137:14 138:9 | 186:17 187:3 |
| 38:10 | 108:15 | 54:18 55:8 | 138:11,17,19 | 187:20,21 |
| responsibility | 127:20 | 56:8,17 57:4 | 138:22 139:3 | 188:6,13 |
| 28:2 240:3 | 133:17 167:4 | 58:6 61:20 | 139:6 140:16 | 189:1,9,11 |
| responsible | 167:8 184:5 | 62:3,10 66:7 | 140:18 141:2 | 189:20 |
| 16:22 21:5 | 184:6 205:17 | 66:19,22 | 141:15,20 | 190:20 192:7 |
| 35:3,4,6 36:9 | 244:8 | 67:1,16 69:3 | 142:3 145:1 | 192:8 193:8 |
| 38:18,20 | reviewed 12:3 | 69:8 71:4 | 145:14 146:5 | 193:12,13,15 |
| 129:19 | 13:22 14:4 | 73:17 75:6,7 | 146:9,18 | 194:11 195:8 |
| 202:17 | 69:5 104:21 | 75:11 76:14 | 147:4,15,22 | 195:13,14 |
| 239:22 | 134:19 | 77:16,18 | 149:6 152:6 | 196:10,12,15 |
| rest 221:13 | reviews | 78:20 80:14 | 152:9,12,14 | 196:22 197:5 |
| 238:9 | 103:19 | 82:16 84:4 | 152:21 153:4 | 197:9,10,13 |

Oritz , Raul

July 28, 2022

35

197:20 198:3
198:21
199:14
201:16
203:17
204:11 206:8
208:9,18
209:16,21
210:4,10,20
211:20 212:1
212:15,15,22
213:5,6,10
213:15,21
214:1,13,17
215:5 217:16
217:19 218:4
218:4,8,13
218:15,20
219:2,9,14
219:19 220:6
221:12,13,16
221:21 222:9
222:16,18,20
223:5,7,12
223:15,21
224:1,9,13
224:19 225:1
225:6,12
226:4,7,19
227:6,10,20
228:4,4,5,8
228:13 229:1
229:9 230:11
231:9,19
232:2,12
233:5,21
234:3,10,11
234:15
235:22 236:1
236:2,9
237:3,6,13
237:22 238:5
238:5 242:6
242:15 243:6

245:10
247:20 248:6
248:11 249:5
250:22 251:6
251:15
**rigorous**
206:12,19,21
**Rio** 4:12 18:9
18:15 19:6
20:1 23:22
61:9 63:19
63:22 64:2,6
65:20 70:8
94:2,2,12,12
117:9,9
120:8 167:22
168:20,21
175:13 176:3
176:12 181:9
201:18 211:5
212:4,5
216:13,16,20
217:9,17,20
218:22 223:9
223:17
246:20,20
250:3,3
**risk** 115:21
163:17
220:11,17
231:12
**Rodney** 5:4
144:10
151:17
**role** 18:8 52:8
153:10
169:22
**roll** 246:20
**roll-out** 218:6
**rolled** 166:20
167:2
**rolling** 246:1
**rooms** 184:13
**rough** 65:5

**roughly** 16:16
20:14 29:13
29:21 38:17
43:13 52:3
52:11 71:10
207:10,11
250:5
**route** 207:19
**row** 39:4
**rule** 108:3,12
180:16
**rules** 8:7
107:17,17
**run** 19:9 148:3
**running** 147:6
**Ryan** 2:12 7:5
7:5

### S

**S** 3:1 4:1 6:1
220:19
**safe** 53:10
64:6 73:1
**safeguard**
72:18
**safely** 121:15
**safety** 31:2
45:2 121:17
200:21 202:5
220:17
231:11 242:2
**Salvador**
186:15
**San** 18:21 94:3
**SAR** 236:16
237:7,8,22
**SAR122**
237:17
**Saturday**
171:2
**saw** 13:14
70:9 212:20
241:9
**saying** 50:2

103:10
150:18 172:4
220:20 241:2
**says** 56:14
62:18 67:8
67:12 71:5
78:6 87:4
88:16,18
95:7 98:12
100:18 103:5
103:15 106:4
112:20
125:15
132:16
146:15 147:3
153:8 162:6
168:11
179:12,16,19
189:3 191:12
201:4 209:5
217:9 218:12
219:1,19
220:13
221:21
223:18 224:8
224:12,16
235:20
**scans** 251:8
**scenarios**
42:17
**scene** 84:13
**scheduled**
63:6 229:22
**Scott** 5:4
144:11
151:17 153:2
153:4 155:2
198:16
**screening**
79:22
**seaports** 35:5
38:5
**seasonal** 42:8
**seasonality**

42:6
**seat** 122:2
**second** 26:13
55:9,18,20
69:16 71:5
78:21 83:1
88:18,18
125:13
146:16 153:6
154:2 167:11
179:12 182:2
191:12
200:19 201:2
204:6 212:6
214:9 217:8
241:17
242:13
**secretary** 4:12
60:19 61:7
227:13
**section** 4:15
4:16 76:10
76:12 77:1,4
77:5,16,22
78:5,5 87:7
88:16 91:2,8
92:7 97:5,8
97:11,12
98:9,10,21
99:4 100:5,7
134:3,6
135:19 136:4
138:16 139:3
191:13,16
**sector** 18:9,15
19:6 20:2
22:22 23:6
23:12,18,20
23:22 24:2,7
44:16 64:2
83:10,11
167:15
175:18
176:10 177:4

Oritz , Raul

July 28, 2022

36

198:13,15
199:19
210:21 228:2
230:22
239:12
248:10
249:14
**sector's** 23:12
**sectors** 20:7
20:19 23:14
23:14 44:1
44:12,20
45:2,18 66:1
66:2 93:22
94:5,12,18
100:21
114:17 117:5
117:7,13,15
117:17,20
118:4,7,8,16
122:6 161:22
168:3 175:20
176:16,21
177:6 197:13
198:14 211:3
213:16 214:1
215:1 218:19
243:13
246:17
249:16
**secure** 36:16
**securing** 4:13
36:9
**security** 4:3,18
4:19,21 5:1
7:15 10:9
13:19 15:4
17:18 21:20
31:2 34:8,11
35:2,3 45:2
94:3 115:21
121:17
123:22 129:2
129:8 130:17

