# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF ARIZONA, et al.,<br><br>                      PLAINTIFFS,<br><br>v.<br><br>MERRICK GARLAND in his official capacity as Attorney General of the United States of America; et al.,<br><br>                      DEFENDANTS. | CIVIL ACTION NO. 6:22-cv-01130 |

## PLAINTIFF STATES' FIRST MOTION TO COMPEL

Plaintiff States move pursuant to Federal Rule of Civil Procedure 26 and 34, for an order overruling Defendants' objections and, to the extent necessary, pursuant to Federal Rule of Civil Procedure 37 for an order compelling Defendants to produce documents and information responsive to Plaintiff States' document requests.

The parties engaged in a telephonic meet-and-confer on March 28, 2023, but were unable to resolve this dispute. A supporting memorandum, declaration, and exhibits are attached.

Dated: April 3, 2023

                                            Respectfully submitted,

**JEFF LANDRY**
  **ATTORNEY GENERAL OF LOUISIANA**

By: */s/ Joseph Scott St. John*

ELIZABETH B. MURRILL (La #20685)
  Solicitor General
JOSEPH S. ST. JOHN (La #36682)
  Deputy Solicitor General
JORDAN B. REDMON (La #37272)
  Assistant Solicitor General
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, Louisiana 70804
Tel: (225) 485-2458
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov
redmonj@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*

ASHLEY MOODY
  Attorney General
JAMES H. PERCIVAL*
  Chief of Staff
OFFICE OF THE FLORIDA
ATTORNEY GENERAL
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
Phone: (850) 414-3300
james.percival@myfloridalegal.com

*Counsel for Plaintiff State of Florida*