# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

THE STATE OF ARIZONA, et al.,

                                  Plaintiffs,

v.

MERRICK GARLAND in his official capacity as Attorney General of the United States of America; et al.,

                                  Defendants.

Civil Action No. 6:22-cv-01130

## DECLARATION OF JOSEPH SCOTT ST. JOHN

I, Joseph Scott St. John, declare as follows under 28 U.S.C. 1746:

1. I am a Deputy Solicitor General for the Louisiana Department of Justice. I am counsel for the State of Louisiana in this action. I am over the age of 18, and I have personal knowledge of the facts contained in this Declaration. I could competently testify to the contents of this Declaration if called upon to do so.

2. Attached hereto as Exhibit 1 is a true and accurate copy of email correspondence between counsel and attached discovery requests.

3. Attached hereto as Exhibit 2 is a true and accurate copy of email correspondence between counsel.

4. Attached hereto as Exhibit 3 is a true and accurate copy of Defendants' Responses to Plaintiffs' Second Set of Discovery Requests.

5. Attached hereto as Exhibit 4 is a true and accurate copy of email correspondence between counsel.

1

6. Attached hereto as Exhibit 5 is a true and accurate copy of excerpts from a court filing obtained from the State of Florida.

7. Attached hereto as Exhibit 6 is a true and accurate copy of a news article obtained from the internet.

8. Attached hereto as Exhibit 7 is a true and accurate copy of a news article obtained from the internet.

9. Attached hereto as Exhibit 8 is a true and accurate copy discovery requests served by Defendants.

10. Attached hereto as Exhibit 9 is a true and accurate copy of a printout from healthcare.gov.

11. Attached hereto as Exhibit 10 is a true and accurate copy of a court filing as obtained from Westlaw.

12. Attached hereto as Exhibit 11 is a true and accurate copy of a court filing as obtained from Westlaw.

13. Attached hereto as Exhibit 12 is a true and accurate copy of a court filing as obtained from Westlaw.

14. Attached hereto as Exhibit 13 is a true and accurate copy of an "Annual Flow Report."

15. Attached hereto as Exhibit 14 is a true and accurate copy of a court filing as obtained from Westlaw.

16. Attached hereto as Exhibit 15 is a true and accurate copy of a court filing as obtained from Westlaw.

17. Attached hereto as Exhibit 16 is a true and accurate copy of a court filing as obtained from Westlaw.

18.     Further declarant sayeth naught.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF LOUISIANA AND UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in Lafayette, Louisiana, this 3rd day of April, 2023.

/s/ Joseph Scott St. John