UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF ARIZONA, et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND in his official capacity as Attorney General of the United States of America; et al.,<br><br>                              Defendants. | Civil Action No. 6:22-cv-01130 |

**[PROPOSED] ORDER**

Plaintiff States' First Motion to Compel is GRANTED. Defendants' objections based on relevance, 8 C.F.R. 208.6, 8 C.F.R. 1208.6, nationality, and time period are OVERRULED.

SO ORDERED.

                                                                        _____
                                                                        UNITED STATES DISTRICT JUDGE