UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| Arizona, et al. | Case No. | 22-cv-1130 |
| Plaintiff | | |
| VS. | Judge | David C. Joseph |
| Garland, et al. | Magistrate Judge | Carol B. Whitehurst |
| Defendant | | |

**MOTION TO APPEAR PRO HAC VICE AND TO SUBSTITUTE COUNSEL**

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court to appear on behalf of the State of Oklahoma in the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the United States District Court for the _____ or the bar of Oklahoma Supreme court, which is the highest court of such state. Attached hereto is a certificate of good standing from such court.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, Joseph Scott St. John of the firm of Louisiana Department of Justice is appointed as local counsel.

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic


mail. I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

The State of Oklahoma is presently represented in this matter by Bryan Cleveland. Bryan Cleveland is leaving the Oklahoma Attorney General's Office. The movant respectfully moves this Court to substitute counsel, relieving attorney Bryan Cleveland and enrolling Zach West of the Oklahoma Attorney General's Office. Thus, this change will not result in delay or other prejudice to any party. **Undersigned counsel certifies that this motion is being filed with the express consent of Bryan Cleveland.**

Respectfully submitted,

| /s/ Zach West | /s/ Joseph Scott St. John |
|---|---|
| Signature of Applying Attorney | Signature of Local Counsel |
| Applying attorney may use typed "s/ Signature." | Local counsel may use typed "s/ signature" and must file electronically. |
| PLEASE TYPE OR PRINT LEGIBLY: | LOCAL COUNSEL INFORMATION: |
| Name: Zach West | Name: Joseph Scott St. John |
| Firm: Oklahoma Office of the Attorney General | Firm: Louisiana Department of Justice |
| Address: 313 NE 21st Street, Oklahoma City, OK 73105 | Address: 909 Poydras Street, Suite 1850, New Orleans, LA 70112 |
| Telephone: 405-521-3921 | Telephone: 225-485-2458 |
| Fax: 405-521-6246 | Fax: Click or tap here to enter text. |
| E-mail: zach.west@oag.ok.gov | E-mail: stjohnj@ag.louisiana.gov |
| Additional e-mail(s): Maranda.spears@oag.ok.gov, docket@oag.ok.gov | |

## CERTIFICATE OF SERVICE

      I hereby certify that on April 5, 2023, I presented the foregoing Petition for Admission Pro Hac Vice to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to all parties that have filed appearances.

 

*/s/ Joseph Scott St. John*
Signature

| | |
|---|---|
| Name: | Joseph Scott St. John |
| Firm: | Louisiana Department of Justice |
| Address: | 909 Poydras Street, Suite 1850 |
| | New Orleans, LA 70112 |
| Telephone: | 225-485-2458 |
| Fax: | Click or tap here to enter text. |
| E-mail: | stjohnj@ag.louisiana.gov |