# IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

## CERTIFICATE

I, John D. Hadden, Clerk of the Supreme Court of the State of Oklahoma, do hereby certify that Zachary Paul West, of Oklahoma City, Oklahoma, was admitted to practice in the Supreme Court of the State of Oklahoma upon exam, on September 22, 2011, and is now an attorney and counselor at law in good standing at the Bar of said State.

**WITNESS**, my hand and the Seal of the Supreme Court of the State of Oklahoma, this the 18th day of January, 2023.

**JOHN D. HADDEN, CLERK**
**SUPREME COURT OF OKLAHOMA**

S-E-A-L

By: *[signature]*