UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

Arizona, et al.
    Plaintiff

Case No.   22-cv-1130

VS.

Garland, et al.
    Defendant

Judge   David C. Joseph
Magistrate Judge   Carol B. Whitehurst

**ORDER**

IT IS ORDERED that Zach West be and is hereby admitted to the bar of this Court pro hac vice on behalf of the State of Montana in the above described action. Bryan Cleveland is authorized to withdraw as counsel of record for the State of Oklahoma, and has no further responsibility in this action for the above named Plaintiffs.

SO ORDERED on this, the _____ day of _____, 20_____.

U.S. Magistrate Judge