*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **State of Louisiana, et al** <br> Plaintiff | Case No.  **6:22-CV-01130-DCJ-CBW** |
| VS. <br> **Merrick Garland, in his official capacity as Acting Director of Executive Office for Immigration Review, et al.** <br> Defendant | Judge   David C. Joseph <br> Magistrate Judge   Carol B. Whitehurst |

**MOTION TO APPEAR PRO HAC VICE AND TO SUBSTITUTE COUNSEL**

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of **State of Missouri** the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of **the Supreme Court of Missouri**, which is the highest court of such state. Attached hereto is a certificate of good standing from such court.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, **Elizabeth Baker Murrill** of the firm of **Louisiana Department of Justice** is appointed as local counsel.

*(Rev. 6/14/2022)*

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail.  I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov.  I understand this electronic notice will be in lieu of notice by any other means.  I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

The State of Missouri is presently represented in this matter by Charles F. Capps, who has left the employment of the Missouri Attorney General's Office.  The movant respectfully moves this Court to substitute counsel, relieving attorney Charles F. Capps and enrolling Maria A. Lanahan of the Missouri Attorney General's Office.   Thus, this change will not result in delay or other prejudice to any party.   Undersigned counsel certifies that this motion is being filed with the express consent of Maria A. Lanahan.

Respectfully submitted,

| /s/ Maria A. Lanahan | /s/ Elizabeth Baker Murrill |
|---|---|
| Signature of Applying Attorney | Signature of Local Counsel |
| Applying attorney may use typed "s/ signature." | Local counsel may use typed "s/ signature" and must file electronically. |
| PLEASE TYPE OR PRINT LEGIBLY: | LOCAL COUNSEL INFORMATION: |
| Name: Maria A. Lanahan | Name: **Elizabeth Baker Murrill** |
| Firm: Office of Missouri Attorney General | Firm: Louisiana Department of Justice |
| Address: 815 Olive Street, Suite 200 | Address: 1885 N. Third Street |
| St. Louis, MO 63101 | Baton Rouge, LA 70802 |

*(Rev. 6/14/2022)*

| | | | |
|---|---|---|---|
| Telephone: | (314) 340-4978 | Telephone: | (225) 326-6766 |
| Fax: | (573) 751-0774 | Fax: | |
| E-mail: | Maria.Lanahan@ago.mo.gov | E-mail: | Murrille@ag.louisiana.gov |
| Additional e-mail(s): | tammy.glenn@ago.mo.gov | | |

/s/ *Charles F. Capps*
Signature of Withdrawing Attorney

PLEASE TYPE OR PRINT LEGIBLY:

| | |
|---|---|
| Name: | Charles F. Capps |
| Firm: | Attorney at Law |
| Address: | 815 Olive Street, Suite 200 |
| | St. Louis, MO 63101 |
| Telephone: | 314-340-7846 |
| Fax: | |
| E-mail: | Charles.Capps@ago.mo.gov |
| Additional e-mail(s): | |