*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **State of Louisiana, et al** <br> Plaintiff <br><br> VS. <br> **Merrick Garland, in his official capacity as Acting Director of Executive Office for Immigration Review, et al.** <br> Defendant | Case No.   **6:22-CV-01130-DCJ-CBW** <br><br> Judge   David C. Joseph <br> Magistrate Judge   Carol B. Whitehurst |

**ORDER**

IT IS ORDERED that <u>Maria A. Lanahan</u> be and is hereby admitted to the bar of this Court pro hac vice on behalf of <u>State of Missouri</u> in the above described action. Charles F. Capps is authorized to withdraw as counsel of record for the State of Missouri, and has no further opportunity in this action for the above named Plaintiffs.

SO ORDERED on this, the _____ day of _____, 20_____.

_____
U.S. Magistrate Judge