UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, et al.,<br><br>        Defendants. | No. 6:22-cv-1130<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS** |

Undersigned counsel respectfully notifies the Court and all parties of the entry of her appearance on behalf of all Defendants.

    The contact information for undersigned counsel is:

        ERIN T. RYAN
        Trial Attorney
        U.S. Department of Justice, Civil Division
        Office of Immigration Litigation-DCS
        P.O. Box 868, Ben Franklin Station
        Washington, DC 20044
        Telephone: (202) 532-5802
        Facsimile: (202) 305-7000
        E-Mail: erin.t.ryan@usdoj.gov

Dated: April 13, 2023        Respectfully submitted,

                                        BRIAN M. BOYNTON
                                        Principal Deputy Attorney General
                                        Civil Division

                                        WILLIAM C. PEACHEY
                                        Director, District Court Section
                                        Office of Immigration Litigation

EREZ R. REUVENI
Assistant Director

BRIAN C. WARD
Senior Litigation Counsel

*/s/ Erin T. Ryan*
ERIN T. RYAN
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation-DCS
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 532-5802
Erin.t.ryan@usdoj.gov

*Attorneys for Defendants*