UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 6:22-cv-1130 |
| ) | |
| MERRICK GARLAND, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## ORDER

Pursuant to the Defendants' Motion for an Adjournment of the Upcoming Conference and Extension of Time to Oppose Plaintiffs' Motion to Compel, the Court orders as follows:

The deadline for Defendants to file the opposition to Plaintiffs' motion to compel is extended to May 4, 2023.

The April 25, 2023 conference is adjourned to week of May 15, 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE