UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, *et al.*, <br><br>  *Plaintiffs,* <br><br> v. <br><br> MERRICK GARLAND, <br> in his official capacity as Attorney General of the United States, *et al.*, <br><br>  *Defendants.* | Civil Action No. 6:22-cv-01130 |

### DEFENDANTS' MOTION TO COMPEL PLAINTIFFS TO PRODUCE DISCOVERY

Defendants move, pursuant to Federal Rule of Civil Procedure 37, for an order compelling Plaintiffs to produce documents and information responsive to Defendants' discovery requests. The parties engaged in a meet-and-confer on April 17, 2023, but were unable to resolve all the disputes. A supporting memorandum and exhibits are attached.

Date: April 25, 2023

Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section

EREZ REUVENI
*Assistant Director*

BRIAN WARD
*Senior Litigation Counsel*

/s/ *Erin T. Ryan*
ERIN T. RYAN
*Trial Attorney*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 532-5802
Email: erin.t.ryan@usdoj.gov