# EXHIBIT B

| | |
|---|---|
| **From:** | Ryan, Erin T. (CIV) |
| **To:** | St. John, Joseph; Ward, Brian C. (CIV); Darrow, Joseph A. (CIV); Reuveni, Erez R. (CIV) |
| **Cc:** | Redmon, Jordan; james.percival@myfloridalegal.com; "Anita Patel" |
| **Subject:** | RE: Arizona v. Garland, No. 6:22-cv-130 (W.D. La.) - Plaintiff States" Discovery Responses |
| **Date:** | Monday, April 10, 2023 1:39:00 PM |
| **Attachments:** | image001.png |

Counsel,

Thank you for your production. We noticed that your responses do not identify any documents being produced, so it is unclear which documents are being produced in response to which requests. In order for us to adequately review your responses for completeness, we ask that you please update your responses to indicate which documents are being produced in response to which request.

We would ask that you please do this by end of day Wednesday, April 12, so the parties can move forward with any potential meet and confer that may need to take place.

Thank you,

Erin Ryan
Trial Attorney
U.S. Department of Justice – Civil Division
Office of Immigration Litigation – District Courts Section
Post Office Box 868 | Ben Franklin Station | Washington, D.C. 20044
erin.t.ryan@usdoj.gov | C:  202-532-5802

**From:** St. John, Joseph <StJohnJ@ag.louisiana.gov>
**Sent:** Thursday, April 6, 2023 10:21 AM
**To:** Ward, Brian C. (CIV) <Brian.C.Ward@usdoj.gov>; Ryan, Erin T. (CIV) <Erin.T.Ryan@usdoj.gov>; Darrow, Joseph A. (CIV) <Joseph.A.Darrow@usdoj.gov>; Reuveni, Erez R. (CIV) <Erez.R.Reuveni@usdoj.gov>
**Cc:** Redmon, Jordan <RedmonJ@ag.louisiana.gov>; james.percival@myfloridalegal.com; 'Anita Patel' <Anita.Patel@myfloridalegal.com>
**Subject:** [EXTERNAL] RE: Arizona v. Garland, No. 6:22-cv-130 (W.D. La.) - Plaintiff States' Discovery Responses

Counsel:

With apologies for the delay, Plaintiff States' first production of documents is available at the following ftp:

https://ft.ag.state.la.us/public/folder/6X8NJRIaEEKD9Fisv_X-0A/Duplicate

Best regards,
Scott



**Joseph Scott St. John**

Deputy Solicitor General
Office of Attorney General Jeff Landry
Tel: (225) 485-2458
stjohnj@ag.louisiana.gov
www.AGJeffLandry.com

**From:** St. John, Joseph
**Sent:** Monday, April 3, 2023 2:01 PM
**To:** 'Ward, Brian C. (CIV)' <Brian.C.Ward@usdoj.gov>; Ryan, Erin T. (CIV) <Erin.T.Ryan@usdoj.gov>; Darrow, Joseph A. (CIV) <Joseph.A.Darrow@usdoj.gov>; Reuveni, Erez R. (CIV) <Erez.R.Reuveni@usdoj.gov>
**Cc:** Redmon, Jordan <RedmonJ@ag.louisiana.gov>; james.percival@myfloridalegal.com; 'Anita Patel' <Anita.Patel@myfloridalegal.com>
**Subject:** Arizona v. Garland, No. 6:22-cv-130 (W.D. La.) - Plaintiff States' Discovery Responses

Counsel:

Louisiana and Florida's discovery responses are attached. Consistent with the parties' agreement, our initial document production should follow later today or tomorrow.

Best regards,
Scott



**Joseph Scott St. John**

Deputy Solicitor General
Office of Attorney General Jeff Landry
Tel: (225) 485-2458
stjohnj@ag.louisiana.gov
www.AGJeffLandry.com

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. To reply to our e-mail administrator directly, please send an e-mail to postmaster@ag.state.la.us.