# EXHIBIT K

| 104TH CONGRESS<br>*2d Session* | HOUSE OF REPRESENTATIVES | REPT. 104–469<br>Part 1 |
|---|---|---|

# IMMIGRATION IN THE NATIONAL INTEREST ACT OF 1995

# R E P O R T

OF THE

## COMMITTEE ON THE JUDICIARY
## HOUSE OF REPRESENTATIVES

ON

## H.R. 2202

together with

### ADDITIONAL AND DISSENTING VIEWS

[Including cost estimate of the Congressional Budget Office]



MARCH 4, 1996.—Ordered to be printed

| 104TH CONGRESS 2d Session | HOUSE OF REPRESENTATIVES | REPORT 104–828 |

# ILLEGAL IMMIGRATION REFORM AND IMMIGRANT RESPONSIBILITY ACT OF 1996

SEPTEMBER 24, 1996.—Ordered to be printed

Mr. HYDE, from the committee of conference, submitted the following

## CONFERENCE REPORT

[To accompany H.R. 2202]

The committee of conference on the disagreeing votes of the two Houses on the amendment of the Senate to the bill (H.R. 2202) to amend the Immigration and Nationality Act to improve deterrence of illegal immigration to the United States by increasing border patrol and investigative personnel, by increasing penalties for alien smuggling and for document fraud, by reforming exclusion and deportation law and procedures, by improving the verification system for the eligibility for employment, and through other measures, to reform the legal immigration system and facilitate legal entries into the United States, and for other purposes, having met, after full and free conference, have agreed to recommend and do recommend to their respective Houses as follows:

That the House recede from its disagreement to the amendment of the Senate and agree to the same with an amendment as follows:

In lieu of the matter proposed to be inserted by the Senate amendment, insert the following:

**SECTION 1. SHORT TITLE; AMENDMENTS TO IMMIGRATION AND NATIONALITY ACT; APPLICATION OF DEFINITIONS OF SUCH ACT; TABLE OF CONTENTS; SEVERABILITY.**

(a) SHORT TITLE.—This Act may be cited as the "Illegal Immigration Reform and Immigrant Responsibility Act of 1996".

(b) AMENDMENTS TO IMMIGRATION AND NATIONALITY ACT.—Except as otherwise specifically provided—

(1) whenever in this Act an amendment or repeal is expressed as the amendment or repeal of a section or other provision, the reference shall be considered to be made to that section or provision in the Immigration and Nationality Act; and

27–298



# Call 225-366-8945

TODAY FOR EXPERIENCED LEGAL REPRESENTATION

☰

## Call 225-366-8945
### TODAY FOR EXPERIENCED LEGAL



LADOJ-ASYLUM1360

# Asylum often stepping stone to citizenship in Louisiana

| Nov 30, 2017 | asylum

Many immigrants living in Louisiana are hoping to one day become naturalized citizens of the United States. Some arrived in this state through the asylum program. Not everyone is eligible for this protection, however, and not everyone who is granted asylum will successfully apply for citizenship. Each case is unique and immigration decisions are made according to individual circumstances in conjunction with existing laws and guidelines.

A person recently granted asylum inquired online about the citizenship process. This person was seeking information as to whether a green card would automatically be issued or if an application for permanent residency was required. The columnist responding to the inquiry explained that applications must be filed in order to obtain permanent legal status.

No person can apply for citizenship without first obtaining permanent residency status. The particular form needing to be filed to apply for a green card may only be submitted after an immigrant has resided in the United States under asylum for one year. From there, application for naturalization may only occur after one has possessed a green card for four years.

The waiting period is substantially less for those who are married to U.S. citizens. In such cases, an immigrant would only need to wait two years before applying for

LADOJ-ASYLUM1361

Case 6:22-cv-01130-DCJ-CBW   Document 157-12   Filed 04/25/23   Page 6 of 18 PageID #: 3841

naturalization. In either case, the actual application may be filed a few months before the required waiting period ends.

The asylum, green card and naturalization processes are often quite complex. It is easy to feel overwhelmed and confused when trying to fulfill eligibility requirements for any of these programs. Many Louisiana immigrants reach out for support rather than try to navigate such systems alone. An experienced immigration law attorney is a source of support who can help simplify the application process and address any legal problems that may arise along the way.

**Source:** nydailynews.com, "Immigrants granted asylum must apply for permanent residency", Allan Wernick, Nov. 16, 2017

Facebook 0	Twitter 0	LinkedIn 0

Search …  Search

# Recent Posts

Should I keep my estate plan a secret?

Communicating intentions to loved ones when making an estate plan

Is a will the same thing as an estate plan?

Are fees for estate planning tax deductible?

Is retirement a good time to create an estate plan?

