UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF ARIZONA, *et al.*,<br><br>PLAINTIFFS,<br><br>v.<br><br>MERRICK GARLAND in his official capacity as Attorney General of the United States of America; *et al.*,<br><br>DEFENDANTS. | CIVIL ACTION NO. 6:22-cv-01130 |

**[PROPOSED] ORDER**

Defendants' Motion to Compel is GRANTED. Plaintiffs are ordered to produce responsive documents and information.

SO ORDERED.

                                                                                                 _____
                                                                                                 DAVID C. JOSEPH
                                                                                                 U.S. DISTRICT COURT JUDGE