## UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

|  |  |  |
|---|---|---|
| STATE OF ARIZONA, *et al.*, | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | Civil Action No. 6:22-cv-01130 |
| | ) | |
| MERRICK GARLAND, | ) | |
| in his official capacity as Attorney | ) | |
| General of the United States, *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

Please take notice that ELISSA P. FUDIM, U.S. Department of Justice, Civil Division, hereby enters her appearance on behalf of all Defendants. The contact information for the undersigned counsel is:

> Elissa Fudim
> U.S. Department of Justice, Civil Division
> Office of Immigration Litigation-DCS
> P.O. Box 868, Ben Franklin Station
> Washington, DC 20044
> Telephone: (202) 598-6073
> Facsimile: (202) 305-7000
> E-Mail: elissa.p.fudim@usdoj.gov

Date:  April 27, 2023                           Respectfully submitted,


                                                /s/_____
                                                ELISSA FUDIM

                                                U.S. Department of Justice
                                                Civil Division
                                                Office of Immigration Litigation
                                                District Court Section
                                                P.O. Box 868, Ben Franklin Station
                                                Washington, DC 20044
                                                Tel.: (202) 598-6073
                                                Email: Elissa.P.Fudim@usdoj.gov