UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, *et al.*, | ) |
| *Plaintiffs,* | ) |
| v. | ) Civil Action No. 6:22-cv-01130 |
| MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*, | ) |
| *Defendants.* | ) |

**MOTION TO ENROLL ADDITIONAL
COUNSEL OF RECORD FOR DEFENDANTS**

Defendants respectfully move this Court for an order enrolling Elissa Fudim, Trial Attorney, United States Department of Justice, as co-counsel of record for all Defendants in the above-captioned matter. Ms. Fudim is authorized to represent the United States and its agencies in this honorable court.

Date:  April 28, 2023                           Respectfully submitted,

                                                BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section

EREZ REUVENI
*Assistant Director*

BY:   /s/ *Brian C. Ward*
      BRIAN C. WARD
      *Senior Litigation Counsel*
      U.S. Department of Justice
      Civil Division
      Office of Immigration Litigation
      District Court Section
      P.O. Box 868, Ben Franklin Station
      Washington, DC 20044
      Tel.: (202) 616-9121
      Email: Brian.C.Ward@usdoj.gov

BY:   /s/ *Elissa Fudim*
      ELISSA FUDIM
      U.S. Department of Justice
      Civil Division
      Office of Immigration Litigation
      District Court Section
      P.O. Box 868, Ben Franklin Station
      Washington, DC 20044
      Tel.: (202) 598-6073
      Email: Elissa.P.Fudim@usdoj.gov