UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, *et al.*, ) | |
| ) | |
| *Plaintiffs,* ) | |
| ) | |
| v. ) | Civil Action No. 6:22-cv-01130 |
| ) | |
| MERRICK GARLAND, ) | |
| in his official capacity as Attorney ) | |
| General of the United States, *et al.*, ) | |
| ) | |
| *Defendants.* ) | |

**PROPOSED ORDER**

Considering the foregoing Motion for Elissa Fudim to Enroll as Additional Counsel of Record on behalf of Defendants, it is

ORDERED that the Motion is GRANTED and Elissa Fudim be enrolled as additional counsel of record for all Defendants and Erez Reuveni, Brian Ward, and Erin Ryan remain as co-counsel.

THUS DONE AND SIGNED in Lafayette, Louisiana on this _____ day of April, 2023.

_____
DAVID C. JOSEPH
U.S. DISTRICT COURT JUDGE