# Fudim, Elissa P. (CIV)

| | |
|---|---|
| **From:** | Ward, Brian C. (CIV) |
| **Sent:** | Friday, March 24, 2023 5:42 PM |
| **To:** | St. John, Joseph |
| **Cc:** | Reuveni, Erez R. (CIV); Fudim, Elissa P. (CIV); James Percival |
| **Subject:** | RE: Arizona v. Garland, No. 6:22-1130 (W.D. La.) |
| **Attachments:** | Responses to Plaintiffs Second RFPs to United States 3 24 23.pdf |

Scott,

Attached are an initial set of responses and objections to your second set of discovery requests. As discussed, and as noted in these responses, we anticipate filing revised responses and objections after we complete the search for responsive documents.

Brian