UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, *et al.*, *Plaintiffs,* v. MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*, *Defendants.* | Civil Action No. 6:22-cv-01130 |

**ORDER**

Considering the foregoing Motion for Elissa Fudim to Enroll as Additional Counsel of Record on behalf of Defendants, it is

ORDERED that the Motion is GRANTED and Elissa Fudim be enrolled as additional counsel of record for all Defendants and Erez Reuveni, Brian Ward, and Erin Ryan remain as co-counsel.

THUS DONE AND SIGNED in Lafayette, Louisiana on this 1st day of May, 2023.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE