# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, *et al.*, | No. 6:22-CV-01130 |
| Plaintiffs, | |
| v. | Judge David C. Joseph |
| MERRICK GARLAND, *et al.*, | Magistrate Judge Carol B. Whitehurst |
| Defendants. | |

**PLAINTIFF STATES' SECOND MOTION TO COMPEL**

Plaintiff States move under Federal Rule of Civil Procedure 37 and Local Civil Rule 37.1 for an order compelling Defendants to produce documents and information responsive to Plaintiff States' discovery requests. The Court should grant the motion and compel Defendants to participate in discovery for the reasons given in the accompanying memorandum.

Dated: May 23, 2023

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL OF LOUISIANA**

/s/ Jordan Bailey Redmon
ELIZABETH B. MURRILL (La #20685)
  Solicitor General
JOSEPH SCOTT ST. JOHN (La #36682)
  Deputy Solicitor General
JORDAN BAILEY REDMON (La #37272)
  Assistant Solicitor General
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, Louisiana 70804
Tel: (225) 485-2458
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov
redmonj@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*

ASHLEY MOODY
  Attorney General
JAMES H. PERCIVAL*
  Chief of Staff
OFFICE OF THE FLORIDA
ATTORNEY GENERAL
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
Phone: (850) 414-3300
james.percival@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

## LOCAL RULE 37.1 CERTIFICATE

I certify that on May 22, 2023, from approximately 2:00–2:45 p.m. CDT, counsel for Plaintiff States conferred with counsel for Defendants by phone for purposes of amicably resolving the discovery disputes outlined in the accompanying memorandum. And I certify that Defendants served their latest responses to Plaintiff States Third Set of Interrogatories, Requests for Production, and Requests for Admissions at about 9:14 p.m. CDT on May 22, 2023. After reviewing those responses and determining that they were deficient, given the impending discovery deadline, counsel for Plaintiff States requested that counsel for Defendants make themselves available for a meet and confer today. Counsel for Defendants stated that "[w]ith multiple people travelling today for the hearing[,] we are not available to meet and confer today."  The unresolved issues necessitated the filing of this motion.

/s/ Jordan Bailey Redmon
JORDAN BAILEY REDMON
Assistant Solicitor General

## CERTIFICATE OF SERVICE

I certify that on May 23, 2023, I electronically filed this document using the CM/ECF system, which will automatically send electronic notice of filing to all counsel of record.

/s/ Jordan Bailey Redmon
JORDAN BAILEY REDMON
Assistant Solicitor General