## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, *et al.*,<br><br>Defendants. | No. 6:22-CV-01130<br><br>Judge David C. Joseph<br><br>Magistrate Judge Carol B. Whitehurst |

### DECLARATION OF JORDAN BAILEY REDMON

I, Jordan Bailey Redmon, declare as follows under 28 U.S.C. 1746:

1. I am an Assistant Solicitor General for the Louisiana Department of Justice. I am one of the counsel for the State of Louisiana in this action. I am over the age of 18, and I have personal knowledge of the facts contained in this Declaration. I could competently testify to the contents of this Declaration if called upon to do so.

2. Attached as Exhibit 1 is a true and accurate copy of Plaintiff States' Third Set of Requests for Production, Interrogatories, and Requests for Admission.

3. Attached as Exhibit 2 is a true and accurate copy of discovery issued by the State of Texas in a co-pending case concerning the Asylum IFR.

4. Attached as Exhibit 3 is a true and accurate copy of discovery responses the State of Texas received in a co-pending case concerning the Asylum IFR.

5. Attached as Exhibit 4 is a true and accurate copy of Defendants' Responses to Plaintiffs' Third Set of Requests for Production, Interrogatories, and Requests for Admission.

6. Attached as Exhibit 5 is a true and accurate copy of email correspondence among counsel.

1

7. Attached as Exhibit 6 is a true and accurate copy of email correspondence among counsel.

8. Attached as Exhibit 7 is a true and accurate copy of Defendants' Responses to Plaintiff States' First Set of Interrogatories, Requests for Production, and Requests for Admission.

9. Attached as Exhibit 8 is a true and accurate copy of Defendants' Responses to Plaintiffs' Second Set of Requests for Production.

10. Attached as Exhibit 9 is a true and accurate copy of a privilege log produced by Defendants.

11. Attached as Exhibit 10 are true and accurate copies of documents produced by Defendants.

12. Further declarant sayeth naught.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF LOUISIANA AND UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in New Orleans, Louisiana, this 23rd day of May, 2023.

/s/ Jordan Bailey Redmon