# EXHIBIT 5

**Redmon, Jordan**

| | |
|---|---|
| **From:** | Ward, Brian C. (CIV) <Brian.C.Ward@usdoj.gov> |
| **Sent:** | Tuesday, May 23, 2023 9:34 AM |
| **To:** | St. John, Joseph; Redmon, Jordan; James Percival |
| **Cc:** | Reuveni, Erez R. (CIV); Fudim, Elissa P. (CIV); Ryan, Erin T. (CIV); Darrow, Joseph A. (CIV) |
| **Subject:** | RE: Arizona v. Garland, No. 6:22-cv-1130 (W.D. La.) - Discovery |

**CAUTION:** *This email originated outside of Louisiana Department of Justice. Do not click links or open attachments unless you recognize the sender and know the content is safe.*

Scott,

On the interrogatories, you already served and received responses to more than 25 interrogatories. We're not aware of any authority that allows for serving and seeking answers to more than 25 interrogatories without leave of the Court.

With multiple people traveling today for the hearing we are not available to meet and confer today.

Thanks,
Brian

---

**From:** St. John, Joseph <StJohnJ@ag.louisiana.gov>
**Sent:** Tuesday, May 23, 2023 12:44 AM
**To:** Ward, Brian C. (CIV) <Brian.C.Ward@usdoj.gov>; Redmon, Jordan <RedmonJ@ag.louisiana.gov>; James Percival <James.Percival@myfloridalegal.com>
**Cc:** Reuveni, Erez R. (CIV) <Erez.R.Reuveni@usdoj.gov>; Fudim, Elissa P. (CIV) <Elissa.P.Fudim@usdoj.gov>; Ryan, Erin T. (CIV) <Erin.T.Ryan@usdoj.gov>; Darrow, Joseph A. (CIV) <Joseph.A.Darrow@usdoj.gov>
**Subject:** [EXTERNAL] RE: Arizona v. Garland, No. 6:22-cv-1130 (W.D. La.) - Discovery

Brian:

We are disappointed with Defendants' discovery responses. As you know, all earlier discovery was withdrawn, so there is no basis for Defendants' refusal to answer interrogatories. And your implicit concession that the Asylum Rule has been "paused" paired with a claim that there are no non-deliberative documents regarding that pause is shocking. We categorically reject the Orwellian idea of a secret agency action, and Defendants' reasons for "pausing" the Asylum Rule in view of the Administration-created crisis on the border are certainly relevant to Asylum Rule's harm to Plaintiff States. We also note that Defendants are once again doing exactly these same things on which they moved to compel, this time *after* moving to compel.

Given the close of discovery, we ask that Defendants make themselves available to meet-and-confer between 10 am and noon Central Time, tomorrow (Tuesday, May 23). Please provide a time.

Best regards,
Scott

---

**From:** Ward, Brian C. (CIV) [mailto:Brian.C.Ward@usdoj.gov]
**Sent:** Monday, May 22, 2023 9:14 PM
**To:** St. John, Joseph; Redmon, Jordan; James Percival

1

**Cc:** Reuveni, Erez R. (CIV); Fudim, Elissa P. (CIV); Ryan, Erin T. (CIV); Darrow, Joseph A. (CIV)
**Subject:** RE: Arizona v. Garland, No. 6:22-cv-1130 (W.D. La.) - Discovery

**CAUTION:** This email originated outside of Louisiana Department of Justice. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Scott,

Please see attached.

Thanks,
Brian

---

**From:** St. John, Joseph <StJohnJ@ag.louisiana.gov>
**Sent:** Thursday, April 20, 2023 11:20 PM
**To:** Reuveni, Erez R. (CIV) <Erez.R.Reuveni@usdoj.gov>; Ward, Brian C. (CIV) <Brian.C.Ward@usdoj.gov>
**Cc:** Redmon, Jordan <RedmonJ@ag.louisiana.gov>; James Percival <James.Percival@myfloridalegal.com>
**Subject:** [EXTERNAL] Arizona v. Garland, No. 6:22-cv-1130 (W.D. La.) - Discovery

Counsel:

Please see the attached discovery requests.

Best regards,
Scott



**Joseph Scott St. John**
Deputy Solicitor General
Office of Attorney General Jeff Landry
Tel: (225) 485-2458
stjohnj@ag.louisiana.gov
www.AGJeffLandry.com

---

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. To reply to our e-mail administrator directly, please send an e-mail to postmaster@ag.state.la.us.
The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.
The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. To reply to our e-mail administrator directly, please send an e-mail to postmaster@ag.state.la.us.
The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby

notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.