# EXHIBIT 9

Arizona, et al. v. Garland, et al., 6:22-cv-01130 - Defendants' Privilege Log - June 17, 2022

| Begin Bates | End Bates | DOCDATE | To | FROM | SUBJECT | TAG - Privilege | TAG - Privilege Description |
|---|---|---|---|---|---|---|---|
| USA007774 | USA007909 | 6/13/2022 | | | USCIS Affirmative Asylum Procedures Manual (AAPM) | LE - Law Enforcement | LE: Document contains information about law enforcement procedures in USCIS offices, the disclosure of which might reveal sensitive internal law enforcement case handling procedures and if disclosed will risk circumvention of the immigration, criminal, and/or anti-terrorism laws. Additionally, the document provide government internet web addresses the disclosure of which may risk other sensitive government websites. |
| USA007710 | USA007733 | 9/3/2019 | | | USCIS Lesson Plan, Affirmative Asylum Process and Procedures | LE - Law Enforcement | LE: Document contains information about the types of law enforcement checks performed on applicants from third agency sources the disclosure of which might reveal sensitive internal law enforcement case handling procedures and if disclosed will risk circumvention of the immigration, criminal, and/or anti-terrorism laws. |
| USA007734 | USA007773 | 6/13/2022 | | | USCIS Credible Fear Procedures Manual (CFPM) | LE - Law Enforcement | LE: Document contains information about how law enforcement cases are handled, the diclosure of which will risk circumvention of the immigration, criminal, and/or anti-terrorism laws. Additionally, the document provide government internet web addresses the disclosure of which may risk other sensitive government websites. |