# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, *et al.*, | No. 6:22-CV-01130 |
| Plaintiffs, | |
| v. | Judge David C. Joseph |
| MERRICK GARLAND, *et al.*, | Magistrate Judge Carol B. Whitehurst |
| Defendants. | |

**[PROPOSED] ORDER**

Plaintiff States' Second Motion to Compel is GRANTED. The Court ORDERS Defendants to produce responsive documents and information.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE