# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, *et al.*, | No. 6:22-CV-01130 |
| Plaintiffs, | |
| v. | Judge David C. Joseph |
| MERRICK GARLAND, *et al.*, | Magistrate Judge Carol B. Whitehurst |
| Defendants. | |

## STATUS REPORT

To update the Court on the status of Plaintiff States' document production in connection with Defendants' Motion to Compel (Dkt. 157):

(1) The Louisiana Department of Health and Louisiana Department of Education voluntarily provided standing-related documents that were then produced by the Louisiana Department of Justice. Select documents are attached as Exhibits A and B.

(2) The State of Louisiana's document production is substantially complete.

(3) Plaintiff States provided Supplemental Discovery Responses, attached as Exhibit C.

Dated: May 23, 2023                    Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL OF LOUISIANA**

/s/ Jordan Bailey Redmon
ELIZABETH B. MURRILL (La #20685)
  Solicitor General
JOSEPH SCOTT ST. JOHN (La #36682)
  Deputy Solicitor General
JORDAN BAILEY REDMON (La #37272)
  Assistant Solicitor General
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, Louisiana 70804
Tel: (225) 485-2458
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov
redmonj@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*