# EXHIBIT A

\* Note   **REQUEST FOR PRODUCTION NO. 11:** Provide all documents, including but not limited to, writin
cost of providing SNAP, TANF, Medicaid, or education to Applicants for Admission, Undocumen

| Eligbility Group | Year / Month | | | | |
|---|---|---|---|---|---|
| Row Labels | 2019 | 2020 | 2021 | 2022 | 2023 |
| **Adult Exp** | **$146,680,885.82** | **$172,635,680.07** | **$116,678,826.05** | **$539,654,883.67** | **$150,385,031.34** |
| Asylee | $55,919,043.15 | $54,558,003.39 | $21,454,982.99 | $138,473,701.00 | $38,466,127.49 |
| Pending Application for Asylum | $164,546.14 | $110,299.86 | $25,587.58 | $562,138.18 | $306,529.76 |
| Undocumented Aliens | $90,597,296.53 | $117,967,376.82 | $95,198,255.48 | $400,619,044.49 | $111,612,374.09 |
| **CHIP** | **$434,476,238.62** | **$441,100,267.84** | **$208,404,144.14** | **$861,744,009.06** | **$181,981,735.08** |
| Asylee | $19,916,760.38 | $15,387,462.34 | $6,149,693.50 | $19,943,155.84 | $5,056,150.26 |
| Pending Application for Asylum | $1,453,139.74 | $6,324,974.70 | $2,138,447.37 | $10,587,368.80 | $2,080,443.76 |
| Undocumented Aliens | $413,106,338.50 | $419,387,830.80 | $200,116,003.27 | $831,213,484.42 | $174,845,141.06 |
| **Regular** | **$205,965,859.55** | **$249,829,540.13** | **$199,646,252.65** | **$560,715,999.51** | **$164,058,568.01** |
| Asylee | $36,766,916.81 | $48,744,683.63 | $31,079,721.02 | $83,303,954.03 | $20,290,324.27 |
| Pending Application for Asylum | $202,475.50 | $5,168,399.44 | $3,692,654.69 | $15,183,564.88 | $5,135,038.43 |
| Undocumented Aliens | $168,996,467.24 | $195,916,457.06 | $164,873,876.94 | $462,228,480.60 | $138,633,205.31 |
| **Grand Total** | **$787,122,983.99** | **$863,565,488.04** | **$524,729,222.84** | **$1,962,114,892.24** | **$496,425,334.43** |

gs, data, and correspondence that establish the
ted Immigrants, and asylees by Florida

| Grand Total |
|---|
| $1,126,035,306.95 |
| $308,871,858.02 |
| $1,169,101.52 |
| $815,994,347.41 |
| **$2,127,706,394.74** |
| $66,453,222.32 |
| $22,584,374.37 |
| $2,038,668,798.05 |
| **$1,380,216,219.85** |
| $220,185,599.76 |
| $29,382,132.94 |
| $1,130,648,487.15 |
| **$4,633,957,921.54** |