# EXHIBIT B

|  | **English Learners** | | **Migrants** | | |
|---|---|---|---|---|---|
| Year | October Count | February Count | October Count | February Count | End-of_Year Count |
| **2022-23** | 31938 | 33148 | 825 | 816 | |
| **2021-22** | 28945 | 30643 | 790 | 779 | |
| **2020-21** | 26882 | 27187 | | | 977 |
| **2019-20** | 26768 | 27262 | | | 840 |