# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

THE STATE OF ARIZONA, By and through its Attorney General, MARK BRNOVICH; et al.,

PLAINTIFFS,

v.

MERRICK GARLAND in his official capacity as Attorney General of the United States of America; et al.,

DEFENDANTS.

CIVIL ACTION NO. 6:22-cv-01130

## JOINT MOTION TO EXTEND DEADLINE

At the Court's May 24, 2023, hearing, the Court "ordered the parties [to] jointly file a Protective Order within 14 days" and "submit a proposed joint scheduling order within 14 days outlining proposed deadlines," Dkt. 170, *i.e.*, by June 7, 2023. Both during the hearing and in the associated minutes, the Court directed the parties to the hearing transcript for details of its order.

The parties have requested the transcript from the Court Reporter, but the transcript has not yet been received. Consistent with the Court's instruction, the parties have developed drafts, but the parties believe it important that they review the transcript for details of the Court's orders before presenting a proposed protective order and schedule to the Court.

For the foregoing reasons, the parties jointly request that the Court extend the deadline to 7 days after the transcript is received by the parties.

1

Dated: June 6, 2023

Respectfully submitted,

**JEFF LANDRY**
 **ATTORNEY GENERAL**

By: /s/ Joseph S. St. John
ELIZABETH B. MURRILL (La #20685)
  Solicitor General
J. SCOTT ST. JOHN (La #36682)
  Deputy Solicitor General
JORDAN B. REDMON (La #37272)
  Assistant Solicitor General
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, Louisiana 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov
redmonj@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*

ASHLEY MOODY
  Attorney General
JAMES H. PERCIVAL*
  Deputy Attorney General of Legal Policy
OFFICE OF THE FLORIDA
ATTORNEY GENERAL
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
Phone: (850) 414-3300
james.percival@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section

EREZ REUVENI
*Assistant Director*

/s/ *Elissa Fudim*
Elissa Fudim
Erin Ryan
*Trial Attorney*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 598-6073
Email: elissa.p.fudim@usdoj.gov

*Counsel for Defendants*