**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION**

THE STATE OF ARIZONA, By and
through its Attorney General,
    MARK BRNOVICH; et al.,

PLAINTIFFS,

v.

MERRICK GARLAND in his official
capacity as Attorney General of the United
States of America; et al.,

DEFENDANTS.

CIVIL ACTION NO. 6:22-cv-01130

**[PROPOSED] ORDER**

Good cause appearing, the Joint Motion to Extend Deadline is GRANTED. The parties' obligation to provide a draft scheduling order and protective order is extended to 7 days after the transcript is received by the parties. The parties shall notify the Court if the transcript is not received within 10 days.

SO ORDERED.

_____
DAVID C. JOSEPH
U.S. DISTRICT JUDGE