**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

|  |  |
|---|---|
| THE STATE OF ARIZONA, By and through its Attorney General, MARK BRNOVICH; et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> MERRICK GARLAND in his official capacity as Attorney General of the United States of America; et al., <br><br> DEFENDANTS. | <br><br><br><br><br><br><br><br>CIVIL ACTION NO. 6:22-cv-01130 |

## <u>ORDER</u>

Good cause appearing, the Joint Motion to Extend Deadline is GRANTED. The parties' obligation to provide a draft scheduling order and protective order is extended to 7 days after the transcript is received by the parties. The parties shall notify the Court if the transcript is not received within 10 days.

SO ORDERED, this 7th day of June 2023.

_____
DAVID C. JOSEPH
U.S. DISTRICT JUDGE