**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| THE STATE OF ARIZONA, By and through its Attorney General, MARK BRNOVICH; et al., <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND in his official capacity as Attorney General of the United States of America; et al., <br><br> Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br> Civil Action No. 6:22-cv-01130 |

**PROPOSED SCHEDULING ORDER**
**AND JOINT MOTION TO EXTEND DEADLINE FOR PROTECTIVE ORDER**

At the Court's May 24, 2023, hearing, the Court "ordered the parties [to] jointly file a Protective Order within 14 days" and "submit a proposed joint scheduling order within 14 days outlining proposed deadlines," Dkt. 170, *i.e.*, by June 7, 2023. Both during the hearing and in the associated minutes, the Court directed the parties to the hearing transcript for details of its order. On June 7, 2023, the Court granted the parties' joint motion for extension of the deadline to file the proposed scheduling order and protective order until seven days after their receipt of the transcript. Dkt. 173. The parties received the transcript on the evening of June 13, 2023. Dkt. 175.

The parties have been working towards an agreement on a draft protective order, but given the federal holiday yesterday, and counsels' need to confer with various clients and state agencies, the parties jointly request permission to file the proposed protective order by Friday, June 23, 2023.

With respect to the proposed scheduling order, the parties propose the following:

June 23 – The parties will file a proposed protective order

June 30 – Defendants will produce to Plaintiffs' counsel the names, dates of birth, alien numbers, and addresses for all noncitizens for whom the Court ordered said production

July 28 – The parties will produce to each other all remaining court ordered discovery

Aug 11 – The parties will exchange expert reports

Dated: June 20, 2023

        Respectfully submitted,

        BRIAN M. BOYNTON
        *Principal Deputy Assistant Attorney General*

        WILLIAM C. PEACHEY
        *Director*
        Office of Immigration Litigation
        District Court Section

        EREZ REUVENI
        *Assistant Director*

        /s/ *Elissa Fudim*
        Elissa Fudim
        Erin Ryan
        *Trial Attorney*
        U.S. Department of Justice
        Civil Division
        Office of Immigration Litigation
        District Court Section
        P.O. Box 868, Ben Franklin Station
        Washington, DC 20044
        Tel.: (202) 598-6073
        Email: elissa.p.fudim@usdoj.gov

        *Counsel for Defendants*

**JEFF LANDRY**
 **ATTORNEY GENERAL**

By: /s/ Joseph S. St. John
ELIZABETH B. MURRILL (La #20685)
  Solicitor General
J. SCOTT ST. JOHN (La #36682)
  Deputy Solicitor General
JORDAN B. REDMON (La #37272)
  Assistant Solicitor General
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, Louisiana 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov
redmonj@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*

ASHLEY MOODY
  Attorney General
JAMES H. PERCIVAL*
  Deputy Attorney General of Legal Policy
OFFICE OF THE FLORIDA
ATTORNEY GENERAL
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
Phone: (850) 414-3300
james.percival@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

3