# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF ARIZONA, By and through its Attorney General, MARK BRNOVICH; et al.,<br><br>PLAINTIFFS,<br><br>v.<br><br>MERRICK GARLAND in his official capacity as Attorney General of the United States of America; et al.,<br><br>DEFENDANTS. | [PROPSED] ORDER<br><br><br><br>CIVIL ACTION NO. 6:22-cv-01130 |

For good cause, the Court hereby GRANTS the parties' Joint Motion To Extend The Deadline For a Protective Order. It is hereby ORDERED that by

June 23, 2023 – The parties will file a proposed protective order;

June 30, 2023 – Defendants will produce to Plaintiffs' counsel the names, dates of birth, alien numbers, and addresses for all noncitizens for whom the Court ordered said production;

July 28, 2023 – The parties will produce to each other all remaining court ordered discovery;

Aug 11, 2023 – The parties will exchange expert reports.

Dated: June ___, 2023                               _____

Hon. David C. Joseph