UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, ET AL | CIVIL DOCKET NO. 6:22-CV-01130 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| MERRICK GARLAND, ET AL | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## ORDER

Considering the JOINT MOTION FOR EXTENSION OF TIME TO FILE PROTECTIVE ORDER WITH CONSENT (the "Motion") [Doc. 177], filed by the parties in this case,

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED the deadlines are extended as follows:

June 23, 2023 – The parties shall file a proposed protective order;

June 30, 2023 – Defendants will produce to Plaintiffs' counsel the names, dates of birth, alien numbers, and addresses for all noncitizens for whom the court ordered said production;

July 28, 2023 – The parties will produce to each other all remaining court ordered discovery;

August 11, 2023 – The parties will exchange expert reports.

THUS, DONE AND SIGNED in Chambers on this 22nd day of June 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE