# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **STATE OF ARIZONA, et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 6:22-cv-1130 |
| | ) |
| **MERRICK GARLAND, et al.,** | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

Pursuant to the Defendants' Motion for Extension of Time to Produce Remaining Discovery, the Court orders as follows:

The deadline for Defendants to produce the remaining Court ordered discovery is extended to August 11, 2023.

The deadline for the parties to exchange expert reports is extended to August 25, 2023.

The deadline for Defendants to file a Rule 12 motion is extended to September 15, 2023.

THUS DONE AND SIGNED in Chambers this 31st day of July, 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE