**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **STATE OF ARIZONA, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 6:22-cv-1130 |
| ) | |
| **MERRICK GARLAND, et al.,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

Pursuant to the parties' Joint Motion for Extension of Time to Complete Discovery, the Court orders as follows:

The deadline for the parties to exchange expert reports is extended to September 25, 2023.

The deadline for the parties to complete depositions is October 25, 2023.

The deadline for Defendants to file a Rule 12 motion is extended to November 8, 2023.

THUS, DONE AND SIGNED in chambers, this 24th day of August 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE