UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, et al.,  )<br>  )<br>  Plaintiffs,  )<br>  )<br>  v.  )<br>  )<br> MERRICK GARLAND, et al.,  )<br>  )<br>  Defendants.  )<br>_____ ) | Case No. 6:22-cv-1130 |

**DEFENDANTS' MOTION FOR A BRIEF ADJOURNMENT OF THE OCTOBER 30 STATUS CONFERENCE OR TO APPEAR BY VIDEOCONFERENCE**

Defendants respectfully request to adjourn the October 30, 2023 status conference by one-week, until November 6, so undersigned counsel can appear in person, or in alternative, to appear by videoconference during the week of October 30. Plaintiff State of Louisiana opposes the request to appear by videoconference and takes no position on the request to adjourn the conference by one week.

By way of background, on October 19, 2023, the Court scheduled an in-person status conference for October 30, 2023. ECF Nos. 187-188. The undersigned counsel will be attending the conference for Defendants. The undersigned is the lead attorney on the issue currently before the Court, and no other counsel for Defendants can appear in person on October 30, 2023. However, the undersigned has unavoidable personal commitments that prevent her from traveling the week of October 30.

Accordingly, Defendants respectfully request that the conference be adjourned by one week, until November 6, so counsel can attend in person. In the alternative, should the Court prefer to keep the conference scheduled for October 30, Defendants respectfully request that the

conference be held by videoconference. Defense counsel can also make herself available to appear by videoconference at another time convenient to the Court during the week of October 30, if necessary.

    Defendants thank the Court for its time and consideration of this request.

Date:  October 23, 2023                      Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section

EREZ REUVENI
*Assistant Director*

BRIAN C. WARD
*Senior Litigation Counsel*

ELISSA P. FUDIM
*Trial Attorney*

/s/ *Erin T. Ryan*
ERIN T. RYAN
*Trial Attorney*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 532-5802
Erin.t.ryan@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 23, 2023, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which provided an electronic notice and electronic link of the same to all attorneys of record.

By: */s/ Erin T. Ryan*
ERIN T. RYAN
Trial Attorney
United States Department of Justice
Civil Division
