**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| THE STATE OF ARIZONA, et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> MERRICK GARLAND in his official capacity as Attorney General of the United States of America; et al., <br><br> DEFENDANTS. | CIVIL ACTION NO. 6:22-cv-01130 |

## DECLARATION OF ATTORNEY JOSEPH SCOTT ST. JOHN

1.   I am counsel for Plaintiff State of Louisiana in the above-captioned litigation. This declaration is based on my personal knowledge, and I could competently testify to its contents if called to do so.

2.   Attached as Exhibit 1 is a true and accurate copy of the State of Louisiana's Responses and Objections to Defendants' Notice of Deposition.

3.   Attached as Exhibit 2 is a true and accurate copy of an email chain.

4.   Attached as Exhibit 3 is a true and accurate copy of an email chain.

5.   Attached as Exhibits 4, 5, and 6 are true and accurate excerpts from email chains, with certain items redacted.

6.   Attached as Exhibit 7 is a true and accurate copy of a complaint, as obtained from Westlaw.

7.   Attached as Exhibit 8 is a true and accurate copy of an email chain.

8. Attached as Exhibit 9 is a true and accurate printout of a Fact Sheet, as obtained from uscis.gov.[1]

9. Attached as Exhibit 10 is a true and accurate printout of a media article, as obtained from dailywire.com.[2]

10. Attached as Exhibit 11 is a true and accurate copy of a letter, as obtained from Hawley.senate.gov.[3]

11. Further declarant sayeth naught.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA AND THE STATE OF LOUISIANA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in New Orleans, Louisiana, this 23rd day of October 2023.

/s/ Joseph Scott St. John

---

[1] https://www.uscis.gov/humanitarian/refugees-and-asylum/asylum/fact-sheet-implementation-of-the-credible-fear-and-asylum-processing-interim-final-rule
[2] https://www.dailywire.com/news/the-u-s-govt-hired-a-pro-hamas-plo-spokeswoman-to-handle-asylum-claims
[3] https://www.hawley.senate.gov/sites/default/files/2023-10/Hawley-Letter-to-Mayorkas-re-Pro-Hamas-DHS-Employee.pdf