# EXHIBIT 4

# St. John, Joseph

| | |
|---|---|
| **From:** | St. John, Joseph |
| **Sent:** | Friday, October 13, 2023 4:45 PM |
| **To:** | 'Kimberly Sullivan' |
| **Cc:** | ▮▮▮▮▮▮▮▮▮▮ |
| **Subject:** | Asylum - LDH Prep Session |

Kim:

Adding ▮▮▮▮▮▮▮▮▮▮, to the logistics email. A zoom next Wednesday, Thursday, or Friday would be ideal. If you need more guidance than in my earlier email, please email me separately.

Best regards,
Scott

---

**From:** Kimberly Sullivan <Kimberly.Sullivan@LA.GOV>
**Sent:** Friday, October 13, 2023 1:48 PM
**To:** St. John, Joseph <StJohnJ@ag.louisiana.gov>
**Subject:** Asylum case

**CAUTION:** This email originated outside of Louisiana Department of Justice. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Scott,

I have been advised that we need to set up meetings with ▮▮▮▮▮▮▮▮ with some of my staff next week on this case. We are gathering the list of individuals who will be able to answer the questions. I will be attending with my staff. Do you need these in person or via zoom? Do you know how much time you will need with each person?

Trying to figure out logistics on this.

Thanks

*Kimberly Sullivan, J.D.*
Bureau of Health Services Financing
Interim Medicaid Executive Director
Louisiana Department of Health
kimberly.sullivan@la.gov



PRIVACY AND CONFIDENTIALITY WARNING
This e-mail may contain Protected Health Information, individually identifiable Health Information and other information which is protected by law. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any review, disclosure/re-disclosure, coping, storing, distributing, or the taking of action in reliance on the content of this e-mail and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately and destroy the contents of this e-mail and its attachments by deleting any and all electronic copies and an and all hard copies regardless of where they are maintained and stored.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.