# EXHIBIT 5

**St. John, Joseph**

| | |
|---|---|
| **From:** | Kaila Hutchison <Kaila.Hutchison.DCFS@LA.GOV> |
| **Sent:** | Monday, October 16, 2023 8:57 AM |
| **To:** | St. John, Joseph |
| **Cc:** | |
| **Subject:** | RE: Asylum - DCFS Prep Session |

**CAUTION:** *This email originated outside of Louisiana Department of Justice. Do not click links or open attachments unless you recognize the sender and know the content is safe.*

Hi,

Does Friday, October 20th at 10am central time work for everyone?

Thanks,

Kaila Hutchison
Attorney IV
DCFS/ Bureau of General Counsel
627 N. 4th Street
Baton Rouge, Louisiana 70802
225-342-1125  Office

This message is from an attorney. The contents of this message and any attachments may be privileged and confidential. Please do not disseminate without the approval of the DCFS Bureau of the General Counsel. If you are not an intended recipient, or have received this message in error, please delete it without reading it and please do not print, copy, forward, disseminate, or otherwise use the information. Also, please notify the sender that you have received this communication in error. Your receipt of this message is not intended to waive any applicable privilege. Thank you in advance for your cooperation.



**From:**
**Sent:** Friday, October 13, 2023 4:55 PM
**To:** St. John, Joseph <StJohnJ@ag.louisiana.gov>
**Cc:** Kaila Hutchison <Kaila.Hutchison.DCFS@LA.GOV>;
**Subject:** Re: Asylum - DCFS Prep Session

**EXTERNAL EMAIL: Please do not click on links or attachments unless you know the content is safe.**

1