# EXHIBIT 6

## St. John, Joseph

| | |
|---|---|
| **From:** | Joan Hunt <Joan.Hunt@LA.GOV> |
| **Sent:** | Tuesday, October 17, 2023 8:19 AM |
| **To:** | ; St. John, Joseph |
| **Cc:** | ; |
| **Subject:** | RE: Asylum - LaDoE Prep Session |

**CAUTION:** This email originated outside of Louisiana Department of Justice.  Do not click links or open attachments unless you recognize the sender and know the content is safe.

I am available at those times as well.

Thank you.

Joan E. Hunt
Executive Counsel
**Louisiana Department of Education**
1201 North Third Street
Baton Rouge, Louisiana 70802
225.342.3572
http://www.louisianabelieves.com



PRIVILEGED & CONFIDENTIAL COMMUNICATION:
The information contained in this transmission may be privileged, confidential, and exempt from disclosure under applicable law. It is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby on notice that any unauthorized disclosure, dissemination, distribution, duplication , or taking any action in reliance on the contents of the electronically transmitted materials or contents of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply e-mail and destroy all copies of the original message.

---

**From:**
**Sent:** Monday, October 16, 2023 5:57 PM
**To:** St. John, Joseph <StJohnJ@ag.louisiana.gov>
**Cc:** Joan Hunt <Joan.Hunt@LA.GOV>;
**Subject:** RE: Asylum - LaDoE Prep Session

Scott,
I am free at the following times for a meeting on

Thursday 10/19 from 10:30 to 11:30 or 2:30 to 3:30
Friday 10/20 from 10:00 to 11:00 or 11:00 to 12:00.

Please let me know what date and time works for you.