# EXHIBIT 10



INVESTIGATION

# The U.S. Gov't Hired A Pro-Hamas PLO Spokeswoman To Handle Asylum Claims

"F*** Israel, the government, and its military. Are you ready for your downfall?" Department of Homeland Security officer Nejwa Ali said.

By Luke Rosiak

Oct 18, 2023   DailyWire.com




Nejwa Ali LinkedIn / Facebook

The U.S. immigration enforcement agency hired a former spokeswoman for the Palestinian Liberation Organization (PLO) and put her in a position to determine who gets to come into the country as an immigrant or

We use cookies to improve your site experience. Some of the cookies are necessary for site functionality, while others improve site performance and personalization.

Cookie Settings    Accept All

Daily Wire investigation found.

Nejwa Ali worked in 2016 and 2017 as a public affairs officer for the Palestinian Delegation to the U.S., which according to its own website, served as the "PLO office in D.C." That office was expelled from the country by the Trump administration, but Ali landed on her feet, according to a screenshot of her LinkedIn profile, securing a job at DHS as an "Asylum Officer," where she was tasked with "applying immigration laws and regulations to asylum applications."



This January, she moved over to being an Adjudication Officer for the U.S. Citizenship and Immigration Services (CIS). People with that job, according to the agency, "analyze new or amended legislation and policy,

We use cookies to improve your site experience. Some of the cookies are necessary for site functionality, while others improve site performance and personalization.

Cookie Settings

✕

Though Ali's job at DHS included vetting people to make sure they were not a threat to the country before letting them in, it's not clear that anyone from the agency vetted her. That her primary allegiance was to the Palestinians, not the United States, was evident from her social media profiles, where she posts as "Falastine Mi Amor."

She has posted extremist rhetoric continuously to Facebook, Instagram, and Twitter for years – rhetoric that intensified this month as Palestinian terrorists murdered over 1,000 Jews on October 7 and Ali cheered. "F*** Israel, the government, and its military. Are you ready for your downfall?" she wrote on Instagram after the attacks.



According to her social media profiles – which say she is "American born, Palestinian @ heart" – Ali is from Dearborn, Michigan, a hotbed of unassimilated immigrants where thousands reportedly took to the streets in support of the Hamas terrorist attacks on Israel.



×

We use cookies to improve your site experience. Some of the cookies are necessary for site functionality, while others improve site performance and personalization.

Cookie Settings

Several of Ali's posts glorifying the terrorist attacks include the statement, "Respect our existence, or expect resistance. Simple. No

10/20/23, 6:45 PM
Case 6:22-cv-01130-DCJ-CBW Document 191-14 Filed 10/23/23 Page 6 of 11 PageID #:
The U.S. Gov't Hired a Pro-Hamas PLO Spokeswoman to Handle Asylum Claims | The Daily Wire
8102

We use cookies to improve your site experience. Some of the cookies are necessary for site functionality, while others improve site performance and personalization.

Cookie Settings

✕

Jews seeking to come to America might have a hard time if AI were their immigration officer. "Israeli, American privilege is disgusting. When Israelis acknowledge the government and military are solely responsible for the attack. Period," she wrote. "I hold every Israeli accountable for their governments [sic] actions, IF they do not speak against Israel."

On October 9, she posted to Facebook: "How Nejwa wakes up," accompanied by a video captioned "F*** Israel and any Jew that supports Israel" and a photo that says "A nation that has nothing but Allah has everything it will ever need." She also added an anti-Semitic cartoon of a Jewish nose.



She has also claimed that the media is pushing Israeli propaganda, mimicking a common anti-Semitic refrain that Jewish people control the press.

We use cookies to improve your site experience. Some of the cookies are necessary for site functionality, while others improve site performance and personalization.

Cookie Settings

✕



"Palestine will be free one day. F*** APARTHEID Israel and any Israeli that supports that bulls***. F*** you, may Allah forgive you. and spare us the crocodile tears, I sure as hell give zero f***s," she wrote on Instagram.

USCIS spokesman Matthew Bourke told The Daily Wire that "USCIS strongly condemns antisemitism and the use of violent rhetoric in any form."

"USCIS employees are held to high ethical standards both on and off duty, including their presence on social media," Bourke said. "Any violation of these standards is taken seriously by the agency."

But a day after The Daily Wire asked the agency about Ali, she told The Daily Wire in a phone call that she still works for DHS, and was decidedly unchastened.

Asked if she disclosed her employment with the PLO to DHS, she said "That's none of your f***ing business. Mind your business before I call the

We use cookies to improve your site experience. Some of the cookies are necessary for site functionality, while others improve site performance and personalization.

Cookie Settings

government official, she said, "That does not affect the ability to do my job at all. You can mind your own business."



USCIS declined to say why it would hire someone who previously worked for a foreign quasi-government that was expelled from the United States and put them in position to determine who was allowed to come into the country.

It said, "applicants seeking employment with USCIS are thoroughly vetted and subject to extensive security and background checks before they can receive a permanent position with the agency."

We use cookies to improve your site experience. Some of the cookies are necessary for site functionality, while others improve site performance and personalization.

Cookie Settings

✕

employment and public records.

USCIS would not say whether it called PLO officials for a job reference — calling past employers is a standard part of the government vetting process. Ali has recently scrubbed her LinkedIn profile of her work with the PLO, as well as an internship with UNRWA, the United Nations agency tasked with helping Palestinians.

Ali's extreme foreign policy views were evident long before she was hired by the government in 2019, during the Trump administration. Her clear animating force in life appears to be pushing the Islamic socialist message of the PLO.

During the Obama administration, on social media she lobbied for it to "BOYCOTT ISRAEL" and "End AID 2 ISRAEL," and during the 2016 election, she complained that "Republicans OBSESS over Israel" and called for "decolonization."

"F*** APARTHEID Israel and any Israeli that supports that bulls***. F*** you, may allah forgive you," she wrote, alongside pictures of violent leftist Americans Assata Shakur and Malcolm X. In 2017, she posted a picture of herself grinning in front of a statute of Che Guevara, the murderous Communist militant.

We use cookies to improve your site experience. Some of the cookies are necessary for site functionality, while others improve site performance and personalization.

Cookie Settings

×



The United States is facing pressure from the political Left to welcome Palestinian refugees into the country amid Israel's war against Hamas in the Gaza Strip. It is officers like Ali who would be tasked with advising the government whether or not it would be safe to grant entry to an applicant.

Ali's position on Israel goes squarely against the policy of the United States. President Joe Biden has said that his administration stands firmly with Israel, and has pledged to support it in its war against terrorists.

Department of Homeland Security,   Immigration,   Israel,   Palestine,   PLO

We use cookies to improve your site experience. Some of the cookies are necessary for site functionality, while others improve site performance and personalization.

Cookie Settings

### Gold IRA Kit Americans Are Using to Protect Their Retirement from Bank Failures!
Goldco



### Gutter Guards for One-story House: How Much Would It Cost?
LeafFilter partner

### These News Bloopers Weren't Meant to Happen
YourDIY

### Doctors Stunned: This Fixes Toenail Fungus (Try It Yourself)
Fungus Eliminator

### Ears Ringing? when Tinnitus Won't Stop, Do This [Its Genius]
doctors-health-quest-secrets

### The Solution for Gaza is Simple
Pulse of Israel