# EXHIBIT D

**Ryan, Erin T. (CIV)**

| | |
|---|---|
| **From:** | Darrow, Joseph A. (CIV) |
| **Sent:** | Monday, September 25, 2023 6:45 PM |
| **To:** | St. John, Joseph; Ward, Brian C. (CIV); James Percival; Anita Patel |
| **Cc:** | Reuveni, Erez R. (CIV); Fudim, Elissa P. (CIV); Ryan, Erin T. (CIV) |
| **Subject:** | AO Rule - Defendants' Expert Disclosure |
| **Attachments:** | Clemens - Expert Report - AZ v. Garland.pdf; Arizona v. Garland - Defendants' Disclosure of Expert Testimony.pdf |

Good evening, counsel,

Attached please find Defendants' expert disclosure and the expert report referenced therein.

Best,

Joe


**Joseph A. Darrow**
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
Liberty Square Building
450 5th Street, NW
Washington, DC 20530-0001
Mobile:  (202) 598-7537
joseph.a.darrow@usdoj.gov

# Ryan, Erin T. (CIV)

| | |
|---|---|
| **From:** | St. John, Joseph <StJohnJ@ag.louisiana.gov> |
| **Sent:** | Monday, September 25, 2023 6:38 PM |
| **To:** | Reuveni, Erez R. (CIV); Fudim, Elissa P. (CIV); Darrow, Joseph A. (CIV); Ryan, Erin T. (CIV) |
| **Cc:** | James Percival; Anita Patel |
| **Subject:** | [EXTERNAL] Arizona v. Garland - Expert Materials |
| **Attachments:** | Arthur Report (2023.09.25 FINAL - EXECUTED - WITH EXHIBITS).pdf; Scott Disclosure - FINAL.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Counsel:

Pursuant to the Court's Order (Dkt. 185), please see the attached expert materials.

Best regards,
Scott



### Joseph Scott St. John
Deputy Solicitor General
Office of Attorney General Jeff Landry
Tel: (225) 485-2458
stjohnj@ag.louisiana.gov
www.AGJeffLandry.com

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. To reply to our e-mail administrator directly, please send an e-mail to postmaster@ag.state.la.us.