# EXHIBIT F

# Ryan, Erin T. (CIV)

| | |
|---|---|
| **From:** | Ryan, Erin T. (CIV) |
| **Sent:** | Friday, October 6, 2023 3:02 PM |
| **To:** | St. John, Joseph; Reuveni, Erez R. (CIV); Fudim, Elissa P. (CIV); Darrow, Joseph A. (CIV) |
| **Cc:** | James Percival; Anita Patel |
| **Subject:** | RE: Arizona v. Garland - Expert Materials |

| **Tracking:** | **Recipient** | **Delivery** | **Read** |
|---|---|---|---|
| | St. John, Joseph | | |
| | Reuveni, Erez R. (CIV) | Delivered: 10/6/2023 3:03 PM | |
| | Fudim, Elissa P. (CIV) | Delivered: 10/6/2023 3:03 PM | Read: 10/6/2023 5:43 PM |
| | Darrow, Joseph A. (CIV) | Delivered: 10/6/2023 3:03 PM | |
| | James Percival | | |
| | Anita Patel | | |

Hi Scott,

We anticipate serving deposition notices for Mr. Arthur and Mr. Scott – could you please get back to us as soon as possible with a few dates that each witness is available so we can compare schedules and include a set date in the deposition notices? Please also let us know where the witnesses are located.

Thanks,
Erin

---

**From:** St. John, Joseph <StJohnJ@ag.louisiana.gov>
**Sent:** Monday, September 25, 2023 6:38 PM
**To:** Reuveni, Erez R. (CIV) <Erez.R.Reuveni@usdoj.gov>; Fudim, Elissa P. (CIV) <Elissa.P.Fudim@usdoj.gov>; Darrow, Joseph A. (CIV) <Joseph.A.Darrow@usdoj.gov>; Ryan, Erin T. (CIV) <Erin.T.Ryan@usdoj.gov>
**Cc:** James Percival <James.Percival@myfloridalegal.com>; Anita Patel <Anita.Patel@myfloridalegal.com>
**Subject:** [EXTERNAL] Arizona v. Garland - Expert Materials

Counsel:

Pursuant to the Court's Order (Dkt. 185), please see the attached expert materials.

Best regards,
Scott



**Joseph Scott St. John**
Deputy Solicitor General
Office of Attorney General Jeff Landry
Tel: (225) 485-2458
stjohnj@ag.louisiana.gov
www.AGJeffLandry.com