# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF ARIZONA, et al.,<br><br>PLAINTIFFS,<br><br>v.<br><br>MERRICK GARLAND in his official capacity as Attorney General of the United States of America; et al.,<br><br>DEFENDANTS. | CIVIL ACTION NO. 6:22-cv-01130 |

## DECLARATION OF ATTORNEY JOSEPH SCOTT ST. JOHN

1. I am counsel for Plaintiff State of Louisiana in the above-captioned litigation. This declaration is based on my personal knowledge, and I could competently testify to its contents if called to do so.

2. Attached as Exhibit 1 is a true and accurate copy of an email chain.

3. Attached as Exhibits 2 and 3 are true and accurate copies of documents produced in discovery.

4. Attached as Exhibits 4, 5, and 6, are true and accurate copies of, respectively, an email and its two attachments.

5. Attached as 7 is a true and accurate copy of an email.

6. Attached as Exhibit 8 is a true an accurate copy of a motion, as obtained from Westlaw.

7. I prepared Louisiana's responses and objections to Defendants' 30(b)(6) notice. I spent approximately 15 hours preparing those responses.

8. Further declarant sayeth naught.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA AND THE STATE OF LOUISIANA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in New Orleans, Louisiana, this 3rd day of November 2023.

/s/ Joseph Scott St. John