# EXHIBIT 4

# St. John, Joseph

| | |
|---|---|
| **From:** | St. John, Joseph |
| **Sent:** | Monday, September 25, 2023 5:38 PM |
| **To:** | Reuveni, Erez R. (CIV); Fudim, Elissa P. (CIV); Darrow, Joseph A. (CIV); Ryan, Erin T. (CIV) |
| **Cc:** | James Percival; Anita Patel |
| **Subject:** | Arizona v. Garland - Expert Materials |
| **Attachments:** | Arthur Report (2023.09.25 FINAL - EXECUTED - WITH EXHIBITS).pdf; Scott Disclosure - FINAL.pdf |

Counsel:

Pursuant to the Court's Order (Dkt. 185), please see the attached expert materials.

Best regards,
Scott



**Joseph Scott St. John**
Deputy Solicitor General
Office of Attorney General Jeff Landry
Tel: (225) 485-2458
stjohnj@ag.louisiana.gov
www.AGJeffLandry.com

1