UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| **STATE OF ARIZONA ET AL** | **CASE NO. 6:22-CV-01130** |
|---|---|
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **MERRICK GARLAND ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**MINUTES OF COURT:**
Motion Hearing/Status Conference

| Date: | November 6, 2023 | Presiding: | Judge David C. Joseph |
|---|---|---|---|
| Court Opened: | 10:00 am | Courtroom Deputy: | Chrissy Craig-Fontenot |
| Court Adjourned: | 10:30 am | Court Reporter: | Cathleen Marquardt |
| Statistical Time: | :30 | Courtroom: | CR1 |

**APPEARANCES**

| Joseph Scott St John | For | The Plaintiffs |
|---|---|---|
| Erin Ryan | For | U S Dept of Justice, Defendant |

**PROCEEDINGS**

Case called for hearing regarding [186] Defendants' Motion for an Extension of Time to Complete Discovery with opposition by Plaintiff, State of Louisiana [191].

After reviewing briefing, the Joint Discovery Filing [Doc. 193] and hearing argument from counsel regarding the status of discovery, the Motion for an Extension of Time to Complete Discovery [186] is GRANTED as follows:

(i) All expert witness depositions and the Rule 30(b)(6) deposition of Plaintiff State of Louisiana will take place before the end of November;
(ii) The parties are directed to comply in good faith with Rule 30(b)(6) and "confer in good faith about the matters for examination"; and
(iii) The Defendants' deadline to file a Rule 12 Motion or answer the Complaint is **extended to December 15, 2023**. Failure of the Defendants to file a Rule 12 motion challenging the Article III standing of Plaintiff states will constitute waiver of Defendants' right to later raise that issue.

After discussion, the Court ruled that [168] Second Motion to Compel by Plaintiff States is HEREBY STRICKEN from the record and the Plaintiffs may re-file a motion to compel if any document discovery issues remain.  Refer to transcript for complete record of proceedings.