UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **STATE OF ARIZONA, et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**MERRICK GARLAND, et al.,** )<br>)<br>**Defendants.** )<br>_____ ) | Case No. 6:22-cv-1130 |

## ORDER

Pursuant to Defendants' Motion for Extension of Time to Complete Depositions, the Court orders as follows:

The deadline for the parties to complete depositions is December 14, 2023.

The deadline for Defendants to file a Rule 12 motion is extended to December 29, 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE