# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF ARIZONA, et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> MERRICK GARLAND in his official capacity as Attorney General of the United States of America; et al., <br><br> DEFENDANTS. | CIVIL ACTION NO. 6:22-cv-01130 |

## LOUISIANA'S MOTION TO RECONSIDER AND TERMINATE DISCOVERY

Louisiana moves for reconsideration of the Court's orders granting Defendants' motions to extend discovery. *See* Dkt. 195, 197. Louisiana submits that the Court's granting of those motions without requiring Defendants to show "good cause," including the required "showing that the deadlines cannot reasonably be met despite the diligence of the party needing the extension," *Squyres v. Heico Cos.*, 782 F.3d 224, 237 (5th Cir. 2015), was a manifest error of law and a *per se* abuse of discretion, *Sherman v. Winco Fireworks, Inc.*, 532 F.3d 709, 715-18 (8th Cir. 2008). Louisiana accordingly asks the Court to terminate discovery and order Defendants to answer the complaint or file a 12(b)(1) motion forthwith.

A supporting memorandum and a proposed order are attached.

Dated: November 10, 2023

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL OF LOUISIANA**

/s/ Joseph S. St. John
ELIZABETH B. MURRILL (La #20685)
  Solicitor General
JOSEPH SCOTT ST. JOHN (La #36682)
  Deputy Solicitor General
JORDAN BAILEY REDMON (La #37272)
  Assistant Solicitor General
LOUISIANA DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
1885 N. Third Street
Baton Rouge, Louisiana 70802
Tel: (225) 485-2458
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov
redmonj@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*