# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF ARIZONA, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 6:22-cv-01130 |
| MERRICK GARLAND in his official capacity as Attorney General of the United States of America; et al., | |
| Defendants. | |

# ORDER

Louisiana's Motion to Reconsider and Terminate Discovery is GRANTED. The scheduling amendments at Dkt. 195 and Dkt. 197 are VACATED and discovery is TERMINATED. Defendants are ORDERED to answer the complaint or file any motion to dismiss forthwith, but in no event later than December 1, 2023.

SO ORDERED.

_____
**U.S. DISTRICT JUDGE**