UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF ARIZONA, et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> MERRICK GARLAND in his official capacity as Attorney General of the United States of America; et al., <br><br> DEFENDANTS. | CIVIL ACTION NO. 6:22-cv-01130 |

## ORDER

Plaintiff the State of Louisiana's re-filed motion to compel (Doc. 203) is **GRANTED**.

Accordingly, the Court **ORDERS** DHS[1] to, within 7 days, **(1)** answer interrogatories 1–12 of Plaintiff the State of Louisiana's third set of discovery, Doc. 168-6 at 8–15; and **(2)** disclose the full factual and legal grounds for DHS's contentions that the Plaintiff States lacks standing.

**Signed this __ day of December, 2023, in Lafayette, Louisiana.**

                                                **DAVID C. JOSEPH**
                                       **UNITED STATES DISTRICT JUDGE**

---

[1] The Court refers to the federal defendants collectively as "DHS."