# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF ARIZONA, et al., | |
| PLAINTIFFS, | |
| v. | CIVIL ACTION NO. 6:22-cv-01130 |
| MERRICK GARLAND in his official capacity as Attorney General of the United States of America; et al., | |
| DEFENDANTS. | |

## ORDER

Plaintiff the State of Louisiana's request to expedite consideration of Plaintiff the State of Louisiana's re-filed motion to compel (Doc. 203) is **GRANTED**. The Court finds good cause to expedite consideration of the re-filed motion under the third sentence of Local Civil Rule 7.5 because discovery will soon close, and because the issues the re-filed motion to compel raises have already been fully briefed and were ripe for the Court's review as of June 2023. *See* Doc. 168-1 (Louisiana's 5/23/23 motion), Doc. 174 (DHS's 6/13/23 response), Doc. 176 (Louisiana's 6/19/23 reply).

Accordingly, the Court **ORDERS** that any response to Louisiana's re-filed motion to compel shall be filed by **December 4, 2023**.

**Signed this __ day of November, 2023, in Lafayette, Louisiana.**

_____
**DAVID C. JOSEPH**
**UNITED STATES DISTRICT JUDGE**

1