UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, et al., <br><br> Defendants. | No. 6:22-cv-1130 <br><br> **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS** |

    Undersigned counsel respectfully notifies the Court and all parties of the entry of his appearance on behalf of all Defendants.

    The contact information for undersigned counsel is:

> EVAN P. SCHULTZ
> Trial Attorney
> U.S. Department of Justice, Civil Division
> Office of Immigration Litigation-DCS
> P.O. Box 868, Ben Franklin Station
> Washington, DC 20044
> Telephone: (202) 892-0873
> Facsimile: (202) 305-7000
> E-Mail: Evan.P.Schultz2@usdoj.gov

/
/
/
/
/
/
/
/
/
/
/
/
/
/

1

| | |
|---|---|
| Dated:  December 4, 2023 | Respectfully submitted, |

                                              BRIAN M. BOYNTON
Principal Deputy Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

EREZ R. REUVENI
Assistant Director

BRIAN C. WARD
Senior Litigation Counsel

*/s/ Evan P. Schultz*
EVAN P. SCHULTZ
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation-DCS
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) (202) 892-0873
Evan.P.Schultz2@usdoj.gov

*Attorneys for Defendants*

/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/

## CERTIFICATE OF SERVICE

I certify that on December 4, 2023, I filed this document using the CM/ECF system, which will automatically send electronic notice of filing to all counsel of record.

      */s/ Evan P. Schultz*
      EVAN P. SCHULTZ
      Trial Attorney
      U.S. Department of Justice, Civil Division
      Office of Immigration Litigation-DCS
      P.O. Box 868, Ben Franklin Station
      Washington, DC 20044
      (202) (202) 892-0873
      Evan.P.Schultz2@usdoj.gov