UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, *et al.*,<br><br>               Plaintiffs,<br><br>    v.<br><br>MERRICK GARLAND, et al.,<br><br>               Defendants. | No. 6:22-cv-1130<br><br>**NOTICE OF APPEARANCE OF<br>COUNSEL FOR DEFENDANTS** |

    Undersigned counsel respectfully notifies the Court and all parties of the entry of her appearance on behalf of all Defendants.

    The contact information for undersigned counsel is:

>SYDNEY A. JACKSON
>Trial Attorney
>U.S. Department of Justice, Civil Division
>Office of Immigration Litigation-DCS
>P.O. Box 868, Ben Franklin Station
>Washington, DC 20044
>Telephone: (202) 919-1366
>Facsimile: (202) 305-7000
>E-Mail: Sydney.A.Jackson@usdoj.gov

/
/
/
/
/
/
/
/
/
/

1

Dated:  December 4, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

EREZ R. REUVENI
Assistant Director

BRIAN C. WARD
Senior Litigation Counsel

*/s/ Sydney A. Jackson*
SYDNEY A. JACKSON
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation-DCS
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 919-1366
Sydney.A.Jackson@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on December 4, 2023, I caused to be electronically filed this document using the CM/ECF system, which will automatically send electronic notice of filing to all counsel of record.

/s/ *Sydney Jackson*
SYDNEY A. JACKSON
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation-DCS
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 919-1366
Sydney.A.Jackson@usdoj.gov