# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF ARIZONA, By and through its Attorney General, MARK BRNOVICH; et al., | |
| Plaintiffs, | Civil Action No. 6:22-cv-01130 |
| v. | |
| MERRICK GARLAND in his official capacity as Attorney General of the United States of America; et al., | MOTION FOR ENLARGEMENT OF PAGES AND SCHEDULE FOR BRIEFING |
| Defendants. | |

Defendants move the Court for an Order granting Defendants permission to file a forty-page memorandum of law in support of their Motion to Dismiss, granting Plaintiffs permission to file a forty-page brief in opposition thereto, for an Order extending Plaintiffs' time to file their opposition from January 12, 2023 until January 22, 2023, and for an Order giving Defendants until February 5, 2023 to submit their reply.

Pursuant to the Court's Order dated November 9, 2023, Defendants' Motion to Dismiss is due on December 22, 2023. ECF No. 197. Local Rule 7.8 limits the Parties to 25 pages for their principal briefs. As this Court is aware, this is a case of national significance. In moving to dismiss, Defendants will challenge several of Plaintiffs' causes of action pursuant to Rule 12(b)(6) and will also challenge, pursuant to Rule 12(b)(1), Plaintiffs' claim to standing based on alleged injuries sustained by two States—Florida and Louisiana. This will be a factual challenge based on

government data and documents, as well as data and testimony obtained during jurisdictional discovery. To provide a fulsome motion, Defendants require an additional fifteen pages for their moving brief. Defendants have conferred with Plaintiffs' counsel, and Plaintiffs' consent to this request provided that they will similarly be afforded a fifteen-page enlargement for their opposition brief, and an additional ten days, beyond that provided by the Federal and Local Rules, to respond to the Motion to Dismiss. Defendants do not oppose Plaintiffs' request. Defendants note that they may, at a later date, seek an enlargement of pages for Defendants' reply, but will do so, if necessary, after reviewing opposition papers.

Accordingly, with the consent of Plaintiffs' counsel, Defendants hereby move the Court for an Order granting the Parties a fifteen-page enlargement for their principal briefs, for a total of forty pages, and additionally request an Order that Plaintiffs opposition brief be due January 22, 2023, with Defendants' reply brief due February 5, 2023.

Dated:   December 18, 2023

                Respectfully submitted,

                BRIAN M. BOYNTON
                *Principal Deputy Assistant Attorney General*

                WILLIAM C. PEACHEY
                *Director*
                Office of Immigration Litigation
                District Court Section

                SARAH VUONG
                *Assistant Director*

                Brian C. Ward
                *Senior Litigation Counsel*

                /s/ Elissa Fudim
                Elissa Fudim

Erin Ryan
Joe Darrow
*Trial Attorney*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 598-6073
Email: elissa.p.fudim@usdoj.gov

*Counsel for Defendants*