UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF ARIZONA, By and through its Attorney General, MARK BRNOVICH; et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> MERRICK GARLAND in his official capacity as Attorney General of the United States of America; et al., <br><br> DEFENDANTS. | CIVIL ACTION NO. 6:22-cv-01130 <br><br> **[PROPOSED] ORDER** |

Upon review of Defendants' consent Motion for an Enlargement of Pages and Schedule for Briefing (ECF No. 210), and finding good cause, it is hereby ordered that Defendants' may file a forty-page Motion to Dismiss on or before December 22, 2023; Plaintiffs may file a forty-page opposition to Defendants' Motion to Dismiss on or before January 22, 2023, and Defendants may file a reply by February 5, 2023.

Dated: _____, 2023

_____
Hon. David C. Joseph