UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF ARIZONA, By and through its Attorney General, MARK BRNOVICH; et al., | |
| PLAINTIFFS, | CIVIL ACTION NO. 6:22-cv-01130 |
| v. | |
| MERRICK GARLAND in his official capacity as Attorney General of the United States of America; et al., | ORDER |
| DEFENDANTS. | |

Upon review of Defendants' consent Motion for an Enlargement of Pages and Schedule for Briefing (ECF No. 210), and finding good cause, it is hereby ordered that Defendants' may file a forty-page Motion to Dismiss on or before December 22, 2023; Plaintiffs may file a forty-page opposition to Defendants' Motion to Dismiss on or before January 22, 2023, and Defendants may file a reply by February 5, 2023.

THUS, DONE AND SIGNED in Chambers, this 19th day of December 2023.

_____
David C. Joseph