UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF ARIZONA, et al.,<br><br>                              PLAINTIFFS,<br><br>v.<br><br>MERRICK GARLAND in his official capacity as Attorney General of the United States of America; et al.,<br><br>                            DEFENDANTS. | CIVIL ACTION NO. 6:22-cv-01130 |

**ORDER**

      **IT IS ORDERED** that Plaintiff the State of Louisiana's Motion to Withdraw Jordan B. Redmon as Counsel (Doc. 209) is **GRANTED**. Jordan B. Redmon (La. Bar No. 37272) is **WITHDRAWN** as counsel for Plaintiff the State of Louisiana.

      Signed in Lafayette, Louisiana, this 20th day of December, 2023.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE

1