BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
SARAH P. VUONG
Assistant Director
JOSEPH A. DARROW (NYS Bar # 5326939)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation-DCS
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 598-7537
Facsimile: (202) 305-7000
e-Mail: joseph.a.darrow@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE OF ARIZONA, et al.;<br><br>    Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States; et al.,<br><br>    Defendants. | No. 6:22–cv–01130<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS** |

Undersigned counsel respectfully notifies the Court and all parties of the entry of his appearance on behalf of all Defendants in this action: Merrick Garland, Attorney General of the United States of America, et al.

The contact information for undersigned counsel is:

> JOSEPH A. DARROW
> Trial Attorney
> U.S. Department of Justice, Civil Division
> Office of Immigration Litigation-DCS
> P.O. Box 868, Ben Franklin Station
> Washington, DC 20044
> Telephone: (202) 598-7537
> Facsimile: (202) 305-7000
> e-Mail: joseph.a.darrow@usdoj.go

Dated:  December 20, 2023                    Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

SARAH P. VUONG
Assistant Director

/s/ Joseph A. Darrow
JOSEPH A. DARROW
NYS Bar Number 5326939
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation-DCS
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 598-7537

*Arizona v. Garland*, No. 6:22-CV-01130
NOTICE OF APPEARANCE OF COUNSEL

Joseph.a.darrow@usdoj.gov

*Attorneys for Defendants*

2

*Arizona v. Garland*, No. 6:22-CV-01130
NOTICE OF APPEARANCE OF COUNSEL

<u>CERTIFICATE OF SERVICE</u>

Case No. 6:22-cv-01130

 I HEREBY CERTIFY that on December 20, 2023, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which provided an electronic notice and electronic link of the same to all attorneys of record.

         <u>/s/ Joseph A. Darrow</u>
         JOSEPH A. DARROW
         U.S. Department of Justice