IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| The STATE of ARIZONA, et al., | ) |
| *Plaintiffs,* | ) |
| v. | ) Civil Action No. 6:22-cv-01130 |
| MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*, | ) |
| *Defendants.* | ) |

**MOTION TO DISMISS FOR LACK OF JURISDICTION
AND FAILURE TO STATE A CLAIM**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants hereby move to dismiss Plaintiffs' Second Amended Complaint, ECF No. 86, for lack of jurisdiction and failure to state a claim upon which relief may be granted for all the reasons stated in the attached Memorandum in Support and all exhibits referenced in and attached hereto.

1

Dated: December 22, 2023         Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section

EREZ REUVENI
*Counsel*

SARAH L. VOUNG
*Assistant Director*

BRIAN C. WARD
*Senior Litigation Counsel*

<u>/s/ *Joseph A. Darrow*</u>
JOSEPH A. DARROW
ELISSA P. FUDIM
ERIN T. RYAN
SYDNEY A. JACKSON
EVAN P. SCHULTZ
*Trial Attorneys*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 598-7537
Joseph.a.darrow@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2023, I electronically filed this motion to dismiss with the Clerk of the Court for the United States District Court for the Western District of Louisiana by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                                            /s/ *Joseph A. Darrow*
                                            JOSEPH A. DARROW
                                            U.S. Department of Justice