**Background:**

On May 31, 2022, the Department of Homeland Security (DHS) and Department of Justice (DOJ) began implementing a rule to ensure that those subject to expedited removal who are eligible for asylum are granted relief quickly and those who are not are promptly removed. By establishing a process for the efficient and thorough review of asylum claims, the new rule aims to reduce existing immigration court backlogs and to shorten the adjudication process to several months. The rule is being implemented in a phased manner, beginning with a small number of individuals, and continues to grow as USCIS builds operational capacity.

The report on this page describes processing and outcomes under the new rule for noncitizens identified as potentially suitable for placement in the rule, as well as demographic information about the population placed in the rule. Currently, individuals who may be processed under the rule include single adults who are non-rare language speakers and whose intended destination is one of nine destination cities (Arlington, Boston, Chicago, Los Angeles, Miami, New Orleans, New York, Newark, and San Francisco).

Data in this report are organized by cohort based on the month of U.S. Customs and Border Protection (CBP) encounter, rather than by the date of each subsequent event. For example, data in each month describe case outcomes for individuals encountered in that month, regardless of when their fear claims, Asylum Merits Interview (AMI) cases, or Executive Office for Immigration Review (EOIR) cases were adjudicated.

**Asylum Processing Rule (APR) Cohort Report**

**Table of Contents**

**Click link for corresponding tab:**

| | |
|---|---|
| Outcome Summary | Outcome Summary |
| Credible Fear Claims | Credible Fear Case Outcome |
| AMI Cases | Asylum Merits Interview Case Outcome |
| EOIR Cases | EOIR Case Outcomes |
| Credible Fear Supplemental Info | Credible Fear Case Outcome |
| AMI Supplemental Info | Asylum Merits Interview Case Outcome |

**Important Note:** Data in this report are organized by cohort based on the month of U.S. Customs and Border Protection (CBP) encounter, rather than by the date of each subsequent event. For example, data in the June 2022 column describe fear claims and case outcomes for the 589 individuals encountered in June 2022, regardless of when their fear claims or Asylum Merits Interview (AMI) cases were adjudicated.

**Asylum Processing Rule Cohort Report: Outcome Summary**

| | Jun-22 | Jul-22 | Aug-22 | Sep-22 | Oct-22 | Nov-22 | Dec-22 | Jan-23 | Feb-23 | Mar-23 | Apr-23 | May-23 | Jun-23 | Jul-23 | Aug-23 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **AMI-Eligible Credible Fear Claim Outcomes** | 589 | 576 | 857 | 694 | 619 | 328 | 67 | 162 | 884 | 936 | 151 | 9 | 2 | 3 | 7 | 5,884 |
| Positive Fear Findings[1] | 285 | 224 | 357 | 279 | 270 | 162 | 41 | 54 | 555 | 691 | 112 | 2 | 2 | 0 | 3 | 3,037 |
| AMI Eligible | 184 | 143 | 259 | 173 | 147 | 69 | 1 | 44 | 400 | 401 | 3 | 0 | 0 | 0 | 0 | 1,824 |
| Later Found Ineligible for AM[2] | 101 | 81 | 98 | 106 | 123 | 93 | 40 | 10 | 155 | 290 | 109 | 2 | 2 | 0 | 3 | 1,213 |
| Negative Fear Findings[3] | 296 | 325 | 467 | 346 | 250 | 84 | 7 | 107 | 316 | 201 | 30 | 4 | 0 | 0 | 2 | 2,435 |
| Admin Closed[4] | 3 | 7 | 26 | 52 | 78 | 68 | 17 | 0 | 13 | 40 | 9 | 2 | 0 | 0 | 0 | 315 |
| Pending Completion[5] | 1 | 3 | 7 | 12 | 15 | 7 | 1 | 1 | 0 | 4 | 0 | 1 | 0 | 3 | 2 | 57 |
| Other[6] | 4 | 17 | 0 | 5 | 6 | 7 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 40 |
| | | | | | | | | | | | | | | | | |
| **AMI USCIS Case Outcomes** | 184 | 143 | 259 | 173 | 147 | 69 | 1 | 44 | 400 | 401 | 3 | 0 | 0 | 0 | 0 | 1,824 |
| Asylum Granted | 40 | 28 | 75 | 42 | 30 | 23 | 0 | 11 | 83 | 72 | 0 | 0 | 0 | 0 | 0 | 404 |
| IJ Referral | 96 | 74 | 110 | 88 | 53 | 28 | 0 | 13 | 168 | 123 | 0 | 0 | 0 | 0 | 0 | 753 |
| Admin Closed[7] | 44 | 39 | 72 | 40 | 61 | 17 | 1 | 16 | 111 | 183 | 2 | 0 | 0 | 0 | 0 | 586 |
| Pending Completion | 4 | 2 | 2 | 3 | 3 | 1 | 0 | 4 | 38 | 23 | 1 | 0 | 0 | 0 | 0 | 81 |
| | | | | | | | | | | | | | | | | |
| **AMI Cases Referred to EOIR - Comprehensive EOIR Case Outcomes** | 88 | 62 | 89 | 76 | 47 | 25 | 0 | 11 | 140 | 102 | 0 | 0 | 0 | 0 | 0 | 640 |
| Relief[8] | 25 | 13 | 28 | 20 | 17 | 8 | 0 | 1 | 32 | 15 | 0 | 0 | 0 | 0 | 0 | 159 |
| Removal Orders/Voluntary Departure[9] | 57 | 45 | 51 | 44 | 28 | 10 | 0 | 8 | 55 | 30 | 0 | 0 | 0 | 0 | 0 | 328 |
| Terminated/Dismissed by IJ/Other[10] | 5 | 1 | 4 | 7 | 1 | 0 | 0 | 1 | 2 | 7 | 0 | 0 | 0 | 0 | 0 | 28 |
| Pending[11] | 1 | 3 | 6 | 5 | 1 | 7 | 0 | 1 | 51 | 50 | 0 | 0 | 0 | 0 | 0 | 125 |

[1] Include positive fear determinations and negative fear determinations appealed to Department of Justice (DOJ) Executive Office for Immigration Review (EOIR) and vacated by an Immigration Judge (IJ).
[2] Includes individuals who were unable to participate in AMI processing due to a change in intended destination cities.
[3] Include negative fear determinations not appealed to EOIR and negative fear determinations appealed to EOIR and upheld by an IJ.
[4] Admin closed reasons include dissolve, no-show, language access, and other reasons.
[5] Pending completion with U.S. Citizenship and Immigration Services (USCIS) and/or EOIR.
[6] Cases with lifted detention and other unknown completion status.
[7] AMI admin close reasons include interview no-show, ineligible APR/AMI processing, outside of Jurisdiction, and other reasons.
[8] Relief categories include asylum, asylum withholding, Convention Against Torture (CAT) Withholding issued based on Status Conference or Immigration and Naturalization Act (INA) 240 proceedings, and other relief.
[9] Includes *in absentia* and not *in absentia* removal orders issued based on Status Conference or INA 240 proceedings, and removal orders with ongoing appeals. Persons subject to removal orders and asylum withholding or CAT withholding are only reported within the relief categories. For example, a person ordered removed and granted withholding of removal is only reported within the withholding of removal.
[10] Includes Terminated, Dismissed by IJ, Administrative Closing, and Failure to Prosecute (DHS cases only).
[11] Includes Change of Venue and Transfer.

