1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

PENSACOLA DIVISION


- - - - - - - - - - - - - - - x

STATE OF FLORIDA,                    :

        Plaintiff,          :

     vs.                     :  Case No.

THE UNITED STATES OF AMERICA,   :  3:21-cv-1066

et al.,                             :

        Defendants.        :

- - - - - - - - - - - - - - - x

                Arlington, Virginia

                Thursday, July 28, 2022

       Videotaped Deposition of RAUL L. ORTIZ, a

witness herein, called for examination by counsel for

Plaintiff in the above-entitled matter, pursuant to

notice, taken at the offices of Henderson Legal

Services, 2300 Wilson Boulevard, Seventh Floor,

Arlington, Virginia, at 9:32 a.m. on Thursday, July

28, 2022, and the proceedings being taken down by

stenotype by and transcribed by KAREN YOUNG.

Oritz , Raul

July 28, 2022

2 (Pages 2 to 5)

**2**

APPEARANCES:
  On Behalf of the Plaintiff:
    JOHN GUARD, ESQ.
    JAMES H. PERCIVAL, ESQ.
    ANITA J. PATEL, ESQ.
    NATALIE CHRISTMAS, ESQ.
    Office of the Attorney General
    State of Florida
    PL-01 The Capitol
    Tallahassee, Florida 32399-1050
    John.Guard@myfloridalegal.com
    James.Percival@myfloridalegal.com
    Anita.Patel@myfloridalegal.com
    Natalie.Christmas@myfloridalegal.com
    (850) 245-0147

  On Behalf of the Defendants:

    JOSEPH A. DARROW, ESQ.
    ERIN RYAN, ESQ.
    U.S. Department of Justice
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    joseph.a.darrow@usdoj.gov
    (202) 598-7537

  ALSO PRESENT:
    Michelle Tonelli, Esq., DHS
    Stephanie Muffett, Esq., CBP
    Krishna Sharma, Videographer

**3**

C O N T E N T S

THE WITNESS:

RAUL L. ORTIZ

    By Mr. Guard.............................. 8
    By Mr. Darrow............................. 238
    By Mr. Guard.............................. 248




    Portion of Transcript Marked by Mr. Guard.. 154

**4**

E X H I B I T S
ORTIZ EXHIBIT NO.                    PAGE NO.
Exhibit 1   Organizational Chart, Department
    of Homeland Security..................... 33

Exhibit 2   Organizational Chart, U.S.
    Customs and Border Protection............ 35
Exhibit 3   Ortiz Memo to All Chief Patrol
    Agents and Directorate Chiefs, 5/19/22.... 43

Exhibit 4   CBP Enforcement Statistics FY2018.. 47

Exhibit 5   CBP Enforcement Statistics Fiscal
    Year 2022................................ 49
Exhibit 6   U.S. Customs and Border
    Protection Overview of the Southwest
    Border................................... 54
Exhibit 7   Secretary Mayorkas Delivers
    Remarks in Del Rio, TX................... 60

Exhibit 8   The Biden Plan for Securing Our
    Values as a Nation of Immigrants.......... 69
Exhibit 9   Title 8, Section 1225............. 76
Exhibit 10  Title 8, Section 1182............. 96
Exhibit 11  USBP Processing Pathways.......... 101
Exhibit 12  Department of Homeland Security
    FY 2021 Budget in Brief.................. 123

Exhibit 13  Department of Homeland Security
    U.S. Immigration and Customs Enforcement
    Budget Overview, Fiscal Year 2021......... 128

Exhibit 14  Department of Homeland Security
    FY 2022 Budget in Brief.................. 133

**5**

Exhibit 15  Department of Homeland Security,
    FY 2023 Budget in Brief.................. 137

Exhibit 16  ERO LESA Strategy and Operational
    Analysis Unit............................ 143
Exhibit 17  E-mail to Rodney Scott, 2/16/21.... 151
Exhibit 18  Barker e-mail, 5/21/21............. 159
Exhibit 19  Barker e-mail, 5/15/22............. 169
Exhibit 20  March 5, 2021 CE Juvenile
    Coordinator Report....................... 177

Exhibit 21  Custody and Transfer Statistics
    FY 2020.................................. 181
Exhibit 22  Custody and Transfer Statistics
    FY 2021 ................................. 182

Exhibit 23  Memorandum, 12/16/14.............. 190

Exhibit 24  Memorandum, 5/12/15............... 192

Exhibit 25  Muster............................ 193

Exhibit 26  Certified Administrative Record.... 194

Exhibit 27  Administrative Record............. 225

- - -

Oritz , Raul

July 28, 2022

3 (Pages 6 to 9)

**6**

P R O C E E D I N G S

THE VIDEOGRAPHER:  Good morning everyone. This begins Media Number 1 in the videotaped deposition of Mr. Raul Ortiz, taken in the matter of the State of Florida versus the United States of America et al.  This case is filed at the U.S. District Court, Northern District of Florida, Pensacola Division, Case Number 3:21-cv-1066.  This deposition is being held at 2300 Wilson Boulevard, Arlington, Virginia on July 28, 2022, and the time on the video monitor is 9:32 a.m.

At this time attorneys please identify yourselves for the record, and after that, our court reporter from Henderson Legal Services will swear in the witness and we can begin.

MR. GUARD:  Good morning.  John Guard, Chief Deputy Attorney General for the State of Florida.

MR. PERCIVAL:  James Percival for the State of Florida.

MS. CHRISTMAS:  Natalie Christmas for the State of Florida.

**7**

MS. PATEL:  Anita Patel for the State of Florida.

MR. DARROW:  Joseph Darrow on behalf of the United States.

MS. RYAN:  Erin Ryan on behalf of the United States.

MS. TONELLI:  Michelle Tonelli on behalf of the United States.

MS. MUFFETT:  Stephanie Muffett on behalf of the United States.

MR. GUARD:  Good morning, Chief Ortiz.

Whereupon,

RAUL ORTIZ,

business address at U.S. Department of Homeland Security, 1300 Pennsylvania Avenue, Northwest, Washington, D.C., called for examination by counsel for Plaintiff and having been duly sworn by the Notary Public, was examined and testified as follows:

- - -

EXAMINATION BY COUNSEL FOR PLAINTIFF

**8**

BY MR. GUARD:

Q.   Let me try that again.  Good morning, Chief Ortiz.  Can you state and spell your name for the record?

A.   Yeah, Raul Ortiz, R-A-U-L, Ortiz, O-R-T-I-Z.

Q.   Thank you.  Chief Ortiz, some ground rules for this deposition.  While if you and I were at a restaurant talking, we would not always give audible responses.  We have a court reporter sitting next to my right, your left, who's taking everything down, and she cannot take down shakes of the head and other, you know, things that -- winks, nods, all those kind of things.  So if you could please just make sure that you -- you, when asked a question, you give an audible response so she can take that down, is that fair?

A.   Yes.

Q.   If you don't understand a question I ask, I would ask you to ask me to rephrase it, and I will try to make it so that you can understand the question.  If you answer the question, I'm going to

**9**

assume that you understood it.  Is that fair?

A.   That's fair.

Q.   All right.  And from time to time, Mr. Darrow may object to the questions.  Obviously we don't have a judge here, so unless he instructs you not to answer a question, if he objects, you go ahead and answer the question, and we then take care of that later in court.  Is that fair?

A.   Okay.

Q.   And this is not the Bataan death march or anything like that, so if you need a break, if you'll just answer the question pending, I'll give you any breaks or all breaks you want.  Is that fair?

A.   That's fair.

Q.   And the last thing is more my problem probably than your problem.  If we were in a restaurant and we were talking, we'd probably interrupt each other and maybe at times talk over each other because that's how human beings behave, but again, we have a court reporter, and if we're both talking at the same time, she can't possibly take that down, so let's both try to avoid that.  Is

Oritz , Raul

July 28, 2022

4 (Pages 10 to 13)

---

**10**

1  that fair?
2  **A.  That's fair.**
3  Q.  All right.  Are you under the influence of
4  any alcohol, medication or substances that would
5  impair your ability to testify today?
6  **A.  No.**
7  Q.  And do you understand that today you're
8  being deposed as both a corporate representative of
9  the Department of Homeland Security and in your
10  individual capacity as well?
11  **A.  Yes.**
12  Q.  And to make sure the record is clear which
13  capacity you're testifying to, the first part of this
14  deposition is going to be you testifying in your
15  individual capacity.  We'll then take a break, and
16  then we'll do the corporate deposition.
17  **A.  Okay.**
18  Q.  All right?  Have you ever been deposed
19  before?
20  **A.  Yes.**
21  Q.  How many times?
22  **A.  Less than ten.**

---

**11**

1  Q.  Okay.  And I'm not asking for the specific
2  circumstances of each deposition, but generally what
3  were those -- what subject matter were those
4  depositions?
5  **A.  Most of them involved labor employee**
6  **relations.**
7  Q.  Okay.  How did you prepare for this
8  deposition?
9  **A.  I met several times with our counsel.**
10  Q.  Okay.  Other than your counsel, did you
11  speak to anyone else?
12  **A.  No.**
13  Q.  Okay.  Did you review any materials to
14  prepare for this deposition?
15  **A.  Yes.**
16  Q.  What materials did you review?
17  **A.  E-mails and some memoranda and some policy**
18  **documents.**
19  Q.  Okay.  And did you bring anything with you
20  to this deposition?
21  **A.  No.**
22  Q.  Okay.  Have you read any of the court

---

**12**

1  filings in this action?
2  **A.  No.**
3  Q.  Okay.  Have you reviewed any of the
4  deposition transcripts from anyone else that's been
5  deposed in this action?
6  **A.  No.**
7  Q.  Have you spoken to Mr. Barker about his
8  deposition?
9  **A.  I've spoken to Mr. Barker about many**
10  **things, but not specifically his deposition.**
11  Q.  Okay.  Have you -- and I apologize if I
12  mispronounce his name.  Did you speak with Mr.
13  Guadian?
14  **A.  No.**
15  Q.  Okay.  Have you spoken with Mr. Davies?
16  **A.  No.**
17  Q.  Okay.  Did you speak to your boss,
18  Commissioner Magnus, about this deposition?
19  **A.  No.**
20  Q.  Have you spoken to any of your subordinates
21  about this deposition?
22  **A.  Other than the logistics, my adjutant.**

---

**13**

1  Q.  Okay.
2  MR. DARROW:  Adjutant I think is what he
3  said.
4  **A.  Yes.**
5  Q.  Did you have any of your subordinates
6  gather or provide you any information with respect to
7  this deposition?
8  **A.  Other than printing and binding the**
9  **information that our counsel provided.**
10  Q.  Okay.  In the course of your preparation
11  for this deposition, did you review the Department of
12  Homeland Security's responses to Florida's requests
13  for production of documents?
14  **A.  I believe I saw some of those documents in**
15  **what was printed for me, but I didn't spend an awful**
16  **lot of time on that.**
17  Q.  Okay.  Is it okay if I use DHS for --
18  **A.  Yes.**
19  Q.  -- Department of Homeland Security?  All
20  right.  Well, we're going to have a bunch of those
21  kind of abbreviations, and I'll ask you before I
22  abbreviate anything.  Have you reviewed DHS's

---

Oritz , Raul

July 28, 2022

5 (Pages 14 to 17)

---

**14**

1  responses to Florida's interrogatories in preparation
2  for this deposition?
3     **A.  No.**
4     Q.   All right.  Have you reviewed DHS's
5  responses to Florida's requests for admissions in
6  preparation for this deposition?
7     **A.  No.**
8     Q.   What is your understanding, Chief Ortiz, as
9  to what this lawsuit is about?
10    **A.  I believe it's a challenge of our**
11 **utilization of ATD parole process as a processing**
12 **pathway.**
13    Q.   Okay.  Do you have a college degree?
14    **A.  No.**
15    Q.   And you've been employed with the Border
16 Patrol for 31 years, correct?
17    **A.  That's correct.**
18    Q.   And you've not worked for any other law
19 enforcement agency other than the Border Patrol,
20 right?
21    **A.  That's correct.**
22    Q.   All right, and you have not worked any

---

**15**

1  other job except for the Border Patrol since May 13th
2  of 1991, right?
3     **A.  Well, I was assigned to the Department of**
4  **Homeland Security for a year as their attache, and**
5  **then I returned back to the Border Patrol in 2011.**
6     Q.   So you were detailed to DHS.  Was that
7  attache --
8     **A.  I was actually assigned --**
9     Q.   Okay.
10    **A.  -- to DHS.**
11    Q.   Okay.  And that was for an attache in
12 Kabul, Afghanistan?
13    **A.  That's correct.**
14    Q.   Okay, and you graduated from the Border
15 Patrol Academy, right?
16    **A.  That's correct.**
17    Q.   When did you graduate from the Border
18 Patrol Academy?
19    **A.  In September of 1919.**
20    Q.   And I believe you were part of academy
21 class 247; is that right?
22    **A.  That's correct.**

---

**16**

1     Q.   Just curious, how many Border Patrol agents
2  are still active that were part of your class?
3     **A.  One.**
4     Q.   Okay.  My wife just retired from the FBI,
5  and she was down to two.
6     **A.  Yeah.**
7     Q.   So I appreciate that.  So after you
8  graduated from the academy, you became an agent?
9     **A.  That's correct.**
10    Q.   And what capacity do you serve the Border
11 Patrol now?
12    **A.  I am the chief of the United States Border**
13 **Patrol.**
14    Q.   And when did you assume that office?
15    **A.  August 15th of last year.**
16    Q.   Okay, so roughly 11 months ago?
17    **A.  That's correct.**
18    Q.   Okay.  Almost a year.  What are your duties
19 as chief of the U.S. Border Patrol?
20    **A.  I oversee approximately 21,000 employees, a**
21 **budget of just under six billion dollars, and am**
22 **responsible for the operational oversight of the**

---

**17**

1  southwest border, the northern border and our coastal
2  regions, plus our OCONUS mission, which is our
3  overseas deployments.
4     Q.   And prior to being chief of the U.S. Border
5  Patrol, what job did you have with the Border Patrol?
6     **A.  I was the deputy chief of the United States**
7  **Border Patrol.**
8     Q.   Is there just a single deputy chief or --
9     **A.  That's -- there's only one deputy chief in**
10 **the United States Border Patrol.**
11    Q.   Okay, and how do the duties of deputy chief
12 compare to the duties of chief?
13    **A.  Very similar.  They're a partnership.  The**
14 **-- certainly the chief is the ultimate authority**
15 **within the United States Border Patrol, but as a**
16 **deputy chief, I was considered, you know, his chief**
17 **operating officer and coordinated all efforts with**
18 **respect to the border security mission and some of**
19 **the other coordination we have within the inter-**
20 **agency.**
21    Q.   Okay.  And when did you become the deputy
22 chief of the U.S. Border Patrol?

---

Oritz , Raul

July 28, 2022

6 (Pages 18 to 21)

---

**18**

1    A.    2019.

2    Q.    2019.

3    A.    March of 2019.

4    Q.    And so you served as deputy chief for more

5    or less 17 months?

6    A.    Yes, sir.

7    Q.    Okay.  Prior to being deputy chief, what

8    role did you serve in the Border Patrol?

9    A.    I was the chief of the Del Rio sector,

10   which is in west Texas.

11   Q.    And that's actually where you're from

12   originally, right?

13   A.    That's correct.

14   Q.    And how long did you serve as the chief of

15   the Del Rio sector?

16   A.    For approximately a year.

17   Q.    Okay.  And starting there and kind of

18   working backwards, can you just summarize your

19   experience in the top?

20   A.    Yeah, so my first nine years in the United

21   States Border Patrol, I spent in San Diego,

22   California.  I was both an agent, a senior agent and

---

**19**

1    a first-line supervisor.  In the year 2000, I

2    transferred to Texas as a -- what would be considered

3    a mid-level manager, assistant patrol agent in charge

4    of a Border Patrol station and then ultimately became

5    an agent in charge of two different stations in Del

6    Rio sector.

7         After that, I became a staff officer, which

8    is an assistant chief, and then I was detailed to

9    Afghanistan for a year to run a task force as a

10   director in 2009.  I returned and worked for the

11   State Department for a year as a DHS senior advisor,

12   and then I went back to Afghanistan as a DHS attache

13   in 2010 to '11, and then subsequently, I was promoted

14   as the deputy chief of operational programs in

15   Washington, D.C.

16   Q.    Okay.  What were your duties -- so when

17   approximately were you the deputy chief of operations

18   in Washington, D.C.?

19   A.    So I did that job for approximately two

20   years, from 2011 to 2013, and I served as both the

21   deputy of operational programs and operations.  I did

22   about a year of each.  And then after that, I was

---

**20**

1    promoted to the deputy chief of Rio Grande Valley

2    sector in 2013.

3    Q.    Okay.  What -- what were your duties as

4    either deputy chief of operations or deputy chief of

5    operational programs?

6    A.    So in the Border Patrol, we have 20

7    sectors.  We have an academy, and we also have a

8    special operations group.  As the deputy chief of

9    operations, just in general, our job is to oversee

10   and coordinate with the other directorates.  At the

11   time, there were three different directorates within

12   the Border Patrol.  We had a policy shop, we had a

13   mission readiness shop, and we had an operations

14   directorate, and so we had roughly about four or five

15   hundred Border Patrol agents and professional staff

16   members assigned to our headquarters division.

17        And on top of managing those personnel, we

18   also oversaw the operations in the field and

19   coordinated resourcing the sectors both from a

20   budgetary standpoint as well as ensuring that they

21   were executing against the chief's operational

22   priorities and the commissioner's.

---

**21**

1    Q.    Okay.  At what points in time in your 31

2    years with Border Patrol have you been involved in

3    developing policies?

4    A.    Probably most of the policy engagement that

5    I was responsible for happened in the three years

6    that I was assigned to our Afghanistan mission.

7    After that, most of the work as a deputy chief of ops

8    or ops programs centered around coordinating

9    resourcing.  We were in the process of restructuring

10   the Border Patrol in 2012.  I participated in

11   multiple working groups to ensure that we were able

12   to restructure appropriately.  I worked closely with

13   our partner agencies.  At that time, there was an

14   awful lot of coordination between us, DOJ and the DHS

15   components to include ICE.  And so most of my duties

16   and responsibilities centered around that

17   coordination.

18   Q.    The restructuring that you're mentioning --

19   was that part of the restructure that actually

20   created the Department of Homeland Security?

21   A.    No, actually, this was an internal Border

22   Patrol restructuring.

---

Oritz , Raul

July 28, 2022

7 (Pages 22 to 25)

---

22

Q.   Prior to being chief of the Border Patrol, at what points in time in your career have you been involved in developing guidance?

A.   Probably since I became a supervisor, which was in 1997, either implementing guidance or providing information to those who were formulating the guidance.

Q.   Okay.  And how does -- as far as implementing guidance, how does Border Patrol typically I guess for lack of better words get the word out about a new guidance?

A.   So it happens on several different platforms.  First, we issue memoranda to the field to ensure that they understand policies, procedures.  We also quite often develop either SOPs, standard operating procedures, or IOPs, internal operating procedures, for our operational components.  And then quite often sometimes in exigent circumstances, it could be via an e-mail, and then we also develop operational plans.

Operational plans are a very formalized approval process.  If a sector or an operational

---

23

component makes -- has a recommendation on a particular initiative, they may submit a operational plan to headquarters, and it will typically be approved by either the operations directorate chief or may even come to me for approval.

Q.   Okay, so if a sector -- well, strike that. In developing guidance, does information come from the field to whoever's developing -- involved in developing the guidance?

A.   Yes, quite often it's very important to involve field representation when developing guidance because every sector's unique.  Every sector has different challenges, and unfortunately, amongst the 20 sectors, you know, I have sectors that range from 36, 37 hundred employees all the way down to, you know, a couple of hundred.  And so it can't be a cookie cutter approach.  We certainly make sure that we involve the sector reps as we start to develop guidance that may impact them.

Q.   So the sector that's covering the state of Vermont may have a different amount of employees than the sector that's covering the Rio Grande Valley.

---

24

A.   That's correct.

Q.   And to be clear, the sector that's covering Vermont would have less employees.

A.   Yes, most definitely.

Q.   All right.  Now, the operational plans, the IOP, the SOP and the memorandum, would those go to the chiefs and deputy chiefs of each executive sector for further dissemination to the Border Patrol agents?

A.   That's correct.

Q.   Okay.  And they would go up through -- up and down the chain of command?

A.   That's correct.

Q.   Okay.  If I were just an average line Border Patrol agent and there was a change in policy or change in guidance, would it be common for me to get something in writing?

MR. DARROW:  Objection as to form.  You can answer.

A.   Yes.

Q.   In your 31 years with Border Patrol, have you ever done anything that you viewed as inhumane to

---

25

an alien?

A.   No.

Q.   In your 31 years with Border Patrol, have you ever done anything that you viewed as cruel to an alien?

A.   No.

Q.   What would you do as chief of the Border Patrol if you found out that an employee of Border Patrol was doing something inhumane?

MR. DARROW:  Objection as to form.  You can answer.

A.   So certainly there's a disciplinary process.  One of the things that I've been awfully proud of in the 31 years is that, you know, the men and women of the Border Patrol have done a phenomenal job under very stressful and dire circumstances, and they continue to demonstrate the utmost professionalism, but any time I or expectation anybody within the Border Patrol witnesses or observes somebody mistreating or conducting themselves in a manner that would not be to the standard of the United States Border Patrol,

---

Oritz , Raul

July 28, 2022

8 (Pages 26 to 29)

---

26

1  expectation is that that would be reported.
2      Q.   The expectation is that no one in Border
3  Patrol's going to condone inhumane behavior.
4      A.   That's correct.
5      Q.   All right, and the expectation is the
6  Border Patrol agents on the line or even the
7  supervisor, they're going to perform professionally.
8      A.   That's correct.
9          MR. DARROW:  Objection as to form.
10         BY MR. GUARD:
11     Q.   I know it's -- I know, again, if we were at
12  a meal, it would be typical for us just to talk and
13  rattle off, but if you could just pause a second so
14  that Mr. Darrow can get his objections in --
15     A.   I will.
16     Q.   -- that'll just help the court reporter,
17  and she won't yell at all of us.  Do you believe that
18  detaining an alien illegally present in the United
19  States until he can be processed and either removed
20  or admitted is inhumane?
21     A.   Can you repeat the question?
22     Q.   Sure.  Do you believe that detaining an

---

27

1  alien illegally present in the United States until
2  that alien can be processed and either removed or
3  admitted is inhumane?
4      A.   No.
5      Q.   Do you believe that detaining an alien
6  illegally present in the United States until he or
7  she can be processed and either removed or admitted
8  is cruel?
9      A.   No.
10     Q.   In your career, would it be fair to say
11  that millions of aliens that have illegally entered
12  the United States have been detained by the Border
13  Patrol?
14     A.   Yes.
15     Q.   The detention of family units by Border
16  Patrol is not something that just happened under
17  President Trump, right?
18         MR. DARROW:  Objection as to form.
19     A.   That's correct.
20     Q.   The Border Patrol has detained family units
21  for your entire 31-year career, correct?
22     A.   Well, the Border Patrol does not detain.

---

28

1  We process.  The detention operation is the
2  responsibility of ICE, enforcement removal
3  operations.  Typically we try and keep people in
4  custody for under 72 hours, and most of that time is
5  spent either processing or coordinating the
6  repatriation or the transfer to one of the other
7  agencies.
8      Q.   All right.  So what at least Border Patrol
9  tries to do is tries to detain temporarily for a
10  period of time that you try not to exceed 72 hours.
11  Is that fair?
12     A.   Yes.
13     Q.   Okay, and family units illegally present in
14  the United States were detained under President
15  Obama, right?
16     A.   Yes.
17     Q.   Family units illegally present in the
18  United States were detained under President Clinton,
19  correct?
20     A.   Yes.
21     Q.   Would it be fair to say that presidents of
22  both parties have detained family units?

---

29

1      A.   Yes.
2      Q.   Now, the detention of juveniles is not
3  something that just happened under President Trump,
4  correct?
5      A.   That's correct.
6      Q.   Juveniles have been detained since you
7  joined the Border Patrol.
8      A.   That's correct.
9      Q.   Okay.  And are you familiar with something
10  known as the Flores consent decree?
11     A.   Yes.
12     Q.   And do you know when the Flores consent
13  decree was entered roughly?
14     A.   I know that in 2018 and '19, I traveled to
15  Los Angeles to participate in a hearing under the
16  Flores decree.  I can't remember the exact month.
17     Q.   Okay, all right.  Has the Flores decree
18  existed for decades?
19     A.   No, not that I know of.
20     Q.   Okay, so you're not aware that it was
21  roughly entered in 1997?
22     A.   No.

---

Oritz , Raul

July 28, 2022

9 (Pages 30 to 33)

---

30

1    Q.   Okay.  And the Flores consent decree deals
2    with the detention and treatment of juveniles, does
3    it not?
4    A.   Yes.
5    Q.   Would you agree that the detention of
6    juveniles raises additional challenges for the Border
7    Patrol that are not present when you're dealing with
8    single adults?
9         MR. DARROW:  Objection.
10   A.   Yes.
11   Q.   What are those additional challenges?
12   A.   So one, the Border Patrol facilities were
13   never designed to support long-term detention of
14   juveniles.  Juveniles require different care, to
15   include, you know, in some cases infant and tender
16   age children under the age of seven.  Our Border
17   Patrol agents first off didn't receive training at
18   their academy to be able to support the wrap-around
19   services that unaccompanied children pose in our, and
20   so just in general, when you -- when you're housing,
21   you know, large numbers of unaccompanied children in
22   congregate settings with adults and family units, the

---

31

1    facilities do not have sufficient space to ensure
2    that their safety and security is -- can be
3    prioritized the way it should be in a family
4    residential center or facility that HHS may operate.
5    Q.   Okay.  I want to kind of carve off
6    unaccompanied children from family units.
7    A.   Okay.
8    Q.   Both of them have juveniles, correct?
9    A.   That's correct.
10   Q.   All right.  Unaccompanied children, Border
11   Patrol doesn't turn those children over to ICE,
12   correct?
13   A.   That's correct.
14   Q.   Instead, it turns them over to Department
15   of Health and Human Services, right?
16   A.   HHS, yes.
17   Q.   All right.  I'm going to call it HHS just
18   to -- for ease and comfort.  And does Border Patrol
19   segregate for a short time juveniles apart from
20   family units and single adults?
21        MR. DARROW:  Objection.
22   A.   Yes.

---

32

1    Q.   Okay, and then it coordinates with HHS to
2    remove them from Border Patrol facilities, right?
3    A.   Yes.
4    Q.   Family units.  Do you segregate or separate
5    family units from single adults?
6         MR. DARROW:  Objection.
7    A.   We try to.
8    Q.   And when you say Border Patrol tries to
9    separate family units from single adults, is that
10   when there is capacity?
11   A.   That's correct, it's dependent on space and
12   detention and the facility itself.  They are
13   certainly separated within cells, but quite often in
14   the processing area, we have seen on occasion family
15   units and single adults commingled.
16   Q.   Okay.  Now, again, I'm going to carve off
17   unaccompanied children.  I'm not talking about HHS.
18   I'm not trying to wander into that because I think
19   the answer's going to vary.  I just want to talk
20   about family units.  So that's the premise of this
21   question and probably a series of questions.  Is
22   Border Patrol's capacity dependent upon how fast you

---

33

1    can move out families to ICE?
2    A.   Yes.
3    Q.   So if ICE is either unwilling or unable to
4    take family units, Border Patrol's facilities become
5    more and more crowded?
6         MR. DARROW:  Objection.
7    A.   Yes.
8    Q.   So if ICE were to cut its detention
9    capacity in half, that would have an impact on Border
10   Patrol.
11        MR. DARROW:  Objection.
12   A.   Yes.
13   Q.   And if ICE were to cease detaining family
14   units, that could have an impact on Border Patrol.
15        MR. DARROW:  Objection.
16   A.   Yes.
17   Q.   I'm going to -- I'm going to show you what
18   I'm going to mark for identification as Exhibit 1.  I
19   actually got a copy for him.  I'm giving you --
20        MR. DARROW:  Okay.
21        MR. GUARD:  -- your copy too.
22        (Ortiz Exhibit No. 1

---

Oritz , Raul

July 28, 2022

---

**34**

1            was marked for

2            identification.)

3      BY MR. GUARD:

4      Q.   Have you seen Exhibit 1 before?

5      **A.   Yes.**

6      Q.   What is Exhibit 1?

7      **A.   It is a table of organization for the**

8 **Department of Homeland Security.**

9      Q.   Okay. Is it a fair and accurate

10 representation of the organization of the Department

11 of Homeland Security?

12      **A.   It appears to be.**

13      Q.   All right. The United States Border Patrol

14 is not listed on this chart, is it?

15      **A.   It is a subcomponent of the U.S. Customs**

16 **and Border Protection, so no, by itself, it's not**

17 **listed on this.**

18      Q.   Okay. And if I refer to the United States

19 Customs and Border Protection as CBP, you'll know

20 what I'm talking about?

21      **A.   Yes.**

22      Q.   Okay. And what does CBP do?

---

**35**

1      **A.   Customs and Border Protection is a**

2 **component within the Department of Homeland Security**

3 **that is responsible for border security. They're**

4 **responsible for facilitating legal trade and travel**

5 **at our ports of entry, seaports and airports, and**

6 **then we also have -- are responsible for facilitating**

7 **trade. We have six operational components within**

8 **CBP, the Office of Trade, United States Border**

9 **Patrol, Office of Field Operations, Executive**

10 **Services, and Operational Services I believe, yeah.**

11      Q.   All right. I'm going to show you what I'm

12 going to mark as Exhibit 2 to your deposition.

13      MR. DARROW: Thank you.

14            (Ortiz Exhibit No. 2

15            was marked for

16            identification.)

17      THE WITNESS: Thank you.

18      BY MR. GUARD:

19      Q.   Have you ever seen Exhibit 2 before?

20      A.   That's correct.

21      Q.   And what is Exhibit 2?

22      **A.   Exhibit 2 is the table of organization for**

---

**36**

1 **Customs and Border Protection.**

2      Q.   And that was what you were just -- the six

3 departments that you were just describing?

4      **A.   That's correct.**

5      Q.   And on this -- on Exhibit 2, there's

6 actually a place for Border Patrol?

7      **A.   That's correct.**

8      Q.   What does the Border Patrol do?

9      **A.   Border Patrol's responsible for securing**

10 **the border in between the ports of entry.**

11      Q.   Okay. And would you agree that Border

12 Patrol's responsibilities are to act in concert with

13 the other components of CBP?

14      **A.   Yes.**

15      Q.   And to act with the other components of DHS

16 to secure the United States.

17      **A.   Yes.**

18      Q.   All right. Would you agree that a large

19 part of what Border Patrol does is encounter and

20 determine who is entering the United States?

21      MR. DARROW: Objection.

22      **A.   Yes.**

---

**37**

1      Q.   Okay. And you report to the deputy

2 commissioner; is that correct?

3      **A.   That's correct.**

4      Q.   And Troy Miller is the current deputy

5 commissioner, right?

6      **A.   Yes.**

7      Q.   And do you understand the difference

8 between career and political appointees?

9      **A.   I do.**

10      Q.   Is Mr. Miller a career or a political

11 appointee?

12      **A.   Career.**

13      Q.   Okay, and who is the commissioner of Border

14 Patrol -- or excuse me, of CBP?

15      **A.   Chris Magnus.**

16      Q.   Okay, and is Mr. Magnus a career or

17 political appointee?

18      **A.   Political appointee.**

19      Q.   All right. Below -- on Exhibit 2, below

20 Chief of Border Patrol, do you see Office of Field

21 Operations?

22      **A.   I do.**

---

Oritz , Raul

July 28, 2022

11 (Pages 38 to 41)

---

**38**

1  Q.   What are -- what is the Office of Field
2  Operations?
3  A.   So Office of Field Operations are the
4  customs and agricultural inspectors that work at our
5  ports of entry, our airports and our seaports to
6  facilitate legal trade and travel, and certainly
7  those folks that are traveling and presenting
8  themselves for inspection.
9  Q.   Okay, and how does Office of Field
10  Operations and the responsibilities they have differ
11  from the Border Patrol?
12  A.   So at ports of entry, it is a certainly
13  designated entry point.  They work closely with our
14  Canadian, our Mexican partners to the south of us,
15  and then even to some degree in foreign countries.
16  We have preclearance facilities throughout the world.
17  Our Office of Field Operations officers roughly have
18  about 25,000 employees, and they are responsible for
19  both goods, cargo that are traveling through our
20  ports of entry, but they're also responsible for the
21  inspection of individuals that are presenting
22  themselves for inspection.

---

**39**

1  Q.   Okay.  If you'll flip back to Exhibit 1 and
2  look at Exhibit 1, does it -- Exhibit 1 contain a
3  component named United States Immigration and Customs
4  Enforcement?  It's on the bottom row to the right?
5  A.   Yes.
6  Q.   Okay, and is it all right if I refer to
7  them as ICE?
8  A.   Yes.
9  Q.   Okay, and ICE is a separate entity from
10  CBP, right?
11  A.   That's correct.
12  Q.   All right, and it's definitely a separate
13  entity from Border Patrol.
14  A.   Yes.
15  Q.   All right.  Would it be fair to say that
16  ICE and Border Patrol have an ongoing relationship?
17  A.   Yes.
18  Q.   Okay.  And would it be fair to say that
19  Border Patrol has multiple memorandums of
20  understanding with ICE?
21  A.   Yes.
22  Q.   All right.  Among those memorandums of

---

**40**

1  understanding is there one that -- where ICE agrees
2  to provide transportation from the border?
3  A.   Yes.
4  Q.   All right.  Does ICE also agree to
5  transport aliens back to their country of origin as
6  part of the memorandum?
7  A.   Yes.
8  Q.   Okay.  And another I guess relationship
9  that ICE and Border Patrol has is that ICE agrees to
10  accept transfer aliens that need to be detained; is
11  that correct?
12  A.   That's correct.
13  Q.   All right.  And for -- strike that.  Would
14  it be fair to say that Border Patrol often detains
15  aliens that it encountered at the southern border
16  until they can be processed and turned over to ICE?
17  A.   Yes.
18  Q.   Would you agree, Chief Ortiz, that the
19  southern border is currently in crisis?
20  MR. DARROW:  Objection.
21  A.   Yes.
22  Q.   Would you agree, Chief Ortiz, that historic

---

**41**

1  numbers of aliens are illegally entering the United
2  States through the southern border?
3  MR. DARROW:  Objection.
4  A.   Yes.
5  Q.   Would you agree, Chief Ortiz, that
6  unprecedented numbers of aliens are illegally
7  entering the United States right now?
8  MR. DARROW:  Objection.
9  A.   Yes.
10  Q.   Would you agree, Chief Ortiz, that more
11  aliens are going through the southern border than we
12  have seen in the last 20 years?
13  A.   Yes.
14  Q.   Would you agree -- would you agree, Chief
15  Ortiz, the Border Patrol has never had as many
16  encounters with aliens in a physical year as it has
17  had in the last two years?
18  MR. DARROW:  Objection.
19  A.   Yes.
20  Q.   Chief Ortiz, do you expect the historic
21  number of aliens illegally entering the United States
22  to increase in the near term?

---

Oritz , Raul

July 28, 2022

12 (Pages 42 to 45)

---

**42**

1  MR. DARROW:  Objection.

2  **A.  Actually, we'd seen a decrease over the**

3  **last two months, and I expect that in July, we will**

4  **see a continuing decrease from the previous two**

5  **months.**

6  Q.  Is some of that the seasonality of the

7  border?

8  **A.  I haven't seen much of a seasonal trend**

9  **over the last three or four years.**

10  Q.  Okay.  Are you familiar with something

11  known as Title 42?

12  **A.  I am.**

13  Q.  Do you expect that the number of aliens

14  trying to illegally enter the United States will

15  increase if the Title 42 order is rescinded?

16  MR. DARROW:  Objection.

17  **A.  I always prepare for scenarios that may**

18  **impact the flow of the migrant population, and so we**

19  **have prepared for both higher and lower numbers.**

20  Q.  I'm going to show you what I'm going to

21  mark for identification as Exhibit 3 to your

22  deposition.

---

**43**

1  (Ortiz Exhibit No. 3

2  was marked for

3  identification.)

4  MR. DARROW:  Thank you.

5  BY MR. GUARD:

6  Q.  Have you seen Exhibit 3 before, Chief

7  Ortiz?

8  **A.  I have.**

9  Q.  What is Exhibit 3?

10  **A.  It's a memorandum that I signed on May**

11  **19th, 2022, and it discusses the non-citizen releases**

12  **from our custody.**

13  Q.  Okay.  And so that's roughly two months

14  ago?

15  **A.  That's correct.**

16  Q.  All right.  In your experience 31 years

17  with the Border Patrol, have you ever seen a document

18  -- or have you ever seen a memorandum like Exhibit 3

19  before?

20  **A.  No.**

21  Q.  Why did you send out Exhibit 3?

22  MR. DARROW:  Objection.

---

**44**

1  **A.  To ensure that our Border Patrol sectors**

2  **were coordinating with our non-governmental**

3  **organizations and were also focused on perhaps the**

4  **impact to the communities and ensuring that we were**

5  **coordinating with our ICE partners.**

6  Q.  Would you agree with me, Chief Ortiz, that

7  Exhibit 3 deals with the possible rescission of Title

8  42?

9  MR. DARROW:  Objection.

10  **A.  Yes.**

11  Q.  Would you agree with me, Chief Ortiz, that

12  Exhibit 3 provides directions to sectors in the

13  southwest border if the capacity becomes an issue?

14  **A.  Yes.**

15  Q.  And what does this memorandum direct the

16  sector chiefs to do if detention capacity becomes an

17  issue on the southwest border because of the repeal

18  of Title 42?

19  MR. DARROW:  Objection.

20  **A.  It directs the sectors to ensure that prior**

21  **to any releases, that we have worked closely with our**

22  **non-governmental organizations or our partners within**

---

**45**

1  **our respective communities.  It also reminds the**

2  **sectors to factor in the safety and security of the**

3  **migrant populations that we are processing.  One of**

4  **the things that we did not want to see happen is**

5  **migrants released in the middle of the night where**

6  **transportation nodes were closed if they weren't able**

7  **to be turned over to a nongovernmental organization**

8  **because NGOs and their facilities were also facing**

9  **some constraints and challenges with respect to**

10  **space.**

11  Q.  Wasn't this guidance issued for situations

12  where ICE was either unable or unwilling to accept

13  transfers of aliens?

14  MR. DARROW:  Objection.

15  **A.  Yes.**

16  Q.  And if ICE were either unwilling or unable

17  to accept transfer of aliens, this memo authorizes

18  the sectors to release aliens into the interior of

19  the United States.

20  MR. DARROW:  Objection.

21  **A.  Well, it authorizes them to release them**

22  **into the communities that they were apprehended in.**

---

Oritz , Raul

July 28, 2022

46

1  Q.   Okay.  And does Exhibit 3 authorize the
2  release of aliens that would otherwise be
3  inadmissible into the United States?
4      MR. DARROW:  Objection.
5  **A.  Yes.**
6  Q.   Have you ever heard the term "broken
7  arrow"?
8  **A.  Yes.**
9  Q.   What is a broken arrow?
10  **A.  Typically in the context of operations, it**
11  **is unsustainable operational circumstances.**
12  Q.   Okay.  Is Exhibit 3 meant to deal with
13  situations where Border Patrol had what amounts to a
14  broken arrow?
15      MR. DARROW:  Objection.
16  **A.  No.**
17  Q.   Okay.  Can you explain to me why not?
18  **A.  Well, we still had processes in place, and**
19  **we still expected a majority of the encounters that**
20  **we were experiencing on the southwest border would be**
21  **facilitated from us to NGOs, but we also recognize**
22  **that in a couple locations, that we were going to**

47

1  **experience some challenges.**
2  Q.   Okay.  Sorry.  Did I cut you off?
3  **A.  No, go ahead.**
4  Q.   I'm now going to show you what I've marked
5  for identification as Exhibit 4 to your deposition.
6          (Ortiz Exhibit No. 4
7              was marked for
8              identification.)
9      MR. DARROW:  Thank you.
10      BY MR. GUARD:
11  Q.   Exhibit 4 is CBP enforcement statistics for
12  the physical year of 2018, correct?
13  **A.  Yes.**
14  Q.   And these are statistics that are publicly
15  available from CBP's web site, right?
16  **A.  It appears so.**
17  Q.   And these statistics include all ports of
18  entries; is that correct?
19  **A.  Yes.**
20  Q.   All right.  And it includes Border Patrol
21  statistics as well, right?
22  **A.  Yes.**

48

1  Q.   All right.  Is there currently or was there
2  in 2018 a crisis at the northern border?
3      MR. DARROW:  Objection.
4  **A.  No.**
5  Q.   Okay.  Now, looking at Exhibit 4 on its
6  first page, this document contains data not just from
7  physical year of 2018, right?
8  **A.  Yes.**
9  Q.   It also includes data from physical years
10  2016 and 2017, correct?
11  **A.  That's correct.**
12  Q.   The high number of apprehensions for Border
13  Patrol for those years was in 2016, right?
14  **A.  That's correct.**
15  Q.   And that was 415,816?
16  **A.  Yes.**
17  Q.   Right?  And if you look down at the -- for
18  the total for enforcement actions for all of the CBP
19  components, the high was again in 2016, right?
20  **A.  Yes.**
21  Q.   And that was 690,637, correct?
22  **A.  Yes.**

49

1  Q.   All right.  I'm going to show you what I've
2  marked for identification as Exhibit 5 to your
3  deposition.
4          (Ortiz Exhibit No. 5
5              was marked for
6              identification.)
7      MR. DARROW:  Thank you.
8      BY MR. GUARD:
9  Q.   Exhibit 5 is the CBP enforcement statistics
10  for fiscal year 2022, right?
11  **A.  Yes.**
12  Q.   And again, these are statistics that are
13  publicly available on CBP's web site, right?
14  **A.  Yes.**
15  Q.   And physical year 2022 is not yet
16  concluded, correct?
17  **A.  That's correct.**
18  Q.   All right.  Now, Exhibit 5 contains data
19  not just for fiscal year 2022, correct?
20  **A.  That's correct.**
21  Q.   It contains the data for physical years
22  2017 through physical year 2021?

Oritz , Raul

July 28, 2022

14 (Pages 50 to 53)

---

**50**

MR. DARROW:  Just for clarification, it sounds like you're saying physical.  Fiscal, right?

MR. GUARD:  Yes.

MR. DARROW:  Okay, sorry.

BY MR. GUARD:

Q.   Sorry.  F-I-S-C-A-L, to be clear.  Prior to the Biden administration being inaugurated, the highest number of Border Patrol encounters occurred in 2019, right?

A.   Yes.

Q.   And the highest number of enforcement actions by CBP occurred in fiscal year 2019, correct?

A.   '21, it was higher.

Q.   Oh, sorry.  All right.  Prior to the Biden administration.

A.   Yes.

Q.   Okay, and in '19, the number of Border Patrol encounters was 859,501, right?

A.   Yes.

Q.   And the number of total enforcement actions was 1,148,024, correct?

A.   Yes.

---

**51**

Q.   All right.  And Joseph R. Biden, Junior was inaugurated on January 20th of 2021, right?

A.   Yes.

Q.   Okay.  And if you look at the physical year '21 numbers, and Donald Trump would have been president for the first three months of that physical year?

A.   Yes.

Q.   Okay.  And then Biden would have been president after that point in time?

A.   Yes.

Q.   All right.  And in that year, fiscal year '21, the number of Border Patrol encounters doubled from 2019.

MR. DARROW:  Objection.

BY MR. GUARD:

Q.   Correct?

A.   Yes.

Q.   And the number of Border Patrol encounters in fiscal year '21 is four times any other year other than fiscal year '19.

MR. DARROW:  Objection.

---

**52**

A.   Yes.

Q.   Okay.  Looking at fiscal year '22, year to date, we have still roughly three months of encounters to occur, and the number of encounters by Border Patrol in fiscal year '22 is almost at the total year number for fiscal year '21, right?

A.   We've already exceeded that number, yes.

Q.   Okay.  So you obviously in your role see data as it happens and not necessarily as it gets reported on a public web site.  You're already in excess sitting here right now with roughly three months to go, the total number of encounters that you've had in fiscal year '22 is in excess of physical year '21.

MR. DARROW:  Objection.

A.   Yes.

Q.   Now, the numbers that we're experiencing in 2021 and 2022 are mainly encounters at the southern border, correct?

A.   And we have seen some increases in the coastal region in Miami and in Puerto Rico.

Q.   Would you agree the primary driver of the

---

**53**

numbers in '21 and '22 is the southern border?

MR. DARROW:  Objection.

A.   Yes.

Q.   Okay.  From your 31 years of experience, has the Border Patrol in a year ever had the number of encounters that it's going to have in 2022?

MR. DARROW:  Objection.

A.   No.

Q.   Is the crisis that is currently ongoing at the southern border making the border less safe for Americans and aliens alike?

MR. DARROW:  Objection.

A.   Yes.

Q.   Before I move on, turning back for a minute to I think it was Exhibit 3, has to your knowledge Exhibit 3 ever been implemented?

A.   No.

Q.   Okay.  Chief Ortiz, are you aware that more aliens have died trying to illegally enter the United States in the last two years than ever before?

MR. DARROW:  Objection.

A.   Yes.

---

Oritz , Raul

July 28, 2022

15 (Pages 54 to 57)

54

1    Q.   Now, Chief Ortiz, does CBP components
2  survey aliens that they encounter on why they were
3  entering the United States?
4    **A.   Yes.**
5    Q.   I'm going to show you what I marked for
6  identification as Exhibit I think 6.
7            (Ortiz Exhibit No. 6
8              was marked for
9              identification.)
10     MR. DARROW:  Thank you.
11     BY MR. GUARD:
12     Q.   Exhibit 6 is an overview of the southwest
13   border by CBP, correct?
14     **A.   Yes.**
15     Q.   Have you ever seen Exhibit 6 before?
16     **A.   I'm not sure what the date is on this, but**
17   **yes, it does look familiar.**
18     Q.   All right.  Well, let's try to figure out
19   the date from -- from the document.  If you look at
20   the first paragraph of Exhibit 6, that first bullet
21   point mentions spring of 2021, correct?
22     **A.   Yes.**

55

1    Q.   And that's -- it is talking about
2  unaccompanied children that arrived at the border
3  through spring of 2021; is that correct?
4    **A.   That's correct.**
5    Q.   So it would appear to be at some point in
6  time after the spring of 2021?  Is that fair to say?
7    **A.   That's fair to say.**
8    Q.   All right.  And if you look at page 2 at
9  the second bullet point, it talks about two
10   hurricanes, Ada and Iota, that made landfall in
11   November of 2020, so again, sometime after the late
12   2020 is what that paragraph seems to indicate?
13     **A.   Yes.**
14     Q.   And so sometime late 2020 would be when
15   this document -- hold on.  Strike that.  Going back
16   to that first bullet point, the first three months of
17   fiscal year 2021 -- never mind.  Strike that.  On the
18   second page of Exhibit 6, at the first bullet
19   point --
20     **A.   On the second page you said?**
21     Q.   Yes, sir.
22     **A.   Uh-huh.**

56

1    Q.   The overview lists seven factors that CBP
2  designates as, quote, the primary push-pull factors
3  cited by migrants?
4    MR. DARROW:  Objection.
5    BY MR. GUARD:
6    Q.   Did I read that correct?
7    **A.   Yes.**
8    Q.   All right.  And what are push-pull factors?
9    **A.   Those are factors that are considered**
10   **either drivers or opportunities that migrants may**
11   **perceive as a reason to enter illegally into the U.S.**
12     Q.   Okay.  Looking at the first I guess
13   sub-bullet point under -- under the primary push-pull
14   factors that are cited by migrants, it says economic
15   opportunities.  Did I read that correct?
16     **A.   Yes.**
17     Q.   All right.  Economic opportunities are --
18   would you agree are a consistent driver of aliens
19   entering the United States?
20     MR. DARROW:  Objection.
21     **A.   Yes.**
22     Q.   In your 31 years, economic opportunities

57

1  has been a driver every year?
2    MR. DARROW:  Objection.
3    **A.   Yes.**
4    Q.   Okay, all right.  Looking at the next
5  bullet points, next bullet point, regional and
6  political instability, you see that?
7    **A.   Yes.**
8    Q.   And that's regional and political
9  instability in Central and Southern America?
10     **A.   Well, Haiti.  It's 158 different countries**
11   **that we encounter migrants from.**
12     Q.   Okay.  Would it be fair to say that over
13   your 31 years, there's been regional -- regional and
14   political instability somewhere in those 158
15   countries that you've encountered?
16     **A.   Yes.**
17     MR. DARROW:  Objection.
18     BY MR. GUARD:
19     Q.   And so that's a consistent driver --
20     MR. DARROW:  Objection.
21     BY MR. GUARD:
22     Q.   -- of illegal immigration into the United

LADOJ-ASYLUM130

Oritz , Raul

July 28, 2022

58

1  States?
2  **A.  Yes.**
3  Q.  Okay.  Fear of violence is the next bullet
4  point.  Did I read that correct?
5  **A.  Yes.**
6  Q.  All right.  Fear of violence -- has that
7  been a factor that has been present for at least part
8  of your 31 years as a Border Patrol agent driving
9  illegal immigrants into the United States?
10  **A.  Yes.**
11  Q.  Okay.  If you drop down a couple more,
12  perception -- perceptions of favorable U.S.
13  immigration policies, you see that?
14  **A.  Yes.**
15  Q.  Do you know if prior to the Biden
16  administration being inaugurated, whether aliens had
17  a favorable view or favorable perception of U.S.
18  immigration policies?
19  MR. DARROW:  Objection.
20  **A.  Repeat the question please?**
21  Q.  Sure.  Let me -- I inartfully worded it
22  because I actually worded two questions together.

59

1  Prior to January 20th, 2021 when President Biden was
2  inaugurated, from your experience as a Border Patrol
3  agent, did aliens have a favorable view or
4  unfavorable view of Trump's immigration policies?
5  MR. DARROW:  Objection.
6  **A.  They had an unfavorable view.**
7  Q.  Okay.  Would an unfavorable view of Trump's
8  immigration policies kept aliens from coming the
9  border?
10  MR. DARROW:  Objection.
11  **A.  Some.**
12  Q.  Okay.  When President Biden was elected,
13  did the number of aliens trying to illegally enter
14  the United States increase or decrease?
15  MR. DARROW:  Objection.
16  **A.  Increase.**
17  Q.  Okay.  Did caravans restart to the border
18  after President Biden was elected?
19  MR. DARROW:  Objection.
20  **A.  Caravans are a recent phenomenon that we've**
21  **seen over the last couple of years.**
22  Q.  Okay.  Since President Biden was elected,

60

1  does this document indicate that aliens illegally
2  entering the United States perceive that they will be
3  able to enter and remain in the United States?
4  MR. DARROW:  Objection.
5  **A.  Yes.**
6  Q.  You can set that document aside.  I think
7  we're on 7.
8  (Ortiz Exhibit No. 7
9  was marked for
10  identification.)
11  BY MR. GUARD:
12  Q.  I'm going to show you what I marked for
13  identification as Deposition Exhibit 7.
14  MR. DARROW:  Thank you.
15  BY MR. GUARD:
16  Q.  Have you seen Deposition Exhibit 7 before?
17  **A.  Not this specific document.**
18  Q.  Okay.  Does Exhibit 7 have comments that
19  Secretary Mayorkas, Commissioner -- Acting
20  Commissioner Miller and you made?
21  **A.  Yes.**
22  MR. DARROW:  Objection.

61

1  BY MR. GUARD:
2  Q.  What is the date of Exhibit 7?
3  **A.  September 20th.**
4  Q.  Okay.
5  **A.  '21, sorry.**
6  Q.  What were the circumstances that caused you
7  to -- you, Secretary Mayorkas and Acting Commissioner
8  Miller to make comments on that day?
9  **A.  We had a mass migration event in Del Rio,**
10  **Texas of between 16 and 19 thousand migrants from**
11  **principally Haiti, but we also encountered**
12  **individuals from Venezuela, Cuba, Nicaragua and a few**
13  **other countries.**
14  Q.  And there was news coverage going on of
15  migrants living under a bridge I think?
16  MR. DARROW:  Objection.
17  BY MR. GUARD:
18  Q.  Is that correct?
19  **A.  Yes.**
20  Q.  All right.  And there was a lot of press
21  coverage.  Would that be fair?
22  MR. DARROW:  Objection.

Oritz , Raul

July 28, 2022

---

**62**

1  A.   Yes.

2  Q.   Okay.  And you had to respond to that

3  situation, right?

4  MR. DARROW:  Objection.

5  A.   Yes.

6  Q.   Okay.  And what -- the comments that were

7  being made by the three of you were kind of detailing

8  that -- the Border Patrol's response to the situation

9  of the 16 to 19 thousand migrants that had entered

10  the United States illegally, right?

11  MR. DARROW:  Objection.

12  A.   Yes.

13  Q.   Okay.  I want to kind of focus on your

14  comments, and if you look at the third page of

15  Exhibit 7, and I'm not sure if it's -- since there's

16  no indents, I can't tell if it's a continuation of

17  the previous paragraph or it's a new paragraph, but

18  the paragraph that says, "I talked yesterday"?  Do

19  you see where I am at the top of the page?

20  A.   Yes, okay.

21  Q.   You said, "I talked yesterday about how so

22  much of this migration is driven through social media

---

**63**

1  and word of mouth, and smugglers are significant

2  drivers of the misinformation that people that" --

3  "that gets to people to undertake these dangerous

4  journeys."  What are you describing with that

5  sentence?

6  A.   So prior to this event, we had scheduled

7  some repatriation flights back to Haiti.  Those

8  flights were cancelled, and when those flights were

9  cancelled, those migrants were unable to be

10  repatriated, and so what happens quite often is the

11  migrant population will use the social media

12  platforms to inform folks that were already making

13  the trek from South America and from some of the

14  other countries, most -- or quite a few of the

15  Haitian migrants that we encountered underneath the

16  bridge had already been domiciled in other countries

17  in South America.  So they had begun to make the

18  trek, and when they found out that the flights had

19  been turned off in Del Rio, we found that criminal

20  organizations, smuggling organizations were

21  chartering buses and driving them to Ciudad Acuna,

22  which is just south of Del Rio.

---

**64**

1  Q.   Okay, and the migrants were being told that

2  if you go to the Del Rio sector, you will not be

3  repatriated, correct?

4  MR. DARROW:  Objection.

5  A.   They were told a couple of things.  They

6  were told that it's safe in Acuna and in Del Rio.

7  They were told that they would be processed

8  relatively quickly, and then I'm sure they were told

9  that there was a chance that they may be released.

10  Q.   Okay.  Were -- from those flights that were

11  cancelled, were any of those Haitians actually

12  released into the interior of the United States?

13  A.   Yes.

14  Q.   Do you know approximately how many Haitians

15  were released into the interior of the United States?

16  A.   No.

17  Q.   Are we talking tens, hundreds or thousands

18  --

19  MR. DARROW:  Objection.

20  BY MR. GUARD:

21  Q.   -- being released?

22  A.   I would assume it was in the hundreds

---

**65**

1  initially.

2  Q.   Okay.  Now, after the crowd of aliens under

3  the bridge had gathered, how were they dispersed?

4  A.   So we focused on the vulnerable populations

5  first.  When I arrived, we had a rough estimate of

6  about 16,000 migrants underneath the bridge, and so

7  just in doing my initial assessment, I was able to

8  ascertain that many of them were family units and

9  quite a few of them were pregnant females, and so we

10  worked with our partners to try and focus on those

11  individuals first.

12  Q.   Okay.  As to the family units and to the

13  pregnant females, when they would go through

14  processing, would -- would they have likely been

15  released into the interior of the United States or

16  would they have been removed?

17  MR. DARROW:  Objection.

18  A.   So most of those family units and -- were

19  taken to our Office of Field Operations.  We had to

20  shut down the port of entry in Del Rio, and we began

21  processing them in a different facility, and then we

22  also bused some of those populations to some of the

---

66

1 other surrounding sectors, and we actually flew some
2 of them to other sectors.  What their disposition
3 once they reached the processing centers is unknown
4 to me.
5     Q.   Okay.  This was September of 2021?
6     A.   That's correct.
7     Q.   All right.  Do you know if by September of
8 2021, ICE was -- or had any detention beds for family
9 units?
10        MR. DARROW:  Objection.
11     A.   No.
12     Q.   No, you don't know that they had -- whether
13 they had detention for family units, or no, they did
14 not have any detention for family units?
15     A.   It is my understanding that they did not
16 have any detention beds for family units.
17     Q.   So as to the family units in that group of
18 16 to 19 thousand people, they could not have been
19 detained, right?
20        MR. DARROW:  Objection.
21     A.   That's correct.
22     Q.   All right.  So the option would have been

67

1 to admit them or to repatriate them, right?
2        MR. DARROW:  Objection.
3     A.   Yes.
4     Q.   Now, if you look at the next paragraph in
5 your statement -- first let me ask you this because I
6 forgot to ask it, and you can take a minute if you'd
7 like to take a minute, but are the paragraphs here
8 that -- where it says transcript of U.S. Border
9 Patrol Chief Ortiz, are they accurate?
10     A.   Yes.
11     Q.   Okay.  If you look at the last paragraph,
12 the first sentence says, "The smugglers leverage
13 misinformation to mislead people.  Some of that
14 information is focused on TPS."  First, what is TPS?
15     A.   Temporary protective status.
16     Q.   All right.  And what are smugglers doing
17 with information on TPS?
18     A.   They are telling -- or they were telling
19 the migrant population that regardless of when you
20 entered or were processed, that you would be allowed
21 to stay in the United States.
22     Q.   Would you agree, Chief Ortiz, that the

68

1 aliens who cite favorable immigration policy as a
2 reason to come to the United States are perceiving
3 what actually is happening in the United States?
4        MR. DARROW:  Objection.
5     A.   Yes.
6     Q.   Prior to President Biden being elected, did
7 you review Candidate Biden's immigration proposals?
8        MR. DARROW:  Objection.
9        THE WITNESS:  No.
10        MR. GUARD:  If this is a good time to take
11 a break, we can take a break because I did not write
12 down my tab number on --
13        THE WITNESS:  Yeah.
14        MR. GUARD:  -- this exhibit, and we've been
15 going for a while.
16        THE WITNESS:  That'll work.
17        MR. GUARD:  Okay.
18        THE VIDEOGRAPHER:  We are now off the
19 record at 10:48.
20        (Recessed at 10:48 a.m.)
21        (Reconvened at 10:57 a.m.)
22        THE VIDEOGRAPHER:  We're now back on the

69

1 record at 10:57.
2     BY MR. GUARD:
3     Q.   All right, Chief Ortiz, I think before we
4 left and went on break, I was asking you if you'd
5 reviewed Candidate Biden's immigration proposals.  Do
6 you remember that?
7     A.   Yes.
8     Q.   All right, and you had not.
9     A.   I had not.
10     Q.   Okay.  I'm going to show you what I marked
11 for identification as Exhibit 8 to your deposition.
12        (Ortiz Exhibit No. 8
13            was marked for
14            identification.)
15     BY MR. GUARD:
16     Q.   If you look at the second sentence on the
17 first page of Exhibit 8, it reads, "When children are
18 locked away in overcrowded detention centers and the
19 government seeks them there indefinitely."
20        MR. DARROW:  Take your time to read it if
21 you need it.
22     BY MR. GUARD:

Oritz , Raul

July 28, 2022

19 (Pages 70 to 73)

---

**70**

1   Q.   Did I read that sentence correctly?
2   **A.   Yes.**
3   Q.   During the Trump administration, is that
4   sentence -- was that sentence true, to your
5   knowledge?
6       MR. DARROW:  Objection.
7   **A.   We had a unaccompanied child crisis in**
8   **2014. I was the deputy chief in Rio Grande Valley,**
9   **and we saw a significant spike in unaccompanied**
10  **children during that time.**
11  Q.   And so 2014, that would have been the Obama
12  administration?
13  **A.   That's correct.**
14  Q.   Okay.  Was that still true under the Trump
15  administration?
16      MR. DARROW:  Objection.
17  **A.   We had seen steady increases since 2014 of**
18  **unaccompanied children that we hadn't experienced**
19  **prior to that.**
20  Q.   Okay.  But were unaccompanied children
21  walked away in overcrowded detention facilities and
22  kept there indefinitely at that time?

---

**71**

1   **A.   No.**
2       MR. DARROW:  Objection.
3       BY MR. GUARD:
4   Q.   All right.  If you'll turn to page 5 of
5   Exhibit 8, the second bullet point says, "End
6   prolonged detention and reinvest in a case management
7   program."  You see that?
8   **A.   Yes.**
9   Q.   In the two years that the Biden
10  administration has been in office, or roughly two
11  years, have they ended prolonged detention?
12      MR. DARROW:  Objection, and take your time
13  to read it if you need it.
14  **A.   We have continued to do a better job of**
15  **minimizing the time in custody of the migrant**
16  **population within the Border Patrol, and I would**
17  **imagine that's probably holds true for our ICE/ERO**
18  **partners.**
19  Q.   Are you aware of whether or not ICE has cut
20  its detention capacity?
21      MR. DARROW:  Objection.
22  **A.   I could not speak to that.**

---

**72**

1   Q.   So you as the chief of Border Patrol do not
2   know whether ICE has reduced the number of detention
3   beds that it has.
4       MR. DARROW:  Objection.
5   **A.   I do know that ICE has had some capacity**
6   **issues with respect to detention beds and space, but**
7   **the number of reduced beds, I'm not familiar with the**
8   **exact number.**
9   Q.   And you are familiar, I believe, with the
10  fact that ICE has stopped detaining family units,
11  correct?
12      MR. DARROW:  Objection.
13  **A.   I am familiar that they are no longer**
14  **manning residential facilities.**
15  Q.   Okay.  If you'll look down in the
16  paragraph, one, two, three, four, five sentences in,
17  the sentence reads, "Biden will codify protections to
18  safeguard children to make sure their treatment is
19  consistent with their best interest and invest in
20  community-based" -- "community-based case management
21  programs, including those supported by faith-based
22  organizations, such as Lutheran Immigration and

---

**73**

1   Refugee Services, to move migrants into safe
2   environments as quickly as possible."  Did I read
3   that correctly?
4   **A.   Yes.**
5   Q.   Now, that sentence uses the word "codify."
6   Do you see that?
7   **A.   I do.**
8   Q.   What does the word "codify" mean to you?
9   **A.   It means that they're going to establish a**
10  **process and develop a policy that focuses on**
11  **protecting unaccompanied children and migrants.**
12  Q.   Does it also mean for family units?
13      MR. DARROW:  Objection.
14  **A.   It doesn't indicate that it's for family**
15  **units.**
16  Q.   Okay, but family units have children,
17  right?
18  **A.   Typically.**
19  Q.   Okay.  And the word "codify" -- does that
20  indicate that they need to go to Congress to pass
21  something?
22      MR. DARROW:  Objection.

---

Oritz , Raul

July 28, 2022

20 (Pages 74 to 77)

---

74

1   A.   That I'm not going to assume.
2   Q.   Okay.
3   A.   We've seen executive orders issued for the
4   last few years that we hadn't seen previously, and I
5   say the last, I'm talking about the last five or six
6   years.
7   Q.   Sure.  Now, Border Patrol itself under your
8   direction -- strike that.  For a moment, Chief Ortiz,
9   I want you to ignore the existence of the Title 42 CD
10  order and assume Title 8 was the only -- Title 8
11  flows are the only flows for aliens encountered at
12  the southern border, okay?  When a Border Patrol
13  agent finds an individual on or near the southwest
14  border that he or she believes to be an alien, does
15  the agent seek a warrant to detain the alien?
16      MR. DARROW:  Objection.
17      A.   Typically when we encounter migrants along
18  the southwest border, we process them via Title 8,
19  which is our authority to issue a notice to appear
20  and a warrant of arrest, and then if they are from
21  Mexico, we can voluntarily return that migrant
22  population with a repatriation agreement we have with

---

75

1   the government of Mexico.
2   Q.   Okay, but as far as the actual seizing of
3   the alien, is it a warrantless or a warrant seizure
4   of -- of -- of the --
5   A.   Warrant.
6   Q.   So okay.  All right, so the border agent
7   seizes the alien and conducts an inspection, right?
8   A.   That's correct.
9   Q.   Okay.  With that inspection, the Border
10  Patrol agent is trying to determine whether the alien
11  is admissible or inadmissible, right?
12      MR. DARROW:  Objection.
13      A.   That's correct.
14  Q.   Okay.  And you know, the Border Patrol
15  agent is trying to discern the appropriate pathway to
16  process an alien, correct?
17      A.   That's correct.
18  Q.   Okay.  And you're familiar with the
19  immigration and naturalization act of 1965?
20      A.   I am.
21  Q.   Okay.  And Congress and I'm going to call
22  it the INA established pathways, correct?

---

76

1   A.   That's correct.
2       MR. DARROW:  Objection.
3       BY MR. GUARD:
4   Q.   And Congress set out the process for
5   inspections to happen.
6       MR. DARROW:  Objection.
7       BY MR. GUARD:
8   Q.   Correct?
9   A.   Yes.
10  Q.   And I believe it's section 235 of the
11  Immigration and Nationality Act, or also known as 8
12  USC section 1225; is that correct?
13      A.   Yes.
14  Q.   All right, let's -- let's look at that.  I
15  keep on losing my pen.  You'll have eight or ten pens
16  in this -- we're on 9?
17          (Ortiz Exhibit No. 9
18          was marked for
19          identification.)
20      BY MR. GUARD:
21  Q.   I show you what I marked for identification
22  as Exhibit Number 9.  Now, Exhibit Number 9 is the --

---

77

1   is section 235 of the Immigration and Nationality
2   Act, is it not?
3   A.   Yes.
4   Q.   Okay, and if you look at section (a)(1) of
5   that statute, it provides -- or that section, it
6   provides aliens who are present in the United States
7   and not admitted shall be detained, correct?
8       MR. DARROW:  Objection.
9   A.   Where does it say not --
10  Q.   If you look at --
11  A.   You said (a)(1)?
12  Q.   Yes.
13  A.   I don't see anything that talks about
14  detention.
15  Q.   Sorry.  Excuse me.  (b)(1).  Strike that.
16  All right, let's move on.  Section 1225(a)(1) is the
17  authority that Border Patrol agents use every day to
18  conduct inspections, right?
19      MR. DARROW:  Objection.
20  A.   Yes.
21  Q.   Now, looking at 1225(a)(3), that's the
22  section of the statute that provides for an

---

LADOJ-ASYLUM135

Oritz , Raul                                                July 28, 2022

21 (Pages 78 to 81)

---

**78**

1  inspection.
2          MR. DARROW:  Objection.
3      **A.  Yes.**
4      Q.   Okay.  And looking down to the next
5  section, it has a section entitled -- or -- so that's
6  1225(a)(4), it says, "Withdrawal of an application
7  for admission."  Do you see that?
8      **A.  I do.**
9      Q.   And withdrawal of an application, that is a
10  -- one of the processing pathways, is it not?
11          MR. DARROW:  Objection.
12      **A.  Not that the Border Patrol uses.**
13      Q.   Okay.  So an alien, if they just want to be
14  removed, they cannot withdraw their application and
15  just be repatriated?
16          MR. DARROW:  Objection.
17      **A.  We do have a voluntary return.**
18      Q.   Okay.
19      **A.  Yeah.**
20      Q.   All right.  Looking down at (b)(1), so
21  that's on the second page of Exhibit Number 9,
22  (b)(1)(A) sub 1 -- I guess it's actually on the first

---

**79**

1  page.  I apologize.  So (b)(1), big A little I is --
2  it describes the inspection that is being conducted
3  generally, correct?
4          MR. DARROW:  Objection.
5      **A.  That's correct.**
6      Q.   Okay.  And it makes reference to two
7  statutes, 1182(a) subsection A, 6 big C, and
8  1182(a)(7).  Do you see that?
9      **A.  I do.**
10      Q.   Okay.  And so the Border Patrol, when it's
11  doing this inspection in general, is inquiring of an
12  alien about his citizenship, correct?
13          MR. DARROW:  Objection.
14      **A.  Yes.**
15      Q.   Okay.  And if that alien misrepresents his
16  citizenship, he can be removed?
17          MR. DARROW:  Objection.
18      **A.  Yes.**
19      Q.   And if he does not have a visa and a
20  passport, he can be removed.
21      **A.  Yes.**
22      Q.   Okay.  And so the initial screening, you're

---

**80**

1  gathering biographical information and citizenship
2  documents.  Is that fair to say?
3          MR. DARROW:  Objection.
4      **A.  If they possess travel documents or some**
5  **sort of immigration documents, yes, we will --**
6      Q.   Okay.  And all or almost all of the aliens
7  that Border Patrol encounters at the southern border
8  don't have a visa to enter the United States.  Is
9  that fair?
10          MR. DARROW:  Objection.
11      **A.  Yes.**
12      Q.   Okay, and the vast majority of aliens
13  encountered at the southern border don't have a
14  passport, right?
15          MR. DARROW:  Objection.
16      **A.  Typically they discard them before they**
17  **enter the U.S. Quite often our officers will find**
18  **them discarded in or around the border area.**
19      Q.   Okay, and sometimes they'll have I think
20  they call it pocket trash?  Are you familiar with
21  that term?
22      **A.  I am.**

---

**81**

1      Q.   What is pocket trash?
2      **A.  It could be anything from a map to phone**
3  **numbers to smugglers or, you know, information on who**
4  **to contact when they make it to the U.S.**
5      Q.   Do sometimes pocket trash include
6  information indicating that whatever they've told the
7  Border Patrol agent is not true?
8          MR. DARROW:  Objection.
9      **A.  Yes.**
10      Q.   Okay.  Under 1225, if an alien doesn't have
11  a visa and a valid passport, what is supposed to
12  happen to that alien?
13          MR. DARROW:  Objection.
14      **A.  We take them into custody.**
15      Q.   Okay.  Are they supposed to be detained?
16          MR. DARROW:  Objection.
17      **A.  Yes.**
18      Q.   Okay.  And -- and they're to be removed
19  unless they request asylum?
20          MR. DARROW:  Objection.
21      **A.  Yes.**
22      Q.   Okay.

---

Oritz , Raul

July 28, 2022

22 (Pages 82 to 85)

82

1   **A.    If we have a repatriation agreement with**
2   **the country that they are traveling from or that they**
3   **are citizens of.**
4   Q.    Okay.  And the removal, assuming that
5   there's a repatriation agreement, is supposed to be
6   immediate, correct?
7   MR. DARROW:  Objection.
8   **A.    Well, that's very dependent on logistics.**
9   Q.    Okay.
10  **A.    Flights occur, you know, at different**
11  **times, and so a lot of coordination and logistics**
12  **have to happen.**
13  Q.    Okay.  And that would be coordination and
14  logistics with ICE.
15  **A.    With ICE and the host country.**
16  Q.    Okay, all right.  And the exception -- and
17  again, the exception to removal is if the alien
18  claims asylum?
19  MR. DARROW:  Objection.
20  BY MR. GUARD:
21  Q.    Correct?
22  **A.    Well, there's a couple of exceptions.  One**

83

1   is asylum.  The second may be if they're a part of a
2   smuggling investigation or event, they may be held as
3   a material witness.
4   Q.    Any other exceptions?
5   **A.    Typically those are the ones that we**
6   **encounter the most.**
7   Q.    Okay.  And how frequently do you hold or
8   process people as material witnesses?
9   MR. DARROW:  Objection.
10  **A.    It's very dependent on the sector.  When**
11  **you think about, you know, Laredo and Tucson sector**
12  **where we see the criminal organizations, smuggling**
13  **organizations operating at a higher level, I think**
14  **you'll find that we'll have more material witnesses**
15  **kept within ICE's custody in those locations.**
16  Q.    Okay.  Would the number of exceptions for
17  material witnesses be greater than the number of
18  people claiming asylum?
19  MR. DARROW:  Objection.
20  **A.    No.**
21  Q.    Would the number of people climb claiming
22  asylum dwarf the number of material witnesses?

84

1   MR. DARROW:  Objection.
2   **A.    Once again, it's going to be dependent on**
3   **location.**
4   Q.    Okay, all right.  Is it typical for aliens
5   encountered at the border to claim asylum?
6   MR. DARROW:  Objection.
7   **A.    Initially when they are taken into custody**
8   **by the Border Patrol, quite often the asylum claim**
9   **does not happen until after the processing begins --**
10  Q.    Okay.
11  **A.    -- or they are turned over to ICE.**
12  Q.    Okay.  And while I'm sure it varies,
13  sometimes they're processed on the scene.  Is that
14  fair to say?
15  MR. DARROW:  Objection.
16  **A.    We have instituted some mobile processing**
17  **--**
18  Q.    Okay.
19  **A.    -- in certain locations due to COVID, but**
20  **more often than not, most of them are processed at a**
21  **facility or a centralized processing center.**
22  Q.    Okay, all right.  So it's not -- they don't

85

1   make an asylum claim when the initial encounter
2   happens.  They make the claim when they get
3   transferred back to a Border Patrol processing
4   center.  Is that fair?
5   MR. DARROW:  Objection.
6   **A.    Typically that's when that happens, yes.**
7   Q.    Okay.  And it's not unusual for aliens to
8   make an asylum claim?
9   MR. DARROW:  Objection.
10  **A.    It's not unusual.**
11  Q.    Okay.  If an alien claims asylum, the agent
12  or some other immigration officer has to perform a
13  further interview, correct?
14  MR. DARROW:  Objection.
15  **A.    Yes.**
16  Q.    All right, at that interview, is it
17  determined if the alien has a credible fear of
18  persecution?
19  MR. DARROW:  Objection.
20  BY MR. GUARD:
21  Q.    Correct?
22  **A.    Persecution or torture.**

Oritz , Raul

July 28, 2022

23 (Pages 86 to 89)

---

**86**

Q.   Would you agree with me, Chief Ortiz, that the vast majority of asylum claims, there is not a credible fear of persecution or torture?

MR. DARROW:  Objection.

A.   **I do not have the disposition of all the credible fear claims, and it would be unfair for me to --**

Q.   Okay.  And -- but that interview is supposed to take place before the alien is processed further, correct?

MR. DARROW:  Objection.

A.   Yes.

Q.   Okay.  Are Border Patrol agents currently performing credible fear interviews before they either parole or release aliens on their own recognizance?

MR. DARROW:  Objection.

A.   No.

Q.   Is Border Patrol transferring aliens who have made asylum claims to ICE custody without performing credible fear interviews?

A.   Yes.

---

**87**

Q.   Looking -- looking back at -- at Exhibit Number 9 at I think it's (b)(1) large B sub -- you got to love these statutes.  Three little I -- or no, excuse me, two little I, it says "Referral of Certain Aliens."  You see that?

A.   I do.

Q.   All right.  What does that section indicate that is supposed to happen if the asylum officer determines that an alien has a credible fear of persecution?

MR. DARROW:  Objection.

A.   **The alien shall be detained for further consideration of the application for asylum.**

Q.   If you look at the next subsection, so that's 1225(b)(2) big B sub 3 little I big I, what is supposed to happen if the asylum officer finds that an alien does not have a credible fear of persecution?

MR. DARROW:  Objection.

A.   **Removal without further review if no credible fear of persecution.**

Q.   Is the alien supposed to be detained until

---

**88**

removal?

MR. DARROW:  Objection.

A.   Yes.

Q.   Okay.  Now, that's not necessarily the end of the process, correct?

A.   That's correct.

MR. DARROW:  Objection.

BY MR. GUARD:

Q.   An alien who's made an asylum claim can ask for review; is that right?

MR. DARROW:  Objection.

A.   Yes.

Q.   If the alien asks for review of a finding of no credible fear, if you look at 1225(b)(2), sub B, I think it's three little I, sub 4, there's a section that says "Mandatory Detention."  Excuse me.  (b)(1).  Sorry.  (b)(1) sub B three little I sub 4.  It's on 2, second column, second heading in, it says "Mandatory Detention."  Do you see that?

A.   I do.

Q.   All right.  So if an alien who got a finding of no credible fear on their asylum claim

---

**89**

wants a hearing, what is supposed to happen to that alien pending the hearing?

MR. DARROW:  Objection.

A.   Should be detained.

Q.   And it actually uses the word "mandatory," correct?

MR. DARROW:  Objection.

BY MR. GUARD:

Q.   Now, Chief Ortiz, when you tell your Border Patrol agents that they shall do something, do you expect them to follow your command?

MR. DARROW:  Objection.

A.   Yes.

Q.   Okay.  When you tell your Border Patrol agents that they shall do something, do you expect that they will try and figure out ways around your command?

MR. DARROW:  Objection.

A.   No.

Q.   Okay.  For example, did the Border Patrol agent require its agents to obtain the COVID-19 vaccine?

---

Oritz , Raul

July 28, 2022

---

90

1        MR. DARROW:  Objection.
2    **A.   Yes.**
3        Q.    Were any Border Patrol agents fired for
4   refusing to get vaccinated?
5        MR. DARROW:  Objection.
6    **A.   No.**
7        Q.    What happened to the Border Patrol agents
8   that refused to get vaccinated?
9        MR. DARROW:  Objection.
10   **A.   Ninety-eight percent of the employees that**
11  **failed to be vaccinated submitted a request for**
12  **exception.**
13       Q.    Okay.  They filed for an exemption based on
14  some ground.
15   **A.   Yes.**
16       MR. DARROW:  Objection.
17       BY MR. GUARD:
18       Q.    What about that two percent?
19       MR. DARROW:  Objection.
20   **A.   The two percent of the population continued**
21  **-- either retired or opted to resign.**
22       Q.    Chief Ortiz, and if you need to take a

---

91

1   moment, please take a moment.  Is there anywhere in
2   section 1225, Exhibit 9 that's in front of you, where
3   the statutory language indicates that the alien shall
4   be released?
5        MR. DARROW:  Objection.
6    **A.   I'd have to read the entire document.**
7        Q.    Do you know from your experience utilizing
8   this section in your job, do you know that from just
9   your use?
10       MR. DARROW:  Objection.
11   **A.   We -- when you talk about releases, you**
12  **know, in the Border Patrol context, I consider**
13  **paroles, I consider, you know, other means of**
14  **releasing somebody out of our custody as an option**
15  **for humanitarian reasons.  We've had situations where**
16  **we may encounter somebody who is, you know, eight,**
17  **eight and a half months pregnant, or there may be a**
18  **medical or humanitarian reason for us to release**
19  **somebody into the community or to a sponsor or to --**
20  **so there are other --**
21       Q.    Sure.
22   **A.   -- conditions that exist.**

---

92

1        Q.    And we're going to look at I think the
2   statute that allows for that in a little bit, but
3   those situations that you just described are
4   individual one-off kind of situations, correct?
5        MR. DARROW:  Objection.
6    **A.   That's correct.**
7        Q.    Okay.  Is there anything within section
8   1225 that allows for the processing of family units
9   to be different --
10       MR. DARROW:  Objection.
11       BY MR. GUARD:
12       Q.    -- than single adults?
13   **A.   I don't believe so.**
14       Q.    Okay.  Chief Ortiz, if trafficking
15  organizations know that family units will be
16  released, aren't they likely to disseminate that
17  information to migrants?
18       MR. DARROW:  Objection.
19   **A.   Yes.**
20       Q.    Okay.  Does differentiating detention
21  policy based on whether an alien is part of a family
22  or not encourage some forms of irregular immigration

---

93

1   to the United States?
2        MR. DARROW:  Objection.
3    **A.   I would imagine so.**
4        Q.    Okay.  Does differentiating detention
5   policy based on the nationality of an alien encourage
6   irregular immigration?
7        MR. DARROW:  Objection.
8    **A.   Yeah, so you think about, you know, what**
9   **we're experiencing right now with Cuban, Venezuelans**
10  **and Nicaraguans and to some degree Peruvians now, the**
11  **fact that we do not have the ability to repatriate**
12  **those populations has certainly increased the**
13  **migration flows from those countries, and so to**
14  **answer your question, yes.**
15       Q.    Sure.  And do you know if ICE is detaining
16  individuals from those four countries that you just
17  listed?
18   **A.   So we have instituted a initiative in the**
19  **last week where we are trying to detain as many of**
20  **that population within ICE custody in certain areas.**
21  **We -- when you look at the nine southwest border**
22  **sectors over the last 12 months, three of them have**

---

Oritz , Raul

July 28, 2022

25 (Pages 94 to 97)

94

1  been problematic for us as an organization, Yuma, Del
2  Rio, Rio Grande Valley.  We have been able to do a
3  very good job of managing the security in San Diego,
4  El Centro, El Paso, Big Bend, Laredo.  We don't see
5  the same migration flow patterns in those sectors,
6  and a lot of that is driven by the criminal
7  organizations.
8        And so when you think about instituting a
9  -- and having the ability to detain certain
10  populations, you really want to focus that in areas
11  where you see the highest flows, and that continues
12  to be those three sectors, Yuma, Del Rio and Rio
13  Grande Valley.
14     Q.   And so you want -- is the purpose of kind
15  of targeted detention of specific populations to
16  either dissuade immigration coming to the southern
17  border, or is it to cause the flows to go to those
18  other sectors and spread out?
19        MR. DARROW:  Objection.
20        BY MR. GUARD:
21     Q.   Or both?
22     A.   It's actually even more than that.  It's an

95

1  opportunity, one, to institute a consequence against
2  the migrant populations, and then certainly as a
3  deterrent.
4     Q.   Okay.  Going back for a moment to Exhibit
5  Number 9, if you look at I think it's (b)(2)(C), big
6  C, so that's on page 3, first column, bottom of it,
7  it says, "Treatment of aliens arriving from
8  contiguous territory."  It's on the bottom of the
9  third page, first column.
10     A.   Okay.
11     Q.   Are you familiar with a policy called
12  remain in Mexico?
13        MR. DARROW:  Objection.
14     A.   Yes.
15     Q.   Okay.  And that policy explicitly required
16  migrants to remain in Mexico until their asylum
17  hearing; is that correct?
18        MR. DARROW:  Objection.
19     A.   Yes.
20     Q.   Okay, and the Biden administration ended
21  that policy, correct?
22     A.   Initially, yes.

96

1     Q.   Okay.  Has that policy restarted?
2        MR. DARROW:  Objection.
3     A.   Well, the migrant protection protocols have
4  been operational for, you know, a majority of the
5  calendar year at some degree in certain locations.
6     Q.   Is it -- the migrant protection protocols
7  or MPP, are they operating at the same extent as they
8  did under the Trump administration?
9        MR. DARROW:  Objection.
10     A.   No.
11     Q.   Okay.  If you -- if someone didn't want
12  children detained because they were traveling to the
13  border with their family, would remain in Mexico
14  accomplish allowing them not to be retained in a
15  custodial setting?
16        MR. DARROW:  Objection.
17     A.   It would allow them to be detained in a
18  migrant camp in Mexico.
19     Q.   Okay.  We're on 10 I think.
20     A.   Yeah.
21        (Ortiz Exhibit No. 10
22        was marked for

97

1        identification.)
2        BY MR. GUARD:
3     Q.   I'm going to show you what I marked for
4  identification as Exhibit 10 to your deposition.  Are
5  you familiar with section 212 of the INA?
6     A.   I am.
7     Q.   Okay, and Exhibit Number 10 in front of you
8  is 8 United States code 1182, which is section 212 of
9  the INA, correct?
10     A.   That's correct.
11     Q.   All right.  And this section does actually
12  a couple things.  First, this section makes certain
13  groups of aliens inadmissible into the United States,
14  right?
15        MR. DARROW:  Objection.
16     A.   Yes.
17     Q.   It makes certain criminals inadmissible,
18  correct?
19        MR. DARROW:  Objection.
20     A.   Yes.
21     Q.   It makes terrorists unsurprisingly
22  inadmissible, right?

Oritz , Raul

July 28, 2022

26 (Pages 98 to 101)

98

1    MR. DARROW:  Objection.
2    **A.  Yes.**
3    Q.   All right.  And it also makes, another
4    example that seems not surprising, people who commit
5    genocide, right?
6    MR. DARROW:  Objection.
7    **A.  Yes.**
8    Q.   All right.  If you'll turn about 13 pages
9    into Exhibit 10, there's a section that's 1182
10   section -- subsection F?
11   **A.  What page is it?**
12   Q.   It's 13.  It says "Suspension of Entry or
13   Imposition of Restrictions by President," is what the
14   heading is.
15   MR. DARROW:  For the record, it looks like
16   it's on page 145 of the --
17   BY MR. GUARD:
18   Q.   Oh, I'm sorry.  I apologize.
19   **A.  Okay.**
20   Q.   I didn't realize there were page numbers on
21   top.  All right, section 1192(f) allows the president
22   to bar admission of any class of aliens, right?

99

1    MR. DARROW:  Objection, and read it if you
2    need to.
3    **A.  Yes.**
4    Q.   Okay.  Section 1192(f) allows for the
5    exclusion of an entire group of aliens, right?
6    MR. DARROW:  Objection.
7    **A.  Yes.**
8    Q.   All right.  And Congress utilized the word
9    "class" when it wanted to give the authority for the
10   administration to take an action against a group,
11   right?
12   MR. DARROW:  Objection.
13   **A.  I would imagine that's what that means,**
14   **yes.**
15   Q.   Okay.  Now if you turn -- go back one page,
16   so now that I know there are page numbers on it, 144,
17   it's the 12th page of Exhibit 10, and there's a --
18   it's -- technically it's 1182(d) sub 5 large A,
19   you're familiar with this subsection?
20   MR. DARROW:  Objection.
21   **A.  Yes.**
22   Q.   All right, and you've actually utilized

100

1    this subsection in memos, correct?
2    **A.  That's correct.**
3    MR. DARROW:  Objection.
4    BY MR. GUARD:
5    Q.   Looking at section 1182, I believe it's D
6    sub 5 sub A, the authority that's granted by Congress
7    in this section is for relief on a case-by-case
8    basis, correct?
9    MR. DARROW:  Objection.
10   **A.  Yes.**
11   Q.   And Congress chose in that subsection not
12   to utilize the word "class," right?
13   MR. DARROW:  Objection.
14   **A.  Yeah, I don't see class in here.**
15   Q.   Okay.  1182(b) sub 5 sub A requires an
16   individualized determination can be utilized, right?
17   MR. DARROW:  Objection.
18   **A.  It says by case-by-case basis, yes.**
19   Q.   Okay.  Now, you mentioned earlier on that
20   you were now detaining aliens from certain countries
21   in certain sectors.  You recall that?
22   **A.  Yes.**

101

1    Q.   Is the new initiative that you just
2    mentioned related to the July 18th memo that just
3    came out?
4    MR. DARROW:  Objection.
5    **A.  No.**
6    Q.   Okay.  I want to show you what I'm going to
7    mark as Exhibit 11 --
8    (Ortiz Exhibit No. 11
9    was marked for
10   identification.)
11   BY MR. GUARD:
12   Q.   -- to your deposition.  I think we're on
13   11.
14   MR. DARROW:  Thank you.
15   BY MR. GUARD:
16   Q.   Have you seen Exhibit 11 before?
17   **A.  I have.**
18   Q.   What is Exhibit 11?
19   **A.  It's a document that displays the**
20   **processing pathways that Border Patrol has at their**
21   **disposal.**
22   Q.   Okay.  Is -- okay.  There are -- on the

Oritz , Raul                                                July 28, 2022

27 (Pages 102 to 105)

---

102

1   left-hand side, there are three diamond shapes that
2   have been blacked out.  What are the difference
3   between those three diamond shapes?
4        MR. DARROW:  Objection.
5        **A.   From my recollection, it is single adults,**
6   **family units and unaccompanied children.**
7        Q.   Okay.  Is unaccompanied children, would
8   that be the top group?
9        MR. DARROW:  Objection.  It's blacked out
10  because it's privileged.  Don't answer that.
11       MR. GUARD:  Okay, well, the document
12  doesn't say it's privileged, so there are claims of
13  privilege.  So that's why I was asking.  We got these
14  documents in FOIA.  There are a whole bunch of
15  exceptions for FOIA.
16       MR. DARROW:  This was --
17       MR. GUARD:  Oh.
18       MR. DARROW:  -- from this case.
19       BY MR. GUARD:
20       Q.   Okay, I apologize.  Okay, so -- all right,
21  so regardless of which diamond shaped is chosen,
22  which pathway, going across the page, the diamonds

---

103

1   are encountering aliens, correct?
2        MR. DARROW:  Objection.
3        **A.   Yes.**
4        Q.   All right.  And then there are lines going
5   across the page.  It says biographical, biometrics
6   and records check.  Do you see that?  And that is an
7   inspection?
8        **A.   That's part of the processing, yes.**
9        Q.   Okay.  And then there's a box at the bottom
10  saying 14-year-old and up for biometrics.  You have
11  for children that are under 14, you do not gather
12  biometrics; is that correct?
13       **A.   That's correct.**
14       Q.   Okay, all right.  And then the next kind of
15  bar going down the page, it says, "Review history,
16  criminal and immigration."  I would assume that is
17  after you gather that biographical data, you do
18  database checks and then you get returns of those
19  database checks that the officer reviews?
20       **A.   Yes.**
21       Q.   Okay.  And for single adults and family
22  units, the next diamond is Title 42, correct?

---

104

1        MR. DARROW:  Objection.
2        BY MR. GUARD:
3        Q.   Are unaccompanied minors subject to Title
4   42 removal?
5        **A.   No.**
6        MR. DARROW:  Objection.
7        BY MR. GUARD:
8        Q.   Okay.  And so there's a CDC order that is
9   currently in effect.  Is that fair to say?
10       **A.   Yes.**
11       Q.   And the vast majority of folks that
12  illegally enter the United States are being expelled
13  pursuant to that order?
14       MR. DARROW:  Objection.
15       **A.   No.**
16       Q.   Okay.  What percentage approximately is
17  being expelled --
18       MR. DARROW:  Objection.
19       BY MR. GUARD:
20       Q.   -- pursuant to Title 42?
21       **A.   The last report I reviewed, it hovered**
22  **between 35 and 40 percent of the population was being**

---

105

1   **processed via Title 42 and expelled under those**
2   **authorities, and the remaining were processed via**
3   **Title 8.**
4        Q.   Okay.  Was there a point in time when that
5   percentage was higher than 35 or 40 percent?
6        MR. DARROW:  Objection.
7        **A.   Yes.**
8        Q.   In the recent term, was the percentage
9   higher than 35 to 40 percent?
10       MR. DARROW:  Objection.
11       **A.   At the beginning of the year, it was about**
12  **a 50/50 split.**
13       Q.   Okay.  At the diamond, there's a decision
14  for the -- or a decision that the Border Patrol agent
15  has to make, and this is whether it -- they're Title
16  42 amenable.  Do you see that?
17       **A.   I do.**
18       Q.   Okay, and if the answer is yes, they're --
19  the alien is expelled; is that correct?
20       MR. DARROW:  Objection.
21       **A.   That's correct.**
22       Q.   And if it's no, you go down the Title 8

---

Oritz , Raul

July 28, 2022

28 (Pages 106 to 109)

---

**106**

processing lanes, right?

A.   Yes.

Q.   Okay.  Now, there's a box at the bottom that it says that certain countries present unique challenges to U.S. Border Patrol by not accepting repatriations.  Are those countries -- well, strike that.  We've talked about several countries that don't accept repatriations.  Are they among the countries that aren't also receiving repatriations to Title 42?

A.   Yes.

Q.   Okay, all right.  Now looking at the Title 8 path, are -- there are one, two, three, four, five, six, seven different processing pathways in this diagram from Title 42 to Title 8 and going out; is that correct?

A.   Well, there's nine if you include the top two, the voluntary return and the WA/NTA.

Q.   Okay.  Those are actually repeated in the bottom seven, correct?

A.   Yeah.

Q.   Okay, all right.  All right, we've already

---

**107**

talked I believe about the MPP pathway, correct?

A.   Yes.

Q.   All right.  We haven't yet talked about the expedited removal pathway, have we?

A.   No.

MR. DARROW:  Objection.

BY MR. GUARD:

Q.   Okay.  What is expedited removal?

A.   It's a Title 8 processing pathway for migrants that do not have a credible fear or asylum claim.

Q.   Okay, and what happens to aliens who are subject to expedited removal?

A.   They are processed and then turned over to ICE for detention and then repatriated back.

Q.   Okay.  Do you know if there are any pending rules or pending proposed rules regarding expedited removal?

MR. DARROW:  Objection.  That's subject to the deliberative process privilege.  Don't answer that.

MR. GUARD:  I believe it's actually been

---

**108**

published in the Federal Register, so I was not seeking deliberative privilege material.  If you'll let me get the proposed rule out, I'm happy to do that.

MR. DARROW:  No, I just clarified that you're asking for public matter.

BY MR. GUARD:

Q.   Yes.  Are you aware that there's public information about a change to expedited removal?

A.   Yes.

Q.   And what is your understanding of the proposed rule on expedited removal?  What is the change?

A.   I'd have to -- I'd have to go back and review it.

Q.   Well, does it expand -- do you know sitting here right now as the chief of the Border Patrol whether it expands or contracts expedited removal?

MR. DARROW:  Objection.

A.   I believe it contracts it.

Q.   Okay.  So you're having a historic surge of aliens crossing the southern border, and the Biden

---

**109**

administration is trying to tie Border Patrol's hands and restrict a processing pathway; is that correct?

MR. DARROW:  Objection.

A.   I can't assume what the policy officials are proposing.  I can tell you that as Border Patrol agents, you know, we try and leverage as many of the pathways that we have at our disposal, and ER is one of them.

Q.   Okay.  And the contraction of the availability of ER, as you called it, means that the aliens that were going through expedited removal have to go through a different pathway, right?

MR. DARROW:  Objection.

A.   Potentially, yes.

Q.   Okay.  And so we talked about MPP earlier, and that -- MPP is not being utilized to the extent it was previously under the Trump administration, correct?

MR. DARROW:  Objection.

A.   Yes.

Q.   So MPP has been contracted, right?

MR. DARROW:  Objection.

---

Oritz , Raul

July 28, 2022

29 (Pages 110 to 113)

---

110

1   A.   Yes.
2   Q.   Expedited removal has been contracted.
3        MR. DARROW:  Objection.
4   A.   We're still leveraging ERs, not -- not to
5   the same degree that -- that we have in the past.
6   Q.   Okay, and so two pathways that were
7   previously available are being limited or contracted,
8   right?
9        MR. DARROW:  Objection.
10  A.   Yes.
11  Q.   There are -- on the seven -- or the --
12  looking at the bottom, the seven different
13  categories, we talked about expedited removal and
14  MPP.  There are two that have the -- well, yeah, have
15  -- one has NTA and the other has notice to appear.
16  Do you see that?
17  A.   Yes.
18  Q.   All right.  The warrant of arrest in NTA,
19  that's warrant of arrest slash notice to appear,
20  correct?
21  A.   That's correct.
22  Q.   All right.  And the one that's I guess two

---

111

1   spots down below on Exhibit 11 is notice to appear
2   slash own recognizance.  Do you see that?
3   A.   I do.
4   Q.   Okay.  What is the difference between those
5   two processing pathways?
6   A.   Warrant of arrest, NTA, the individual will
7   be kept in custody.  Notice to appear O.R., the
8   individual potentially would be released.
9   Q.   Okay.  Would the warrant of arrest slash
10  NTA pathway include aliens that you encountered that
11  were going to be indicted criminally for some
12  violation of law?
13  A.   Yes.
14       MR. DARROW:  Objection.
15       BY MR. GUARD:
16  Q.   Okay.  In addition to Title 8, Border
17  Patrol agents also from time to time deal with Title
18  18 and Title 21?
19  A.   Yes.
20       MR. DARROW:  Objection.
21       BY MR. GUARD:
22  Q.   Okay.  Title 18 is federal crimes, and

---

112

1   Title 21 is controlled substance offenses; is that
2   correct?
3        MR. DARROW:  Objection.
4   A.   Yes.
5   Q.   Okay.  The first one, reinstatement of
6   prior order removal, bag and baggage, what is that?
7   A.   That is somebody who's already been ordered
8   removed from the country, their immigration hearing
9   was either heard and they were ordered removed, and
10  so when the agent or the officer, immigration officer
11  encounters them in the field, the processing has
12  already been completed and a disposition has already
13  been rendered, and so they are taken into custody,
14  turned over to ICE and removed.
15  Q.   Okay.  What does bag and baggage refer to?
16  A.   It just refers to the processing of those
17  individuals.
18  Q.   Okay, all right.  Looking down to the third
19  of the seven that are listed on the bottom of Exhibit
20  11, it says voluntary return slash withdrawal of
21  application of admission.  What does that pathway
22  include?

---

113

1   A.   Those are typically centered around the
2   Mexican nationals, that population group, and allows
3   us to process them and allows them to be removed at
4   the nearest port of entry.
5   Q.   Okay, okay.  Looking at the notice to
6   appear slash own recognizance released, I believe you
7   described that those folks are released.  Is that
8   fair?
9        MR. DARROW:  Objection.
10  A.   Yes.
11  Q.   Okay.  Are aliens that are in that process
12  flow aliens that may be inadmissible?
13       MR. DARROW:  Objection.
14  A.   They may be, yes.
15  Q.   Okay.  And if we were to compare that
16  process way with the parole plus ATD process
17  through-put or whatever -- pathway, would the
18  difference between the two pathways largely be
19  whether a notice to appear is actually issued?
20       MR. DARROW:  Objection.
21  A.   Yes.
22  Q.   Okay.  Is there a consequence to an alien

---

Oritz , Raul

July 28, 2022

30 (Pages 114 to 117)

114

1  if they fail to appear when they have a notice to
2  appear?
3      **A.  At some point, yes.**
4      Q.   Okay.  Can they have an order of removal
5  entered against them in absentia?  You can't nod your
6  head.  I need you to say yes or no.
7      **A.  Just pausing for --**
8      Q.   Oh, okay.
9      **A.  Yes.**
10     Q.   Okay.  Sorry.  It's the first time you
11 actually nodded your head, and I just wanted to make
12 sure we weren't going to fall into a bad habit with
13 the court reporter, or she hates all three of us.
14 Now, we're going to talk about parole plus ATD more a
15 little bit later, but the bubble below the parole
16 plus ATD pathway reads, "Used as a last resort in
17 select sectors when certain triggers are met, single
18 adults is only approved by USB chief and CBP
19 commissioner," right?
20     **A.  Yes.**
21     Q.   All right.  Originally was parole plus ATD
22 meant only for family units?

115

1      MR. DARROW:  Objection.
2      **A.  Yes.**
3      Q.   Okay.  Do you know when parole plus ATD was
4  first utilized with single adults?
5      **A.  I'd have to go back and check.**
6      Q.   Okay.  Was it in the last fiscal year?
7      **A.  Yes.**
8      Q.   Okay.  Was it since January?
9      **A.  Yes.**
10     Q.   Okay.  For single adults where parole plus
11 ATD is being utilized, are there any common
12 characteristics like national origin that are defined
13 when it is used and when it is not used?
14     **A.  Yes.**
15     Q.   All right.  What are those common
16 characteristics?
17     **A.  Quite often it's going to be from**
18 **populations where we do not have a return mechanism,**
19 **and then also it would be, you know, for those**
20 **populations with no criminal history, they are deemed**
21 **not a security risk, and more often than not, they**
22 **would be considered vulnerable population.**

116

1      Q.   When you said -- so we're talking about
2  single adults, right?
3      **A.  Could be a female.**
4      Q.   Okay.  That's -- you said vulnerable
5  population, so I wanted to -- what do you mean by
6  that?
7      **A.  Yes.**
8      Q.   Females?
9      **A.  Females that may be pregnant in their third**
10 **trimester.**
11     Q.   Okay.  Any other common characteristics
12 other than vulnerable adults, people from countries
13 not subject to repatriation, are there any other kind
14 of common characteristics or groups that are parole
15 plus ATDs being utilized as far as single adults?
16     **A.  Not that I can think of.**
17     Q.   Okay, all right.  And the countries that
18 we're talking about regarding not being able to
19 repatriate, are the most common ones Cuba, Nicaragua
20 and Venezuela?
21     MR. DARROW:  Objection.
22     **A.  Yes.**

117

1      Q.   Okay.  Did you approve of the expansion of
2  parole plus ATD to single adults?
3      **A.  Yes.**
4      Q.   Have you approved its utilization in
5  specific sectors?
6      **A.  Yes.**
7      Q.   What sectors have you approved its
8  utilization in?
9      **A.  Yuma, Del Rio, and Rio Grande Valley.**
10     Q.   Okay.  Now, we kind of moved past it pretty
11 quickly because of the bubble there, but as far as
12 family units, have you approved parole plus ATD being
13 utilized in any sectors?
14     **A.  Yes.**
15     Q.   What sectors have you approved parole plus
16 ATD to be utilized in?
17     **A.  Those sectors that meet certain criteria,**
18 **to include detention capacity and our inability to**
19 **decompress to other locations.  So we have seen**
20 **spikes in other sectors on occasion, and so when we**
21 **do not have the ability to transfer the migrant**
22 **population to ICE, we do not have a mechanism to**

Oritz , Raul

July 28, 2022

31 (Pages 118 to 121)

---

118

1  return them, and they have been in our custody longer
2  than a certain period of time, I have authorized the
3  use of ATD plus parole in certain circumstances.
4      Q.   Okay.  Would it be in the three sectors
5  that you mentioned earlier?
6      A.   Yes.
7      Q.   And then a couple sectors on occasion
8  outside those three sectors.
9      A.   That's correct.
10     Q.   Okay.  Now, moving back to single adults,
11 how was the expansion of parole plus ATD communicated
12 to the associates of the southwest border?
13         MR. DARROW:  Objection.
14     A.   A couple of ways.  One, we issued a
15 memoranda, and then we also issued e-mail guidance to
16 the sectors.
17     Q.   Counsel, we've not received a copy of any
18 memoranda expanding it to single adults, and I think
19 we've requested that in discovery, so I would ask for
20 it again, and I'll reserve having to recall this
21 witness once we get that memo.  Do you have any idea
22 of approximately how many single adults have been

---

119

1  released utilizing parole plus ATD?
2      A.   No.
3          MR. GUARD:  Okay, all right.  It is noon.
4  Do you want to take a break for lunch because I'm
5  about to start a whole new subject that's going to
6  take about an hour.
7          MR. DARROW:  Take a break for lunch?
8          THE WITNESS:  Sure.
9          (Recessed at 11:59 a.m.)
10         (Reconvened at 1:08 p.m.)
11         THE VIDEOGRAPHER:  We're now back on the
12 record at 13:08.
13         BY MR. GUARD:
14     Q.   All right, when we broke, we were talking
15 about immigration processing pathways that Border
16 Patrol utilizes.  I want to change the subject and
17 talk about detention and detention capacity.  Now, in
18 the last several physical years, Border Patrol under
19 your direction has taken proactive steps to deal with
20 the border crisis as far as its detention capacity,
21 correct?
22     A.   Yes.

---

120

1      Q.   All right.  You've actually increased
2  Border Patrol's detention capacity, right?
3      A.   Yes.
4      Q.   You put up I think one or two soft-sided
5  facilities; is that correct?
6      A.   We put up multiple soft-sided facilities,
7  and we also completed our centralized processing
8  center in Rio Grande Valley, which is our Ursula
9  facility.  We stood that up under the previous
10 administration after the -- in 2014, and continued to
11 operate that for the next four years, but it needed
12 some engineer's modifications to bring it up to code,
13 and so we in essence had to shut it down, but over
14 the last -- I believe we opened it back up in
15 December.
16     Q.   Okay.  And increasing detention capacity
17 for any organization, but for a federal government
18 agency, takes time, right?
19     A.   Yeah, most definitely.  You need both, in
20 this case, the contracting ability to be able to do
21 it, you have to have the funding to be able to do it,
22 and then you have to have the manpower to support

---

121

1  those facilities.
2      Q.   And standing up additional facilities is
3  something that takes time, right?  Takes multiple
4  years, correct?
5      A.   Typically -- I mean, we have stood up some
6  soft-sided facilities in relatively quick periods of
7  time depending on the conditions, but more often than
8  not, it takes months if not a year to plan.
9      Q.   Okay, and today, you can now handle a
10 higher volume of aliens as far as processing than you
11 could before January of 2021, right?
12         MR. DARROW:  Objection.
13     A.   So depending on what you are sort of -- so
14 we were already dealing with this COVID environment
15 in January 2021, and so our ability to safely care
16 for, detain, process the migrant population as well
17 as care -- ensure safety and security of our
18 personnel was already being challenged.  When you
19 think about, you know, having the ability to --
20 normally without it being in a pandemic or in a COVID
21 environment, a whole 17,000 people at max capacity,
22 that's not optimal.  When you talk about detention,

---

Oritz , Raul

July 28, 2022

32 (Pages 122 to 125)

---

122

1 space as law enforcement officials, you don't want to
2 fill every seat, every bed, every corner of those
3 processing centers. I mean, that's -- when you get
4 to those -- or you exceed or reach those maximum
5 capacity levels, you are really stretching the
6 logistics and the capacity of the sectors and the
7 stations.
8    Q.   I appreciate that, Chief Ortiz, but I guess
9 from -- just from a mathematical perspective, the
10 number of available beds has increased as far as
11 Border Patrol from January 2021 till the present.
12    A.   Well, we have really no beds. We were
13 never -- processing --
14    Q.   Yes.
15    A.   -- centers.
16    Q.   Okay, I was --
17    A.   Occupancy level of our facilities has
18 increased, yes.
19    Q.   Okay, that's all I was trying to get at.
20    A.   Okay.
21    Q.   And I appreciate that during COVID, you
22 were at 75 percent occupancy level; is that right?

---

123

1    A.   No, in some levels it was very dependent on
2 the community, the facility itself, some of the -- as
3 I mentioned, the engineering controls that existed in
4 some of those facilities, and in some facilities, we
5 had to process outside because we did not have enough
6 space to process the amount of migrants we were
7 encountering.
8    Q.   Okay. I'm going to show you what I've
9 marked for identification as Exhibit 12 to your
10 deposition.
11         (Ortiz Exhibit No. 12
12         was marked for
13         identification.)
14    BY MR. GUARD:
15    Q.   Have you seen Exhibit 12 before, Chief
16 Ortiz?
17    A.   I have.
18    Q.   Okay. And Exhibit 12 is Homeland
19 Security's FY 2021 budget and brief, correct?
20    A.   Yeah, it appears to be the '21 budget.
21    Q.   Okay, and what this is is a -- kind of a
22 summary that Homeland Security publishes of its

---

124

1 budget for a physical year?
2    A.   For fiscal year '21, yes.
3    Q.   Okay, and on -- if you want to look, on
4 page 22 and 23 of Exhibit 12, it has CBP, some pages
5 about CBP, and it has in -- on pages 22 and 23
6 information about Border Patrol too, correct?
7    A.   That's correct.
8    Q.   All right. If you'll flip to
9 page 32, if you look on page -- so we're not hiding
10 anything, if you look back at page 28, 28 through
11 page 33 deals with ICE, correct?
12    A.   Yeah, it appears to.
13    Q.   Okay, and so this is a summary that is
14 prepared for DHS about ICE's budget highlights,
15 correct?
16    A.   That's what it appears to demonstrate,
17 yeah.
18    Q.   Okay, and physical year 2021, that budget
19 would have been put together by the Trump
20 administration; is that correct?
21    A.   That's correct.
22    Q.   Okay. It would have been the last budget

---

125

1 that the Trump administration personnel would have
2 put together, right?
3    A.   That's correct.
4    Q.   All right. If you'll look over on page 32,
5 towards the bottom of the page, it has increase to
6 60,000 ADP. Do you see that?
7    A.   Yes.
8    Q.   And so the budget in FY 2021 for ICE was
9 proposing an increase to 60,000 ADP. Do you know
10 what ADP is?
11    A.   You know, I've never seen that acronym
12 before.
13    Q.   Okay. If -- if you look at the second
14 sentence underneath the increase to 60,000 ADP, it --
15 well, look at the first sentence. It says of the
16 60,000, 55,000 are adults and 5,000 for family. Do
17 you see that?
18    A.   Yes.
19    Q.   Okay, and then it talks of the requested
20 adult beds, does ADP have to do -- deal with
21 something with detention beds?
22    MR. DARROW:  Objection.

---

Oritz , Raul                                                            July 28, 2022

126

1       A.   Yeah, I'm going to assume it stands for
2   authorized detention.  I'm not sure what the P stands
3   for, but --
4       Q.   Okay.  Let me see if I can find -- if you
5   look on page 29, if you look at service to the public
6   --
7       A.   Average daily population.  I wasn't even
8   close.
9       Q.   So it's their average detention capacity is
10  what ADP stands for?
11          MR. DARROW:  Objection.
12      A.   Or daily population, yeah, that's what it
13  stands for.
14      Q.   Okay.  And it's talking about how many
15  people are housed by ICE, right?
16          MR. DARROW:  Objection.
17      A.   On average, yes.
18      Q.   Okay.  And that's ERO?  ERO would be the
19  component housing for ICE?
20      A.   Enforcement removal operations, yes.
21      Q.   Okay.  I probably -- I forgot that is not
22  one we've yet touched on.

127

1       A.   Yeah.
2       Q.   So ERO stands for enforcement removal
3   operations; is that right?
4       A.   That's correct.
5       Q.   Okay, and that's an ICE component, right?
6       A.   It's one of two ICE component.
7       Q.   And it's the ICE component that you deal
8   with when you're going to transfer aliens, right?
9       A.   That's correct.
10      Q.   Okay.  When Exhibit 12 was being created,
11  would you have had any reason or had any reason for
12  anyone on your staff to kind of peruse what the other
13  components of DHS are doing or not doing?
14          MR. DARROW:  Objection.  Are you asking
15  when the budget proposal was being created?  Because
16  that's deliberative process protected.
17          BY MR. GUARD:
18      Q.   No, I'm asking Exhibit 12 was -- it was
19  created, so after it's released, would he have had
20  anyone on his staff review it.
21      A.   Yes, I would.
22      Q.   Okay.  Would they report changes or -- or

128

1   additions or subtractions to the budget of entities
2   that Border Patrol deals with?
3       A.   Yes.
4       Q.   Okay, and you were not Border Patrol chief
5   in -- when the physical year 2021 budget process was
6   going on, were you?
7       A.   No, I was the deputy chief.
8       Q.   Okay.  As deputy chief, would you have had
9   someone reporting to you on what was being published
10  as far as ICE's budget and the changes thereto as is
11  relevant to Border Patrol?
12      A.   Yes.
13      Q.   I'm going to mark for identification as
14  Exhibit 13 to your deposition the following document.
15          (Ortiz Exhibit No. 13
16              was marked for
17              identification.)
18          MR. GUARD:  I couldn't get a stapler to
19  staple it.
20          MR. DARROW:  Too big.
21          BY MR. GUARD:
22      Q.   So that was my way of dealing with that

129

1   problem.  Exhibit 13 is a Congressional justification
2   created by the Department of Homeland Security, U.S.
3   Immigration and Customs Enforcement budget overview,
4   correct?
5       A.   That's what it appears to be, yes.
6       Q.   And -- and there are similar documents for
7   each component of the Department of Homeland
8   Security, right?
9       A.   Yes.
10      Q.   And you're involved probably in the
11  creation of the CBP version of this document?
12      A.   I am.
13      Q.   Okay.  Now, looking at this document,
14  Exhibit 13, you first will turn to the page on the
15  bottom, it's labeled ICE 3, it's in the strategic
16  context portion of the document?
17          MR. DARROW:  You're talking this ICE-3?
18          MR. GUARD:  It's under the strategic
19  context component overview.  I'm not responsible for
20  --
21          MR. DARROW:  There might be a couple ICE 3s
22  in here.

Oritz , Raul

July 28, 2022

34 (Pages 130 to 133)

---

130

BY MR. GUARD:

Q.  I don't know why -- that would make no sense, but -- hold on.  Let me look at it.

A.  There is.

Q.  Hold on.  Strike that.  Let's go back. Let's go to instead ICE-O&S-18, or 17 is where it starts.  Program change number 1 is listed as an adult bed increase to 55,000 ADP.  That's the same as that budget overview line item that we were looking at a few minutes ago in Exhibit 12, correct?

A.  Yeah, it appears to be the same.

Q.  And if you look on page 18, it has a justification for why the increase is necessary, correct?

A.  Yes.

Q.  All right.  And -- and the reason at least the Department of Homeland Security, or what the Department of Homeland Security was telling Congress, who appropriates money for it, is that the increase provides ICE greater flexibility and capacity to detain a larger number of recent border crossers, alien populations ineligible for a quick turn,

---

131

apprehensions and removals and criminal aliens.  Did I read that justification correctly?

A.  Yes.

Q.  And then it -- it provides some ADP numbers for previous years, correct?

A.  Yeah, it appears like it goes back all the way to 2017, and there's been a 33 percent increase, 22 percent increase over those years consecutively.

Q.  And so for the 2019 number that is included in this document, the number of an average daily population at an ICE facility was 48,850, so almost 50,000 individuals.

A.  That's correct.

Q.  All right.  You'll turn to ICE dash O&S27, it details a program change, it's program change number 9 towards the bottom of the page, family bed increase to 5,000 ADP.  Do you see that?

A.  Yes.

Q.  And so again, this is the other part of -- so the line item in the budget in brief that DHS published was 60,000, the adult bed was 55,000, and 5,000 was family beds, correct?

---

132

A.  That's correct.

Q.  All right.  And so this is just a justification for two -- to Congress by DHS of what they need, right?

MR. DARROW:  Objection.

A.  It appears that that's what that is, yes.

Q.  All right.  And if you turn, or you look at the bottom of the page, the justification that ICE -- or that HHS is making to Congress, its appropriators, is that in recent years, family unit arrivals have outpaced ICE -- ICE's capacity for processing and detaining families.  That's the justification for the increase?

MR. DARROW:  Objection.

BY MR. GUARD:

Q.  Or what the document says the justification for the increase is?

A.  That, and the fact that they've seen a 341 percent increase from 2018 to 2019 was part of the justification, yes.

Q.  Okay.  All right, if you'll put that document aside, and you're going to have to put it --

---

133

I'm going to show you what I'm going to mark for identification as Exhibit 14 to your deposition.

(Ortiz Exhibit No. 14
was marked for
identification.)

THE WITNESS:  Thank you.

MR. DARROW:  Thank you.

BY MR. GUARD:

Q.  Exhibit 14 is the FY 2022 budget in brief for the Department of Homeland Security, correct?

A.  Yes.

Q.  And again, this is a document that you would have -- as either deputy chief or chief would have been involved in at some point in time.

A.  Yes.

Q.  And it's a document that you would have had someone on your staff review after it was published.

A.  Yes.

Q.  And that staff member would have been looking to see changes for other DHS components that could affect Border Patrol's operations, right?

A.  Both the Border Patrol and CBP, and then

---

Oritz , Raul                                                July 28, 2022

35 (Pages 134 to 137)

---

134

1  also our partner agencies.
2      Q.   Okay.  And again, this document contains a
3  section for CBP on page 23.
4      A.   Yes.
5      Q.   Okay.  And if you'll then flip to page 29,
6  there's a section for ICE, correct?
7      A.   Yeah.
8      Q.   All right, and if you'll look to page 35,
9  the only proposed major decrease to ICE's budget was
10  to decrease the number -- decrease to 30,000 adult
11  ADP.
12          MR. DARROW:  Objection.
13          BY MR. GUARD:
14      Q.   Did I read that correctly?
15      A.   Yes.
16      Q.   No other decrease that is disclosed in this
17  document for ICE?
18          MR. DARROW:  Objection.
19      A.   I haven't reviewed the entire document, so
20  --
21      Q.   Well, on page 35, is there any other
22  decrease?

---

135

1      A.   That's the only one I see.
2      Q.   Okay.  And if you look on -- do you see, if
3  you start on page 32 going through page 34, there are
4  a number of programs that are being increased, right?
5      A.   Well, I believe the management efficiency's
6  being reduced.
7      Q.   By five million dollars.
8      A.   Yeah.
9      Q.   Okay.  Other than the management
10  efficiencies and the adult ADP, there are no other
11  decreases disclosed in this DHS document, right?
12          MR. DARROW:  Objection.  He can't speak to
13  the whole document unless you give him a chance to
14  read the whole thing.
15          BY MR. GUARD:
16      Q.   Counsel, you're allowed to object to form.
17  You're not allowed to coach witnesses.  I would
18  appreciate if you would just please keep your
19  objections to object to form.  In the ICE section of
20  this document, so I'm talking pages 32 halfway down
21  through 35, little over three pages, there are only
22  two decreases proposed by DHS to ICE's budget, right?

---

136

1      A.   Well, it actually starts on page 29.  Let
2  me -- those seem to be the only two decreases.
3      Q.   Okay, and if you look at the -- under -- on
4  page 35 under the major decreases section, it
5  indicates that their ADP level is going to 32,500,
6  paren, 30,000 adult and 2,500 family, correct?
7      A.   That's correct.
8      Q.   And in the previous budget, 55,000 adults
9  and 5,000 family beds were being requested.
10          MR. DARROW:  Objection.
11          BY MR. GUARD:
12      Q.   Right?
13      A.   Well, they were being requested, but that
14  was not what was authorized --
15      Q.   Okay, again, but --
16      A.   -- by Congress.
17      Q.   What was being requested was up to 55 and
18  five, correct?
19      A.   What was being requested in the '21 budget
20  was 60,000.  What was being requested in this budget
21  was 30 -- 30,000 -- or 3 -- 32,000 -- or 33,000, but
22  what was actually enacted was much lower than both

---

137

1  those numbers.
2      Q.   And was that because DHS was operating on a
3  continuing resolution?
4      A.   I believe that's because that's what
5  Congress authorized, or appropriated.
6      Q.   Okay, all right.  And so this is a decrease
7  -- so this is 2021 is when this -- when this document
8  is being prepared.  We're at a historic unprecedented
9  flood of aliens across the border, and Department of
10  Homeland Security is decreasing the number of
11  detention beds?
12          MR. DARROW:  Objection.
13          BY MR. GUARD:
14      Q.   Is that right?
15      A.   1,500, yes.
16      Q.   You'll -- I'm going to mark for
17  identification as Exhibit 14, 15 --
18      A.   Yeah.
19          MR. DARROW:  Fifteen, yeah.
20              (Ortiz Exhibit No. 15
21              was marked for
22              identification.)

---

Oritz , Raul

July 28, 2022

36 (Pages 138 to 141)

---

138

1      MR. DARROW:  Thank you.
2      BY MR. GUARD:
3      Q.   No problem.  Exhibit Number 15 is the FY
4  2023 budget in brief by the Department of Homeland
5  Security, correct?
6      A.   Yes.
7      Q.   Okay, and this again, you were chief of the
8  Border Patrol when this document was being created,
9  right?
10     A.   That's correct.
11     Q.   All right.  And would you have had some
12 involvement in at least either providing information
13 or in the preparation of this document?
14     A.   On the CBP portion, yes.
15     Q.   Okay.  And there is a, like in the previous
16 one, starting on page 26, there is a section for
17 Customs and Border Patrol, right?
18     A.   Yes.
19     Q.   All right.  And if you look on page 33,
20 there -- like in the previous budget in brief, the
21 two that we looked at, there is an ICE portion,
22 right?

---

139

1      A.   Yes.
2      Q.   And if you turn to page 40, there's again a
3  section for FY 2023 major decreases, right?
4      A.   Yes.
5      Q.   And DHS was proposed to -- a budget that
6  decreased ADP to 25,000, right?
7      A.   Yes.
8      Q.   And so that's 5,000 adult ADP from the
9  previous budget.
10     A.   Yes.
11     Q.   Okay.  And in addition to the 5,000 less
12 adult ADP from the previous budget, so going from
13 30,000 to 25,000, this major decrease also eliminated
14 the funding for family detention beds, correct?
15     MR. DARROW:  Objection.
16     A.   That's what it states, yes.
17     Q.   Okay.  So again, in the middle of a
18 historic unprecedented flow of illegal immigrants
19 across the southern border, the Department of
20 Homeland Security's budget decreases the detention
21 capacity of ICE?
22     MR. DARROW:  Objection.

---

140

1      A.   It looks like it decreases the detention
2  capacity but increases the ATD program by $527
3  million.
4      Q.   And so you brought up ATD, and so instead
5  of detaining aliens, this administration has decided
6  to release aliens, including inadmissible aliens into
7  the interior of the country, correct?
8      MR. DARROW:  Objection.
9      A.   It decided to put them in another program
10 of detention, which is alternative to detention with
11 either electronic monitoring devices or another
12 technical means.
13     Q.   Or having them call in or report
14 occasionally to an ICE facility, correct?
15     A.   That's correct.
16     Q.   All right.  I would assume, since you're
17 not an ICE person, you have no idea how many people
18 they're actually electronically monitoring right now,
19 do you?
20     MR. DARROW:  Objection.
21     A.   I do not.
22     Q.   Okay.  You do not know how many people

---

141

1  they're just having go by and occasionally check in
2  with an ICE office, right?
3      A.   No.
4      MR. DARROW:  Objection.
5      A.   I don't have access to that --
6      Q.   Okay.
7      A.   -- information.
8      Q.   Again, I assumed you wouldn't because
9  you're Border Patrol.  You're not ICE.  Now, have you
10 ever heard the phrase "catch and release"?
11     A.   Yes.
12     Q.   And the phrase "catch and release" is that
13 you -- at least in the context that you work in, is
14 that you catch an illegal alien and then you release
15 them, right?
16     MR. DARROW:  Objection.
17     A.   Typically that's how it's been used.
18     Q.   And so the budgets that we've looked at
19 have increased funding for releasing aliens,
20 including inadmissible aliens, right?
21     MR. DARROW:  Objection.
22     A.   It's using an alternate means of detention,

---

Oritz , Raul

July 28, 2022

37 (Pages 142 to 145)

---

**142**

1  yes.

2     Q.   And that alternate means involves release,

3  right?

4     **A.  Ultimately --**

5     MR. DARROW:  Objection.

6     **A.  -- they are released into the community,**

7  **yes.**

8     Q.   Okay.  Do you have any idea how many people

9  on alternative detention have absconded from ICE's

10  custody?

11     MR. DARROW:  Objection.

12     **A.  I do not.**

13     Q.   In formulating policies for the Border

14  Patrol, did you consider the rate of -- that aliens

15  in the past had absconded in determining whether to

16  have a proposal pathway?

17     MR. DARROW:  Objection.  The formulation of

18  policies is deliberative process protected.

19     BY MR. GUARD:

20     Q.   Okay.  In the memo which we're about to get

21  to, there is no mention in that memo of the number of

22  aliens that absconded from parole, correct?

---

**143**

1     **A.  That's correct.**

2     Q.   Okay.  For an organization that is to

3  provide security for the border, do you believe that

4  the number of aliens that abscond from control of ICE

5  would be a consideration that should be made?

6     MR. DARROW:  Objection.

7     **A.  The number of aliens that the Border Patrol**

8  **releases under the ATD parole pathway is typically**

9  **family units or single adults that are considered a**

10  **low threat population.  So there could be many**

11  **factors associated with their failure to report to an**

12  **ICE facility, anywhere from the address or their**

13  **final destination ended up being somewhere different**

14  **to, you know, their inability to actually get to an**

15  **ICE location close to where their final destination**

16  **was.**

17     Q.   Okay.  I'm going to show you what I marked

18  for identification to your deposition as Exhibit 16.

19     (Ortiz Exhibit No. 16

20     was marked for

21     identification.)

22     MR. DARROW:  Thank you.

---

**144**

1     BY MR. GUARD:

2     Q.   Have you seen Exhibit 16 before?

3     **A.  No.**

4     Q.   Okay.  Exhibit 16 was information that the

5  Department of Homeland Security provided us in

6  connection with this case.  Now, looking at the top

7  query, there's a program called notice to report.

8  What was notice to report?

9     **A.  Notice to report was a processing pathway**

10  **that the previous chief of the Border Patrol, Rodney**

11  **Scott, developed and instituted because our**

12  **facilities were overcrowded and we needed to ensure**

13  **that we had a mechanism to process a low-threat**

14  **population and ease the overcrowded conditions in**

15  **some of our facilities.**

16     Q.   Okay.  And the aliens that were released to

17  the notice -- on the notice to report policy were

18  given a document that it was not a notice to appear,

19  correct?

20     **A.  That's correct.**

21     Q.   And they were basically told to go to the

22  nearest ICE location to the address they provided to

---

**145**

1  Border Patrol, right?

2     MR. DARROW:  Objection.

3     **A.  That's correct.**

4     Q.   Okay.  And does Border Patrol -- when it is

5  doing its biographical gathering during the

6  inspection, does it request addresses where the alien

7  is going to?

8     **A.  It depends on what type of process we're**

9  **doing, but normally when we issue a notice to appear,**

10  **yes.**

11     Q.   Okay.  And it's not unusual for them to

12  request -- request an address if they're thinking

13  about going through one of those processing avenues,

14  right?

15     **A.  That's correct.**

16     Q.   And it has the ability -- does the Border

17  Patrol have the ability to query and find out how

18  many aliens are going to a particular area or

19  particular state?

20     **A.  I don't know if our systems allow us to**

21  **query those data points.**

22     Q.   Okay.  Have you ever seen any reports that

---

Oritz , Raul

July 28, 2022

38 (Pages 146 to 149)

---

146

1  report where people are going that are coming through
2  the border and being released?
3       A.   Not any of the CBP or Border Patrol reports
4  that I've seen, no.
5       Q.   Okay, all right.  That's why I'm asking
6  you.  I get a chance to find out what you all track
7  and what you don't track.
8       A.   Yeah.
9       Q.   All right, the first data point indicates
10  that between, you know, 1/2021 to 11/1/21,
11  non-citizens released with a notice to report during
12  those dates and who failed to check in but provided a
13  Florida address, and it's more than -- it's 1,127
14  people, correct?
15       A.   That's what the report says, yes.
16       Q.   Okay, and then looking down at the second
17  query, that's parole plus ATD, which we were just
18  talking about, right?
19       A.   Yes.
20       Q.   And same -- it's a little broader query,
21  non-citizens released with parole plus ATD between
22  11/1/2021 to 7/4/2022 and who failed to check in but

---

147

1  provided a Florida address, and that is as of July
2  4th of 2022 47,984 non-citizens, correct?
3       A.   That's what the report says, yes.
4       Q.   Okay, all right.  Now, would that -- and
5  you may not be able to answer that.  I get
6  you're not the guy who's running queries on a
7  database, and if you are, we're in a world of
8  trouble, not because you can't, but just because you
9  have better things to do.  Would that 47,984 number
10  -- when you're doing parole plus ATD, my
11  understanding is that you're only giving the -- a
12  document to one member of the family unit.  You're
13  not giving a document to all four -- you're doing an
14  alien file for the lead, for lack of a better term,
15  alien, right?
16       MR. DARROW:  Objection.
17       A.   So the A number's issued to the head of
18  household when we process a family unit for parole
19  plus ATD, but I would imagine that the children are
20  also going to be included as family members in this
21  data set.
22       Q.   Okay, all right.  That's what I was trying

---

148

1  to get at.
2       A.   Yeah.
3       Q.   But you didn't run the query, and you don't
4  know for sure, but you think based on your 31 years'
5  experience inside Border Patrol that to be true.
6       A.   That's correct.
7       Q.   Okay.  50,000 people, or nearly 50,000
8  people is a lot of people to not know where they are.
9  Would you agree with that?
10       MR. DARROW:  Objection.
11       A.   50,000 people is a large number.
12  Comparatively speaking, when you're apprehending, you
13  know, 1.7 million people in eight months of a fiscal
14  year, it is certainly a number that is concerning,
15  but I'd be curious as to in this number, does it --
16  is it also taking in consideration the folks that are
17  already on a electronic monitoring device.  So
18  there's a lot of unknowns with respect to that 47,000
19  number that I -- I would, as a leader in the Border
20  Patrol organization, I'd ask additional questions
21  about.
22       Q.   Okay.  Obviously I'm not the database guy

---

149

1  either, so I'm not going to be able to --
2       A.   Yeah.
3       Q.   -- to answer that question.
4       A.   I got you.
5       Q.   And -- and that 47,000 number, that's just
6  for Florida addresses, right?
7       A.   That's what it indicates, yeah, but for
8  Florida addresses, yeah.
9       Q.   Okay.  Do you know if -- if just by
10  anecdotal evidence, whether Florida's a common
11  destination for aliens entering at the southwest
12  border?
13       MR. DARROW:  Objection.
14       A.   Well, we've seen increases in migration
15  from Cuba and some of the other countries within the
16  Caribbean, and obviously their final destination
17  tends to be Florida, so Florida is a destination that
18  we see quite often --
19       Q.   Okay.
20       A.   -- from some of the demographics.
21       Q.   Have you ever seen any statistics or data
22  that shows that Florida's in the top six for

---

Oritz , Raul

July 28, 2022

150

destination for -- for aliens entering this country?

A.  I haven't seen --

Q.  Okay.

A.  -- a report that demonstrates that.  I can tell you that, you know, for some reason, Haitian migrants like to go to Maine, and that's one of those things that -- Portland, Maine would never been a final destination that I would have assumed Haitian migrants would want to travel to.

Q.  I think you'd need to have some agents ask some questions about why they're going to Portland, Maine.

A.  Actually, Portland welcomed them.

Q.  Okay.  That's -- you couldn't get any further from Haiti than Portland, Maine.

A.  I would agree.

Q.  Having been there, it's a wonderful place.  I'm not saying anything negative about it.  Just would not be what I pictured for -- for Haitian immigrants.  And they're wonderful people too, and we have lots of them in Florida.  I'm going to show you what I'm going to mark as 17.

151

(Ortiz Exhibit No. 17 was marked for identification.)

MR. DARROW:  Thank you.

BY MR. GUARD:

Q.  Have you seen Exhibit Number 17 before?

A.  Yes.

Q.  You're actually copied on Exhibit 17, correct?

A.  That's correct.

Q.  Before I get into Exhibit 17, do you recall when you learned that ICE was no longer going to accept transfer for detention family units?

A.  I don't have the specific date, no.

Q.  Okay.  Now, looking at Exhibit -- Exhibit 17, it looks like someone who it is not disclosed who was e-mailing Rodney Scott, who was your chief at the time, correct?

A.  Yes.

Q.  And forwarding him or I guess -- I can't tell for sure if they're going back and forth because the froms and tos are blocked out with PII, but

152

they're either going back and forth or the chief is getting an e-mail forwarded to him.  Is that -- is that fair?

A.  Yes.

Q.  Okay, and I think you're copied on both -- both of the top two e-mails, right?

A.  Yes.

Q.  Okay.  And the subject line, first, this e-mail is on February 16th of 2021, right?

A.  Yes.

Q.  That's 26 days after Joe Biden has been inaugurated, right?

A.  Yes.

Q.  Okay, all right.  The subject matter of this e-mail is ERO changes, correct?

A.  Yes.

Q.  And ERO again is the ICE component that handles detention and/or transfers from Border Patrol.

A.  That's correct.

Q.  All right.  If you look down at the third e-mail, or what I think is the third e-mail in the

153

chain, there is a paragraph that has been I guess -- I guess it was sent because of Chief Scott being in this chain, I guess it was sent to at least at some point to Chief Scott, right?

A.  Yes.

Q.  Okay, and if you look at the second page of Exhibit 17, again, it is blacked out as per PII reasons.  It says Chief, Law Enforcement Operations Directorate, United States Border Patrol headquarters.  Do you recall who served in that role in February 2021?

MR. DARROW:  Objection.  You're trying again to identify what's blocked out by the PII.

MR. GUARD:  Yes.  I'm asking who sent this e-mail.

MR. DARROW:  That's privileged information, hence, the redaction.

MR. GUARD:  So you're claiming what privilege, Counsel?

MR. DARROW:  Law enforcement sensitive privilege.

MR. GUARD:  For a senior-level official

**154**

1  reporting a conversation.

2  MR. DARROW: One second. Thank you. I had

3  some clarification. Yeah, the reason we consider it

4  law enforcement sensitive is that these officers are

5  regularly doxed when this information is released and

6  people get their PII.

7  BY MR. GUARD:

8  Q.  Can you please mark this, and I'll take

9  this up with the court, and we may have to come back.

10  So whoever was chief of law enforcement operations

11  directorate sent an e-mail to -- well, before I get

12  there, is -- if I -- if I were to Google chief of law

13  enforcement operations directorate, U.S. Border

14  Patrol, could I probably figure out who the chief of

15  law enforcement operations Border Patrol was at the

16  time?

17  MR. DARROW: Objection.

18  **A.  You may be challenged because that has been**

19  **a acting capacity for probably 90 percent of the time**

20  **that I've been either the deputy chief or the chief.**

21  **It has -- we've struggled with filling the position**

22  **on a couple of occasions, and then at one point, the**

**155**

1  **person who occupied the position permanently that**

2  **Chief Scott transferred in there was detailed out.**

3  Q.  Okay. Do Border Patrol agents, including

4  folks in the upper management of the Border Patrol,

5  use social media like LinkedIn?

6  **A.  Yes.**

7  Q.  Okay. All right, we'll deal with that in

8  front of the court later. Oh, Counsel, you're

9  instructing the witness not to answer. I want to

10  make that sure that it's clear that you're

11  instructing him to.

12  MR. DARROW: Yes.

13  MR. GUARD: Okay.

14  MR. DARROW: Not to answer, that's correct.

15  MR. GUARD: Okay, I just -- you just --

16  never say that.

17  MR. DARROW: Right, right, no.

18  BY MR. GUARD:

19  Q.  So I just wanted -- I didn't want that to

20  be the technical defense, that I forgot to get you to

21  say that. All right, looking at the actual e-mail on

22  the first page, and sorry that you had to listen to

**156**

1  all that lawyer talk. It just happens from time to

2  time. All right, this person who was the chief of

3  that group at Border Patrol had a conversation with

4  someone at ERO, right, and they advised that the

5  three FRCs -- what are FRCs?

6  **A.  Family residential centers.**

7  Q.  Okay, and then it lists out the three

8  family residential centers, were transitioning to

9  reception centers, correct?

10  **A.  That's what it indicates, yes.**

11  Q.  And basically those three facilities were

12  now going forward only going to be used to house

13  families for 72 hours.

14  **A.  That's correct.**

15  Q.  Okay, all right. Do you know -- do you

16  recall receiving this e-mail?

17  **A.  Yes.**

18  Q.  Okay. Do you recall thinking that this

19  e-mail was going to become an issue?

20  **A.  Well, during this time, it was the height**

21  **of COVID.**

22  Q.  Okay.

**157**

1  **A.  So this wasn't the only issue that we were**

2  **dealing with at the time, but it was certainly going**

3  **to be impactful, yes.**

4  Q.  Okay, it was going to constrict or

5  constrain the available processing pathways for

6  family units, right?

7  MR. DARROW: Objection.

8  **A.  Well, it's going to mean that we are going**

9  **to have to transfer the family units to those**

10  **facilities as quickly as possible out of our custody**

11  **so they could be tested and then ultimately released.**

12  Q.  Okay. But there's not going to be -- this

13  e-mail's disclosing that ICE is no longer going to

14  retain family units, right?

15  MR. DARROW: Objection.

16  **A.  That's what it appears to be indicating,**

17  **yes.**

18  Q.  All right, so as a policy member, ICE was

19  letting Border Patrol know we're not going to detain

20  any more family units, right?

21  MR. DARROW: Objection.

22  **A.  Well, they were advising that they were**

Oritz , Raul

July 28, 2022

41 (Pages 158 to 161)

---

158

1  changing the operational posture of the three FRCs in
2  central Texas.
3      Q.  Okay, but that change, that operational
4  change, as you referred to it, meant that family
5  units would no longer be able to be detained.
6      A.  For longer than 72 hours.  Looks like they
7  were going to release them within 72 hours.
8      Q.  Okay.  So if someone is from a -- a country
9  that -- where you cannot repatriate them to or even
10 if someone has some other indication that would make
11 them detainable, if they're with a family unit, there
12 no longer is going to be bed space for that
13 individual, right?
14         MR. DARROW:  Objection.
15     A.  Yeah, it appears that there was no longer
16 going to be an opportunity to detain them.
17     Q.  So at that point, all family units were
18 going to be released after the 72 hours at the,
19 quote, reception center, right?
20         MR. DARROW:  Objection.
21     A.  Yes.
22     Q.  Okay.  Now, do you know if this e-mail was

---

159

1  the first notice that you got about this operational
2  change?
3      A.  I can't recall.
4      Q.  Okay, but as like a kind of -- like by
5  February 16th, 26 days into the Biden administration,
6  you knew this was going to be what was going to
7  happen going forward, right?
8          MR. DARROW:  Objection.
9      A.  Yeah, based upon the e-mail, yes.
10     Q.  We're on 18?  No, that's not going to work.
11 I'll come back to that.  I'm going to need a sticker.
12 I finally found one where I didn't put a sticker on
13 it.
14         (Ortiz Exhibit No. 18
15          was marked for
16          identification.)
17         BY MR. GUARD:
18     Q.  Mark for identification USA 002081 as
19 Exhibit 18 for your deposition.
20         MR. DARROW:  Thank you.
21         BY MR. GUARD:
22     Q.  All right, now, this is an e-mail involving

---

160

1  a Tony Barker, who's an employee -- or is the -- I
2  guess he's the deputy chief of operations for Border
3  Patrol, right, at the time?
4      A.  At this time, he was, yes.
5      Q.  Okay.  Is he still with Border Patrol?
6      A.  Yeah, he's -- he's the acting operations
7  chief.
8      Q.  Okay, all right.  Would Mr. Barker reported
9  to the mystery man on the previous page, the previous
10 e-mail, Exhibit 17?
11         MR. DARROW:  Objection.  Again, that calls
12 for disclosure of --
13         MR. GUARD:  I'm not asking his identity.
14 I'm asking the organizational structure, who reports
15 to who just by title.
16         MR. DARROW:  With that clarification, you
17 can answer.
18         THE WITNESS:  So the deputy chief reports
19 to the chief of operations, the deputy chief of the
20 Border Patrol and the chief of the United States
21 Border Patrol.
22         BY MR. GUARD:

---

161

1      Q.  Okay, so would that be a different person
2  than the person who was serving in chief, law
3  enforcement operations directorate, or is that the --
4      A.  That's the same.
5      Q.  Same, okay.  So Mr. Barker, whose name is
6  being disclosed, but whoever was the chief at the
7  time, was not.  All right, and I can't tell you who
8  this e-mail was sent to and who it was from.  My
9  initial question to you is do you know if you ever
10 received this e-mail?
11     A.  I couldn't tell you.
12     Q.  Okay.  That's fair enough.  What does this
13 e-mail seem to report?
14     A.  It seems to report how many family units we
15 were apprehending, how many we were turning over to
16 ICE/ERO, and then how many of those family units are
17 NTA/OR'd.
18     Q.  Okay, let's start with the -- I think it's
19 the -- probably the -- so the first e-mail in the
20 string is someone sending e-mails -- an e-mail to Mr.
21 Barker reporting the numbers at the different
22 southern border sectors of family units, right?

---

LADOJ-ASYLUM156

Oritz , Raul

July 28, 2022

42 (Pages 162 to 165)

162

1   A.   Yeah, both the seven day and 21 day
2   average, yeah.
3       Q.   Okay, and then the next e-mail in the chain
4   is Mr. Barker sending to it looks like it's probably
5   more than one person since there are multiple lines
6   blocked off, and it says this is the flow that ICE
7   will have to accept if we do a hundred percent
8   referral.  What does hundred percent referral refer
9   to?
10      A.   That's a reference to the amount of family
11  units that we would want to dispo over to ICE/ERO.
12  Dispo, disposition, I'm sorry, or transfer.
13      Q.   Then there's an e-mail from someone back to
14  Mr. Barker asking a question, "Is that number we are
15  currently releasing on NTA, right?"  And that's
16  releasing with notice to appear, correct?
17      A.   That's correct.
18      Q.   All right, and then Mr. Barker responds,
19  and all this is happening on May 21st of 2021, NTA
20  and PD, right?  What is PD?
21      A.   Prosecutorial discretion.
22      Q.   Okay.  We haven't talked about

163

1   prosecutorial discretion today.  What -- as a
2   processing pathway.  Is -- is PD or prosecutorial
3   discretion still being utilized by Border Patrol?
4       A.   No.
5       Q.   Okay.  When did it cease being utilized
6   approximately?
7       A.   I couldn't tell you.
8       Q.   Okay.  And what was prosecutorial
9   discretion?
10      A.   That was the Border Patrol's or CBP, not
11  just the Border Patrol, CBP's authorization to not
12  issue a notice to appear for an alien in their
13  custody based upon certain conditions.
14      Q.   Do you recall what those conditions were?
15      A.   They obviously couldn't be a criminal
16  alien, you know, a threat to national security,
17  flight risk.  There was several factors.
18      Q.   Okay.  Do you know approximately when the
19  prosecutorial discretion category began?
20      A.   I couldn't tell you.
21      Q.   Was it after the Biden administration
22  started?

164

1   A.   We've leveraged PD in the past, so I would
2   imagine that it wasn't just under this
3   administration, but once again, I'm unsure.
4       Q.   Okay, all right.  And I don't want you to
5   speculate, but if you can approximate, I'd appreciate
6   it.  All right, was prosecutorial discretion in 2021
7   being utilized with any specific group of alien?
8       A.   I'm not going to speculate on that.
9       Q.   Okay, so you don't recall?
10      A.   That's correct.
11      Q.   Okay.  Was it -- if I were to look at a
12  report of releases by Border Patrol, would it be
13  under a -- do you know what category prosecutorial
14  discretion would be included in?
15      A.   Typically I think they were categorized
16  under O.R., but I'd have to confirm that.
17      Q.   Okay, all right.
18      A.   Our reports have changed quite a bit over
19  the last couple of years.  They continue to evolve,
20  and some of the data sets that we look at have
21  changed.
22      Q.   Okay.  I just have never seen PD on a

165

1   report, so --
2       A.   Yeah, no.
3       Q.   I was just asking for my edification so I
4   can go back and see how frequently -- was PD the same
5   as the NTR program that we were talking about a
6   little bit earlier?
7       A.   No.
8       Q.   Okay.  How did PD differ from NTR?
9       A.   So NTRs were only for family units.
10      Q.   Okay.  And PD, could it be single adults?
11      A.   Could have been.
12      Q.   Okay.  Any other -- the result of either
13  process at least as you explained it is that the
14  alien is not getting an NTA, right?
15          MR. DARROW:  Objection.
16      A.   That's correct.
17      Q.   All right, so as far as that is concerned,
18  that they were similar, right?
19          MR. DARROW:  Objection.
20      A.   Well, the forms used were different.
21      Q.   Okay, but they didn't get a notice to
22  appear and a date and time to show up at an ICE

Oritz , Raul

July 28, 2022

43 (Pages 166 to 169)

166

1  facility, right?
2      A.   I think with the notice to report, they had
3  X amount of days to present themselves at an ICE
4  facility, and most of that was on the I-385, and I
5  believe they had 60 days.
6      Q.   Okay.  And I've tried to really avoid using
7  the -- all the different forms you utilize because
8  I'd just likely mess it up worse than I mess up --
9      A.   I got you.
10     Q.   -- mess up the statutes, but for -- for --
11 for PD, or for people that were released on
12 prosecutorial discretion, was an I-385 issued?
13     A.   That I do not know.  I do know for the ITR,
14 the I-385 was issued.
15     Q.   Okay.  Do you not -- do you recall if a
16 different form was utilized?
17     A.   It's been a while since I processed, so I
18 couldn't tell you.
19     Q.   Okay, all right.  But if something was
20 going to be rolled out to the rank and file during
21 May of 2021, you were the deputy chief, right?
22     A.   That's correct.

167

1      Q.   And for -- did you typically at that time
2  look at what was being rolled out to the rank and
3  file?
4      A.   I tried to review most of the forms that
5  were included, yes.
6      Q.   Okay.
7      A.   If it was already an existing program, I
8  wouldn't go back and review that, but if it was a new
9  program, I would have, yes.
10     Q.   Okay, all right.  Fair enough.  Looking
11 back at Exhibit 18, it's the second page of the
12 exhibit, we're moving -- it's all again within a
13 couple hours on May 21st of 2021, Barker is
14 responding to someone -- or a group of people cc-ing
15 a bunch of people, and with last sector data, right?
16 All right.  What is LRT?
17     A.   Laredo, Texas.
18     Q.   Okay, I thought so, but I did not want to
19 assume.  And so is this just separate data for Laredo
20 being reported here?
21     A.   No, it's going to include RGV, and it may
22 also include Del Rio.

168

1      Q.   Okay, so at the time, you were transferring
2  along the border it looks like family units from --
3  from sectors that were busier.
4      A.   That's correct.
5      Q.   And that's what this is kind of reporting,
6  right?
7      A.   That's correct.
8      Q.   Okay.  Looking back to the first page of
9  the e-mail, this is minutes after that last exchange,
10 and there's an e-mail from someone again that we
11 don't know who to Mr. Barker, and it says the fact
12 that RGV is only able to refer a hundred families a
13 day is absurd.  We should start with that.  What is
14 that statement referring to?
15         MR. DARROW:  Objection.
16     A.   I'm assuming it's somebody's opinion that
17 the fact that only a hundred families can be referred
18 to ICE/ERO is unacceptable.
19     Q.   Okay.  If ICE were only willing to accept a
20 hundred family units from the Rio Grande Valley,
21 would that cause a capacity issue at -- for the Rio
22 Grande?

169

1          MR. DARROW:  Objection.
2      A.   Yes.
3      Q.   For -- okay, all right.  You can put that
4  exhibit aside.  I'll mark this as Exhibit 19 --
5          (Ortiz Exhibit No. 19
6              was marked for
7              identification.)
8          BY MR. GUARD:
9      Q.   -- to your deposition.
10         MR. DARROW:  Thank you.
11         BY MR. GUARD:
12     Q.   Have you seen Exhibit 19 before?
13     A.   It doesn't look familiar, but chances are I
14 may have seen it.
15     Q.   Okay, all right.  And the only reason I'm
16 asking you again is that the to and the cc are
17 blocked out, so I don't know if you have or haven't,
18 but it's an e-mail from Mr. Barker, who now is chief,
19 right, of the law enforcement operations directorate,
20 so he's now promoted by this point in time, right?
21     A.   He's acting chief, yes.
22     Q.   Okay.  And that's the same role in Exhibit

Oritz , Raul

July 28, 2022

44 (Pages 170 to 173)

---

170

1 17 that was blocked out.  And you know, this e-mail's
2 -- right?  Let me --
3           MR. DARROW:  Objection.
4           BY MR. GUARD:
5       Q.  So on Exhibit 17, the chief of the law
6 enforcement operations directorate name was blocked
7 out, but here Mr. Barker's mail is being disclosed,
8 right?
9           MR. DARROW:  Objection.
10      A.  Yes.
11      Q.  Okay, all right.  And this is an e-mail
12 from May 15th, 2022, right?
13      A.  Yes.
14      Q.  Okay, and my question for you is there's a
15 quote, "We must ensure that we are detaining and
16 removing the demographics that are amenable or else
17 the flows will only compound more."  Do you see that
18 quote?
19      A.  I do.
20      Q.  Do you know what Mr. Barker's referring to
21 with that quote?
22          MR. DARROW:  Objection.

---

171

1       A.  So it appears that this was part of a
2 tabletop exercise that was executed on that Saturday,
3 and part of the exercise -- the tabletop exercise
4 requires injects to determine what CBP, ICE and the
5 department are going to do if there were to be a mass
6 migration, if Title 42 were to come down and we were
7 to begin to see some increases in flow.  So it sounds
8 like Tony is describing to the FEMA exercise
9 operators that that should be a priority, removing
10 those demographics, but this is all I believe
11 centered around a tabletop exercise.  This wasn't the
12 operational environment on that particular day.
13      Q.  Okay.  Why is it important to detain and
14 remove demographics that are amenable to the Border
15 Patrol?
16      A.  One, you want to make sure you have
17 consequences.
18      Q.  Okay.  And if you don't have consequences,
19 what is likely going to happen?
20          MR. DARROW:  Objection.
21      A.  In my experiences -- in my experience, we
22 have seen increases when there are no consequences.

---

172

1       Q.  Okay.  So if migrant populations believe
2 that they're going -- there are not going to be
3 consequences, more of them will come to the border?
4 Is that what you're saying?
5           MR. DARROW:  Objection.
6       A.  There is an assumption if migrant
7 populations are told that there's a potential that
8 they may be released, that yes, you can see
9 increases.
10      Q.  Okay.  And if you see -- and so if you do
11 not -- you said number one, consequences.  Are there
12 any other things that -- other than just that one,
13 consequences?  Is there a two or a three?
14      A.  Two or three what?
15      Q.  Well, you said number one, consequences.  I
16 didn't know if there were -- if that was the complete
17 list or there were other things that --
18      A.  Affect the flow?
19      Q.  Yeah.
20      A.  Of course, there's many things.  There's,
21 you know, what our partners to the south do, our
22 ability to communicate the dangers, our ability to

---

173

1 impact the criminal organizations, smuggling
2 organizations that are trafficking the migrant
3 populations, our ability to deploy technology and
4 manpower in areas where we're starting to see greater
5 flows.  All of those factor into the flow and how
6 it's managed.
7       Q.  Okay, and if you're not detaining and
8 removing demographics that are amenable and the flow
9 will compound, so it will increase at an exponential
10 rate?  Is that what's being suggested here?
11          MR. DARROW:  Objection.
12      A.  Well, I do think it will increase, yeah.
13      Q.  Now, during the Trump administration, were
14 you able -- we've talked a little today about
15 releasing aliens on their own recognizance.  During
16 the Trump administration, were you able to release
17 aliens on their own recognizance?
18      A.  It would have to be on very exigent
19 circumstances.
20      Q.  Some humanitarian reason?
21      A.  Medical or humanitarian reason, yes.
22      Q.  Okay.  As far as using parole under the

---

Oritz , Raul

July 28, 2022

45 (Pages 174 to 177)

---

174

Trump administration, was that as well limited?

**A.   Yes.**

Q.   Okay.  Was it limited to aliens who agents found were going to be admissible?

MR. DARROW:  Objection.

**A.   Parole was used on a limited basis based upon humanitarian reasons also.**

Q.   Okay.  When the Biden administration took over from the Trump administration, how were the changes to parole and releasing aliens on own recognizance communicated to Border Patrol and to the line agents?

MR. DARROW:  Objection.

THE WITNESS:  Can I confer?

MR. GUARD:  We'll take a break.  We've been going for a while anyway.

MR. PERCIVAL:  With an open question?

MR. GUARD:  I'll let him do it.

THE VIDEOGRAPHER:  We're now off the record at 14:27.

(Recessed at 2:27 p.m.)

(Reconvened at 2:46 p.m.)

---

175

THE VIDEOGRAPHER:  We're now back on record at 14:46.

MR. GUARD:  If the court reporter can please read the last question back.

THE REPORTER:  Question: "When the Biden administration took over from the Trump administration, how were the changes to parole and releasing aliens on own recognizance communicated to Border Patrol and to the line agents?"

MR. DARROW:  And I remind the witness not to reveal anything privileged in his answer.

THE WITNESS:  So during this time frame, one of the things that we were encountering is Rio Grande Valley, which is in South Texas, was really the only area that was problematic for us at the time, and so most of the coordination centered between the headquarters operations directorate and the sector personnel, and then some decompression into Laredo, but at the time, it wasn't an issue for all nine southwest border sectors.

BY MR. GUARD:

Q.   Okay, I thought the question was how was

---

176

the changes to own recognizance and parole by the Biden administration communicated.  I understand it may have only been the Rio Grande Valley.  Were there memorandum or e-mails or was it by telephone or radio or however?  I mean, I'm not trying to be cute or smart, but I mean, I'm asking you how was it communicated.

**A.   So most of the coordination occurred either telephonically or through e-mail coordination between Border Patrol headquarters and the sector.**

Q.   Okay.  While the problem or the issue at the time may have been the Rio Grande Valley, would changes to Border Patrol's policies with respect to parole or own recognizance that occurred after the Biden administration taken -- had taken over eventually trickled out to the other sectors of the southern border?

MR. DARROW:  Objection.

**A.   Yes.**

Q.   Okay.  And how would those changes have been communicated to those other sectors when they -- later?

---

177

**A.   So at the time, we had a couple ways of communicating with the field components.  Every Tuesday we have a chiefs' call where we coordinate directly with the sector chiefs and the deputy chiefs.  And then the operations directorate would also communicate with the sectors if there were specific issues centered around coordination, operational coordination that had to happen.**

Q.   Okay, all right.  I want to go back if we can just briefly, I'm going to mark this as Exhibit 20 to your deposition.

(Ortiz Exhibit No. 20 was marked for identification.)

BY MR. GUARD:

Q.   You mentioned earlier at some point in time going and testifying regarding Flores, right?

**A.   Yes.**

Q.   Okay.  Now, this document in particular is dated March 5th, 2021, so that's after the time period that you think you went to testify, right?

**A.   Definitely.**

---

LADOJ-ASYLUM160

Oritz , Raul

July 28, 2022

46 (Pages 178 to 181)

---

178

1  Q.   Okay.  If you'll look at -- all right, so
2  the date of the document's March 5th, 2021, correct?
3  **A.   Yes.**
4  Q.   All right, and if you look at the signature
5  page, and it has Deane Dougherty, who's an ICE
6  employee?
7  MR. DARROW:  Is that on page 8?
8  BY MR. GUARD:
9  Q.   Page 8.  Sorry.  I should have said that.
10  Actually, it's page 9 if you look at the top.
11  MR. DARROW:  Oh.
12  BY MR. GUARD:
13  Q.   Page 8 if you're looking at the bottom
14  numbers.  Page 9 if you're looking at the top.
15  **A.   Okay.**
16  Q.   Okay.  If you'll look at page 2, the first
17  line on top of the page, it indicates that, "ICE
18  would like to note that it's revising its current
19  family detention posture at the FRCs to allow a
20  broader repurposing of the physical facilities to
21  better meet operational needs."  Did I read that
22  correctly?

---

179

1  **A.   Yes.**
2  Q.   All right, and so on March 16th, we looked
3  at the e-mail, I believe it's Exhibit 17, that had
4  ICE telling you all that they were no longer going to
5  be detaining families, and this is a document being
6  filed in court indicating that it's revising its
7  posture, correct?
8  **A.   Yes.**
9  MR. DARROW:  Objection.
10  BY MR. GUARD:
11  Q.   All right.  Turn to page 4.  If you look at
12  the second sentence on top of page 4, it says a chart
13  updated on March 4th, 2020 shows only 13 families
14  remained in custody.  I think that actually is a
15  typographical error, because if you actually look at
16  the chart, it says March 4th, 2021, right, and the
17  document itself is filed on March 5th of 2021, right?
18  **A.   Yes.**
19  Q.   Okay, and it says that there were only 13
20  families remained in custody as of that date, March
21  4th, 2021, right?
22  **A.   That's correct.**

---

180

1  Q.   So in a little over -- little less than two
2  months of being in office, the Biden administration
3  has only -- has 13 families in ICE custody, right?
4  MR. DARROW:  Objection.
5  BY MR. GUARD:
6  Q.   Excuse me, 13 juveniles in custody, 13
7  families.  Sorry.  Strike that.
8  **A.   To be honest with you, I don't really**
9  **understand this whole report.**
10  Q.   Okay, but ICE is representing to a court
11  that there are 13 families in custody as of March
12  4th, 2021, right?
13  **A.   That's what the report states, yes.**
14  Q.   Okay, all right.  Well, you can put that
15  aside.  Now, when immigration law changes, like the
16  family detention rule, newspaper articles and -- and
17  press cover it, correct?
18  MR. DARROW:  Objection.
19  **A.   Yes.**
20  Q.   And smugglers and others see those
21  newspaper articles, and that can affect perception,
22  right?

---

181

1  MR. DARROW:  Objection.
2  **A.   I can assume they read it also, yes.**
3  Q.   Okay, all right.  Well, folks that are here
4  legally or illegally can read those news sources,
5  right, if nothing else.
6  MR. DARROW:  Objection.
7  **A.   Yes.**
8  Q.   Okay, and I believe in one of your speeches
9  in Del Rio, you talked about word of mouth, right?
10  **A.   I did.**
11  Q.   Okay.  So changes like to the family
12  detention policy get communicated to folks outside
13  the United States.
14  MR. DARROW:  Objection.
15  THE WITNESS:  Yes.
16  MR. GUARD:  Okay.  I'm going to mark this
17  as 21?
18  MR. DARROW:  Yeah.
19  (Ortiz Exhibit No. 21
20  was marked for
21  identification.)
22  MR. DARROW:  Thank you.

---

Oritz , Raul

July 28, 2022

47 (Pages 182 to 185)

---

**182**

1    MR. GUARD:  And I'll go ahead and mark the
2  second document as 22, because it may be just easier
3  to do.
4         (Ortiz Exhibit No. 22
5              was marked for
6              identification.)
7    MR. DARROW:  Thank you again.
8    MR. GUARD:  No problem.
9    THE WITNESS:  I think you gave me two
10  copies.
11  BY MR. GUARD:
12    Q.   Okay, don't want to do that.  All right,
13  Exhibit 21 are custody and transfer statistics for
14  CBP for physical year 2020?
15    A.   Yes.
16    Q.   And 22 are custody and transfer statistics
17  for CBP for fiscal year 2021, right?
18    A.   That's correct.
19    Q.   All right.  If you look at the -- I think
20  it's one, two, three, the fourth page in the exhibit
21  --
22    MR. DARROW:  Exhibit 21?

---

**183**

1  BY MR. GUARD:
2    Q.   Twenty-one.  I think it's the fourth page
3  in both, but let's look at 21 first.  Okay, there are
4  two reports from Border Patrol, correct?
5    A.   Yes.
6    Q.   And these are monthly reports, right?
7    A.   Yes.
8    Q.   Okay.  Of -- and this is for monthly
9  southwest border apprehensions by processing
10  disposition, correct?
11    A.   That's correct.
12    Q.   All right, and so you have the different
13  pathways and how many aliens were processed through
14  each pathway, right?
15    A.   That's correct.
16    Q.   Okay.  And so you have -- we've talked
17  about expedited removal, right?  You have to say yes.
18    A.   Yes.
19    Q.   It's okay.  It's been a long day.  I
20  appreciate it, you know, but I've got to try to
21  protect the record, and again, at some point the
22  court reporter will start yelling at both of us.  The

---

**184**

1  next line is PACR, HARP, and ACA.  Now, we've not
2  talked about any of those acronyms yet today.  What
3  are those acronyms?
4    A.   So PACR stands for prompt asylum claim
5  review.  HARP is humanitarian -- humanitarian asylum
6  review process, and ACA is the asylum cooperative
7  agreements that we have with third countries.
8    Q.   Okay, all right.  And it looks like --
9    A.   I think I got it right.
10    Q.   It sounds pretty good to me.  And there's a
11  footnote, and they have those three plus MPP, which
12  we've talked about all in the kind of same -- it's
13  the subjects enrolled in multiple rooms only counted
14  once based on the following order.  So it's at least
15  trying to make it so the math doesn't -- the math
16  adds up I guess.  And so you have -- those three
17  programs only have January 2020, February 2020 and
18  March 2020, right?
19    A.   That's correct.
20    Q.   Do those programs end in March 2020?
21    A.   It appears that they ended in March --
22    Q.   Okay.

---

**185**

1    A.   -- of 2020.
2    Q.   All right.  We talked about notice to
3  appear and order of recognizance, released.  We've
4  talked about reinstatement of prior removal, talked
5  about voluntary -- well, we've talked about all these
6  other than the other category, which seems to be any
7  alien that was processed, but it's -- whatever the
8  code is hadn't been entered into the system, so it
9  was just what was ever kind of left because of the
10  end of a month or end of a -- of a time period,
11  right?
12    MR. DARROW:  Objection.
13    A.   That's correct.
14    Q.   Okay, all right.  The bottom -- so that was
15  processing dispositions.  The bottom table is for
16  Border Patrol southwest border apprehensions by
17  transfer destination.  And so that's telling where
18  they were sent or what entity dealt with them, right?
19    A.   Yes.
20    Q.   Okay.  You have humanitarian release.  What
21  type of aliens would be within the humanitarian
22  release category, to your knowledge?

---

Oritz , Raul

July 28, 2022

48 (Pages 186 to 189)

---

186

1    A.   Folks that were dispositioned via O.R. due
2    to medical or some other exigent circumstances.
3        Q.   Okay.  You've got federal, and that has a
4    -- you can look at -- if you want to look at the
5    footnote, that's anyone who was transferred to ICE or
6    HHS or marshals or whatever.
7        A.   That's correct, those are prosecutions,
8    misdemeanor, felony prosecutions, will also include
9    the folks that are turned over ORR, the unaccompanied
10   children, and then the migrant population that would
11   be turned over to ICE for repatriation.
12       Q.   Okay, and then there are two other
13   repatriation pathways that are marked federal.  You
14   had northern triangle, which is Guatemala, Honduras
15   and El Salvador.
16       A.   That's correct.
17       Q.   And Mexican repatriation, right?
18       A.   That's correct.
19       Q.   And then you had folks that you turned over
20   to a port of entry that were not under the MPP
21   program, so that would be OFO would be who they would
22   have been turned over to, correct?

---

187

1        A.   Actually, I believe the non-MPP population
2    would be Mexican nationals that were VR'd.
3        Q.   Okay, all right.  And then VR means
4    voluntary return --
5        A.   Voluntary return, yes, sir.
6        Q.   -- to Mexico.  And then the next category,
7    port of entry, MPP, that would be -- they would have
8    been -- I believe you described them, immigration
9    camp, Mexican immigration camp, or immigration camp
10   located in Mexico, and they would go back to the port
11   of entry for their asylum hearing?
12       MR. DARROW:  Objection.
13       A.   So when the migrants are processed via the
14   migrant protection protocols, they are returned to
15   Mexico, and most of them remain in those border
16   communities housed in not government-run facilities,
17   but non-governmental organization-run facilities.
18       Q.   Okay.
19       A.   So they're called migrant camps.
20       Q.   All right, and there's a category for state
21   and local law enforcement agencies, right?
22       A.   Those are folks that are turned over to our

---

188

1    state and local partners because they had warrants or
2    some other prosecutorial charge.
3        Q.   Okay.  It's fair to say that looks back at
4    the processing disposition, notice to appear, order
5    of recognizance in FY 2020 ranged from a low of one
6    to 91, right?
7        A.   Yes.
8        Q.   Okay.  All less than a hundred.
9        A.   That's correct.
10       Q.   Okay.  Turning over to Exhibit 22, look
11   again at the -- well, I think now it starts on the
12   third page and goes to the fourth page, you have the
13   same two charts that we just looked at, right?
14       A.   Yes.
15       Q.   Okay.  It looks like PACR, PARP and ACA
16   have started up again at least at some point in time
17   in 2021?
18       A.   Yeah, it appears that in May, we had a
19   couple that were processed under the PACR program.
20       Q.   Okay.  Do you know in 2022 whether that is
21   continuing?
22       A.   I believe we have a small number.

---

189

1        Q.   Okay, all right.  If you look at notice to
2    appear, order of recognizance, there's now a third
3    category which says I-385 dash released.  What is
4    included within I-385 dash released?
5        A.   That is Notice to report.
6        Q.   And if you look at the last month, last
7    full month of the Trump administration, December of
8    2020, there were 17 aliens released on a notice to
9    appear order of recognizance, right?
10       A.   That's correct.
11       Q.   All right, and by July of 2021, that
12   number's over 60,000, correct?
13       MR. DARROW:  Objection.
14       A.   That's correct.
15       Q.   If you look, in July 2021 at -- and compare
16   the notice to appear order of recognizance I-385
17   released with the warrant slash notice to appear dash
18   detained, the number of aliens being detained under
19   the Biden administration is half of that which is
20   being released, right?
21       MR. DARROW:  Objection.
22       A.   Yeah, it appears that it would be less than

---

190

30,000, so less than half.

Q.   Okay.  Put 21 and 22 aside.  I'm going to mark this as Exhibit -- I did it again -- 23 to your deposition.

(Ortiz Exhibit No. 23 was marked for identification.)

BY MR. GUARD:

Q.   Have you seen Exhibit 23 before?

A.   I don't believe so.

Q.   Okay.  This purports to be a memorandum dated December 16th, 2014, correct?

A.   That's correct.

Q.   And it is for Directors, Field Operation Director Preclearance Operations, Office of Field Operations.  Is this an OFO program and not a Border Patrol program?

A.   Yeah, this seems to be focused on Office of Field Operations.

Q.   Okay, all right.  Was this -- was this -- this parole program or a parole program like this ever created for Border Patrol?

191

A.   I wasn't at headquarters in December of 2014.  I was in the field, so typically we didn't create policy in the field, so --

Q.   But you would have implemented a policy if it had been created.

A.   Yes.

Q.   Okay, and you don't recall implementing this policy.

A.   No.

Q.   Okay.  So looking at the -- kind of the last paragraph of this -- well, first, looking at -- under the second paragraph, it says, "Effective immediately, any parole under a section 212(d)(5) of the Immigration and Nationality Act for nonimmigrant aliens, alien," parens, closed paren, "that meet the following criteria."  Now, section 212(d)(5), that's the statute we looked at earlier, 8 USC 1182 to 85, correct?

A.   Yes.

Q.   And then looking down at the last paragraph of this one-page memo, it reads, "Lack of detention space, requests from other law enforcement agencies,"

192

paren, "unless accompanied by a valid unexpired I-512 issued by HSI," closed paren, "or other purposes not considered essential for law enforcement are not appropriate reasons to parole an inadmissible alien."  Does it say that?

A.   Yes.

Q.   All right.  So this policy has nothing to do with capacity, right?

MR. DARROW:  Objection.

A.   This is pertaining to folks that are presenting themselves for admission at a port of entry.

Q.   Okay.

A.   And typically Office of Field Operations never encounter the numbers that the Border Patrol encounters.

Q.   Fair enough.  I'm going to mark this as Exhibit 25.

A.   Twenty-four.

Q.   Twenty-four --

(Ortiz Exhibit No. 24 was marked for

193

identification.)

BY MR. GUARD:

Q.   -- to your deposition.

MR. DARROW:  Thank you.

BY MR. GUARD:

Q.   Have you seen Exhibit 24 before?

A.   I don't believe so.

Q.   All right.  Like the previous exhibit, Exhibit 23, this appears to be an Office of Field Operations policy?

A.   Yes.

Q.   All right.  And again, it's another parole policy, right?

A.   That appears to be what it is, yes.

Q.   Okay, all right.  You can put that aside.

(Ortiz Exhibit No. 25 was marked for identification.)

MR. GUARD:  Twenty-five.

MR. DARROW:  Thank you.

BY MR. GUARD:

Q.   Have you seen Exhibit 25 before?

Oritz , Raul

July 28, 2022

50 (Pages 194 to 197)

194

1    A.   Not that I recall, no.
2    Q.   Okay.  Anything on this document indicate
3  which CBP component Exhibit 25 applies to?
4    A.   I think it still applies to airports or OFO
5  because it talks about admissibility and passenger
6  programs --
7    Q.   Okay.
8    A.   -- as the office -- as part of the offices,
9  so I would imagine it's still an OFO guidance
10  document.
11    Q.   Okay, all right.  Well, you can put that
12  aside because you're not part of OFO.  Mark this for
13  identification as Exhibit 26 --
14            (Ortiz Exhibit No. 26
15             was marked for
16             identification.)
17    BY MR. GUARD:
18    Q.   -- to your deposition.
19    MR. DARROW:  Thank you.
20    BY MR. GUARD:
21    Q.   Have you seen Exhibit 26 before?
22    A.   Yes.

195

1    Q.   Okay.  If you'll flip to the page that's
2  labeled AR -- AR 003 --
3    A.   I don't have an -- oh, there it is, my
4  signature.
5    Q.   That was going to be the question, is that
6  your signature?
7    A.   Yes.
8    Q.   All right, and did you sign this document
9  under penalties of perjury?  Look back to the next
10  page.
11    A.   Yes.
12    Q.   Okay.  That was not a trick question.  I
13  was not trying to trick you.  All right, I know it's
14  been a long day.  All right, since you signed this
15  document on April 19th, 2022, has any additional
16  information or documents that are nonprivileged come
17  to your attention that should be part of the
18  administrative record?
19    MR. DARROW:  Objection.
20    A.   Yes.
21    Q.   What additional documents should be added
22  to the administrative record?

196

1    A.   The commissioner's memo on parole plus --
2  ATD plus.
3    Q.   So are you talking about the July -- I
4  think it's July 18th?
5    A.   18th memo, and then my July 20th memo, yes.
6    Q.   So you issued a July 20th memo?
7    A.   Yes.
8    Q.   Counsel, I don't think we've ever seen the
9  July 20th memo, but we can take that up later, but
10  just raising that to your attention.  All right, you
11  understand that the memo, which is at AR 004, the
12  next page, has now been rescinded, right?
13    A.   Yes.
14    Q.   Okay, and in its place, there's a new memo,
15  right?
16    A.   That's correct.
17    Q.   Okay.  We're going to get to the new memo.
18  That's -- that's the next -- that's the next exhibit
19  and the last exhibit of this deposition, so -- and
20  that's a promise, of this deposition.  There --
21  corporate representative, there may be one exhibit.
22  All right, so but other than those two documents,

197

1  you're aware of no other documents that should be in
2  the administrative record that are nonprivileged,
3  correct?
4    A.   That's correct.
5    Q.   Okay, all right.  Now, looking at AR 4
6  through AR 6, this is a memo which you sent out,
7  correct?
8    A.   That's correct.
9    Q.   All right.  And you sent it out to chief
10  parole agents and deputy chief parole agents, right?
11    A.   That's correct.
12    Q.   And that's the agents that are in charge of
13  the sectors of Border Patrol, right?
14    A.   That's correct.
15    Q.   Okay.  Looking at this memo, it indicates
16  that it is superseding a previous guidance, correct?
17    A.   That's correct.
18    Q.   And the previous guidance that it was
19  superseding was your predecessor's notice to report,
20  right?
21    A.   That's correct.
22    Q.   Now, the memo indicates that that -- and I

Oritz , Raul

July 28, 2022

51 (Pages 198 to 201)

---

198

1  think we weren't able to come to a date earlier that
2  notice to report was promulgated.  It indicates that
3  that policy was promulgated in March of 2021, right?
4  **A.   That's correct.**
5  Q.   Okay.  I don't think I asked you this
6  before, and if I did, I apologize.  How was the NTR
7  guidance sent out to the field in March of 2021?
8      MR. DARROW:  Objection.
9  **A.   It was sent out and distributed through**
10  **multiple platforms.  Initially we had a telephonic**
11  **call with all the associate chiefs.  We also asked**
12  **that the operations directorate send out a e-mail to**
13  **the sector points of contact, which would have been**
14  **an assistant chief at those sectors, to include the**
15  **sector chiefs, and to my recollection, I believe**
16  **Chief Scott also issued a memoranda.**
17  Q.   Okay.  Well, I haven't seen that
18  memorandum, so if it exists, obviously we'll take
19  that up with your counsel.
20  **A.   I couldn't find it either.**
21  Q.   Okay, all right.  Well, I deal with public
22  records too.  I know sometimes how things don't get

---

199

1  filed how they should get filed, so we'll work with
2  that through your counsel.  And so he would have
3  signed a similar memorandum to this, to your
4  recollection?
5  **A.   Typically that's how information would be**
6  **distributed to the field, which is why I thought**
7  **there was a notice to report memoranda, but when I**
8  **looked through my files, I could not find one either.**
9  Q.   Okay.  And the justification for this
10  policy is the health of aliens, correct?
11      MR. DARROW:  Objection.
12  **A.   Yes.**
13  Q.   And the health of Border Patrol employees,
14  right?
15      MR. DARROW:  Objection.
16  **A.   Well, it's not just that.  I mean, it's the**
17  **health of the communities.  At the time, almost every**
18  **single one of the border communities that we have a**
19  **sector or experiencing significant increases in COVID**
20  **exposures, to include COVID deaths, we had a**
21  **significant spike across the entire southwest border**
22  **and COVID exposures, and even to this day, this**

---

200

1  **morning I think I had 388 agents still in quarantine**
2  **status.  We've had 11,692 agents I believe that**
3  **tested positive for COVID out of 19,355.  We had 19**
4  **agents die due to COVID, to include two contractors**
5  **that I attended probably 75 percent of their**
6  **funerals.**
7      **Our communities, the health officials, our**
8  **law enforcement partners were also under the same**
9  **issues and faced with some of the same concerns that**
10  **we had as a law enforcement organization.  Typically**
11  **we use local county detention facilities to house**
12  **some of our prosecutions, and they were experiencing**
13  **complete shut-downs of their facilities because of**
14  **COVID exposures.  So it wasn't just the migrants, it**
15  **wasn't just our agents, but it was our families, the**
16  **communities, and all of this was placing a**
17  **significant strain on the entire border environment.**
18  Q.   And I agree and appreciate that, but in the
19  first sentence of the second paragraph, would you
20  agree with me that it only mentions the health and
21  safety of migrants and the health of the work force?
22      MR. DARROW:  Objection.

---

201

1      BY MR. GUARD:
2  Q.   First sentence of the second paragraph.
3  **A.   That first sentence, that's exactly what**
4  **that says, yes.**
5  Q.   Okay, and at least -- and I'm not
6  minimizing this, because I agree with you, and I've
7  attended too many law enforcement funerals in the
8  last year as well, so I'm not minimizing that at all,
9  but at least I hadn't seen mention of, at least in
10  this document, of the community as a reason for the
11  policy.
12      MR. DARROW:  Objection.
13  **A.   Well, I can tell you as the person who**
14  **signed this document, that the communities certainly**
15  **were a factor in my decision-making process.**
16  Q.   Okay, all right.
17  **A.   My mother lives in a border community in**
18  **Del Rio.  She's 85 years old, very vulnerable and**
19  **certainly susceptible to COVID, and so I can**
20  **guarantee you I factored her health into the issuance**
21  **of this memorandum.**
22  Q.   Again, I'm not quibbling with that at all.

---

Oritz , Raul                                                    July 28, 2022

52 (Pages 202 to 205)

---

202

1    A.  I get it.
2    Q.  I just -- it wasn't mentioned, and that was
3  going to be one of my questions, is why was that not
4  factored, and you're telling me that it was.  Other
5  than the health and safety of communities, were there
6  any other reasons that are not disclosed in this
7  e-mail that form the basis of you issuing this memo?
8        MR. DARROW:  Objection.
9    A.  Yes.
10   Q.  Okay.  Where are they?
11   A.  Overcrowded conditions in these facilities.
12   Q.  That actually is mentioned.
13   A.  To include ensuring that we are compliant
14  with the Jane Doe litigation in Arizona, and also
15  ensuring that we had significant wrap-around services
16  to support the different demographics that we were
17  responsible for.
18   Q.  Okay.
19   A.  At the time, we were expanding our
20  detention facilities, and I can tell you that
21  typically during this time is at the beginning of the
22  budget year, and this is -- this year was no

---

203

1  different.  We were under a continuing resolution, so
2  we're operating at 75 percent of our budget, and so
3  ensuring that we had the requisite supplies and
4  equipment to support everything that comes with
5  having 15,000 people in custody was part of the
6  decision-making process.
7    Q.  Okay.  I think part of that is actually
8  reflected in this memo.  Again, I'm not --
9    A.  Yeah, got you.
10   Q.  Not trying to play a got you game or
11  anything like that.  If you look at -- I think it's
12  the -- it's the fourth sentence, excuse me, starting
13  with the use of this processing pathway --
14   A.  Uh-huh.
15   Q.  -- enabled -- well, it's talking
16  technically about NTRs, but this is replacing NTRs,
17  right?
18       MR. DARROW:  Objection.
19       BY MR. GUARD:
20   Q.  You may answer.
21   A.  Yes.
22   Q.  Okay.  To relieve overcrowding in

---

204

1  congregate settings.
2    A.  That's correct.
3    Q.  Okay, thus better protecting both the work
4  force and non-citizens in our custody.
5    A.  That's correct.
6    Q.  Okay.  So looking at the second paragraph,
7  it talks about the process for -- of issuing notices
8  to appear, the last -- I think it's the last two
9  sentences.  See that?
10   A.  Yes.
11   Q.  All right.  Notices to appear are
12  time-consuming.
13   A.  That's correct.
14       MR. DARROW:  Objection.
15       BY MR. GUARD:
16   Q.  Were -- under either NTR or parole plus
17  ATD, are Border Patrol agents establishing A files,
18  apple files?
19   A.  Yes.
20   Q.  Okay.  Were they establishing A files under
21  NTR?
22   A.  No.  Actually, they were for head of

---

205

1  household.
2    Q.  Okay.
3    A.  But they weren't for the remaining family
4  unit members.
5    Q.  Okay.  For parole plus ATD, are they only
6  doing A files for the head of household or are they
7  doing A files for all the members of the family?
8    A.  I believe they are issuing A files for all
9  the members within the family unit.
10   Q.  Okay.  Now, just -- I want to talk about
11  parole plus ATD.  I'm sorry, for the first time ever
12  in my life I went quiet and maybe mumbled a little
13  bit because I was looking down.  Parole plus ATD, are
14  Border Patrol agents completing the asylum interview
15  process?
16   A.  No.
17   Q.  Where does the asylum review -- asylum
18  interview process occur?
19   A.  Usually that occurs with an asylum officer
20  within CIS.
21   Q.  Okay.
22   A.  Citizen and immigration services.

---

Oritz , Raul

July 28, 2022

53 (Pages 206 to 209)

---

206

1      Q.   Okay, and that's after the person has been
2  released on parole plus ATD?
3      A.   Yes.
4          MR. DARROW:  Objection.
5      A.   **Unless they are held in a detention**
6  **facility.**
7      Q.   And at least initially in this memo, parole
8  plus ATD was being limited to family units, right?
9          MR. DARROW:  Objection.
10     A.   **Yes.**
11     Q.   The last sentence on the first page, AR 004
12 reads, "Parole plus ATD is a rigorous enforcement
13 process that is effective and includes accountability
14 measures to require non-citizens to report to ICE for
15 issuance of an NTA and continue through the formal
16 immigration process."  Did I read that sentence
17 correctly?
18     A.   **Yes.**
19     Q.   Okay.  What did you mean by rigorous?
20         MR. DARROW:  Objection.
21     A.   **Rigorous requires more information than we**
22 **were issuing with the notice to report, to include**

---

207

1  next of kin, final destination.  When you process
2  somebody for -- under the normal Title 8 process, you
3  obtain more biographical information, to include
4  where they're coming from, where they're going to,
5  their mode of travel.  There's a slew of biographical
6  information that you obtain under this process that
7  normally would not be gathered during the NTR
8  process.
9      Q.   Okay.  So under the NTR process, which
10 lasted roughly from March 2021 through November of
11 2021, that roughly eight months, Border Patrol was
12 not gathering destination of where aliens were going?
13         MR. DARROW:  Objection.
14     A.   **We would put that on the I-385, but in a**
15 **normal I-213, which is the initial biographical --**
16     Q.   Uh-huh.
17     A.   **-- document that we process migrants or**
18 **aliens under, we actually detail very specifically**
19 **their route of travel from their home to their final**
20 **destination, to include any stops and their method of**
21 **travel, whether they made any smuggling arrangements,**
22 **whether they paid any smuggling fees.  Under the NTR**

---

208

1  process, you may not have gathered all that
2  information just depending on how many people you had
3  in custody, what your time in custody times were, and
4  the manpower constraints that you were under.
5      Q.   Sure, and different Border Patrol agents
6  may -- some are more thorough than others.  Is that
7  fair?
8      A.   **Most definitely.**
9      Q.   Okay, all right.  You wrote here that
10 enforcement process that is effective.  What did you
11 mean by effective?
12         MR. DARROW:  Objection.
13     A.   **I meant that it is a method that allows us**
14 **to monitor the migrant population from when we**
15 **process them and turn them over to ICE/ERO.**
16     Q.   Okay, so whether -- whether this program's
17 effective or not is going to depend on ICE and ERO,
18 right?
19     A.   **Yes.**
20     Q.   Okay.  And you would have only known
21 whatever ICE had shared with you, correct?
22     A.   **That's correct.**

---

209

1          MR. DARROW:  Objection.
2          BY MR. GUARD:
3      Q.   Okay.  And I'm not asking him what they
4  shared.  I'm just asking that would be the limited
5  extent of his knowledge.  The next phrase says
6  includes accountability measures.  What did you mean
7  by that?
8          MR. DARROW:  Objection.
9      A.   **That means the technical and the ankle**
10 **bracelets, the electronic monitoring devices or**
11 **measures that allowed ICE to track and monitor and**
12 **account for the folks that we transferred to their**
13 **custody.**
14     Q.   Okay.  And then again, that would have been
15 information that you would have gathered or gleaned
16 from ICE, right?
17         MR. DARROW:  Objection.
18     A.   **Yes.**
19     Q.   Okay.  So whether or not the program's
20 effective and accountable is again going to depend on
21 ICE and how they implement it, right?
22         MR. DARROW:  Objection.

---

Oritz , Raul

July 28, 2022

54 (Pages 210 to 213)

---

**210**

1     A.   Yes.

2     Q.   Okay. If they do a good job, then it will

3 be effective and accountable. If they do a bad job,

4 it won't, right?

5     MR. DARROW: Objection.

6     **A.   Well, I would imagine it's dependent on**

7 **their capacity also, whether they have enough**

8 **monitoring devices or cell phones, mobile devices.**

9     Q.   Okay. So there could be budgetary

10 constraints, right?

11     A.   Yes.

12     Q.   Did you have to -- before you enrolled

13 someone in -- to parole ATD, at least at the time of

14 -- because I know -- frankly, I think it changes now,

15 but at the time of November 2nd, 2021, did you have

16 to check with ICE before you processed someone

17 through that pathway?

18     MR. DARROW: Objection.

19     A.   Yes.

20     Q.   Okay, all right. Would that have been

21 communicated to the sector chiefs and the deputy

22 chiefs in a separate communication, that they needed

---

**211**

1 to talk with ICE before they used this pathway?

2     MR. DARROW: Objection.

3     **A.   Most of the sectors at this time were**

4 **already starting to have ICE/ERO personnel assigned**

5 **to their processing centers. I know in Rio Grande**

6 **Valley, at one point we probably had 60 or 70 ICE/ERO**

7 **personnel working almost 24/7 side by side with our**

8 **Border Patrol agents.**

9     Q.   Okay.

10     **A.   So they were involved with the process at**

11 **the very beginning.**

12     Q.   Okay, and that was part of the -- there was

13 a surge of -- of other personnel from DHS to respond

14 to the increase in -- in encounters, correct?

15     MR. DARROW: Objection.

16     **A.   There was a surge of DOD resources, DHS**

17 **resources. We increased state and local funding for**

18 **Operation Stone Garden, and there was a whole**

19 **government approach.**

20     Q.   Okay, all right. Looking at -- now, this

21 memo, if certain averages and thresholds were met,

22 was going to be triggered as to all family units,

---

**212**

1 right?

2     MR. DARROW: Objection.

3     **A.   Yes.**

4     Q.   Okay. So if the Rio Grande Valley or Del

5 Rio hit the thresholds that are laid out in the

6 second page of this document on AR 5, all family

7 units would be paroled plus ATD, correct?

8     MR. DARROW: Objection.

9     **A.   All family units minus Central Americans**

10 **and Mexican family units.**

11     Q.   Okay. So there are -- for those, there

12 were -- was at the time an alternative pathway that

13 expelled, correct?

14     **A.   That's correct.**

15     Q.   All right, all right. Looking down at the

16 third paragraph, there's a reference to the 2019 May

17 daily average. Why was the 2019 May daily average

18 utilized for those two statistics?

19     MR. DARROW: Objection.

20     **A.   Because those two -- that month saw the two**

21 **highest encounter apprehension numbers for 2019.**

22     Q.   So 2019 was a surge year, right?

---

**213**

1     A.   Yes.

2     Q.   Okay, and so you -- you -- that was the

3 highest month in that surge year; is that correct?

4     **A.   That's correct.**

5     Q.   All right, and so you're using now 2021 and

6 2022, as we talked about doubled that, right?

7     **A.   That's correct.**

8     MR. DARROW: Objection.

9     BY MR. GUARD:

10     Q.   All right, but you were utilizing the

11 previous high as -- as kind of the point where this

12 was going to be triggered. Is that fair?

13     MR. DARROW: Objection.

14     **A.   Yes.**

15     Q.   Okay, all right. And then outside those

16 two sectors, either Commissioner Magnus or you were

17 going to have to say yes, you can use this policy,

18 correct?

19     MR. DARROW: Objection.

20     **A.   That's correct.**

21     Q.   All right. And I think you've indicated

22 that this policy was utilized in a couple other

---

Oritz , Raul

July 28, 2022

55 (Pages 214 to 217)

---

214

1  sectors on the southwest border, right?
2      A.  That's correct.
3      Q.  Yuma I think you mentioned, and what were
4  the -- and I apologize.
5      A.  I believe it was Yuma and El Paso, and it
6  would have been Acting Commissioner Troy Miller at
7  the time, not -- Commissioner Magnus didn't take over
8  till January of this year.
9      Q.  Okay.  Now, the second to last paragraph
10  talks about the fluidity of the COVID-19 pandemic.
11  Do you see that?
12      A.  Yes.
13      Q.  All right.  So this policy was only
14  intended to be temporary?
15      MR. DARROW:  Objection.
16      A.  Yes.
17      Q.  All right.  Looking at -- there are a
18  series of e-mails in the administrative record that
19  follow.  It looks like data was being sent to I
20  assume you, even though the -- you know, the from and
21  tos are blacked out on every one of them, there's
22  looks like reports of the situation at different

---

215

1  border crossings, or border sectors?  Excuse me,
2  correct?
3      MR. DARROW:  Objection.
4      A.  Yes.
5      Q.  All right.  And it looks like there's
6  several different days that are reported.  Looks like
7  you got October 20th, 2021, September 22nd, 2021,
8  August 12th, 2021, August 11th of 2021, August 2nd of
9  2021, and then the last one is actually e-mail
10  guidance.  Why were those specific dates versus other
11  dates chosen or utilized by you?
12      MR. DARROW:  Objection.
13      BY MR. GUARD:
14      Q.  I mean, I would assume you get a cit rep
15  every day?  Is that fair?
16      MR. DARROW:  Objection.
17      A.  Now I have a dashboard.
18      Q.  Okay.
19      A.  So --
20      Q.  I could pull out -- I got printouts of your
21  -- I probably have your dashboard.
22      A.  Yeah.

---

216

1      Q.  But at the time, I assume you were getting
2  e-mails like this almost practically every day?
3      MR. DARROW:  Objection.
4      A.  Yes.
5      Q.  Were these dates dates that were
6  particularly heavy or, you know, why -- why include
7  these and not others into the -- to what you
8  considered?
9      MR. DARROW:  Objection.
10      A.  I'm going to have to assume because these
11  were probably dates where we experienced higher
12  levels of encounters than we had on previous
13  occasions.  When you look at Del Rio, 3,600
14  encounters in three days, that's an average of 1,200
15  a day, that's significant.
16      Q.  Okay.  If you look down at Rio Grande on
17  that same -- you're looking at the e-mail from
18  October 20th, 2021?
19      A.  That's correct.
20      Q.  Okay.  And you look down at Rio Grande and
21  you have on, again, over three days, I think it's
22  4,489 encounters, but you don't recall specifically

---

217

1  why you considered this e-mail.  You just looking at
2  it now, that seems to be -- makes sense to you,
3  correct?
4      A.  Yes.
5      MR. DARROW:  Objection.
6      BY MR. GUARD:
7      Q.  Okay.  And if you look at the September
8  22nd of 2021 e-mail, if you look at the second page,
9  Del Rio, it says on pace for 15,052 this week?
10      A.  Yes.
11      Q.  Okay.  But you don't know why you included
12  this dashboard versus any other dashboard that -- or
13  not dashboard.  Any other stats you report in the
14  administrative record.
15      MR. DARROW:  Objection.
16      A.  This one would have been right after the
17  event in Del Rio where the Haitian migration flow
18  staged underneath the port of entry.
19      Q.  Okay, all right.  Looking back at AR 0012,
20  e-mail from September 22nd, 2021, under the Rio
21  Grande Valley component, there's 475 paroles, paren,
22  475 FMUA, closed paren.  Would those have been

---

Oritz , Raul

July 28, 2022

56 (Pages 218 to 221)

---

**218**

1  paroles under NTR?
2      MR. DARROW: Objection.
3      **A. Probably so.**
4      Q. Okay, all right. All right, we can turn to
5  AR 0016. This looks like it's some kind of a
6  roll-out of e-mail of some kind. Is that fair?
7      **A. Yes.**
8      Q. All right, and it's providing guidance on
9  how to stamp the I-385, among other things?
10     MR. DARROW: Objection.
11     **A. Yes.**
12     Q. And it's limit -- it says until 15 days
13 from entry, right?
14     **A. That's correct.**
15     Q. All right. And then if you look at AR 18,
16 this is -- there's another e-mail from August 5th of
17 2021, but there's a -- you know, this is the e-mail
18 that was probably provided to either the assistant
19 chiefs or the chiefs of the sectors that are
20 affected, right?
21     MR. DARROW: Objection.
22     **A. Looks like this one just went to Del Rio.**

---

**219**

1      Q. Okay, and it says, "Sir," comma, and then
2  there's a lengthy thing. All right, and you know,
3  the -- what does B-L-U-F or BLUF stand for?
4      **A. Bottom line up front.**
5      Q. Okay, so executive summary kind of thing?
6      **A. Exactly.**
7      Q. Okay, here's the take-away you need to take
8  from this, and it indicates this is just for family
9  units, right, as of that time.
10     **A. Yes.**
11     Q. Okay. Looking down at the list of bullet
12 points, it has as one of the factors to be considered
13 whether ICE slash ERO will accept custody of the
14 non-citizens, right? So we're on AR 3018.
15     **A. Uh-huh.**
16     Q. Almost three quarters of the way down,
17 bullet points. You with me?
18     **A. Yeah.**
19     Q. All right. It says whether ICE slash ERO
20 will accept custody of non-citizens. You see that?
21     **A. Yes.**
22     Q. At that point in time, ICE/ERO wasn't

---

**220**

1  accepting custody of any citizens, was it?
2      MR. DARROW: Objection.
3      **A. I don't believe so.**
4      Q. Okay. So that was always going to be a no.
5  I mean, you were always going to be going to read that bullet
6  point, right?
7      MR. DARROW: Objection.
8      **A. Yeah, I think there were maybe some**
9  **conditions where there was a mandatory hold on**
10 **certain populations if they were bag and baggage,**
11 **flight risk. So there were some exceptions.**
12     Q. Okay.
13     **A. Well, it says it in the next bullet.**
14     Q. Okay. Well, in the next bullet is -- it
15 makes it -- whether the non-citizen poses a threat to
16 national security, border security or a heightened
17 public safety risk. Now, this e-mail for whatever
18 reason doesn't -- the previous one has citizens with
19 a paren S closed paren. This one doesn't. Is this
20 e-mail saying that you could actually split apart a
21 family unit and peel off a criminal or if someone
22 was, you know, the son of a terrorist, you know, you

---

**221**

1  would have the mother and son could go through and
2  the father who's a terrorist would be split off? Is
3  that what it's kind of suggesting?
4      MR. DARROW: Objection.
5      **A. We have had situations in encounters of**
6  **family units where it could be potentially a mother**
7  **and a father, and the father would have a criminal**
8  **record and would be a mandatory detention, and so in**
9  **that case you're not separating the child from the**
10 **father, but you are taking one of the adults into**
11 **custody.**
12     Q. Okay, all right. That makes sense. All
13 right. And then the rest of the guidance on AR 0019
14 is just you have the documentation --
15     **A. The process, yes.**
16     Q. All right, and if you look at AR 21, it is
17 slightly different. This is on August 11th, so the
18 process I guess has changed in some way, and what I'm
19 referring to specifically on the previous one, it
20 said until the date, and it had 15 days from entry,
21 and this one is says 60 days from entry, right?
22     **A. That's correct.**

---

Oritz , Raul

July 28, 2022

57 (Pages 222 to 225)

---

222

1    MR. DARROW:  Objection.
2    BY MR. GUARD:
3    Q.   Okay.  And this one actually has a copy of
4 the stamp and telling them like explicitly how to
5 fill it out so they don't mess it up, correct?
6    **A.   That's correct, I had a conversation with**
7 **the A chief and ask that they specifically annotate**
8 **exactly what needed to be done.**
9    Q.   Fair enough.  All right, and then I think
10 the e-mail on AR 22 is the same as the e-mail that
11 was on AR 17, so this is just a -- they took an old
12 e-mail and stuck the first -- the top e-mail on it;
13 is that correct?
14   **A.   It appears to be similar, yes.**
15   Q.   They're both from August 5th at 1:48 p.m.,
16 and it looks the same.  All right, looking at AR 25
17 and 26, these again are just -- this is August 2nd of
18 2021, and again, it's just encounter data, right?
19   **A.   That's correct.**
20   Q.   All right.
21   **A.   Detention and encounter data.**
22   Q.   And you don't recall why this specific

---

223

1 e-mail was chosen versus the other ones you get every
2 day.
3    MR. DARROW:  Objection.
4    **A.   No.**
5    Q.   Okay, all right.  Now you're to the next
6 page, which is AR 28, and this is from July 31st,
7 right?
8    **A.   Yes.**
9    Q.   And again, this is an e-mail to Rio Grande
10 Valley?
11   **A.   That's correct.**
12   Q.   All right.  And so this is -- so the
13 previous e-mail that we looked at was an August 5th
14 e-mail of 2021.  This is -- this is, you know, five
15 days earlier, right, and this e-mail that went to --
16 I don't know again who it went to, but it looks like
17 it is going to Rio Grande just based on the content
18 on the first line of AR 28, this e-mail says family
19 units or single adults in the one -- well, it's the
20 paragraph that begins with, "Agents may consider,"
21 right?
22   **A.   That's correct.**

---

224

1    Q.   All right, so did -- between July 31st and
2 August 5th, was there a revision of the policy
3 between whether -- whether single adults are included
4 or not?
5    MR. DARROW:  Objection.  That would be
6 deliberative process.
7    BY MR. GUARD:
8    Q.   Okay.  So we have the memo, which says
9 family units only, right?
10   **A.   Yes.**
11   Q.   Okay, and then we have, in a series of
12 time, we have an e-mail from August 5th that says
13 family units, right?
14   **A.   Yes.**
15   Q.   And then we have an e-mail from July 31st
16 that says family units and single adults, correct?
17   **A.   That's correct.**
18   Q.   Okay.  So when you issued the policy, it
19 was only family units, right?
20   MR. DARROW:  Objection.
21   **A.   Yes.**
22   Q.   Okay.  And if after the policy was issued,

---

225

1 at some point in time you added single adults, right?
2    MR. DARROW:  Objection.
3    **A.   Yes.**
4    Q.   Okay.  And most likely that would have been
5 communicated in an e-mail that would be similar to
6 this one, right?
7    MR. DARROW:  Objection.
8    **A.   Yes.**
9    Q.   Would it necessarily require a new memo?
10   MR. DARROW:  Objection.
11   **A.   Not necessarily.**
12   Q.   Okay, all right.  You can put that aside.
13 What number are we on now?
14   MR. DARROW:  Twenty-seven I believe.
15   MR. GUARD:  Twenty-seven.
16        (Ortiz Exhibit No. 27
17        was marked for
18        identification.)
19   BY MR. GUARD:
20   Q.   I'm going to mark this exhibit as Exhibit
21 27 to your deposition.
22   MR. DARROW:  Thank you.

---

Oritz , Raul

July 28, 2022

58 (Pages 226 to 229)

---

226

1    BY MR. GUARD:
2    Q.   Have you seen Exhibit 27 before?
3    **A.   No.**
4    Q.   Okay, all right.  It is a document that is
5    I believe signed by Mr. Barker, or excuse me, I
6    should call him Chief Barker.  I need to call him the
7    right title, but Chief Barker?
8    **A.   He likes to be called Dr. Barker, but**
9    **that's okay.**
10   Q.   I'll be glad to call him Dr. Barker.
11   Correct?
12   **A.   Yes.**
13   Q.   Okay, so on page 2 of the exhibit, it has
14   -- are you familiar with Mr. Barker's signature?
15   **A.   I am.**
16   Q.   Okay, and is that his signature on page 2?
17   MR. DARROW:  Objection.
18   **A.   It appears to be.**
19   Q.   Okay, all right.  If you look at the --
20   this one's not stamped with those nice numbers, but
21   if you look at the fourth page of the document,
22   there's a memo, correct?

---

227

1    **A.   Yes.**
2    Q.   And that is the -- I believe you earlier in
3    the deposition talked about the July 18th, 2022 memo,
4    correct?
5    **A.   That's correct.**
6    Q.   All right.  Can you flip through this
7    document and see if your July 20th memo is anywhere
8    in here?
9    **A.   I do not see it.**
10   Q.   Okay, all right.  And that -- your July
11   20th memo implements this memo?
12   **A.   Typically when I receive a memo from the**
13   **secretary or the commissioner, I place a cover memo**
14   **and distribute it to the field for implementation.**
15   **So my July 20th memo would have been similar to this**
16   **memo without all of the additional information that I**
17   **don't -- I felt like, you know, the field didn't need**
18   **to have visibility on as far as, you know, some of**
19   **the policy issues.**
20   Q.   Okay, all right.  So it would have been a
21   -- kind of your summary of this memo with the points
22   that you believe to be relevant for Border Patrol.

---

228

1    MR. DARROW:  Objection.
2    **A.   For implementation by the sector chiefs,**
3    **yes.**
4    Q.   Okay, all right.  All right.  And this memo
5    rescinds your previous memo, right?
6    **A.   That's correct.**
7    Q.   Okay.  And like your memo, this memo's
8    premised on capacity and detention space, right?
9    MR. DARROW:  Objection.
10   **A.   That's correct.**
11   Q.   And like your memo, your previous memo in
12   2021, this parole plus ATD memo is based on the
13   public benefit of disease mitigation, right?
14   MR. DARROW:  Objection.
15   **A.   Yeah, it's based upon the health and**
16   **welfare of the migrant population, Border Patrol**
17   **personnel --**
18   Q.   Okay.
19   **A.   -- and overcrowded conditions within the**
20   **facilities.**
21   Q.   And like with your memo -- well, this
22   memo's not -- on its face not limited to just family

---

229

1    units, right?
2    **A.   That's correct.**
3    Q.   It applies to both family units and single
4    adults, correct?
5    **A.   That's correct.**
6    Q.   Okay.  And so if the triggers in this memo,
7    which are slightly different than your triggers, are
8    met, then both single adults and family units would
9    be released, right?
10   MR. DARROW:  Objection.
11   **A.   Could be released, yes.**
12   Q.   Okay.  Would they only be released if they
13   didn't meet some other pathway, like bag and baggage
14   or -- or something like that?
15   MR. DARROW:  Objection.
16   **A.   There would be a few issues that would be**
17   **factored into the utilization of ATDP.  Whether we**
18   **had an opportunity to decompress the population into**
19   **other facilities along the southwest border.  We on**
20   **occasion will place some facilities or find a**
21   **solution to incur greater capacity numbers if we have**
22   **a repatriation flight scheduled in a certain**

---

Oritz , Raul

July 28, 2022

230

location, and then if we know that ICE is going to be able to receive certain populations, we will work with them to try and transfer those individuals as quickly as we possibly can.

Q.   Okay, but barring those things, single adults and family units, when the triggers are met, will be released.

MR. DARROW:  Objection.

A.   Can be released.

Q.   Okay.  And they're going to be released kind of as a class or a group, right?

MR. DARROW:  Objection.

A.   Well, it's supposed to be considered on a case-by-case basis, and then a lot of it will depend on our capacity to process the migrant population. So I have folks assigned from -- or agents assigned from all over the country supporting these processing efforts, to include the northern -- northern border.

So if -- we use Yuma as an example.  If we start to see a spike in Yuma, we will empty out facilities near southern Arizona to try and accommodate those populations.  And so if a sector

231

hits a trigger point, it doesn't automatically go straight to ATD parole as a processing pathway.  We look at whether there are any other options available to us before we leverage the ATD parole pathway.

Q.   When those options max out, then everyone after that certain point is going to be going to parole ATD point unless there is a criminal threat, you know, national security threat or some other kind of threat to the United States, right?

MR. DARROW:  Objection.

A.   Yeah, if they're public safety, flight risk, and then if -- that will happen until we can get those facilities under what we would consider, you know, acceptable detention conditions.

Q.   Okay.  Now, you mentioned decompression.

A.   Yes.

Q.   Now, earlier on, I showed you some budget documents where ICE had gotten rid of, you know, thousands of beds, detention beds, right?

A.   Yes.

Q.   If they had not gotten rid of those thousands of beds, there would have been another

232

place where you could have transferred aliens to, right?

MR. DARROW:  Objection.

A.   Yeah, potentially there would have been an opportunity to transfer more of the non-citizens or migrants to ICE/ERO, but their capacity was -- even at 50,000 weren't going to be enough to support the amount of encounters we were experiencing.

Q.   Okay.  And I appreciate that, but at 50,000, that's possibly another, you know, average daily population of 20,000 additional migrants or 25,000 additional migrants being detained, right?

MR. DARROW:  Objection.

A.   Yes.

Q.   And that would have taken the pressure off of Border Patrol and its detention facilities, correct?

MR. DARROW:  Objection.

A.   For a short period of time, it would have.

Q.   Okay.

A.   But when you're an apprehending 65, 70 thousand migrants in a 24-hour period, you can do the

233

math.  It's not going to take long for them -- for us to exceed their capacity also.

Q.   Okay.  And if the -- and that was a decision by the Biden administration to not go forward and to limit the capacity of ICE, right?

MR. DARROW:  Objection.  That calls for deliberative process information.

BY MR. GUARD:

Q.   I'm just asking what administration made that decision.  The decision's made in public.

A.   It would have been under this administration, yes.

Q.   Okay.  And the Biden administration decided to narrow other pathways too, correct?

MR. DARROW:  Objection.

A.   There were other pathways that were eliminated, yes.

Q.   Okay.  And each one of those decisions in the midst of a historic flood of aliens to the southern border increased the pressure on Border Patrol and its limited capacity, right?

MR. DARROW:  Objection.

Oritz , Raul

July 28, 2022

60 (Pages 234 to 237)

234

1    A.  Yes.
2    Q.  And as that pressure build, there's no
3  other choice other than to release, right?
4        MR. DARROW:  Objection.
5    A.  That's correct.
6    Q.  If you'll look at -- again, there's not
7  numbers on the bottom, but it's an e-mail -- there's
8  an e-mail from July 22nd, 2022.  Do you see that?
9    A.  I do.
10   Q.  All right.  Now, the policy's dated July
11 18th, 2022, right?
12   A.  That's correct.
13   Q.  So this e-mail couldn't possibly have been
14 considered by Commissioner Magnus and Mr. Johnson in
15 forming the policy, right, because it postdates the
16 policy.
17       MR. DARROW:  Objection.
18   A.  That's correct.
19   Q.  And is this an e-mail that you received?
20       MR. DARROW:  Objection.  That information
21 is blacked out for privilege reasons.
22       MR. GUARD:  What is your assertion of

235

1  privilege?
2        MR. DARROW:  Same -- same assertion as
3  before, PII based on law enforcement.
4        BY MR. GUARD:
5    Q.  Well, you're going to enjoy defending them
6  in front of the judge, but we'll deal with that
7  later.  Now, if you'll look behind that, are these
8  your -- your dashboards that you were talking about?
9    A.  They are similar to the dashboards.
10   Q.  Okay.
11   A.  These are actually dashboards that the
12 operations directorate uses.  The dashboard I use is
13 a little bit different, but I think it contains some
14 of the same information.
15   Q.  Okay.  Is -- and you can flip --
16 unfortunately, again, there's not numbers on the
17 bottom of this.  There's another kind of different
18 dashboard.  I was just curious what you're actually
19 looking at.  This one has more than just "Border
20 Patrol" on it.  It says "Daily Snapshot" on the top
21 of it, and I'm trying to show it to you to make it
22 easier to find.  You got it right there.  You got it

236

1  right there.  Does that look like your -- your -- no,
2  all right.
3    A.  I'm going to tell you, I don't look at this
4  dashboard.  It's too busy for me, and it -- I've
5  asked the team to get rid of it actually several
6  times.
7    Q.  Okay.
8    A.  They like it, so --
9    Q.  All right.
10   A.  As long as they use it for whatever
11 purposes they use it for, it's fine.
12   Q.  Okay, and then if you'll flip forward,
13 there's a third kind of dashboard in here.  It looks
14 like -- it's called SWB daily snapshot.
15       MR. DARROW:  Is this the one we're up to,
16 SAR 32?  Sorry, it's kind of small at the bottom.
17       MR. GUARD:  Forty-six --
18       MR. DARROW:  Oh, 46?
19       BY MR. GUARD:
20   Q.  -- is the one I got --
21   A.  Got it.
22   Q.  Okay.  Does that look like -- more like the

237

1  dashboard you use, or still not.
2    A.  I don't like any of these, no.
3    Q.  Okay, all right.
4    A.  Sorry.
5    Q.  That's fine.  I was just curious.  All
6  right, and then if you look at -- actually, I now see
7  the SAR numbers.  I apologize for that.  If you look
8  at SAR 85 --
9    A.  Okay.
10   Q.  And there's temporary injunction entered
11 prohibiting the repeal of Title 42?
12   A.  Yeah.
13   Q.  Okay, all right.  You can put that aside.
14 I'm trying to speed this up.  The next I think 40
15 pages are what we previously looked at for your --
16 that were in your administrative record before, and
17 then at SAR122, it's something from the CDC?
18   A.  Yeah.
19   Q.  Okay.  And this is about the repeal of the
20 Title 42 order?
21   A.  That's correct.
22   Q.  All right, and then moving to SAR 152, this

Oritz , Raul

July 28, 2022

61 (Pages 238 to 241)

238

1  -- is this the order that you were referring to
2  before about Yuma, or Tucson, the injunction?
3      A.   I believe it's the -- it pertains to the
4  Doe litigation, yes.
5      Q.   Okay, all right.  All right, you can put
6  that aside.  If I can have -- if we can take a break
7  for about ten minutes, I can just go through my
8  questions to see if I've got that down.  We may come
9  back and rest and then I'll move the corporate rep
10  deposition pretty quickly.
11          THE VIDEOGRAPHER:  We're now off the record
12  at 16:10.
13              (Recessed at 4:10 p.m.)
14              (Reconvened at 4:27 p.m.)
15          THE VIDEOGRAPHER:  We're now back on the
16  record at 16:27.
17          MR. GUARD:  I have no further questions for
18  you, Chief.  I thank you for your service to this
19  country, and I'll pass the witness.
20      EXAMINATION BY COUNSEL FOR THE DEFENDANTS
21      BY MR. DARROW:
22      Q.   Thank you.  Just have a few questions,

239

1  Chief.  Try not to prolong things any longer than we
2  have to.  I believe you testified before, and correct
3  me if I'm wrong, that the government is currently
4  using MPP, the migrant protection protocol, less than
5  it was before; is that correct?
6      A.   That's correct.
7      Q.   Okay, and why is that?
8      A.   There are a couple other factors that have
9  forced or reduced the number of enrollees in the MPP
10  program.  First, the coordination with the government
11  of Mexico has to occur, and currently as it exists,
12  the one sector that is accepting MPP enrollees are,
13  or the one area is South Texas.  Two, one of the
14  things we have seen is that many of the individuals
15  that are enrolled in the MPP program claim protected
16  status, whether they are part of a protected group.
17  And so once that happens, they are no longer -- or
18  they're removed from the MPP program or process.
19      Q.   Okay.  Any other factors?
20      A.   No.
21      Q.   We talked before about expedited removal.
22  Which agency is primarily responsible for doing the

240

1  credible fears -- credible fear interviews of
2  non-citizens in expedited removal?
3      A.   So that responsibility falls to U.S. CIS,
4  Citizenship and Immigration Services.  They have
5  asylum officers that are assigned to conduct these
6  credible fear claims or CF claims.
7      Q.   Have there been border surges under other
8  administrations?
9      A.   I've been a Border Patrol agent for 31
10  years and I've been chasing traffic since 1996.  I
11  have worked in South Texas in '96.  In '98, I worked
12  in Southern California when traffic surged there.  In
13  2000, I worked in Arizona when traffic surged there,
14  and then I was the deputy chief or acting chief under
15  the 2014 UAC crisis and the 2019 family unit surge,
16  and so yeah, there have been surges throughout my
17  career.
18      Q.   Were there any surges under the previous
19  Trump administration?
20      A.   Yes.
21      Q.   I believe you also said before, and also,
22  please correct the record if I'm wrong on this, that

241

1  the border crisis is making things unsafe for
2  Americans and aliens alike.  Do you remember saying
3  that?
4      A.   Yes.
5      Q.   And why is that?
6      A.   Well, what typically happens is the
7  criminal organizations use the migrant populations as
8  pawns in this effort.  They place them in harm's way,
9  as we saw last month when 53 migrants perished in the
10  back of a tractor trailer.  They promise and provide
11  information that is inaccurate, and quite often, that
12  puts them in peril.
13          And then what we also see is that, you
14  know, these criminal organizations are putting these
15  border communities in danger because they are hiring
16  smugglers and traffickers, and quite often we see
17  these second effects in the -- manifest themselves in
18  stash houses in neighborhoods.  We see, you know,
19  damage to property, ranchers and farmers or, you
20  know, having to repair fences and, you know,
21  accommodate for livestock that are lost when these
22  smugglers drive through their property, so -- and

Oritz , Raul

July 28, 2022

242

then you have these smugglers that are just -- you know, have little regard for the safety of the community out there.

Q.   I'd like to go back to what I believe is marked as Exhibit 6 briefly.  It's this document that's top line points.  Is it all right if I have the witness look at my copy?

MR. GUARD:  That'll speed things up.

MR. DARROW:  Yeah, here you go.

MR. GUARD:  That's fine.

THE WITNESS:  Sorry.

BY MR. DARROW:

Q.   It's okay.  I opened it to the second page --

A.   All right.

Q.   -- so we're all looking at the same -- there is there at the top a list of bullet points with push-pull factors that we spoke about before.  Do you recall that?

A.   Yes, I do.

Q.   Are there any push-pull factors that you have experienced that are not included in that list?

243

A.   Yeah, one of the things that, you know, that we were just talking about is the criminal organizations or the transnational criminal organizations that are reaping all kinds of benefits from migration and the surges that we're experiencing right now, both from a -- the fees that they charge the migrants that they're trafficking, and the fact that they continue to flood the border area with, you know, narcotics and whatnot.

So those are the criminal organizations' ability to drive migration, not just in and along the border area, but you know, in specific locations.  Cartel violence occurs south of many of our sectors, and as we've seen acts of violence perpetrated against our officers quite often.  We've had more agents assaulted this year than we ever have, and we continue to see increase in firearm seizures.  So certainly the criminal organizations drive, you know, these migrant populations because it's a billion dollar business for them.

Previously cartels focused principally on narcotics trafficking.  Now based upon some of the

244

information that we receive from our intelligence sources, it isn't uncommon for us to see these plaza bosses or cartel bosses reap as much proceeds from immigration smuggling as they do from narcotics trafficking.

Q.   So among the factors, the ones listed on the page and the ones that you just enumerated, and feel free to review them further if you need to, would you say that some factors are more significant than others in -- in pushing as a push/pull factor?

A.   Yes, most definitely.  I think almost every single one of the migrants that we encounter are being driven by economic opportunities that exist or the lack of economic opportunities in their home country, and so that certainly is a factor that is considered.  I track the remittances that occur between the U.S. and Central America and Mexico, and what is an indicator as to what type of migration trends we may begin to see, and what I've seen over the last several years is an uptick in those remittances.

And so this is certainly in a COVID global

245

environment, and lack of opportunities in some of these countries is certainly pushing migrant -- these migrant populations to an area where, you know, our medical care and facilities are much better than what they may be experiencing in Central America, South America.  You see the political unrest that's occurring in Peru and Venezuela and some of the other countries is a significant driver of the population into the U.S.

Q.   All right, we don't need to look at that exhibit anymore.  How has Border Patrol's processing capacity changed since January 20th, 2021?

A.   One of the things that question have been able to invest in considerably is our ability to process the migrant populations much more efficiently.  We have made some significant investments in our ability to begin the process much sooner.  We have and are currently working on an electronic A file.  Traditionally Border Patrol, when they would issue an A file, everything was done via computer and printed out and signed and stored in a paper file system.

Oritz , Raul

July 28, 2022

63 (Pages 246 to 249)

---

246

1    We are rolling out our electronic A file
2 system across the country.  We are working on our
3 unified processing module, which will allow us to
4 transfer information from us to the other component
5 agencies to include CIS and ICE, Immigration and
6 Customs Enforcement.  We are able to take biometrics
7 in the field and determine immediately whether
8 somebody has been apprehended previously, whether
9 they have a criminal record, and whether they are a
10 threat to our national security or to our officers.
11    So what we've been able to do is speed up
12 the processing in some locations by as much as, you
13 know, half, or cut the processing times in half in
14 many locations, and this is -- we, we do not
15 have unfortunately mobile devices in every Border
16 Patrol agent's hands, but we're working on
17 prioritizing that in those sectors that are seeing
18 the highest increases of flow.  Yuma's a hundred
19 percent conducting mobile intake, and our plan is to
20 roll it out to Del Rio and Rio Grande Valley, and
21 then continue to expand that across both the
22 southwest border and the northern border.

---

247

1    So on top of being able to make some
2 investments in some of our processing centers, to
3 include the one I mentioned earlier, the Ursula
4 facility, which has the ability to house about a
5 thousand people in a hardened structure, we continue
6 to also update and modernize our processing programs
7 because they certainly were in need of improvement.
8    Q.  And what impact does -- does cutting
9 processing time have on the immigration process as a
10 whole?
11    A.  Well, one, it's going to make it more
12 efficient, and two, it allows us to segregate the no-
13 threat humanitarian asylum seeker population from
14 what would -- what I would consider my normal or
15 traditional border security work, which are those
16 migrants that are seeking to come to the U.S. for
17 strictly economic reasons and would not, you know, be
18 eligible for some sort of immigration benefit based
19 upon, you know, humanitarian or political conditions.
20    MR. DARROW:  All right.  Thank you very
21 much, Chief.  That's it for us.
22    FURTHER EXAMINATION BY COUNSEL FOR PLAINTIFF

---

248

1    BY MR. GUARD:
2    Q.  Okay, just a couple follow-ups.  You were
3 just asked about MPP.  That program was suspended
4 after the Biden administration took over, correct?
5    A.  Yes.
6    Q.  All right, and then it had to be restarted
7 as a result of a court order; is that correct?
8    A.  Yes.
9    Q.  Okay, and so the fact that it's only
10 available in one sector reflects its suspension and
11 the court order, right?
12    MR. DARROW:  Objection.
13    A.  Yes.
14    Q.  Okay.  You mention the protected group.
15 Can you -- what is -- what --
16    A.  LGBQ2 -- QT.
17    Q.  Okay.
18    A.  Yeah.
19    Q.  Okay.
20    A.  Sorry.
21    Q.  I just wanted to make sure I understood
22 what that was.

---

249

1    A.  Uh-huh.
2    Q.  And then finally -- well, I may have two
3 questions.  You mentioned that you had been chasing
4 traffic since you got on the job and had seen
5 previous surges, right?  Have you ever seen traffic
6 like this before?
7    A.  Yes, in -- let me explain.  In 1991, when I
8 started, we had about 4,000 Border Patrol agents, and
9 the amount of apprehensions didn't even come close to
10 the amount of people that got away from us.  There --
11 I mean, we couldn't even count how many people got
12 away from us.  So I can tell you that, you know,
13 those first couple of years in my career weren't even
14 close, and that was -- and I was only one sector.  I
15 didn't have the national perspective, but I'm sure
16 that played out in multiple sectors.
17    Two, the population that we're experiencing
18 now is a little bit different than what we've
19 experienced in other surges.  When I was assigned to
20 South Texas in '96, Arizona in 2000, Southern
21 California in '98, during those surges, that
22 population wasn't turning themselves in to our Border

---

Oritz , Raul

July 28, 2022

64 (Pages 250 to 253)

---

250

Patrol agents.  They were all trying to evade apprehension.  What we're experiencing now, specifically in Yuma, Del Rio, and to some degree Rio Grande Valley is, you know, 75 percent of that population is turning themselves in, and then roughly 25 or maybe a little bit more than that are actually trying to evade apprehension.

This isn't a matter of us not having the ability to encounter those groups.  This is when you break down the 1.8 million apprehensions that we've already made so far this year, I would imagine quite a few of those large groups are this no-threat humanitarian population that, you know, should be processed at a port of entry.

Q.   Are the individuals that are turning themselves in -- are they turning themselves in because they believe they're going to be paroled?

MR. DARROW:  Objection.

THE WITNESS:  I would imagine that they're turning themselves in because they think they're going to be released, yes.

MR. GUARD:  Okay, all right.  I don't think

---

251

I have any further questions.  Do you want to explain read versus waive?  Or I guess by -- I guess if you can have follow-ups.

MR. DARROW:  No, no, no, that -- yeah, we're going to -- we're going to read.

MR. GUARD:  Okay, all right.

MR. DARROW:  And could we also request scans of the marketed exhibits for the witness?

MR. GUARD:  Sure, I'm going to have her make electronic copies of them.

MR. DARROW:  Okay.

MR. GUARD:  So I'm -- I'm fine with that because that's easier for me too.

MR. DARROW:  Okay, great.

MR. GUARD:  All right.  We're going to go off the record and then back on for the corporate rep deposition, which is going to be extremely short.

THE VIDEOGRAPHER:  This concludes today's deposition.  We're now off the record at 16:44.

(Whereupon, at 4:44 p.m., the taking of the instant deposition ceased.)

---

252

CERTIFICATE OF DEPONENT

I have read and examined the foregoing pages and find the answers contained therein with changes made by me, if any, to be true and correct.

_____
Signature of the Witness

Subscribed and sworn to before me this
_____ day of_____, 20____.

_____
Notary Public in and for
_____

My Commission Expires _____.

---

253

UNITED STATES OF AMERICA  )
                          ss:
COMMONWEALTH OF VIRGINIA  )

I, KAREN C. YOUNG, a Notary Public within and for the Commonwealth of Virginia, do hereby certify that the witness whose deposition is hereinbefore set forth was duly sworn and that the within transcript is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 4th day of August, 2022.

_____

My commission expires:
June 30, 2026
Registration No. 7046852

---

Oritz , Raul

July 28, 2022

1

## A

**a.m** 1:20 6:11
68:20,21
119:9
**abbreviate**
13:22
**abbreviations**
13:21
**ability** 10:5
93:11 94:9
117:21
120:20
121:15,19
145:16,17
172:22,22
173:3 243:11
245:14,17
247:4 250:9
**able** 21:11
30:18 45:6
60:3 65:7
94:2 116:18
120:20,21
147:5 149:1
158:5 168:12
173:14,16
198:1 230:2
245:14 246:6
246:11 247:1
**above-entitled**
1:17
**abscond** 143:4
**absconded**
142:9,15,22
**absentia** 114:5
**absurd** 168:13
**ACA** 184:1,6
188:15
**academy**
15:15,18,20
16:8 20:7
30:18
**accept** 40:10
45:12,17

106:8 151:13
162:7 168:19
219:13,20
**acceptable**
231:14
**accepting**
106:5 220:1
239:12
**access** 141:5
**accommodate**
230:22
241:21
**accompanied**
192:1
**accomplish**
96:14
**account**
209:12
**accountability**
206:13 209:6
**accountable**
209:20 210:3
**accurate** 34:9
67:9
**acronym**
125:11
**acronyms**
184:2,3
**act** 36:12,15
75:19 76:11
77:2 191:14
**acting** 60:19
61:7 154:19
160:6 169:21
214:6 240:14
**action** 12:1,5
99:10 253:11
**actions** 48:18
50:12,20
**active** 16:2
**acts** 243:14
**actual** 75:2
155:21
**Acuna** 63:21

64:6
**Ada** 55:10
**added** 195:21
225:1
**addition**
111:16
139:11
**additional**
30:6,11
121:2 148:20
195:15,21
227:16
232:11,12
**additions**
128:1
**address** 7:14
143:12
144:22
145:12
146:13 147:1
**addresses**
145:6 149:6
149:8
**adds** 184:16
**adjutant** 12:22
13:2
**administrati...**
50:7,15
58:16 70:3
70:12,15
71:10 95:20
96:8 99:10
109:1,17
120:10
124:20 125:1
140:5 159:5
163:21 164:3
173:13,16
174:1,8,9
175:6,7
176:2,15
180:2 189:7
189:19 233:4
233:9,12,13

240:19 248:4
**administrati...**
240:8
**administrative**
5:14,15
195:18,22
197:2 214:18
217:14
237:16
**admissibility**
194:5
**admissible**
75:11 174:4
**admission**
78:7 98:22
112:21
192:11
**admissions**
14:5
**admit** 67:1
**admitted**
26:20 27:3,7
77:7
**ADP** 125:6,9
125:10,14,20
126:10 130:8
131:4,17
134:11
135:10 136:5
139:6,8,12
**adult** 125:20
130:8 131:21
134:10
135:10 136:6
139:8,12
**adults** 30:8,22
31:20 32:5,9
32:15 92:12
102:5 103:21
114:18 115:4
115:10 116:2
116:12,15
117:2 118:10
118:18,22

125:16 136:8
143:9 165:10
221:10
223:19 224:3
224:16 225:1
229:4,8
230:6
**advised** 156:4
**advising**
157:22
**advisor** 19:11
**affect** 133:21
172:18
180:21
**Afghanistan**
15:12 19:9
19:12 21:6
**age** 30:16,16
**agencies**
21:13 28:7
134:1 187:21
191:22 246:5
**agency** 14:19
17:20 120:18
239:22
**agent** 16:8
18:22,22
19:3,5 24:15
58:8 59:3
74:13,15
75:6,10,15
81:7 85:11
89:21 105:14
112:10 240:9
**agent's** 246:16
**agents** 4:6
16:1 20:15
24:9 26:6
30:17 77:17
86:13 89:10
89:15,21
90:3,7 109:6
111:17
150:10 155:3

LADOJ-ASYLUM180

Oritz , Raul

July 28, 2022

2

174:3,12
175:9 197:10
197:10,12
200:1,2,4,15
204:17
205:14 208:5
211:8 223:20
230:16
243:16 249:8
250:1
**ago** 16:16
43:14 130:10
**agree** 30:5
36:11,18
40:4,18,22
41:5,10,14
41:14 44:6
44:11 52:22
56:18 67:22
86:1 148:9
150:16
200:18,20
201:6
**agreement**
74:22 82:1,5
**agreements**
184:7
**agrees** 40:1,9
**agricultural**
38:4
**ahead** 9:6 47:3
182:1
**airports** 35:5
38:5 194:4
**al** 1:10 6:6
**alcohol** 10:4
**alien** 25:1,5
26:18 27:1,2
27:5 74:14
74:15 75:3,7
75:10,16
78:13 79:12
79:15 81:10
81:12 82:17

85:11,17
86:9 87:9,12
87:17,22
88:9,13,21
89:2 91:3
92:21 93:5
105:19
113:22
130:22
141:14 145:6
147:14,15
163:12,16
164:7 165:14
185:7 191:15
192:4
**aliens** 27:11
40:5,10,15
41:1,6,11,16
41:21 42:13
45:13,17,18
46:2 53:11
53:19 54:2
56:18 58:16
59:3,8,13
60:1 65:2
68:1 74:11
77:6 80:6,12
84:4 85:7
86:15,19
87:5 95:7
97:13 98:22
99:5 100:20
103:1 107:12
108:22
109:11
111:10
113:11,12
121:10 127:8
131:1 137:9
140:5,6,6
141:19,20
142:14,22
143:4,7
144:16

145:18
149:11 150:1
173:15,17
174:3,10
175:8 183:13
185:21 189:8
189:18
191:15
199:10
207:12,18
232:1 233:19
241:2
**alike** 53:11
241:2
**allow** 96:17
145:20
178:19 246:3
**allowed** 67:20
135:16,17
209:11
**allowing** 96:14
**allows** 92:2,8
98:21 99:4
113:2,3
208:13
247:12
**alternate**
141:22 142:2
**alternative**
140:10 142:9
212:12
**amenable**
105:16
170:16
171:14 173:8
**America** 1:9
6:6 57:9
63:13,17
244:17 245:5
245:6 253:1
**Americans**
53:11 212:9
241:2
**amount** 23:21

123:6 162:10
166:3 232:8
249:9,10
**amounts**
46:13
**Analysis** 5:3
**and/or** 152:18
**anecdotal**
149:10
**Angeles** 29:15
**Anita** 2:4 7:1
**Anita.Patel...**
2:8
**ankle** 209:9
**annotate**
222:7
**answer** 8:22
9:6,7,12
24:19 25:11
93:14 102:10
105:18
107:20 147:5
149:3 155:9
155:14
160:17
175:11
203:20
**answer's**
32:19
**answers** 252:3
**anybody** 25:19
**anymore**
245:11
**anyway** 174:16
**apart** 31:19
220:20
**apologize**
12:11 79:1
98:18 102:20
198:6 214:4
237:7
**appear** 55:5
74:19 110:15
110:19 111:1

111:7 113:6
113:19 114:1
114:2 144:18
145:9 162:16
163:12
165:22 185:3
188:4 189:2
189:9,16,17
204:8,11
**APPEARAN...**
2:1
**appears** 34:12
47:16 123:20
124:12,16
129:5 130:11
131:6 132:6
157:16
158:15 171:1
184:21
188:18
189:22 193:9
193:14
222:14
226:18
**apple** 204:18
**application**
78:6,9,14
87:13 112:21
**applies** 194:3
194:4 229:3
**appointee**
37:11,17,18
**appointees**
37:8
**appreciate**
16:7 122:8
122:21
135:18 164:5
183:20
200:18 232:9
**apprehended**
45:22 246:8
**apprehending**
148:12

161:15
232:21
**apprehension**
212:21 250:2
250:7
**apprehensio...**
48:12 131:1
183:9 185:16
249:9 250:10
**approach**
23:17 211:19
**appropriate**
75:15 192:4
**appropriated**
137:5
**appropriately**
21:12
**appropriates**
130:19
**appropriators**
132:9
**approval**
22:22 23:5
**approve** 117:1
**approved** 23:4
114:18 117:4
117:7,12,15
**approximate**
164:5
**approximately**
16:20 18:16
19:17,19
64:14 104:16
118:22 163:6
163:18
**April** 195:15
**AR** 195:2,2
196:11 197:5
197:6 206:11
212:6 217:19
218:5,15
219:14
221:13,16
222:10,11,16

223:6,18
**area** 32:14
80:18 145:18
175:15
239:13 243:8
243:12 245:3
**areas** 93:20
94:10 173:4
**Arizona**
202:14
230:21
240:13
249:20
**Arlington** 1:13
1:20 6:10
**arrangements**
207:21
**arrest** 74:20
110:18,19
111:6,9
**arrivals** 132:10
**arrived** 55:2
65:5
**arriving** 95:7
**arrow** 46:7,9
46:14
**articles** 180:16
180:21
**ascertain** 65:8
**aside** 60:6
132:22 169:4
180:15 190:2
193:15
194:12
225:12
237:13 238:6
**asked** 8:15
198:5,11
236:5 248:3
**asking** 11:1
69:4 102:13
108:6 127:14
127:18 146:5
153:14

160:13,14
162:14 165:3
169:16 176:6
209:3,4
233:9
**asks** 88:13
**assaulted**
243:16
**assertion**
234:22 235:2
**assessment**
65:7
**assigned** 15:3
15:8 20:16
21:6 211:4
230:16,16
240:5 249:19
**assistant** 19:3
19:8 198:14
218:18
**associate**
198:11
**associated**
143:11
**associates**
118:12
**assume** 9:1
16:14 64:22
74:1,10
103:16 109:4
126:1 140:16
167:19 181:2
214:20
215:14 216:1
216:10
**assumed**
141:8 150:8
**assuming** 82:4
168:16
**assumption**
172:6
**asylum** 81:19
82:18 83:1
83:18,22

84:5,8 85:1,8
85:11 86:2
86:20 87:8
87:13,16
88:9,22
95:16 107:10
184:4,5,6
187:11
205:14,17,17
205:19 240:5
247:13
**ATD** 14:11
113:16
114:14,16,21
115:3,11
117:2,12,16
118:3,11
119:1 140:2
140:4 143:8
146:17,21
147:10,19
196:2 204:17
205:5,11,13
206:2,8,12
210:13 212:7
228:12 231:2
231:4,7
**ATDP** 229:17
**ATDs** 116:15
**attache** 15:4,7
15:11 19:12
**attended**
200:5 201:7
**attention**
195:17
196:10
**Attorney** 2:5
6:17
**attorneys** 6:12
**audible** 8:9,16
**August** 16:15
215:8,8,8
218:16
221:17

222:15,17
223:13 224:2
224:12
253:15
**authorities**
105:2
**authority**
17:14 74:19
77:17 99:9
100:6
**authorization**
163:11
**authorize** 46:1
**authorized**
118:2 126:2
136:14 137:5
**authorizes**
45:17,21
**automatically**
231:1
**availability**
109:10
**available**
47:15 49:13
110:7 122:10
157:5 231:3
248:10
**Avenue** 7:16
**avenues**
145:13
**average** 24:14
126:7,9,17
131:10 162:2
212:17,17
216:14
232:10
**averages**
211:21
**avoid** 9:22
166:6
**aware** 29:20
53:18 71:19
108:8 197:1
**awful** 13:15

Oritz , Raul

July 28, 2022

4

21:14
awfully 25:13

**B**
**b** 4:1 77:15
78:20,22
79:1 87:2,2
87:15 88:15
88:17,17,17
95:5
**B-L-U-F** 219:3
**back** 15:5
19:12 39:1
40:5 53:14
55:15 63:7
68:22 85:3
87:1 95:4
99:15 107:15
108:14 115:5
118:10
119:11
120:14
124:10 130:5
131:6 151:21
152:1 154:9
159:11
162:13 165:4
167:8,11
168:8 175:1
175:4 177:9
187:10 188:3
195:9 217:19
238:9,15
241:10 242:4
251:16
**backwards**
18:18
**bad** 114:12
210:3
**bag** 112:6,15
220:10
229:13
**baggage** 112:6
112:15

220:10
229:13
**bar** 98:22
103:15
**Barker** 5:5,6
12:7,9 160:1
160:8 161:5
161:21 162:4
162:14,18
167:13
168:11
169:18 226:5
226:6,7,8,10
**Barker's** 170:7
170:20
226:14
**barring** 230:5
**based** 90:13
92:21 93:5
148:4 159:9
163:13 174:6
184:14
223:17
228:12,15
235:3 243:22
247:18
**basically**
144:21
156:11
**basis** 100:8,18
174:6 202:7
230:14
**Bataan** 9:10
**bed** 122:2
130:8 131:16
131:21
158:12
**beds** 66:8,16
72:3,6,7
122:10,12
125:20,21
131:22 136:9
137:11
139:14

231:19,19,22
**began** 65:20
163:19
**beginning**
105:11
202:21
211:11
**begins** 6:3
84:9 223:20
**begun** 63:17
**behalf** 2:2,10
7:3,5,7,9
**behave** 9:19
**behavior** 26:3
**beings** 9:19
**believe** 13:14
14:10 15:20
26:17,22
27:5 35:10
72:9 76:10
92:13 100:5
107:1,22
108:20 113:6
120:14 135:5
137:4 143:3
166:5 171:10
172:1 179:3
181:8 187:1
187:8 188:22
190:10 193:7
198:15 200:2
205:8 214:5
220:3 225:14
226:5 227:2
227:22 238:3
239:2 240:21
242:4 250:17
**believes** 74:14
**Ben** 2:13
**Bend** 94:4
**benefit** 228:13
247:18
**benefits** 243:4
**best** 72:19

**better** 22:10
71:14 147:9
147:14
178:21 204:3
245:4
**Biden** 4:13
50:7,14 51:1
51:9 58:15
59:1,12,18
59:22 68:6
71:9 72:17
95:20 108:22
152:11 159:5
163:21 174:8
175:5 176:2
176:15 180:2
189:19 233:4
233:13 248:4
**Biden's** 68:7
69:5
**big** 79:1,7
87:15,15
94:4 95:5
128:20
**billion** 16:21
243:19
**binding** 13:8
**biographical**
80:1 103:5
103:17 145:5
207:3,5,15
**biometrics**
103:5,10,12
246:6
**bit** 92:2 114:15
164:18 165:6
205:13
235:13
249:18 250:6
**blacked** 102:2
102:9 153:7
214:21
234:21
**blocked**

151:22
153:13 162:6
169:17 170:1
170:6
**blood** 253:11
**BLUF** 219:3
**border** 4:5,10
4:11 14:15
14:19 15:1,5
15:14,17
16:1,10,12
16:19 17:1,1
17:4,5,7,10
17:15,18,22
18:8,21 19:4
20:6,12,15
21:2,10,21
22:1,9 24:8
24:15,21
25:3,7,8,15
25:19,22
26:2,6 27:12
27:15,20,22
28:8 29:7
30:6,12,16
31:10,18
32:2,8,22
33:4,9,14
34:13,16,19
35:1,3,8 36:1
36:6,8,9,10
36:11,19
37:13,20
38:11 39:13
39:16,19
40:2,9,14,15
40:19 41:2
41:11,15
42:7 43:17
44:1,13,17
46:13,20
47:20 48:2
48:12 50:8
50:17 51:13

LADOJ-ASYLUM183

Oritz , Raul

July 28, 2022

5

| | | | | |
|---|---|---|---|---|
| 51:19 52:5 | 160:2,5,20 | 110:12 | 123:20 124:1 | 140:13 177:3 |
| 52:19 53:1,5 | 160:21 | 112:19 125:5 | 124:14,18,22 | 198:11 226:6 |
| 53:10,10 | 161:22 163:3 | 129:15 | 125:8 127:15 | 226:6,10 |
| 54:13 55:2 | 163:10,11 | 131:16 132:8 | 128:1,5,10 | **called** 1:16 |
| 58:8 59:2,9 | 164:12 168:2 | 178:13 | 129:3 130:9 | 7:16 95:11 |
| 59:17 62:8 | 171:14 172:3 | 185:14,15 | 131:20 133:9 | 109:10 144:7 |
| 67:8 71:16 | 174:11 175:9 | 219:4 234:7 | 134:9 135:22 | 187:19 226:8 |
| 72:1 74:7,12 | 175:20 | 235:17 | 136:8,19,20 | 236:14 |
| 74:12,14,18 | 176:10,13,17 | 236:16 | 138:4,20 | **calls** 160:11 |
| 75:6,9,14 | 183:4,9 | **Boulevard** | 139:5,9,12 | 233:6 |
| 77:17 78:12 | 185:16,16 | 1:19 6:9 | 139:20 | **camp** 96:18 |
| 79:10 80:7,7 | 187:15 | **box** 2:13 103:9 | 202:22 203:2 | 187:9,9,9 |
| 80:13,18 | 190:16,22 | 106:3 | 231:17 | **camps** 187:19 |
| 81:7 84:5,8 | 192:15 | **bracelets** | **budgetary** | **Canadian** |
| 85:3 86:13 | 197:13 | 209:10 | 20:20 210:9 | 38:14 |
| 86:19 89:9 | 199:13,18,21 | **break** 9:11 | **budgets** | **cancelled** 63:8 |
| 89:14,20 | 200:17 | 10:15 68:11 | 141:18 | 63:9 64:11 |
| 90:3,7 91:12 | 201:17 | 68:11 69:4 | **build** 234:2 | **Candidate** |
| 93:21 94:17 | 204:17 | 119:4,7 | **bullet** 54:20 | 68:7 69:5 |
| 96:13 101:20 | 205:14 | 174:15 238:6 | 55:9,16,18 | **capacity** 10:10 |
| 105:14 106:5 | 207:11 208:5 | 250:10 | 57:5,5 58:3 | 10:13,15 |
| 108:17,22 | 211:8 214:1 | **breaks** 9:13,13 | 71:5 219:11 | 16:10 32:10 |
| 109:1,5 | 215:1,1 | **bridge** 61:15 | 219:17 220:5 | 32:22 33:9 |
| 111:16 | 220:16 | 63:16 65:3,6 | 220:13,14 | 44:13,16 |
| 118:12 | 227:22 | **brief** 4:18,22 | 242:17 | 71:20 72:5 |
| 119:15,18,20 | 228:16 | 5:1 123:19 | **bunch** 13:20 | 117:18 |
| 120:2 122:11 | 229:19 | 131:20 133:9 | 102:14 | 119:17,20 |
| 124:6 128:2 | 230:18 | 138:4,20 | 167:15 | 120:2,16 |
| 128:4,11 | 232:16 | **briefly** 177:10 | **bused** 65:22 | 121:21 122:5 |
| 130:21 | 233:20,20 | 242:5 | **buses** 63:21 | 122:6 126:9 |
| 133:21,22 | 235:19 240:7 | **bring** 11:19 | **busier** 168:3 | 130:20 |
| 137:9 138:8 | 240:9 241:1 | 120:12 | **business** 7:14 | 132:11 |
| 138:17 | 241:15 243:8 | **broader** | 243:20 | 139:21 140:2 |
| 139:19 141:9 | 243:12 | 146:20 | **busy** 236:4 | 154:19 |
| 142:13 143:3 | 245:11,19 | 178:20 | | 168:21 192:8 |
| 143:7 144:10 | 246:15,22,22 | **broke** 119:14 | _____ | 210:7 228:8 |
| 145:1,4,16 | 247:15 249:8 | **broken** 46:6,9 | **C** | 229:21 |
| 146:2,3 | 249:22 | 46:14 | **C** 3:1 6:1 79:7 | 230:15 232:6 |
| 148:5,19 | **boss** 12:17 | **brought** 140:4 | 95:5,6 253:4 | 233:2,5,21 |
| 149:12 | **bosses** 244:3 | **bubble** 114:15 | **calendar** 96:5 | 245:12 |
| 152:18 153:9 | 244:3 | 117:11 | **California** | **Capitol** 2:6 |
| 154:13,15 | **bottom** 39:4 | **budget** 4:18 | 18:22 240:12 | **caravans** |
| 155:3,4 | 95:6,8 103:9 | 4:20,22 5:1 | 249:21 | 59:17,20 |
| 156:3 157:19 | 106:3,20 | 16:21 123:19 | **call** 31:17 | **care** 9:7 30:14 |
| | | | 75:21 80:20 | |

121:15,17
245:4
**career** 22:2
27:10,21
37:8,10,12
37:16 240:17
249:13
**cargo** 38:19
**Caribbean**
149:16
**cartel** 243:13
244:3
**cartels** 243:21
**carve** 31:5
32:16
**case** 1:8 6:6,8
71:6 72:20
102:18
120:20 144:6
221:9
**case-by-case**
100:7,18
230:14
**cases** 30:15
**catch** 141:10
141:12,14
**categories**
110:13
**categorized**
164:15
**category**
163:19
164:13 185:6
185:22 187:6
187:20 189:3
**cause** 94:17
168:21
**caused** 61:6
**CBP** 2:17 4:7,8
34:19,22
35:8 36:13
37:14 39:10
47:11 48:18
49:9 50:12

54:1,13 56:1
114:18 124:4
124:5 129:11
133:22 134:3
138:14 146:3
163:10 171:4
182:14,17
194:3
**CBP's** 47:15
49:13 163:11
**cc** 169:16
**cc-ing** 167:14
**CD** 74:9
**CDC** 104:8
237:17
**CE** 5:7
**cease** 33:13
163:5
**ceased** 251:21
**cell** 210:8
**cells** 32:13
**center** 31:4
84:21 85:4
120:8 158:19
**centered** 21:8
21:16 113:1
171:11
175:16 177:7
**centers** 66:3
69:18 122:3
122:15 156:6
156:8,9
211:5 247:2
**central** 57:9
158:2 212:9
244:17 245:5
**centralized**
84:21 120:7
**Centro** 94:4
**certain** 84:19
87:4 93:20
94:9 96:5
97:12,17
100:20,21

106:4 114:17
117:17 118:2
118:3 163:13
211:21
220:10
229:22 230:2
231:6
**certainly** 17:14
23:17 25:12
32:13 38:6
38:12 93:12
95:2 148:14
157:2 201:14
201:19
243:18
244:15,22
245:2 247:7
**CERTIFICATE**
252:1
**Certified** 5:14
**certify** 253:6
253:10
**CF** 240:6
**chain** 24:12
153:1,3
162:3
**challenge**
14:10
**challenged**
121:18
154:18
**challenges**
23:13 30:6
30:11 45:9
47:1 106:5
**chance** 64:9
135:13 146:6
**chances**
169:13
**change** 24:15
24:16 108:9
108:13
119:16 130:7
131:15,15

158:3,4
159:2
**changed**
164:18,21
221:18
245:12
**changes**
127:22
128:10
133:20
152:15
174:10 175:7
176:1,13,20
180:15
181:11
210:14 252:4
**changing**
158:1
**characteristi...**
115:12,16
116:11,14
**charge** 19:3,5
188:2 197:12
243:6
**chart** 4:3,4
34:14 179:12
179:16
**chartering**
63:21
**charts** 188:13
**chasing**
240:10 249:3
**check** 103:6
115:5 141:1
146:12,22
210:16
**checks** 103:18
103:19
**chief** 4:6 6:17
7:11 8:2,7
14:8 16:12
16:19 17:4,6
17:8,9,11,12
17:14,16,16

17:22 18:4,7
18:9,14 19:8
19:14,17
20:1,4,4,8
21:7 22:1
23:4 25:7
37:20 40:18
40:22 41:5
41:10,14,20
43:6 44:6,11
53:18 54:1
67:9,22 69:3
70:8 72:1
74:8 86:1
89:9 90:22
92:14 108:17
114:18 122:8
123:15 128:4
128:7,8
133:13,13
138:7 144:10
151:17 152:1
153:2,4,8
154:10,12,14
154:20,20
155:2 156:2
160:2,7,18
160:19,19,20
161:2,6
166:21
169:18,21
170:5 197:9
197:10
198:14,16
222:7 226:6
226:7 238:18
239:1 240:14
240:14
247:21
**chief's** 20:21
**chiefs** 4:6 24:7
24:7 44:16
177:4,5
198:11,15

210:21,22
218:19,19
228:2
**chiefs'** 177:3
**child** 70:7
221:9
**children** 30:16
30:19,21
31:6,10,11
32:17 55:2
69:17 70:10
70:18,20
72:18 73:11
73:16 96:12
102:6,7
103:11
147:19
186:10
**choice** 234:3
**chose** 100:11
**chosen** 102:21
215:11 223:1
**Chris** 37:15
**Christmas** 2:4
6:21,21
**circumstanc...**
11:2 22:18
25:16 46:11
61:6 118:3
173:19 186:2
**CIS** 205:20
240:3 246:5
**cit** 215:14
**cite** 68:1
**cited** 56:3,14
**Citizen** 205:22
**citizens** 82:3
220:1,18
**citizenship**
79:12,16
80:1 240:4
**Ciudad** 63:21
**claim** 84:5,8
85:1,2,8 88:9

88:22 107:11
184:4 239:15
**claiming** 83:18
83:21 153:18
**claims** 82:18
85:11 86:2,6
86:20 102:12
240:6,6
**clarification**
50:1 154:3
160:16
**clarified** 108:5
**class** 15:21
16:2 98:22
99:9 100:12
100:14
230:11
**clear** 10:12
24:2 50:6
155:10
**climb** 83:21
**Clinton** 28:18
**close** 126:8
143:15 249:9
249:14
**closed** 45:6
191:15 192:2
217:22
220:19
**closely** 21:12
38:13 44:21
**coach** 135:17
**coastal** 17:1
52:21
**code** 97:8
120:12 185:8
**codify** 72:17
73:5,8,19
**college** 14:13
**column** 88:18
95:6,9
**come** 23:5,7
68:2 154:9
159:11 171:6

172:3 195:16
198:1 238:8
247:16 249:9
**comes** 203:4
**comfort** 31:18
**coming** 59:8
94:16 146:1
207:4
**comma** 219:1
**command**
24:12 89:11
89:17
**comments**
60:18 61:8
62:6,14
**commingled**
32:15
**commission**
252:17
253:20
**commissioner**
12:18 37:2,5
37:13 60:19
60:20 61:7
114:19
213:16 214:6
214:7 227:13
234:14
**commission...**
20:22 196:1
**commit** 98:4
**common**
24:16 115:11
115:15
116:11,14,19
149:10
**Commonwe...**
253:3,5
**communicate**
172:22 177:6
**communicat...**
118:11
174:11 175:8
176:2,7,21

181:12
210:21 225:5
**communicat...**
177:2
**communicat...**
210:22
**communities**
44:4 45:1,22
187:16
199:17,18
200:7,16
201:14 202:5
241:15
**community**
91:19 123:2
142:6 201:10
201:17 242:3
**community-...**
72:20,20
**Comparativ...**
148:12
**compare**
17:12 113:15
189:15
**complete**
172:16
200:13
**completed**
112:12 120:7
**completing**
205:14
**compliant**
202:13
**component**
23:1 35:2
39:3 126:19
127:5,6,7
129:7,19
152:17 194:3
217:21 246:4
**components**
21:15 22:17
35:7 36:13
36:15 48:19

54:1 127:13
133:20 177:2
**compound**
170:17 173:9
**computer**
245:21
**concerned**
165:17
**concerning**
148:14
**concerns**
200:9
**concert** 36:12
**concluded**
49:16
**concludes**
251:18
**conditions**
91:22 121:7
144:14
163:13,14
202:11 220:9
228:19
231:14
247:19
**condone** 26:3
**conduct** 77:18
240:5
**conducted**
79:2
**conducting**
25:20 246:19
**conducts** 75:7
**confer** 174:14
**confirm**
164:16
**congregate**
30:22 204:1
**Congress**
73:20 75:21
76:4 99:8
100:6,11
130:18 132:3
132:9 136:16

137:5
Congressio...
129:1
connection
144:6
consecutively
131:8
consent 29:10
29:12 30:1
consequence
95:1 113:22
consequenc...
171:17,18,22
172:3,11,13
172:15
consider
91:12,13
142:14 154:3
223:20
231:13
247:14
considerably
245:14
consideration
87:13 143:5
148:16
considered
17:16 19:2
56:9 115:22
143:9 192:3
216:8 217:1
219:12
230:13
234:14
244:16
consistent
56:18 57:19
72:19
constrain
157:5
constraints
45:9 208:4
210:10
constrict

157:4
contact 81:4
198:13
contain 39:2
contained
252:3
contains 48:6
49:18,21
134:2 235:13
content
223:17
context 46:10
91:12 129:16
129:19
141:13
contiguous
95:8
continuation
62:16
continue
25:17 164:19
206:15 243:8
243:17
246:21 247:5
continued
71:14 90:20
120:10
continues
94:11
continuing
42:4 137:3
188:21 203:1
contracted
109:21 110:2
110:7
contracting
120:20
contraction
109:9
contractors
200:4
contracts
108:18,20
control 143:4

controlled
112:1
controls 123:3
conversation
154:1 156:3
222:6
cookie 23:17
cooperative
184:6
coordinate
20:10 177:3
coordinated
17:17 20:19
coordinates
32:1
coordinating
21:8 28:5
44:2,5
coordination
17:19 21:14
21:17 82:11
82:13 175:16
176:8,9
177:7,8
239:10
Coordinator
5:7
copied 151:8
152:5
copies 182:10
251:10
copy 33:19,21
118:17 222:3
242:7
corner 122:2
corporate 10:8
10:16 196:21
238:9 251:16
correct 14:16
14:17,21
15:13,16,22
16:9,17
18:13 24:1
24:10,13

26:4,8 27:19
27:21 28:19
29:4,5,8 31:8
31:9,12,13
32:11 35:20
36:4,7 37:2,3
39:11 40:11
40:12 43:15
47:12,18
48:10,11,14
48:21 49:16
49:17,19,20
50:12,21
51:17 52:19
54:13,21
55:3,4 56:6
56:15 58:4
61:18 64:3
66:6,21
70:13 72:11
75:8,13,16
75:17,22
76:1,8,12
77:7 79:3,5
79:12 82:6
82:21 85:13
85:21 86:10
88:5,6 89:6
92:4,6 95:17
95:21 97:9
97:10,18
100:1,2,8
103:1,12,13
103:22
105:19,21
106:16,20
107:1 109:2
109:18
110:20,21
112:2 118:9
119:21 120:5
121:4 123:19
124:6,7,11
124:15,20,21

125:3 127:4
127:9 129:4
130:10,14
131:5,13,22
132:1 133:10
134:6 136:6
136:7,18
138:5,10
139:14 140:7
140:14,15
142:22 143:1
144:19,20
145:3,15
146:14 147:2
148:6 151:9
151:10,18
152:15,20
155:14 156:9
156:14
162:16,17
164:10
165:16
166:22 168:4
168:7 178:2
179:7,22
180:17
182:18 183:4
183:10,11,15
184:19
185:13 186:7
186:16,18,22
188:9 189:10
189:12,14
190:12,13
191:18
196:16 197:3
197:4,7,8,11
197:14,16,17
197:21 198:4
199:10 204:2
204:5,13
208:21,22
211:14 212:7
212:13,14

Oritz , Raul

July 28, 2022

9

213:3,4,7,18
213:20 214:2
215:2 216:19
217:3 218:14
221:22 222:5
222:6,13,19
223:11,22
224:16,17
226:11,22
227:4,5
228:6,10
229:2,4,5
232:17
233:14 234:5
234:12,18
237:21 239:2
239:5,6
240:22 248:4
248:7 252:4
**correctly** 70:1
73:3 131:2
134:14
178:22
206:17
**counsel** 1:16
7:17,22 11:9
11:10 13:9
118:17
135:16
153:19 155:8
196:8 198:19
199:2 238:20
247:22
**count** 249:11
**counted**
184:13
**countries**
38:15 57:10
57:15 61:13
63:14,16
93:13,16
100:20 106:4
106:6,7,9
116:12,17

149:15 184:7
245:2,8
**country** 40:5
82:2,15
112:8 140:7
150:1 158:8
230:17
238:19
244:15 246:2
**county** 200:11
**couple** 23:16
46:22 58:11
59:21 64:5
82:22 97:12
118:7,14
129:21
154:22
164:19
167:13 177:1
188:19
213:22 239:8
248:2 249:13
**course** 13:10
172:20
**court** 1:1 6:7
6:13 8:10 9:8
9:20 11:22
26:16 114:13
154:9 155:8
175:3 179:6
180:10
183:22 248:7
248:11
**cover** 180:17
227:13
**coverage**
61:14,21
**covering**
23:20,22
24:2
**COVID** 84:19
121:14,20
122:21
156:21

199:19,20,22
200:3,4,14
201:19
244:22
**COVID-19**
89:21 214:10
**create** 191:3
**created** 21:20
127:10,15,19
129:2 138:8
190:22 191:5
**creation**
129:11
**credible** 85:17
86:3,6,14,21
87:9,17,21
88:14,22
107:10 240:1
240:1,6
**crimes** 111:22
**criminal** 63:19
83:12 94:6
103:16
115:20 131:1
163:15 173:1
220:21 221:7
231:7 241:7
241:14 243:2
243:3,10,18
246:9
**criminally**
111:11
**criminals**
97:17
**crisis** 40:19
48:2 53:9
70:7 119:20
240:15 241:1
**criteria** 117:17
191:16
**crossers**
130:21
**crossing**
108:22

**crossings**
215:1
**crowd** 65:2
**crowded** 33:5
**cruel** 25:4 27:8
**Cuba** 61:12
116:19
149:15
**Cuban** 93:9
**curious** 16:1
148:15
235:18 237:5
**current** 37:4
178:18
**currently**
40:19 48:1
53:9 86:13
104:9 162:15
239:3,11
245:18
**custodial**
96:15
**custody** 5:8,10
28:4 43:12
71:15 81:14
83:15 84:7
86:20 91:14
93:20 111:7
112:13 118:1
142:10
157:10
163:13
179:14,20
180:3,6,11
182:13,16
203:5 204:4
208:3,3
209:13
219:13,20
220:1 221:11
**customs** 4:5
4:10,20
34:15,19
35:1 36:1

38:4 39:3
129:3 138:17
246:6
**cut** 33:8 47:2
71:19 246:13
**cute** 176:5
**cutter** 23:17
**cutting** 247:8

---
**D**

**D** 6:1 100:5
**D.C** 2:13 7:16
19:15,18
**daily** 126:7,12
131:10
212:17,17
232:11
235:20
236:14
**damage**
241:19
**danger** 241:15
**dangerous**
63:3
**dangers**
172:22
**Darrow** 2:11
3:5 7:3,3 9:4
13:2 24:18
25:10 26:9
26:14 27:18
30:9 31:21
32:6 33:6,11
33:15,20
35:13 36:21
40:20 41:3,8
41:18 42:1
42:16 43:4
43:22 44:9
44:19 45:14
45:20 46:4
46:15 47:9
48:3 49:7
50:1,4 51:15

Oritz , Raul

July 28, 2022

10

51:22 52:15
53:2,7,12,21
54:10 56:4
56:20 57:2
57:17,20
58:19 59:5
59:10,15,19
60:4,14,22
61:16,22
62:4,11 64:4
64:19 65:17
66:10,20
67:2 68:4,8
69:20 70:6
70:16 71:2
71:12,21
72:4,12
73:13,22
74:16 75:12
76:2,6 77:8
77:19 78:2
78:11,16
79:4,13,17
80:3,10,15
81:8,13,16
81:20 82:7
82:19 83:9
83:19 84:1,6
84:15 85:5,9
85:14,19
86:4,11,17
87:11,19
88:2,7,11
89:3,7,12,18
90:1,5,9,16
90:19 91:5
91:10 92:5
92:10,18
93:2,7 94:19
95:13,18
96:2,9,16
97:15,19
98:1,6,15
99:1,6,12,20

100:3,9,13
100:17 101:4
101:14 102:4
102:9,16,18
103:2 104:1
104:6,14,18
105:6,10,20
107:6,19
108:5,19
109:3,13,19
109:22 110:3
110:9 111:14
111:20 112:3
113:9,13,20
115:1 116:21
118:13 119:7
121:12
125:22
126:11,16
127:14
128:20
129:17,21
132:5,14
133:7 134:12
134:18
135:12
136:10
137:12,19
138:1 139:15
139:22 140:8
140:20 141:4
141:16,21
142:5,11,17
143:6,22
145:2 147:16
148:10
149:13 151:4
153:12,16,20
154:2,17
155:12,14,17
157:7,15,21
158:14,20
159:8,20
160:11,16

165:15,19
168:15 169:1
169:10 170:3
170:9,22
171:20 172:5
173:11 174:5
174:13
175:10
176:18 178:7
178:11 179:9
180:4,18
181:1,6,14
181:18,22
182:7,22
185:12
187:12
189:13,21
192:9 193:4
193:20
194:19
195:19 198:8
199:11,15
200:22
201:12 202:8
203:18
204:14 206:4
206:9,20
207:13
208:12 209:1
209:8,17,22
210:5,18
211:2,15
212:2,8,19
213:8,13,19
214:15 215:3
215:12,16
216:3,9
217:5,15
218:2,10,21
220:2,7
221:4 222:1
223:3 224:5
224:20 225:2
225:7,10,14

225:22
226:17 228:1
228:9,14
229:10,15
230:8,12
231:10 232:3
232:13,18
233:6,15,22
234:4,17,20
235:2 236:15
236:18
238:21 242:9
242:12
247:20
248:12
250:18 251:4
251:7,11,14
**dash** 131:14
189:3,4,17
**dashboard**
215:17,21
217:12,12,13
235:12,18
236:4,13
237:1
**dashboards**
235:8,9,11
**data** 48:6,9
49:18,21
52:9 103:17
145:21 146:9
147:21
149:21
164:20
167:15,19
214:19
222:18,21
**database**
103:18,19
147:7 148:22
**date** 52:3
54:16,19
61:2 151:14
165:22 178:2

179:20 198:1
221:20
**dated** 177:20
190:12
234:10
**dates** 146:12
215:10,11
216:5,5,11
**Davies** 12:15
**day** 61:8 77:17
162:1,1
168:13
171:12
183:19
195:14
199:22
215:15 216:2
216:15 223:2
252:10
253:15
**days** 152:11
159:5 166:3
166:5 215:6
216:14,21
218:12
221:20,21
223:15
**deal** 46:12
111:17
119:19
125:20 127:7
155:7 198:21
235:6
**dealing** 30:7
121:14
128:22 157:2
**deals** 30:1
44:7 124:11
128:2
**dealt** 185:18
**Deane** 178:5
**death** 9:10
**deaths** 199:20
**decades** 29:18

December
   120:15 189:7
   190:12 191:1
decided 140:5
   140:9 233:13
decision
   105:13,14
   233:4,10
decision's
   233:10
decision-ma...
   201:15 203:6
decisions
   233:18
decompress
   117:19
   229:18
decompress...
   175:18
   231:15
decrease 42:2
   42:4 59:14
   134:9,10,10
   134:16,22
   137:6 139:13
decreased
   139:6
decreases
   135:11,22
   136:2,4
   139:3,20
   140:1
decreasing
   137:10
decree 29:10
   29:13,16,17
   30:1
deemed
   115:20
Defendants
   1:11 2:10
   238:20
defending
   235:5

defense
   155:20
defined 115:12
definitely 24:4
   39:12 120:19
   177:22 208:8
   244:11
degree 14:13
   38:15 93:10
   96:5 110:5
   250:3
Del 4:12 18:9
   18:15 19:5
   61:9 63:19
   63:22 64:2,6
   65:20 94:1
   94:12 117:9
   167:22 181:9
   201:18 212:4
   216:13 217:9
   217:17
   218:22
   246:20 250:3
deliberative
   107:20 108:2
   127:16
   142:18 224:6
   233:7
Delivers 4:12
demographics
   149:20
   170:16
   171:10,14
   173:8 202:16
demonstrate
   25:17 124:16
demonstrates
   150:4
department
   2:12 4:3,18
   4:19,21 5:1
   7:14 10:9
   13:11,19
   15:3 19:11

21:20 31:14
34:8,10 35:2
129:2,7
130:17,18
133:10 137:9
138:4 139:19
144:5 171:5
departments
   36:3
depend 208:17
   209:20
   230:14
dependent
   32:11,22
   82:8 83:10
   84:2 123:1
   210:6
depending
   121:7,13
   208:2
depends 145:8
deploy 173:3
deployments
   17:3
DEPONENT
   252:1
deposed 10:8
   10:18 12:5
deposition
   1:15 6:4,9
   8:8 10:14,16
   11:2,8,14,20
   12:4,8,10,18
   12:21 13:7
   13:11 14:2,6
   35:12 42:22
   47:5 49:3
   60:13,16
   69:11 97:4
   101:12
   123:10
   128:14 133:2
   143:18
   159:19 169:9

177:11 190:4
193:3 194:18
196:19,20
225:21 227:3
238:10
251:17,19,21
253:6
depositions
   11:4
deputy 6:17
   17:6,8,9,11
   17:16,21
   18:4,7 19:14
   19:17,21
   20:1,4,4,8
   21:7 24:7
   37:1,4 70:8
   128:7,8
   133:13
   154:20 160:2
   160:18,19
   166:21 177:4
   197:10
   210:21
   240:14
described
   92:3 113:7
   187:8
describes 79:2
describing
   36:3 63:4
   171:8
designated
   38:13
designates
   56:2
designed
   30:13
destination
   143:13,15
   149:11,16,17
   150:1,8
   185:17 207:1
   207:12,20

detail 207:18
detailed 15:6
   19:8 155:2
detailing 62:7
details 131:15
detain 27:22
   28:9 74:15
   93:19 94:9
   121:16
   130:21
   157:19
   158:16
   171:13
detainable
   158:11
detained 27:12
   27:20 28:14
   28:18,22
   29:6 40:10
   66:19 77:7
   81:15 87:12
   87:22 89:4
   96:12,17
   158:5 189:18
   189:18
   232:12
detaining
   26:18,22
   27:5 33:13
   72:10 93:15
   100:20
   132:12 140:5
   170:15 173:7
   179:5
detains 40:14
detention
   27:15 28:1
   29:2 30:2,5
   30:13 32:12
   33:8 44:16
   66:8,13,14
   66:16 69:18
   70:21 71:6
   71:11,20

Oritz , Raul                                                July 28, 2022

12

72:2,6 77:14
88:16,19
92:20 93:4
94:15 107:15
117:18
119:17,17,20
120:2,16
121:22
125:21 126:2
126:9 137:11
139:14,20
140:1,10,10
141:22 142:9
151:13
152:18
178:19
180:16
181:12
191:21
200:11
202:20 206:5
221:8 222:21
228:8 231:14
231:19
232:16
**determination**
100:16
**determine**
36:20 75:10
171:4 246:7
**determined**
85:17
**determines**
87:9
**determining**
142:15
**deterrent** 95:3
**develop** 22:15
22:19 23:18
73:10
**developed**
144:11
**developing**
21:3 22:3

23:7,8,9,11
**device** 148:17
**devices**
140:11
209:10 210:8
210:8 246:15
**DHS** 2:17
13:17 15:6
15:10 19:11
19:12 21:14
36:15 124:14
127:13
131:20 132:3
133:20
135:11,22
137:2 139:5
211:13,16
**DHS's** 13:22
14:4
**diagram**
106:15
**diamond**
102:1,3,21
103:22
105:13
**diamonds**
102:22
**die** 200:4
**died** 53:19
**Diego** 18:21
94:3
**differ** 38:10
165:8
**difference**
37:7 102:2
111:4 113:18
**different** 19:5
20:11 22:12
23:13,21
30:14 57:10
65:21 82:10
92:9 106:14
109:12
110:12

143:13 161:1
161:21
165:20 166:7
166:16
183:12
202:16 203:1
208:5 214:22
215:6 221:17
229:7 235:13
235:17
249:18
**differentiating**
92:20 93:4
**dire** 25:16
**direct** 44:15
**direction** 74:8
119:19
**directions**
44:12
**directly** 177:4
**director** 19:10
190:15
**directorate** 4:6
20:14 23:4
153:9 154:11
154:13 161:3
169:19 170:6
175:17 177:5
198:12
235:12
**directorates**
20:10,11
**Directors**
190:14
**directs** 44:20
**discard** 80:16
**discarded**
80:18
**discern** 75:15
**disciplinary**
25:12
**disclosed**
134:16
135:11

151:16 161:6
170:7 202:6
**disclosing**
157:13
**disclosure**
160:12
**discovery**
118:19
**discretion**
162:21 163:1
163:3,9,19
164:6,14
166:12
**discusses**
43:11
**disease**
228:13
**dispersed**
65:3
**displays**
101:19
**dispo** 162:11
162:12
**disposal**
101:21 109:7
**disposition**
66:2 86:5
112:12
162:12
183:10 188:4
**dispositioned**
186:1
**dispositions**
185:15
**disseminate**
92:16
**dissemination**
24:8
**dissuade**
94:16
**distribute**
227:14
**distributed**
198:9 199:6

**District** 1:1,2
6:7,7
**division** 1:3
6:8 20:16
**document**
43:17 48:6
54:19 55:15
60:1,6,17
91:6 101:19
102:11
128:14
129:11,13,16
131:10
132:16,22
133:12,16
134:2,17,19
135:11,13,20
137:7 138:8
138:13
144:18
147:12,13
177:19 179:5
179:17 182:2
194:2,10
195:8,15
201:10,14
207:17 212:6
226:4,21
227:7 242:5
**document's**
178:2
**documentati...**
221:14
**documents**
11:18 13:13
13:14 80:2,4
80:5 102:14
129:6 195:16
195:21
196:22 197:1
231:18
**DOD** 211:16
**Doe** 202:14
238:4

Oritz , Raul

July 28, 2022

13

doing 25:9
65:7 67:16
79:11 127:13
127:13 145:5
145:9 147:10
147:13 205:6
205:7 239:22
DOJ 21:14
dollar 243:20
dollars 16:21
135:7
domiciled
63:16
Donald 51:5
doubled 51:13
213:6
Dougherty
178:5
doxed 154:5
Dr 226:8,10
drive 241:22
243:11,18
driven 62:22
94:6 244:13
driver 52:22
56:18 57:1
57:19 245:8
drivers 56:10
63:2
driving 58:8
63:21
drop 58:11
due 84:19
186:1 200:4
duly 7:18
253:7
duties 16:18
17:11,12
19:16 20:3
21:15
dwarf 83:22

———————
E
———————
E 3:1 4:1 6:1,1

e-mail 5:4,5,6
22:19 118:15
152:2,9,15
152:22,22
153:15
154:11
155:21
156:16,19
158:22 159:9
159:22
160:10 161:8
161:10,13,19
161:20 162:3
162:13 168:9
168:10
169:18
170:11 176:9
179:3 198:12
202:7 215:9
216:17 217:1
217:8,20
218:6,16,17
220:17,20
222:10,10,12
222:12 223:1
223:9,13,14
223:15,18
224:12,15
225:5 234:7
234:8,13,19
e-mail's
157:13 170:1
e-mailing
151:17
e-mails 11:17
152:6 161:20
176:4 214:18
216:2
earlier 100:19
109:15 118:5
165:6 177:16
191:17 198:1
223:15 227:2
231:17 247:3

ease 31:18
144:14
easier 182:2
235:22
251:13
economic
56:14,17,22
244:13,14
247:17
edification
165:3
effect 104:9
effective
191:12
206:13
208:10,11,17
209:20 210:3
effects 241:17
efficiencies
135:10
efficiency's
135:5
efficient
247:12
efficiently
245:16
effort 241:8
efforts 17:17
230:18
eight 76:15
91:16,17
148:13
207:11
either 20:4
22:5,15 23:4
26:19 27:2,7
28:5 33:3
45:12,16
56:10 86:15
90:21 94:16
112:9 133:13
138:12
140:11 149:1
152:1 154:20

165:12 176:8
198:20 199:8
204:16
213:16
218:18
EI 94:4,4
186:15 214:5
elected 59:12
59:18,22
68:6
electronic
140:11
148:17
209:10
245:19 246:1
251:10
electronically
140:18
eligible 247:18
eliminated
139:13
233:17
employed
14:15
employee 11:5
25:8 160:1
178:6
employees
16:20 23:15
23:21 24:3
38:18 90:10
199:13
empty 230:20
enabled
203:15
enacted
136:22
encounter
36:19 54:2
57:11 74:17
83:6 85:1
91:16 192:15
212:21
222:18,21

244:12 250:9
encountered
40:15 57:15
61:11 63:15
74:11 80:13
84:5 111:10
encountering
103:1 123:7
175:13
encounters
41:16 46:19
50:8,18
51:13,19
52:4,4,12,18
53:6 80:7
112:11
192:16
211:14
216:12,14,22
221:5 232:8
encourage
92:22 93:5
ended 71:11
95:20 143:13
184:21
enforcement
4:7,8,20
14:19 28:2
39:4 47:11
48:18 49:9
50:11,20
122:1 126:20
127:2 129:3
153:8,20
154:4,10,13
154:15 161:3
169:19 170:6
187:21
191:22 192:3
200:8,10
201:7 206:12
208:10 235:3
246:6
engagement

Oritz , Raul

July 28, 2022

14

21:4
**engineer's**
120:12
**engineering**
123:3
**enjoy** 235:5
**enrolled**
184:13
210:12
239:15
**enrollees**
239:9,12
**ensure** 21:11
22:14 31:1
44:1,20
121:17
144:12
170:15
**ensuring**
20:20 44:4
202:13,15
203:3
**enter** 42:14
53:19 56:11
59:13 60:3
80:8,17
104:12
**entered** 27:11
29:13,21
62:9 67:20
114:5 185:8
237:10
**entering** 36:20
41:1,7,21
54:3 56:19
60:2 149:11
150:1
**entire** 27:21
91:6 99:5
134:19
199:21
200:17
**entities** 128:1
**entitled** 78:5

**entity** 39:9,13
185:18
**entries** 47:18
**entry** 35:5
36:10 38:5
38:12,13,20
65:20 98:12
113:4 186:20
187:7,11
192:12
217:18
218:13
221:20,21
250:14
**enumerated**
244:7
**environment**
121:14,21
171:12
200:17 245:1
**environments**
73:2
**equipment**
203:4
**ER** 109:7,10
**Erin** 2:12 7:5
**ERO** 5:2
126:18,18
127:2 152:15
152:17 156:4
208:17
219:13,19
**error** 179:15
**ERs** 110:4
**Esq** 2:3,3,4,4
2:11,12,17
2:17
**essence**
120:13
**essential**
192:3
**establish** 73:9
**established**
75:22

**establishing**
204:17,20
**estimate** 65:5
**et** 1:10 6:6
**evade** 250:1,7
**event** 61:9
63:6 83:2
217:17
**eventually**
176:16
**evidence**
149:10
**evolve** 164:19
**exact** 29:16
72:8
**exactly** 201:3
219:6 222:8
**examination**
1:16 7:17,22
238:20
247:22
**examined** 7:19
252:2
**example** 89:20
98:4 230:19
**exceed** 28:10
122:4 233:2
**exceeded** 52:7
**exception**
82:16,17
90:12
**exceptions**
82:22 83:4
83:16 102:15
220:11
**excess** 52:11
52:13
**exchange**
168:9
**exclusion** 99:5
**excuse** 37:14
77:15 87:4
88:16 180:6
203:12 215:1

226:5
**executed**
171:2
**executing**
20:21
**executive** 24:7
35:9 74:3
219:5
**exemption**
90:13
**exercise** 171:2
171:3,3,8,11
**exhibit** 4:2,3,4
4:6,7,8,10,12
4:13,15,16
4:17,18,19
4:21 5:1,2,4
5:5,6,7,8,10
5:11,12,13
5:14,15
33:18,22
34:4,6 35:12
35:14,19,21
35:22 36:5
37:19 39:1,2
39:2 42:21
43:1,6,9,18
43:21 44:7
44:12 46:1
46:12 47:5,6
47:11 48:5
49:2,4,9,18
53:15,16
54:6,7,12,15
54:20 55:18
60:8,13,16
60:18 61:2
62:15 68:14
69:11,12,17
71:5 76:17
76:22,22
78:21 87:1
91:2 95:4
96:21 97:4,7

98:9 99:17
101:7,8,16
101:18 111:1
112:19 123:9
123:11,15,18
124:4 127:10
127:18
128:14,15
129:1,14
130:10 133:2
133:3,9
137:17,20
138:3 143:18
143:19 144:2
144:4 151:1
151:6,8,11
151:15,15
153:7 159:14
159:19
160:10
167:11,12
169:4,4,5,12
169:22 170:5
177:10,12
179:3 181:19
182:4,13,20
182:22
188:10 190:3
190:5,9
192:18,21
193:6,8,9,16
193:22 194:3
194:13,14,21
196:18,19,21
225:16,20,20
226:2,13
242:5 245:11
**exhibits** 251:8
**exigent** 22:18
173:18 186:2
**exist** 91:22
244:13
**existed** 29:18
123:3

Oritz , Raul

July 28, 2022

15

existing 167:7
exists 198:18
239:11
expand 108:16
246:21
expanding
118:18
202:19
expands
108:18
expansion
117:1 118:11
expect 41:20
42:3,13
89:11,15
expectation
25:18 26:1,2
26:5
expected
46:19
expedited
107:4,8,13
107:17 108:9
108:12,18
109:11 110:2
110:13
183:17
239:21 240:2
expelled
104:12,17
105:1,19
212:13
experience
18:19 43:16
47:1 53:4
59:2 91:7
148:5 171:21
experienced
70:18 216:11
242:22
249:19
experiences
171:21
experiencing

46:20 52:17
93:9 199:19
200:12 232:8
243:5 245:5
249:17 250:2
expires 252:17
253:20
explain 46:17
249:7 251:1
explained
165:13
explicitly
95:15 222:4
exponential
173:9
exposures
199:20,22
200:14
extent 96:7
109:16 209:5
extremely
251:17

**F**

F 98:10
F-I-S-C-A-L
50:6
face 228:22
faced 200:9
facilitate 38:6
facilitated
46:21
facilitating
35:4,6
facilities 30:12
31:1 32:2
33:4 38:16
45:8 70:21
72:14 120:5
120:6 121:1
121:2,6
122:17 123:4
123:4 144:12
144:15

156:11
157:10
178:20
187:16,17
200:11,13
202:11,20
228:20
229:19,20
230:21
231:13
232:16 245:4
facility 31:4
32:12 65:21
84:21 120:9
123:2 131:11
140:14
143:12 166:1
166:4 206:6
247:4
facing 45:8
fact 72:10
93:11 132:18
168:11,17
243:7 248:9
factor 45:2
58:7 173:5
201:15
244:10,15
factored
201:20 202:4
229:17
factors 56:1,2
56:8,9,14
143:11
163:17
219:12 239:8
239:19
242:18,21
244:6,9
fail 114:1
failed 90:11
146:12,22
failure 143:11
fair 8:17 9:1,2

9:8,13,14
10:1,2 27:10
28:11,21
34:9 39:15
39:18 40:14
55:6,7 57:12
61:21 80:2,9
84:14 85:4
104:9 113:8
152:3 161:12
167:10 188:3
192:17 208:7
213:12
215:15 218:6
222:9
faith-based
72:21
fall 114:12
falls 240:3
familiar 29:9
42:10 54:17
72:7,9,13
75:18 80:20
95:11 97:5
99:19 169:13
226:14
families 33:1
132:12
156:13
168:12,17
179:5,13,20
180:3,7,11
200:15
family 27:15
27:20 28:13
28:17,22
30:22 31:3,6
31:20 32:4,5
32:9,14,20
33:4,13 65:8
65:12,18
66:8,13,14
66:16,17
72:10 73:12

73:14,16
92:8,15,21
96:13 102:6
103:21
114:22
117:12
125:16
131:16,22
132:10 136:6
136:9 139:14
143:9 147:12
147:18,20
151:13 156:6
156:8 157:6
157:9,14,20
158:4,11,17
161:14,16,22
162:10 165:9
168:2,20
178:19
180:16
181:11 205:3
205:7,9
206:8 211:22
212:6,9,10
219:8 220:21
221:6 223:18
224:9,13,16
224:19
228:22 229:3
229:8 230:6
240:15
far 22:8 75:2
116:15
117:11
119:20
121:10
122:10
128:10
165:17
173:22
227:18
250:11
farmers

Oritz , Raul

July 28, 2022

16

241:19
**fast** 32:22
**father** 221:2,7
221:7,10
**favorable**
58:12,17,17
59:3 68:1
**FBI** 16:4
**fear** 58:3,6
85:17 86:3,6
86:14,21
87:9,17,21
88:14,22
107:10 240:1
240:6
**fears** 240:1
**February**
152:9 153:11
159:5 184:17
**federal** 108:1
111:22
120:17 186:3
186:13
**feel** 244:8
**fees** 207:22
243:6
**felony** 186:8
**felt** 227:17
**FEMA** 171:8
**female** 116:3
**females** 65:9
65:13 116:8
116:9
**fences** 241:20
**field** 20:18
22:13 23:8
23:11 35:9
37:20 38:1,3
38:9,17
65:19 112:11
177:2 190:14
190:15,19
191:2,3
192:14 193:9

198:7 199:6
227:14,17
246:7
**Fifteen** 137:19
**figure** 54:18
89:16 154:14
**file** 147:14
166:20 167:3
245:19,20,22
246:1
**filed** 6:6 90:13
179:6,17
199:1,1
**files** 199:8
204:17,18,20
205:6,7,8
**filings** 12:1
**fill** 122:2 222:5
**filling** 154:21
**final** 143:13,15
149:16 150:8
207:1,19
**finally** 159:12
249:2
**find** 80:17
83:14 126:4
145:17 146:6
198:20 199:8
229:20
235:22 252:3
**finding** 88:13
88:22
**finds** 74:13
87:16
**fine** 236:11
237:5 242:10
251:12
**firearm** 243:17
**fired** 90:3
**first** 10:13
18:20 22:13
30:17 48:6
51:6 54:20
54:20 55:16

55:16,18
56:12 65:5
65:11 67:5
67:12,14
69:17 78:22
95:6,9 97:12
112:5 114:10
115:4 125:15
129:14 146:9
152:8 155:22
159:1 161:19
168:8 178:16
183:3 191:11
200:19 201:2
201:3 205:11
206:11
222:12
223:18
239:10
249:13
**first-line** 19:1
**fiscal** 4:8,20
49:10,19
50:2,12
51:12,20,21
52:2,5,6,13
55:17 115:6
124:2 148:13
182:17
**five** 20:14
72:16 74:5
106:13 135:7
136:18
223:14
**flew** 66:1
**flexibility**
130:20
**flight** 163:17
220:11
229:22
231:11
**flights** 63:7,8,8
63:18 64:10
82:10

**flip** 39:1 124:8
134:5 195:1
227:6 235:15
236:12
**flood** 137:9
233:19 243:8
**Floor** 1:19
**Flores** 29:10
29:12,16,17
30:1 177:17
**Florida** 1:2,6
2:5,6 6:5,7
6:18,20,22
7:2 146:13
147:1 149:6
149:8,17,17
150:21
**Florida's** 13:12
14:1,5
149:10,22
**flow** 42:18
94:5 113:12
139:18 162:6
171:7 172:18
173:5,8
217:17
246:18
**flows** 74:11,11
93:13 94:11
94:17 170:17
173:5
**fluidity** 214:10
**FMUA** 217:22
**focus** 62:13
65:10 94:10
**focused** 44:3
65:4 67:14
190:18
243:21
**focuses** 73:10
**FOIA** 102:14
102:15
**folks** 38:7
63:12 104:11

113:7 148:16
155:4 181:3
181:12 186:1
186:9,19
187:22
192:10
209:12
230:16
**follow** 89:11
214:19
**follow-ups**
248:2 251:3
**following**
128:14
184:14
191:16
**follows** 7:20
**footnote**
184:11 186:5
**force** 19:9
200:21 204:4
**forced** 239:9
**foregoing**
252:2
**foreign** 38:15
**forgot** 67:6
126:21
155:20
**form** 24:18
25:10 26:9
27:18 135:16
135:19
166:16 202:7
**formal** 206:15
**formalized**
22:21
**forming**
234:15
**forms** 92:22
165:20 166:7
167:4
**formulating**
22:6 142:13
**formulation**

Oritz , Raul

July 28, 2022

17

142:17
**forth** 151:21
152:1 253:7
**Forty-six**
236:17
**forward**
156:12 159:7
233:5 236:12
**forwarded**
152:2
**forwarding**
151:20
**found** 25:8
63:18,19
159:12 174:4
**four** 20:14
42:9 51:20
72:16 93:16
106:13
120:11
147:13
**fourth** 182:20
183:2 188:12
203:12
226:21
**frame** 175:12
**Franklin** 2:13
**frankly** 210:14
**FRCs** 156:5,5
158:1 178:19
**free** 244:8
**frequently**
83:7 165:4
**froms** 151:22
**front** 91:2 97:7
155:8 219:4
235:6
**full** 189:7
**funding**
120:21
139:14
141:19
211:17
**funerals** 200:6

201:7
**further** 24:8
85:13 86:10
87:12,20
150:15
238:17 244:8
247:22 251:1
253:10
**FY** 4:18,22 5:1
5:9,10
123:19 125:8
133:9 138:3
139:3 188:5
**FY2018** 4:7

———— **G** ————
**G** 6:1
**game** 203:10
**Garden** 211:18
**gather** 13:6
103:11,17
**gathered** 65:3
207:7 208:1
209:15
**gathering** 80:1
145:5 207:12
**general** 2:5
6:17 20:9
30:20 79:11
**generally** 11:2
79:3
**genocide** 98:5
**getting** 152:2
165:14 216:1
**give** 8:9,16
9:12 99:9
135:13
**given** 144:18
253:9
**giving** 33:19
147:11,13
**glad** 226:10
**gleaned**
209:15

**global** 244:22
**go** 9:6 24:6,11
47:3 52:12
64:2 65:13
73:20 94:17
99:15 105:22
108:14
109:12 115:5
130:5,6
141:1 144:21
150:6 165:4
167:8 177:9
182:1 187:10
221:1 231:1
233:4 238:7
242:4,9
251:15
**goes** 131:6
188:12
**going** 8:22
10:14 13:20
26:3,7 31:17
32:16,19
33:17,17,18
35:11,12
41:11 42:20
42:20 46:22
47:4 49:1
53:6 54:5
55:15 60:12
61:14 68:15
69:10 73:9
74:1 75:21
84:2 92:1
95:4 97:3
101:6 102:22
103:4,15
106:15
109:11
111:11
114:12,14
115:17 119:5
123:8 126:1
127:8 128:6

128:13
132:22 133:1
133:1 135:3
136:5 137:16
139:12
143:17 145:7
145:13,18
146:1 147:20
149:1 150:11
150:21,22
151:12,21
152:1 156:12
156:12,19
157:2,4,8,8
157:12,13,19
158:7,12,16
158:18 159:6
159:6,7,10
159:11 164:8
166:20
167:21 171:5
171:19 172:2
172:2 174:4
174:16
177:10,17
179:4 181:16
190:2 192:17
195:5 196:17
202:3 207:4
207:12
208:17
209:20
211:22
213:12,17
216:10 220:4
220:5 223:17
225:20 230:1
230:10 231:6
231:7 232:7
233:1 235:5
236:3 247:11
250:17,21
251:5,5,9,15
251:17

**good** 6:2,16
7:11 8:2
68:10 94:3
184:10 210:2
**goods** 38:19
**Google** 154:12
**gotten** 231:18
231:21
**government**
69:19 75:1
120:17
211:19 239:3
239:10
**government...**
187:16
**graduate**
15:17
**graduated**
15:14 16:8
**Grande** 20:1
23:22 70:8
94:2,13
117:9 120:8
168:20,22
175:14 176:3
176:12 211:5
212:4 216:16
216:20
217:21 223:9
223:17
246:20 250:4
**granted** 100:6
**great** 251:14
**greater** 83:17
130:20 173:4
229:21
**ground** 8:7
90:14
**group** 20:8
66:17 99:5
99:10 102:8
113:2 156:3
164:7 167:14
230:11

239:16
248:14
**groups** 21:11
97:13 116:14
250:9,12
**Guadian** 12:13
**guarantee**
201:20
**Guard** 2:3 3:4
3:6,12 6:16
6:16 7:11 8:1
26:10 33:21
34:3 35:18
43:5 47:10
49:8 50:3,5
51:16 54:11
56:5 57:18
57:21 60:11
60:15 61:1
61:17 64:20
68:10,14,17
69:2,15,22
71:3 76:3,7
76:20 82:20
85:20 88:8
89:8 90:17
92:11 94:20
97:2 98:17
100:4 101:11
101:15
102:11,17,19
104:2,7,19
107:7,22
108:7 111:15
111:21 119:3
119:13
123:14
127:17
128:18,21
129:18 130:1
132:15 133:8
134:13
135:15
136:11

137:13 138:2
142:19 144:1
151:5 153:14
153:18,22
154:7 155:13
155:15,18
159:17,21
160:13,22
169:8,11
170:4 174:15
174:18 175:3
175:21
177:15 178:8
178:12
179:10 180:5
181:16 182:1
182:8,11
183:1 190:8
193:2,5,19
193:21
194:17,20
201:1 203:19
204:15 209:2
213:9 215:13
217:6 222:2
224:7 225:15
225:19 226:1
233:8 234:22
235:4 236:17
236:19
238:17 242:8
242:10 248:1
250:22 251:6
251:9,12,15
**Guatemala**
186:14
**guess** 22:10
40:8 56:12
78:22 110:22
122:8 151:20
153:1,2,3
160:2 184:16
221:18 251:2
251:2

**guidance** 22:3
22:5,7,9,11
23:7,9,11,19
24:16 45:11
118:15 194:9
197:16,18
198:7 215:10
218:8 221:13
**guy** 147:6
148:22

_____

### H

**H** 2:3 4:1
**habit** 114:12
**Haiti** 57:10
61:11 63:7
150:15
**Haitian** 63:15
150:5,8,19
217:17
**Haitians** 64:11
64:14
**half** 33:9 91:17
189:19 190:1
246:13,13
**halfway**
135:20
**hand** 253:15
**handle** 121:9
**handles**
152:18
**hands** 109:1
246:16
**happen** 45:4
76:5 81:12
82:12 84:9
87:8,16 89:1
159:7 171:19
177:8 231:12
**happened**
21:5 27:16
29:3 90:7
**happening**
68:3 162:19

**happens** 22:12
52:9 63:10
85:2,6
107:12 156:1
239:17 241:6
**happy** 108:3
**hardened**
247:5
**harm's** 241:8
**HARP** 184:1,5
**hates** 114:13
**head** 8:12
114:6,11
147:17
204:22 205:6
**heading** 88:18
98:14
**headquarters**
20:16 23:3
153:10
175:17
176:10 191:1
**health** 31:15
199:10,13,17
200:7,20,21
201:20 202:5
228:15
**heard** 46:6
112:9 141:10
**hearing** 29:15
89:1,2 95:17
112:8 187:11
**heavy** 216:6
**height** 156:20
**heightened**
220:16
**held** 6:9 83:2
206:5
**help** 26:16
**Henderson**
1:18 6:14
**hereinbefore**
253:7
**hereunto**

253:14
**HHS** 31:4,16
31:17 32:1
32:17 132:9
186:6
**hiding** 124:9
**high** 48:12,19
213:11
**higher** 42:19
50:13 83:13
105:5,9
121:10
216:11
**highest** 50:8
50:11 94:11
212:21 213:3
246:18
**highlights**
124:14
**hiring** 241:15
**historic** 40:22
41:20 108:21
137:8 139:18
233:19
**history** 103:15
115:20
**hit** 212:5
**hits** 231:1
**hold** 55:15
83:7 130:3,5
220:9
**holds** 71:17
**home** 207:19
244:14
**Homeland** 4:3
4:18,19,21
5:1 7:15 10:9
13:12,19
15:4 21:20
34:8,11 35:2
123:18,22
129:2,7
130:17,18
133:10

137:10 138:4
139:20 144:5
**Honduras**
186:14
**honest** 180:8
**host** 82:15
**hour** 119:6
**hours** 28:4,10
156:13 158:6
158:7,18
167:13
**house** 156:12
200:11 247:4
**housed** 126:15
187:16
**household**
147:18 205:1
205:6
**houses** 241:18
**housing** 30:20
126:19
**hovered**
104:21
**HSI** 192:2
**human** 9:19
31:15
**humanitarian**
91:15,18
173:20,21
174:7 184:5
184:5 185:20
185:21
247:13,19
250:13
**hundred** 20:15
23:15,16
162:7,8
168:12,17,20
188:8 246:18
**hundreds**
64:17,22
**hurricanes**
55:10

**I**

**I-213** 207:15
**I-385** 166:4,12
166:14 189:3
189:4,16
207:14 218:9
**I-512** 192:1
**ICE** 21:15 28:2
31:11 33:1,3
33:8,13 39:7
39:9,16,20
40:1,4,9,9,16
44:5 45:12
45:16 66:8
71:19 72:2,5
72:10 82:14
82:15 84:11
86:20 93:15
93:20 107:15
112:14
117:22
124:11 125:8
126:15,19
127:5,6,7
129:15,21
130:20
131:11,14
132:8,11
134:6,17
135:19
138:21
139:21
140:14,17
141:2,9
143:4,12,15
144:22
151:12
152:17
157:13,18
162:6 165:22
166:3 168:19
171:4 178:5
178:17 179:4
180:3,10

186:5,11
206:14
208:17,21
209:11,16,21
210:16 211:1
219:13,19
230:1 231:18
233:5 246:5
**ICE's** 83:15
124:14
128:10
132:11 134:9
135:22 142:9
**ICE-3** 129:17
**ICE-O&S-18**
130:6
**ICE/ERO** 71:17
161:16
162:11
168:18
208:15 211:4
211:6 219:22
232:6
**idea** 118:21
140:17 142:8
**identification**
33:18 34:2
35:16 42:21
43:3 47:5,8
49:2,6 54:6,9
60:10,13
69:11,14
76:19,21
97:1,4
101:10 123:9
123:13
128:13,17
133:2,5
137:17,22
143:18,21
151:3 159:16
159:18 169:7
177:14
181:21 182:6

190:7 193:1
193:18
194:13,16
225:18
**identify** 6:12
153:13
**identity** 160:13
**ignore** 74:9
**illegal** 57:22
58:9 139:18
141:14
**illegally** 26:18
27:1,6,11
28:13,17
41:1,6,21
42:14 53:19
56:11 59:13
60:1 62:10
104:12 181:4
**imagine** 71:17
93:3 99:13
147:19 164:2
194:9 210:6
250:11,19
**immediate**
82:6
**immediately**
191:13 246:7
**immigrants**
4:14 58:9
139:18
150:20
**immigration**
4:20 39:3
57:22 58:13
58:18 59:4,8
68:1,7 69:5
72:22 75:19
76:11 77:1
80:5 85:12
92:22 93:6
94:16 103:16
112:8,10
119:15 129:3

180:15 187:8
187:9,9
191:14
205:22
206:16 240:4
244:4 246:5
247:9,18
**impact** 23:19
33:9,14
42:18 44:4
173:1 247:8
**impactful**
157:3
**impair** 10:5
**implement**
209:21
**implementat...**
227:14 228:2
**implemented**
53:16 191:4
**implementing**
22:5,9 191:7
**implements**
227:11
**important**
23:10 171:13
**Imposition**
98:13
**improvement**
247:7
**INA** 75:22 97:5
97:9
**inability**
117:18
143:14
**inaccurate**
241:11
**inadmissible**
46:3 75:11
97:13,17,22
113:12 140:6
141:20 192:4
**inartfully**
58:21

inaugurated
50:7 51:2
58:16 59:2
152:12
include 21:15
30:15 47:17
81:5 106:17
111:10
112:22
117:18
167:21,22
186:8 198:14
199:20 200:4
202:13
206:22 207:3
207:20 216:6
230:18 246:5
247:3
included 131:9
147:20
164:14 167:5
189:4 217:11
224:3 242:22
includes 47:20
48:9 206:13
209:6
including
72:21 140:6
141:20 155:3
increase 41:22
42:15 59:14
59:16 125:5
125:9,14
130:8,13,19
131:7,8,17
132:13,17,19
173:9,12
211:14
243:17
increased
93:12 120:1
122:10,18
135:4 141:19
211:17

233:20
increases
52:20 70:17
140:2 149:14
171:7,22
172:9 199:19
246:18
increasing
120:16
incur 229:21
indefinitely
69:19 70:22
indents 62:16
indicate 55:12
60:1 73:14
73:20 87:7
194:2
indicated
213:21
indicates 91:3
136:5 146:9
149:7 156:10
178:17
197:15,22
198:2 219:8
indicating
81:6 157:16
179:6
indication
158:10
indicator
244:18
indicted
111:11
individual
10:10,15
74:13 92:4
111:6,8
158:13
individualized
100:16
individuals
38:21 61:12
65:11 93:16

112:17
131:12 230:3
239:14
250:15
ineligible
130:22
infant 30:15
influence 10:3
inform 63:12
information
13:6,9 22:6
23:7 67:14
67:17 80:1
81:3,6 92:17
108:9 124:6
138:12 141:7
144:4 153:16
154:5 195:16
199:5 206:21
207:3,6
208:2 209:15
227:16 233:7
234:20
235:14
241:11 244:1
246:4
inhumane
24:22 25:9
26:3,20 27:3
initial 65:7
79:22 85:1
161:9 207:15
initially 65:1
84:7 95:22
198:10 206:7
initiative 23:2
93:18 101:1
injects 171:4
injunction
237:10 238:2
inquiring
79:11
inside 148:5
inspection

38:8,21,22
75:7,9 78:1
79:2,11
103:7 145:6
inspections
76:5 77:18
inspectors
38:4
instability 57:6
57:9,14
instant 251:21
institute 95:1
instituted
84:16 93:18
144:11
instituting
94:8
instructing
155:9,11
instructs 9:5
intake 246:19
intelligence
244:1
intended
214:14
inter- 17:19
interest 72:19
interested
253:12
interior 45:18
64:12,15
65:15 140:7
internal 21:21
22:16
interrogatori...
14:1
interrupt 9:18
interview
85:13,16
86:8 205:14
205:18
interviews
86:14,21
240:1

invest 72:19
245:14
investigation
83:2
investments
245:17 247:2
involve 23:11
23:18
involved 11:5
21:2 22:3
23:8 129:10
133:14
211:10
involvement
138:12
involves 142:2
involving
159:22
IOP 24:6
IOPs 22:16
lota 55:10
irregular 92:22
93:6
issuance
201:20
206:15
issue 22:13
44:13,17
74:19 145:9
156:19 157:1
163:12
168:21
175:19
176:11
245:20
issued 45:11
74:3 113:19
118:14,15
147:17
166:12,14
192:2 196:6
198:16
224:18,22
issues 72:6

177:7 200:9
227:19
229:16
**issuing** 202:7
204:7 205:8
206:22
**item** 130:9
131:20
**ITR** 166:13

--- J ---

**J** 2:4
**James** 2:3
6:19
**James.Perci...**
2:7
**Jane** 202:14
**January** 51:2
59:1 115:8
121:11,15
122:11
184:17 214:8
245:12
**job** 15:1 17:5
19:19 20:9
25:16 71:14
91:8 94:3
210:2,3
249:4
**Joe** 152:11
**John** 2:3 6:16
**John.Guard...**
2:7
**Johnson**
234:14
**joined** 29:7
**Joseph** 2:11
7:3 51:1
**joseph.a.dar...**
2:14
**journeys** 63:4
**judge** 9:5
235:6
**July** 1:14,20

6:10 42:3
101:2 147:1
189:11,15
196:3,4,5,6,9
223:6 224:1
224:15 227:3
227:7,10,15
234:8,10
**June** 253:21
**Junior** 51:1
**Justice** 2:12
**justification**
129:1 130:13
131:2 132:3
132:8,12,16
132:20 199:9
**Juvenile** 5:7
**juveniles** 29:2
29:6 30:2,6
30:14,14
31:8,19
180:6

--- K ---

**Kabul** 15:12
**KAREN** 1:22
253:4
**keep** 28:3
76:15 135:18
**kept** 59:8
70:22 83:15
111:7
**kin** 207:1
**kind** 8:14
13:21 18:17
31:5 62:7,13
92:4 94:14
103:14
116:13
117:10
123:21
127:12 159:4
168:5 184:12
185:9 191:10

213:11 218:5
218:6 219:5
221:3 227:21
230:11 231:9
235:17
236:13,16
**kinds** 243:4
**knew** 159:6
**know** 8:13
17:16 23:14
23:16 25:14
26:11,11
29:12,14,19
30:15,21
34:19 58:15
64:14 66:7
66:12 72:2,5
75:14 81:3
82:10 83:11
91:7,8,12,13
91:16 92:15
93:8,15 96:4
99:16 107:16
108:16 109:6
115:3,19
121:19 125:9
125:11 130:2
140:22
143:14
145:20
146:10 148:4
148:8,13
149:9 150:5
156:15
157:19
158:22 161:9
163:16,18
164:13
166:13,13
168:11
169:17 170:1
170:20
172:16,21
183:20

188:20
195:13
198:22
210:14 211:5
214:20 216:6
217:11
218:17 219:2
220:22,22
223:14,16
227:17,18
230:1 231:8
231:14,18
232:10
241:14,18,20
241:20 242:2
243:1,9,12
243:18 245:3
246:13,14
247:17,19
249:12 250:4
250:13
**knowledge**
53:15 70:5
185:22 209:5
**known** 29:10
42:11 76:11
208:20
**Krishna** 2:18

--- L ---

**L** 1:15 3:3
**labeled** 129:15
195:2
**labor** 11:5
**lack** 22:10
147:14
191:21
244:14 245:1
**laid** 212:5
**landfall** 55:10
**lanes** 106:1
**language** 91:3
**Laredo** 83:11
94:4 167:17

167:19
175:19
**large** 30:21
36:18 87:2
99:18 148:11
250:12
**largely** 113:18
**larger** 130:21
**lasted** 207:10
**late** 55:11,14
**law** 14:18
111:12 122:1
153:8,20
154:4,10,12
154:15 161:2
169:19 170:5
180:15
187:21
191:22 192:3
200:8,10
201:7 235:3
**lawsuit** 14:9
**lawyer** 156:1
**lead** 147:14
**leader** 148:19
**learned** 151:12
**left** 8:11 69:4
185:9
**left-hand**
102:1
**legal** 1:18 6:14
35:4 38:6
**legally** 181:4
**lengthy** 219:2
**LESA** 5:2
**let's** 9:22
54:18 76:14
76:14 77:16
130:5,6
161:18 183:3
**letting** 157:19
**level** 83:13
122:17,22
136:5

Oritz , Raul

July 28, 2022

22

levels 122:5
  123:1 216:12
leverage 67:12
  109:6 231:4
leveraged
  164:1
leveraging
  110:4
LGBQ2 248:16
life 205:12
likes 226:8
limit 218:12
  233:5
limited 110:7
  174:1,3,6
  206:8 209:4
  228:22
  233:21
line 24:14 26:6
  130:9 131:20
  152:8 174:12
  175:9 178:17
  184:1 219:4
  223:18 242:6
lines 103:4
  162:5
LinkedIn 155:5
list 172:17
  219:11
  242:17,22
listed 34:14,17
  93:17 112:19
  130:7 244:6
listen 155:22
lists 56:1
  156:7
litigation
  202:14 238:4
little 79:1 87:3
  87:4,15
  88:15,17
  92:2 114:15
  135:21
  146:20 165:6

173:14 180:1
  180:1 205:12
  235:13 242:2
  249:18 250:6
lives 201:17
livestock
  241:21
living 61:15
local 187:21
  188:1 200:11
  211:17
located 187:10
location 84:3
  143:15
  144:22 230:1
locations
  46:22 83:15
  84:19 96:5
  117:19
  243:12
  246:12,14
locked 69:18
logistics 12:22
  82:8,11,14
  122:6
long 18:14
  183:19
  195:14 233:1
  236:10
long-term
  30:13
longer 72:13
  118:1 151:12
  157:13 158:5
  158:6,12,15
  179:4 239:1
  239:17
look 39:2
  48:17 51:4
  54:17,19
  55:8 62:14
  67:4,11
  69:16 72:15
  76:14 77:4

77:10 87:14
  88:14 92:1
  93:21 95:5
  124:3,9,10
  125:4,13,15
  126:5,5
  130:3,12
  132:7 134:8
  135:2 136:3
  138:19
  152:21 153:6
  164:11,20
  167:2 169:13
  178:1,4,10
  178:16
  179:11,15
  182:19 183:3
  186:4,4
  188:10 189:1
  189:6,15
  195:9 203:11
  216:13,16,20
  217:7,8
  218:15
  221:16
  226:19,21
  231:3 234:6
  235:7 236:1
  236:3,22
  237:6,7
  242:7 245:10
looked 138:21
  141:18 179:2
  188:13
  191:17 199:8
  223:13
  237:15
looking 48:5
  52:2 56:12
  57:4 77:21
  78:4,20 87:1
  87:1 100:5
  106:12
  110:12

112:18 113:5
  129:13 130:9
  133:20 144:6
  146:16
  151:15
  155:21
  167:10 168:8
  178:13,14
  191:10,11,20
  197:5,15
  204:6 205:13
  211:20
  212:15
  214:17
  216:17 217:1
  217:19
  219:11
  222:16
  235:19
  242:16
looks 98:15
  140:1 151:16
  158:6 162:4
  168:2 184:8
  188:3,15
  214:19,22
  215:5,6
  218:5,22
  222:16
  223:16
  236:13
Los 29:15
losing 76:15
lost 241:21
lot 13:16 21:14
  61:20 82:11
  94:6 148:8
  148:18
  230:14
lots 150:21
love 87:3
low 143:10
  188:5
low-threat

144:13
lower 42:19
  136:22
LRT 167:16
lunch 119:4,7
Lutheran
  72:22

_____
**M**
Magnus 12:18
  37:15,16
  213:16 214:7
  234:14
mail 170:7
Maine 150:6,7
  150:12,15
major 134:9
  136:4 139:3
  139:13
majority 46:19
  80:12 86:2
  96:4 104:11
making 53:10
  63:12 132:9
  241:1
man 160:9
managed
  173:6
management
  71:6 72:20
  135:5,9
  155:4
manager 19:3
managing
  20:17 94:3
mandatory
  88:16,19
  89:5 220:9
  221:8
manifest
  241:17
manner 25:21
manning
  72:14

Oritz , Raul

July 28, 2022

23

manpower
120:22 173:4
208:4
map 81:2
march 5:7 9:10
18:3 177:20
178:2 179:2
179:13,16,17
179:20
180:11
184:18,20,21
198:3,7
207:10
mark 33:18
35:12 42:21
101:7 128:13
133:1 137:16
150:22 154:8
159:18 169:4
177:10
181:16 182:1
190:3 192:17
194:12
225:20
marked 3:12
34:1 35:15
43:2 47:4,7
49:2,5 54:5,8
60:9,12
69:10,13
76:18,21
96:22 97:3
101:9 123:9
123:12
128:16 133:4
137:21
143:17,20
151:2 159:15
169:6 177:13
181:20 182:5
186:13 190:6
192:22
193:17
194:15

225:17 242:5
marketed
251:8
marriage
253:12
marshals
186:6
mass 61:9
171:5
material 83:3,8
83:14,17,22
108:2
materials
11:13,16
math 184:15
184:15 233:1
mathematical
122:9
matter 1:17
6:4 11:3
108:6 152:14
250:8 253:13
max 121:21
231:5
maximum
122:4
Mayorkas 4:12
60:19 61:7
meal 26:12
mean 73:8,12
116:5 121:5
122:3 157:8
176:5,6
199:16
206:19
208:11 209:6
215:14 220:5
249:11
means 73:9
91:13 99:13
109:10
140:12
141:22 142:2
187:3 209:9

meant 46:12
114:22 158:4
208:13
measures
206:14 209:6
209:11
mechanism
115:18
117:22
144:13
media 6:3
62:22 63:11
155:5
medical 91:18
173:21 186:2
245:4
medication
10:4
meet 117:17
178:21
191:15
229:13
member
133:19
147:12
157:18
members
20:16 147:20
205:4,7,9
memo 4:6
45:17 101:2
118:21
142:20,21
191:21 196:1
196:5,5,6,9
196:11,14,17
197:6,15,22
202:7 203:8
206:7 211:21
224:8 225:9
226:22 227:3
227:7,11,11
227:12,13,15
227:16,21

228:4,5,7,11
228:11,12,21
229:6
memo's 228:7
228:22
memoranda
11:17 22:13
118:15,18
198:16 199:7
201:21
memorandum
5:11,12 24:6
40:6 43:10
43:18 44:15
176:4 190:11
198:18 199:3
memorandu...
39:19,22
memos 100:1
men 25:14
mention
142:21 201:9
248:14
mentioned
100:19 101:2
118:5 123:3
177:16 202:2
202:12 214:3
231:15 247:3
249:3
mentioning
21:18
mentions
54:21 200:20
mess 166:8,8
166:10 222:5
met 11:9
114:17
211:21 229:8
230:6
method
207:20
208:13
Mexican 38:14

113:2 186:17
187:2,9
212:10
Mexico 74:21
75:1 95:12
95:16 96:13
96:18 187:6
187:10,15
239:11
244:17
Miami 52:21
Michelle 2:17
7:7
mid-level 19:3
middle 45:5
139:17
midst 233:19
migrant 42:18
45:3 63:11
67:19 71:15
74:21 95:2
96:3,6,18
117:21
121:16 172:1
172:6 173:2
186:10
187:14,19
208:14
228:16
230:15 239:4
241:7 243:19
245:2,3,15
migrants 45:5
56:3,10,14
57:11 61:10
61:15 62:9
63:9,15 64:1
65:6 73:1,11
74:17 92:17
95:16 107:10
123:6 150:6
150:9 187:13
200:14,21
207:17 232:6

232:11,12,22
241:9 243:7
244:12
247:16
**migration** 61:9
62:22 93:13
94:5 149:14
171:6 217:17
243:5,11
244:18
**Miller** 37:4,10
60:20 61:8
214:6
**million** 135:7
140:3 148:13
250:10
**millions** 27:11
**mind** 55:17
**minimizing**
71:15 201:6
201:8
**minors** 104:3
**minus** 212:9
**minute** 53:14
67:6,7
**minutes**
130:10 168:9
238:7
**misdemeanor**
186:8
**misinformati...**
63:2 67:13
**mislead** 67:13
**mispronoun...**
12:12
**misrepresen...**
79:15
**mission** 17:2
17:18 20:13
21:6
**mistreating**
25:20
**mitigation**
228:13

**mobile** 84:16
210:8 246:15
246:19
**mode** 207:5
**modernize**
247:6
**modifications**
120:12
**module** 246:3
**moment** 74:8
91:1,1 95:4
**money** 130:19
**monitor** 6:11
208:14
209:11
**monitoring**
140:11,18
148:17
209:10 210:8
**month** 29:16
185:10 189:6
189:7 212:20
213:3 241:9
**monthly** 183:6
183:8
**months** 16:16
18:5 42:3,5
43:13 51:6
52:3,12
55:16 91:17
93:22 121:8
148:13 180:2
207:11
**morning** 6:2
6:16 7:11 8:2
200:1
**mother** 201:17
221:1,6
**mouth** 63:1
181:9
**move** 33:1
53:14 73:1
77:16 238:9
**moved** 117:10

**moving** 118:10
167:12
237:22
**MPP** 96:7
107:1 109:15
109:16,21
110:14
184:11
186:20 187:7
239:4,9,12
239:15,18
248:3
**Muffett** 2:17
7:9,9
**multiple** 21:11
39:19 120:6
121:3 162:5
184:13
198:10
249:16
**mumbled**
205:12
**Muster** 5:13
**mystery** 160:9

---
### N

**N** 3:1,1 6:1
**name** 8:3
12:12 161:5
170:6
**named** 39:3
**narcotics**
243:9,22
244:4
**narrow** 233:14
**Natalie** 2:4
6:21
**Natalie.Chri...**
2:8
**Nation** 4:14
**national**
115:12
163:16
220:16 231:8

246:10
249:15
**nationality**
76:11 77:1
93:5 191:14
**nationals**
113:2 187:2
**naturalization**
75:19
**near** 41:22
74:13 230:21
**nearest** 113:4
144:22
**nearly** 148:7
**necessarily**
52:9 88:4
225:9,11
**necessary**
130:13
**need** 9:11
40:10 69:21
71:13 73:20
90:22 99:2
114:6 120:19
132:4 150:10
159:11 219:7
226:6 227:17
244:8 245:10
247:7
**needed** 120:11
144:12
210:22 222:8
**needs** 178:21
**negative**
150:18
**neighborho...**
241:18
**never** 30:13
41:15 55:17
122:13
125:11 150:7
155:16
164:22
192:15

**new** 22:11
62:17 101:1
119:5 167:8
196:14,17
225:9
**news** 61:14
181:4
**newspaper**
180:16,21
**NGOs** 45:8
46:21
**Nicaragua**
61:12 116:19
**Nicaraguans**
93:10
**nice** 226:20
**night** 45:5
**nine** 18:20
93:21 106:17
175:20
**Ninety-eight**
90:10
**no-** 247:12
**no-threat**
250:12
**nod** 114:5
**nodded**
114:11
**nodes** 45:6
**nods** 8:13
**non-citizen**
43:11 220:15
**non-citizens**
146:11,21
147:2 204:4
206:14
219:14,20
232:5 240:2
**non-govern...**
44:2,22
187:17
**non-MPP**
187:1
**nongovern...**

Oritz , Raul

July 28, 2022

25

| | | | | |
|---|---|---|---|---|
| 45:7 | 111:6,10 | 30:21 41:1,6 | 62:4,11 64:4 | 111:14,20 |
| **nonimmigrant** | 162:15,19 | 42:19 51:5 | 64:19 65:17 | 112:3 113:9 |
| 191:14 | 165:14 | 52:17 53:1 | 66:10,20 | 113:13,20 |
| **nonprivileged** | 206:15 | 81:3 98:20 | 67:2 68:4,8 | 115:1 116:21 |
| 195:16 197:2 | **NTA/OR'd** | 99:16 131:4 | 70:6,16 71:2 | 118:13 |
| **noon** 119:3 | 161:17 | 137:1 161:21 | 71:12,21 | 121:12 |
| **normal** 207:2 | **NTR** 165:5,8 | 178:14 | 72:4,12 | 125:22 |
| 207:15 | 198:6 204:16 | 192:15 | 73:13,22 | 126:11,16 |
| 247:14 | 204:21 207:7 | 212:21 | 74:16 75:12 | 127:14 132:5 |
| **normally** | 207:9,22 | 226:20 | 76:2,6 77:8 | 132:14 |
| 121:20 145:9 | 218:1 | 229:21 234:7 | 77:19 78:2 | 134:12,18 |
| 207:7 | **NTRs** 165:9 | 235:16 237:7 | 78:11,16 | 135:12 |
| **northern** 1:2 | 203:16,16 | | 79:4,13,17 | 136:10 |
| 6:7 17:1 48:2 | **number** 6:3,8 | **O** | 80:3,10,15 | 137:12 |
| 186:14 | 41:21 42:13 | **O** 3:1 6:1 | 81:8,13,16 | 139:15,22 |
| 230:18,18 | 48:12 50:8 | **O-R-T-I-Z** 8:6 | 81:20 82:7 | 140:8,20 |
| 246:22 | 50:11,17,20 | **O&S27** 131:14 | 82:19 83:9 | 141:4,16,21 |
| **Northwest** | 51:13,19 | **O.R** 111:7 | 83:19 84:1,6 | 142:5,11,17 |
| 7:16 | 52:4,6,7,12 | 164:16 186:1 | 84:15 85:5,9 | 143:6 145:2 |
| **Notary** 7:19 | 53:5 59:13 | **Obama** 28:15 | 85:14,19 | 147:16 |
| 252:14 253:4 | 68:12 72:2,7 | 70:11 | 86:4,11,17 | 148:10 |
| **note** 178:18 | 72:8 76:22 | **object** 9:4 | 87:11,19 | 149:13 |
| **notice** 1:18 | 76:22 78:21 | 135:16,19 | 88:2,7,11 | 153:12 |
| 74:19 110:15 | 83:16,17,21 | **Objection** | 89:3,7,12,18 | 154:17 157:7 |
| 110:19 111:1 | 83:22 87:2 | 24:18 25:10 | 90:1,5,9,16 | 157:15,21 |
| 111:7 113:5 | 95:5 97:7 | 26:9 27:18 | 90:19 91:5 | 158:14,20 |
| 113:19 114:1 | 122:10 130:7 | 30:9 31:21 | 91:10 92:5 | 159:8 160:11 |
| 144:7,8,9,17 | 130:21 131:9 | 32:6 33:6,11 | 92:10,18 | 165:15,19 |
| 144:17,18 | 131:10,16 | 33:15 36:21 | 93:2,7 94:19 | 168:15 169:1 |
| 145:9 146:11 | 134:10 135:4 | 40:20 41:3,8 | 95:13,18 | 170:3,9,22 |
| 159:1 162:16 | 137:10 138:3 | 41:18 42:1 | 96:2,9,16 | 171:20 172:5 |
| 163:12 | 142:21 143:4 | 42:16 43:22 | 97:15,19 | 173:11 174:5 |
| 165:21 166:2 | 143:7 147:9 | 44:9,19 | 98:1,6 99:1,6 | 174:13 |
| 185:2 188:4 | 148:11,14,15 | 45:14,20 | 99:12,20 | 176:18 179:9 |
| 189:1,5,8,16 | 148:19 149:5 | 46:4,15 48:3 | 100:3,9,13 | 180:4,18 |
| 189:17 | 151:6 162:14 | 51:15,22 | 100:17 101:4 | 181:1,6,14 |
| 197:19 198:2 | 172:11,15 | 52:15 53:2,7 | 102:4,9 | 185:12 |
| 199:7 206:22 | 188:22 | 53:12,21 | 103:2 104:1 | 187:12 |
| **notices** 204:7 | 189:18 | 56:4,20 57:2 | 104:6,14,18 | 189:13,21 |
| 204:11 | 225:13 239:9 | 57:17,20 | 105:6,10,20 | 192:9 195:19 |
| **November** | **number's** | 58:19 59:5 | 107:6,19 | 198:8 199:11 |
| 55:11 207:10 | 147:17 | 59:10,15,19 | 108:19 109:3 | 199:15 |
| 210:15 | 189:12 | 60:4,22 | 109:13,19,22 | 200:22 |
| **NTA** 110:15,18 | **numbers** | 61:16,22 | 110:3,9 | 201:12 202:8 |

| | | | |
|---|---|---|---|
| 204:14 206:4 | occasionally | 194:8 | 59:12,17,22 | 111:4,9,16 |
| 206:9,20 | 140:14 141:1 | **official** 153:22 | 60:18 61:4 | 111:22 112:5 |
| 207:13 | **occasions** | **officials** 109:4 | 62:2,6,13,20 | 112:15,18 |
| 208:12 209:1 | 154:22 | 122:1 200:7 | 64:1,10 65:2 | 113:5,5,11 |
| 209:8,17,22 | 216:13 | **OFO** 186:21 | 65:12 66:5 | 113:15,22 |
| 210:5,18 | **occupancy** | 190:16 194:4 | 67:11 68:17 | 114:4,8,10 |
| 211:2,15 | 122:17,22 | 194:9,12 | 69:10 70:14 | 115:3,6,8,10 |
| 212:2,8,19 | **occupied** | **oh** 50:14 98:18 | 70:20 72:15 | 116:4,11,17 |
| 213:8,13,19 | 155:1 | 102:17 114:8 | 73:16,19 | 117:1,10 |
| 214:15 215:3 | **occur** 52:4 | 155:8 178:11 | 74:2,12 75:2 | 118:4,10 |
| 215:12,16 | 82:10 205:18 | 195:3 236:18 | 75:6,9,14,18 | 119:3 120:16 |
| 216:3,9 | 239:11 | **okay** 9:9 10:17 | 75:21 77:4 | 121:9 122:16 |
| 217:5,15 | 244:16 | 11:1,7,10,13 | 78:4,13,18 | 122:19,20 |
| 218:2,10,21 | **occurred** 50:8 | 11:19,22 | 79:6,10,15 | 123:8,18,21 |
| 220:2,7 | 50:12 176:8 | 12:3,11,15 | 79:22 80:6 | 124:3,13,18 |
| 221:4 222:1 | 176:14 | 12:17 13:1 | 80:12,19 | 124:22 |
| 223:3 224:5 | **occurring** | 13:10,17,17 | 81:10,15,18 | 125:13,19 |
| 224:20 225:2 | 245:7 | 14:13 15:9 | 81:22 82:4,9 | 126:4,14,18 |
| 225:7,10 | **occurs** 205:19 | 15:11,14 | 82:13,16 | 126:21 127:5 |
| 226:17 228:1 | 243:13 | 16:4,16,18 | 83:7,16 84:4 | 127:10,22 |
| 228:9,14 | **OCONUS** 17:2 | 17:11,21 | 84:10,12,18 | 128:4,8 |
| 229:10,15 | **October** 215:7 | 18:7,17 | 84:22 85:7 | 129:13 |
| 230:8,12 | 216:18 | 19:16 20:3 | 85:11 86:8 | 132:21 134:2 |
| 231:10 232:3 | **offenses** 112:1 | 21:1 22:8 | 86:13 88:4 | 134:5 135:2 |
| 232:13,18 | **office** 2:5 | 23:6 24:11 | 89:14,20 | 135:9 136:3 |
| 233:6,15,22 | 16:14 35:8,9 | 24:14 28:13 | 90:13 92:7 | 136:15 137:6 |
| 234:4,17,20 | 37:20 38:1,3 | 29:9,17,20 | 92:14,20 | 138:7,15 |
| 248:12 | 38:9,17 | 30:1 31:5,7 | 93:4 95:4,10 | 139:11,17 |
| 250:18 | 65:19 71:10 | 32:1,16 | 95:15,20 | 140:22 141:6 |
| **objections** | 141:2 180:2 | 33:20 34:9 | 96:1,11,19 | 142:8,20 |
| 26:14 135:19 | 190:15,18 | 34:18,22 | 97:7 98:19 | 143:2,17 |
| **objects** 9:6 | 192:14 193:9 | 36:11 37:1 | 99:4,15 | 144:4,16 |
| **observes** | 194:8 | 37:13,16 | 100:15,19 | 145:4,11,22 |
| 25:20 | **officer** 17:17 | 38:9 39:1,6,9 | 101:6,22,22 | 146:5,16 |
| **obtain** 89:21 | 19:7 85:12 | 39:18 40:8 | 102:7,11,20 | 147:4,22 |
| 207:3,6 | 87:8,16 | 42:10 43:13 | 102:20 103:9 | 148:7,22 |
| **obviously** 9:4 | 103:19 | 46:1,12,17 | 103:14,21 | 149:9,19 |
| 52:8 148:22 | 112:10,10 | 47:2 48:5 | 104:8,16 | 150:3,14 |
| 149:16 | 205:19 | 50:4,17 51:4 | 105:4,13,18 | 151:15 152:5 |
| 163:15 | **officers** 38:17 | 51:9 52:2,8 | 106:3,12,19 | 152:8,14 |
| 198:18 | 80:17 154:4 | 53:4,18 | 106:22 107:8 | 153:6 155:3 |
| **occasion** | 240:5 243:15 | 56:12 57:4 | 107:12,16 | 155:7,13,15 |
| 32:14 117:20 | 246:10 | 57:12 58:3 | 108:21 109:9 | 156:7,15,18 |
| 118:7 229:20 | **offices** 1:18 | 58:11 59:7 | 109:15 110:6 | 156:22 157:4 |

Oritz , Raul

July 28, 2022

27

157:12 158:3
158:8,22
159:4 160:5
160:8 161:1
161:5,12,18
162:3,22
163:5,8,18
164:4,9,11
164:17,22
165:8,10,12
165:21 166:6
166:15,19
167:6,10,18
168:1,8,19
169:3,15,22
170:11,14
171:13,18
172:1,10
173:7,22
174:3,8
175:22
176:11,20
177:9,19
178:1,15,16
179:19
180:10,14
181:3,8,11
181:16
182:12 183:3
183:8,16,19
184:8,22
185:14,20
186:3,12
187:3,18
188:3,8,10
188:15,20
189:1 190:2
190:11,20
191:7,10
192:13
193:15 194:2
194:7,11
195:1,12
196:14,17

197:5,15
198:5,17,21
199:9 201:5
201:16
202:10,18
203:7,22
204:3,6,20
205:2,5,10
205:21 206:1
206:19 207:9
208:9,16,20
209:3,14,19
210:2,9,20
211:9,12,20
212:4,11
213:2,15
214:9 215:18
216:16,20
217:7,11,19
218:4 219:1
219:5,7,11
220:4,12,14
221:12 222:3
223:5 224:8
224:11,18,22
225:4,12
226:4,9,13
226:16,19
227:10,20
228:4,7,18
229:6,12
230:5,10
231:5,15
232:9,20
233:3,13,18
235:10,15
236:7,12,22
237:3,9,13
237:19 238:5
239:7,19
242:13 248:2
248:9,14,17
248:19
250:22 251:6

251:11,14
**old** 201:18
222:11
**once** 66:3 84:2
118:21 164:3
184:14
239:17
**one's** 226:20
**one-off** 92:4
**one-page**
191:21
**ones** 83:5
116:19 223:1
244:6,7
**ongoing** 39:16
53:9
**open** 174:17
**opened** 120:14
242:13
**operate** 31:4
120:11
**operating**
17:17 22:16
22:16 83:13
96:7 137:2
203:2
**operation** 28:1
190:14
211:18
**operational**
5:2 16:22
19:14,21
20:5,21
22:17,20,21
22:22 23:2
24:5 35:7,10
46:11 96:4
158:1,3
159:1 171:12
177:8 178:21
**operations**
19:17,21
20:4,8,9,13
20:18 23:4

28:3 35:9
37:21 38:2,3
38:10,17
46:10 65:19
126:20 127:3
133:21 153:8
154:10,13,15
160:2,6,19
161:3 169:19
170:6 175:17
177:5 190:15
190:16,19
192:14
193:10
198:12
235:12
**operators**
171:9
**opinion**
168:16
**opportunities**
56:10,15,17
56:22 244:13
244:14 245:1
**opportunity**
95:1 158:16
229:18 232:5
**ops** 21:7,8
**opted** 90:21
**optimal** 121:22
**option** 66:22
91:14
**options** 231:3
231:5
**order** 42:15
74:10 104:8
104:13 112:6
114:4 184:14
185:3 188:4
189:2,9,16
237:20 238:1
248:7,11
**ordered** 112:7
112:9

**orders** 74:3
**organization**
34:7,10
35:22 45:7
94:1 120:17
143:2 148:20
200:10
**organization...**
187:17
**organizational**
4:3,4 160:14
**organizations**
44:3,22
63:20,20
72:22 83:12
83:13 92:15
94:7 173:1,2
241:7,14
243:3,4,18
**organizations'**
243:10
**origin** 40:5
115:12
**originally**
18:12 114:21
**ORR** 186:9
**Ortiz** 1:15 3:3
4:2,6 6:4
7:11,13 8:3,5
8:5,7 14:8
33:22 35:14
40:18,22
41:5,10,15
41:20 43:1,7
44:6,11 47:6
49:4 53:18
54:1,7 60:8
67:9,22 69:3
69:12 74:8
76:17 86:1
89:9 90:22
92:14 96:21
101:8 122:8
123:11,16

128:15 133:3
137:20
143:19 151:1
159:14 169:5
177:12
181:19 182:4
190:5 192:21
193:16
194:14
225:16
**outcome**
253:13
**outpaced**
132:11
**outside** 118:8
123:5 181:12
213:15
**overcrowded**
69:18 70:21
144:12,14
202:11
228:19
**overcrowding**
203:22
**oversaw** 20:18
**overseas** 17:3
**oversee** 16:20
20:9
**oversight**
16:22
**overview** 4:10
4:20 54:12
56:1 129:3
129:19 130:9

**P**
**P** 6:1 126:2
**p.m** 119:10
174:21,22
222:15
238:13,14
251:20
**P.O** 2:13
**pace** 217:9

**PACR** 184:1,4
188:15,19
**page** 4:2 48:6
55:8,18,20
62:14,19
69:17 71:4
78:21 79:1
95:6,9 98:11
98:16,20
99:15,16,17
102:22 103:5
103:15 124:4
124:9,9,10
124:11 125:4
125:5 126:5
129:14
130:12
131:16 132:8
134:3,5,8,21
135:3,3
136:1,4
138:16,19
139:2 153:6
155:22 160:9
167:11 168:8
178:5,7,9,10
178:13,14,16
178:17
179:11,12
182:20 183:2
188:12,12
195:1,10
196:12
206:11 212:6
217:8 223:6
226:13,16,21
242:13 244:7
**pages** 98:8
124:4,5
135:20,21
237:15 252:3
**paid** 207:22
**pandemic**
121:20

214:10
**paper** 245:22
**paragraph**
54:20 55:12
62:17,17,18
67:4,11
72:16 153:1
191:11,12,20
200:19 201:2
204:6 212:16
214:9 223:20
**paragraphs**
67:7
**paren** 136:6
191:15 192:1
192:2 217:21
217:22
220:19,19
**parens** 191:15
**parole** 14:11
86:15 113:16
114:14,15,21
115:3,10
116:14 117:2
117:12,15
118:3,11
119:1 142:22
143:8 146:17
146:21
147:10,18
173:22 174:6
174:10 175:7
176:1,14
190:21,21
191:13 192:4
193:12 196:1
197:10,10
204:16 205:5
205:11,13
206:2,7,12
210:13
228:12 231:2
231:4,7
**paroled** 212:7

250:17
**paroles** 91:13
217:21 218:1
**PARP** 188:15
**part** 10:13
15:20 16:2
21:19 36:19
40:6 58:7
83:1 92:21
103:8 131:19
132:19 171:1
171:3 194:8
194:12
195:17 203:5
203:7 211:12
239:16
**participate**
29:15
**participated**
21:10
**particular** 23:2
145:18,19
171:12
177:19
**particularly**
216:6
**parties** 28:22
253:11
**partner** 21:13
134:1
**partners** 38:14
44:5,22
65:10 71:18
172:21 188:1
200:8
**partnership**
17:13
**Paso** 94:4
214:5
**pass** 73:20
238:19
**passenger**
194:5
**passport**

79:20 80:14
81:11
**Patel** 2:4 7:1,1
**path** 106:13
**pathway** 14:12
75:15 102:22
107:1,4,9
109:2,12
111:10
112:21
113:17
114:16
142:16 143:8
144:9 163:2
183:14
203:13
210:17 211:1
212:12
229:13 231:2
231:4
**pathways** 4:17
75:22 78:10
101:20
106:14 109:7
110:6 111:5
113:18
119:15 157:5
183:13
186:13
233:14,16
**patrol** 4:6
14:16,19
15:1,5,15,18
16:1,11,13
16:19 17:5,5
17:7,10,15
17:22 18:8
18:21 19:3,4
20:6,12,15
21:2,10,22
22:1,9 24:8
24:15,21
25:3,8,9,15
25:19,22

| | | | | |
|---|---|---|---|---|
| 26:6 27:13 | 154:14,15 | **pen** 76:15 | 104:16 105:5 | 192:10 |
| 27:16,20,22 | 155:3,4 | **penalties** | 105:8 | **pertains** 238:3 |
| 28:8 29:7 | 156:3 157:19 | 195:9 | **perception** | **Peru** 245:7 |
| 30:7,12,17 | 160:3,5,20 | **pending** 9:12 | 58:12,17 | **peruse** 127:12 |
| 31:11,18 | 160:21 163:3 | 89:2 107:16 | 180:21 | **Peruvians** |
| 32:2,8 33:10 | 163:11 | 107:17 | **perceptions** | 93:10 |
| 33:14 34:13 | 164:12 | **Pennsylvania** | 58:12 | **phenomenal** |
| 35:9 36:6,8 | 171:15 | 7:15 | **Percival** 2:3 | 25:15 |
| 36:19 37:14 | 174:11 175:9 | **pens** 76:15 | 6:19,19 | **phenomenon** |
| 37:20 38:11 | 176:10 183:4 | **Pensacola** 1:3 | 174:17 | 59:20 |
| 39:13,16,19 | 185:16 | 6:8 | **perform** 26:7 | **phone** 81:2 |
| 40:9,14 | 190:17,22 | **people** 28:3 | 85:12 | **phones** 210:8 |
| 41:15 43:17 | 192:15 | 63:2,3 66:18 | **performing** | **phrase** 141:10 |
| 44:1 46:13 | 197:13 | 67:13 83:8 | 86:14,21 | 141:12 209:5 |
| 47:20 48:13 | 199:13 | 83:18,21 | **peril** 241:12 | **physical** 41:16 |
| 50:8,18 | 204:17 | 98:4 116:12 | **period** 28:10 | 47:12 48:7,9 |
| 51:13,19 | 205:14 | 121:21 | 118:2 177:21 | 49:15,21,22 |
| 52:5 53:5 | 207:11 208:5 | 126:15 | 185:10 | 50:2 51:4,6 |
| 58:8 59:2 | 211:8 227:22 | 140:17,22 | 232:19,22 | 52:14 119:18 |
| 67:9 71:16 | 228:16 | 142:8 146:1 | **periods** 121:6 | 124:1,18 |
| 72:1 74:7,12 | 232:16 | 146:14 148:7 | **perished** | 128:5 178:20 |
| 75:10,14 | 233:21 | 148:8,8,11 | 241:9 | 182:14 |
| 77:17 78:12 | 235:20 240:9 | 148:13 | **perjury** 195:9 | **pictured** |
| 79:10 80:7 | 245:19 | 150:20 154:6 | **permanently** | 150:19 |
| 81:7 84:8 | 246:16 249:8 | 166:11 | 155:1 | **PII** 151:22 |
| 85:3 86:13 | 250:1 | 167:14,15 | **perpetrated** | 153:7,13 |
| 86:19 89:10 | **Patrol's** 26:3 | 203:5 208:2 | 243:14 | 154:6 235:3 |
| 89:14,20 | 32:22 33:4 | 247:5 249:10 | **persecution** | **PL-01** 2:6 |
| 90:3,7 91:12 | 36:9,12 62:8 | 249:11 | 85:18,22 | **place** 36:6 |
| 101:20 | 109:1 120:2 | **perceive** 56:11 | 86:3 87:10 | 46:18 86:9 |
| 105:14 106:5 | 133:21 | 60:2 | 87:18,21 | 150:17 |
| 108:17 109:5 | 163:10 | **perceiving** | **person** 140:17 | 196:14 |
| 111:17 | 176:13 | 68:2 | 155:1 156:2 | 227:13 |
| 119:16,18 | 245:11 | **percent** 90:10 | 161:1,2 | 229:20 232:1 |
| 122:11 124:6 | **patterns** 94:5 | 90:18,20 | 162:5 201:13 | 241:8 |
| 128:2,4,11 | **pause** 26:13 | 104:22 105:5 | 206:1 | **placing** 200:16 |
| 133:22 138:8 | **pausing** 114:7 | 105:9 122:22 | **personnel** | **Plaintiff** 1:7,17 |
| 138:17 141:9 | **pawns** 241:8 | 131:7,8 | 20:17 121:18 | 2:2 7:18,22 |
| 142:14 143:7 | **PD** 162:20,20 | 132:19 | 125:1 175:18 | 247:22 |
| 144:10 145:1 | 163:2 164:1 | 154:19 162:7 | 211:4,7,13 | **plan** 4:13 23:3 |
| 145:4,17 | 164:22 165:4 | 162:8 200:5 | 228:17 | 121:8 246:19 |
| 146:3 148:5 | 165:8,10 | 203:2 246:19 | **perspective** | **plans** 22:20,21 |
| 148:20 | 166:11 | 250:4 | 122:9 249:15 | 24:5 |
| 152:19 153:9 | **peel** 220:21 | **percentage** | **pertaining** | **platforms** |

Oritz , Raul                                                    July 28, 2022

30

22:13 63:12
198:10
**play** 203:10
**played** 249:16
**plaza** 244:2
**please** 6:12
8:14 58:20
91:1 135:18
154:8 175:4
240:22
**plus** 17:2
113:16
114:14,16,21
115:3,10
116:15 117:2
117:12,15
118:3,11
119:1 146:17
146:21
147:10,19
184:11 196:1
196:2 204:16
205:5,11,13
206:2,8,12
212:7 228:12
**pocket** 80:20
81:1,5
**point** 38:13
51:10 54:21
55:5,9,16,19
56:13 57:5
58:4 71:5
105:4 114:3
133:14 146:9
153:4 154:22
158:17
169:20
177:16
183:21
188:16 211:6
213:11
219:22 220:6
225:1 231:1
231:6,7

**points** 21:1
22:2 57:5
145:21
198:13
219:12,17
227:21 242:6
242:17
**policies** 21:3
22:14 58:13
58:18 59:4,8
142:13,18
176:13
**policy** 11:17
20:12 21:4
24:15 68:1
73:10 92:21
93:5 95:11
95:15,21
96:1 109:4
144:17
157:18
181:12 191:3
191:4,8
192:7 193:10
193:13 198:3
199:10
201:11
213:17,22
214:13 224:2
224:18,22
227:19
234:15,16
**policy's**
234:10
**political** 37:8
37:10,17,18
57:6,8,14
245:6 247:19
**population**
42:18 63:11
67:19 71:16
74:22 90:20
93:20 104:22
113:2 115:22

116:5 117:22
121:16 126:7
126:12
131:11
143:10
144:14
186:10 187:1
208:14
228:16
229:18
230:15
232:11 245:8
247:13
249:17,22
250:5,13
**populations**
45:3 65:4,22
93:12 94:10
94:15 95:2
115:18,20
130:22 172:1
172:7 173:3
220:10 230:2
230:22 241:7
243:19 245:3
245:15
**port** 65:20
113:4 186:20
187:7,10
192:11
217:18
250:14
**portion** 3:12
129:16
138:14,21
**Portland** 150:7
150:11,13,15
**ports** 35:5
36:10 38:5
38:12,20
47:17
**pose** 30:19
**poses** 220:15
**position**

154:21 155:1
**positive** 200:3
**possess** 80:4
**possible** 44:7
73:2 157:10
**possibly** 9:21
230:4 232:10
234:13
**postdates**
234:15
**posture** 158:1
178:19 179:7
**potential**
172:7
**potentially**
109:14 111:8
221:6 232:4
**practically**
216:2
**preclearance**
38:16 190:15
**predecessor's**
197:19
**pregnant** 65:9
65:13 91:17
116:9
**premise** 32:20
**premised**
228:8
**preparation**
13:10 14:1,6
138:13
**prepare** 11:7
11:14 42:17
**prepared**
42:19 124:14
137:8
**present** 2:16
26:18 27:1,6
28:13,17
30:7 58:7
77:6 106:4
122:11 166:3
**presenting**

38:7,21
192:11
**president**
27:17 28:14
28:18 29:3
51:6,10 59:1
59:12,18,22
68:6 98:13
98:21
**presidents**
28:21
**press** 61:20
180:17
**pressure**
232:15
233:20 234:2
**pretty** 117:10
184:10
238:10
**previous** 42:4
62:17 120:9
131:5 136:8
138:15,20
139:9,12
144:10 160:9
160:9 193:8
197:16,18
213:11
216:12
220:18
221:19
223:13 228:5
228:11
240:18 249:5
**previously**
74:4 109:17
110:7 237:15
243:21 246:8
**primarily**
239:22
**primary** 52:22
56:2,13
**principally**
61:11 243:21

printed 13:15 245:21
printing 13:8
printouts 215:20
prior 17:4 18:7 22:1 44:20 50:6,14 58:15 59:1 63:6 68:6 70:19 112:6 185:4
priorities 20:22
prioritized 31:3
prioritizing 246:17
priority 171:9
privilege 102:13 107:20 108:2 153:19,21 234:21 235:1
privileged 102:10,12 153:16 175:11
proactive 119:19
probably 9:16 9:17 21:4 22:4 32:21 71:17 126:21 129:10 154:14,19 161:19 162:4 200:5 211:6 215:21 216:11 218:3 218:18
problem 9:15 9:16 129:1 138:3 176:11

182:8
problematic 94:1 175:15
procedures 22:14,16,17
proceedings 1:21
proceeds 244:3
process 14:11 21:9 22:22 25:13 28:1 73:10 74:18 75:16 76:4 83:8 88:5 107:20 113:3 113:11,16,16 121:16 123:5 123:6 127:16 128:5 142:18 147:18 165:13 184:6 201:15 203:6 204:7 205:15 205:18 206:13,16 207:1,2,6,8,9 207:17 208:1 208:10,15 211:10 221:15,18 224:6 230:15 233:7 239:18 245:15,17 247:9
processed 26:19 27:2,7 40:16 64:7 67:20 84:13 84:20 86:9 105:1,2 107:14 166:17

183:13 185:7 187:13 188:19 210:16 250:14
processes 46:18
processing 4:17 14:11 28:5 32:14 45:3 65:14 65:21 66:3 78:10 84:9 84:16,21 85:3 92:8 101:20 103:8 106:1,14 107:9 109:2 111:5 112:11 112:16 119:15 120:7 121:10 122:3 122:13 132:11 144:9 145:13 157:5 163:2 183:9 185:15 188:4 203:13 211:5 230:17 231:2 245:11 246:3 246:12,13 247:2,6,9
production 13:13
professional 20:15
professional... 25:18
professionally 26:7
program 71:7 130:7 131:15 131:15 140:2 140:9 144:7

165:5 167:7 167:9 186:21 188:19 190:16,17,21 190:21 239:10,15,18 248:3
program's 208:16 209:19
programs 19:14,21 20:5 21:8 72:21 135:4 184:17,20 194:6 247:6
prohibiting 237:11
prolong 239:1
prolonged 71:6,11
promise 196:20 241:10
promoted 19:13 20:1 169:20
prompt 184:4
promulgated 198:2,3
property 241:19,22
proposal 127:15 142:16
proposals 68:7 69:5
proposed 107:17 108:3 108:12 134:9 135:22 139:5
proposing 109:5 125:9
prosecutions

186:7,8 200:12
prosecutorial 162:21 163:1 163:2,8,19 164:6,13 166:12 188:2
protect 183:21
protected 127:16 142:18 239:15,16 248:14
protecting 73:11 204:3
protection 4:5 4:10 34:16 34:19 35:1 36:1 96:3,6 187:14 239:4
protections 72:17
protective 67:15
protocol 239:4
protocols 96:3 96:6 187:14
proud 25:14
provide 13:6 40:2 143:3 241:10
provided 13:9 144:5,22 146:12 147:1 218:18
provides 44:12 77:5,6 77:22 130:20 131:4
providing 22:6 138:12 218:8
public 7:19 52:10 108:6 108:8 126:5

198:21
220:17
228:13
231:11
233:10
252:14 253:4
**publicly** 47:14
49:13
**published**
108:1 128:9
131:21
133:17
**publishes**
123:22
**Puerto** 52:21
**pull** 215:20
**purports**
190:11
**purpose** 94:14
**purposes**
192:2 236:11
**pursuant** 1:17
104:13,20
**push-pull** 56:2
56:8,13
242:18,21
**push/pull**
244:10
**pushing**
244:10 245:2
**put** 120:4,6
124:19 125:2
132:21,22
140:9 159:12
169:3 180:14
190:2 193:15
194:11
207:14
225:12
237:13 238:5
**puts** 241:12
**putting** 241:14

**Q**

**QT** 248:16
**quarantine**
200:1
**quarters**
219:16
**queries** 147:6
**query** 144:7
145:17,21
146:17,20
148:3
**question** 8:15
8:19,22,22
9:6,7,12
26:21 32:21
58:20 93:14
149:3 161:9
162:14
170:14
174:17 175:4
175:5,22
195:5,12
245:13
**questions** 9:4
32:21 58:22
148:20
150:11 202:3
238:8,17,22
249:3 251:1
**quibbling**
201:22
**quick** 121:6
130:22
**quickly** 64:8
73:2 117:11
157:10 230:4
238:10
**quiet** 205:12
**quite** 22:15,18
23:10 32:13
63:10,14
65:9 80:17
84:8 115:17
149:18
164:18

241:11,16
243:15
250:11
**quote** 56:2
158:19
170:15,18,21

**R**

**R** 6:1 51:1
**R-A-U-L** 8:5
**radio** 176:4
**raises** 30:6
**raising** 196:10
**ranchers**
241:19
**range** 23:14
**ranged** 188:5
**rank** 166:20
167:2
**rate** 142:14
173:10
**rattle** 26:13
**Raul** 1:15 3:3
6:4 7:13 8:5
**reach** 122:4
**reached** 66:3
**read** 11:22
56:6,15 58:4
69:20 70:1
71:13 73:2
91:6 99:1
131:2 134:14
135:14 175:4
178:21 181:2
181:4 206:16
220:5 251:2
251:5 252:2
**readiness**
20:13
**reads** 69:17
72:17 114:16
191:21
206:12
**realize** 98:20

**really** 94:10
122:5,12
166:6 175:14
180:8
**reap** 244:3
**reaping** 243:4
**reason** 56:11
68:2 91:18
127:11,11
130:16 150:5
154:3 169:15
173:20,21
201:10
220:18
**reasons** 91:15
153:8 174:7
192:4 202:6
234:21
247:17
**recall** 100:21
118:20
151:11
153:10
156:16,18
159:3 163:14
164:9 166:15
191:7 194:1
216:22
222:22
242:19
**receive** 30:17
227:12 230:2
244:1
**received**
118:17
161:10
234:19
**receiving**
106:9 156:16
**reception**
156:9 158:19
**Recessed**
68:20 119:9
174:21

238:13
**recognizance**
86:16 111:2
113:6 173:15
173:17
174:11 175:8
176:1,14
185:3 188:5
189:2,9,16
**recognize**
46:21
**recollection**
102:5 198:15
199:4
**recommend...**
23:1
**Reconvened**
68:21 119:10
174:22
238:14
**record** 5:14,15
6:13 8:4
10:12 68:19
69:1 98:15
119:12
174:19 175:1
183:21
195:18,22
197:2 214:18
217:14 221:8
237:16
238:11,16
240:22 246:9
251:16,19
253:8
**records** 103:6
198:22
**redaction**
153:17
**reduced** 72:2
72:7 135:6
239:9
**refer** 34:18
39:6 112:15

162:8 168:12
**reference** 79:6
162:10
212:16
**referral** 87:4
162:8,8
**referred** 158:4
168:17
**referring**
168:14
170:20
221:19 238:1
**refers** 112:16
**reflected**
203:8
**reflects** 248:10
**Refugee** 73:1
**refused** 90:8
**refusing** 90:4
**regard** 242:2
**regarding**
107:17
116:18
177:17
**regardless**
67:19 102:21
**region** 52:21
**regional** 57:5
57:8,13,13
**regions** 17:2
**Register** 108:1
**Registration**
253:22
**regularly**
154:5
**reinstatement**
112:5 185:4
**reinvest** 71:6
**related** 101:2
253:10
**relations** 11:6
**relationship**
39:16 40:8
**relatively** 64:8

121:6
**release** 45:18
45:21 46:2
86:15 91:18
140:6 141:10
141:12,14
142:2 158:7
173:16
185:20,22
234:3
**released** 45:5
64:9,12,15
64:21 65:15
91:4 92:16
111:8 113:6
113:7 119:1
127:19 142:6
144:16 146:2
146:11,21
154:5 157:11
158:18
166:11 172:8
185:3 189:3
189:4,8,17
189:20 206:2
229:9,11,12
230:7,9,10
250:21
**releases** 43:11
44:21 91:11
143:8 164:12
**releasing**
91:14 141:19
162:15,16
173:15
174:10 175:8
**relevant**
128:11
227:22
**relief** 100:7
**relieve** 203:22
**remain** 60:3
95:12,16
96:13 187:15

remained
179:14,20
**remaining**
105:2 205:3
**Remarks** 4:12
**remember**
29:16 69:6
241:2
**remind** 175:10
**reminds** 45:1
**remittances**
244:16,21
**removal** 28:2
82:4,17
87:20 88:1
104:4 107:4
107:8,13,18
108:9,12,18
109:11 110:2
110:13 112:6
114:4 126:20
127:2 183:17
185:4 239:21
240:2
**removals**
131:1
**remove** 32:2
171:14
**removed**
26:19 27:2,7
65:16 78:14
79:16,20
81:18 112:8
112:9,14
113:3 239:18
**removing**
170:16 171:9
173:8
**rendered**
112:13
**rep** 215:14
238:9 251:16
**repair** 241:20
**repatriate** 67:1

93:11 116:19
158:9
**repatriated**
63:10 64:3
78:15 107:15
**repatriation**
28:6 63:7
74:22 82:1,5
116:13
186:11,13,17
229:22
**repatriations**
106:6,8,9
**repeal** 44:17
237:11,19
**repeat** 26:21
58:20
**repeated**
106:19
**rephrase** 8:20
**replacing**
203:16
**report** 5:7 37:1
104:21
127:22
140:13
143:11 144:7
144:8,9,17
146:1,11,15
147:3 150:4
161:13,14
164:12 165:1
166:2 180:9
180:13 189:5
197:19 198:2
199:7 206:14
206:22
217:13
**reported** 26:1
52:10 160:8
167:20 215:6
**reporter** 6:14
8:10 9:20
26:16 114:13

175:3,5
183:22
**reporting**
128:9 154:1
161:21 168:5
**reports** 145:22
146:3 160:14
160:18
164:18 183:4
183:6 214:22
**representati...**
23:11 34:10
**representative**
10:8 196:21
**representing**
180:10
**reps** 23:18
**repurposing**
178:20
**request** 81:19
90:11 145:6
145:12,12
251:7
**requested**
118:19
125:19 136:9
136:13,17,19
136:20
**requests**
13:12 14:5
191:22
**require** 30:14
89:21 206:14
225:9
**required** 95:15
**requires**
100:15 171:4
206:21
**requisite**
203:3
**rescinded**
42:15 196:12
**rescinds** 228:5
**rescission**

Oritz , Raul

July 28, 2022

34

| | | | | |
|---|---|---|---|---|
| 44:7 | restart 59:17 | revising | 84:22 85:16 | 155:7,17,17 |
| reserve 118:20 | restarted 96:1 | 178:18 179:6 | 87:7 88:10 | 155:21 156:2 |
| residential | 248:6 | revision 224:2 | 88:21 93:9 | 156:4,15 |
| 31:4 72:14 | restaurant 8:9 | RGV 167:21 | 97:11,14,22 | 157:6,14,18 |
| 156:6,8 | 9:17 | 168:12 | 98:3,5,8,21 | 157:20 |
| resign 90:21 | restrict 109:2 | Rico 52:21 | 98:22 99:5,8 | 158:13,19 |
| resolution | Restrictions | rid 231:18,21 | 99:11,22 | 159:7,22 |
| 137:3 203:1 | 98:13 | 236:5 | 100:12,16 | 160:3,8 |
| resort 114:16 | restructure | right 8:11 9:3 | 102:20 103:4 | 161:7,22 |
| resources | 21:12,19 | 10:3,18 | 103:14 106:1 | 162:15,18,20 |
| 211:16,17 | restructuring | 13:20 14:4 | 106:12,22,22 | 164:4,6,17 |
| resourcing | 21:9,18,22 | 14:20,22 | 107:3 108:17 | 165:14,17,18 |
| 20:19 21:9 | result 165:12 | 15:2,15,21 | 109:12,21 | 166:1,19,21 |
| respect 13:6 | 248:7 | 18:12 24:5 | 110:8,18,22 | 167:10,15,16 |
| 17:18 45:9 | retain 157:14 | 26:5 27:17 | 112:18 | 168:6 169:3 |
| 72:6 148:18 | retained 96:14 | 28:8,15 | 114:19,21 | 169:15,19,20 |
| 176:13 | retired 16:4 | 29:17 31:10 | 115:15 116:2 | 170:2,8,11 |
| respective | 90:21 | 31:15,17 | 116:17 119:3 | 170:12 177:9 |
| 45:1 | return 74:21 | 32:2 34:13 | 119:14 120:1 | 177:17,21 |
| respond 62:2 | 78:17 106:18 | 35:11 36:18 | 120:2,18 | 178:1,4 |
| 211:13 | 112:20 | 37:5,19 39:4 | 121:3,11 | 179:2,11,16 |
| responding | 115:18 118:1 | 39:6,10,12 | 122:22 124:8 | 179:17,21 |
| 167:14 | 187:4,5 | 39:15,22 | 124:8 125:2 | 180:3,12,14 |
| responds | returned 15:5 | 40:4,13 41:7 | 125:4 126:15 | 180:22 181:3 |
| 162:18 | 19:10 187:14 | 43:16 47:15 | 127:3,5,8 | 181:5,9 |
| response 8:16 | returns 103:18 | 47:20,21 | 129:8 130:16 | 182:12,17,19 |
| 62:8 | reveal 175:11 | 48:1,7,13,17 | 131:14 132:2 | 183:6,12,14 |
| responses | review 11:13 | 48:19 49:1 | 132:4,7,21 | 183:17 184:8 |
| 8:10 13:12 | 11:16 13:11 | 49:10,13,18 | 133:21 134:8 | 184:9,18 |
| 14:1,5 | 68:7 87:20 | 50:2,9,14,18 | 135:4,11,22 | 185:2,11,14 |
| responsibilit... | 88:10,13 | 51:1,2,12 | 136:12 137:6 | 185:18 |
| 21:16 36:12 | 103:15 | 52:6,11 | 137:14 138:9 | 186:17 187:3 |
| 38:10 | 108:15 | 54:18 55:8 | 138:11,17,19 | 187:20,21 |
| responsibility | 127:20 | 56:8,17 57:4 | 138:22 139:3 | 188:6,13 |
| 28:2 240:3 | 133:17 167:4 | 58:6 61:20 | 139:6 140:16 | 189:1,9,11 |
| responsible | 167:8 184:5 | 62:3,10 66:7 | 140:18 141:2 | 189:20 |
| 16:22 21:5 | 184:6 205:17 | 66:19,22 | 141:15,20 | 190:20 192:7 |
| 35:3,4,6 36:9 | 244:8 | 67:1,16 69:3 | 142:3 145:1 | 192:8 193:8 |
| 38:18,20 | reviewed 12:3 | 69:8 71:4 | 145:14 146:5 | 193:12,13,15 |
| 129:19 | 13:22 14:4 | 73:17 75:6,7 | 146:9,18 | 194:11 195:8 |
| 202:17 | 69:5 104:21 | 75:11 76:14 | 147:4,15,22 | 195:13,14 |
| 239:22 | 134:19 | 77:16,18 | 149:6 152:6 | 196:10,12,15 |
| rest 221:13 | reviews | 78:20 80:14 | 152:9,12,14 | 196:22 197:5 |
| 238:9 | 103:19 | 82:16 84:4 | 152:21 153:4 | 197:9,10,13 |

LADOJ-ASYLUM213

197:20 198:3
198:21
199:14
201:16
203:17
204:11 206:8
208:9,18
209:16,21
210:4,10,20
211:20 212:1
212:15,15,22
213:5,6,10
213:15,21
214:1,13,17
215:5 217:16
217:19 218:4
218:4,8,13
218:15,20
219:2,9,14
219:19 220:6
221:12,13,16
221:21 222:9
222:16,18,20
223:5,7,12
223:15,21
224:1,9,13
224:19 225:1
225:6,12
226:4,7,19
227:6,10,20
228:4,4,5,8
228:13 229:1
229:9 230:11
231:9,19
232:2,12
233:5,21
234:3,10,11
234:15
235:22 236:1
236:2,9
237:3,6,13
237:22 238:5
238:5 242:6
242:15 243:6

245:10
247:20 248:6
248:11 249:5
250:22 251:6
251:15
**rigorous**
206:12,19,21
**Rio** 4:12 18:9
18:15 19:6
20:1 23:22
61:9 63:19
63:22 64:2,6
65:20 70:8
94:2,2,12,12
117:9,9
120:8 167:22
168:20,21
175:13 176:3
176:12 181:9
201:18 211:5
212:4,5
216:13,16,20
217:9,17,20
218:22 223:9
223:17
246:20,20
250:3,3
**risk** 115:21
163:17
220:11,17
231:12
**Rodney** 5:4
144:10
151:17
**role** 18:8 52:8
153:10
169:22
**roll** 246:20
**roll-out** 218:6
**rolled** 166:20
167:2
**rolling** 246:1
**rooms** 184:13
**rough** 65:5

**roughly** 16:16
20:14 29:13
29:21 38:17
43:13 52:3
52:11 71:10
207:10,11
250:5
**route** 207:19
**row** 39:4
**rule** 108:3,12
180:16
**rules** 8:7
107:17,17
**run** 19:9 148:3
**running** 147:6
**Ryan** 2:12 7:5
7:5

**S**

**S** 3:1 4:1 6:1
220:19
**safe** 53:10
64:6 73:1
**safeguard**
72:18
**safely** 121:15
**safety** 31:2
45:2 121:17
200:21 202:5
220:17
231:11 242:2
**Salvador**
186:15
**San** 18:21 94:3
**SAR** 236:16
237:7,8,22
**SAR122**
237:17
**Saturday**
171:2
**saw** 13:14
70:9 212:20
241:9
**saying** 50:2

103:10
150:18 172:4
220:20 241:2
**says** 56:14
62:18 67:8
67:12 71:5
78:6 87:4
88:16,18
95:7 98:12
100:18 103:5
103:15 106:4
112:20
125:15
132:16
146:15 147:3
153:8 162:6
168:11
179:12,16,19
189:3 191:12
201:4 209:5
217:9 218:12
219:1,19
220:13
221:21
223:18 224:8
224:12,16
235:20
**scans** 251:8
**scenarios**
42:17
**scene** 84:13
**scheduled**
63:6 229:22
**Scott** 5:4
144:11
151:17 153:2
153:4 155:2
198:16
**screening**
79:22
**seaports** 35:5
38:5
**seasonal** 42:8
**seasonality**

42:6
**seat** 122:2
**second** 26:13
55:9,18,20
69:16 71:5
78:21 83:1
88:18,18
125:13
146:16 153:6
154:2 167:11
179:12 182:2
191:12
200:19 201:2
204:6 212:6
214:9 217:8
241:17
242:13
**secretary** 4:12
60:19 61:7
227:13
**section** 4:15
4:16 76:10
76:12 77:1,4
77:5,16,22
78:5,5 87:7
88:16 91:2,8
92:7 97:5,8
97:11,12
98:9,10,21
99:4 100:5,7
134:3,6
135:19 136:4
138:16 139:3
191:13,16
**sector** 18:9,15
19:6 20:2
22:22 23:6
23:12,18,20
23:22 24:2,7
44:16 64:2
83:10,11
167:15
175:18
176:10 177:4

Oritz , Raul

July 28, 2022

36

198:13,15
199:19
210:21 228:2
230:22
239:12
248:10
249:14
**sector's** 23:12
**sectors** 20:7
20:19 23:14
23:14 44:1
44:12,20
45:2,18 66:1
66:2 93:22
94:5,12,18
100:21
114:17 117:5
117:7,13,15
117:17,20
118:4,7,8,16
122:6 161:22
168:3 175:20
176:16,21
177:6 197:13
198:14 211:3
213:16 214:1
215:1 218:19
243:13
246:17
249:16
**secure** 36:16
**securing** 4:13
36:9
**security** 4:3,18
4:19,21 5:1
7:15 10:9
13:19 15:4
17:18 21:20
31:2 34:8,11
35:2,3 45:2
94:3 115:21
121:17
123:22 129:2
129:8 130:17

130:18
133:10
137:10 138:5
143:3 144:5
163:16
220:16,16
231:8 246:10
247:15
**Security's**
13:12 123:19
139:20
**see** 37:20 42:4
45:4 52:8
57:6 58:13
62:19 71:7
73:6 77:13
78:7 79:8
83:12 87:5
88:19 94:4
94:11 100:14
103:6 105:16
110:16 111:2
125:6,17
126:4 131:17
133:20 135:1
135:2 149:18
165:4 170:17
171:7 172:8
172:10 173:4
180:20 204:9
214:11
219:20 227:7
227:9 230:20
234:8 237:6
238:8 241:13
241:16,18
243:17 244:2
244:19 245:6
**seeing** 246:17
**seek** 74:15
**seeker** 247:13
**seeking** 108:2
247:16
**seeks** 69:19

**seen** 32:14
34:4 35:19
41:12 42:2,8
43:6,17,18
52:20 54:15
59:21 60:16
70:17 74:3,4
101:16
117:19
123:15
125:11
132:18 144:2
145:22 146:4
149:14,21
150:2 151:6
164:22
169:12,14
171:22 190:9
193:6,22
194:21 196:8
198:17 201:9
226:2 239:14
243:14
244:19 249:4
249:5
**segregate**
31:19 32:4
247:12
**seizes** 75:7
**seizing** 75:2
**seizure** 75:3
**seizures**
243:17
**select** 114:17
**send** 43:21
198:12
**sending**
161:20 162:4
**senior** 18:22
19:11
**senior-level**
153:22
**sense** 130:3
217:2 221:12

**sensitive**
153:20 154:4
**sent** 153:2,3
153:14
154:11 161:8
185:18 197:6
197:9 198:7
198:9 214:19
**sentence** 63:5
67:12 69:16
70:1,4,4
72:17 73:5
125:14,15
179:12
200:19 201:2
201:3 203:12
206:11,16
**sentences**
72:16 204:9
**separate** 32:4
32:9 39:9,12
167:19
210:22
**separated**
32:13
**separating**
221:9
**September**
15:19 61:3
66:5,7 215:7
217:7,20
**series** 32:21
214:18
224:11
**serve** 16:10
18:8,14
**served** 18:4
19:20 153:10
**service** 126:5
238:18
**services** 1:19
6:14 30:19
31:15 35:10
35:10 73:1

202:15
205:22 240:4
**serving** 161:2
**set** 60:6 76:4
147:21 253:7
253:14
**sets** 164:20
**setting** 96:15
**settings** 30:22
204:1
**seven** 30:16
56:1 106:14
106:20
110:11,12
112:19 162:1
**Seventh** 1:19
**shakes** 8:12
**shaped** 102:21
**shapes** 102:1
102:3
**shared** 208:21
209:4
**Sharma** 2:18
**shop** 20:12,13
**short** 31:19
232:19
251:17
**show** 33:17
35:11 42:20
47:4 49:1
54:5 60:12
69:10 76:21
97:3 101:6
123:8 133:1
143:17
150:21
165:22
235:21
**showed**
231:17
**shows** 149:22
179:13
**shut** 65:20
120:13

Oritz , Raul                                                    July 28, 2022

37

shut-downs
  200:13
side 102:1
  211:7,7
sign 195:8
signature
  178:4 195:4
  195:6 226:14
  226:16 252:7
signed 43:10
  195:14 199:3
  201:14 226:5
  245:21
significant
  63:1 70:9
  199:19,21
  200:17
  202:15
  216:15 244:9
  245:8,16
similar 17:13
  129:6 165:18
  199:3 222:14
  225:5 227:15
  235:9
single 17:8
  30:8 31:20
  32:5,9,15
  92:12 102:5
  103:21
  114:17 115:4
  115:10 116:2
  116:15 117:2
  118:10,18,22
  143:9 165:10
  199:18
  223:19 224:3
  224:16 225:1
  229:3,8
  230:5 244:12
sir 18:6 55:21
  187:5 219:1
site 47:15
  49:13 52:10

sitting 8:10
  52:11 108:16
situation 62:3
  62:8 214:22
situations
  45:11 46:13
  91:15 92:3,4
  221:5
six 16:21 35:7
  36:2 74:5
  106:14
  149:22
slash 110:19
  111:2,9
  112:20 113:6
  189:17
  219:13,19
slew 207:5
slightly 221:17
  229:7
small 188:22
  236:16
smart 176:6
smugglers
  63:1 67:12
  67:16 81:3
  180:20
  241:16,22
  242:1
smuggling
  63:20 83:2
  83:12 173:1
  207:21,22
  244:4
snapshot
  235:20
  236:14
social 62:22
  63:11 155:5
soft-sided
  120:4,6
  121:6
solution
  229:21

somebody
  25:20 91:14
  91:16,19
  112:7 207:2
  246:8
somebody's
  168:16
son 220:22
  221:1
sooner 245:18
SOP 24:6
SOPs 22:15
sorry 47:2
  50:4,6,14
  61:5 77:15
  88:17 98:18
  114:10
  155:22
  162:12 178:9
  180:7 205:11
  236:16 237:4
  242:11
  248:20
sort 80:5
  121:13
  247:18
sounds 50:2
  171:7 184:10
sources 181:4
  244:2
south 38:14
  63:13,17,22
  172:21
  175:14
  239:13
  240:11
  243:13 245:5
  249:20
southern
  40:15,19
  41:2,11
  52:18 53:1
  53:10 57:9
  74:12 80:7

80:13 94:16
  108:22
  139:19
  161:22
  176:17
  230:21
  233:20
  240:12
  249:20
southwest
  4:10 17:1
  44:13,17
  46:20 54:12
  74:13,18
  93:21 118:12
  149:11
  175:20 183:9
  185:16
  199:21 214:1
  229:19
  246:22
space 31:1
  32:11 45:10
  72:6 122:1
  123:6 158:12
  191:22 228:8
speak 11:11
  12:12,17
  71:22 135:12
speaking
  148:12
special 20:8
specific 11:1
  60:17 94:15
  117:5 151:14
  164:7 177:7
  215:10
  222:22
  243:12
specifically
  12:10 207:18
  216:22
  221:19 222:7
  250:3

speculate
  164:5,8
speeches
  181:8
speed 237:14
  242:8 246:11
spell 8:3
spend 13:15
spent 18:21
  28:5
spike 70:9
  199:21
  230:20
spikes 117:20
split 105:12
  220:20 221:2
spoke 242:18
spoken 12:7,9
  12:15,20
sponsor 91:19
spots 111:1
spread 94:18
spring 54:21
  55:3,6
ss 253:2
staff 19:7
  20:15 127:12
  127:20
  133:17,19
staged 217:18
stamp 218:9
  222:4
stamped
  226:20
stand 219:3
standard
  22:15 25:22
standing
  121:2
standpoint
  20:20
stands 126:1,2
  126:10,13
  127:2 184:4

Oritz , Raul

July 28, 2022

38

staple 128:19
stapler 128:18
start 23:18
  119:5 135:3
  161:18
  168:13
  183:22
  230:20
started 163:22
  188:16 249:8
starting 18:17
  138:16 173:4
  203:12 211:4
starts 130:7
  136:1 188:11
stash 241:18
state 1:6 2:5
  6:5,17,19,22
  7:1 8:3 19:11
  23:20 145:19
  187:20 188:1
  211:17
statement
  67:5 168:14
states 1:1,9
  6:5 7:4,6,8
  7:10 16:12
  17:6,10,15
  18:21 25:22
  26:19 27:1,6
  27:12 28:14
  28:18 34:13
  34:18 35:8
  36:16,20
  39:3 41:2,7
  41:21 42:14
  45:19 46:3
  53:20 54:3
  56:19 58:1,9
  59:14 60:2,3
  62:10 64:12
  64:15 65:15
  67:21 68:2,3
  77:6 80:8

93:1 97:8,13
  104:12
  139:16 153:9
  160:20
  180:13
  181:13 231:9
  253:1
station 2:13
  19:4
stations 19:5
  122:7
statistics 4:7,8
  5:8,10 47:11
  47:14,17,21
  49:9,12
  149:21
  182:13,16
  212:18
stats 217:13
status 67:15
  200:2 239:16
statute 77:5,22
  92:2 191:17
statutes 79:7
  87:3 166:10
statutory 91:3
stay 67:21
steady 70:17
stenotype 1:22
Stephanie
  2:17 7:9
steps 119:19
sticker 159:11
  159:12
Stone 211:18
stood 120:9
  121:5
stopped 72:10
stops 207:20
stored 245:21
straight 231:2
strain 200:17
strategic
  129:15,18

Strategy 5:2
stressful
  25:16
stretching
  122:5
strictly 247:17
strike 23:6
  40:13 55:15
  55:17 74:8
  77:15 106:6
  130:5 180:7
string 161:20
structure
  160:14 247:5
struggled
  154:21
stuck 222:12
sub 78:22 87:2
  87:15 88:14
  88:15,17,17
  99:18 100:6
  100:6,15,15
sub-bullet
  56:13
subcompon...
  34:15
subject 11:3
  104:3 107:13
  107:19
  116:13 119:5
  119:16 152:8
  152:14
subjects
  184:13
submit 23:2
submitted
  90:11
subordinates
  12:20 13:5
Subscribed
  252:9
subsection
  79:7 87:14
  98:10 99:19

100:1,11
subsequently
  19:13
substance
  112:1
substances
  10:4
subtractions
  128:1
sufficient 31:1
suggested
  173:10
suggesting
  221:3
summarize
  18:18
summary
  123:22
  124:13 219:5
  227:21
superseding
  197:16,19
supervisor
  19:1 22:4
  26:7
supplies 203:3
support 30:13
  30:18 120:22
  202:16 203:4
  232:7
supported
  72:21
supporting
  230:17
supposed
  81:11,15
  82:5 86:9
  87:8,16,22
  89:1 230:13
sure 8:15
  10:12 23:17
  26:22 54:16
  58:21 62:15
  64:8 72:18

74:7 84:12
  91:21 93:15
  114:12 119:8
  126:2 148:4
  151:21
  155:10
  171:16 208:5
  248:21
  249:15 251:9
surge 108:21
  211:13,16
  212:22 213:3
  240:15
surged 240:12
  240:13
surges 240:7
  240:16,18
  243:5 249:5
  249:19,21
surprising
  98:4
surrounding
  66:1
survey 54:2
susceptible
  201:19
suspended
  248:3
suspension
  98:12 248:10
SWB 236:14
swear 6:14
sworn 7:19
  252:9 253:7
system 185:8
  245:22 246:2
systems
  145:20

_____
        T
_____
T 3:1,1 4:1
tab 68:12
table 34:7
  35:22 185:15

Oritz , Raul

July 28, 2022

39

tabletop 171:2
171:3,11
take 8:12,16
9:7,22 10:15
33:4 67:6,7
68:10,11
69:20 71:12
81:14 86:9
90:22 91:1
99:10 119:4
119:6,7
154:8 174:15
196:9 198:18
214:7 219:7
233:1 238:6
246:6
take-away
219:7
taken 1:18,21
6:4 65:19
84:7 112:13
119:19
176:15,15
232:15
takes 120:18
121:3,3,8
talk 9:18 26:12
32:19 91:11
114:14
119:17
121:22 156:1
205:10 211:1
talked 62:18
62:21 106:7
107:1,3
109:15
110:13
162:22
173:14 181:9
183:16 184:2
184:12 185:2
185:4,4,5
213:6 227:3
239:21

talking 8:9
9:17,21
32:17 34:20
55:1 64:17
74:5 116:1
116:18
119:14
126:14
129:17
135:20
146:18 165:5
196:3 203:15
235:8 243:2
talks 55:9
77:13 125:19
194:5 204:7
214:10
Tallahassee
2:6
targeted 94:15
task 19:9
team 236:5
technical
140:12
155:20 209:9
technically
99:18 203:16
technology
173:3
telephone
176:4
telephonic
198:10
telephonically
176:9
tell 62:16 89:9
89:14 109:5
150:5 151:21
161:7,11
163:7,20
166:18
201:13
202:20 236:3
249:12

telling 67:18
67:18 130:18
179:4 185:17
202:4 222:4
temporarily
28:9
temporary
67:15 214:14
237:10
ten 10:22
76:15 238:7
tender 30:15
tends 149:17
tens 64:17
term 41:22
46:6 80:21
105:8 147:14
territory 95:8
terrorist
220:22 221:2
terrorists
97:21
tested 157:11
200:3
testified 7:20
239:2
testify 10:5
177:21
testifying
10:13,14
177:17
testimony
253:8
Texas 18:10
19:2 61:10
158:2 167:17
175:14
239:13
240:11
249:20
thank 8:7
35:13,17
43:4 47:9
49:7 54:10

60:14 101:14
133:6,7
138:1 143:22
151:4 154:2
159:20
169:10
181:22 182:7
193:4,20
194:19
225:22
238:18,22
247:20
thereto 128:10
thing 9:15
135:14 219:2
219:5
things 8:13,14
12:10 25:13
45:4 64:5
97:12 147:9
150:7 172:12
172:17,20
175:13
198:22 218:9
230:5 239:1
239:14 241:1
242:8 243:1
245:13
think 13:2
32:18 53:15
54:6 60:6
61:15 69:3
80:19 83:11
83:13 87:2
88:15 92:1
93:8 94:8
95:5 96:19
101:12
116:16
118:18 120:4
121:19 148:4
150:10 152:5
152:22
161:18

164:15 166:2
173:12
177:21
179:14 182:9
182:19 183:2
184:9 188:11
194:4 196:4
196:8 198:1
198:5 200:1
203:7,11
204:8 210:14
213:21 214:3
216:21 220:8
222:9 235:13
237:14
244:11
250:20,22
thinking
145:12
156:18
third 62:14
95:9 112:18
116:9 152:21
152:22 184:7
188:12 189:2
212:16
236:13
thorough
208:6
thought
167:18
175:22 199:6
thousand
61:10 62:9
66:18 232:22
247:5
thousands
64:17 231:19
231:22
threat 143:10
163:16
220:15 231:8
231:8,9
246:10

Oritz , Raul

July 28, 2022

40

| | | | | |
|---|---|---|---|---|
| 247:13 | 154:16,19 | **today's** 251:18 | **trafficking** | 96:12 |
| **three** 20:11 | 156:1,2,20 | **told** 64:1,5,6,7 | 92:14 173:2 | **treatment** 30:2 |
| 21:5 42:9 | 157:2 160:3 | 64:8 81:6 | 243:7,22 | 72:18 95:7 |
| 51:6 52:3,11 | 160:4 161:7 | 144:21 172:7 | 244:5 | **trek** 63:13,18 |
| 55:16 62:7 | 165:22 167:1 | **Tonelli** 2:17 | **trailer** 241:10 | **trend** 42:8 |
| 72:16 87:3 | 168:1 169:20 | 7:7,7 | **training** 30:17 | **trends** 244:19 |
| 88:15,17 | 175:12,16,19 | **Tony** 160:1 | **transcribed** | **triangle** |
| 93:22 94:12 | 176:12 177:1 | 171:8 | 1:22 | 186:14 |
| 102:1,3 | 177:16,20 | **top** 18:19 | **transcript** 3:12 | **trick** 195:12,13 |
| 106:13 | 185:10 | 20:17 62:19 | 67:8 253:8 | **trickled** 176:16 |
| 114:13 118:4 | 188:16 | 98:21 102:8 | **transcripts** | **tried** 166:6 |
| 118:8 135:21 | 199:17 | 106:17 144:6 | 12:4 | 167:4 |
| 156:5,7,11 | 202:19,21 | 149:22 152:6 | **transfer** 5:8,10 | **tries** 28:9,9 |
| 158:1 172:13 | 205:11 208:3 | 178:10,14,17 | 28:6 40:10 | 32:8 |
| 172:14 | 210:13,15 | 179:12 | 45:17 117:21 | **trigger** 231:1 |
| 182:20 | 211:3 212:12 | 222:12 | 127:8 151:13 | **triggered** |
| 184:11,16 | 214:7 216:1 | 235:20 242:6 | 157:9 162:12 | 211:22 |
| 216:14,21 | 219:9,22 | 242:17 247:1 | 182:13,16 | 213:12 |
| 219:16 | 224:12 225:1 | **torture** 85:22 | 185:17 230:3 | **triggers** |
| **thresholds** | 232:19 247:9 | 86:3 | 232:5 246:4 | 114:17 229:6 |
| 211:21 212:5 | **time-consu...** | **tos** 151:22 | **transferred** | 229:7 230:6 |
| **through-put** | 204:12 | 214:21 | 19:2 85:3 | **trimester** |
| 113:17 | **times** 9:18 | **total** 48:18 | 155:2 186:5 | 116:10 |
| **Thursday** 1:14 | 10:21 11:9 | 50:20 52:6 | 209:12 232:1 | **trouble** 147:8 |
| 1:20 | 51:20 82:11 | 52:12 | **transferring** | **Troy** 37:4 |
| **tie** 109:1 | 208:3 236:6 | **touched** | 86:19 168:1 | 214:6 |
| **till** 122:11 | 246:13 | 126:22 | **transfers** | **true** 70:4,14 |
| 214:8 | **title** 4:15,16 | **TPS** 67:14,14 | 45:13 152:18 | 71:17 81:7 |
| **time** 6:10,12 | 42:11,15 | 67:17 | **transitioning** | 148:5 252:4 |
| 9:3,3,21 | 44:7,18 74:9 | **track** 146:6,7 | 156:8 | 253:8 |
| 13:16 20:11 | 74:10,10,18 | 209:11 | **transnational** | **Trump** 27:17 |
| 21:1,13 22:2 | 103:22 104:3 | 244:16 | 243:3 | 29:3 51:5 |
| 25:18 28:4 | 104:20 105:1 | **tractor** 241:10 | **transport** 40:5 | 70:3,14 96:8 |
| 28:10 31:19 | 105:3,15,22 | **trade** 35:4,7,8 | **transportation** | 109:17 |
| 51:10 55:6 | 106:10,12,15 | 38:6 | 40:2 45:6 | 124:19 125:1 |
| 68:10 69:20 | 106:15 107:9 | **traditional** | **trash** 80:20 | 173:13,16 |
| 70:10,22 | 111:16,17,18 | 247:15 | 81:1,5 | 174:1,9 |
| 71:12,15 | 111:22 112:1 | **Traditionally** | **travel** 35:4 | 175:6 189:7 |
| 105:4 111:17 | 160:15 171:6 | 245:19 | 38:6 80:4 | 240:19 |
| 111:17 | 207:2 226:7 | **traffic** 240:10 | 150:9 207:5 | **Trump's** 59:4 |
| 114:10 118:2 | 237:11,20 | 240:12,13 | 207:19,21 | 59:7 |
| 120:18 121:3 | **today** 10:5,7 | 249:4,5 | **traveled** 29:14 | **try** 8:2,21 9:22 |
| 121:7 133:14 | 121:9 163:1 | **traffickers** | **traveling** 38:7 | 28:3,10 32:7 |
| 151:18 | 173:14 184:2 | 241:16 | 38:19 82:2 | 54:18 65:10 |

Oritz , Raul

July 28, 2022

41

| | | | | |
|---|---|---|---|---|
| 89:16 109:6 | **Twenty-seven** | 202:21 | **understand** | 56:19 57:22 |
| 183:20 230:3 | 225:14,15 | 227:12 241:6 | 8:19,21 10:7 | 58:9 59:14 |
| 230:21 239:1 | **two** 16:5 19:5 | **typographical** | 22:14 37:7 | 60:2,3 62:10 |
| **trying** 32:18 | 19:19 41:17 | 179:15 | 176:2 180:9 | 64:12,15 |
| 42:14 53:19 | 42:3,4 43:13 | | 196:11 | 65:15 67:21 |
| 59:13 75:10 | 53:20 55:9 | **U** | **understandi...** | 68:2,3 77:6 |
| 75:15 93:19 | 58:22 71:9 | **U.S** 2:12 4:4 | 14:8 39:20 | 80:8 93:1 |
| 109:1 122:19 | 71:10 72:16 | 4:10,20 6:6 | 40:1 66:15 | 97:8,13 |
| 147:22 | 79:6 87:4 | 7:14 16:19 | 108:11 | 104:12 153:9 |
| 153:12 176:5 | 90:18,20 | 17:4,22 | 147:11 | 160:20 |
| 184:15 | 106:13,18 | 34:15 56:11 | **understood** | 181:13 231:9 |
| 195:13 | 110:6,14,22 | 58:12,17 | 9:1 248:21 | 253:1 |
| 203:10 | 111:5 113:18 | 67:8 80:17 | **undertake** | **units** 27:15,20 |
| 235:21 | 120:4 127:6 | 81:4 106:5 | 63:3 | 28:13,17,22 |
| 237:14 250:1 | 132:3 135:22 | 129:2 154:13 | **unexpired** | 30:22 31:6 |
| 250:7 | 136:2 138:21 | 240:3 244:17 | 192:1 | 31:20 32:4,5 |
| **Tucson** 83:11 | 152:6 172:13 | 245:9 247:16 | **unfair** 86:6 | 32:9,15,20 |
| 238:2 | 172:14 180:1 | **UAC** 240:15 | **unfavorable** | 33:4,14 65:8 |
| **Tuesday** 177:3 | 182:9,20 | **Uh-huh** 55:22 | 59:4,6,7 | 65:12,18 |
| **turn** 31:11 | 183:4 186:12 | 203:14 | **unfortunately** | 66:9,13,14 |
| 71:4 98:8 | 188:13 | 207:16 | 23:13 235:16 | 66:16,17 |
| 99:15 129:14 | 196:22 200:4 | 219:15 249:1 | 246:15 | 72:10 73:12 |
| 130:22 | 204:8 212:18 | **ultimate** 17:14 | **unified** 246:3 | 73:15,16 |
| 131:14 132:7 | 212:20,20 | **ultimately** 19:4 | **unique** 23:12 | 92:8,15 |
| 139:2 179:11 | 213:16 | 142:4 157:11 | 106:4 | 102:6 103:22 |
| 208:15 218:4 | 239:13 | **unable** 33:3 | **unit** 5:3 132:10 | 114:22 |
| **turned** 40:16 | 247:12 249:2 | 45:12,16 | 147:12,18 | 117:12 143:9 |
| 45:7 63:19 | 249:17 | 63:9 | 158:11 205:4 | 151:13 157:6 |
| 84:11 107:14 | **TX** 4:12 | **unacceptable** | 205:9 220:21 | 157:9,14,20 |
| 112:14 186:9 | **type** 145:8 | 168:18 | 240:15 | 158:5,17 |
| 186:11,19,22 | 185:21 | **unaccompa...** | **United** 1:1,9 | 161:14,16,22 |
| 187:22 | 244:18 | 30:19,21 | 6:5 7:4,6,8 | 162:11 165:9 |
| **turning** 53:14 | **typical** 26:12 | 31:6,10 | 7:10 16:12 | 168:2,20 |
| 161:15 | 84:4 | 32:17 55:2 | 17:6,10,15 | 206:8 211:22 |
| 188:10 | **typically** 22:10 | 70:7,9,18,20 | 18:20 25:22 | 212:7,9,10 |
| 249:22 250:5 | 23:3 28:3 | 73:11 102:6 | 26:18 27:1,6 | 219:9 221:6 |
| 250:15,16,20 | 46:10 73:18 | 102:7 104:3 | 27:12 28:14 | 223:19 224:9 |
| **turns** 31:14 | 74:17 80:16 | 186:9 | 28:18 34:13 | 224:13,16,19 |
| **Twenty-five** | 83:5 85:6 | **uncommon** | 34:18 35:8 | 229:1,3,8 |
| 193:19 | 113:1 121:5 | 244:2 | 36:16,20 | 230:6 |
| **Twenty-four** | 141:17 143:8 | **underneath** | 39:3 41:1,7 | **unknown** 66:3 |
| 192:19,20 | 164:15 167:1 | 63:15 65:6 | 41:21 42:14 | **unknowns** |
| **Twenty-one** | 191:2 192:14 | 125:14 | 45:19 46:3 | 148:18 |
| 183:2 | 199:5 200:10 | 217:18 | 53:19 54:3 | **unprecedent...** |

Oritz , Raul

July 28, 2022

42

41:6 137:8
139:18
**unrest** 245:6
**unsafe** 241:1
**unsure** 164:3
**unsurprisin...**
97:21
**unsustainable**
46:11
**unusual** 85:7
85:10 145:11
**unwilling** 33:3
45:12,16
**update** 247:6
**updated**
179:13
**upper** 155:4
**uptick** 244:20
**Ursula** 120:8
247:3
**USA** 159:18
**USB** 114:18
**USBP** 4:17
**USC** 76:12
191:17
**use** 13:17
63:11 77:17
91:9 118:3
155:5 200:11
203:13
213:17
230:19
235:12
236:10,11
237:1 241:7
**uses** 73:5
78:12 89:5
235:12
**Usually** 205:19
**utilization**
14:11 117:4
117:8 229:17
**utilize** 100:12
166:7

**utilized** 99:8
99:22 100:16
109:16 115:4
115:11
116:15
117:13,16
163:3,5
164:7 166:16
212:18
213:22
215:11
**utilizes** 119:16
**utilizing** 91:7
119:1 213:10
**utmost** 25:17

---
**V**
**vaccinated**
90:4,8,11
**vaccine** 89:22
**valid** 81:11
192:1
**Valley** 20:1
23:22 70:8
94:2,13
117:9 120:8
168:20
175:14 176:3
176:12 211:6
212:4 217:21
223:10
246:20 250:4
**Values** 4:14
**varies** 84:12
**vary** 32:19
**vast** 80:12
86:2 104:11
**Venezuela**
61:12 116:20
245:7
**Venezuelans**
93:9
**Vermont** 23:21
24:3

**version** 129:11
**versus** 6:5
215:10
217:12 223:1
251:2
**video** 6:11
**Videographer**
2:18 6:2
68:18,22
119:11
174:19 175:1
238:11,15
251:18
**videotaped**
1:15 6:3
**view** 58:17
59:3,4,6,7
**viewed** 24:22
25:4
**violation**
111:12
**violence** 58:3
58:6 243:13
243:14
**Virginia** 1:13
1:20 6:10
253:3,5
**visa** 79:19
80:8 81:11
**visibility**
227:18
**volume** 121:10
**voluntarily**
74:21
**voluntary**
78:17 106:18
112:20 185:5
187:4,5
**VR** 187:3
**VR'd** 187:2
**vs** 1:8
**vulnerable**
65:4 115:22
116:4,12

201:18

---
**W**
**WA/NTA**
106:18
**waive** 251:2
**walked** 70:21
**wander** 32:18
**want** 9:13 31:5
32:19 45:4
62:13 74:9
78:13 94:10
94:14 96:11
101:6 119:4
119:16 122:1
124:3 150:9
155:9,19
162:11 164:4
167:18
171:16 177:9
182:12 186:4
205:10 251:1
**wanted** 99:9
114:11 116:5
155:19
248:21
**wants** 89:1
**warrant** 74:15
74:20 75:3,5
110:18,19
111:6,9
189:17
**warrantless**
75:3
**warrants**
188:1
**Washington**
2:13 7:16
19:15,18
**wasn't** 45:11
126:7 157:1
164:2 171:11
175:19 191:1
200:14,15

202:2 219:22
249:22
**way** 23:15 31:3
113:16
128:22 131:7
219:16
221:18 241:8
253:12
**ways** 89:16
118:14 177:1
**we'll** 10:15,16
83:14 155:7
174:15
198:18 199:1
235:6
**we're** 9:20
13:20 52:17
60:7 68:22
76:16 92:1
93:9 96:19
101:12 110:4
114:14 116:1
116:18
119:11 124:9
137:8 142:20
145:8 147:7
157:19
159:10
167:12 173:4
174:19 175:1
196:17 203:2
219:14
236:15
238:11,15
242:16 243:5
246:16
249:17 250:2
251:5,5,15
251:19
**we've** 52:7
59:20 68:14
74:3 91:15
106:7,22
118:17,19

LADOJ-ASYLUM221

Oritz , Raul                                                  July 28, 2022

43

126:22
141:18
149:14
154:21 164:1
173:14
174:15
183:16 184:1
184:12 185:3
185:5 196:8
200:2 243:14
243:15
246:11
249:18
250:10
**web** 47:15
49:13 52:10
**week** 93:19
217:9
**welcomed**
150:13
**welfare** 228:16
**went** 19:12
69:4 177:21
205:12
218:22
223:15,16
**weren't** 45:6
114:12 198:1
205:3 232:7
249:13
**west** 18:10
**whatnot** 243:9
**WHEREOF**
253:14
**whoever's**
23:8
**wife** 16:4
**willing** 168:19
**Wilson** 1:19
6:9
**winks** 8:13
**withdraw**
78:14
**withdrawal**

78:6,9
112:20
**witness** 1:16
3:2 6:15
35:17 68:9
68:13,16
83:3 118:21
119:8 133:6
155:9 160:18
174:14
175:10,12
181:15 182:9
238:19 242:7
242:11
250:19 251:8
252:7 253:6
253:9,14
**witnesses**
25:19 83:8
83:14,17,22
135:17
**women** 25:15
**wonderful**
150:17,18
**word** 22:11
63:1 73:5,8
73:19 89:5
99:8 100:12
181:9
**worded** 58:21
58:22
**words** 22:10
**work** 21:7 38:4
38:13 68:16
141:13
159:10 199:1
200:21 204:3
230:2 247:15
**worked** 14:18
14:22 19:10
21:12 44:21
65:10 240:11
240:11,13
**working** 18:18

21:11 211:7
245:18 246:2
246:16
**world** 38:16
147:7
**worse** 166:8
**wouldn't** 141:8
167:8
**wrap-around**
30:18 202:15
**write** 68:11
**writing** 24:17
**wrong** 239:3
240:22
**wrote** 208:9

_____
**X**
_____
**x** 1:5,12 4:1
166:3

_____
**Y**
_____
**yeah** 8:5 16:6
18:20 35:10
68:13 78:19
93:8 96:20
100:14
106:21
110:14
120:19
123:20
124:12,17
126:1,12
127:1 130:11
131:6 134:7
135:8 137:18
137:19 146:8
148:2 149:2
149:7,8
154:3 158:15
159:9 160:6
162:1,2
165:2 172:19
173:12
181:18
188:18

189:22
190:18 203:9
215:22
219:18 220:8
228:15
231:11 232:4
237:12,18
240:16 242:9
243:1 248:18
251:4
**year** 4:9,20
15:4 16:15
16:18 18:16
19:1,9,11,22
41:16 47:12
48:7 49:10
49:15,19,22
50:12 51:4,7
51:12,12,20
51:20,21
52:2,2,5,6,6
52:13,14
53:5 55:17
57:1 96:5
105:11 115:6
121:8 124:1
124:2,18
128:5 148:14
182:14,17
201:8 202:22
202:22
212:22 213:3
214:8 243:16
250:11
**years** 14:16
18:20 19:20
21:2,5 24:21
25:3,14
41:12,17
42:9 43:16
48:9,13
49:21 53:4
53:20 56:22
57:13 58:8

59:21 71:9
71:11 74:4,6
119:18
120:11 121:4
131:5,8
132:10
164:19
201:18
240:10
244:20
249:13
**years'** 148:4
**yell** 26:17
**yelling** 183:22
**yesterday**
62:18,21
**YOUNG** 1:22
253:4
**Yuma** 94:1,12
117:9 214:3
214:5 230:19
230:20 238:2
250:3
**Yuma's** 246:18

_____
**Z**
_____

_____
**0**
_____
**0012** 217:19
**0016** 218:5
**0019** 221:13
**002081** 159:18
**003** 195:2
**004** 196:11
206:11

_____
**1**
_____
**1** 4:3 6:3 33:18
33:22 34:4,6
39:1,2,2 77:4
77:11,15
78:20,22,22
79:1 87:2
88:17,17
130:7

Oritz , Raul

July 28, 2022

44

**1,127** 146:13
**1,148,024** 50:21
**1,200** 216:14
**1,500** 137:15
**1.7** 148:13
**1.8** 250:10
**1/2021** 146:10
**1:08** 119:10
**1:48** 222:15
**10** 4:16 96:19 96:21 97:4,7 98:9 99:17
**10:48** 68:19,20
**10:57** 68:21 69:1
**101** 4:17
**11** 4:17 16:16 19:13 101:7 101:8,13,16 101:18 111:1 112:20
**11,692** 200:2
**11/1/2021** 146:22
**11/1/21** 146:10
**11:59** 119:9
**1182** 4:16 97:8 98:9 100:5 191:17
**1182(a)** 79:7
**1182(a)(7)** 79:8
**1182(b)** 100:15
**1182(d)** 99:18
**1192(f)** 98:21 99:4
**11th** 215:8 221:17
**12** 4:18 93:22 123:9,11,15 123:18 124:4 127:10,18 130:10
**12/16/14** 5:11

**1225** 4:15 76:12 81:10 91:2 92:8
**1225(a)(1)** 77:16
**1225(a)(3)** 77:21
**1225(a)(4)** 78:6
**1225(b)(2)** 87:15 88:14
**123** 4:18
**128** 4:20
**12th** 99:17 215:8
**13** 4:19 98:8 98:12 128:14 128:15 129:1 129:14 179:13,19 180:3,6,6,11
**13:08** 119:12
**1300** 7:15
**133** 4:22
**137** 5:1
**13th** 15:1
**14** 4:21 103:11 133:2,3,9 137:17
**14-year-old** 103:10
**14:27** 174:20
**14:46** 175:2
**143** 5:3
**144** 99:16
**145** 98:16
**15** 5:1 137:17 137:20 138:3 218:12 221:20
**15,000** 203:5
**15,052** 217:9
**151** 5:4
**152** 237:22
**154** 3:12

**158** 57:10,14
**159** 5:5
**15th** 16:15 170:12
**16** 5:2 61:10 62:9 66:18 143:18,19 144:2,4
**16,000** 65:6
**16:10** 238:12
**16:27** 238:16
**16:44** 251:19
**169** 5:6
**16th** 152:9 159:5 179:2 190:12
**17** 5:4 18:5 130:6 150:22 151:1,6,8,11 151:16 153:7 160:10 170:1 170:5 179:3 189:8 222:11
**17,000** 121:21
**177** 5:7
**18** 5:5 111:18 111:22 130:12 159:10,14,19 167:11 218:15
**181** 5:9
**182** 5:10
**18th** 101:2 196:4,5 227:3 234:11
**19** 5:6 29:14 50:17 51:21 61:10 62:9 66:18 169:4 169:5,12 200:3
**19,355** 200:3
**190** 5:11

**1919** 15:19
**192** 5:12
**193** 5:13
**194** 5:14
**1965** 75:19
**1991** 15:2 249:7
**1996** 240:10
**1997** 22:5 29:21
**19th** 43:11 195:15

---

**2**

**2** 4:4 35:12,14 35:19,21,22 36:5 37:19 55:8 88:18 95:5 178:16 226:13,16
**2,500** 136:6
**2/16/21** 5:4
**2:27** 174:21
**2:46** 174:22
**20** 5:7 20:6 23:14 41:12 177:11,12 252:10
**20,000** 232:11
**2000** 19:1 240:13 249:20
**20044** 2:13
**2009** 19:10
**2010** 19:13
**2011** 15:5 19:20
**2012** 21:10
**2013** 19:20 20:2
**2014** 70:8,11 70:17 120:10 190:12 191:2 240:15

**2016** 48:10,13 48:19
**2017** 48:10 49:22 131:7
**2018** 29:14 47:12 48:2,7 132:19
**2019** 18:1,2,3 50:9,12 51:14 131:9 132:19 212:16,17,21 212:22 240:15
**202** 2:14
**2020** 5:9 55:11 55:12,14 179:13 182:14 184:17,17,18 184:20 185:1 188:5 189:8
**2021** 4:18,20 5:7,10 49:22 51:2 52:18 54:21 55:3,6 55:17 59:1 66:5,8 121:11,15 122:11 123:19 124:18 125:8 128:5 137:7 152:9 153:11 162:19 164:6 166:21 167:13 177:20 178:2 179:16,17,21 180:12 182:17 188:17 189:11,15 198:3,7

Oritz , Raul                                                    July 28, 2022

45

207:10,11
210:15 213:5
215:7,7,8,8,9
216:18 217:8
217:20
218:17
222:18
223:14
228:12
245:12
**2022** 1:14,21
4:9,22 6:10
43:11 49:10
49:15,19
52:18 53:6
133:9 147:2
170:12
188:20
195:15 213:6
227:3 234:8
234:11
253:15
**2023** 5:1 138:4
139:3
**2026** 253:21
**20th** 51:2 59:1
61:3 196:5,6
196:9 215:7
216:18 227:7
227:11,15
245:12
**21** 5:8 50:13
51:5,13,20
52:6,14 53:1
61:5 111:18
112:1 123:20
124:2 136:19
162:1 181:17
181:19
182:13,22
183:3 190:2
221:16
**21,000** 16:20
**212** 97:5,8

**212(d)(5)**
191:13,16
**21st** 162:19
167:13
**22** 5:10 52:2,5
52:13 53:1
124:4,5
131:8 182:2
182:4,16
188:10 190:2
222:10
**225** 5:15
**22nd** 215:7
217:8,20
234:8
**23** 5:11 124:4
124:5 134:3
190:3,5,9
193:9
**2300** 1:19 6:9
**235** 76:10 77:1
**238** 3:5
**24** 5:12 192:21
193:6
**24-hour**
232:22
**24/7** 211:7
**245-0147** 2:9
**247** 15:21
**248** 3:6
**25** 5:13 192:18
193:16,22
194:3 222:16
250:6
**25,000** 38:18
139:6,13
232:12
**26** 5:14 138:16
152:11 159:5
194:13,14,21
222:17
**27** 5:15 225:16
225:21 226:2
**28** 1:14,21

6:10 124:10
124:10 223:6
223:18
**29** 126:5 134:5
136:1
**2nd** 210:15
215:8 222:17

___

**3**

**3** 4:6 42:21
43:1,6,9,18
43:21 44:7
44:12 46:1
46:12 53:15
53:16 87:15
95:6 129:15
136:21
**3,600** 216:13
**3:21-cv-1066**
1:9 6:8
**30** 136:21
253:21
**30,000** 134:10
136:6,21
139:13 190:1
**3018** 219:14
**31** 14:16 21:1
24:21 25:3
25:14 43:16
53:4 56:22
57:13 58:8
148:4 240:9
**31-year** 27:21
**31st** 223:6
224:1,15
**32** 124:9 125:4
135:3,20
236:16
**32,000** 136:21
**32,500** 136:5
**32399-1050**
2:6
**33** 4:3 124:11
131:7 138:19

**33,000** 136:21
**34** 135:3
**341** 132:18
**35** 4:5 104:22
105:5,9
134:8,21
135:21 136:4
**36** 23:15
**37** 23:15
**388** 200:1
**3s** 129:21

___

**4**

**4** 4:7 47:5,6,11
48:5 88:15
88:17 179:11
179:12 197:5
**4,000** 249:8
**4,489** 216:22
**4:10** 238:13
**4:27** 238:14
**4:44** 251:20
**40** 104:22
105:5,9
139:2 237:14
**415,816** 48:15
**42** 42:11,15
44:8,18 74:9
103:22 104:4
104:20 105:1
105:16
106:10,15
171:6 237:11
237:20
**43** 4:6
**46** 236:18
**47** 4:7
**47,000** 148:18
149:5
**47,984** 147:2,9
**475** 217:21,22
**48,850** 131:11
**49** 4:9
**4th** 147:2

179:13,16,21
180:12
253:15

___

**5**

**5** 4:8 5:7 49:2
49:4,9,18
71:4 99:18
100:6,15
212:6
**5,000** 125:16
131:17,22
136:9 139:8
139:11
**5/12/15** 5:12
**5/15/22** 5:6
**5/19/22** 4:6
**5/21/21** 5:5
**50,000** 131:12
148:7,7,11
232:7,10
**50/50** 105:12
**527** 140:2
**53** 241:9
**54** 4:11
**55** 136:17
**55,000** 125:16
130:8 131:21
136:8
**598-7537** 2:14
**5th** 177:20
178:2 179:17
218:16
222:15
223:13 224:2
224:12

___

**6**

**6** 4:10 54:6,7
54:12,15,20
55:18 79:7
197:6 242:5
**60** 4:12 166:5
211:6 221:21
**60,000** 125:6,9

Oritz , Raul

July 28, 2022

46

125:14,16
131:21
136:20
189:12
**65** 232:21
**69** 4:14
**690,637** 48:21

**7**

**7** 4:12 60:7,8
60:13,16,18
61:2 62:15
**7/4/2022**
146:22
**70** 211:6
232:21
**7046852**
253:22
**72** 28:4,10
156:13 158:6
158:7,18
**75** 122:22
200:5 203:2
250:4
**76** 4:15

**8**

**8** 3:4 4:13,15
4:16 69:11
69:12,17
71:5 74:10
74:10,18
76:11 97:8
105:3,22
106:13,15
107:9 111:16
178:7,9,13
191:17 207:2
**85** 191:17
201:18 237:8
**850** 2:9
**859,501** 50:18
**868** 2:13

**9**

**9** 4:15 76:16
76:17,22,22
78:21 87:2
91:2 95:5
131:16
178:10,14
**9:32** 1:20 6:11
**90** 154:19
**91** 188:6
**96** 4:16 240:11
249:20
**98** 240:11
249:21