# Migrant Protection Protocols Metrics and Measures

The Migrant Protection Protocols (MPP) are a U.S. Government (USG) action whereby citizens and nationals of countries other than Mexico arriving in the United States by land from Mexico -- whether or not at a port of entry (POE) -- may be returned to Mexico pursuant to Section 235(b)(2)(C) of the Immigration and Nationality Act (INA) while their U.S. removal proceedings are pending under Section 240 of the INA.

DHS remains committed to using all available tools to address the unprecedented security and humanitarian crisis at the southern border of the United States. At the peak of the crisis in May 2019, there were more than 4,800 undocumented aliens attempting to cross the border into the United States daily. MPP is a core component of the USG's efforts to address the migration crisis along the U.S.-Mexico border.

The following are the intended goals of MPP and measurements of how those goals are currently being met.

1. **Goal:** MPP streamlines existing avenues for aliens in removal proceedings who qualify for humanitarian protection in the United States to receive it.

    o **Metric:** MPP provides a streamlined pathway for aliens to defensively apply for protection or relief from removal, while upholding *non-refoulement* obligations through screenings of fear in Mexico.

    - **Data measurement:** Number of INA Section 240 removal proceedings for aliens subject to MPP which resulted in a grant of relief.

        | MPP Aliens Granted Relief |
        |---|
        | 531 |

        *As of December 31, 2020.
        ** "Relief" in this context refers to asylum, statutory withholding of removal and withholding of removal under the Convention Against Torture.

    - **Data measurement:** Number of MPP aliens referred to U.S. Citizenship and Immigration Services (USCIS) for *non-refoulement* assessment interviews based on the alien's assertion of a fear of persecution or torture in, or returning to, Mexico.

        | Number of MPP Aliens Referred to USCIS for Non-Refoulement Assessments |
        |---|
        | 19,707 |

        * As of December 31, 2020
        ** If USCIS assesses that an alien who affirmatively states a fear of return to Mexico is more likely than not to face persecution on a protected ground or torture in Mexico, the alien is no longer amenable for MPP.

2. **<u>Goal</u>: MPP supports an orderly and timely completion to U.S. immigration processes.**

    o **Metric:** MPP provides a pathway for aliens to proceed efficiently through the U.S. immigration court processes, as compared to non-detained dockets.

        ▪ **Data measurement:** The number of cases completed by immigration judges since MPP's inception.

| MPP Case Completion ||| 
|---|---|---|
| **Total Enrolled in MPP** | **Total Cases Completed** | **Case Completion Percentage** |
| **68,039** | **44,014** | **65%** |

    * As of December 31, 2020.
    ** "Total Enrolled" includes only cases in which the notice to appear (NTA) was filed.
    *** "Cases Completed" includes only initial case completions, i.e. it excludes cases that were "completed" a second time due to a motion to reopen or a remand.

3. **<u>Goal</u>: MPP prevents "catch and release" into the United States, including for those whose claims are later found to be non-meritorious.**

    o **Metric:** MPP decreases the number of aliens released into the interior of United States for the duration of their U.S. removal proceedings.

        ▪ **Data measurement:** Number of aliens enrolled in MPP by Customs and Border Protection (CBP) across the Southwest Border (SWB).

| **Number of Aliens Enrolled in MPP** |
|---|
| **68,039** |

    * As of December 31, 2020.
    ** "Total Enrolled" includes only cases in which the NTA was filed.

4. **<u>Goal</u>: MPP provides a deterrent to illegal entry.**

    o **Metric:** MPP implementation contributes to decreasing the volume of inadmissible aliens arriving in the United States on land from Mexico (including those apprehended between the POEs).

- **Data measurement:** Number of enforcement encounters along the SWB.

