3/30/23, 8:44 PM	Lafayette Immigration Bail Bonds | G&G Bonds and Insurance Agency, Inc.

Case 6:22-cv-01130-DCJ-CBW   Document 214-11   Filed 12/02/23   Page 1 of 3 PageID #: 8975



# Immigration Bail Bonds in Lafayette

## Contact Our Lafayette Bail Bondsmen

Do you need immigration bail bonds in the Lafayette area? If you have a family member who finds him or herself in the custody of the Department of Homeland Security (DHS), in a Lafayette jail or prison, or in a Lafayette immigration detention center? Does this person have a detainer and a need for an Lafayette immigration bond? Are you having a difficult time finding someone in the state of Lafayette who is willing to help and knows what they are talking about?

At G&G Immigration Bail Bonds, we have a dedicated team of immigration bond experts that can help someone in Lafayette secure an immigration bond. If your loved one has been detained by ICE within Lafayette, our immigration bond services can help secure their release. We've been trusted immigration bond agents throughout Lafayette since 1950.

Our knowledgable Lafayette immigration bondsmen speak both Spanish and English and are available 24/7! Get started by calling us at 1-800-628-8888 today.

### Same Day Immigration Detention Release

1-800-628-8888 | Se Habla Espanol

### Cash Bonds

Lowest Rates for Cash Bonds in the Industry. 2% plus $40. No Annual Renewals or Annual Maintenance Fees!

### Immigration Review Status Check

You can refer to the Immigration Review portal to check your next court date or any recent decisions!

## Call Today

### Contact Our Lafayette Bond Agents

### 1-800-628-8888

Se Habla Espanol

## Contact Us

Full Name

Email

Phone

[ ] I'm not a robot

**SUBMIT**

## Locate a Person in Lafayette under ICE Detention

Are you searching for a loved one in ICE custody somewhere in Lafayette? Please refer to the Online Detainee Locator System to find your loved one. Our experts understand the Lafayette immigration bail bonds process may be confusing, so we can help with any questions you may have.

## Lafayette Immigration Bond FAQs

Below are some common questions we get about Lafayette immigration bonds. If you can't find the answer you're looking for here, please give our team a call today at 1-800-628-8888. Find out about what immigration bonds are, how immigration bonds work, how you can pay for a bond in the state of Lafayette, and other essential answers. Our team is here to help you feel like you're not alone in this process.

### What are Lafayette Immigration Bail Bonds?

Lafayette Immigration bail bonds are a form of federal bond, or guarantee, that an individual will return for future court appearances. They are typically required for Green Card holders or undocumented individuals who are held by the US Department of Homeland Security's (DHS) Immigration and Customs Enforcement (ICE) pending the outcome of their immigration case.

### How Do Immigration Bail Bonds Work in Lafayette?

### How Do I Pay for an Immigration Bond in Lafayette?

### Who Qualifies for an Immigration Bail Bond in Lafayette?



LADOJ-ASYLUM2339

3/30/23, 8:44 PM    Lafayette Gonzales & Gonzales Bonds and Insurance Agency, Inc.

Case 6:22-cv-01130-DCJ-CBW   Document 214-11   Filed 12/23/23   Page 2 of 3 PageID #: 8976

| How Much is a Lafayette Immigration Bail Bond? |
| What do Lafayette Immigration Attorneys Do? |

## About G&G Immigration Bail Bonds



Since 1950, our dedicated staff has reunited loved ones with their families, while providing outstanding customer service to our clients in Lafayette. With decades of experience in immigration bonds, our belief in helping integrate undocumented immigrants and legal permanent residents into Lafayette helps the immigrant become an important part of our local Lafayette community. Everyone has certain unalienable rights and among these are Life, Liberty and the pursuit of Happiness, which we do every day by reuniting families throughout Lafayette and beyond.

Gonzales & Gonzales Immigration Bonds was founded by two brothers, Raul and Carl. The business was started to help new immigrants legally enter Lafayette and the rest of the United States by posting public charge bonds. Gonzales & Gonzales has posted bonds for aliens from almost every country in the world and has a reputation as one of the leading immigration bond companies throughout Lafayette and the United States.

## Lafayette Immigration Bonding Experts

Lookng for Lafayette bonding experts in your local area? We serve your location, plus many others around the country. Originally, Gonzales & Gonzales was a bonding company only local to the Los Angeles, CA area. The firm slowly expanded to a statewide basis and then grew into a regional (West Coast) company. Over the last few years, the firm began expanding to serve a nationwide clientelle including immigration clients in the state of Lafayette and beyond.



Undocumented immigrants paid $11.84 billion in state and local taxes in 2012.



The deferred action programs will significantly boost the U.S. economy.



There are 41 million foreign-born individuals living in the United States.



Immigrants play a significant role in the U.S. economy.

## Landmark Immigration Cases



Gonzales & Gonzales was the principal in the Amwest V. Reno (1993) litigation. The result of this lawsuit has been characterized by the Immigration and Naturatlization Service (INS) as "We believe these new policies will improve the alien appearance rate and the bonding process."

Many of these new policies are incorporated into the "Immigration Bond" form (INS I-352).

3/30/23, 8:44 PM  Lafayette Gonzales & Gonzales Bonds and Insurance Agency, Inc.

Case 6:22-cv-01130-DCJ-CBW   Document 214-11   Filed 12/22/23   Page 3 of 3 PageID #: 8977

## Why Choose Gonzales & Gonzales?

### Immigration Bonding in Lafayette

The Spanish/English-speaking team at Gonzales & Gonzales is committed to professional immigration bonding in Lafayette. Our Lafayette immigration bond team serves major cities and towns throughout the entire state of Lafayette. Our bondsmen are multilingual, fully speaking English and Spanish. We will help you fully understand what immigration bail bonds are and how they work in the state of Lafayette. Our team will help you know how to pay for immigration bail bonds and what's required for payment in the state of Lafayette.

---

### Lafayette Immigration Bail Bond Services *That Work!*

Our Lafayette immigration bail bond services equip you with the knowledge you need in order how to bail your loved one. In addition, we will help you understand who qualifies for an immigration bail bond. Our professional immigration bonding team will help you analyze your rights and provide solutions to help you through the complicated process of immigration. If you feel lost, don't worry! We can help you walk through everything you will need to know. Please feel free to ask us questions as we help you navigate through this process.

Since 1950, our dedicated Lafayette bail bond experts have focused on helping reunite loved ones and their families. Please see our map here for our service area in the state of Lafayette. **Need help? Please call our Lafayette bondsmen at 1-800-628-8888**.

## Want to know more? Download 5 Things to Know about Immigration Bonds now!

### ¿Le gustaría saber más? Baje 5 cosas que necesita conocer acerca de las fianzas de Inmigración ahora.

| Full Name | Email Address | Phone | DOWNLOAD NOW |



### CALL US
### 1-800-628-8888

**Agent Login**



Copyright © 2023 Gonzales & Gonzales Bonds and Insurance Agency, Inc.. All Rights Reserved. **CA DOI #0B67367**
Website Maintenance Services by WebCitz