3/30/23, 8:52 PM            Case 6:22-cv-01130-DCJ-CBW   Document 214-12   Filed 12/22/23   Page 1 of 6 PageID #:
                                                                              8978
                                                  Some asylum seekers dropped off in Shreveport reportedly were not allowed to call their families

☰   Watch Live   Latest Video   News   Weather   Your Vote                                                                🔍

NEWS 12                                                                                                              Shreveport, LA

ADVERTISEMENT

# Some asylum seekers dropped off in Shreveport reportedly were not allowed to call their families

"ICE is required to allow immigrants to call their families to let them know they're getting out"



(Source: Gray TV file photo)

By Destinee Patterson
Published: Jul. 19, 2021 at 4:48 PM CDT | Updated: Jul. 19, 2021 at 5:31 PM CDT

SHREVEPORT, La. (KSLA) — It's been four days since ICE dropped off 20-30 Haitian immigrants in Shreveport.

ADVERTISEMENT

Some asylum seekers dropped off in Shreveport reportedly were not allowed to call their families



Greyhound buses brought the two groups to the city's bus station Thursday, July 15 from two ICE detention centers in Louisiana, said Frances Kelley, of Louisiana Advocates for Immigrants in Detention.

Many of them were not allowed to contact family members and, therefore, had nowhere to go once they reached Shreveport, she continued.

ADVERTISEMENT

"ICE is required to allow immigrants to call their families to let them know they're getting out. We've had multiple people tell us that was not the case," Kelley said.

"One immigrant was told, 'If you don't get on this bus right now, you'll have to stay here forever' when he asked to call his family to let them know that he was getting out."

All of the immigrants have since been reunited with their families and friends in the United States, Kelley said.

"Once notified of the sudden release, most of their families quickly purchased plane or bus tickets for their loved ones," she added. "A few immigrants whose families could not afford plane tickets received free plane tickets from the nonprofit Miles for Migrants, which helps reunite refugees and asylum seekers with their families."

ADVERTISEMENT

People, however, still are taking issue with the lack of support for the asylum seekers.

[U.S. Sen. Bill Cassidy has called it](#) "horrible mismanagement."

In an email, a spokesperson for U.S. Immigration and Customs Enforcement says its "Enforcement and Removal Operations (ERO), New Orleans Field Office, is transporting individuals, in accordance with COVID-19 protocols, released from ICE custody to regional airports or bus stations. Individuals released from ICE custody have a transportation and a temporary support plan in place prior to release."

ICE also is "coordinating with non-governmental organizations to ensure individuals have immediate needs such as temporary shelter upon their release, as well as food, water, clothing and transportation services to help mitigate strains placed on resources in the local community," the ICE spokesperson added.

LADOJ-ASYLUM2415

https://www.ksla.com/2021/07/19/some-asylum-seekers-dropped-off-shreveport-reportedly-were-not-allowed-call-their-families/    2/6

Kelley said the chaotic way in which ICE released asylum seekers at the Shreveport bus station without allowing them to first contact their families is only one example of many similar incidents that have been documented in Louisiana over recent months.

Several of the nine ICE immigration detention centers in Louisiana, many of which are in rural areas of the state, are under federal investigation due to allegations of torture, abuse and medical neglect, Kelley added.

On Friday, July 16, Louisiana Advocates for Immigrants in Detention, Freedom for Immigrants, the Southern Poverty Law Center and several other groups filed a civil rights complaint against ICE for alleged "blatant violations of the ICE Performance-Based National Detention Standards 2011 regarding release protocols in Louisiana and Mississippi, causing serious harm to the well-being and safety of those being released."

The petition says those violations include not allowing immigrants to contact their families prior to being released in order to make travel arrangements and not providing access to interpreters and translated materials to inform them of their post-release transportation options.

ADVERTISEMENT

Since late March, volunteers in Shreveport have helped more than 400 immigrants from 42 countries travel to reunite with their families or friends in other states, according to Louisiana Advocates for Immigrants in Detention. Among them were several parents who were reunited with their children after being separated for anywhere from months to years.

**Following is the latest directive on U.S. Immigration and Customs Enforcement's enforcement priorities:**



Copyright 2021 KSLA. All rights reserved.

Tabola Feed

**Amazon Hates When You Do This, But They Can't Stop You**
Online Shopping Tools | Sponsored

Case 6:22-cv-01130-DCJ-CBW   Document 214-12   Filed 12/22/23   Page 4 of 6 PageID #: 8981

Watch Live | Latest Video | News | Weather | Your Vote

SafeLifeTips | Sponsored                                                                    Learn More

**Chuck Norris Has More Energy Now In His 80s (Here's How)**
Roundhouse Provisions | Sponsored                                                           Watch Now

**Diabetes Is Not From Sweets! Meet The Main Enemy Of Diabetes**
Health Benefits | Sponsored

**Kia Has Done It Again. This Year's Lineup Left Us Speechless (See It Now)**
Auto Savings Center | Sponsored

**The New Honda CRV Is A Jaw Dropper**
The Remarkable New Honda CRV Is Here.
Best Honda Deals | Search Ads | Sponsored

ADVERTISEMENT

## Most Read

**Crash on I-30 kills 2, injures 3**



▶ **Driver arrested after 18-wheeler battle on I-49**



▶ **Shooting reported on northbound I-49**

LADOJ-ASYLUM2417

**Watch Live** **Latest Video** **News** **Weather** **Your Vote**





▶ Former SPD officer accused of hiding information in homicide case appears in court

ADVERTISEMENT

## Latest News



Caddo, Bossier tech students participate in skills competitions



Arrest made in crash that killed DOTD worker



▶ How do you know if you need a colonoscopy?

▶ Driver arrested after 18-wheeler battle on I-49




**Watch Live** **Latest Video** **News** **Weather** **Your Vote**

▶ 'We're here to stand for righteousness': Moms on a Mission member speaks on gun violence

News
Contact Us

Weather

Sports

KSLA
1812 Fairfield Ave.
Shreveport, LA 71101
(318) 222-1212

Terms of Service  Privacy Policy  Public Inspection File  FCC Applications  EEO Statement  Closed Captioning/Audio Description  KSLA Careers
Advertising  Digital Advertising  Submit a Complaint

A Gray Media Group, Inc. Station - © 2002-2023 Gray Television, Inc.

https://www.ksla.com/2021/07/19/some-asylum-seekers-dropped-off-shreveport-reportedly-were-not-allowed-call-their-families/

LADOJ-ASYLUM2419

6/6