4/6/23, 12:15 AM  LOUISIANA ADVOCATES FOR IMMIGRANTS IN DETENTION – Immigration Networking in Louisiana and Mississippi | laadvocat…

Case 6:22-cv-01130-DCJ-CBW Document 214-18 Filed 12/22/23 Page 1 of 3 PageID #: 8984



# LOUISIANA ADVOCATES FOR IMMIGRANTS IN DETENTION

Immigration Networking in Louisiana and Mississippi | laadvocatesforimmigrants@gmail.com

# ABOUT

***Louisiana Advocates for Immigrants in Detention*** is an all-volunteer state-wide organization that assists immigrants in the 8 Louisiana detention centers and 1 Mississippi detention center in Natchez. LA-AID Volunteers provide transportation, meals, and overnight hosting for released immigrants as they travel to their family/sponsor. We have a temporary Shelter in Shreveport for those released to stay before traveling to family/sponsor or for family to pick-up the released person. We also visit and write letters to people in detention, advocate for humane treatment and medical care within detention through ICE, monitor the population in detention centers, and communicate with detained immigrant's families to provide resource materials for them to navigate the DHS/ICE process. ***We are not attorneys and do not provide legal representation for immigrants.*** Please see the information links below for a list of immigration attorneys and Sponsor Letter preparation.

***Email***: laadvocatesforimmigrants@gmail.com
***Mail: LA-AID,*** 520 Olive Street, Shreveport, LA 71104
***Facebook page***: https://www.facebook.com/LouisianaAid

LADOJ-ASYLUM3154

4/6/23, 12:15 AM
LOUISIANA ADVOCATES FOR IMMIGRANTS IN DETENTION – Immigration Networking in Louisiana and Mississippi | #advocat…

Case 6:22-cv-01130-DCJ-CBW Document 214-18 Filed 12/22/23 Page 2 of 3 PageID #: 8985

**Below are resources to help families of immigrants in detention.** You can see additonal resources on the resource page.

- ATTORNEYS AND PRO BONO LEGAL ORGANIZATIONS FOR LOUISIANA

- Sponsor LETTER TEMPLATE for sponsor to fill-out
  - SPONSOR DOCUMENTS NEEDED FOR PAROLE (**English**)
    - SPONSOR DOCUMENTS NEEDED FOR PAROLE (**Spanish**)
      - [**H. Creole**] SPONSOR DOCUMENTS NEEDED FOR PAROLE

- Sponsors Agencies that provide sponsorships

- how to change Immigrant address
- Immigrant RIGHTS (many languages)

- **Bond funds 9.27.22**
  - Freedom For Immigrants Bond fund Application

**DONATE via** Paypal **or** Venmo@LouisianaAID (select business in the tab) or send **a check or money order payable to Louisiana Advocates for Immigrants in Detention** to 520 Olive Street, Shreveport, LA 71104.

Monies help released immigrants get to the nearest Airport or greyhound bus station so they may be reunited with their families. We also maintain a temporary shelter in Shreveport to house released immigrants for one night before they travel to their family. Seven of the detention centers are an hour and a half from the nearest airport or full-service greyhound bus station.

LA-AID has volunteer groups in Lafayette, Alexandria, Shreveport, Monroe and affiliations with groups in Natchez, MS and New Orleans. **LA-AID** is a 501(c)(3) organization.

LADOJ-ASYLUM3155

4/6/23, 12:15 PM LOUISIANA ADVOCATES FOR IMMIGRANTS IN DETENTION – Immigration Networking in Louisiana and Mississippi | #advocat…

Case 6:22-cv-01130-DCJ-CBW Document 214-18 Filed 12/22/23 Page 3 of 3 PageID #: 8986

LOUISIANA ADVOCATES FOR IMMIGRANTS IN DETENTION / Website Powered by WordPress.com.