

*Secretary*

U.S. Department of Homeland Security
Washington, DC 20528

February 2, 2021

Jeff Landry
Attorney General
Louisiana Department of Justice
Deputy Director of the Louisiana Bureau of Investigation
1885 N. 3rd Street
Baton Rouge, Louisiana  70802

Dear Attorney General Landry:

      I am writing in connection with a purported "Agreement" (Document) between the Department of Homeland Security (DHS) and the State of Louisiana.

      The State of Texas has initiated a lawsuit against DHS seeking to enjoin, on the basis of a substantially similar document, the Department's lawful exercise of its authority.  *Texas v. United States*, No. 6:21-cv-00003, Complaint, ECF No. 1 (S.D. Tex. filed Jan. 22, 2021).  The Document between DHS and Louisiana is void, not binding, and unenforceable, for the same reasons set forth in the Defendants' Memorandum of Points and Authorities in Opposition to Plaintiffs' Application for a Temporary Restraining Order, ECF No. 8 (filed Jan. 24, 2021) in *Texas v. United States*.

      Notwithstanding that the Document is void, not binding, and unenforceable—and preserving all rights, authorities, remedies, and defenses under the law—this letter also provides notice, on behalf of DHS, U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), and U.S. Citizenship and Immigration Services (USCIS), that DHS, CBP, ICE and USCIS rescinds, withdraws, and terminates the Document, effective immediately.  DHS will continue to comply with applicable executive orders, statutes, regulations, and court orders.

      Please direct any further correspondence concerning the Document to the Department of Justice.

Sincerely,

David Pekoske
Acting Secretary

**COPIES OF NOTICE TO:**

Brian M. Boynton
Acting Assistant Attorney General
Civil Division, U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

Department of Homeland Security
c/o Joseph B. Maher, Acting General Counsel
Washington, D.C. 20528

U.S. Customs and Border Protection
c/o Troy Miller, Senior Official Performing the Duties of the Commissioner
Office of the Commissioner
1300 Pennsylvania Ave. NW
Washington, D.C. 20229

U.S. Immigration and Customs Enforcement
c/o Tae Johnson, Acting Director
Office of the Director
500 12th Street SW
Washington, D.C. 20536

U.S. Citizenship and Immigration Services
c/o Tracy Renaud, Senior Official Performing the Duties of the Director
Office of the Director
5900 Capital Gateway Drive
Suitland, Maryland 20746