UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **STATE OF ARIZONA, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 6:22-cv-1130 |
| ) | |
| **MERRICK GARLAND, et al.,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

### JOINT STIPULATION OF FACTS

The parties stipulate to the following facts:

1. The parties agree the deposition transcripts and trial testimony of the State of Florida's agencies are incorporated into this case as to the State of Florida's standing and alleged injuries.
2. The State of Florida does not track the immigration status of its students.
3. The State of Florida does not track the information necessary to determine which, if any, individuals using the services of the Florida Department of Education (DOE) were released pending their application for asylum or granted asylum under the IFR.
4. The State of Florida does not track the information necessary to determine which, if any, individuals using the services of AHCA, including but not limited to Medicaid, were released pending their application for asylum or granted asylum under the IFR.
5. The State of Florida does not track the information necessary to determine which, if any, individuals using the services of the Florida Department of Children and Families (DCF), including but not limited to SNAP and TANF, were released pending their application for asylum or granted asylum under the IFR.
6. As of June 2023, at least 107,068 individuals who applied for asylum provided a Florida address.
7. As of June 2023, at least 1,109 individuals granted asylum reside in Florida.
8. In 2022, at least 191,319 individuals who applied for asylum provided a Florida address.
9. In 2022, at least 1,814 individuals granted asylum resided in Florida.
10. In 2021, at least 38,672 individuals who applied for asylum provided a Florida address.
11. In 2021, at least 681 individuals granted asylum resided in Florida.

| | |
|---|---|
| Date: December 22, 2023 | Respectfully submitted, |//

Date: December 22, 2023

Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section

EREZ REUVENI
*Counsel*

SARAH L. VUONG
*Assistant Director*

BRIAN C. WARD
*Senior Litigation Counsel*

*/s/ Erin T. Ryan*
ERIN T. RYAN
ELISSA P. FUDIM
JOSEPH A. DARROW
SYDNEY A. JACKSON
EVAN P. SCHULTZ
*Trial Attorneys*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 532-5802
Erin.t.ryan@usdoj.gov

*Counsel for Defendants*

ASHLEY MOODY
ATTORNEY GENERAL OF FLORIDA

By: */s/ James Percival*
JAMES H. PERCIVAL*
Chief of Staff
OFFICE OF THE FLORIDA
ATTORNEY GENERAL
The Capitol, Pl-01

2

Tallahassee, Florida 32399-1050
Phone: (850) 414-3300
james.percival@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

**JEFF LANDRY**
**ATTORNEY GENERAL OF LOUISIANA**

ELIZABETH B. MURRILL (La #20685)
  Solicitor General
JOSEPH S. ST. JOHN (La #36682)
  Deputy Solicitor General
JORDAN B. REDMON (La #37272)
  Assistant Solicitor General
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, Louisiana 70804
Tel: (225) 485-2458
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov
redmonj@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*