

**LAFAYETTE PARISH**

# Senator Bill Cassidy suspects ICE dropping off migrants in Lafayette after learning of statewide problem



SHARE

LAFAYETTE, La. (KLFY) — "If it's Natchez, and Baton Rouge, and Shreveport, then I suspect Senator for Louisiana Bill Cassidy said in a reporter conference call this week.

The Republican senator said so after learning of asylum seekers being relocated in Baton R to Immigrant Customs Enforcement (ICE) to seek answers.


Asylum seekers dropped off in Lafayette



LADOJ-ASYLUM2403



When asked Wednesday morning about the possibility of immigrants being possibly dropped off inside Lafayette, the ICE Public Affairs Office responded by email within hours that they hope to have a response shortly.

At this time, we still waiting for an answer from ICE, but Senator Cassidy had a lot to say on the issue before presenting the matter on the Senate floor.

Sunday, U.S. Senator Bill Cassidy learned of about 80 Haitian immigrants released from ICE custody in Shreveport. Other local news sources have reported similar sightings in Monroe and Natchez. He's told some folks are "dropped off without family, money, contacts, you name it."

"It happened with little or no notice to state and local officials," Cassidy stated. It's almost as if they are sweeping people under the rug, but the crisis continues to worsen."

**Asylum seekers dropped off in Lafayette** ✕

ADVERTISEMENT



✕

According to U.S. Customs and Border Protection, more people have crossed the Southern border this year, than in 2018 and 2020 combined.

Most people have been encountered in the Rio-Grande Valley, which is up 461% over last year.

LADOJ-ASYLUM2404

Case 6:22-cv-01130-DCJ-CBW   Document 214-32   Filed 12/22/23   Page 3 of 11 PageID #: 9394

According to TRAC (Transactional Records Access Clearinghouse) of Syracuse University, Louisiana housed 2,347 people in immigration detention on July 8. That's the second-most in any state, only behind Texas.

Louisiana Advocates for Immigrants in Detention picks people up and helps them transition when they are released.

"They didn't come here because they thought it would be fun. They came here cause they needed to get out of a bad situation," expressed Nell Hahn, a Lafayette resident and volunteer with LA-AID.

---

ADVERTISEMENT



---

She says sometimes those released from Basile, Pine Prairie, and Oberlin are taxied to transportation hubs like Lafayette looking for a way out of Louisiana. She says there are better alternatives to incarcerated those that travel to the border and agrees ICE needs to communicate more.



Beth Butler
@bbybutler · Follow

ICE is dumping immigrants without any resources. Help them get to an airport. Donate or Drive Please!

10:11 AM · Jul 13, 2021

Asylum seekers dropped off in Lafayette

"We're happy they're getting out, but gosh, there needs to be some coordination and some services, so when they get out, they get on their way in an orderly way," Hahn stated.

"The most I can surmise is that the facilities are overflowing, and they've gotten so full that ICE doesn't have the capacity, and they are being told to release people," Cassidy continued. "That is wrong for the community, it's wrong for controlling the border, frankly it's wrong for the immigrant."

The last time over one million illegal migrants were encountered at the Southern border was 15 years ago. If the number continues stable or grows for three more months, it's possible the all-time fiscal year record for illegal border crossings set in 1986 could be broken.

ADVERTISEMENT

LADOJ-ASYLUM2405



Seniors: Say
GOODBYE To
Expensive Internet

There's no excuse to be
paying more than $10 a
month for cable and
internet

Pay Less Now >>

"We need to get things under control, and what they are doing right now, you couldn't ask for a worse situation."

When ICE answers our email with a statement, you'll see it first on KLFY and KLFY.com

Copyright 2023 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

## AROUND THE WEB



**The Best Credit Card of the Year (0% Interest Until Nearly 2025)**

CompareCredit.com



**American Shoppers Should Think Twice Before Buying from These 2 Stores**

Online Shopping Tools



**What a Walk-in Tub Should Cost if You Have Medicare**

The Senior Scoop



**Why is This $48 Monocular Better Than $3000 Telescope?**

Starscope



**The Secret to Treating Lower Back Pain is Finally Here**

Health Insight Journal



**Unsold Cell Phones Sell for Next to Nothing (Click to See the Results)**

Cell Phone Deals | Search Ads



**Signals of Plaque Psoriasis That Should Ca...**

Psoriasis



**What Happens if You Put Ice**

Health Review

Asylum seekers dropped off in Lafayette



**Why Doctors in the Know No Longer Prescribe Blood Pressure Drugs**

BP Fix



**Restaurants In Metairie With Good Senior Discounts**

TheWalletGuru.com



**Ranking the Greatest Drummers of All-time**

UpbeatNews

**If Your Dog Eats Dry Food (Most Dog Owners Don't Know This)**

UltimateDogFoodGuide.com

LADOJ-ASYLUM2406

3/30/23, 8:48 AM
Case 6:22-cv-01130-DCJ-CBW Document 214-32 Filed 12/22/23 Page 5 of 11 PageID #: 9396
Senator Bill Cassidy suspects ICE dropping off migrants in Lafayette after learning of statewide problem | KLFY.com



✉ **SUBSCRIBE NOW**

# KLFY Daily Digest

| Your email |

**SIGN UP NOW** ▸

BEST R≡VIEWS



### Help your older or disabled dog get around with these …

DOG HEALTH / 7 Hours Ago

Help your older or disabled dog get around and give them mobility with these best wheelchairs and bike trailers ma...

