IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| The STATE of ARIZONA, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*, <br><br> *Defendants.* | Civil Action No. 6:22-cv-01130 |

**[PROPOSED] ORDER ON DEFENDANTS' MOTION TO DISMISS**

Having considered Defendants' Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim Under Fed. R. Civ. P. 12(b),

IT IS HEREBY ORDERED:

The Motion is GRANTED. The Court dismisses all of Plaintiffs' claims and their complaint in its entirety.

Date: _____     Signed: _____
                              HON. DAVID C. JOSEPH
                              UNITED STATES DISTRICT JUDGE