# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF ARIZONA, By and through its Attorney General, MARK BRNOVICH; et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> MERRICK GARLAND in his official capacity as Attorney General of the United States of America; et al., <br><br> DEFENDANTS. | CIVIL ACTION NO. 6:22-cv-01130 |

## JOINT MOTION TO EXTEND BRIEFING SCHEDULE

The Parties respectfully request a mutual brief extension of the remaining briefing schedule for Defendants' Motion to Dismiss, ECF No. 214, extending the deadline for Plaintiffs' response by one week to January 29, 2024, and Defendants' reply to February 21, 2024. There is good cause for this extension.

Counsel for Defendants handling this case have a number of arguments scheduled in the coming weeks, including arguments in:

- *Florida v. Mayorkas*, No. 23-11528 (11th Cir.)

- *Florida v. Mayorkas*, No. 23-11644 (11th Cir.)

- *Azimov v. U.S. Dep't of Homeland Security*, No. 22-56034 (9th Cir.)

- *Texas v. Biden*, No. 22-00780 (N.D. Tex.)

And Defendants have a brief due in *Quiros v. Amador*, No. 23-5178 (D.C. Cir.) during that same time period.

Counsel for Plaintiffs handling this case has similarly, over the past two weeks, had responsibilities connected to the inauguration and transition of Attorney Murrill, been impacted by related staffing issues, handled non-public settlement discussions of a pending matter, argued for summary judgment in *Louisiana v. EPA*, No. 23-692 (Title VI Rule), oversaw opening briefing in *Utah v. Su*, No. 23-11097 (5th Cir) (ERISA Rule), and completed preliminary injunction reply briefing in *Louisiana v. EPA*, No. 23-1714 (W.D. La.) (CWA 401 Rule).

Given these competing obligations in other matters, the Parties have reciprocally agreed to a brief courtesy extension of the briefing schedule to allow the Parties sufficient time to fully brief the issues raised in Defendants' Motion to Dismiss. Accordingly, the Parties respectfully request that the Court extend the deadline for Plaintiffs' response to the motion to dismiss to January 29, 2024, and the deadline for Defendants' reply in support of the motion to dismiss to February 21, 2024.

//

//

//

Dated: January 22, 2024

Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section

/s/ *Brian C. Ward*
BRIAN C. WARD
*Senior Litigation Counsel*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 616-9121
brian.c.ward@usdoj.gov

*Counsel for Defendants*

LIZ MURRILL
 ATTORNEY GENERAL

By:/s/ *Joseph Scott St. John*

J. SCOTT ST. JOHN (La #36682)
  Deputy Solicitor General
LOUISIANA DEPT/ OF JUSTICE
1885 N. Third Street
Baton Rouge, Louisiana 70804
Tel: (225) 326-6766
stjohnj@ag.louisiana.gov

*Counsel for State of Louisiana*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2024, I electronically filed this motion with the Clerk of the Court for the United States District Court for the Western District of Louisiana by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

/s/ *Brian C. Ward*
BRIAN C. WARD
