# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| The STATE of ARIZONA, et al., | )<br>)<br>) |
| *Plaintiffs,* | )<br>) |
| v. | ) Civil Action No. 6:22-cv-01130<br>) |
| MERRICK GARLAND,<br>in his official capacity as<br>Attorney General of the<br>United States, *et al.*, | )<br>)<br>)<br>)<br>) |
| *Defendants.* | )<br>) |

## [PROPOSED] ORDER

Upon review of the Parties' Joint Motion to Extend Briefing Schedule, and finding good cause, it is hereby ordered that the motion is granted. Plaintiffs' deadline to respond to the motion to dismiss is extended to January 29, 2024, and Defendants' deadline for their reply in support of their motion is extended to February 21, 2024.

Date: _____     _____
HON. DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE