IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| The STATE of ARIZONA, et al., | Civil Action No. 6:22-cv-01130 |
| *Plaintiffs,* | |
| v. | Judge David C. Joseph |
| MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*, | Magistrate Judge Carol B. Whitehurst |
| *Defendants.* | |

**ORDER**

Upon review of the Parties' Joint Motion to Extend Briefing Schedule [Doc. 215], and finding good cause, IT IS ORDERED that the motion is GRANTED. Plaintiffs' deadline to respond to the motion to dismiss is extended to January 29, 2024, and Defendants' deadline for their reply in support of their motion is extended to February 21, 2024.

THUS, DONE AND SIGNED this 22nd day of January, 2024

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE