UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF ARIZONA, et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> MERRICK GARLAND in his official capacity as Attorney General of the United States of America; et al., <br><br> DEFENDANTS. | CIVIL ACTION NO. 6:22-cv-01130 |

# ▮▮▮ DECLARATION OF Tera Bivens

I, Tera Bivens, declare as follows:

1. I am Deputy Assistant Secretary for Economic Self Sufficiency at the Florida Department of Children and Families ("FDCF"). I am over the age of 18, and I have personal knowledge of the facts contained in this Declaration. I am the custodian of records FDCF. I could competently testify to the contents of this Declaration if called upon to do so.

2. Attached as Exhibit 101 is a true and accurate copy of a document produced in the ordinary course of FDCF's business.

3. Attached as Exhibit 102 is a true and accurate copy of a spreadsheet produced by FDCF. Tab #9 reflects alien determined to be eligible for TANF, Medicaid, and SNAP, by month, port of entry, and country. Tab #11 reflects Florida's administrative cost share of the SNAP program by month; each SNAP recipient costs Florida $2.17 per month.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA AND THE STATE OF LOUISIANA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _____Tallahassee, FL_____, this _19__ day of January 2024.

_____
Tera Bivens