# EXHIBIT 101

# Social Services Estimating Conference
## Temporary Assistance for Needy Families Assistance Payments
## February 8, 2023
## Executive Summary

The Social Services Estimating Conference convened on February 8, 2023, to revise the Temporary Assistance for Needy Families (TANF) forecast for FY 2022-23 through FY 2027-28.  Looking at the combined total of the four component programs, the Conference adopted an overall caseload and expenditure forecast that is higher than the July forecast for each of the fiscal years.

The revised caseload outlook for the Relative Caregiver Program primarily resulted from legislation passed during the 2022 Session (CS/SB 7034: Child Welfare) which changed payment rates to incentivize the number of new caregivers opting to become Licensed Level I foster parents, a prerequisite for participation in the Guardianship Assistance Program.  This change has introduced additional uncertainty about the "new normal" for the Relative Caregiver Program caseload after all of the recent changes have permeated through the system.  As a result, the Conference lowered the caseload for the current year, but increased it in all subsequent years to show only a small decline over time.  The Child Only program was modestly adjusted downward over the same period.

The Families with Adult and Unemployed Parent caseload projections were increased significantly in the near term to account for the sharp rise in non-citizen applicant activity.  While the prior conference was aware of increasing activity, application rates for non-citizens since then have increased at a much higher rate than expected.  The new estimate for the Unemployed Parent Program in the current year moved from 1,716 cases covering 5,032 persons to 5,812 cases covering 18,447 persons, an increase of 267 percent.  Both categories are expected to stay elevated through FY 2023-24 before slowly returning to the prior forecast level in the outermost years of the projection period.  Proposed policy changes at the federal level may further impact future projections.

Overall expenditures are expected to total $115.4 million for FY 2022-23.  This is $17.4 million above the appropriated level, and $27.0 million above the July conference projection.  Total expenditures are then expected to increase to $119.5 million in FY 2023-24 (an increase of $34.3 million from the prior forecast) before gradually decreasing to $83.2 million at the end of the forecast horizon.

The first table below provides the new caseload and expenditure projections for the combined total of the four component programs.  The second table provides these projections for each program individually.

### TANF CASELOAD AND EXPENDITURE FORECAST

| | Caseload | | | Expenditures ($ mill.) | | |
|---|---|---|---|---|---|---|
| Fiscal Year | July | February | Diff. | July | February | Diff. |
| **Total Program** | | | | | | |
| FY 2022-23 | 27,358 | 33,862 | 6,504 | 88.5 | 115.4 | 27.0 |
| FY 2023-24 | 26,485 | 35,481 | 8,996 | 85.2 | 119.5 | 34.3 |
| FY 2024-25 | 25,500 | 32,969 | 7,469 | 80.4 | 108.0 | 27.6 |
| FY 2025-26 | 25,500 | 29,549 | 4,049 | 80.4 | 95.4 | 15.0 |
| FY 2026-27 | 25,500 | 26,871 | 1,371 | 80.4 | 85.5 | 5.1 |
| FY 2027-28 | 25,500 | 26,149 | 649 | 80.4 | 83.2 | 2.8 |

### TANF CASELOAD AND EXPENDITURE FORECAST DETAIL

| | Caseload | | | Expenditures ($ mill.) | | |
|---|---|---|---|---|---|---|
| Fiscal Year | July | February | Diff. | July | February | Diff. |
| **Relative Caregiver** | | | | | | |
| FY 2022-23 | 10,205 | 9,947 | -258 | 33.8 | 35.2 | 1.4 |
| FY 2023-24 | 9,542 | 9,622 | 80 | 31.6 | 32.4 | 0.8 |
| FY 2024-25 | 8,980 | 9,347 | 367 | 29.7 | 31.5 | 1.7 |
| FY 2025-26 | 8,980 | 9,347 | 367 | 29.7 | 31.5 | 1.7 |
| FY 2026-27 | 8,980 | 9,347 | 367 | 29.7 | 31.5 | 1.7 |
| FY 2027-28 | 8,980 | 9,347 | 367 | 29.7 | 31.5 | 1.7 |
| **Child Only Cases** | | | | | | |
| FY 2022-23 | 9,148 | 9,028 | -120 | 23.8 | 23.4 | -0.4 |
| FY 2023-24 | 9,148 | 9,028 | -120 | 23.8 | 23.4 | -0.4 |
| FY 2024-25 | 9,148 | 9,028 | -120 | 23.8 | 23.4 | -0.4 |
| FY 2025-26 | 9,148 | 9,028 | -120 | 23.8 | 23.4 | -0.4 |
| FY 2026-27 | 9,148 | 9,028 | -120 | 23.8 | 23.4 | -0.4 |
| FY 2027-28 | 9,148 | 9,028 | -120 | 23.8 | 23.4 | -0.4 |
| **Families with Adult** | | | | | | |
| FY 2022-23 | 6,289 | 9,075 | 2,786 | 23.3 | 31.9 | 8.7 |
| FY 2023-24 | 6,466 | 10,243 | 3,777 | 23.9 | 35.3 | 11.4 |
| FY 2024-25 | 6,466 | 9,366 | 2,900 | 23.0 | 33.3 | 10.3 |
| FY 2025-26 | 6,466 | 7,746 | 1,280 | 23.0 | 27.5 | 4.6 |
| FY 2026-27 | 6,466 | 6,868 | 402 | 23.0 | 24.4 | 1.4 |
| FY 2027-28 | 6,466 | 6,868 | 402 | 23.0 | 24.4 | 1.4 |
| **Unemployed Parent** | | | | | | |
| FY 2022-23 | 1,716 | 5,812 | 4,096 | 7.6 | 24.9 | 17.3 |
| FY 2023-24 | 1,329 | 6,588 | 5,259 | 5.8 | 28.4 | 22.5 |
| FY 2024-25 | 906 | 5,228 | 4,322 | 3.9 | 19.9 | 15.9 |
| FY 2025-26 | 906 | 3,428 | 2,522 | 3.9 | 13.0 | 9.1 |
| FY 2026-27 | 906 | 1,628 | 722 | 3.9 | 6.3 | 2.4 |
| FY 2027-28 | 906 | 906 | 0 | 3.9 | 4.0 | 0.1 |