# EXHIBIT 102

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| The State of Arizona, et al | Civil Action No. 6:22-cv-01130 |
| Plaintiff | |
| VS. | Judge Joseph |
| Merrick Garland, et al | Magistrate Judge Whitehurst |
| Defendant | |

### NOTICE OF MANUAL ATTACHMENT

ATTACHMENTS TO: Plaintiffs' Opposition to Motion to Dismiss

DESCRIPTION: Spreadsheet produced by FDCF

FILED BY: Plaintiffs

FILE DATE: January 29, 2024

********************************* **NOTICE** *********************************

The attached document is an *original* manual attachment that could not be converted into PDF and uploaded to CM/ECF. A PDF version of this notice should accompany the related e-filing as an attachment.

**INSTRUCTIONS FOR FILER:**
The <u>original manual attachment</u> must be delivered to the divisional <u>Clerk's Office</u> of the presiding judge. Chambers personnel may obtain the manual attachment from the Clerk's Office.[1] The manual attachment will be maintained at this location until expiration of appeal delays.

**Attachment sent to** LAFAYETTE **DIVISION.**

**Prepared by:** Joseph Scott St. John

---

[1] **Chambers Personnel:** When finished reviewing the manual attachment, please return to the Clerk's Office.