# EXHIBIT 110



# Enrollment by Immigrant Status
## 2019-20 through 2021-22, Final Surveys 2, 3, 5
## 2022-23, Final Survey 2

Note: Students are classified based on the Immigrant Student field reported on the Federal/State Indicator reporting format. Codes include Y (student is an immigrant student), N (student is not an immigrant student) and Z (Not applicable, which in previous years was only applied to students enrolled in private schools using the McKay Scholarship). Due to changes in the way data was collected in 2022-23 following the consolidation of McKay scholarships into the Family Empowerment Scholarship program, students reported as either N or Z for survey 2 in 2023 are classified as Not an Immigrant Student.

| Immigrant Status | 2022-23 | | | 2021-22 | | | 2020-21 | | | 2019-20 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Suvey 2 | Survey 3 | Survey 5 | Survey 2 | Survey 3 | Survey 5 | Survey 2 | Survey 3 | Survey 5 | Survey 2 | Survey 3 | Survey 5 |
| Immigrant Student | 116,174 | N/A | N/A | 90,480 | 101,125 | 112,375 | 84,041 | 83,505 | 95,084 | 104,683 | 105,414 | 110,307 |
| Not An Immigrant Student | 2,753,835 | | | 2,742,147 | 2,736,808 | 2,961,398 | 2,707,014 | 2,711,980 | 2,902,665 | 2,753,606 | 2,751,326 | 2,928,640 |
| Not Reported | 498 | | | 552 | 420 | 5,544 | 632 | 206 | 2,829 | 663 | 136 | 5,454 |
| **Total Enrollment** | **2,870,507** | | | **2,833,179** | **2,838,353** | **3,079,317** | **2,791,687** | **2,795,691** | **3,000,578** | **2,858,952** | **2,856,876** | **3,044,401** |