# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF ARIZONA, et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> MERRICK GARLAND in his official capacity as Attorney General of the United States of America; et al., <br><br> DEFENDANTS. | CIVIL ACTION No. 6:22-cv-01130 |

## PUBLIC DECLARATION OF ALEXANDER FORD

I, Alexander Ford, declare as follows:

1. I am Chief of Medicaid data Analytics at the Florida Agency for Health Care Administration ("FAHCA"). I am over the age of 18, and I have personal knowledge of the facts contained in this Declaration. I am the custodian of records for Medicaid Data Analytics at FAHCA. I could competently testify to the contents of this Declaration if called upon to do so.

2. In the regular and ordinary course of its activities, FAHCA creates and maintains records regarding public benefits overseen by FAHCA. Those records are created at or near the time of the associated event by – or from information transmitted by – someone with knowledge.

3. Attached as Exhibit 115 is a true and accurate summary of FAHCA records reflecting for each month: the number of recipients, total paid amount, and Florida's share of that paid amount for noncitizens receiving emergency medical services.

4. Attached as Exhibit 116 is a graph of the number of noncitizens receiving emergency medical services from Florida, by month.

5. Attached as Exhibit 117 is a graph of Florida's spending on emergency medical services for noncitizens, by month.

6. Attached as Exhibit 118 is a true and accurate summary of FAHCA records reflecting for each month: the number of recipients, total amount paid, and Florida's share of that paid amount for noncitizens receiving emergency medical services, further broken down by program.

7. Attached as Exhibit 119 is a graph of the number of noncitizens receiving emergency medical services from Florida, by month, further broken down by program.

8. Attached as Exhibit 120 is a graph of Florida's spending on emergency medical services for noncitizens, by month, further broken down by program.

9. Further declarant sayeth naught.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA AND THE STATE OF LOUISIANA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in Leon County, Florida this 19th day of January 2024.

*/s/ Alexander Ford*

Alexander Ford