# EXHIBIT 115

**Florida Medicaid**

**Emergency Assistance for Noncitizens**
Unduplicated recipient count, total paid amount and total state share amount for recipients with selected assistance categories (NL A, NL S, ML A, ML S)
**(Date of services from 01/01/2019 to 02/28/2023)**

| Year / Month | FFS Claims and Capitations | | |
|---|---|---|---|
| | Unduplicated Recipients | Total Paid Amount | Total State Share Amount |
| 01-2019 | 3,572 | $ 12,073,061 | $ 4,653,305 |
| 02-2019 | 3,305 | $ 10,412,862 | $ 4,001,247 |
| 03-2019 | 3,551 | $ 11,687,094 | $ 4,435,903 |
| 04-2019 | 3,497 | $ 11,184,573 | $ 4,232,564 |
| 05-2019 | 3,512 | $ 13,130,604 | $ 4,779,612 |
| 06-2019 | 3,364 | $ 12,067,237 | $ 4,299,729 |
| 07-2019 | 3,650 | $ 11,506,304 | $ 3,864,916 |
| 08-2019 | 3,720 | $ 12,195,931 | $ 3,989,209 |
| 09-2019 | 3,666 | $ 11,473,061 | $ 3,712,590 |
| 10-2019 | 3,741 | $ 12,430,721 | $ 4,017,387 |
| 11-2019 | 3,486 | $ 11,212,289 | $ 3,624,021 |
| 12-2019 | 3,510 | $ 12,222,967 | $ 3,949,598 |
| 01-2020 | 3,630 | $ 11,468,823 | $ 3,705,842 |
| 02-2020 | 3,302 | $ 10,494,565 | $ 3,387,745 |
| 03-2020 | 3,138 | $ 10,597,113 | $ 3,422,571 |
| 04-2020 | 2,890 | $ 11,149,580 | $ 3,598,820 |
| 05-2020 | 3,484 | $ 13,300,430 | $ 4,293,565 |
| 06-2020 | 3,988 | $ 15,864,500 | $ 5,103,731 |
| 07-2020 | 4,501 | $ 18,896,377 | $ 6,057,345 |
| 08-2020 | 4,418 | $ 14,889,451 | $ 4,769,050 |
| 09-2020 | 4,751 | $ 13,307,549 | $ 4,248,185 |
| 10-2020 | 5,157 | $ 11,869,827 | $ 3,782,301 |
| 11-2020 | 5,186 | $ 12,116,129 | $ 3,862,121 |
| 12-2020 | 5,476 | $ 12,596,444 | $ 4,015,559 |
| 01-2021 | 5,992 | $ 12,785,422 | $ 4,078,296 |
| 02-2021 | 5,667 | $ 12,009,455 | $ 3,837,734 |
| 03-2021 | 6,381 | $ 13,146,225 | $ 4,202,845 |
| 04-2021 | 6,852 | $ 13,726,680 | $ 4,396,866 |
| 05-2021 | 6,535 | $ 12,683,378 | $ 4,062,403 |
| 06-2021 | 6,590 | $ 12,948,631 | $ 4,164,980 |
| 07-2021 | 7,458 | $ 16,336,772 | $ 5,287,627 |
| 08-2021 | 8,106 | $ 19,189,242 | $ 6,250,187 |
| 09-2021 | 8,394 | $ 18,091,232 | $ 5,918,853 |
| 10-2021 | 8,764 | $ 14,844,675 | $ 4,869,665 |
| 11-2021 | 8,467 | $ 12,609,549 | $ 4,143,747 |
| 12-2021 | 8,799 | $ 13,713,918 | $ 4,547,466 |
| 01-2022 | 7,952 | $ 15,426,070 | $ 5,170,573 |
| 02-2022 | 7,363 | $ 11,483,189 | $ 3,806,843 |
| 03-2022 | 7,802 | $ 13,090,041 | $ 4,368,868 |
| 04-2022 | 7,843 | $ 11,959,509 | $ 4,004,997 |
| 05-2022 | 7,792 | $ 12,064,445 | $ 4,102,771 |
| 06-2022 | 7,913 | $ 12,136,933 | $ 4,214,140 |
| 07-2022 | 7,787 | $ 11,599,267 | $ 4,126,979 |
| 08-2022 | 7,661 | $ 11,975,779 | $ 4,414,822 |
| 09-2022 | 7,497 | $ 10,936,847 | $ 4,267,984 |
| 10-2022 | 7,813 | $ 12,265,028 | $ 4,899,879 |
| 11-2022 | 7,260 | $ 11,294,865 | $ 4,512,298 |
| 12-2022 | 6,889 | $ 9,546,022 | $ 3,813,636 |
| 01-2023 | 5,425 | $ 7,005,994 | $ 2,798,895 |
| 02-2023 | 3,892 | $ 2,732,118 | $ 1,091,481 |

*Source: MDA SQL FFS, Encounter and Elig tables as of 03/20/2023*

Agency for Health Care Administration
Medicaid Data Analytics (RQ4899)
March 22, 2023