# EXHIBIT 116



Emergency Assistance for Noncitizens: Unduplicated Recipients by Month