# EXHIBIT 117

