# EXHIBIT 118

**Florida Medicaid**

**Emergency Assistance for Noncitizens**
Unduplicated recipient count, total paid amount and total state share amount for recipients with selected assistance categories (NL A, NL S, ML A, ML S)
**(Date of services from 01/01/2019 to 02/28/2023)**

| Year / Month | Family Related Emergency Medical Assistance for Noncitizens (ML A) | | | SSI Related Emergency Medical Assistance for Noncitizens (ML S) | | | Family Related Emergency Medical Assistance for Noncitizens Medically Needy (NL A) | | | SSI Related Emergency Medical Assistance for Noncitizens Medically Needy (NL S) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Unduplicated Recipients | Total Paid Amount | Total State Share Amount | Unduplicated Recipients | Total Paid Amount | Total State Share Amount | Unduplicated Recipients | Total Paid Amount | Total State Share Amount | Unduplicated Recipients | Total Paid Amount | Total State Share Amount |
| 01-2019 | 1,861 | $ 4,385,065 | $ 1,693,481 | 743 | $ 5,202,474 | $ 1,996,608 | 949 | $ 2,332,769 | $ 903,840 | 19 | $ 152,752 | $ 59,376 |
| 02-2019 | 1,709 | $ 3,795,857 | $ 1,466,109 | 726 | $ 4,198,024 | $ 1,609,739 | 849 | $ 2,287,374 | $ 874,575 | 21 | $ 131,608 | $ 50,824 |
| 03-2019 | 1,841 | $ 4,522,689 | $ 1,731,337 | 780 | $ 4,481,182 | $ 1,690,087 | 911 | $ 2,430,898 | $ 927,232 | 19 | $ 252,325 | $ 87,247 |
| 04-2019 | 1,885 | $ 4,880,727 | $ 1,852,635 | 767 | $ 4,050,641 | $ 1,528,205 | 824 | $ 2,033,922 | $ 775,582 | 21 | $ 219,283 | $ 76,142 |
| 05-2019 | 1,928 | $ 5,136,999 | $ 1,904,742 | 759 | $ 5,964,045 | $ 2,114,824 | 804 | $ 1,900,023 | $ 710,924 | 21 | $ 129,538 | $ 49,122 |
| 06-2019 | 1,807 | $ 4,833,650 | $ 1,754,091 | 773 | $ 5,327,329 | $ 1,855,510 | 763 | $ 1,792,221 | $ 648,522 | 21 | $ 114,037 | $ 41,607 |
| 07-2019 | 2,010 | $ 4,668,396 | $ 1,561,609 | 755 | $ 4,510,900 | $ 1,530,632 | 855 | $ 2,059,244 | $ 685,039 | 30 | $ 267,764 | $ 87,634 |
| 08-2019 | 2,113 | $ 5,417,408 | $ 1,775,764 | 800 | $ 4,829,083 | $ 1,575,361 | 782 | $ 1,796,946 | $ 587,584 | 25 | $ 152,493 | $ 50,500 |
| 09-2019 | 2,098 | $ 4,874,793 | $ 1,578,728 | 794 | $ 4,769,199 | $ 1,541,905 | 748 | $ 1,676,079 | $ 542,390 | 26 | $ 152,991 | $ 49,568 |
| 10-2019 | 2,150 | $ 5,221,953 | $ 1,687,480 | 800 | $ 4,651,220 | $ 1,503,191 | 767 | $ 2,321,640 | $ 750,447 | 24 | $ 235,909 | $ 76,269 |
| 11-2019 | 1,992 | $ 5,517,980 | $ 1,783,485 | 758 | $ 3,921,144 | $ 1,267,361 | 715 | $ 1,549,110 | $ 500,766 | 21 | $ 224,054 | $ 72,410 |
| 12-2019 | 2,038 | $ 5,557,354 | $ 1,794,906 | 741 | $ 4,860,683 | $ 1,571,345 | 710 | $ 1,657,529 | $ 535,699 | 21 | $ 147,402 | $ 47,648 |
| 01-2020 | 2,058 | $ 4,958,941 | $ 1,602,457 | 800 | $ 4,053,572 | $ 1,309,511 | 757 | $ 2,309,687 | $ 746,480 | 15 | $ 146,623 | $ 47,394 |
