# EXHIBIT 119



Emergency Assistance for Noncitizens: Unduplicated Recipients by Program and Month
7,000
6,000
5,000
4,000
3,000
2,000
1,000
-
01-2019
02-2019
03-2019
04-2019
05-2019
06-2019
07-2019
08-2019
09-2019
10-2019
11-2019
12-2019
01-2020
02-2020
03-2020
04-2020
05-2020
06-2020
07-2020
08-2020
09-2020
10-2020
11-2020
12-2020
01-2021
02-2021
03-2021
04-2021
05-2021
06-2021
07-2021
08-2021
09-2021
10-2021
11-2021
12-2021
01-2022
02-2022
03-2022
04-2022
05-2022
06-2022
07-2022
08-2022
09-2022
10-2022
11-2022
12-2022
01-2023
02-2023
Family Related Emergency Medical Assistance for Noncitizens (ML A)
SSI Related Emergency Medical Assistance for Noncitizens (ML S)
Family Related Emergency Medical Assistance for Noncitizens Medically Needy (NL A)
SSI Related Emergency Medical Assistance for Noncitizens Medically Needy (NL S)