# EXHIBIT 120

Emergency Assistance for Noncitizens: Total State Share by Program and Month
$3,500,000
$3,000,000
$2,500,000
$2,000,000
$1,500,000
$1,000,000
$500,000
$-
01-2019 02-2019 03-2019 04-2019 05-2019 06-2019 07-2019 08-2019 09-2019 10-2019 11-2019 12-2019 01-2020 02-2020 03-2020 04-2020 05-2020 06-2020 07-2020 08-2020 09-2020 10-2020 11-2020 12-2020 01-2021 02-2021 03-2021 04-2021 05-2021 06-2021 07-2021 08-2021 09-2021 10-2021 11-2021 12-2021 01-2022 02-2022 03-2022 04-2022 05-2022 06-2022 07-2022 08-2022 09-2022 10-2022 11-2022 12-2022 01-2023 02-2023
Family Related Emergency Medical Assistance for Noncitizens (ML A)
SSI Related Emergency Medical Assistance for Noncitizens (ML S)
Family Related Emergency Medical Assistance for Noncitizens Medically Needy (NL A)
SSI Related Emergency Medical Assistance for Noncitizens Medically Needy (NL S)

