UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF ARIZONA, et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> MERRICK GARLAND in his official capacity as Attorney General of the United States of America; et al., <br><br> DEFENDANTS. | CIVIL ACTION NO. 6:22-cv-01130 |

**PUBLIC DECLARATION OF KIMBERLY SULLIVAN**

I, KIMBERLY SULLIVAN declare as follows:

1. I am the Interim Medicaid Executive Director at the Louisiana Department of Health ("LDH"). I am over the age of 18, I have been employed by LDH (or its predecessor agency) since 2004, and I have personal knowledge of the facts contained in this Declaration. I could competently testify to the contents of this Declaration if called upon to do so.

2. Attached as Exhibit 130 is a true and accurate copy of an excerpt from the LDH Medicaid Eligibility Manual (Issued November 30, 2021).

3. Attached as Exhibit 131 is a true and accurate copy of an excerpt from the LDH Medicaid Eligibility Manual (Issued August 30, 2022).

4. Attached as Exhibit 132 is a true and accurate copy of an excerpt from the LDH Medicaid Eligibility Manual (Issued June 12, 2023).

5. At all relevant times, the applicable version of Exhibits 130, 131, and 132 were posted on ldh.la.gov.

6. In the regular and ordinary course of its activities, LDH creates and maintains records regarding public benefits overseen by LDH. Those records are created at or near the time of the

associated event by – or from information transmitted by – someone with knowledge. I note that summaries of those records may vary over time as corrections are made.

7. Expenses associated with Regular Medicaid, Medicaid Expansion, CHIP, and emergency medical services are shared by Louisiana and the Federal Government in accordance with the Federal Medical Assistance Percentage ("FMAP"). Eligibility for some of those programs depends on immigration status, as set forth in Louisiana's Medicaid Eligibility Manual. Every year, the State of Louisiana spends state funds providing medical services to aliens, including undocumented aliens, asylum applicants, and asylees. As relevant here, Every year, Louisiana spends state funds providing medical care to asylees that those asylees are eligibile for as a result of their immigration status.

8. Further declarant sayeth naught.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA AND THE STATE OF LOUISIANA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in Baton Rouge, LA, this 29th day of January 2024.