# EXHIBIT 150

|         | **English Learners** |                | **Migrants**   |                |                  |
|---------|----------------|----------------|----------------|----------------|------------------|
| Year    | October Count  | February Count | October Count  | February Count | End-of_Year Count |
| **2022-23** | 31938          | 33148          | 825            | 816            |                  |
| **2021-22** | 28945          | 30643          | 790            | 779            |                  |
| **2020-21** | 26882          | 27187          |                |                | 977              |
| **2019-20** | 26768          | 27262          |                |                | 840              |