# EXHIBIT 151



**DEPARTMENT of EDUCATION**
louisiana Believes

**Multiple Statistics By School System For MFP Public Students - Feb. 1, 2019**

| School System | School System Name | Sites Reporting | MFP Enrollment | % Female | % Male | American Indian | Asian | Black | Hispanic | Hawaiian/Pacific Islander | White | Multiple Races (Non-Hispanic) | Minority | % Fully English Proficient | % Limited English Proficient | Infants (Sp Ed) | Pre-School (Sp Ed) | Pre-K (Reg Ed) | Kindergarten | Grade 1 | Grade 2 | Grade 3 | Grade 4 | Grade 5 | Grade 6 | Grade 7 | Grade 8 | Grade 9 | Grade T9 | Grade 10 | Grade 11 | Grade 12 | % Economically Disadvantaged |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | Acadia Parish | 32 | 9,341 | 48.62% | 51.38% | 14 | 16 | 2,375 | 300 | 0 | 6,183 | 453 | 3,158 | 99.26% | 0.74% | 0 | 108 | NA | 774 | 716 | 717 | 762 | 757 | 757 | 736 | 716 | 704 | 679 | 117 | 622 | 620 | 556 | 69.61% |
| 002 | Allen Parish | 11 | 3,987 | 48.38% | 51.62% | 40 | 38 | 784 | 59 | 1 | 2,898 | 167 | 1,089 | 99.70% | 0.30% | 0 | 21 | NA | 361 | 327 | 291 | 314 | 297 | 319 | 349 | 315 | 305 | 278 | 4 | 291 | 278 | 237 | 67.12% |
| 003 | Ascension Parish | 28 | 22,206 | 48.33% | 51.67% | 59 | 287 | 6,712 | 1,940 | 27 | 12,559 | 622 | 9,647 | 97.46% | 2.54% | 0 | 278 | NA | 1,622 | 1,682 | 1,686 | 1,674 | 1,768 | 1,686 | 1,859 | 1,691 | 1,701 | 1,689 | 169 | 1,711 | 1,620 | 1,370 | 50.76% |
| 004 | Assumption Parish | 9 | 3,122 | 48.43% | 51.57% | 8 | 15 | 1,282 | 152 | 0 | 1,618 | 47 | 1,504 | 98.46% | 1.54% | 0 | 61 | NA | 231 | 217 | 212 | 238 | 218 | 247 | 263 | 252 | 242 | 194 | 48 | 230 | 232 | 237 | 71.56% |
| 005 | Avoyelles Parish | 11 | 5,065 | 47.70% | 52.30% | 47 | 18 | 2,364 | 45 | 2 | 2,381 | 209 | 2,684 | 99.62% | 0.38% | 19 | 69 | NA | 395 | 359 | 384 | 410 | 361 | 386 | 395 | 372 | 419 | 374 | 137 | 343 | 331 | 291 | 79.41% |
| 006 | Beauregard Parish | 12 | 5,763 | 46.64% | 53.36% | 24 | 28 | 702 | 250 | 0 | 4,436 | 322 | 1,327 | 99.50% | 0.50% | 0 | 93 | NA | 476 | 477 | 398 | 422 | 457 | 426 | 459 | 447 | 431 | 421 | 5 | 443 | 373 | 412 | 60.75% |
| 007 | Bienville Parish | 9 | 2,030 | 49.90% | 50.10% | 2 | 7 | 958 | 31 | 0 | 976 | 56 | 1,054 | 99.21% | 0.79% | 8 | 30 | NA | 124 | 205 | 149 | 129 | 150 | 158 | 165 | 172 | 132 | 172 | 5 | 143 | 144 | 144 | 74.33% |
| 008 | Bossier Parish | 34 | 22,331 | 47.80% | 52.20% | 68 | 366 | 6,339 | 2,091 | 62 | 12,685 | 720 | 9,646 | 96.28% | 3.72% | 0 | 329 | NA | 1,676 | 1,855 | 1,686 | 1,772 | 1,687 | 1,775 | 1,742 | 1,778 | 1,794 | 1,530 | 202 | 1,659 | 1,523 | 1,323 | 52.85% |
