# EXHIBIT 152



**DEPARTMENT of EDUCATION — Louisiana Believes**

**Multiple Statistics By School System For Total Public Students - Feb. 1, 2020**

| School System | School System Name | Sites Reporting | Total Enrollment | % Female | % Male | American Indian | Asian | Black | Hispanic | Hawaiian/Pacific Islander | White | Multiple Races (Non-Hispanic) | Minority | % Fully English Proficient | % Limited English Proficiency | Infants (Sp Ed) | Pre-School (Sp Ed) | Pre-K (Reg Ed) | Kindergarten | Grade 1 | Grade 2 | Grade 3 | Grade 4 | Grade 5 | Grade 6 | Grade 7 | Grade 8 | Grade 9 | Grade T9 | Grade 10 | Grade 11 | Grade 12 | Extension Academy | % Economically Disadvantaged |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | Acadia Parish | 32 | 9,738 | 48.96% | 51.04% | 15 | 17 | 2,374 | 376 | 0 | 6,476 | 480 | 3,262 | 99.18% | 0.82% | 0 | 128 | 393 | 824 | 768 | 706 | 686 | 764 | 762 | 729 | 732 | 667 | 675 | 96 | 653 | 533 | 622 | 0 | 70.71% |
| 002 | Allen Parish | 12 | 4,159 | 47.85% | 52.15% | 36 | 44 | 810 | 67 | 1 | 3,002 | 199 | 1,157 | 99.59% | 0.41% | 0 | 15 | 239 | 302 | 346 | 307 | 277 | 314 | 283 | 332 | 349 | 306 | 270 | 28 | 253 | 274 | 264 | 0 | 68.29% |
| 003 | Ascension Parish | 29 | 23,253 | 48.36% | 51.64% | 55 | 314 | 7,178 | 2,294 | 21 | 12,682 | 709 | 10,571 | 97.09% | 2.91% | 0 | 296 | 696 | 1,665 | 1,748 | 1,676 | 1,683 | 1,798 | 1,729 | 1,860 | 1,772 | 1,701 | 115 | 1,768 | 1,678 | 1,361 | 0 | 56.81% |
| 004 | Assumption Parish | 9 | 3,292 | 50.03% | 49.97% | 9 | 12 | 1,334 | 176 | 0 | 1,707 | 54 | 1,585 | 98.39% | 1.61% | 0 | 60 | 253 | 249 | 222 | 214 | 231 | 220 | 224 | 254 | 234 | 211 | 49 | 237 | 205 | 235 | 0 | 71.78% |
| 005 | Avoyelles Parish | 11 | 5,124 | 47.76% | 52.24% | 52 | 21 | 2,336 | 40 | 0 | 2,432 | 243 | 2,692 | 99.55% | 0.45% | 15 | 94 | 218 | 396 | 381 | 346 | 371 | 406 | 357 | 324 | 337 | 357 | 433 | 46 | 432 | 324 | 287 | 0 | 81.60% |
| 006 | Beauregard Parish | 12 | 5,946 | 46.67% | 53.33% | 16 | 28 | 675 | 268 | 4 | 4,632 | 326 | 1,314 | 99.33% | 0.67% | 0 | 89 | 484 | 495 | 424 | 409 | 410 | 458 | 436 | 470 | 445 | 452 | 0 | 406 | 408 | 360 | 0 | 61.81% |
| 007 | Bienville Parish | 9 | 2,155 | 49.61% | 50.39% | 1 | 10 | 1,031 | 22 | 0 | 1,031 | 60 | 1,124 | 99.30% | 0.70% | 12 | 31 | 125 | 174 | 122 | 203 | 147 | 133 | 141 | 152 | 161 | 167 | 138 | 0 | 171 | 137 | 141 | 0 | 73.74% |