130:18
133:10
137:10 138:5
143:3 144:5
163:16
220:16,16
231:8 246:10
247:15
**Security's**
13:12 123:19
139:20
**see** 37:20 42:4
45:4 52:8
57:6 58:13
62:19 71:7
73:6 77:13
78:7 79:8
83:12 87:5
88:19 94:4
94:11 100:14
103:6 105:16
110:16 111:2
125:6,17
126:4 131:17
133:20 135:1
135:2 149:18
165:4 170:17
171:7 172:8
172:10 173:4
180:20 204:9
214:11
219:20 227:7
227:9 230:20
234:8 237:6
238:8 241:13
241:16,18
243:17 244:2
244:19 245:6
**seeing** 246:17
**seek** 74:15
**seeker** 247:13
**seeking** 108:2
247:16
**seeks** 69:19

**seen** 32:14
34:4 35:19
41:12 42:2,8
43:6,17,18
52:20 54:15
59:21 60:16
70:17 74:3,4
101:16
117:19
123:15
125:11
132:18 144:2
145:22 146:4
149:14,21
150:2 151:6
164:22
169:12,14
171:22 190:9
193:6,22
194:21 196:8
198:17 201:9
226:2 239:14
243:14
244:19 249:4
249:5
**segregate**
31:19 32:4
247:12
**seizes** 75:7
**seizing** 75:2
**seizure** 75:3
**seizures**
243:17
**select** 114:17
**send** 43:21
198:12
**sending**
161:20 162:4
**senior** 18:22
19:11
**senior-level**
153:22
**sense** 130:3
217:2 221:12

**sensitive**
153:20 154:4
**sent** 153:2,3
153:14
154:11 161:8
185:18 197:6
197:9 198:7
198:9 214:19
**sentence** 63:5
67:12 69:16
70:1,4,4
72:17 73:5
125:14,15
179:12
200:19 201:2
201:3 203:12
206:11,16
**sentences**
72:16 204:9
**separate** 32:4
32:9 39:9,12
167:19
210:22
**separated**
32:13
**separating**
221:9
**September**
15:19 61:3
66:5,7 215:7
217:7,20
**series** 32:21
214:18
224:11
**serve** 16:10
18:8,14
**served** 18:4
19:20 153:10
**service** 126:5
238:18
**services** 1:19
6:14 30:19
31:15 35:10
35:10 73:1

202:15
205:22 240:4
**serving** 161:2
**set** 60:6 76:4
147:21 253:7
253:14
**sets** 164:20
**setting** 96:15
**settings** 30:22
204:1
**seven** 30:16
56:1 106:14
106:20
110:11,12
112:19 162:1
**Seventh** 1:19
**shakes** 8:12
**shaped** 102:21
**shapes** 102:1
102:3
**shared** 208:21
209:4
**Sharma** 2:18
**shop** 20:12,13
**short** 31:19
232:19
251:17
**show** 33:17
35:11 42:20
47:4 49:1
54:5 60:12
69:10 76:21
97:3 101:6
123:8 133:1
143:17
150:21
165:22
235:21
**showed**
231:17
**shows** 149:22
179:13
**shut** 65:20
120:13

Oritz , Raul

July 28, 2022

37

| | | | | |
|---|---|---|---|---|
| shut-downs | sitting 8:10 | somebody | 80:13 94:16 | speculate |
| 200:13 | 52:11 108:16 | 25:20 91:14 | 108:22 | 164:5,8 |
| side 102:1 | situation 62:3 | 91:16,19 | 139:19 | speeches |
| 211:7,7 | 62:8 214:22 | 112:7 207:2 | 161:22 | 181:8 |
| sign 195:8 | situations | 246:8 | 176:17 | speed 237:14 |
| signature | 45:11 46:13 | somebody's | 230:21 | 242:8 246:11 |
| 178:4 195:4 | 91:15 92:3,4 | 168:16 | 233:20 | spell 8:3 |
| 195:6 226:14 | 221:5 | son 220:22 | 240:12 | spend 13:15 |
| 226:16 252:7 | six 16:21 35:7 | 221:1 | 249:20 | spent 18:21 |
| signed 43:10 | 36:2 74:5 | sooner 245:18 | southwest | 28:5 |
| 195:14 199:3 | 106:14 | SOP 24:6 | 4:10 17:1 | spike 70:9 |
| 201:14 226:5 | 149:22 | SOPs 22:15 | 44:13,17 | 199:21 |
| 245:21 | slash 110:19 | sorry 47:2 | 46:20 54:12 | 230:20 |
| significant | 111:2,9 | 50:4,6,14 | 74:13,18 | spikes 117:20 |
| 63:1 70:9 | 112:20 113:6 | 61:5 77:15 | 93:21 118:12 | split 105:12 |
| 199:19,21 | 189:17 | 88:17 98:18 | 149:11 | 220:20 221:2 |
| 200:17 | 219:13,19 | 114:10 | 175:20 183:9 | spoke 242:18 |
| 202:15 | slew 207:5 | 155:22 | 185:16 | spoken 12:7,9 |
| 216:15 244:9 | slightly 221:17 | 162:12 178:9 | 199:21 214:1 | 12:15,20 |
| 245:8,16 | 229:7 | 180:7 205:11 | 229:19 | sponsor 91:19 |
| similar 17:13 | small 188:22 | 236:16 237:4 | 246:22 | spots 111:1 |
| 129:6 165:18 | 236:16 | 242:11 | space 31:1 | spread 94:18 |
| 199:3 222:14 | smart 176:6 | 248:20 | 32:11 45:10 | spring 54:21 |
| 225:5 227:15 | smugglers | sort 80:5 | 72:6 122:1 | 55:3,6 |
| 235:9 | 63:1 67:12 | 121:13 | 123:6 158:12 | ss 253:2 |
| single 17:8 | 67:16 81:3 | 247:18 | 191:22 228:8 | staff 19:7 |
| 30:8 31:20 | 180:20 | sounds 50:2 | speak 11:11 | 20:15 127:12 |
| 32:5,9,15 | 241:16,22 | 171:7 184:10 | 12:12,17 | 127:20 |
| 92:12 102:5 | 242:1 | sources 181:4 | 71:22 135:12 | 133:17,19 |
| 103:21 | smuggling | 244:2 | speaking | staged 217:18 |
| 114:17 115:4 | 63:20 83:2 | south 38:14 | 148:12 | stamp 218:9 |
| 115:10 116:2 | 83:12 173:1 | 63:13,17,22 | special 20:8 | 222:4 |
| 116:15 117:2 | 207:21,22 | 172:21 | specific 11:1 | stamped |
| 118:10,18,22 | 244:4 | 175:14 | 60:17 94:15 | 226:20 |
| 143:9 165:10 | snapshot | 239:13 | 117:5 151:14 | stand 219:3 |
| 199:18 | 235:20 | 240:11 | 164:7 177:7 | standard |
| 223:19 224:3 | 236:14 | 243:13 245:5 | 215:10 | 22:15 25:22 |
| 224:16 225:1 | social 62:22 | 249:20 | 222:22 | standing |
| 229:3,8 | 63:11 155:5 | southern | 243:12 | 121:2 |
| 230:5 244:12 | soft-sided | 40:15,19 | specifically | standpoint |
| sir 18:6 55:21 | 120:4,6 | 41:2,11 | 12:10 207:18 | 20:20 |
| 187:5 219:1 | 121:6 | 52:18 53:1 | 216:22 | stands 126:1,2 |
| site 47:15 | solution | 53:10 57:9 | 221:19 222:7 | 126:10,13 |
| 49:13 52:10 | 229:21 | 74:12 80:7 | 250:3 | 127:2 184:4 |