# Archives

January 2023

November 2022

September 2022

July 2022

May 2022

LADOJ-ASYLUM1362

2/26/23, 10:37 AM
Case 6:22-cv-01130-DCJ-CBW Document 157-12 Filed 04/25/23 Page 7 of 18 PageID #: 3842
Asylum often stepping stone to citizenship in Louisiana | Shelby Law Firm

March 2022

January 2022

November 2021

September 2021

August 2021

July 2021

June 2021

May 2021

April 2021

March 2021

February 2021

January 2021

December 2020

November 2020

October 2020

September 2020

August 2020

July 2020

June 2020

May 2020

April 2020

March 2020

December 2019

November 2019

October 2019

September 2019

LADOJ-ASYLUM1363

2/26/23, 10:37 AM
Case 6:22-cv-01130-DCJ-CBW Document 157-12 Filed 04/25/23 Page 8 of 18 PageID #: 3843
Asylum Often Stepping Stone to citizenship in Louisiana | Shelby Law Firm

August 2019

July 2019

June 2019

May 2019

April 2019

March 2019

February 2019

January 2019

December 2018

November 2018

October 2018

September 2018

August 2018

July 2018

June 2018

May 2018

April 2018

March 2018

February 2018

January 2018

December 2017

November 2017

October 2017

September 2017

August 2017

July 2017

LADOJ-ASYLUM1364

2/26/23, 10:37 AM
Case 6:22-cv-01130-DCJ-CBW   Document 157-12   Filed 04/25/23   Page 9 of 18 PageID #: 3844
Asylum often stepping stone to citizenship in Louisiana | Shelby Law Firm

June 2017

May 2017

April 2017

# Categories

asylum

blog

Estate Planning

family immigration

Firm News

immigration detention

Uncategorized

us immigration law

# RSS Feed

Subscribe To This Blog's Feed



# Ready To Discuss Your Case?

Our lawyers are available to discuss any immigration, estate or insurance matter.

LADOJ-ASYLUM1365

2/26/23, 10:35 PM
Case 6:22-cv-01130-DCJ-CBW   Document 157-12   Filed 04/25/23   Page 10 of 18 PageID #: 3845
Asylum often stepping stone to citizenship in Louisiana | Shelby Law Firm



2/26/23, 10:35 PM                    Case 6:22-cv-01130-DCJ-CBW   Document 157-12   Filed 04/25/23   Page 11 of 18 PageID #:
                                                                                  Asylum often stepping stone to citizenship in Louisiana | Shelby Law Firm
                                                 3846



LADOJ-ASYLUM1367

Case 6:22-cv-01130-DCJ-CBW    Document 157-12    Filed 04/25/23    Page 12 of 18 PageID #: 3847

© 2023 [Shelby Law Firm](#) • All Rights Reserved

[Disclaimer](#) | [Site Map](#) | [Privacy Policy](#) | [Business Development Solutions](#) by [FindLaw](#),

part of Thomson Reuters

**REVIEW US**

LADOJ-ASYLUM1368

3/30/23, 8:52 PM	Some asylum seekers dropped off in Shreveport reportedly were not allowed to call their families

Watch Live    Latest Video    News    Weather    Your Vote

NEWS 12    Shreveport, LA

ADVERTISEMENT

# Some asylum seekers dropped off in Shreveport reportedly were not allowed to call their families

"ICE is required to allow immigrants to call their families to let them know they're getting out"



(Source: Gray TV file photo)

By Destinee Patterson
Published: Jul. 19, 2021 at 4:48 PM CDT | Updated: Jul. 19, 2021 at 5:31 PM CDT

SHREVEPORT, La. (KSLA) — It's been four days since ICE dropped off 20-30 Haitian immigrants in Shreveport.

https://www.ksla.com/2021/07/19/some-asylum-seekers-dropped-off-shreveport-reportedly-were-not-allowed-call-their-families/    1/6

LADOJ-ASYLUM2414



**Watch Live    Latest Video    News    Weather    Your Vote**



Greyhound buses brought the two groups to the city's bus station Thursday, July 15 from two ICE detention centers in Louisiana, said Frances Kelley, of Louisiana Advocates for Immigrants in Detention.

Many of them were not allowed to contact family members and, therefore, had nowhere to go once they reached Shreveport, she continued.

ADVERTISEMENT

"ICE is required to allow immigrants to call their families to let them know they're getting out. We've had multiple people tell us that was not the case," Kelley said.

"One immigrant was told, 'If you don't get on this bus right now, you'll have to stay here forever' when he asked to call his family to let them know that he was getting out."

All of the immigrants have since been reunited with their families and friends in the United States, Kelley said.