Notes: USCIS data valid as of September 1, 2023. EOIR data valid as of August 31, 2023.
Source: Office of Homeland Security Statistics analysis of USCIS and EOIR data.

**Important Note:** Data in this report are organized by cohort based on the month of U.S. Customs and Border Protection (CBP) encounter, rather than by the date of each subsequent event. For example, data in the June 2022 column describe fear claims and case outcomes for the 589 individuals encountered in June 2022, regardless of when their fear claims or Asylum Merits Interview (AMI) cases were adjudicated.

**Asylum Processing Rule Cohort Report: Credible Fear Case Outcomes**

| | Jun-22 | Jul-22 | Aug-22 | Sep-22 | Oct-22 | Nov-22 | Dec-22 | Jan-23 | Feb-23 | Mar-23 | Apr-23 | May-23 | Jun-23 | Jul-23 | Aug-23 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Credible Fear Cases by Sex** | 589 | 576 | 857 | 694 | 619 | 328 | 67 | 162 | 884 | 936 | 151 | 9 | 2 | 3 | 7 | 5,884 |
| Female | 18 | 32 | 138 | 151 | 97 | 89 | 7 | 15 | 129 | 163 | 48 | 2 | 1 | 0 | 4 | 894 |
| Male | 571 | 543 | 719 | 543 | 522 | 239 | 60 | 147 | 755 | 773 | 103 | 7 | 1 | 3 | 3 | 4,989 |
| Missing | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | | | | | | | | | | | | | | | |
| **Credible Fear Cases by Top Citizenship[1]** | 589 | 576 | 857 | 694 | 619 | 328 | 67 | 162 | 884 | 936 | 151 | 9 | 2 | 3 | 7 | 5,884 |
| Colombia | 274 | 192 | 215 | 289 | 287 | 87 | 12 | 58 | 377 | 433 | 87 | 0 | 1 | 0 | 1 | 2,313 |
| Peru | 89 | 150 | 189 | 151 | 98 | 15 | 0 | 14 | 94 | 217 | 34 | 5 | 0 | 2 | 1 | 1,059 |
| Ecuador | 80 | 83 | 153 | 102 | 61 | 69 | 2 | 30 | 131 | 70 | 6 | 1 | 0 | 0 | 3 | 791 |
| Dominican Republic | 25 | 45 | 88 | 65 | 62 | 30 | 5 | 57 | 242 | 97 | 12 | 1 | 0 | 0 | 0 | 729 |
| Brazil | 37 | 44 | 86 | 10 | 1 | 3 | 1 | 0 | 1 | 13 | 1 | 0 | 0 | 1 | 0 | 198 |
| Cuba | 0 | 0 | 0 | 0 | 45 | 30 | 37 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 112 |
| Other | 84 | 62 | 126 | 77 | 65 | 94 | 10 | 3 | 39 | 106 | 11 | 2 | 1 | 0 | 2 | 682 |
| | | | | | | | | | | | | | | | | |
| **Credible Fear Cases by Detention Facility** | 589 | 576 | 857 | 694 | 619 | 328 | 67 | 162 | 884 | 936 | 151 | 9 | 2 | 3 | 7 | 5,884 |
| Houston Contract Detention Facility | 271 | 229 | 367 | 189 | 351 | 81 | 21 | 18 | 641 | 227 | 70 | 1 | 0 | 0 | 0 | 2,466 |
| South Texas ICE Processing Center | 317 | 346 | 432 | 328 | 124 | 72 | 11 | 143 | 164 | 38 | 12 | 0 | 0 | 0 | 0 | 1,987 |
| Otay Mesa Detention Center | 0 | 0 | 0 | 10 | 21 | 104 | 1 | 0 | 15 | 101 | 33 | 0 | 0 | 0 | 0 | 285 |
| IAH Adult Detention Facility | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 213 | 11 | 0 | 0 | 0 | 0 | 228 |
| Imperial Regional Adult Detention Facility | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 19 | 160 | 6 | 0 | 0 | 0 | 0 | 185 |
| El Valle Detention Facility | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 107 | 15 | 0 | 0 | 0 | 0 | 134 |
| Port Isabel Special Processing Center | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 29 | 83 | 0 | 0 | 0 | 0 | 0 | 112 |
| Detained - Other Facility[2] | 0 | 0 | 0 | 0 | 3 | 9 | 18 | 0 | 0 | 2 | 4 | 8 | 2 | 3 | 7 | 56 |
| Non-Detained | 1 | 1 | 58 | 167 | 120 | 62 | 16 | 1 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 431 |
| | | | | | | | | | | | | | | | | |
| **Most Current Credible Fear Interview Status** | 589 | 576 | 857 | 694 | 619 | 328 | 67 | 162 | 884 | 936 | 151 | 9 | 2 | 3 | 7 | 5,884 |
| Not Yet Scheduled | 1 | 0 | 13 | 20 | 54 | 46 | 15 | 1 | 1 | 3 | 3 | 0 | 0 | 1 | 1 | 159 |
| Scheduled[3] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 |
| Completed | 588 | 576 | 844 | 674 | 565 | 282 | 52 | 161 | 883 | 933 | 148 | 9 | 2 | 0 | 6 | 5,723 |
| | | | | | | | | | | | | | | | | |
| **Credible Fear Cases by Detailed Outcome** | 589 | 576 | 857 | 694 | 619 | 328 | 67 | 162 | 884 | 936 | 151 | 9 | 2 | 3 | 7 | 5,884 |
| Positive Fear Finding | 209 | 171 | 287 | 200 | 230 | 151 | 24 | 51 | 533 | 665 | 101 | 2 | 2 | 0 | 3 | 2,629 |
| Later Found Ineligible for AMI[4] | 101 | 81 | 98 | 106 | 123 | 93 | 40 | 10 | 155 | 290 | 109 | 2 | 2 | 0 | 1 | 1,210 |
| Negative Fear Finding | 376 | 398 | 539 | 433 | 297 | 102 | 25 | 110 | 338 | 227 | 41 | 4 | 0 | 0 | 2 | 2,892 |
| Negative Fear Finding Not Appealed | 30 | 22 | 24 | 23 | 36 | 9 | 1 | 3 | 19 | 26 | 3 | 0 | 0 | 0 | 1 | 197 |
| Negative Fear Finding Appealed | 346 | 376 | 515 | 410 | 261 | 93 | 24 | 107 | 319 | 201 | 38 | 4 | 0 | 0 | 1 | 2,695 |
| Affirmed by IJ | 266 | 303 | 443 | 323 | 214 | 75 | 6 | 104 | 297 | 175 | 27 | 4 | 0 | 0 | 1 | 2,238 |
| Vacated by IJ | 76 | 53 | 70 | 79 | 40 | 11 | 17 | 3 | 22 | 26 | 11 | 0 | 0 | 0 | 0 | 408 |
| Pending with IJ[5] | 0 | 3 | 2 | 3 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 |
| Other/Unknown[6] | 4 | 17 | 0 | 5 | 6 | 7 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 40 |
| Admin Closed[7] | 3 | 7 | 26 | 52 | 78 | 68 | 17 | 0 | 13 | 40 | 9 | 2 | 0 | 0 | 0 | 315 |
| Pending USCIS Adjudication[8] | 1 | 0 | 5 | 9 | 14 | 7 | 1 | 1 | 0 | 4 | 0 | 1 | 0 | 3 | 2 | 48 |
| | | | | | | | | | | | | | | | | |
| **Final or Most Recent Credible Fear Outcome by Attorney Representation** | 589 | 576 | 857 | 694 | 619 | 328 | 67 | 162 | 884 | 936 | 151 | 9 | 2 | 3 | 7 | 5,884 |
| Positive Fear Found[9] | 285 | 224 | 357 | 279 | 270 | 162 | 41 | 54 | 555 | 691 | 112 | 2 | 2 | 0 | 3 | 3,037 |
| Attorney Representation | 2 | 4 | 5 | 7 | 5 | 4 | 0 | 0 | 2 | 9 | 2 | 0 | 0 | 0 | 0 | 40 |
| Negative Fear Found[10] | 296 | 325 | 467 | 346 | 250 | 84 | 7 | 107 | 316 | 201 | 30 | 4 | 0 | 0 | 2 | 2,435 |
| Attorney Representation | 3 | 3 | 4 | 3 | 4 | 2 | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 22 |
| Admin Closed[7] | 3 | 7 | 26 | 52 | 78 | 68 | 17 | 0 | 13 | 40 | 9 | 2 | 0 | 0 | 0 | 315 |
| Attorney Representation | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| Pending Completion[11] | 1 | 3 | 7 | 12 | 15 | 7 | 1 | 1 | 0 | 4 | 0 | 1 | 0 | 3 | 2 | 57 |
| Attorney Representation | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| Other/Unknown[6] | 4 | 17 | 0 | 5 | 6 | 7 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 40 |
| Attorney Representation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | | | | | |
| **Final or Most Recent Credible Fear Outcome by Detention Facility** | 589 | 576 | 857 | 694 | 619 | 328 | 67 | 162 | 884 | 936 | 151 | 9 | 2 | 3 | 7 | 5,884 |