Asylum seekers dropped off in Lafayette ✕



LADOJ-ASYLUM2407



## Best Nuwave air fryer

FRYERS  /  6 Hours Ago

NuWave has made innovative kitchen appliances for over 20 years, but its air fryers are some of its most popular products.



Asylum seekers dropped off in Lafayette

## Best Moen faucet

HOME IMPROVEMENT  /  7 Hours Ago

In 1937, Al Moen invented the single-handed faucet after burning his hands in the sink. Moen makes faucets, sinks, hardware and accessories.



LADOJ-ASYLUM2408



View All BestReviews ›



**TOP STORIES ›**



**Carencro Police: Multiple shots fired at vehicles**



**Opelousas SRO accused of trying to molest student**

**St. Martinville police implementing anti-speeding …**



**Concern over students fighting at North Central HS**



**Youngsville Police Chief says he "refuses to resign"**

Asylum seekers dropped off in Lafayette ✕

Top Stories ›



Take the search out of your research at
BEST**R**EVIEWS       Go Now

**MORE STORIES ›**


**Jordan Brown Named Lou Henson Player of the Year …**

✕


**Cajuns Wreak Havoc in Third Inning, Top Mountaineers …**

LADOJ-ASYLUM2409

 Millions at risk of losing COVID-era Medicaid coverage

 Destination Louisiane: A look at Ultrazone Paintball …

 Destination Louisiane: Capitol Park Museum

 Strong pitching helps Cajuns blank Southeastern LA, …

 Dems unveil plan for gun violence prevention office

 Abbeville council unanimously approves curfew

More Stories  ›

Find the best products at the best prices with BEST REVIEWS   Go Now



KLFY.com Video

Asylum seekers dropped off in Lafayette

 New traffic safety program to reduce speeding    2 hours ago

 Thursday Forecast    2 hours ago

 SRO accused of trying to molest student    3 hours ago

Fighti… Landr…

More Videos  ›

LADOJ-ASYLUM2410

3/30/23, 8:48 AM
Senator Bill Cassidy suspects ICE dropping off migrants in Lafayette after learning of statewide problem | KLFY.com

Case 6:22-cv-01130-DCJ-CBW Document 214-32 Filed 12/22/23 Page 9 of 11 PageID #: 9400





**TRENDING STORIES**

1  Carencro Police: Multiple shots fired at vehicles

2  Youngsville Police Chief says he "refuses to resign"

3  Opelousas SRO accused of trying to molest student

4  Concern over students fighting at North Central HS

5  SNAP benefits up nearly $300 a month during COVID-19

6  Former director of SLP Animal Control shelter arrested

7  Youngsville councilwoman resigns



Asylum seekers dropped off in Lafayette ✕





LADOJ-ASYLUM2411

3/30/23, 8:45 PM    Senator Bill Cassidy suspects ICE dropping off migrants in Lafayette after learning of statewide problem | KLFY.com

Case 6:22-cv-01130-DCJ-CBW   Document 214-22   Filed 12/22/23   Page 10 of 11 PageID #:
9401



Acadiana's Local News Leader --
bringing Lafayette the latest news,
weather, sports and entertainment

**KLFY Livestream**

**Advertise With Us**

**KLFY TV Schedule**

**Apply to be a Guest on KLFY**

**Meet Your Neighbor Acadiana**

**Meet the KLFY News 10 Team**

**Contact Us**

**KLFY News 10 Podcasts**

**Passe Partout**

**Acadiana Live**

KLFY EEO Reports

KLFY Children's Programming

KLFY Public File

**Get News App**

**Get Weather App**

**Stay Connected**

**Nexstar**
MEDIA GROUP, INC.

Privacy Policy

Covers

Public File Assistance Contact

The Hill

BestReviews

Nexstar Digital

Do Not Sell or Share My Personal Information

Terms Of Use

FCC Applications

Subscribe To Push Notifications

NewsNation

Content Licensing

Journalistic Integrity

Asylum seekers dropped off in Lafayette

LADOJ-ASYLUM2412

© 1998 - 2023 Nexstar Media Inc. | All Rights Reserved.

Asylum seekers dropped off in Lafayette                                            ✕



LADOJ-ASYLUM2413