| 02-2020 | 1,810 | $ 4,285,363 | $ 1,383,898 | 777 | $ 4,492,510 | $ 1,448,682 | 693 | $ 1,505,539 | $ 486,915 | 22 | $ 211,153 | $ 68,250 |
| 03-2020 | 1,763 | $ 4,552,970 | $ 1,470,837 | 728 | $ 4,517,325 | $ 1,458,652 | 633 | $ 1,392,485 | $ 449,700 | 14 | $ 134,332 | $ 43,384 |
| 04-2020 | 1,706 | $ 4,617,872 | $ 1,490,894 | 650 | $ 4,920,757 | $ 1,588,066 | 517 | $ 1,512,902 | $ 488,249 | 17 | $ 98,049 | $ 31,611 |
| 05-2020 | 1,996 | $ 5,184,930 | $ 1,673,537 | 791 | $ 5,768,280 | $ 1,862,936 | 672 | $ 2,231,131 | $ 720,210 | 25 | $ 116,088 | $ 37,481 |
| 06-2020 | 2,263 | $ 6,050,601 | $ 1,948,617 | 919 | $ 6,918,565 | $ 2,225,910 | 789 | $ 2,639,959 | $ 847,397 | 17 | $ 255,376 | $ 81,806 |
| 07-2020 | 2,508 | $ 6,632,346 | $ 2,126,435 | 1,029 | $ 9,471,398 | $ 3,032,943 | 943 | $ 2,632,990 | $ 846,803 | 21 | $ 159,643 | $ 51,164 |
| 08-2020 | 2,541 | $ 6,212,359 | $ 1,992,557 | 978 | $ 5,935,159 | $ 1,897,476 | 874 | $ 2,538,895 | $ 813,978 | 25 | $ 203,039 | $ 65,038 |
| 09-2020 | 2,802 | $ 5,593,216 | $ 1,784,025 | 1,009 | $ 5,230,812 | $ 1,669,846 | 912 | $ 2,099,442 | $ 671,968 | 28 | $ 384,077 | $ 122,346 |
| 10-2020 | 3,048 | $ 4,913,930 | $ 1,564,989 | 1,086 | $ 5,339,305 | $ 1,701,322 | 995 | $ 1,513,127 | $ 483,046 | 28 | $ 103,464 | $ 32,944 |
| 11-2020 | 3,062 | $ 4,909,317 | $ 1,563,726 | 1,086 | $ 4,787,098 | $ 1,525,791 | 1,004 | $ 2,270,686 | $ 724,650 | 34 | $ 149,028 | $ 47,954 |
| 12-2020 | 3,316 | $ 4,748,266 | $ 1,513,072 | 1,106 | $ 6,118,166 | $ 1,950,184 | 1,025 | $ 1,592,219 | $ 508,391 | 29 | $ 137,793 | $ 43,913 |
| 01-2021 | 3,589 | $ 4,802,516 | $ 1,531,299 | 1,237 | $ 6,200,482 | $ 1,976,869 | 1,127 | $ 1,504,638 | $ 480,673 | 39 | $ 277,785 | $ 89,455 |
| 02-2021 | 3,327 | $ 4,417,069 | $ 1,408,870 | 1,143 | $ 5,235,835 | $ 1,675,438 | 1,162 | $ 2,114,570 | $ 676,345 | 35 | $ 241,981 | $ 77,081 |
| 03-2021 | 3,772 | $ 4,991,662 | $ 1,595,637 | 1,307 | $ 6,078,474 | $ 1,944,284 | 1,271 | $ 1,955,139 | $ 624,401 | 31 | $ 120,950 | $ 38,523 |
| 04-2021 | 4,125 | $ 5,803,539 | $ 1,858,072 | 1,319 | $ 5,572,932 | $ 1,784,569 | 1,375 | $ 2,213,420 | $ 710,658 | 33 | $ 136,789 | $ 43,570 |
| 05-2021 | 3,909 | $ 5,122,373 | $ 1,639,534 | 1,265 | $ 5,516,695 | $ 1,768,371 | 1,325 | $ 1,842,930 | $ 589,647 | 36 | $ 201,379 | $ 64,850 |
| 06-2021 | 4,038 | $ 5,982,218 | $ 1,922,358 | 1,297 | $ 5,137,007 | $ 1,654,880 | 1,222 | $ 1,616,674 | $ 519,066 | 33 | $ 212,733 | $ 68,677 |
| 07-2021 | 4,623 | $ 6,704,233 | $ 2,165,228 | 1,316 | $ 6,735,778 | $ 2,184,125 | 1,484 | $ 2,692,993 | $ 872,333 | 35 | $ 203,768 | $ 65,941 |
| 08-2021 | 5,043 | $ 7,669,031 | $ 2,495,957 | 1,386 | $ 7,518,819 | $ 2,449,570 | 1,631 | $ 3,730,224 | $ 1,216,735 | 46 | $ 271,168 | $ 87,926 |