| 009 | Caddo Parish | 64 | 37,402 | 49.35% | 50.65% | 52 | 440 | 23,723 | 1,419 | 20 | 10,880 | 868 | 26,522 | 98.62% | 1.38% | 18 | 477 | NA | 2,857 | 3,015 | 2,850 | 2,830 | 2,990 | 2,892 | 2,885 | 2,787 | 2,763 | 2,514 | 496 | 2,887 | 2,668 | 2,473 | 70.50% |
| 010 | Calcasieu Parish | 60 | 30,994 | 48.42% | 51.58% | 95 | 564 | 9,586 | 1,927 | 31 | 17,935 | 856 | 13,059 | 97.58% | 2.42% | 0 | 413 | NA | 2,533 | 2,461 | 2,321 | 2,381 | 2,491 | 2,341 | 2,527 | 2,348 | 2,325 | 2,214 | 412 | 2,290 | 2,040 | 1,961 | 62.83% |
| 011 | Caldwell Parish | 8 | 1,541 | 49.19% | 50.81% | 0 | 4 | 302 | 32 | 1 | 1,169 | 32 | 372 | 99.61% | 0.39% | 1 | 31 | NA | 108 | 116 | 120 | 115 | 119 | 135 | 116 | 139 | 127 | 115 | 16 | 100 | 91 | 92 | 72.74% |
| 012 | Cameron Parish | 4 | 1,313 | 48.13% | 51.87% | 73 | 3 | 18 | 88 | 0 | 1,173 | 28 | 140 | 99.16% | 0.84% | 0 | 22 | NA | 85 | 99 | 94 | 120 | 100 | 105 | 107 | 102 | 89 | 78 | 19 | 93 | 87 | 113 | 51.18% |
| 013 | Catahoula Parish | 4 | 1,165 | 48.33% | 51.67% | 0 | 1 | 428 | 18 | 0 | 694 | 22 | 471 | 100.00% | 0.00% | 1 | 13 | NA | 103 | 89 | 78 | 90 | 81 | 98 | 98 | 82 | 110 | 84 | 0 | 81 | 86 | 71 | 78.37% |
| 014 | Claiborne Parish | 7 | 1,629 | 49.91% | 50.09% | 2 | 6 | 1,092 | 36 | 0 | 457 | 35 | 1,172 | 99.88% | 0.12% | 0 | 38 | NA | 139 | 144 | 129 | 117 | 136 | 129 | 123 | 127 | 115 | 108 | 0 | 98 | 114 | 112 | 81.95% |
| 015 | Concordia Parish | 11 | 3,209 | 47.83% | 52.17% | 3 | 27 | 1,601 | 60 | 1 | 1,477 | 38 | 1,732 | 98.97% | 1.03% | 0 | 16 | NA | 252 | 274 | 246 | 242 | 260 | 261 | 249 | 246 | 235 | 263 | 2 | 244 | 219 | 200 | 82.67% |
| 016 | DeSoto Parish | 4 | 4,796 | 46.71% | 53.29% | 2 | 19 | 1,992 | 172 | 0 | 2,469 | 120 | 2,327 | 99.21% | 0.79% | 0 | 81 | NA | 366 | 360 | 387 | 324 | 400 | 406 | 371 | 388 | 7 | 338 | 334 | 311 | 60.38% |
| 017 | East Baton Rouge Parish | 86 | 39,187 | 49.42% | 50.58% | 88 | 1,454 | 28,756 | 3,931 | 85 | 4,513 | 360 | 34,674 | 91.86% | 8.14% | 0 | 473 | NA | 3,398 | 3,296 | 3,144 | 3,201 | 3,240 | 3,145 | 2,922 | 2,712 | 2,563 | 2,841 | 303 | 2,746 | 2,691 | 2,512 | 78.60% |
| 018 | East Carroll Parish | 3 | 893 | 47.37% | 52.63% | 0 | 2 | 885 | 0 | 0 | 3 | 3 | 891 | 100.00% | 0.00% | 0 | 3 | NA | 64 | 74 | 67 | 66 | 65 | 73 | 80 | 58 | 79 | 76 | 0 | 53 | 74 | 61 | 96.19% |