| 008 | Bossier Parish | 34 | 22,740 | 48.00% | 52.00% | 64 | 395 | 6,598 | 2,281 | 55 | 12,642 | 705 | 10,098 | 96.00% | 4.00% | 0 | 309 | 472 | 1,768 | 1,699 | 1,797 | 1,668 | 1,747 | 1,702 | 1,807 | 1,729 | 1,715 | 1,620 | 196 | 1,617 | 1,506 | 1,388 | 0 | 54.01% |
| 009 | Caddo Parish | 63 | 37,730 | 49.49% | 50.51% | 46 | 457 | 23,838 | 1,627 | 19 | 10,769 | 974 | 26,961 | 98.49% | 1.51% | 17 | 463 | 978 | 2,785 | 2,820 | 2,789 | 2,767 | 2,885 | 2,799 | 2,752 | 2,701 | 2,612 | 555 | 2,740 | 2,602 | 2,593 | 0 | 71.38% |
| 010 | Calcasieu Parish | 60 | 31,609 | 48.82% | 51.18% | 98 | 553 | 10,105 | 2,085 | 34 | 17,803 | 931 | 13,806 | 97.51% | 2.49% | 2 | 461 | 1,132 | 2,398 | 2,478 | 2,363 | 2,217 | 2,352 | 2,412 | 2,295 | 2,455 | 2,305 | 2,163 | 367 | 2,223 | 2,077 | 1,909 | 0 | 64.77% |
| 011 | Caldwell Parish | 8 | 1,674 | 50.00% | 50.00% | 0 | 0 | 302 | 30 | 0 | 1,308 | 31 | 366 | 99.64% | 0.36% | 0 | 30 | 138 | 128 | 111 | 107 | 117 | 116 | 111 | 132 | 111 | 132 | 124 | 12 | 112 | 92 | 94 | 0 | 74.73% |
| 012 | Cameron Parish | 4 | 1,335 | 49.06% | 50.94% | 3 | 2 | 19 | 82 | 0 | 1,192 | 37 | 143 | 99.03% | 0.97% | 0 | 20 | 57 | 103 | 93 | 90 | 89 | 118 | 100 | 98 | 105 | 106 | 70 | 13 | 94 | 97 | 82 | 0 | 53.48% |
| 013 | Catahoula Parish | 5 | 1,130 | 49.56% | 50.44% | 2 | 3 | 424 | 14 | 0 | 661 | 26 | 469 | 99.03% | 0.97% | 0 | 17 | 29 | 84 | 99 | 79 | 79 | 86 | 89 | 78 | 94 | 92 | 71 | 0 | 76 | 74 | 65 | 0 | 81.95% |
| 014 | Claiborne Parish | 7 | 1,688 | 49.64% | 50.36% | 1 | 3 | 1,119 | 36 | 1 | 481 | 44 | 1,207 | 99.76% | 0.24% | 0 | 44 | 85 | 130 | 142 | 146 | 111 | 116 | 128 | 122 | 126 | 120 | 115 | 0 | 106 | 89 | 108 | 0 | 82.52% |
| 015 | Concordia Parish | 11 | 3,325 | 49.02% | 50.98% | 2 | 28 | 1,580 | 80 | 0 | 1,594 | 39 | 1,731 | 98.74% | 1.26% | 0 | 16 | 148 | 252 | 255 | 250 | 247 | 232 | 260 | 273 | 241 | 239 | 252 | 0 | 226 | 223 | 211 | 0 | 84.66% |
| 016 | DeSoto Parish | 10 | 5,025 | 47.54% | 52.46% | 25 | 20 | 2,063 | 178 | 4 | 2,603 | 132 | 2,422 | 99.26% | 0.74% | 0 | 84 | 242 | 374 | 368 | 345 | 379 | 333 | 344 | 377 | 414 | 404 | 369 | 5 | 369 | 320 | 298 | 0 | 60.34% |
| 017 | East Baton Rouge Parish | 82 | 41,420 | 49.47% | 50.53% | 85 | 1,530 | 29,828 | 4,730 | 86 | 4,714 | 447 | 36,706 | 91.60% | 8.40% | 0 | 468 | 1,952 | 3,439 | 3,377 | 3,223 | 3,145 | 3,141 | 3,159 | 3,075 | 2,941 | 2,733 | 2,864 | 50 | 2,850 | 2,383 | 2,621 | 0 | 79.98% |
| 018 | East Carroll Parish | 2 | 917 | 48.75% | 51.25% | 0 | 0 | 911 | 4 | 0 | 0 | 2 | 915 | 100.00% | 0.00% | 0 | 0 | 45 | 88 | 55 | 70 | 66 | 62 | 57 | 66 | 75 | 57 | 51 | 29 | 76 | 51 | 69 | 0 | 97.38% |