Oritz , Raul

July 28, 2022

38

**staple** 128:19
**stapler** 128:18
**start** 23:18
  119:5 135:3
  161:18
  168:13
  183:22
  230:20
**started** 163:22
  188:16 249:8
**starting** 18:17
  138:16 173:4
  203:12 211:4
**starts** 130:7
  136:1 188:11
**stash** 241:18
**state** 1:6 2:5
  6:5,17,19,22
  7:1 8:3 19:11
  23:20 145:19
  187:20 188:1
  211:17
**statement**
  67:5 168:14
**states** 1:1,9
  6:5 7:4,6,8
  7:10 16:12
  17:6,10,15
  18:21 25:22
  26:19 27:1,6
  27:12 28:14
  28:18 34:13
  34:18 35:8
  36:16,20
  39:3 41:2,7
  41:21 42:14
  45:19 46:3
  53:20 54:3
  56:19 58:1,9
  59:14 60:2,3
  62:10 64:12
  64:15 65:15
  67:21 68:2,3
  77:6 80:8

93:1 97:8,13
  104:12
  139:16 153:9
  160:20
  180:13
  181:13 231:9
  253:1
**station** 2:13
  19:4
**stations** 19:5
  122:7
**statistics** 4:7,8
  5:8,10 47:11
  47:14,17,21
  49:9,12
  149:21
  182:13,16
  212:18
**stats** 217:13
**status** 67:15
  200:2 239:16
**statute** 77:5,22
  92:2 191:17
**statutes** 79:7
  87:3 166:10
**statutory** 91:3
**stay** 67:21
**steady** 70:17
**stenotype** 1:22
**Stephanie**
  2:17 7:9
**steps** 119:19
**sticker** 159:11
  159:12
**Stone** 211:18
**stood** 120:9
  121:5
**stopped** 72:10
**stops** 207:20
**stored** 245:21
**straight** 231:2
**strain** 200:17
**strategic**
  129:15,18

**Strategy** 5:2
**stressful**
  25:16
**stretching**
  122:5
**strictly** 247:17
**strike** 23:6
  40:13 55:15
  55:17 74:8
  77:15 106:6
  130:5 180:7
**string** 161:20
**structure**
  160:14 247:5
**struggled**
  154:21
**stuck** 222:12
**sub** 78:22 87:2
  87:15 88:14
  88:15,17,17
  99:18 100:6
  100:6,15,15
**sub-bullet**
  56:13
**subcompon...**
  34:15
**subject** 11:3
  104:3 107:13
  107:19
  116:13 119:5
  119:16 152:8
  152:14
**subjects**
  184:13
**submit** 23:2
**submitted**
  90:11
**subordinates**
  12:20 13:5
**Subscribed**
  252:9
**subsection**
  79:7 87:14
  98:10 99:19

100:1,11
**subsequently**
  19:13
**substance**
  112:1
**substances**
  10:4
**subtractions**
  128:1
**sufficient** 31:1
**suggested**
  173:10
**suggesting**
  221:3
**summarize**
  18:18
**summary**
  123:22
  124:13 219:5
  227:21
**superseding**
  197:16,19
**supervisor**
  19:1 22:4
  26:7
**supplies** 203:3
**support** 30:13
  30:18 120:22
  202:16 203:4
  232:7
**supported**
  72:21
**supporting**
  230:17
**supposed**
  81:11,15
  82:5 86:9
  87:8,16,22
  89:1 230:13
**sure** 8:15
  10:12 23:17
  26:22 54:16
  58:21 62:15
  64:8 72:18

74:7 84:12
  91:21 93:15
  114:12 119:8
  126:2 148:4
  151:21
  155:10
  171:16 208:5
  248:21
  249:15 251:9
**surge** 108:21
  211:13,16
  212:22 213:3
  240:15
**surged** 240:12
  240:13
**surges** 240:7
  240:16,18
  243:5 249:5
  249:19,21
**surprising**
  98:4
**surrounding**
  66:1
**survey** 54:2
**susceptible**
  201:19
**suspended**
  248:3
**suspension**
  98:12 248:10
**SWB** 236:14
**swear** 6:14
**sworn** 7:19
  252:9 253:7
**system** 185:8
  245:22 246:2
**systems**
  145:20