"Once notified of the sudden release, most of their families quickly purchased plane or bus tickets for their loved ones," she added. "A few immigrants whose families could not afford plane tickets received free plane tickets from the nonprofit Miles for Migrants, which helps reunite refugees and asylum seekers with their families."

ADVERTISEMENT

People, however, still are taking issue with the lack of support for the asylum seekers.

U.S. Sen. Bill Cassidy has called it "horrible mismanagement."

In an email, a spokesperson for U.S. Immigration and Customs Enforcement says its "Enforcement and Removal Operations (ERO), New Orleans Field Office, is transporting individuals, in accordance with COVID-19 protocols, released from ICE custody to regional airports or bus stations. Individuals released from ICE custody have a transportation and a temporary support plan in place prior to release."

ICE also is "coordinating with non-governmental organizations to ensure individuals have immediate needs such as temporary shelter upon their release, as well as food, water, clothing and transportation services to help mitigate strains placed on resources in the local community," the ICE spokesperson added.

LADOJ-ASYLUM2415

Kelley said the chaotic way in which ICE released asylum seekers at the Shreveport bus station without allowing them to first contact their families is only one example of many similar incidents that have been documented in Louisiana over recent months.

Several of the nine ICE immigration detention centers in Louisiana, many of which are in rural areas of the state, are under federal investigation due to allegations of torture, abuse and medical neglect, Kelley added.

On Friday, July 16, Louisiana Advocates for Immigrants in Detention, Freedom for Immigrants, the Southern Poverty Law Center and several other groups filed a civil rights complaint against ICE for alleged "blatant violations of the ICE Performance-Based National Detention Standards 2011 regarding release protocols in Louisiana and Mississippi, causing serious harm to the well-being and safety of those being released."

The petition says those violations include not allowing immigrants to contact their families prior to being released in order to make travel arrangements and not providing access to interpreters and translated materials to inform them of their post-release transportation options.

ADVERTISEMENT

Since late March, volunteers in Shreveport have helped more than 400 immigrants from 42 countries travel to reunite with their families or friends in other states, according to Louisiana Advocates for Immigrants in Detention. Among them were several parents who were reunited with their children after being separated for anywhere from months to years.

**Following is the latest directive on U.S. Immigration and Customs Enforcement's enforcement priorities:**



Copyright 2021 KSLA. All rights reserved.

Tabo͡o͡la Feed

**Amazon Hates When You Do This, But They Can't Stop You**
Online Shopping Tools | Sponsored

3/30/23, 8:52 PM    Some asylum seekers dropped off in Shreveport reportedly were not allowed to call their families

SafeLifeTips | Sponsored    Learn More

**Chuck Norris Has More Energy Now In His 80s (Here's How)**
Roundhouse Provisions | Sponsored    Watch Now

**Diabetes Is Not From Sweets! Meet The Main Enemy Of Diabetes**
Health Benefits | Sponsored

**Kia Has Done It Again. This Year's Lineup Left Us Speechless (See It Now)**
Auto Savings Center | Sponsored

**The New Honda CRV Is A Jaw Dropper**
The Remarkable New Honda CRV Is Here.
Best Honda Deals | Search Ads | Sponsored

ADVERTISEMENT

## Most Read

**Crash on I-30 kills 2, injures 3**



**▶ Driver arrested after 18-wheeler battle on I-49**



**▶ Shooting reported on northbound I-49**

https://www.ksla.com/2021/07/19/some-asylum-seekers-dropped-off-shreveport-reportedly-were-not-allowed-call-their-families/    4/6

LADOJ-ASYLUM2417

**Watch Live**     **Latest Video**     **News**     **Weather**     **Your Vote**



Former SPD officer accused of hiding information in homicide case appears in court



ADVERTISEMENT

## Latest News



Caddo, Bossier tech students participate in skills competitions



Arrest made in crash that killed DOTD worker



How do you know if you need a colonoscopy?

Driver arrested after 18-wheeler battle on I-49

LADOJ-ASYLUM2418

Watch Live    Latest Video    News    Weather    Your Vote



▶ 'We're here to stand for righteousness': Moms on a Mission member speaks on gun violence

News
Contact Us

Weather

Sports

KSLA
1812 Fairfield Ave.
Shreveport, LA 71101
(318) 222-1212

Terms of Service    Privacy Policy    Public Inspection File    FCC Applications    EEO Statement    Closed Captioning/Audio Description    KSLA Careers

Advertising    Digital Advertising    Submit a Complaint

A Gray Media Group, Inc. Station - © 2002-2023 Gray Television, Inc.



LADOJ-ASYLUM2419

https://www.ksla.com/2021/07/19/some-asylum-seekers-dropped-off-shreveport-reportedly-were-not-allowed-call-their-families/    6/6