| Detained | 588 | 575 | 799 | 527 | 499 | 266 | 51 | 161 | 884 | 931 | 151 | 9 | 2 | 3 | 7 | 5,453 |
| Positive Fear Found[9] | 285 | 223 | 337 | 202 | 248 | 162 | 41 | 54 | 555 | 690 | 112 | 2 | 2 | 0 | 3 | 2,916 |
| Negative Fear Found[10] | 296 | 325 | 458 | 321 | 245 | 84 | 7 | 107 | 316 | 201 | 30 | 4 | 0 | 0 | 2 | 2,396 |
| Admin Closed[7] | 3 | 7 | 3 | 4 | 5 | 18 | 2 | 0 | 13 | 40 | 9 | 2 | 0 | 0 | 0 | 106 |
| Pending Completion[11] | 0 | 3 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 3 | 2 | 11 |
| Other/Unknown[6] | 4 | 17 | 0 | 0 | 0 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 24 |
| Non-Detained | 1 | 1 | 58 | 167 | 120 | 62 | 16 | 1 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 431 |
| Positive Fear Found[9] | 0 | 1 | 20 | 77 | 22 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 121 |
| Negative Fear Found[10] | 0 | 0 | 9 | 25 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 39 |
| Admin Closed[7] | 0 | 0 | 23 | 48 | 73 | 50 | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 209 |
| Pending Completion[11] | 1 | 0 | 6 | 12 | 14 | 7 | 1 | 1 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 46 |
| Other/Unknown[6] | 0 | 0 | 0 | 5 | 6 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16 |
| | | | | | | | | | | | | | | | | |
| **Median Processing Time** | | | | | | | | | | | | | | | | |
| **Total Population** | | | | | | | | | | | | | | | | |
| Days from encounter to latest interview | 13 | 9 | 9 | 10 | 16 | 16 | 7 | 8 | 14 | 13 | 9 | 24 | 13 | 36 | 11 | 12 |
| Days from encounter to initial completion[12] | 15 | 11 | 14 | 15 | 21 | 22 | 13 | 12 | 17 | 16 | 13 | 26 | 14 | - | 12 | 16 |
| Days from encounter to final completion[13] | 22 | 18 | 21 | 22 | 25 | 25 | 15 | 15 | 19 | 17 | 13 | 23 | 14 | - | 16 | 20 |
| **Houston Contract Detention Facility** | | | | | | | | | | | | | | | | |
| Days from encounter to latest interview | 18 | 11 | 13 | 12 | 16 | 11 | 15 | 11 | 14 | 14 | 9 | 30 | - | - | - | 14 |
| Days from encounter to initial completion[12] | 21 | 15 | 17 | 15 | 20 | 15 | 18 | 16 | 18 | 18 | 13 | 31 | - | - | - | 17 |
| Days from encounter to final completion[13] | 23 | 19 | 22 | 19 | 23 | 18 | 18 | 19 | 19 | 18 | 13 | 31 | - | - | - | 20 |
| **South Texas ICE Processing Center** | | | | | | | | | | | | | | | | |
| Days from encounter to latest interview | 10 | 7 | 6 | 6 | 11 | 8 | 6 | 7 | 8 | 6 | 7 | - | - | - | - | 8 |
| Days from encounter to initial completion[12] | 13 | 10 | 11 | 11 | 15 | 13 | 7 | 12 | 12 | 32 | 11 | - | - | - | - | 12 |
| Days from encounter to final completion[13] | 21 | 17 | 20 | 20 | 23 | 21 | 10 | 15 | 15 | 32 | 15 | - | - | - | - | 19 |
| **Otay Mesa Detention Center** | | | | | | | | | | | | | | | | |
| Days from encounter to latest interview | - | - | - | 17 | 38 | 22 | 19 | - | 15 | 11 | 11 | - | - | - | - | 16 |
| Days from encounter to initial completion[12] | - | - | - | 24 | 44 | 29 | 24 | - | 17 | 15 | 13 | - | - | - | - | 20 |
| Days from encounter to final completion[13] | - | - | - | 26 | 52 | 29 | 24 | - | 17 | 16 | 13 | - | - | - | - | 21 |
| **IAH Adult Detention Facility** | | | | | | | | | | | | | | | | |
| Days from encounter to latest interview | - | - | - | - | - | - | - | - | 14 | 10 | 15 | - | - | - | - | 11 |
| Days from encounter to initial completion[12] | - | - | - | - | - | - | - | - | 16 | 13 | 22 | - | - | - | - | 14 |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Days from encounter to final completion[13] | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 15 |
| **Imperial Regional Adult Detention Facility** | | | | | | | | | | | | | | | | | |
| Days from encounter to latest interview | - | - | - | - | - | - | - | - | 22 | 20 | 9 | - | - | - | - | - | 20 |
| Days from encounter to initial completion[12] | - | - | - | - | - | - | - | - | 27 | 24 | 12 | - | - | - | - | - | 24 |
| Days from encounter to final completion[13] | - | - | - | - | - | - | - | - | 27 | 24 | 13 | - | - | - | - | - | 24 |
| **El Valle Detention Facility** | | | | | | | | | | | | | | | | | |
| Days from encounter to latest interview | - | - | - | - | - | - | - | - | 17 | 10 | 6 | - | - | - | - | - | 10 |
| Days from encounter to initial completion[12] | - | - | - | - | - | - | - | - | 19 | 13 | 10 | - | - | - | - | - | 13 |
| Days from encounter to final completion[13] | - | - | - | - | - | - | - | - | 23 | 15 | 16 | - | - | - | - | - | 16 |
| **Port Isabel Special Processing Center** | | | | | | | | | | | | | | | | | |
| Days from encounter to latest interview | - | - | - | - | - | - | - | - | 16 | 7 | - | - | - | - | - | - | 10 |
| Days from encounter to initial completion[12] | - | - | - | - | - | - | - | - | 19 | 12 | - | - | - | - | - | - | 14 |
| Days from encounter to final completion[13] | - | - | - | - | - | - | - | - | 21 | 14 | - | - | - | - | - | - | 18 |
| **Detained - Other Facility[2]** | | | | | | | | | | | | | | | | | |
| Days from encounter to latest interview | - | - | - | - | 47 | 23 | 7 | - | - | 14 | 11 | 20 | 13 | 32 | 11 | - | 14 |
| Days from encounter to initial completion[12] | - | - | - | - | 48 | 27 | 9 | - | - | 17 | 25 | 24 | 14 | - | 12 | - | 17 |
| Days from encounter to final completion[13] | - | - | - | - | 48 | 27 | 14 | - | - | 47 | 30 | 19 | 14 | - | 16 | - | 17 |
| **Non-Detained** | | | | | | | | | | | | | | | | | |
| Days from encounter to latest interview | - | 7 | 41 | 52 | 57 | 29 | 7 | - | - | 14 | - | - | - | - | - | - | 49 |
| Days from encounter to initial completion[12] | - | 9 | 48 | 62 | 65 | 36 | 16 | - | - | 10 | - | - | - | - | - | - | 57 |
| Days from encounter to final completion[13] | - | 27 | 48 | 66 | 66 | 36 | 16 | - | - | 10 | - | - | - | - | - | - | 60 |
| **Total Eligible for Removal[14]** | **298** | **327** | **469** | **350** | **252** | **90** | **8** | **107** | **325** | **210** | **33** | **5** | **0** | **0** | **2** | | **2,476** |
| Detained | 298 | 327 | 460 | 324 | 247 | 90 | 8 | 107 | 325 | 210 | 33 | 5 | 0 | 0 | 2 | | 2,436 |
| Removal Completed | 290 | 303 | 392 | 269 | 90 | 68 | 6 | 103 | 264 | 42 | 21 | 1 | 0 | 0 | 0 | | 1,849 |
| Removal Pending | 8 | 24 | 68 | 55 | 157 | 22 | 2 | 4 | 61 | 168 | 12 | 4 | 0 | 0 | 2 | | 587 |
| Non-Detained | 0 | 0 | 9 | 26 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 40 |
| Removal Completed | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 1 |
| Removal Pending | 0 | 0 | 9 | 25 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 39 |