| 09-2021 | 5,305 | $ 7,797,746 | $ 2,550,995 | 1,371 | $ 6,579,648 | $ 2,151,875 | 1,677 | $ 3,454,870 | $ 1,131,332 | 41 | $ 258,967 | $ 84,652 |
| 10-2021 | 5,613 | $ 6,700,421 | $ 2,197,728 | 1,470 | $ 5,354,259 | $ 1,755,767 | 1,638 | $ 2,638,766 | $ 866,612 | 43 | $ 151,230 | $ 49,568 |
| 11-2021 | 5,582 | $ 5,678,720 | $ 1,865,310 | 1,318 | $ 5,026,017 | $ 1,652,330 | 1,525 | $ 1,648,186 | $ 541,920 | 42 | $ 256,627 | $ 84,187 |
| 12-2021 | 5,870 | $ 6,249,308 | $ 2,069,804 | 1,375 | $ 5,517,773 | $ 1,837,328 | 1,509 | $ 1,698,172 | $ 558,824 | 45 | $ 248,665 | $ 81,509 |
| 01-2022 | 4,978 | $ 6,112,078 | $ 2,041,681 | 1,455 | $ 7,279,571 | $ 2,456,308 | 1,485 | $ 1,878,017 | $ 621,286 | 34 | $ 156,404 | $ 51,298 |
| 02-2022 | 4,585 | $ 5,189,265 | $ 1,716,993 | 1,398 | $ 4,634,373 | $ 1,537,978 | 1,351 | $ 1,459,885 | $ 486,193 | 29 | $ 199,666 | $ 65,679 |
| 03-2022 | 4,939 | $ 5,731,930 | $ 1,908,105 | 1,381 | $ 5,390,947 | $ 1,805,560 | 1,443 | $ 1,717,247 | $ 572,700 | 39 | $ 249,917 | $ 82,504 |
| 04-2022 | 5,074 | $ 5,312,466 | $ 1,777,345 | 1,319 | $ 4,865,621 | $ 1,628,007 | 1,412 | $ 1,621,725 | $ 546,079 | 38 | $ 159,698 | $ 53,567 |
| 05-2022 | 5,049 | $ 5,565,597 | $ 1,883,021 | 1,309 | $ 4,286,719 | $ 1,443,262 | 1,390 | $ 1,988,229 | $ 698,040 | 44 | $ 223,900 | $ 78,448 |
| 06-2022 | 5,215 | $ 5,881,351 | $ 2,048,703 | 1,328 | $ 4,359,376 | $ 1,501,134 | 1,334 | $ 1,729,255 | $ 607,133 | 36 | $ 166,951 | $ 57,170 |
| 07-2022 | 5,088 | $ 5,537,447 | $ 1,975,057 | 1,336 | $ 4,574,110 | $ 1,625,187 | 1,325 | $ 1,321,174 | $ 470,038 | 38 | $ 166,536 | $ 56,698 |
| 08-2022 | 4,990 | $ 5,827,808 | $ 2,159,665 | 1,346 | $ 4,220,615 | $ 1,540,962 | 1,282 | $ 1,736,118 | $ 648,372 | 43 | $ 191,239 | $ 65,824 |
| 09-2022 | 4,903 | $ 5,282,585 | $ 2,068,253 | 1,328 | $ 4,193,619 | $ 1,630,687 | 1,226 | $ 1,259,708 | $ 490,999 | 40 | $ 200,935 | $ 78,045 |
| 10-2022 | 5,211 | $ 5,615,060 | $ 2,243,216 | 1,353 | $ 4,846,891 | $ 1,936,333 | 1,214 | $ 1,561,935 | $ 623,993 | 35 | $ 241,142 | $ 96,336 |
| 11-2022 | 4,841 | $ 5,095,841 | $ 2,035,788 | 1,297 | $ 4,632,828 | $ 1,850,815 | 1,087 | $ 1,331,556 | $ 531,957 | 35 | $ 234,640 | $ 93,739 |
| 12-2022 | 4,689 | $ 4,196,396 | $ 1,676,460 | 1,221 | $ 3,771,729 | $ 1,506,806 | 954 | $ 1,386,388 | $ 553,862 | 25 | $ 191,508 | $ 76,508 |
| 01-2023 | 3,485 | $ 2,945,337 | $ 1,176,662 | 1,091 | $ 2,975,181 | $ 1,188,585 | 824 | $ 926,091 | $ 369,973 | 25 | $ 159,385 | $ 63,674 |
| 02-2023 | 2,561 | $ 953,348 | $ 380,863 | 772 | $ 1,369,542 | $ 547,132 | 536 | $ 339,958 | $ 135,813 | 23 | $ 69,270 | $ 27,673 |

*Source: MDA SQL FFS, Encounter and Elig tables as of 03/20/2023*

Agency for Health Care Administration
Medicaid Data Analytics (RQ4899)
March 22, 2023