| 019 | East Feliciana Parish | 7 | 1,793 | 50.86% | 49.14% | 3 | 2 | 1,091 | 15 | 0 | 663 | 19 | 1,130 | 99.83% | 0.17% | 0 | 7 | NA | 139 | 130 | 148 | 132 | 124 | 152 | 147 | 147 | 146 | 109 | 31 | 136 | 121 | 124 | 72.17% |
| 020 | Evangeline Parish | 12 | 5,572 | 48.31% | 51.69% | 10 | 20 | 2,103 | 99 | 1 | 3,176 | 163 | 2,396 | 99.73% | 0.27% | 1 | 50 | NA | 448 | 440 | 443 | 449 | 449 | 453 | 461 | 438 | 442 | 380 | 69 | 387 | 308 | 333 | 72.13% |
| 021 | Franklin Parish | 7 | 2,927 | 48.62% | 51.38% | 1 | 6 | 1,522 | 27 | 0 | 1,308 | 63 | 1,619 | 99.86% | 0.14% | 0 | 13 | NA | 233 | 266 | 239 | 256 | 228 | 250 | 213 | 226 | 229 | 214 | 0 | 175 | 189 | 172 | 83.40% |
| 022 | Grant Parish | 9 | 2,891 | 47.08% | 52.92% | 15 | 7 | 324 | 48 | 3 | 2,423 | 71 | 468 | 99.97% | 0.03% | 0 | 36 | NA | 204 | 229 | 204 | 218 | 254 | 231 | 250 | 235 | 226 | 224 | 14 | 224 | 180 | 162 | 71.77% |
| 023 | Iberia Parish | 26 | 12,103 | 48.85% | 51.15% | 23 | 370 | 5,160 | 604 | 1 | 5,497 | 445 | 6,606 | 97.50% | 2.50% | 15 | 146 | NA | 1,009 | 930 | 910 | 923 | 1,025 | 964 | 1,004 | 924 | 882 | 806 | 153 | 871 | 794 | 747 | 73.62% |
| 024 | Iberville Parish | 4 | 4,315 | 48.99% | 51.01% | 3 | 26 | 2,875 | 95 | 0 | 1,266 | 50 | 3,049 | 99.07% | 0.93% | 0 | 35 | NA | 319 | 355 | 328 | 300 | 333 | 350 | 320 | 332 | 370 | 281 | 112 | 286 | 265 | 329 | 76.04% |
| 025 | Jackson Parish | 5 | 2,213 | 47.36% | 52.64% | 1 | 9 | 736 | 55 | 0 | 1,367 | 45 | 846 | 99.64% | 0.36% | 0 | 27 | NA | 162 | 168 | 162 | 177 | 186 | 174 | 172 | 170 | 174 | 156 | 0 | 174 | 158 | 153 | 72.07% |
| 026 | Jefferson Parish | 85 | 46,912 | 48.19% | 51.81% | 201 | 2,137 | 17,948 | 13,650 | 15 | 11,701 | 1,260 | 35,211 | 82.92% | 17.08% | 0 | 812 | NA | 3,642 | 3,878 | 3,754 | 3,753 | 3,849 | 3,806 | 3,796 | 3,610 | 3,351 | 2,533 | 1,378 | 3,178 | 3,084 | 2,488 | 82.10% |
| 027 | Jefferson Davis Parish | 14 | 5,505 | 48.43% | 51.57% | 53 | 17 | 1,100 | 160 | 1 | 3,811 | 363 | 1,694 | 99.75% | 0.25% | 0 | 76 | NA | 401 | 428 | 397 | 418 | 423 | 432 | 457 | 397 | 407 | 428 | 0 | 449 | 377 | 415 | 63.00% |
| 028 | Lafayette Parish | 44 | 30,348 | 48.52% | 51.48% | 79 | 736 | 12,009 | 2,390 | 16 | 14,301 | 817 | 16,047 | 94.92% | 5.08% | 72 | 483 | NA | 2,310 | 2,417 | 2,257 | 2,219 | 2,363 | 2,374 | 2,256 | 2,273 | 2,235 | 2,248 | 499 | 2,335 | 2,160 | 1,847 | 63.25% |
| 029 | Lafourche Parish | 31 | 13,809 | 48.42% | 51.58% | 452 | 113 | 2,725 | 1,083 | 5 | 8,680 | 751 | 5,129 | 97.50% | 2.50% | 18 | 145 | NA | 1,040 | 1,060 | 1,082 | 1,061 | 1,108 | 1,147 | 1,162 | 1,055 | 1,028 | 1,067 | 101 | 1,015 | 913 | 807 | 67.53% |