| 019 | East Feliciana Parish | 7 | 1,808 | 50.39% | 49.61% | 2 | 2 | 1,074 | 17 | 0 | 690 | 23 | 1,118 | 99.78% | 0.22% | 0 | 11 | 84 | 135 | 133 | 133 | 140 | 128 | 110 | 138 | 142 | 137 | 121 | 36 | 119 | 118 | 123 | 0 | 88.61% |
| 020 | Evangeline Parish | 12 | 5,755 | 48.69% | 51.31% | 2 | 18 | 2,138 | 90 | 3 | 3,315 | 184 | 2,440 | 99.77% | 0.23% | 1 | 68 | 237 | 439 | 474 | 427 | 430 | 430 | 462 | 414 | 361 | 71 | 403 | 332 | 310 | 0 | 74.07% |
| 021 | Franklin Parish | 9 | 3,094 | 47.67% | 52.33% | 0 | 1 | 1,596 | 25 | 0 | 1,393 | 78 | 1,701 | 99.87% | 0.13% | 0 | 23 | 225 | 233 | 241 | 239 | 230 | 220 | 224 | 234 | 0 | 211 | 143 | 177 | 0 | 83.71% |
| 022 | Grant Parish | 9 | 2,905 | 47.85% | 52.15% | 14 | 4 | 321 | 41 | 1 | 2,444 | 80 | 461 | 99.93% | 0.07% | 0 | 37 | 92 | 234 | 212 | 221 | 205 | 206 | 233 | 244 | 244 | 226 | 197 | 37 | 200 | 201 | 116 | 0 | 75.28% |
| 023 | Iberia Parish | 24 | 12,331 | 48.82% | 51.18% | 24 | 377 | 5,175 | 657 | 7 | 5,603 | 493 | 6,728 | 97.93% | 2.07% | 16 | 148 | 427 | 1,004 | 969 | 870 | 856 | 924 | 1,004 | 937 | 960 | 920 | 768 | 151 | 859 | 800 | 718 | 0 | 74.62% |
| 024 | Iberville Parish | 7 | 4,576 | 49.30% | 50.70% | 5 | 29 | 3,151 | 108 | 1 | 1,216 | 66 | 3,360 | 98.91% | 1.09% | 0 | 37 | 456 | 335 | 314 | 343 | 298 | 273 | 327 | 318 | 306 | 327 | 356 | 107 | 236 | 280 | 263 | 0 | 80.07% |
| 025 | Jackson Parish | 7 | 2,255 | 47.80% | 52.20% | 1 | 3 | 743 | 52 | 0 | 1,403 | 47 | 852 | 99.51% | 0.49% | 0 | 27 | 87 | 169 | 147 | 181 | 150 | 174 | 167 | 184 | 166 | 172 | 0 | 152 | 160 | 147 | 0 | 71.57% |
| 026 | Jefferson Parish | 84 | 50,219 | 48.01% | 51.99% | 21 | 2,282 | 18,565 | 15,776 | 21 | 12,047 | 1,316 | 38,172 | 82.01% | 17.99% | 0 | 899 | 1,895 | 3,853 | 3,954 | 3,910 | 3,856 | 3,839 | 3,902 | 3,858 | 3,853 | 3,580 | 2,875 | 1,118 | 3,222 | 2,986 | 2,619 | 0 | 80.82% |
| 027 | Jefferson Davis Parish | 14 | 5,766 | 48.21% | 51.79% | 58 | 18 | 1,117 | 161 | 0 | 4,000 | 412 | 1,766 | 99.72% | 0.28% | 0 | 78 | 299 | 441 | 422 | 412 | 385 | 407 | 415 | 427 | 448 | 409 | 431 | 0 | 417 | 405 | 370 | 0 | 64.95% |
| 028 | Lafayette Parish | 46 | 31,994 | 48.73% | 51.27% | 79 | 749 | 12,767 | 2,826 | 19 | 14,700 | 854 | 17,294 | 94.36% | 5.64% | 49 | 504 | 995 | 2,417 | 2,496 | 2,266 | 2,276 | 2,267 | 2,362 | 2,443 | 2,286 | 2,303 | 2,172 | 647 | 2,492 | 2,086 | 1,933 | 0 | 65.27% |
| 029 | Lafourche Parish | 32 | 14,594 | 48.62% | 51.38% | 449 | 129 | 2,827 | 1,233 | 8 | 9,075 | 873 | 5,519 | 97.44% | 2.56% | 11 | 158 | 649 | 1,078 | 1,108 | 1,054 | 1,052 | 1,065 | 1,112 | 1,168 | 1,170 | 1,030 | 952 | 170 | 1,073 | 855 | 889 | 0 | 66.54% |