------

**T**

**T** 3:1,1 4:1
**tab** 68:12
**table** 34:7
  35:22 185:15

Oritz , Raul                                                July 28, 2022

39

tabletop 171:2
171:3,11
take 8:12,16
9:7,22 10:15
33:4 67:6,7
68:10,11
69:20 71:12
81:14 86:9
90:22 91:1
99:10 119:4
119:6,7
154:8 174:15
196:9 198:18
214:7 219:7
233:1 238:6
246:6
take-away
219:7
taken 1:18,21
6:4 65:19
84:7 112:13
119:19
176:15,15
232:15
takes 120:18
121:3,3,8
talk 9:18 26:12
32:19 91:11
114:14
119:17
121:22 156:1
205:10 211:1
talked 62:18
62:21 106:7
107:1,3
109:15
110:13
162:22
173:14 181:9
183:16 184:2
184:12 185:2
185:4,4,5
213:6 227:3
239:21

talking 8:9
9:17,21
32:17 34:20
55:1 64:17
74:5 116:1
116:18
119:14
126:14
129:17
135:20
146:18 165:5
196:3 203:15
235:8 243:2
talks 55:9
77:13 125:19
194:5 204:7
214:10
Tallahassee
2:6
targeted 94:15
task 19:9
team 236:5
technical
140:12
155:20 209:9
technically
99:18 203:16
technology
173:3
telephone
176:4
telephonic
198:10
telephonically
176:9
tell 62:16 89:9
89:14 109:5
150:5 151:21
161:7,11
163:7,20
166:18
201:13
202:20 236:3
249:12

telling 67:18
67:18 130:18
179:4 185:17
202:4 222:4
temporarily
28:9
temporary
67:15 214:14
237:10
ten 10:22
76:15 238:7
tender 30:15
tends 149:17
term 41:22
46:6 80:21
105:8 147:14
territory 95:8
terrorist
220:22 221:2
terrorists
97:21
tested 157:11
200:3
testified 7:20
239:2
testify 10:5
177:21
testifying
10:13,14
177:17
testimony
253:8
Texas 18:10
19:2 61:10
158:2 167:17
175:14
239:13
240:11
249:20
thank 8:7
35:13,17
43:4 47:9
49:7 54:10

60:14 101:14
133:6,7
138:1 143:22
151:4 154:2
159:20
169:10
181:22 182:7
193:4,20
194:19
225:22
238:18,22
247:20
thereto 128:10
thing 9:15
135:14 219:2
219:5
things 8:13,14
12:10 25:13
45:4 64:5
97:12 147:9
150:7 172:12
172:17,20
175:13
198:22 218:9
230:5 239:1
239:14 241:1
242:8 243:1
245:13
think 13:2
32:18 53:15
54:6 60:6
61:15 69:3
80:19 83:11
83:13 87:2
88:15 92:1
93:8 94:8
95:5 96:19
101:12
116:16
118:18 120:4
121:19 148:4
150:10 152:5
152:22
161:18

164:15 166:2
173:12
177:21
179:14 182:9
182:19 183:2
184:9 188:11
194:4 196:4
196:8 198:1
198:5 200:1
203:7,11
204:8 210:14
213:21 214:3
216:21 220:8
222:9 235:13
237:14
244:11
250:20,22
thinking
145:12
156:18
third 62:14
95:9 112:18
116:9 152:21
152:22 184:7
188:12 189:2
212:16
236:13
thorough
208:6
thought
167:18
175:22 199:6
thousand
61:10 62:9
66:18 232:22
247:5
thousands
64:17 231:19
231:22
threat 143:10
163:16
220:15 231:8
231:8,9
246:10

Oritz , Raul                                                                July 28, 2022

40

| | | | | |
|---|---|---|---|---|
| 247:13 | 154:16,19 | **today's** 251:18 | **trafficking** | 96:12 |
| **three** 20:11 | 156:1,2,20 | **told** 64:1,5,6,7 | 92:14 173:2 | **treatment** 30:2 |
| 21:5 42:9 | 157:2 160:3 | 64:8 81:6 | 243:7,22 | 72:18 95:7 |
| 51:6 52:3,11 | 160:4 161:7 | 144:21 172:7 | 244:5 | **trek** 63:13,18 |
| 55:16 62:7 | 165:22 167:1 | **Tonelli** 2:17 | **trailer** 241:10 | **trend** 42:8 |
| 72:16 87:3 | 168:1 169:20 | 7:7,7 | **training** 30:17 | **trends** 244:19 |
| 88:15,17 | 175:12,16,19 | **Tony** 160:1 | **transcribed** | **triangle** |
| 93:22 94:12 | 176:12 177:1 | 171:8 | 1:22 | 186:14 |
| 102:1,3 | 177:16,20 | **top** 18:19 | **transcript** 3:12 | **trick** 195:12,13 |
| 106:13 | 185:10 | 20:17 62:19 | 67:8 253:8 | **trickled** 176:16 |
| 114:13 118:4 | 188:16 | 98:21 102:8 | **transcripts** | **tried** 166:6 |
| 118:8 135:21 | 199:17 | 106:17 144:6 | 12:4 | 167:4 |
| 156:5,7,11 | 202:19,21 | 149:22 152:6 | **transfer** 5:8,10 | **tries** 28:9,9 |
| 158:1 172:13 | 205:11 208:3 | 178:10,14,17 | 28:6 40:10 | 32:8 |
| 172:14 | 210:13,15 | 179:12 | 45:17 117:21 | **trigger** 231:1 |
| 182:20 | 211:3 212:12 | 222:12 | 127:8 151:13 | **triggered** |
| 184:11,16 | 214:7 216:1 | 235:20 242:6 | 157:9 162:12 | 211:22 |
| 216:14,21 | 219:9,22 | 242:17 247:1 | 182:13,16 | 213:12 |
| 219:16 | 224:12 225:1 | **torture** 85:22 | 185:17 230:3 | **triggers** |
| **thresholds** | 232:19 247:9 | 86:3 | 232:5 246:4 | 114:17 229:6 |
| 211:21 212:5 | **time-consu...** | **tos** 151:22 | **transferred** | 229:7 230:6 |
| **through-put** | 204:12 | 214:21 | 19:2 85:3 | **trimester** |
| 113:17 | **times** 9:18 | **total** 48:18 | 155:2 186:5 | 116:10 |
| **Thursday** 1:14 | 10:21 11:9 | 50:20 52:6 | 209:12 232:1 | **trouble** 147:8 |
| 1:20 | 51:20 82:11 | 52:12 | **transferring** | **Troy** 37:4 |
| **tie** 109:1 | 208:3 236:6 | **touched** | 86:19 168:1 | 214:6 |
| **till** 122:11 | 246:13 | 126:22 | **transfers** | **true** 70:4,14 |
| 214:8 | **title** 4:15,16 | **TPS** 67:14,14 | 45:13 152:18 | 71:17 81:7 |
| **time** 6:10,12 | 42:11,15 | 67:17 | **transitioning** | 148:5 252:4 |
| 9:3,3,21 | 44:7,18 74:9 | **track** 146:6,7 | 156:8 | 253:8 |
| 13:16 20:11 | 74:10,10,18 | 209:11 | **transnational** | **Trump** 27:17 |
| 21:1,13 22:2 | 103:22 104:3 | 244:16 | 243:3 | 29:3 51:5 |
| 25:18 28:4 | 104:20 105:1 | **tractor** 241:10 | **transport** 40:5 | 70:3,14 96:8 |
| 28:10 31:19 | 105:3,15,22 | **trade** 35:4,7,8 | **transportation** | 109:17 |
| 51:10 55:6 | 106:10,12,15 | 38:6 | 40:2 45:6 | 124:19 125:1 |
| 68:10 69:20 | 106:15 107:9 | **traditional** | **trash** 80:20 | 173:13,16 |
| 70:10,22 | 111:16,17,18 | 247:15 | 81:1,5 | 174:1,9 |
| 71:12,15 | 111:22 112:1 | **Traditionally** | **travel** 35:4 | 175:6 189:7 |
| 105:4 111:17 | 160:15 171:6 | 245:19 | 38:6 80:4 | 240:19 |
| 111:17 | 207:2 226:7 | **traffic** 240:10 | 150:9 207:5 | **Trump's** 59:4 |
| 114:10 118:2 | 237:11,20 | 240:12,13 | 207:19,21 | 59:7 |
| 120:18 121:3 | **today** 10:5,7 | 249:4,5 | **traveled** 29:14 | **try** 8:2,21 9:22 |
| 121:7 133:14 | 121:9 163:1 | **traffickers** | **traveling** 38:7 | 28:3,10 32:7 |
| 151:18 | 173:14 184:2 | 241:16 | 38:19 82:2 | 54:18 65:10 |