- Data not available

[1] Top citizenships are ranked based on total AMI eligible cases.

[2] Other Facility includes South Texas Family Residential Center; Karnes County, Otero Co, Yuma, El Paso, and Florence Special Processing Center; T. Don Hutto and Joe Corley Detention Center; Adams County, Cibola County, and Richwood Correctional Center; and Eloy Federal Contract Facility.

[3] Interviews scheduled to occur on or after September 1, 2023.

[4] Includes individuals who were unable to participate in AMI processing due to a change in intended destination cities.

[5] Pending completion with Department of Justice (DOJ) Executive Office for Immigration Review (EOIR).

[6] Other includes 20 cases with lifted detention status and 20 with other unknown completion status.

[7] Admin closed reasons include dissolve, no-show, language access, and other reasons.

[8] Pending completion with U.S. Citizenship and Immigration Services (USCIS).

[9] Include positive fear determinations and appealed negative fear determinations vacated by an Immigration Judge (IJ).

[10] Include negative fear determinations not appealed and negative fear determinations appealed and upheld by an IJ.

[11] Pending completion with USCIS and/or EOIR.

[12] Include USCIS completion date.

[13] Include USCIS completion date for positive fear determinations, Admin Closed, and negative fear determinations not appealed. Include EOIR CFR completion date for negative fear determination cases appealed to EOIR.