| 030 | LaSalle Parish | 9 | 2,468 | 46.39% | 53.61% | 38 | 0 | 231 | 25 | 0 | 2,134 | 37 | 334 | 99.72% | 0.28% | 0 | 10 | NA | 217 | 179 | 177 | 189 | 209 | 188 | 181 | 201 | 183 | 195 | 0 | 190 | 179 | 170 | 58.47% |
| 031 | Lincoln Parish | 15 | 5,821 | 48.87% | 51.13% | 14 | 87 | 2,595 | 322 | 1 | 2,735 | 67 | 3,086 | 97.15% | 2.85% | 0 | 82 | NA | 473 | 462 | 480 | 435 | 422 | 409 | 470 | 465 | 459 | 344 | 97 | 423 | 409 | 391 | 62.82% |
| 032 | Livingston Parish | 44 | 25,149 | 48.69% | 51.31% | 46 | 227 | 2,293 | 1,812 | 15 | 20,469 | 287 | 4,680 | 97.16% | 2.84% | 0 | 431 | NA | 1,966 | 1,956 | 1,872 | 1,907 | 1,955 | 2,074 | 2,091 | 2,016 | 2,006 | 1,834 | 150 | 1,770 | 1,576 | 1,545 | 49.64% |
| 033 | Madison Parish | 3 | 1,165 | 45.15% | 54.85% | 0 | 1 | 1,071 | 11 | 1 | 60 | 15 | 1,105 | 99.83% | 0.17% | 0 | 3 | NA | 100 | 104 | 79 | 7 | 58 | 86 | 70 | 89 | 101 | 136 | 0 | 84 | 88 | 89 | 99.14% |
| 034 | Morehouse Parish | 6 | 3,631 | 48.25% | 51.75% | 2 | 7 | 2,384 | 27 | 0 | 1,153 | 50 | 2,478 | 99.45% | 0.55% | 0 | 40 | NA | 292 | 263 | 294 | 265 | 296 | 278 | 291 | 279 | 287 | 285 | 18 | 260 | 268 | 215 | 83.23% |
| 035 | Natchitoches Parish | 15 | 5,763 | 47.75% | 52.25% | 44 | 30 | 3,350 | 140 | 3 | 2,038 | 158 | 3,725 | 99.05% | 0.95% | 0 | 42 | NA | 448 | 417 | 441 | 420 | 420 | 460 | 441 | 482 | 487 | 504 | 2 | 421 | 405 | 373 | 72.13% |
| 037 | Ouachita Parish | 37 | 18,660 | 48.67% | 51.33% | 20 | 248 | 6,449 | 532 | 8 | 11,112 | 291 | 7,548 | 98.56% | 1.44% | 0 | 250 | NA | 1,434 | 1,535 | 1,418 | 1,355 | 1,406 | 1,403 | 1,533 | 1,462 | 1,467 | 1,289 | 171 | 1,324 | 1,283 | 1,330 | 65.92% |
| 038 | Plaquemines Parish | 8 | 3,832 | 47.52% | 52.48% | 54 | 208 | 1,053 | 314 | 5 | 2,029 | 169 | 1,803 | 96.22% | 3.78% | 0 | 43 | NA | 259 | 280 | 261 | 269 | 271 | 299 | 282 | 308 | 286 | 198 | 19 | 341 | 280 | 296 | 70.54% |
| 039 | Pointe Coupee Parish | 6 | 2,580 | 48.72% | 51.28% | 2 | 5 | 1,493 | 87 | 0 | 955 | 38 | 1,625 | 99.80% | 1.20% | 0 | 50 | NA | 185 | 210 | 223 | 219 | 208 | 184 | 222 | 200 | 191 | 194 | 12 | 175 | 176 | 131 | 76.63% |
| 040 | Rapides Parish | 47 | 21,913 | 48.31% | 51.69% | 110 | 308 | 9,372 | 823 | 16 | 11,023 | 261 | 10,890 | 97.74% | 2.26% | 0 | 208 | NA | 1,637 | 1,658 | 1,623 | 1,634 | 1,714 | 1,716 | 1,744 | 1,687 | 1,644 | 1,446 | 561 | 1,697 | 1,461 | 1,473 | 72.86% |