| 030 | LaSalle Parish | 9 | 2,651 | 47.53% | 52.47% | 41 | 0 | 246 | 25 | 0 | 2,282 | 52 | 369 | 99.70% | 0.30% | 0 | 11 | 152 | 204 | 217 | 174 | 179 | 195 | 212 | 192 | 184 | 209 | 197 | 0 | 173 | 176 | 176 | 0 | 58.85% |
| 031 | Lincoln Parish | 15 | 6,012 | 48.65% | 51.35% | 15 | 79 | 2,610 | 363 | 2 | 2,862 | 81 | 3,150 | 97.29% | 2.71% | 0 | 91 | 244 | 463 | 464 | 446 | 467 | 413 | 416 | 424 | 453 | 466 | 406 | 83 | 385 | 390 | 401 | 0 | 61.93% |
| 032 | Livingston Parish | 44 | 26,111 | 48.71% | 51.29% | 40 | 246 | 2,463 | 2,229 | 23 | 20,766 | 344 | 5,345 | 96.85% | 3.15% | 0 | 478 | 562 | 2,030 | 2,003 | 1,885 | 1,901 | 1,961 | 1,962 | 2,091 | 2,097 | 2,073 | 2,003 | 58 | 1,882 | 1,635 | 1,490 | 0 | 56.61% |
| 033 | Madison Parish | 6 | 1,174 | 44.21% | 55.79% | 0 | 2 | 1,096 | 9 | 0 | 52 | 11 | 1,122 | 99.83% | 0.17% | 1 | 2 | 66 | 99 | 92 | 105 | 61 | 74 | 50 | 79 | 77 | 86 | 133 | 0 | 92 | 70 | 77 | 0 | 99.66% |
| 034 | Morehouse Parish | 6 | 3,597 | 48.79% | 51.21% | 2 | 8 | 2,314 | 27 | 12 | 1,184 | 50 | 2,413 | 99.30% | 0.70% | 0 | 59 | 69 | 289 | 257 | 268 | 273 | 255 | 288 | 261 | 299 | 274 | 233 | 28 | 277 | 208 | 270 | 0 | 83.82% |
| 035 | Natchitoches Parish | 15 | 5,810 | 48.55% | 51.45% | 40 | 26 | 3,316 | 171 | 2 | 2,089 | 166 | 3,721 | 99.02% | 0.98% | 0 | 32 | 225 | 413 | 446 | 416 | 418 | 423 | 409 | 449 | 445 | 464 | 466 | 0 | 423 | 380 | 401 | 0 | 73.58% |
| 037 | Ouachita Parish | 37 | 19,081 | 49.22% | 50.78% | 27 | 256 | 6,641 | 628 | 11 | 11,189 | 329 | 7,892 | 98.45% | 1.55% | 0 | 188 | 609 | 1,482 | 1,534 | 1,395 | 1,393 | 1,362 | 1,408 | 1,411 | 1,557 | 1,419 | 1,366 | 184 | 1,343 | 1,174 | 1,256 | 0 | 66.46% |
| 038 | Plaquemines Parish | 8 | 4,066 | 47.74% | 52.26% | 54 | 228 | 1,099 | 359 | 0 | 2,125 | 197 | 1,941 | 96.38% | 3.62% | 0 | 107 | 511 | 1,009 | 1,037 | 155 | 125 | 152 | 166 | 163 | 155 | 169 | 0 | 330 | 310 | 300 | 0 | 71.86% |
| 039 | Pointe Coupee Parish | 6 | 2,870 | 49.28% | 50.77% | 1 | 8 | 1,644 | 111 | 0 | 1,067 | 39 | 1,803 | 98.71% | 1.29% | 0 | 61 | 265 | 200 | 182 | 193 | 239 | 225 | 203 | 186 | 205 | 200 | 191 | 10 | 191 | 149 | 170 | 0 | 77.18% |
| 040 | Rapides Parish | 47 | 22,941 | 48.51% | 51.49% | 110 | 316 | 9,679 | 921 | 16 | 11,467 | 432 | 11,474 | 97.97% | 2.03% | 15 | 202 | 1,241 | 1,692 | 1,686 | 1,589 | 1,601 | 1,605 | 1,677 | 1,707 | 1,718 | 1,668 | 1,447 | 350 | 1,778 | 1,546 | 1,419 | 0 | 71.12% |