| | | | | |
|---|---|---|---|---|
| 89:16 109:6 | **Twenty-seven** | 202:21 | **understand** | 56:19 57:22 |
| 183:20 230:3 | 225:14,15 | 227:12 241:6 | 8:19,21 10:7 | 58:9 59:14 |
| 230:21 239:1 | **two** 16:5 19:5 | **typographical** | 22:14 37:7 | 60:2,3 62:10 |
| **trying** 32:18 | 19:19 41:17 | 179:15 | 176:2 180:9 | 64:12,15 |
| 42:14 53:19 | 42:3,4 43:13 | | 196:11 | 65:15 67:21 |
| 59:13 75:10 | 53:20 55:9 | **U** | **understandi...** | 68:2,3 77:6 |
| 75:15 93:19 | 58:22 71:9 | **U.S** 2:12 4:4 | 14:8 39:20 | 80:8 93:1 |
| 109:1 122:19 | 71:10 72:16 | 4:10,20 6:6 | 40:1 66:15 | 97:8,13 |
| 147:22 | 79:6 87:4 | 7:14 16:19 | 108:11 | 104:12 153:9 |
| 153:12 176:5 | 90:18,20 | 17:4,22 | 147:11 | 160:20 |
| 184:15 | 106:13,18 | 34:15 56:11 | **understood** | 181:13 231:9 |
| 195:13 | 110:6,14,22 | 58:12,17 | 9:1 248:21 | 253:1 |
| 203:10 | 111:5 113:18 | 67:8 80:17 | **undertake** | **units** 27:15,20 |
| 235:21 | 120:4 127:6 | 81:4 106:5 | 63:3 | 28:13,17,22 |
| 237:14 250:1 | 132:3 135:22 | 129:2 154:13 | **unexpired** | 30:22 31:6 |
| 250:7 | 136:2 138:21 | 240:3 244:17 | 192:1 | 31:20 32:4,5 |
| **Tucson** 83:11 | 152:6 172:13 | 245:9 247:16 | **unfair** 86:6 | 32:9,15,20 |
| 238:2 | 172:14 180:1 | **UAC** 240:15 | **unfavorable** | 33:4,14 65:8 |
| **Tuesday** 177:3 | 182:9,20 | **Uh-huh** 55:22 | 59:4,6,7 | 65:12,18 |
| **turn** 31:11 | 183:4 186:12 | 203:14 | **unfortunately** | 66:9,13,14 |
| 71:4 98:8 | 188:13 | 207:16 | 23:13 235:16 | 66:16,17 |
| 99:15 129:14 | 196:22 200:4 | 219:15 249:1 | 246:15 | 72:10 73:12 |
| 130:22 | 204:8 212:18 | **ultimate** 17:14 | **unified** 246:3 | 73:15,16 |
| 131:14 132:7 | 212:20,20 | **ultimately** 19:4 | **unique** 23:12 | 92:8,15 |
| 139:2 179:11 | 213:16 | 142:4 157:11 | 106:4 | 102:6 103:22 |
| 208:15 218:4 | 239:13 | **unable** 33:3 | **unit** 5:3 132:10 | 114:22 |
| **turned** 40:16 | 247:12 249:2 | 45:12,16 | 147:12,18 | 117:12 143:9 |
| 45:7 63:19 | 249:17 | 63:9 | 158:11 205:4 | 151:13 157:6 |
| 84:11 107:14 | **TX** 4:12 | **unacceptable** | 205:9 220:21 | 157:9,14,20 |
| 112:14 186:9 | **type** 145:8 | 168:18 | 240:15 | 158:5,17 |
| 186:11,19,22 | 185:21 | **unaccompa...** | **United** 1:1,9 | 161:14,16,22 |
| 187:22 | 244:18 | 30:19,21 | 6:5 7:4,6,8 | 162:11 165:9 |
| **turning** 53:14 | **typical** 26:12 | 31:6,10 | 7:10 16:12 | 168:2,20 |
| 161:15 | 84:4 | 32:17 55:2 | 17:6,10,15 | 206:8 211:22 |
| 188:10 | **typically** 22:10 | 70:7,9,18,20 | 18:20 25:22 | 212:7,9,10 |
| 249:22 250:5 | 23:3 28:3 | 73:11 102:6 | 26:18 27:1,6 | 219:9 221:6 |
| 250:15,16,20 | 46:10 73:18 | 102:7 104:3 | 27:12 28:14 | 223:19 224:9 |
| **turns** 31:14 | 74:17 80:16 | 186:9 | 28:18 34:13 | 224:13,16,19 |
| **Twenty-five** | 83:5 85:6 | **uncommon** | 34:18 35:8 | 229:1,3,8 |
| 193:19 | 113:1 121:5 | 244:2 | 36:16,20 | 230:6 |
| **Twenty-four** | 141:17 143:8 | **underneath** | 39:3 41:1,7 | **unknown** 66:3 |
| 192:19,20 | 164:15 167:1 | 63:15 65:6 | 41:21 42:14 | **unknowns** |
| **Twenty-one** | 191:2 192:14 | 125:14 | 45:19 46:3 | 148:18 |
| 183:2 | 199:5 200:10 | 217:18 | 53:19 54:3 | **unprecedent...** |