[14] Include negative fear determinations not appealed to EOIR, negative fear determinations appealed to EOIR and upheld by an IJ, and dissolved admin closed cases.  Data exclude six (6) removals of noncitizens who withdrew their asylum applications following positive fear determinations; one (1) removal with a case pending; and nine (9) removals marked eligible for AMI with documented reasons for removal.

Notes: USCIS data valid as of September 1, 2023. EOIR data valid as of August 31, 2023. Immigration and Customs Enforcement (ICE) data valid as of September 1, 2023.

Source: Office of Homeland Security Statistics analysis of USCIS, EOIR, and ICE data.

**Important Note:** Data in this report are organized by cohort based on the month of U.S. Customs and Border Protection (CBP) encounter, rather than by the date of each subsequent event. For example, data in the June 2022 column describe AMI cases and case outcomes for the 184 individuals encountered in June 2022 and progressed to the AMI stage, regardless of when their fear claims or Asylum Merits Interview (AMI) cases were adjudicated.

**Asylum Processing Rule Cohort Report: Asylum Merits Interview Case Outcomes**

| | Jun-22 | Jul-22 | Aug-22 | Sep-22 | Oct-22 | Nov-22 | Dec-22 | Jan-23 | Feb-23 | Mar-23 | Apr-23 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **AMI Cases by Sex** | 184 | 143 | 259 | 173 | 147 | 69 | 1 | 44 | 400 | 401 | 3 | 1,824 |
| Female | 12 | 9 | 65 | 60 | 15 | 18 | 0 | 5 | 66 | 85 | 3 | 338 |
| Male | 172 | 133 | 194 | 113 | 132 | 51 | 1 | 39 | 334 | 316 | 0 | 1,485 |
| Missing | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | | | | | | | | | | | |
| **AMI Cases By Top Citizenship[1]** | 184 | 143 | 259 | 173 | 147 | 69 | 1 | 44 | 400 | 401 | 3 | 1,824 |
| Colombia | 71 | 42 | 64 | 58 | 61 | 27 | 0 | 17 | 187 | 215 | 0 | 742 |
| Peru | 21 | 31 | 46 | 35 | 20 | 4 | 0 | 5 | 43 | 93 | 1 | 299 |
| Dominican Republic | 13 | 15 | 26 | 26 | 24 | 9 | 0 | 15 | 102 | 30 | 1 | 261 |
| Ecuador | 23 | 21 | 39 | 21 | 14 | 8 | 0 | 6 | 44 | 30 | 1 | 207 |
| Brazil | 16 | 8 | 25 | 1 | 0 | 2 | 0 | 0 | 1 | 2 | 0 | 55 |
| Nicaragua | 0 | 9 | 20 | 4 | 3 | 0 | 1 | 0 | 0 | 0 | 0 | 37 |
| Other | 40 | 17 | 39 | 28 | 25 | 19 | 0 | 1 | 23 | 31 | 0 | 223 |
| | | | | | | | | | | | | |
| **Interview Outcome[2]** | 184 | 143 | 259 | 173 | 147 | 69 | 1 | 44 | 400 | 401 | 3 | 1,824 |
| Not Yet Scheduled | 4 | 1 | 14 | 8 | 22 | 5 | 0 | 4 | 27 | 75 | 0 | 160 |
| Scheduled | 5 | 3 | 3 | 4 | 10 | 3 | 0 | 2 | 22 | 57 | 2 | 111 |
| Completed | 175 | 139 | 242 | 161 | 115 | 61 | 1 | 38 | 351 | 269 | 1 | 1,553 |
| Applicant No Show | 32 | 29 | 38 | 21 | 20 | 8 | 1 | 6 | 36 | 35 | 0 | 226 |
| | | | | | | | | | | | | |
| **AMI Case Outcome by Attorney Representation** | 184 | 143 | 259 | 173 | 147 | 69 | 1 | 44 | 400 | 401 | 3 | 1,824 |
| Asylum Granted | 40 | 28 | 75 | 42 | 30 | 23 | 0 | 11 | 83 | 72 | 0 | 404 |
| Attorney Representation | 6 | 4 | 6 | 5 | 0 | 3 | 0 | 0 | 4 | 2 | 0 | 30 |
| IJ Referral | 96 | 74 | 110 | 88 | 53 | 28 | 0 | 13 | 168 | 123 | 0 | 753 |
| Attorney Representation | 6 | 6 | 15 | 8 | 3 | 0 | 0 | 0 | 4 | 6 | 0 | 48 |
| Admin Closed[3] | 44 | 39 | 72 | 40 | 61 | 17 | 1 | 16 | 111 | 183 | 2 | 586 |
| Attorney Representation | 0 | 1 | 4 | 4 | 0 | 1 | 0 | 0 | 1 | 5 | 0 | 16 |
| Pending Completion | 4 | 2 | 2 | 3 | 3 | 1 | 0 | 4 | 38 | 23 | 1 | 81 |
| Attorney Representation | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 5 |
| | | | | | | | | | | | | |
| **AMI Case Outcome by Asylum Office** | 184 | 143 | 259 | 173 | 147 | 69 | 1 | 44 | 400 | 401 | 3 | 1,824 |
| | | | | | | | | | | | | |
| **Newark Asylum Office[4]** | 60 | 50 | 76 | 38 | 51 | 20 | 0 | 19 | 167 | 97 | 3 | 581 |
| Asylum Granted | 8 | 5 | 18 | 8 | 12 | 3 | 0 | 4 | 26 | 9 | 0 | 93 |
| IJ Referral | 31 | 35 | 37 | 20 | 18 | 11 | 0 | 4 | 75 | 27 | 0 | 258 |
| Admin Closed[3] | 19 | 10 | 21 | 10 | 19 | 6 | 0 | 8 | 38 | 47 | 2 | 180 |
| Pending Completion | 2 | 0 | 0 | 0 | 2 | 0 | 0 | 3 | 28 | 14 | 1 | 50 |
| | | | | | | | | | | | | |
| **New York Asylum Office** | 49 | 40 | 75 | 38 | 18 | 5 | 0 | 7 | 52 | 51 | 0 | 335 |
| Asylum Granted | 3 | 5 | 7 | 2 | 1 | 0 | 0 | 1 | 2 | 1 | 0 | 22 |
| IJ Referral | 35 | 16 | 40 | 23 | 6 | 4 | 0 | 5 | 26 | 34 | 0 | 189 |
| Admin Closed[3] | 11 | 18 | 28 | 12 | 11 | 1 | 0 | 1 | 22 | 13 | 0 | 117 |
| Pending Completion | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 2 | 3 | 0 | 7 |
| | | | | | | | | | | | | |
| **Miami Asylum Office** | 17 | 20 | 23 | 26 | 27 | 16 | 0 | 2 | 55 | 60 | 0 | 246 |
| Asylum Granted | 4 | 6 | 12 | 3 | 4 | 6 | 0 | 0 | 14 | 7 | 0 | 56 |
| IJ Referral | 10 | 7 | 6 | 16 | 7 | 4 | 0 | 0 | 14 | 18 | 0 | 82 |
| Admin Closed[3] | 3 | 6 | 4 | 5 | 15 | 6 | 0 | 1 | 22 | 33 | 0 | 95 |
| Pending Completion | 0 | 1 | 1 | 2 | 1 | 0 | 0 | 1 | 5 | 2 | 0 | 13 |
| | | | | | | | | | | | | |
| **San Francisco Asylum Office** | 17 | 8 | 36 | 33 | 14 | 8 | 0 | 2 | 34 | 87 | 0 | 239 |
| Asylum Granted | 9 | 5 | 20 | 20 | 11 | 7 | 0 | 2 | 20 | 41 | 0 | 135 |
| IJ Referral | 5 | 1 | 4 | 6 | 2 | 0 | 0 | 0 | 6 | 7 | 0 | 31 |
| Admin Closed[3] | 2 | 2 | 12 | 7 | 1 | 1 | 0 | 0 | 7 | 36 | 0 | 68 |
| Pending Completion | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 3 | 0 | 5 |
| | | | | | | | | | | | | |
| **Boston Asylum Office** | 34 | 16 | 34 | 17 | 17 | 9 | 0 | 5 | 28 | 23 | 0 | 183 |
| Asylum Granted | 16 | 5 | 13 | 2 | 0 | 1 | 0 | 2 | 4 | 4 | 0 | 47 |
| IJ Referral | 11 | 9 | 17 | 13 | 10 | 6 | 0 | 1 | 19 | 15 | 0 | 101 |
| Admin Closed[3] | 6 | 2 | 3 | 2 | 7 | 2 | 0 | 2 | 3 | 4 | 0 | 31 |
| Pending Completion | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 4 |
| | | | | | | | | | | | | |
| **Los Angeles Asylum Office** | 6 | 8 | 5 | 14 | 8 | 5 | 0 | 3 | 15 | 31 | 0 | 95 |
| Asylum Granted | 0 | 2 | 1 | 5 | 1 | 3 | 0 | 1 | 6 | 2 | 0 | 21 |
| IJ Referral | 3 | 5 | 4 | 5 | 4 | 1 | 0 | 1 | 5 | 8 | 0 | 36 |
| Admin Closed[3] | 3 | 1 | 0 | 4 | 3 | 1 | 0 | 1 | 4 | 21 | 0 | 38 |
| Pending Completion | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | |
| **Chicago Asylum Office** | 1 | 1 | 10 | 7 | 12 | 6 | 1 | 5 | 32 | 17 | 0 | 92 |
| Asylum Granted | 0 | 0 | 4 | 2 | 1 | 3 | 0 | 0 | 3 | 4 | 0 | 17 |
| IJ Referral | 1 | 1 | 2 | 5 | 6 | 2 | 0 | 2 | 19 | 5 | 0 | 43 |
| Admin Closed[3] | 0 | 0 | 4 | 0 | 5 | 0 | 1 | 3 | 10 | 8 | 0 | 31 |
| Pending Completion | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |

Case 6:22-cv-01130-DCJ-CBW   Document 214-2   Filed 12/22/23   Page 6 of 9 PageID #: 8739

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Arlington Asylum Office** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 17 | 29 | 0 | 47 |
| Asylum Granted | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 8 | 4 | 0 | 13 |
| IJ Referral | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 5 | 0 | 9 |
| Admin Closed[3] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 19 | 0 | 24 |
| Pending Completion | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| | | | | | | | | | | | | |
| **New Orleans Asylum Office** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **6** | **0** | **6** |
| Asylum Granted | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| IJ Referral | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 4 |
| Admin Closed[3] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 |
| Pending Completion | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | |
| **Median Processing Time** | | | | | | | | | | | | |
| Days from final CF[5] result to latest interview | 35 | 40 | 38 | 31 | 31 | 34 | 32 | 31 | 32 | 34 | 30 | 33 |
| Days from final CF[5] result to AMI completion | 47 | 50 | 49 | 40 | 40 | 46 | 101 | 41 | 43 | 40 | 46 | 43 |

[1] Top citizenships are ranked based on total AMI cases.

[2] Interview Outcomes include 340 (226 no shows and 114 reschedule requests) cases admin closed without being interviewed.

[3] AMI admin close reasons include interview no-show, ineligible Asylum Processing Rule/AMI processing, outside of Jurisdiction, and other reasons.

[4] Newark Asylum Office includes the Manhattan Branch.

[5] The day of "final CF result" is the date that the positive credible fear determination is served on the applicant, which is the date of filing and receipt under 8 C.F.R. § 208.3(a)(2).

Notes: U.S. Citizenship and Immigration Services (USCIS) data valid as of September 1, 2023.

Source: Office of Homeland Security Statistics analysis of USCIS data.

Case 6:22-cv-01130-DCJ-CBW  Document 214-2  Filed 12/22/23  Page 7 of 9 PageID #: 8740

**Important Note:** Data in this report are organized by cohort based on the month of U.S. Customs and Border Protection (CBP) encounter, rather than by the date of each subsequent event. For example, data in the June 2022 column describe EOIR case outcomes for the 88 people encountered in June 2022 and who have been referred to EOIR from the AMI process, regardless of when their fear claims or Asylum Merits Interview (AMI) cases were adjudicated.