| 041 | Red River Parish | 3 | 1,374 | 49.49% | 50.51% | 1 | 9 | 889 | 24 | 1 | 446 | 40 | 928 | 98.91% | 1.09% | 0 | 22 | NA | 114 | 89 | 111 | 100 | 84 | 108 | 121 | 98 | 107 | 139 | 0 | 105 | 82 | 107 | 86.03% |
| 042 | Richland Parish | 12 | 2,714 | 48.19% | 51.81% | 1 | 9 | 1,502 | 20 | 1 | 1,145 | 36 | 1,569 | 99.89% | 0.11% | 0 | 24 | NA | 217 | 221 | 189 | 210 | 205 | 223 | 224 | 188 | 221 | 180 | 22 | 187 | 189 | 214 | 80.95% |
| 043 | Sabine Parish | 10 | 4,048 | 48.25% | 51.75% | 693 | 11 | 894 | 123 | 0 | 2,017 | 309 | 2,031 | 99.28% | 0.72% | 0 | 78 | NA | 315 | 334 | 304 | 297 | 295 | 310 | 337 | 330 | 325 | 352 | 6 | 291 | 261 | 264 | 76.36% |
| 044 | St. Bernard Parish | 13 | 7,359 | 48.51% | 51.49% | 40 | 190 | 2,286 | 1,003 | 5 | 3,572 | 263 | 3,787 | 93.97% | 6.03% | 0 | 78 | NA | 586 | 567 | 571 | 586 | 606 | 654 | 614 | 586 | 524 | 551 | 54 | 521 | 505 | 356 | 78.49% |
| 045 | St. Charles Parish | 17 | 9,314 | 49.26% | 50.74% | 27 | 136 | 3,078 | 692 | 7 | 5,126 | 248 | 4,188 | 98.56% | 1.44% | 0 | 127 | NA | 746 | 695 | 666 | 669 | 784 | 719 | 733 | 712 | 693 | 763 | 47 | 649 | 617 | 694 | 58.54% |
| 046 | St. Helena Parish | 3 | 1,157 | 50.48% | 49.52% | 1 | 0 | 1,043 | 22 | 0 | 76 | 13 | 1,079 | 98.96% | 1.04% | 0 | 2 | NA | 98 | 82 | 94 | 88 | 119 | 83 | 73 | 99 | 81 | 107 | 0 | 83 | 72 | 66 | 98.62% |
| 047 | St. James Parish | 7 | 3,491 | 49.50% | 50.50% | 5 | 8 | 2,095 | 62 | 0 | 1,305 | 16 | 2,186 | 99.43% | 0.57% | 15 | 90 | NA | 226 | 246 | 251 | 266 | 278 | 273 | 236 | 293 | 279 | 228 | 36 | 259 | 272 | 243 | 61.53% |
| 048 | St. John the Baptist Parish | 11 | 5,749 | 47.80% | 52.20% | 3 | 21 | 4,424 | 456 | 1 | 725 | 117 | 5,024 | 97.10% | 2.90% | 0 | 91 | NA | 415 | 410 | 458 | 396 | 470 | 531 | 487 | 467 | 468 | 11 | 373 | 400 | 315 | 80.54% |
| 049 | St. Landry Parish | 34 | 12,852 | 48.33% | 51.67% | 26 | 83 | 7,474 | 283 | 0 | 4,872 | 114 | 7,980 | 98.72% | 1.28% | 34 | 118 | NA | 1,044 | 1,061 | 1,062 | 1,001 | 1,114 | 996 | 1,002 | 938 | 881 | 934 | 280 | 858 | 767 | 762 | 76.56% |
| 050 | St. Martin Parish | 17 | 7,387 | 48.00% | 52.00% | 17 | 77 | 3,322 | 210 | 0 | 3,583 | 178 | 3,804 | 98.28% | 1.72% | 0 | 79 | NA | 560 | 546 | 544 | 574 | 608 | 644 | 600 | 580 | 561 | 548 | 25 | 510 | 544 | 464 | 71.87% |
| 051 | St. Mary Parish | 22 | 8,235 | 48.67% | 51.33% | 49 | 105 | 3,205 | 951 | 6 | 3,470 | 449 | 4,765 | 93.70% | 6.30% | 23 | 109 | NA | 602 | 629 | 567 | 638 | 611 | 638 | 637 | 621 | 617 | 550 | 148 | 619 | 624 | 602 | 78.51% |