| 041 | Red River Parish | 5 | 1,449 | 48.31% | 51.69% | 1 | 9 | 888 | 32 | 0 | 469 | 50 | 980 | 99.72% | 0.28% | 0 | 7 | 158 | 114 | 90 | 93 | 103 | 99 | 80 | 108 | 113 | 91 | 116 | 0 | 115 | 94 | 68 | 0 | 85.78% |
| 042 | Richland Parish | 12 | 2,760 | 46.96% | 53.04% | 1 | 8 | 1,511 | 28 | 2 | 1,171 | 39 | 1,589 | 99.89% | 0.11% | 0 | 30 | 55 | 222 | 229 | 193 | 197 | 201 | 203 | 224 | 225 | 195 | 239 | 0 | 186 | 173 | 188 | 0 | 81.59% |
| 043 | Sabine Parish | 10 | 4,295 | 48.57% | 51.43% | 700 | 14 | 948 | 129 | 2 | 2,163 | 339 | 2,132 | 99.46% | 0.54% | 0 | 20 | 296 | 334 | 314 | 317 | 303 | 286 | 306 | 302 | 326 | 315 | 309 | 0 | 339 | 288 | 220 | 0 | 75.65% |
| 044 | St. Bernard Parish | 13 | 7,868 | 48.40% | 51.60% | 38 | 193 | 2,426 | 1,156 | 5 | 3,745 | 305 | 4,123 | 93.80% | 6.20% | 0 | 48 | 469 | 525 | 609 | 567 | 576 | 590 | 608 | 654 | 614 | 582 | 472 | 71 | 570 | 490 | 417 | 0 | 79.93% |
| 045 | St. Charles Parish | 17 | 9,809 | 48.96% | 51.04% | 31 | 137 | 3,328 | 796 | 8 | 5,221 | 288 | 4,588 | 98.44% | 1.56% | 0 | 125 | 375 | 742 | 739 | 673 | 672 | 696 | 785 | 752 | 757 | 717 | 732 | 61 | 720 | 626 | 631 | 0 | 59.33% |
| 046 | St. Helena Parish | 8 | 1,226 | 50.73% | 49.27% | 1 | 2 | 1,092 | 29 | 0 | 89 | 14 | 1,137 | 98.61% | 1.39% | 0 | 11 | 59 | 89 | 103 | 88 | 81 | 91 | 108 | 86 | 80 | 99 | 80 | 0 | 98 | 81 | 72 | 0 | 95.84% |
| 047 | St. James Parish | 8 | 3,726 | 49.76% | 50.24% | 5 | 12 | 2,247 | 71 | 0 | 1,368 | 29 | 2,368 | 99.28% | 0.72% | 0 | 91 | 276 | 259 | 247 | 238 | 221 | 274 | 280 | 260 | 256 | 262 | 289 | 28 | 233 | 258 | 250 | 0 | 62.24% |
| 048 | St. John The Baptist Parish | 11 | 6,011 | 48.83% | 51.17% | 6 | 15 | 4,546 | 569 | 3 | 743 | 130 | 5,268 | 96.62% | 3.38% | 0 | 101 | 293 | 427 | 415 | 422 | 445 | 405 | 466 | 506 | 475 | 436 | 461 | 33 | 422 | 380 | 334 | 0 | 81.03% |
| 049 | St. Landry Parish | 32 | 12,965 | 48.86% | 51.14% | 26 | 80 | 7,428 | 345 | 1 | 4,938 | 147 | 8,027 | 98.57% | 1.43% | 0 | 107 | 511 | 1,009 | 1,037 | 974 | 1,021 | 975 | 1,000 | 970 | 946 | 915 | 797 | 258 | 933 | 725 | 779 | 0 | 78.41% |
| 050 | St. Martin Parish | 17 | 7,649 | 48.49% | 51.51% | 25 | 70 | 3,447 | 245 | 3 | 3,651 | 211 | 3,998 | 98.38% | 1.62% | 3 | 73 | 412 | 536 | 584 | 520 | 541 | 558 | 588 | 619 | 596 | 565 | 533 | 56 | 531 | 453 | 481 | 0 | 74.49% |
| 051 | St. Mary Parish | 22 | 8,481 | 48.59% | 51.41% | 49 | 111 | 3,277 | 1,102 | 7 | 3,465 | 470 | 5,016 | 94.22% | 5.78% | 15 | 111 | 336 | 606 | 640 | 585 | 561 | 631 | 608 | 646 | 644 | 596 | 598 | 97 | 614 | 579 | 614 | 0 | 79.37% |