Oritz , Raul

July 28, 2022

42

41:6 137:8 139:18
unrest 245:6
unsafe 241:1
unsure 164:3
unsurprisin...
97:21
unsustainable
46:11
unusual 85:7
85:10 145:11
unwilling 33:3
45:12,16
update 247:6
updated
179:13
upper 155:4
uptick 244:20
Ursula 120:8
247:3
USA 159:18
USB 114:18
USBP 4:17
USC 76:12
191:17
use 13:17
63:11 77:17
91:9 118:3
155:5 200:11
203:13
213:17
230:19
235:12
236:10,11
237:1 241:7
uses 73:5
78:12 89:5
235:12
Usually 205:19
utilization
14:11 117:4
117:8 229:17
utilize 100:12
166:7

utilized 99:8
99:22 100:16
109:16 115:4
115:11
116:15
117:13,16
163:3,5
164:7 166:16
212:18
213:22
215:11
utilizes 119:16
utilizing 91:7
119:1 213:10
utmost 25:17

V

vaccinated
90:4,8,11
vaccine 89:22
valid 81:11
192:1
Valley 20:1
23:22 70:8
94:2,13
117:9 120:8
168:20
175:14 176:3
176:12 211:6
212:4 217:21
223:10
246:20 250:4
Values 4:14
varies 84:12
vary 32:19
vast 80:12
86:2 104:11
Venezuela
61:12 116:20
245:7
Venezuelans
93:9
Vermont 23:21
24:3

version 129:11
versus 6:5
215:10
217:12 223:1
251:2
video 6:11
Videographer
2:18 6:2
68:18,22
119:11
174:19 175:1
238:11,15
251:18
videotaped
1:15 6:3
view 58:17
59:3,4,6,7
viewed 24:22
25:4
violation
111:12
violence 58:3
58:6 243:13
243:14
Virginia 1:13
1:20 6:10
253:3,5
visa 79:19
80:8 81:11
visibility
227:18
volume 121:10
voluntarily
74:21
voluntary
78:17 106:18
112:20 185:5
187:4,5
VR 187:3
VR'd 187:2
vs 1:8
vulnerable
65:4 115:22
116:4,12

201:18

W

WA/NTA
106:18
waive 251:2
walked 70:21
wander 32:18
want 9:13 31:5
32:19 45:4
62:13 74:9
78:13 94:10
94:14 96:11
101:6 119:4
119:16 122:1
124:3 150:9
155:9,19
162:11 164:4
167:18
171:16 177:9
182:12 186:4
205:10 251:1
wanted 99:9
114:11 116:5
155:19
248:21
wants 89:1
warrant 74:15
74:20 75:3,5
110:18,19
111:6,9
189:17
warrantless
75:3
warrants
188:1
Washington
2:13 7:16
19:15,18
wasn't 45:11
126:7 157:1
164:2 171:11
175:19 191:1
200:14,15

202:2 219:22
249:22
way 23:15 31:3
113:16
128:22 131:7
219:16
221:18 241:8
253:12
ways 89:16
118:14 177:1
we'll 10:15,16
83:14 155:7
174:15
198:18 199:1
235:6
we're 9:20
13:20 52:17
60:7 68:22
76:16 92:1
93:9 96:19
101:12 110:4
114:14 116:1
116:18
119:11 124:9
137:8 142:20
145:8 147:7
157:19
159:10
167:12 173:4
174:19 175:1
196:17 203:2
219:14
236:15
238:11,15
242:16 243:5
246:16
249:17 250:2
251:5,5,15
251:19
we've 52:7
59:20 68:14
74:3 91:15
106:7,22
118:17,19

Oritz , Raul

July 28, 2022

43

126:22
141:18
149:14
154:21 164:1
173:14
174:15
183:16 184:1
184:12 185:3
185:5 196:8
200:2 243:14
243:15
246:11
249:18
250:10
**web** 47:15
49:13 52:10
**week** 93:19
217:9
**welcomed**
150:13
**welfare** 228:16
**went** 19:12
69:4 177:21
205:12
218:22
223:15,16
**weren't** 45:6
114:12 198:1
205:3 232:7
249:13
**west** 18:10
**whatnot** 243:9
**WHEREOF**
253:14
**whoever's**
23:8
**wife** 16:4
**willing** 168:19
**Wilson** 1:19
6:9
**winks** 8:13
**withdraw**
78:14
**withdrawal**

78:6,9
112:20
**witness** 1:16
3:2 6:15
35:17 68:9
68:13,16
83:3 118:21
119:8 133:6
155:9 160:18
174:14
175:10,12
181:15 182:9
238:19 242:7
242:11
250:19 251:8
252:7 253:6
253:9,14
**witnesses**
25:19 83:8
83:14,17,22
135:17
**women** 25:15
**wonderful**
150:17,20
**word** 22:11
63:1 73:5,8
73:19 89:5
99:8 100:12
181:9
**worded** 58:21
58:22
**words** 22:10
**work** 21:7 38:4
38:13 68:16
141:13
159:10 199:1
200:21 204:3
230:2 247:15
**worked** 14:18
14:22 19:10
21:12 44:21
65:10 240:11
240:11,13
**working** 18:18

21:11 211:7
245:18 246:2
246:16
**world** 38:16
147:7
**worse** 166:8
**wouldn't** 141:8
167:8
**wrap-around**
30:18 202:15
**write** 68:11
**writing** 24:17
**wrong** 239:3
240:22
**wrote** 208:9

---

**X**

**x** 1:5,12 4:1
166:3

---

**Y**

**yeah** 8:5 16:6
18:20 35:10
68:13 78:19
93:8 96:20
100:14
106:21
110:14
120:19
123:20
124:12,17
126:1,12
127:1 130:11
131:6 134:7
135:8 137:18
137:19 146:8
148:2 149:2
149:7,8
154:3 158:15
159:9 160:6
162:1,2
165:2 172:19
173:12
181:18
188:18