**Asylum Processing Rule Cohort Report: EOIR Case Outcomes**

| | Jun-22 | Jul-22 | Aug-22 | Sep-22 | Oct-22 | Nov-22 | Dec-22 | Jan-23 | Feb-23 | Mar-23 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **AMI Referrals to EOIR by Sex** | **88** | **62** | **89** | **76** | **47** | **25** | **0** | **11** | **140** | **102** | **640** |
| Female | 3 | 6 | 19 | 28 | 2 | 8 | 0 | 2 | 13 | 17 | 98 |
| Male | 85 | 55 | 70 | 48 | 45 | 17 | 0 | 9 | 127 | 85 | 541 |
| Missing | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | | | | | | | | | | |
| **AMI Referrals to EOIR by Top Citizenships** | **88** | **62** | **89** | **76** | **47** | **25** | **0** | **11** | **140** | **102** | **640** |
| Colombia | 33 | 16 | 14 | 26 | 21 | 9 | 0 | 5 | 56 | 54 | 234 |
| Dominican Republic | 4 | 9 | 12 | 13 | 14 | 6 | 0 | 3 | 48 | 9 | 118 |
| Peru | 14 | 15 | 17 | 17 | 1 | 1 | 0 | 2 | 12 | 18 | 97 |
| Ecuador | 14 | 11 | 16 | 12 | 5 | 2 | 0 | 1 | 14 | 17 | 92 |
| Brazil | 6 | 2 | 12 | 1 | 0 | 2 | 0 | 0 | 1 | 1 | 25 |
| Turkey | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 |
| Other | 6 | 9 | 18 | 7 | 6 | 5 | 0 | 0 | 9 | 3 | 63 |
| | | | | | | | | | | | |
| **AMI Referrals to EOIR: Status Conference Outcomes** | **88** | **62** | **89** | **76** | **47** | **25** | **0** | **11** | **140** | **102** | **640** |
| **Status Conference** | 60 | 35 | 55 | 53 | 34 | 15 | 0 | 7 | 89 | 52 | 400 |
| Relief[1] | 18 | 10 | 21 | 15 | 14 | 5 | 0 | 1 | 28 | 9 | 121 |
| Removal Orders/Voluntary Departure[2] | 36 | 23 | 30 | 33 | 18 | 6 | 0 | 5 | 29 | 9 | 189 |
| Terminated/Dismissed by IJ/Other[3] | 5 | 1 | 3 | 3 | 1 | 0 | 0 | 1 | 1 | 2 | 17 |
| Pending[4] | 1 | 1 | 1 | 2 | 1 | 4 | 0 | 0 | 31 | 32 | 73 |
| **No Status Conference** | 28 | 27 | 34 | 23 | 13 | 10 | 0 | 4 | 51 | 50 | 240 |
| | | | | | | | | | | | |
| **AMI Referrals to EOIR: Comprehensive Case Outcomes[5]** | **88** | **62** | **89** | **76** | **47** | **25** | **0** | **11** | **140** | **102** | **640** |
| Relief[1] | 25 | 13 | 28 | 20 | 17 | 8 | 0 | 1 | 32 | 15 | 159 |
| Removal Orders/Voluntary Departure[2] | 57 | 45 | 51 | 44 | 28 | 10 | 0 | 8 | 55 | 30 | 328 |
| Absentia | 23 | 19 | 15 | 8 | 13 | 4 | 0 | 5 | 35 | 23 | 145 |
| Not in Absentia | 34 | 26 | 36 | 36 | 15 | 6 | 0 | 3 | 20 | 7 | 183 |
| Terminated/Dismissed by IJ/Other[3] | 5 | 1 | 4 | 7 | 1 | 0 | 0 | 1 | 2 | 7 | 28 |
| Pending[4] | 1 | 3 | 6 | 5 | 1 | 7 | 0 | 1 | 51 | 50 | 125 |
| | | | | | | | | | | | |
| **AMI Referrals to EOIR: Comprehensive Case Outcomes by Attorney Representation[5]** | **88** | **62** | **89** | **76** | **47** | **25** | **0** | **11** | **140** | **102** | **640** |
| Relief[1] | 25 | 13 | 28 | 20 | 17 | 8 | 0 | 1 | 32 | 15 | 159 |
| Attorney Representation | 18 | 7 | 19 | 7 | 6 | 5 | 0 | 0 | 13 | 4 | 79 |
| Removal Orders/Voluntary Departure[2] | 57 | 45 | 51 | 44 | 28 | 10 | 0 | 8 | 55 | 30 | 328 |
| Attorney Representation | 17 | 19 | 22 | 16 | 6 | 1 | 0 | 3 | 3 | 2 | 89 |
| Terminated/Dismissed by IJ/Other[3] | 5 | 1 | 4 | 7 | 1 | 0 | 0 | 1 | 2 | 7 | 28 |
| Attorney Representation | 5 | 0 | 1 | 2 | 0 | 0 | 0 | 0 | 1 | 2 | 11 |
| Pending[4] | 1 | 3 | 6 | 5 | 1 | 7 | 0 | 1 | 51 | 50 | 125 |
| Attorney Representation | 0 | 2 | 6 | 3 | 0 | 2 | 0 | 1 | 15 | 15 | 44 |
| | | | | | | | | | | | |
| **AMI Referrals to EOIR: Comprehensive Case Outcomes by Hearing Location[5]** | **88** | **62** | **89** | **76** | **47** | **25** | **0** | **11** | **140** | **102** | **640** |
| | | | | | | | | | | | |
| **Boston** | **11** | **9** | **14** | **12** | **10** | **7** | **0** | **1** | **18** | **12** | **94** |
| Relief[1] | 2 | 3 | 5 | 5 | 3 | 1 | 0 | 0 | 1 | 0 | 20 |
| Removal Orders/Voluntary Departure[2] | 8 | 6 | 8 | 6 | 7 | 4 | 0 | 1 | 8 | 2 | 50 |
| Terminated/Dismissed by IJ/Other[3] | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Pending[4] | 0 | 0 | 1 | 1 | 0 | 2 | 0 | 0 | 9 | 10 | 23 |
| | | | | | | | | | | | |
| **Chicago** | **1** | **1** | **0** | **5** | **5** | **0** | **0** | **2** | **18** | **4** | **36** |
| Relief[1] | 0 | 0 | 0 | 2 | 5 | 0 | 0 | 0 | 7 | 0 | 14 |
| Removal Orders/Voluntary Departure[2] | 1 | 1 | 0 | 2 | 0 | 0 | 0 | 2 | 8 | 1 | 15 |
| Terminated/Dismissed by IJ/Other[3] | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Pending[4] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 3 | 6 |
| | | | | | | | | | | | |
| **Los Angeles[6]** | **3** | **2** | **2** | **1** | **2** | **0** | **0** | **0** | **3** | **5** | **18** |
| Relief[1] | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 3 |
| Removal Orders/Voluntary Departure[2] | 2 | 2 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 2 | 9 |
| Terminated/Dismissed by IJ/Other[3] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| Pending[4] | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 2 | 5 |
| | | | | | | | | | | | |
| **Miami** | **9** | **6** | **5** | **13** | **7** | **4** | **0** | **0** | **15** | **17** | **76** |
| Relief[1] | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 3 |
| Removal Orders/Voluntary Departure[2] | 8 | 6 | 3 | 8 | 5 | 0 | 0 | 0 | 3 | 1 | 34 |
| Terminated/Dismissed by IJ/Other[3] | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 1 | 4 |
| Pending[4] | 1 | 0 | 2 | 1 | 1 | 4 | 0 | 0 | 11 | 15 | 35 |
| | | | | | | | | | | | |
| **New York[7]** | **35** | **19** | **33** | **22** | **9** | **8** | **0** | **5** | **32** | **33** | **196** |
| Relief[1] | 13 | 2 | 12 | 3 | 3 | 5 | 0 | 0 | 5 | 2 | 45 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Removal Orders/Voluntary Departure[2] | 20 | 10 | 17 | 17 | 6 | 2 | 0 | 4 | 14 | 13 | 109 |
| Terminated/Dismissed by IJ/Other[3] | 2 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 3 | 9 |
| Pending[4] | 0 | 1 | 2 | 0 | 0 | 1 | 0 | 1 | 13 | 15 | 33 |
| **Newark** | **24** | **23** | **26** | **15** | **12** | **6** | **0** | **3** | **50** | **24** | **183** |
| Relief[1] | 8 | 7 | 8 | 6 | 4 | 2 | 0 | 1 | 16 | 10 | 62 |
| Removal Orders/Voluntary Departure[2] | 14 | 13 | 16 | 6 | 7 | 4 | 0 | 1 | 21 | 8 | 90 |
| Terminated/Dismissed by IJ/Other[3] | 2 | 1 | 2 | 1 | 1 | 0 | 0 | 1 | 2 | 2 | 12 |
| Pending[4] | 0 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 11 | 4 | 19 |
| | | | | | | | | | | | |
| **San Francisco** | **5** | **1** | **7** | **7** | **2** | **0** | **0** | **0** | **4** | **7** | **33** |
| Relief[1] | 1 | 0 | 2 | 3 | 0 | 0 | 0 | 0 | 1 | 3 | 10 |
| Removal Orders/Voluntary Departure[2] | 4 | 1 | 5 | 4 | 2 | 0 | 0 | 0 | 0 | 3 | 19 |
| Terminated/Dismissed by IJ/Other[3] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pending[4] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 1 | 4 |
| | | | | | | | | | | | |
| **Santa Ana** | **0** | **1** | **2** | **1** | **0** | **0** | **0** | **0** | **0** | **0** | **4** |
| Relief[1] | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| Removal Orders/Voluntary Departure[2] | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| Terminated/Dismissed by IJ/Other[3] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pending[4] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | |
| **Median Processing Time** | | | | | | | | | | | |
| Days from AMI completion to EOIR start date | 1 | 1 | 1 | 1 | 1 | 1 | - | 1 | 1 | 1 | 1 |
| Days from EOIR start date to AO Status Conference | 87 | 70 | 83 | 73 | 66 | 86 | - | 71 | 70 | 70 | 71 |
| Days from EOIR start date to Comprehensive Decision date | 126 | 102 | 107 | 112 | 96 | 90 | - | 101 | 78 | 72 | 98 |