| 052 | St. Tammany Parish | 56 | 37,348 | 48.33% | 51.67% | 120 | 501 | 7,031 | 2,606 | 38 | 26,002 | 1,050 | 11,346 | 97.59% | 2.41% | 0 | 654 | NA | 2,737 | 2,852 | 2,761 | 2,628 | 2,831 | 3,006 | 3,135 | 3,026 | 2,831 | 2,911 | 58 | 2,854 | 2,593 | 2,478 | 52.67% |
| 053 | Tangipahoa Parish | 35 | 18,959 | 48.25% | 51.75% | 24 | 112 | 8,712 | 1,120 | 25 | 8,042 | 924 | 10,917 | 97.62% | 2.38% | 0 | 135 | NA | 1,451 | 1,413 | 1,418 | 1,351 | 1,418 | 1,471 | 1,525 | 1,536 | 1,467 | 1,811 | 31 | 1,353 | 1,353 | 1,221 | 73.52% |
| 054 | Tensas Parish | 2 | 434 | 46.62% | 54.38% | 0 | 1 | 386 | 1 | 0 | 3 | 25 | 397 | 99.77% | 0.23% | 0 | 1 | NA | 32 | 33 | 25 | 32 | 25 | 37 | 32 | 17 | 31 | 46 | 0 | 37 | 44 | 40 | 94.24% |
| 055 | Terrebonne Parish | 33 | 16,556 | 48.06% | 51.94% | 1,257 | 192 | 4,431 | 1,442 | 6 | 7,932 | 1,296 | 8,624 | 96.13% | 3.87% | 16 | 242 | NA | 1,200 | 1,325 | 1,298 | 1,314 | 1,310 | 1,428 | 1,258 | 1,272 | 1,247 | 1,075 | 197 | 1,185 | 1,128 | 1,061 | 72.68% |
| 056 | Union Parish | 4 | 1,909 | 47.09% | 52.91% | 2 | 8 | 844 | 229 | 3 | 781 | 42 | 1,128 | 93.87% | 6.13% | 0 | 21 | NA | 138 | 148 | 142 | 139 | 127 | 145 | 152 | 144 | 163 | 58 | 0 | 164 | 86 | 129 | 82.66% |
| 057 | Vermilion Parish | 19 | 9,186 | 48.81% | 51.19% | 8 | 226 | 1,804 | 330 | 0 | 6,479 | 339 | 2,707 | 98.26% | 1.74% | 0 | 142 | NA | 723 | 707 | 723 | 757 | 719 | 722 | 796 | 707 | 720 | 666 | 39 | 610 | 602 | 558 | 60.19% |
| 058 | Vernon Parish | 19 | 8,029 | 49.21% | 50.79% | 50 | 66 | 1,204 | 642 | 59 | 5,520 | 488 | 2,509 | 98.82% | 1.18% | 0 | 94 | NA | 339 | 319 | 343 | 349 | 377 | 365 | 423 | 388 | 419 | 302 | 16 | 515 | 478 | 517 | 62.45% |
| 059 | Washington Parish | 11 | 4,993 | 47.09% | 52.91% | 11 | 12 | 2,476 | 124 | 1 | 3,210 | 123 | 2,717 | 98.95% | 1.05% | 0 | 71 | NA | 428 | 451 | 472 | 447 | 443 | 440 | 492 | 493 | 462 | 16 | 435 | 411 | 406 | 68.21% |
| 060 | Webster Parish | 14 | 5,547 | 48.30% | 51.70% | 5 | 28 | 2,436 | 127 | 4 | 2,436 | 134 | 3,111 | 98.92% | 1.08% | 0 | 94 | NA | 339 | 319 | 343 | 349 | 377 | 365 | 423 | 388 | 419 | 367 | 16 | 439 | 367 | 354 | 71.26% |
| 061 | West Baton Rouge Parish | 10 | 3,528 | 48.02% | 51.98% | 8 | 21 | 1,752 | 214 | 1 | 1,492 | 41 | 2,036 | 96.43% | 3.57% | 0 | 52 | NA | 293 | 295 | 282 | 248 | 257 | 297 | 258 | 226 | 265 | 211 | 19 | 247 | 211 | 229 | 69.16% |