| 052 | St. Tammany Parish | 56 | 38,684 | 48.42% | 51.58% | 126 | 538 | 7,392 | 2,970 | 45 | 26,441 | 1,172 | 12,343 | 97.43% | 2.57% | 0 | 685 | 1,077 | 2,763 | 3,082 | 2,588 | 2,769 | 2,845 | 3,059 | 3,208 | 3,004 | 2,777 | 2,727 | 0 | 2,583 | 2,536 | 0 | 0 | 53.86% |
| 053 | Tangipahoa Parish | 35 | 19,851 | 48.60% | 51.40% | 20 | 101 | 9,250 | 1,377 | 22 | 8,068 | 1,013 | 11,783 | 97.27% | 2.73% | 0 | 147 | 832 | 1,525 | 1,516 | 1,447 | 1,470 | 1,363 | 1,472 | 1,553 | 1,558 | 1,573 | 1,554 | 67 | 1,439 | 1,151 | 1,214 | 0 | 74.15% |
| 054 | Tensas Parish | 2 | 421 | 48.69% | 51.31% | 0 | 1 | 370 | 2 | 0 | 37 | 11 | 384 | 100.00% | 0.00% | 0 | 1 | 18 | 36 | 31 | 31 | 22 | 23 | 34 | 19 | 14 | 31 | 31 | 16 | 28 | 40 | 30 | 0 | 94.30% |
| 055 | Terrebonne Parish | 32 | 17,226 | 48.14% | 51.86% | 1,270 | 196 | 4,575 | 1,656 | 9 | 8,065 | 1,459 | 9,161 | 95.63% | 4.37% | 22 | 250 | 874 | 1,234 | 1,265 | 1,278 | 1,261 | 1,277 | 1,312 | 1,300 | 1,218 | 1,285 | 1,131 | 168 | 1,158 | 1,145 | 989 | 0 | 74.57% |
| 056 | Union Parish | 7 | 2,012 | 47.76% | 52.24% | 4 | 8 | 857 | 250 | 3 | 847 | 43 | 1,165 | 94.38% | 5.62% | 0 | 13 | 96 | 151 | 147 | 142 | 141 | 139 | 144 | 160 | 143 | 145 | 133 | 0 | 145 | 144 | 0 | 0 | 83.90% |
| 057 | Vermilion Parish | 21 | 9,651 | 48.97% | 51.03% | 8 | 235 | 1,886 | 368 | 2 | 6,755 | 398 | 2,896 | 98.31% | 1.69% | 0 | 149 | 398 | 780 | 721 | 673 | 740 | 745 | 728 | 764 | 775 | 691 | 682 | 43 | 633 | 593 | 556 | 0 | 61.56% |
| 058 | Vernon Parish | 19 | 8,508 | 49.45% | 50.55% | 59 | 69 | 1,209 | 732 | 71 | 5,804 | 564 | 2,704 | 98.67% | 1.33% | 0 | 62 | 533 | 735 | 696 | 725 | 653 | 646 | 629 | 646 | 620 | 576 | 526 | 30 | 511 | 481 | 438 | 0 | 66.83% |
| 059 | Washington Parish | 11 | 5,239 | 48.97% | 51.03% | 11 | 3 | 1,542 | 177 | 1 | 3,381 | 98 | 1,843 | 98.93% | 1.07% | 0 | 113 | 287 | 368 | 350 | 316 | 344 | 384 | 362 | 424 | 377 | 380 | 362 | 0 | 455 | 400 | 395 | 0 | 72.51% |
| 060 | Webster Parish | 14 | 5,989 | 48.07% | 51.93% | 6 | 34 | 2,418 | 132 | 1 | 3,258 | 140 | 2,731 | 99.30% | 0.70% | 0 | 79 | 194 | 384 | 422 | 459 | 455 | 413 | 451 | 488 | 492 | 466 | 417 | 0 | 455 | 400 | 395 | 0 | 70.65% |
| 061 | West Baton Rouge Parish | 9 | 3,962 | 48.79% | 51.21% | 7 | 22 | 1,989 | 250 | 0 | 1,650 | 44 | 2,312 | 95.66% | 4.34% | 0 | 54 | 308 | 290 | 292 | 313 | 271 | 285 | 297 | 304 | 268 | 267 | 271 | 24 | 272 | 233 | 209 | 0 | 70.14% |