189:22
190:18 203:9
215:22
219:18 220:8
228:15
231:11 232:4
237:12,18
240:16 242:9
243:1 248:18
251:4
**year** 4:9,20
15:4 16:15
16:18 18:16
19:1,9,11,22
41:16 47:12
48:7 49:10
49:15,19,22
50:12 51:4,7
51:12,12,20
51:20,21
52:2,2,5,6,6
52:13,14
53:5 55:17
57:1 96:5
105:11 115:6
121:8 124:1
124:2,18
128:5 148:14
182:14,17
201:8 202:22
202:22
212:22 213:3
214:8 243:16
250:11
**years** 14:16
18:20 19:20
21:2,5 24:21
25:3,14
41:12,17
42:9 43:16
48:9,13
49:21 53:4
53:20 56:22
57:13 58:8

59:21 71:9
71:11 74:4,6
119:18
120:11 121:4
131:5,8
132:10
164:19
201:18
240:10
244:20
249:13
**years'** 148:4
**yell** 26:17
**yelling** 183:22
**yesterday**
62:18,21
**YOUNG** 1:22
253:4
**Yuma** 94:1,12
117:9 214:3
214:5 230:19
230:20 238:2
250:3
**Yuma's** 246:18

---

**Z**

---

**0**

**0012** 217:19
**0016** 218:5
**0019** 221:13
**002081** 159:18
**003** 195:2
**004** 196:11
206:11

---

**1**

**1** 4:3 6:3 33:18
33:22 34:4,6
39:1,2,2 77:4
77:11,15
78:20,22,22
79:1 87:2
88:17,17
130:7

Oritz , Raul

July 28, 2022

44

**1,127** 146:13
**1,148,024**
  50:21
**1,200** 216:14
**1,500** 137:15
**1.7** 148:13
**1.8** 250:10
**1/2021** 146:10
**1:08** 119:10
**1:48** 222:15
**10** 4:16 96:19
  96:21 97:4,7
  98:9 99:17
**10:48** 68:19,20
**10:57** 68:21
  69:1
**101** 4:17
**11** 4:17 16:16
  19:13 101:7
  101:8,13,16
  101:18 111:1
  112:20
**11,692** 200:2
**11/1/2021**
  146:22
**11/1/21** 146:10
**11:59** 119:9
**1182** 4:16 97:8
  98:9 100:5
  191:17
**1182(a)** 79:7
**1182(a)(7)** 79:8
**1182(b)** 100:15
**1182(d)** 99:18
**1192(f)** 98:21
  99:4
**11th** 215:8
  221:17
**12** 4:18 93:22
  123:9,11,15
  123:18 124:4
  127:10,18
  130:10
**12/16/14** 5:11

**1225** 4:15
  76:12 81:10
  91:2 92:8
**1225(a)(1)**
  77:16
**1225(a)(3)**
  77:21
**1225(a)(4)** 78:6
**1225(b)(2)**
  87:15 88:14
**123** 4:18
**128** 4:20
**12th** 99:17
  215:8
**13** 4:19 98:8
  98:12 128:14
  128:15 129:1
  129:14
  179:13,19
  180:3,6,6,11
**13:08** 119:12
**1300** 7:15
**133** 4:22
**137** 5:1
**13th** 15:1
**14** 4:21 103:11
  133:2,3,9
  137:17
**14-year-old**
  103:10
**14:27** 174:20
**14:46** 175:2
**143** 5:3
**144** 99:16
**145** 98:16
**15** 5:1 137:17
  137:20 138:3
  218:12
  221:20
**15,000** 203:5
**15,052** 217:9
**151** 5:4
**152** 237:22
**154** 3:12

**158** 57:10,14
**159** 5:5
**15th** 16:15
  170:12
**16** 5:2 61:10
  62:9 66:18
  143:18,19
  144:2,4
**16,000** 65:6
**16:10** 238:12
**16:27** 238:16
**16:44** 251:19
**169** 5:6
**16th** 152:9
  159:5 179:2
  190:12
**17** 5:4 18:5
  130:6 150:22
  151:1,6,8,11
  151:16 153:7
  160:10 170:1
  170:5 179:3
  189:8 222:11
**17,000** 121:21
**177** 5:7
**18** 5:5 111:18
  111:22
  130:12
  159:10,14,19
  167:11
  218:15
**181** 5:9
**182** 5:10
**18th** 101:2
  196:4,5
  227:3 234:11
**19** 5:6 29:14
  50:17 51:21
  61:10 62:9
  66:18 169:4
  169:5,12
  200:3
**19,355** 200:3
**190** 5:11

**1919** 15:19
**192** 5:12
**193** 5:13
**194** 5:14
**1965** 75:19
**1991** 15:2
  249:7
**1996** 240:10
**1997** 22:5
  29:21
**19th** 43:11
  195:15

─────────
**2**
**2** 4:4 35:12,14
  35:19,21,22
  36:5 37:19
  55:8 88:18
  95:5 178:16
  226:13,16
**2,500** 136:6
**2/16/21** 5:4
**2:27** 174:21
**2:46** 174:22
**20** 5:7 20:6
  23:14 41:12
  177:11,12
  252:10
**20,000** 232:11
**2000** 19:1
  240:13
  249:20
**20044** 2:13
**2009** 19:10
**2010** 19:13
**2011** 15:5
  19:20
**2012** 21:10
**2013** 19:20
  20:2
**2014** 70:8,11
  70:17 120:10
  190:12 191:2
  240:15

**2016** 48:10,13
  48:19
**2017** 48:10
  49:22 131:7
**2018** 29:14
  47:12 48:2,7
  132:19
**2019** 18:1,2,3
  50:9,12
  51:14 131:9
  132:19
  212:16,17,21
  212:22
  240:15
**202** 2:14
**2020** 5:9 55:11
  55:12,14
  179:13
  182:14
  184:17,17,18
  184:20 185:1
  188:5 189:8
**2021** 4:18,20
  5:7,10 49:22
  51:2 52:18
  54:21 55:3,6
  55:17 59:1
  66:5,8
  121:11,15
  122:11
  123:19
  124:18 125:8
  128:5 137:7
  152:9 153:11
  162:19 164:6
  166:21
  167:13
  177:20 178:2
  179:16,17,21
  180:12
  182:17
  188:17
  189:11,15
  198:3,7