- Data not available

[1] Relief categories include asylum, asylum withholding, CAT Withholding issued based on Status Conference or INA 240 proceedings, and other relief. People who receive asylum withholding or Convention Against Torture (CAT) withholding are subject to an order of removal that has been withheld; they are eligible to remain in the United States and apply for work authorization, but not automatically eligible to ap

[2] Includes *in absentia* and not *in absentia* removal orders issued based on Status Conference or INA 240 proceedings, and removal orders with ongoing appeals. Persons subject to removal orders and asylum withholding or CAT withholding are only reported within the relief categories. For example, a person ordered removed and granted withholding of removal is only reported within the withholding of removal.

[3] Includes Terminated, Dismissed by IJ, Administrative Closing, and Failure to Prosecute (DHS cases only).

[4] Includes Change of Venue and Transfer.

[5] Comprehensive case outcomes include results of status conferences and Immigration and Naturalization Act (INA) 240 proceedings.

[6] Los Angeles Asylum Office includes Van Nuys branch.

[7] New York Asylum Office includes Broadway and Varick branches.

Notes: Department of Justice (DOJ) Executive Office for Immigration Review (EOIR) data valid as of August 31, 2023.

Source: Office of Homeland Security Statistics analysis of EOIR data.

**Asylum Processing Rule Cohort Report: Asylum Merits Interview Case Outcomes**

|  | Total |
|---|---|
| **AMI Completion by WH/CAT Eligibility and Attorney Representation** | **1,824** |
| Asylum Granted | 404 |
| IJ Referral | 753 |
|   Denial of Withholding of Removal / Deferral of Removal | 663 |
|     Attorney Representation | 42 |
|   Grant of Deferral of Removal under the Convention Against Torture | 16 |
|     Attorney Representation | 0 |
|   Grant of Withholding of Removal under INA 241(b)(3)(B) | 2 |
|     Attorney Representation | 0 |
|   Grant of Withholding of Removal under the Convention Against Torture | 72 |
|     Attorney Representation | 4 |
| Admin Closed[1] | 586 |
| Pending Completion | 81 |
|  |  |
| **AMI Cases by Asylum Office** | **1,824** |
| Newark Asylum Office[2] | 581 |
|   Attorney Representation | 21 |
| New York Asylum Office | 335 |
|   Attorney Representation | 32 |
| Miami Asylum Office | 246 |
|   Attorney Representation | 16 |
| San Francisco Asylum Office | 239 |
|   Attorney Representation | 8 |
| Boston Asylum Office | 183 |
|   Attorney Representation | 12 |
| Los Angeles Asylum Office | 95 |
|   Attorney Representation | 5 |
| Chicago Asylum Office | 92 |
|   Attorney Representation | 3 |
| Arlington Asylum Office | 47 |
|   Attorney Representation | 2 |
| New Orleans Asylum Office | 6 |
|   Attorney Representation | 0 |

[1] AMI admin close reasons include interview no-show, ineligible Asylum Processing Rule/AMI processing, outside of jurisdiction, and other reasons.

[2] Newark Asylum Office includes the Manhattan Branch.

Notes: Data valid as of September 1, 2023. Supplemental table describes Asylum Merits Interview (AMI) case outcomes for people encountered between June 2022 and August 2023.

Source: Office of Homeland Security Statistics analysis of USCIS data.