| 062 | West Carroll Parish | 5 | 1,959 | 47.37% | 52.63% | 4 | 10 | 363 | 65 | 0 | 1,489 | 27 | 470 | 99.18% | 0.82% | 0 | 42 | NA | 140 | 117 | 138 | 152 | 152 | 175 | 162 | 175 | 154 | 149 | 0 | 149 | 132 | 124 | 71.57% |
| 063 | West Feliciana Parish | 5 | 2,103 | 48.93% | 51.07% | 3 | 9 | 791 | 38 | 0 | 1,225 | 37 | 878 | 99.62% | 0.38% | 0 | 29 | NA | 161 | 170 | 166 | 152 | 165 | 146 | 165 | 161 | 181 | 149 | 11 | 155 | 138 | 154 | 49.55% |
| 064 | Winn Parish | 5 | 2,089 | 48.40% | 51.60% | 4 | 7 | 721 | 54 | 1 | 1,265 | 38 | 824 | 99.76% | 0.24% | 0 | 14 | NA | 141 | 145 | 167 | 166 | 183 | 153 | 152 | 123 | 123 | 27 | 149 | 142 | 142 | 70.94% |
| 065 | City of Monroe School District | 20 | 7,813 | 49.12% | 50.88% | 4 | 80 | 6,539 | 123 | 4 | 688 | 75 | 6,825 | 99.13% | 0.87% | 0 | 128 | NA | 706 | 702 | 660 | 628 | 564 | 559 | 554 | 574 | 491 | 453 | 27 | 543 | 498 | 477 | 83.32% |
| 066 | City of Bogalusa School District | 6 | 1,877 | 47.63% | 52.37% | 3 | 10 | 1,227 | 67 | 0 | 503 | 64 | 1,374 | 98.08% | 1.92% | 0 | 40 | NA | 159 | 142 | 156 | 155 | 151 | 150 | 184 | 156 | 135 | 135 | 26 | 122 | 100 | 100 | 94.78% |
| 067 | Zachary Community School District | 8 | 5,350 | 49.23% | 50.77% | 1 | 64 | 2,742 | 92 | 4 | 2,265 | 184 | 3,085 | 99.38% | 0.62% | 0 | 40 | NA | 406 | 393 | 400 | 438 | 438 | 455 | 422 | 408 | 458 | 389 | 7 | 265 | 381 | 361 | 40.11% |
| 068 | City of Baker School District | 3 | 1,263 | 45.37% | 54.63% | 0 | 1 | 1,176 | 32 | 1 | 40 | 14 | 1,223 | 99.52% | 0.48% | 0 | 22 | NA | 72 | 71 | 55 | 75 | 87 | 103 | 102 | 81 | 100 | 117 | 0 | 103 | 88 | 103 | 90.66% |
| 069 | Central Community School District | 6 | 4,652 | 48.42% | 51.58% | 13 | 71 | 303 | 240 | 2 | 3,401 | 121 | 1,251 | 97.03% | 2.97% | 0 | 62 | NA | 336 | 337 | 328 | 363 | 368 | 386 | 375 | 368 | 359 | 349 | 37 | 343 | 329 | 137 | 47.08% |
| 101 | Special School District | 11 | 142 | 21.83% | 78.17% | 0 | 0 | 72 | 0 | 0 | 69 | 1 | 73 | 100.00% | 0.00% | 0 | 0 | NA | 0 | 0 | 0 | 2 | 4 | 6 | 13 | 28 | 37 | 13 | 39 | 100.00% |
| 302 | Louisiana School for Math Science & the Arts | 1 | 345 | 59.13% | 40.87% | 4 | 12 | 42 | 10 | 0 | 232 | 45 | 113 | 100.00% | 0.00% | 0 | 0 | NA | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 108 | 124 | 113 | 24.06% |
| 304 | LA Schools for the Deaf and Visually Impaired | 2 | 213 | 45.54% | 54.46% | 1 | 1 | 117 | 17 | 0 | 63 | 4 | 150 | 98.12% | 1.88% | 0 | 17 | NA | 1 | 15 | 16 | 11 | 13 | 7 | 5 | 1 | 5 | 13 | 22 | 2 | 27 | 96.71% |