| 062 | West Carroll Parish | 5 | 1,972 | 47.92% | 52.08% | 0 | 9 | 333 | 62 | 0 | 1,532 | 36 | 440 | 99.39% | 0.61% | 0 | 32 | 80 | 164 | 143 | 171 | 125 | 150 | 150 | 166 | 154 | 148 | 145 | 0 | 138 | 134 | 127 | 0 | 71.75% |
| 063 | West Feliciana Parish | 4 | 2,212 | 49.14% | 50.86% | 3 | 10 | 801 | 25 | 0 | 1,310 | 46 | 902 | 99.46% | 0.54% | 0 | 28 | 122 | 160 | 166 | 155 | 162 | 160 | 173 | 149 | 161 | 151 | 170 | 17 | 157 | 146 | 140 | 0 | 46.70% |
| 064 | Winn Parish | 6 | 2,111 | 48.08% | 51.92% | 4 | 9 | 741 | 60 | 0 | 1,264 | 38 | 847 | 99.81% | 0.19% | 0 | 22 | 92 | 136 | 140 | 146 | 140 | 151 | 135 | 169 | 173 | 146 | 136 | 0 | 157 | 146 | 140 | 0 | 74.75% |
| 065 | City of Monroe School District | 20 | 8,358 | 49.15% | 50.85% | 2 | 104 | 6,895 | 143 | 0 | 1,122 | 89 | 7,236 | 98.95% | 1.05% | 0 | 135 | 429 | 739 | 677 | 662 | 625 | 609 | 601 | 541 | 608 | 549 | 627 | 34 | 515 | 513 | 494 | 0 | 83.03% |
| 066 | City of Bogalusa School District | 4 | 1,912 | 47.80% | 52.20% | 6 | 11 | 1,286 | 72 | 0 | 468 | 66 | 1,444 | 98.54% | 1.46% | 0 | 22 | 90 | 172 | 155 | 125 | 152 | 164 | 163 | 159 | 146 | 122 | 105 | 10 | 102 | 116 | 101 | 0 | 92.52% |
| 067 | Zachary Community School District | 8 | 5,583 | 48.70% | 51.30% | 1 | 59 | 2,906 | 110 | 2 | 2,314 | 190 | 3,269 | 99.07% | 0.93% | 0 | 60 | 216 | 393 | 404 | 388 | 399 | 393 | 444 | 428 | 390 | 351 | 367 | 0 | 387 | 383 | 0 | 0 | 52.41% |
| 068 | City of Baker School District | 4 | 1,285 | 47.16% | 52.84% | 2 | 2 | 1,198 | 49 | 0 | 0 | 27 | 1,258 | 96.65% | 3.35% | 0 | 0 | 72 | 60 | 80 | 85 | 77 | 101 | 83 | 114 | 98 | 108 | 95 | 30 | 121 | 106 | 95 | 0 | 97.90% |
| 069 | Central Community School District | 4 | 4,869 | 48.12% | 51.88% | 9 | 60 | 883 | 353 | 3 | 3,443 | 140 | 1,426 | 95.95% | 4.05% | 0 | 47 | 120 | 335 | 360 | 333 | 348 | 336 | 364 | 369 | 413 | 378 | 328 | 49 | 375 | 376 | 312 | 0 | 50.38% |
| 101 | Special School District | 11 | 158 | 23.42% | 76.58% | 0 | 1 | 74 | 2 | 0 | 75 | 6 | 83 | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13 | 25 | 0 | 40 | 35 | 45 | 0 | 100.00% |
| 302 | Louisiana School for Math Science & the Arts | 1 | 330 | 65.45% | 34.55% | 4 | 34 | 37 | 13 | 2 | 218 | 22 | 112 | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 136 | 114 | 0 | 20.61% |
| 304 | LA Schools for the Deaf and Visually Impaired | 2 | 192 | 40.97% | 59.03% | 4 | 3 | 112 | 15 | 0 | 60 | 2 | 132 | 95.31% | 4.69% | 0 | 0 | 6 | 11 | 12 | 4 | 8 | 9 | 15 | 13 | 12 | 12 | 8 | 0 | 14 | 22 | 23 | 0 | 45.83% |