---

Oritz , Raul

July 28, 2022

45

| | | | | |
|---|---|---|---|---|
| 207:10,11 | **212(d)(5)** | 6:10 124:10 | **33,000** 136:21 | 179:13,16,21 |
| 210:15 213:5 | 191:13,16 | 124:10 223:6 | **34** 135:3 | 180:12 |
| 215:7,7,8,8,9 | **21st** 162:19 | 223:18 | **341** 132:18 | 253:15 |
| 216:18 217:8 | 167:13 | **29** 126:5 134:5 | **35** 4:5 104:22 | |
| 217:20 | **22** 5:10 52:2,5 | 136:1 | 105:5,9 | **5** |
| 218:17 | 52:13 53:1 | **2nd** 210:15 | 134:8,21 | **5** 4:8 5:7 49:2 |
| 222:18 | 124:4,5 | 215:8 222:17 | 135:21 136:4 | 49:4,9,18 |
| 223:14 | 131:8 182:2 | | **36** 23:15 | 71:4 99:18 |
| 228:12 | 182:4,16 | **3** | **37** 23:15 | 100:6,15 |
| 245:12 | 188:10 190:2 | **3** 4:6 42:21 | **388** 200:1 | 212:6 |
| **2022** 1:14,21 | 222:10 | 43:1,6,9,18 | **3s** 129:21 | **5,000** 125:16 |
| 4:9,22 6:10 | **225** 5:15 | 43:21 44:7 | | 131:17,22 |
| 43:11 49:10 | **22nd** 215:7 | 44:12 46:1 | **4** | 136:9 139:8 |
| 49:15,19 | 217:8,20 | 46:12 53:15 | **4** 4:7 47:5,6,11 | 139:11 |
| 52:18 53:6 | 234:8 | 53:16 87:15 | 48:5 88:15 | **5/12/15** 5:12 |
| 133:9 147:2 | **23** 5:11 124:4 | 95:6 129:15 | 88:17 179:11 | **5/15/22** 5:6 |
| 170:12 | 124:5 134:3 | 136:21 | 179:12 197:5 | **5/19/22** 4:6 |
| 188:20 | 190:3,5,9 | **3,600** 216:13 | **4,000** 249:8 | **5/21/21** 5:5 |
| 195:15 213:6 | 193:9 | **3:21-cv-1066** | **4,489** 216:22 | **50,000** 131:12 |
| 227:3 234:8 | **2300** 1:19 6:9 | 1:9 6:8 | **4:10** 238:13 | 148:7,7,11 |
| 234:11 | **235** 76:10 77:1 | **30** 136:21 | **4:27** 238:14 | 232:7,10 |
| 253:15 | **238** 3:5 | 253:21 | **4:44** 251:20 | **50/50** 105:12 |
| **2023** 5:1 138:4 | **24** 5:12 192:21 | **30,000** 134:10 | **40** 104:22 | **527** 140:2 |
| 139:3 | 193:6 | 136:6,21 | 105:5,9 | **53** 241:9 |
| **2026** 253:21 | **24-hour** | 139:13 190:1 | 139:2 237:14 | **54** 4:11 |
| **20th** 51:2 59:1 | 232:22 | **3018** 219:14 | **415,816** 48:15 | **55** 136:17 |
| 61:3 196:5,6 | **24/7** 211:7 | **31** 14:16 21:1 | **42** 42:11,15 | **55,000** 125:16 |
| 196:9 215:7 | **245-0147** 2:9 | 24:21 25:3 | 44:8,18 74:9 | 130:8 131:21 |
| 216:18 227:7 | **247** 15:21 | 25:14 43:16 | 103:22 104:4 | 136:8 |
| 227:11,15 | **248** 3:6 | 53:4 56:22 | 104:20 105:1 | **598-7537** 2:14 |
| 245:12 | **25** 5:13 192:18 | 57:13 58:8 | 105:16 | **5th** 177:20 |
| **21** 5:8 50:13 | 193:16,22 | 148:4 240:9 | 106:10,15 | 178:2 179:17 |
| 51:5,13,20 | 194:3 222:16 | **31-year** 27:21 | 171:6 237:11 | 218:16 |
| 52:6,14 53:1 | 250:6 | **31st** 223:6 | 237:20 | 222:15 |
| 61:5 111:18 | **25,000** 38:18 | 224:1,15 | **43** 4:6 | 223:13 224:2 |
| 112:1 123:20 | 139:6,13 | **32** 124:9 125:4 | **46** 236:18 | 224:12 |
| 124:2 136:19 | 232:12 | 135:3,20 | **47** 4:7 | |
| 162:1 181:17 | **26** 5:14 138:16 | 236:16 | **47,000** 148:18 | **6** |
| 181:19 | 152:11 159:5 | **32,000** 136:21 | 149:5 | **6** 4:10 54:6,7 |
| 182:13,22 | 194:13,14,21 | **32,500** 136:5 | **47,984** 147:2,9 | 54:12,15,20 |
| 183:3 190:2 | 222:17 | **32399-1050** | **475** 217:21,22 | 55:18 79:7 |
| 221:16 | **27** 5:15 225:16 | 2:6 | **48,850** 131:11 | 197:6 242:5 |
| **21,000** 16:20 | 225:21 226:2 | **33** 4:3 124:11 | **49** 4:9 | **60** 4:12 166:5 |
| **212** 97:5,8 | **28** 1:14,21 | 131:7 138:19 | **4th** 147:2 | 211:6 221:21 |
| | | | | **60,000** 125:6,9 |

Oritz , Raul                                                July 28, 2022

46

125:14,16
131:21
136:20
189:12
**65** 232:21
**69** 4:14
**690,637** 48:21

_____ **7** _____
**7** 4:12 60:7,8
60:13,16,18
61:2 62:15
**7/4/2022**
146:22
**70** 211:6
232:21
**7046852**
253:22
**72** 28:4,10
156:13 158:6
158:7,18
**75** 122:22
200:5 203:2
250:4
**76** 4:15

_____ **8** _____
**8** 3:4 4:13,15
4:16 69:11
69:12,17
71:5 74:10
74:10,18
76:11 97:8
105:3,22
106:13,15
107:9 111:16
178:7,9,13
191:17 207:2
**85** 191:17
201:18 237:8
**850** 2:9
**859,501** 50:18
**868** 2:13

_____ **9** _____

**9** 4:15 76:16
76:17,22,22
78:21 87:2
91:2 95:5
131:16
178:10,14
**9:32** 1:20 6:11
**90** 154:19
**91** 188:6
**96** 4:16 240:11
249:20
**98** 240:11
249:21