| 306 | Louisiana Special Education Center | 1 | 38 | 44.74% | 55.26% | 0 | 0 | 17 | 1 | 0 | 20 | 0 | 19 | 100.00% | 0.00% | 0 | 2 | NA | 0 | 0 | 0 | 1 | 0 | 0 | 3 | 3 | 4 | 0 | 0 | 0 | 26 | 76.32% |
| 318 | LSU Laboratory School | 1 | 1,427 | 49.12% | 50.88% | 2 | 52 | 161 | 40 | 0 | 1,161 | 11 | 266 | 100.00% | 0.00% | 0 | 0 | NA | 104 | 104 | 104 | 104 | 104 | 107 | 120 | 116 | 116 | 113 | 115 | 113 | 117 | 3.92% |
| 319 | Southern University Lab School | 2 | 557 | 47.40% | 52.60% | 2 | 4 | 383 | 11 | 0 | 154 | 3 | 403 | 99.82% | 0.18% | 0 | 43 | NA | 27 | 32 | 22 | 32 | 30 | 37 | 34 | 46 | 44 | 67 | 5 | 54 | 65 | 79 | 75.40% |
| 334 | New Orleans Center for Creative Arts | 1 | 236 | 69.07% | 30.93% | 3 | 2 | 71 | 28 | 2 | 117 | 14 | 119 | 100.00% | 0.00% | 0 | 0 | NA | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 26 | 31 | 0 | 55 | 61 | 45.76% |
| 3C1 | Thrive Academy | 1 | 175 | 47.43% | 52.57% | 0 | 0 | 168 | 0 | 0 | 3 | 4 | 170 | 99.47% | 0.53% | 0 | 0 | NA | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 36 | 0 | 71 | 25 | 10 | 94.86% |
| A02 | Office of Juvenile Justice | 2 | 144 | 0.00% | 100.00% | 0 | 0 | 153 | 2 | 0 | 31 | 1 | 156 | 99.47% | 0.53% | 0 | 0 | NA | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 71 | 25 | 10 | 100.00% |
| CHA | Type 2 Charters | 43 | 25,108 | 49.13% | 50.87% | 154 | 255 | 12,984 | 1,920 | 35 | 9,055 | 705 | 16,053 | 97.62% | 2.38% | 0 | 0 | NA | 1,952 | 2,086 | 2,104 | 2,164 | 2,272 | 2,211 | 2,327 | 1,969 | 1,866 | 1,698 | 199 | 1,651 | 1,391 | 1,213 | 73.63% |
| R36 | All Orleans | 79 | 44,631 | 48.97% | 51.03% | 70 | 781 | 36,593 | 3,323 | 25 | 3,217 | 622 | 41,414 | 94.29% | 5.71% | 0 | 688 | NA | 3,785 | 3,712 | 3,552 | 3,519 | 3,333 | 3,193 | 3,150 | 3,193 | 241 | 3,306 | 3,051 | 2,871 | 84.60% |
| RBR | RSD-Baton Rouge | 2 | 2,167 | 49.93% | 50.07% | 0 | 21 | 2,076 | 65 | 0 | 20 | 0 | 2,147 | 97.97% | 2.03% | 0 | 0 | NA | 145 | 152 | 166 | 185 | 151 | 217 | 161 | 273 | 315 | 278 | 72 | 131 | 96 | 92 | 95.02% |
| RLA | RSD-Direct Run | 1 | 960 | 54.27% | 45.73% | 1 | 0 | 929 | 19 | 0 | 7 | 5 | 953 | 98.75% | 1.25% | 0 | 0 | NA | 122 | 120 | 109 | 115 | 72 | 104 | 99 | 99 | 99 | 0 | 0 | 0 | 0 | 96.56% |
| | **Total** | 1411 | 689185 | 48.53% | 51.47% | 4319 | 11083 | 296163 | 51734 | 584 | 306841 | 18461 | 382344 | 96.22% | 3.78% | 274 | 8866 | NA | 53,242 | 54,185 | 52,721 | 52,887 | 54,743 | 54,876 | 55,374 | 53,249 | 51,963 | 49,165 | 7,153 | 50,179 | 46,713 | 43,595 | 69.35% |