| 306 | Central Louisiana Supports and Services Center | 1 | 39 | 48.72% | 51.28% | 0 | 1 | 20 | 0 | 0 | 17 | 1 | 22 | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100.00% |
| 318 | LSU Laboratory School | 1 | 1,420 | 49.15% | 50.85% | 2 | 54 | 152 | 43 | 0 | 1,149 | 20 | 271 | 100.00% | 0.00% | 0 | 0 | 0 | 105 | 104 | 104 | 108 | 108 | 113 | 116 | 113 | 115 | 115 | 0 | 115 | 115 | 0 | 0 | 3.66% |
| 319 | Southern University Lab School | 2 | 513 | 47.17% | 52.83% | 0 | 3 | 369 | 6 | 0 | 122 | 13 | 391 | 100.00% | 0.00% | 0 | 0 | 0 | 38 | 28 | 32 | 24 | 27 | 21 | 37 | 39 | 51 | 47 | 0 | 54 | 68 | 53 | 0 | 72.32% |
| 329 | New Orleans Center for Creative Arts | 1 | 856 | 67.69% | 32.31% | 3 | 36 | 408 | 85 | 0 | 308 | 16 | 548 | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 193 | 229 | 227 | 0 | 49.18% |
| 334 | Thrive Academy | 1 | 172 | 44.19% | 55.81% | 0 | 2 | 163 | 1 | 0 | 4 | 2 | 166 | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 75 | 78 | 19 | 0 | 0 | 0 | 0 | 0 | 0 | 93.02% |
| A02 | Office of Juvenile Justice | 3 | 148 | 0.00% | 100.00% | 0 | 1 | 115 | 2 | 0 | 21 | 1 | 116 | 99.46% | 0.54% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 38 | 54 | 54 | 0 | 100.00% |
| CHA | Type 2 Charters | 40 | 25,545 | 49.85% | 50.15% | 185 | 263 | 13,222 | 1,993 | 38 | 9,142 | 702 | 16,403 | 97.83% | 2.17% | 0 | 0 | 250 | 1,850 | 1,931 | 2,002 | 2,021 | 2,068 | 2,243 | 2,260 | 2,256 | 2,068 | 1,969 | 110 | 1,784 | 1,448 | 1,277 | 0 | 73.82% |
| R36 | Orleans Parish | 78 | 46,602 | 48.99% | 51.01% | 103 | 791 | 38,064 | 4,236 | 27 | 3,476 | 705 | 43,176 | 96.21% | 3.79% | 0 | 840 | 1,565 | 3,404 | 3,311 | 3,386 | 3,283 | 3,460 | 3,660 | 3,724 | 3,543 | 3,476 | 3,371 | 241 | 3,280 | 3,064 | 3,001 | 0 | 84.08% |
| RBR | Recovery School District - Baton Rouge | 1 | 2,111 | 49.17% | 50.83% | 1 | 2 | 1,996 | 90 | 0 | 4 | 18 | 2,096 | 96.21% | 3.79% | 0 | 30 | 120 | 143 | 151 | 153 | 151 | 284 | 284 | 277 | 75 | 0 | 88 | 0 | 0 | 90 | 0 | 0 | 96.17% |
| RLA | Recovery School District - Louisiana | 1 | 982 | 51.63% | 48.37% | 0 | 0 | 939 | 33 | 0 | 4 | 6 | 978 | 97.25% | 2.75% | 0 | 0 | 0 | 111 | 108 | 117 | 112 | 98 | 104 | 116 | 108 | 94 | 0 | 0 | 0 | 0 | 0 | 0 | 97.56% |
| | **Statewide total** | 1400 | 716,416 | 48.71% | 51.29% | 4,418 | 11,508 | 305,377 | 59,975 | 630 | 313,911 | 20,597 | 402,505 | 95.92% | 4.08% | 202 | 9,272 | 27,494 | 54,072 | 54,463 | 52,337 | 52,058 | 52,497 | 54,203 | 55,061 | 55,100 | 52,817 | 50,122 | 6,389 | 50,670 | 45,773 | 43,873 | 13 | 70.59% |