# EXHIBIT 153



**Multiple Statistics By School System For Total Public Students - February 1, 2021**

| School System | School System Name | Sites Reporting | Total Enrollment | % Female | % Male | American Indian | Asian | Black | Hispanic | Hawaiian/Pacific Islander | White | Multiple Races (Non-Hispanic) | Minority | % Fully English Proficient | % Limited English Proficiency | Infants (Sp Ed) | Pre-School (Sp Ed) | Pre-K (Reg Ed) | Kindergarten | Grade 1 | Grade 2 | Grade 3 | Grade 4 | Grade 5 | Grade 6 | Grade 7 | Grade 8 | Grade 9 | Grade T9 | Grade 10 | Grade 11 | Grade 12 | Extension Academy | % Economically Disadvantaged |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | Acadia Parish | 32 | 9,563 | 49.21% | 50.79% | 17 | 14 | 2,322 | 386 | 0 | 6,343 | 481 | 3,220 | 99.14% | 0.86% | 0 | 114 | 362 | 811 | 813 | 708 | 704 | 694 | 715 | 728 | 707 | 702 | 696 | 25 | 678 | 571 | 535 | 0 | 74.61% |
| 002 | Allen Parish | 12 | 4,088 | 48.07% | 51.93% | 46 | 27 | 788 | 74 | 2 | 2,925 | 226 | 1,163 | 99.71% | 0.29% | 0 | 33 | 244 | 289 | 283 | 318 | 297 | 271 | 296 | 265 | 325 | 347 | 303 | 0 | 288 | 251 | 278 | 0 | 79.06% |
| 003 | Ascension Parish | 31 | 23,474 | 48.21% | 51.79% | 56 | 322 | 7,265 | 2,440 | 20 | 12,564 | 807 | 10,953 | 97.01% | 2.99% | 0 | 269 | 655 | 1,654 | 1,713 | 1,727 | 1,686 | 1,720 | 1,804 | 1,751 | 1,873 | 1,770 | 135 | 1,760 | 1,761 | 1,494 | 0 | 55.46% |
| 004 | Assumption Parish | 9 | 3,164 | 50.38% | 49.62% | 4 | 13 | 1,272 | 168 | 0 | 1,643 | 64 | 1,521 | 98.80% | 1.20% | 0 | 57 | 240 | 242 | 231 | 198 | 203 | 188 | 214 | 213 | 227 | 248 | 210 | 58 | 227 | 210 | 198 | 0 | 71.33% |
| 005 | Avoyelles Parish | 11 | 5,097 | 47.54% | 52.46% | 47 | 16 | 2,286 | 41 | 0 | 2,455 | 252 | 2,642 | 99.73% | 0.27% | 16 | 91 | 201 | 407 | 398 | 367 | 345 | 349 | 398 | 300 | 346 | 342 | 407 | 27 | 399 | 404 | 300 | 0 | 82.01% |
| 006 | Beauregard Parish | 12 | 5,788 | 47.81% | 52.19% | 17 | 28 | 639 | 286 | 1 | 4,494 | 323 | 1,294 | 99.26% | 0.74% | 0 | 49 | 183 | 482 | 469 | 444 | 409 | 390 | 396 | 455 | 425 | 475 | 452 | 1 | 418 | 355 | 385 | 0 | 69.56% |
| 007 | Bienville Parish | 9 | 1,995 | 49.37% | 50.63% | 0 | 9 | 975 | 23 | 0 | 931 | 57 | 1,064 | 99.30% | 0.70% | 4 | 24 | 68 | 133 | 148 | 110 | 191 | 144 | 124 | 139 | 158 | 160 | 159 | 1 | 137 | 155 | 140 | 0 | 76.99% |
| 008 | Bossier Parish | 35 | 22,417 | 47.99% | 52.01% | 65 | 384 | 6,573 | 2,338 | 50 | 12,237 | 770 | 10,180 | 96.18% | 3.82% | 0 | 243 | 477 | 1,740 | 1,757 | 1,662 | 1,750 | 1,631 | 1,700 | 1,673 | 1,764 | 1,690 | 1,571 | 183 | 1,732 | 1,522 | 1,322 | 0 | 53.67% |
| 009 | Caddo Parish | 59 | 36,279 | 49.90% | 50.10% | 41 | 456 | 23,028 | 1,668 | 21 | 10,088 | 977 | 26,191 | 98.48% | 1.52% | 23 | 362 | 828 | 2,550 | 2,727 | 2,616 | 2,729 | 2,696 | 2,643 | 2,734 | 2,718 | 2,673 | 2,600 | 347 | 2,916 | 2,577 | 2,538 | 0 | 73.16% |
| 010 | Calcasieu Parish | 61 | 27,584 | 49.02% | 50.98% | 78 | 478 | 8,087 | 1,775 | 31 | 16,270 | 865 | 11,314 | 97.81% | 2.19% | 1 | 328 | 823 | 2,008 | 2,031 | 2,099 | 1,923 | 1,928 | 2,048 | 2,073 | 2,014 | 2,169 | 2,096 | 92 | 2,134 | 1,924 | 1,893 | 0 | 76.52% |
| 011 | Caldwell Parish | 8 | 1,588 | 48.93% | 51.07% | 0 | 3 | 274 | 30 | 0 | 1,247 | 34 | 341 | 99.69% | 0.31% | 0 | 31 | 103 | 116 | 126 | 98 | 93 | 113 | 114 | 118 | 135 | 108 | 113 | 13 | 120 | 96 | 91 | 0 | 73.24% |
| 012 | Cameron Parish | 5 | 1,193 | 46.10% | 53.90% | 5 | 2 | 22 | 81 | 0 | 1,051 | 32 | 142 | 98.74% | 1.26% | 0 | 12 | 62 | 90 | 83 | 72 | 76 | 77 | 102 | 89 | 88 | 99 | 87 | 0 | 77 | 90 | 89 | 0 | 99.08% |
| 013 | Catahoula Parish | 5 | 1,109 | 48.60% | 51.40% | 2 | 1 | 431 | 12 | 0 | 633 | 30 | 476 | 100.00% | 0.00% | 0 | 11 | 36 | 94 | 67 | 91 | 71 | 89 | 83 | 73 | 90 | 92 | 78 | 0 | 106 | 73 | 54 | 0 | 85.12% |
| 014 | Claiborne Parish | 7 | 1,699 | 49.21% | 50.79% | 2 | 5 | 1,159 | 32 | 1 | 458 | 42 | 1,241 | 99.82% | 0.18% | 0 | 32 | 82 | 143 | 129 | 142 | 139 | 116 | 122 | 126 | 128 | 127 | 115 | 0 | 108 | 99 | 91 | 0 | 84.11% |
| 015 | Concordia Parish | 11 | 3,273 | 48.76% | 51.24% | 2 | 27 | 1,579 | 76 | 2 | 1,547 | 40 | 1,726 | 98.93% | 1.07% | 0 | 18 | 146 | 242 | 247 | 264 | 238 | 259 | 229 | 234 | 275 | 229 | 246 | 0 | 228 | 227 | 211 | 0 | 84.63% |
| 016 | DeSoto Parish | 10 | 4,873 | 47.57% | 52.43% | 28 | 17 | 1,988 | 182 | 4 | 2,512 | 142 | 2,361 | 99.38% | 0.62% | 0 | 45 | 215 | 336 | 361 | 359 | 340 | 360 | 322 | 350 | 366 | 403 | 401 | 9 | 357 | 349 | 300 | 0 | 62.22% |
| 017 | East Baton Rouge Parish | 82 | 40,735 | 49.68% | 50.32% | 69 | 1,589 | 29,120 | 4,753 | 82 | 4,627 | 495 | 36,108 | 92.32% | 7.68% | 0 | 343 | 1,647 | 3,277 | 3,345 | 3,258 | 3,154 | 3,090 | 3,013 | 3,135 | 2,974 | 2,898 | 2,841 | 37 | 2,796 | 2,546 | 2,381 | 0 | 79.41% |
| 018 | East Carroll Parish | 3 | 826 | 48.67% | 51.33% | 0 | 1 | 820 | 3 | 0 | 2 | 0 | 824 | 100.00% | 0.00% | 0 | 29 | 53 | 79 | 55 | 65 | 59 | 59 | 57 | 60 | 76 | 69 | 10 | 47 | 64 | 44 | 0 | 98.06% |
| 019 | East Feliciana Parish | 7 | 1,695 | 50.74% | 49.26% | 3 | 5 | 984 | 18 | 0 | 656 | 29 | 1,039 | 99.82% | 0.18% | 0 | 12 | 62 | 115 | 124 | 128 | 120 | 132 | 127 | 104 | 133 | 136 | 123 | 17 | 145 | 99 | 118 | 0 | 74.57% |
| 020 | Evangeline Parish | 12 | 5,724 | 48.72% | 51.28% | 4 | 16 | 2,135 | 110 | 3 | 3,269 | 187 | 2,455 | 99.72% | 0.28% | 1 | 52 | 243 | 421 | 406 | 471 | 405 | 426 | 424 | 440 | 448 | 442 | 415 | 9 | 415 | 371 | 335 | 0 | 75.28% |
| 021 | Franklin Parish | 7 | 2,928 | 47.68% | 52.32% | 0 | 9 | 1,513 | 22 | 0 | 1,323 | 65 | 1,605 | 99.93% | 0.07% | 0 | 9 | 165 | 225 | 199 | 208 | 225 | 223 | 234 | 210 | 243 | 218 | 226 | 0 | 221 | 190 | 132 | 0 | 85.48% |
| 022 | Grant Parish | 9 | 2,901 | 47.57% | 52.43% | 15 | 5 | 317 | 40 | 0 | 2,437 | 88 | 464 | 99.69% | 0.31% | 0 | 22 | 99 | 210 | 232 | 200 | 222 | 193 | 209 | 236 | 239 | 248 | 229 | 8 | 223 | 200 | 131 | 0 | 78.97% |
| 023 | Iberia Parish | 24 | 11,868 | 49.12% | 50.88% | 20 | 349 | 4,954 | 653 | 2 | 5,360 | 530 | 6,508 | 98.15% | 1.85% | 7 | 102 | 376 | 978 | 936 | 889 | 816 | 814 | 888 | 951 | 867 | 931 | 809 | 126 | 836 | 793 | 749 | 0 | 76.55% |
| 024 | Iberville Parish | 7 | 4,450 | 49.73% | 50.27% | 6 | 28 | 3,029 | 108 | 1 | 1,207 | 71 | 3,243 | 99.01% | 0.99% | 0 | 35 | 469 | 290 | 310 | 289 | 330 | 279 | 256 | 328 | 295 | 365 | 56 | 252 | 307 | 275 | 0 | 81.26% |
| 025 | Jackson Parish | 9 | 2,165 | 48.08% | 51.92% | 1 | 8 | 699 | 46 | 0 | 1,356 | 55 | 809 | 99.68% | 0.32% | 0 | 30 | 69 | 158 | 159 | 149 | 160 | 160 | 171 | 158 | 173 | 160 | 170 | 0 | 163 | 141 | 154 | 0 | 69.56% |
| 026 | Jefferson Parish | 81 | 48,761 | 48.26% | 51.74% | 177 | 2,304 | 17,829 | 15,459 | 19 | 11,683 | 1,290 | 37,078 | 83.22% | 16.78% | 0 | 866 | 1,609 | 3,587 | 3,858 | 3,789 | 3,794 | 3,719 | 3,653 | 3,756 | 3,794 | 3,616 | 2,958 | 752 | 3,403 | 2,986 | 2,621 | 0 | 82.79% |
| 027 | Jefferson Davis Parish | 14 | 5,652 | 48.81% | 51.19% | 55 | 15 | 1,127 | 155 | 0 | 3,882 | 418 | 1,770 | 99.81% | 0.19% | 0 | 68 | 389 | 435 | 403 | 393 | 374 | 410 | 400 | 410 | 442 | 437 | 0 | 403 | 401 | 403 | 0 | 76.38% |
| 028 | Lafayette Parish | 46 | 31,403 | 48.85% | 51.15% | 77 | 732 | 12,551 | 2,837 | 23 | 14,283 | 900 | 17,120 | 94.74% | 5.26% | 32 | 384 | 654 | 2,312 | 2,526 | 2,243 | 2,197 | 2,222 | 2,184 | 2,358 | 2,420 | 2,323 | 1,928 | 704 | 2,616 | 2,413 | 1,887 | 0 | 57.02% |
| 029 | Lafourche Parish | 32 | 14,483 | 48.78% | 51.22% | 448 | 131 | 2,822 | 1,230 | 8 | 8,929 | 915 | 5,554 | 97.34% | 2.66% | 2 | 150 | 626 | 1,053 | 1,152 | 1,072 | 1,043 | 1,018 | 1,033 | 1,109 | 1,144 | 1,129 | 997 | 56 | 1,103 | 953 | 843 | 0 | 65.86% |
| 030 | LaSalle Parish | 9 | 2,560 | 47.93% | 52.07% | 40 | 4 | 245 | 24 | 0 | 2,179 | 68 | 381 | 99.69% | 0.31% | 0 | 15 | 136 | 187 | 209 | 197 | 169 | 164 | 183 | 195 | 191 | 181 | 209 | 0 | 186 | 164 | 174 | 0 | 66.45% |
| 031 | Lincoln Parish | 15 | 5,819 | 48.86% | 51.14% | 13 | 73 | 2,485 | 368 | 4 | 2,785 | 92 | 3,034 | 97.41% | 2.59% | 0 | 81 | 229 | 429 | 433 | 435 | 426 | 433 | 412 | 401 | 423 | 433 | 360 | 123 | 450 | 378 | 373 | 0 | 63.81% |
| 032 | Livingston Parish | 44 | 25,900 | 48.56% | 51.44% | 52 | 250 | 2,735 | 2,483 | 21 | 19,986 | 373 | 5,914 | 96.50% | 3.50% | 0 | 455 | 539 | 1,933 | 1,997 | 1,929 | 1,858 | 1,846 | 1,900 | 1,985 | 2,083 | 2,122 | 1,999 | 88 | 1,921 | 1,741 | 1,504 | 0 | 57.75% |
| 033 | Madison Parish | 5 | 1,141 | 45.22% | 54.78% | 2 | 2 | 1,077 | 8 | 1 | 39 | 14 | 1,102 | 99.65% | 0.35% | 0 | 35 | 87 | 99 | 87 | 103 | 66 | 69 | 53 | 89 | 81 | 121 | 0 | 96 | 81 | 71 | 0 | 100.00% |
| 034 | Morehouse Parish | 8 | 3,335 | 49.63% | 50.37% | 1 | 3 | 2,136 | 38 | 11 | 1,099 | 47 | 2,236 | 99.31% | 0.69% | 0 | 43 | 58 | 237 | 268 | 237 | 257 | 254 | 246 | 274 | 258 | 273 | 274 | 5 | 225 | 210 | 217 | 0 | 86.27% |
| 035 | Natchitoches Parish | 14 | 5,592 | 48.41% | 51.59% | 37 | 27 | 3,165 | 158 | 0 | 2,021 | 181 | 3,571 | 99.09% | 0.91% | 0 | 24 | 208 | 381 | 399 | 439 | 390 | 404 | 399 | 400 | 433 | 422 | 472 | 0 | 444 | 387 | 390 | 0 | 78.22% |
| 037 | Ouachita Parish | 37 | 18,459 | 48.98% | 51.02% | 28 | 221 | 6,376 | 697 | 12 | 10,775 | 350 | 7,684 | 98.51% | 1.49% | 0 | 178 | 504 | 1,371 | 1,510 | 1,376 | 1,296 | 1,356 | 1,328 | 1,361 | 1,414 | 1,499 | 1,333 | 76 | 1,402 | 1,262 | 1,193 | 0 | 66.36% |
| 038 | Plaquemines Parish | 8 | 3,963 | 46.48% | 53.52% | 52 | 205 | 1,036 | 367 | 0 | 2,105 | 198 | 1,858 | 96.57% | 3.43% | 0 | 37 | 208 | 279 | 290 | 248 | 272 | 253 | 257 | 269 | 292 | 290 | 350 | 15 | 299 | 312 | 292 | 0 | 70.98% |
| 039 | Pointe Coupee Parish | 6 | 2,722 | 48.31% | 51.69% | 3 | 2 | 1,543 | 114 | 0 | 1,037 | 23 | 1,685 | 98.60% | 1.40% | 0 | 50 | 200 | 180 | 185 | 171 | 184 | 229 | 219 | 200 | 194 | 202 | 211 | 13 | 186 | 158 | 140 | 0 | 77.59% |
| 040 | Rapides Parish | 51 | 22,580 | 48.39% | 51.61% | 103 | 311 | 9,515 | 995 | 19 | 11,175 | 462 | 11,405 | 98.20% | 1.80% | 8 | 166 | 1,347 | 1,580 | 1,708 | 1,607 | 1,524 | 1,565 | 1,563 | 1,643 | 1,675 | 1,683 | 1,463 | 286 | 1,634 | 1,640 | 1,488 | 0 | 74.82% |
| 041 | Red River Parish | 5 | 1,393 | 47.24% | 52.76% | 2 | 1 | 876 | 25 | 0 | 427 | 52 | 966 | 99.78% | 0.22% | 0 | 8 | 150 | 84 | 106 | 87 | 82 | 97 | 98 | 76 | 117 | 112 | 90 | 0 | 113 | 99 | 74 | 0 | 86.07% |
| 042 | Richland Parish | 12 | 2,724 | 46.18% | 53.82% | 1 | 7 | 1,502 | 36 | 2 | 1,138 | 38 | 1,586 | 99.82% | 0.18% | 0 | 24 | 52 | 211 | 203 | 219 | 193 | 197 | 189 | 206 | 237 | 225 | 212 | 0 | 208 | 173 | 175 | 0 | 83.59% |
| 043 | Sabine Parish | 10 | 4,207 | 49.04% | 50.96% | 696 | 13 | 903 | 129 | 2 | 2,123 | 341 | 2,084 | 99.55% | 0.45% | 0 | 26 | 283 | 271 | 321 | 297 | 298 | 301 | 276 | 300 | 297 | 316 | 330 | 0 | 301 | 325 | 265 | 0 | 79.65% |
| 044 | St. Bernard Parish | 13 | 7,911 | 48.46% | 51.60% | 36 | 191 | 2,476 | 1,188 | 6 | 3,698 | 316 | 4,213 | 93.63% | 6.37% | 0 | 50 | 363 | 552 | 558 | 608 | 554 | 573 | 588 | 605 | 664 | 641 | 588 | 3 | 554 | 563 | 447 | 0 | 81.66% |
| 045 | St. Charles Parish | 17 | 9,721 | 48.85% | 51.15% | 29 | 128 | 3,213 | 859 | 9 | 5,154 | 329 | 4,567 | 98.38% | 1.62% | 0 | 112 | 425 | 670 | 744 | 716 | 667 | 671 | 682 | 780 | 728 | 747 | 724 | 39 | 713 | 706 | 597 | 0 | 58.28% |
| 046 | St. Helena Parish | 4 | 1,183 | 50.46% | 49.54% | 0 | 0 | 1,063 | 28 | 0 | 75 | 17 | 1,108 | 98.56% | 1.44% | 0 | 45 | 30 | 96 | 85 | 98 | 79 | 89 | 78 | 107 | 97 | 66 | 90 | 0 | 83 | 97 | 79 | 0 | 97.13% |
| 047 | St. James Parish | 8 | 3,594 | 48.94% | 51.06% | 6 | 7 | 2,148 | 64 | 0 | 1,344 | 27 | 2,250 | 99.55% | 0.45% | 0 | 65 | 244 | 206 | 272 | 225 | 226 | 231 | 266 | 282 | 266 | 269 | 270 | 24 | 294 | 214 | 235 | 0 | 61.91% |
| 048 | St. John the Baptist Parish | 11 | 5,671 | 48.90% | 51.10% | 4 | 15 | 4,275 | 588 | 1 | 652 | 134 | 5,019 | 96.46% | 3.54% | 0 | 72 | 214 | 381 | 382 | 397 | 410 | 434 | 383 | 451 | 402 | 461 | 414 | 10 | 472 | 398 | 300 | 0 | 82.54% |
| 049 | St. Landry Parish | 33 | 12,654 | 48.62% | 51.38% | 25 | 83 | 7,281 | 404 | 0 | 4,693 | 168 | 7,961 | 98.49% | 1.51% | 10 | 100 | 441 | 928 | 985 | 964 | 928 | 992 | 935 | 975 | 946 | 917 | 911 | 181 | 853 | 878 | 693 | 0 | 83.30% |
| 050 | St. Martin Parish | 17 | 7,470 | 48.85% | 51.15% | 17 | 69 | 3,337 | 260 | 0 | 3,532 | 255 | 3,938 | 98.34% | 1.66% | 1 | 46 | 372 | 541 | 526 | 574 | 530 | 539 | 572 | 619 | 584 | 611 | 0 | 536 | 489 | 423 | 0 | 76.00% |
| 051 | St. Mary Parish | 22 | 7,997 | 48.77% | 51.23% | 44 | 91 | 3,085 | 1,099 | 3 | 3,200 | 476 | 4,797 | 94.35% | 5.65% | 14 | 89 | 305 | 576 | 583 | 580 | 552 | 516 | 590 | 579 | 619 | 603 | 612 | 9 | 628 | 581 | 563 | 0 | 78.20% |
| 052 | St. Tammany Parish | 57 | 37,478 | 48.58% | 51.42% | 121 | 500 | 7,405 | 3,152 | 40 | 24,982 | 1,278 | 12,496 | 97.50% | 2.50% | 0 | 528 | 906 | 2,621 | 2,926 | 2,712 | 2,457 | 2,658 | 2,658 | 2,808 | 3,016 | 3,104 | 3,179 | 16 | 2,794 | 2,551 | 2,544 | 0 | 54.39% |
| 053 | Tangipahoa Parish | 34 | 19,532 | 48.94% | 51.06% | 20 | 105 | 9,059 | 1,504 | 13 | 7,799 | 1,032 | 11,733 | 97.04% | 2.96% | 0 | 166 | 756 | 1,425 | 1,467 | 1,427 | 1,400 | 1,437 | 1,315 | 1,430 | 1,504 | 1,524 | 1,676 | 20 | 1,529 | 1,341 | 1,115 | 0 | 77.09% |
| 054 | Tensas Parish | 3 | 346 | 50.00% | 50.00% | 1 | 0 | 306 | 1 | 0 | 32 | 6 | 314 | 100.00% | 0.00% | 0 | 11 | 2 | 25 | 20 | 30 | 24 | 27 | 18 | 29 | 17 | 30 | 34 | 0 | 16 | 22 | 30 | 0 | 95.66% |
| 055 | Terrebonne Parish | 32 | 16,841 | 47.97% | 52.03% | 1,189 | 186 | 4,495 | 1,688 | 3 | 7,797 | 1,483 | 9,044 | 95.58% | 4.42% | 37 | 231 | 750 | 1,248 | 1,247 | 1,180 | 1,212 | 1,218 | 1,235 | 1,263 | 1,353 | 1,225 | 1,393 | 59 | 1,139 | 1,081 | 981 | 0 | 74.56% |
| 056 | Union Parish | 4 | 1,931 | 48.47% | 51.53% | 3 | 7 | 813 | 232 | 2 | 834 | 39 | 1,097 | 95.39% | 4.61% | 0 | 17 | 73 | 158 | 133 | 134 | 140 | 131 | 140 | 144 | 149 | 140 | 144 | 2 | 176 | 125 | 139 | 0 | 87.11% |
| 057 | Vermilion Parish | 21 | 9,506 | 48.77% | 50.73% | 4 | 221 | 1,824 | 379 | 1 | 6,748 | 409 | 2,838 | 97.97% | 2.03% | 0 | 133 | 377 | 703 | 770 | 694 | 667 | 735 | 717 | 718 | 739 | 781 | 709 | 0 | 688 | 608 | 549 | 0 | 65.55% |
| 058 | Vernon Parish | 19 | 8,067 | 49.20% | 50.80% | 53 | 65 | 1,111 | 742 | 58 | 5,499 | 539 | 2,568 | 98.48% | 1.52% | 0 | 66 | 340 | 730 | 629 | 636 | 651 | 603 | 582 | 563 | 625 | 602 | 543 | 12 | 492 | 471 | 455 | 0 | 69.17% |
| 059 | Washington Parish | 11 | 4,992 | 48.38% | 51.62% | 10 | 13 | 1,461 | 174 | 0 | 3,233 | 101 | 1,759 | 98.88% | 1.12% | 3 | 90 | 231 | 349 | 365 | 333 | 322 | 297 | 333 | 330 | 366 | 367 | 410 | 309 | 73 | 405 | 350 | 376 | 0 | 74.28% |
| 060 | Webster Parish | 10 | 5,668 | 47.79% | 52.21% | 11 | 34 | 2,297 | 153 | 3 | 3,014 | 156 | 2,654 | 99.35% | 0.65% | 0 | 75 | 380 | 391 | 380 | 389 | 416 | 423 | 386 | 409 | 471 | 478 | 435 | 0 | 417 | 425 | 397 | 0 | 74.28% |
| 061 | West Baton Rouge Parish | 10 | 4,079 | 48.86% | 51.14% | 1 | 20 | 2,019 | 264 | 2 | 1,724 | 46 | 2,355 | 98.48% | 1.52% | 0 | 14 | 300 | 289 | 301 | 292 | 282 | 296 | 262 | 281 | 286 | 301 | 299 | 1 | 286 | 230 | 268 | 0 | 72.17% |
| 062 | West Carroll Parish | 5 | 1,901 | 48.13% | 51.87% | 4 | 9 | 339 | 57 | 1 | 1,450 | 41 | 451 | 99.37% | 0.63% | 0 | 16 | 90 | 152 | 148 | 126 | 105 | 129 | 138 | 143 | 158 | 157 | 164 | 1 | 143 | 138 | 125 | 0 | 75.75% |
| 063 | West Feliciana Parish | 4 | 2,197 | 49.48% | 50.52% | 2 | 11 | 812 | 37 | 0 | 1,280 | 55 | 917 | 99.45% | 0.55% | 0 | 33 | 147 | 134 | 145 | 155 | 160 | 155 | 146 | 146 | 143 | 163 | 149 | 0 | 178 | 152 | 144 | 0 | 49.75% |
| 064 | Winn Parish | 4 | 1,957 | 48.29% | 51.71% | 4 | 2 | 697 | 58 | 0 | 1,156 | 40 | 801 | 99.80% | 0.20% | 0 | 77 | 135 | 141 | 144 | 148 | 143 | 134 | 146 | 166 | 150 | 136 | 137 | 27 | 121 | 75 | 73 | 0 | 80.58% |
| 065 | City of Monroe School District | 20 | 8,154 | 49.07% | 50.93% | 9 | 94 | 6,708 | 139 | 4 | 1,110 | 95 | 7,044 | 99.08% | 0.92% | 0 | 96 | 332 | 653 | 578 | 619 | 596 | 598 | 546 | 562 | 597 | 576 | 546 | 34 | 605 | 497 | 485 | 0 | 85.32% |
| 066 | City of Bogalusa School District | 4 | 1,935 | 48.41% | 51.59% | 3 | 14 | 1,298 | 69 | 2 | 460 | 70 | 1,298 | 98.27% | 1.73% | 0 | 11 | 55 | 147 | 154 | 124 | 145 | 147 | 140 | 146 | 147 | 181 | 163 | 139 | 12 | 110 | 104 | 117 | 0 | 95.15% |
| 067 | Zachary Community School District | 4 | 5,499 | 49.05% | 50.95% | 1 | 67 | 2,956 | 109 | 2 | 2,183 | 186 | 3,316 | 98.91% | 1.09% | 0 | 54 | 203 | 422 | 381 | 394 | 383 | 388 | 391 | 396 | 454 | 412 | 382 | 0 | 411 | 386 | 381 | 0 | 51.46% |
| 068 | City of Baker School District | 4 | 1,131 | 48.28% | 51.72% | 2 | 1 | 1,050 | 46 | 0 | 28 | 4 | 1,103 | 96.73% | 3.27% | 4 | 19 | 50 | 72 | 80 | 57 | 86 | 79 | 68 | 56 | 65 | 74 | 90 | 81 | 79 | 0 | 116 | 109 | 80 | 0 | 93.10% |
| 069 | Central Community School District | 6 | 4,810 | 47.71% | 52.29% | 10 | 51 | 875 | 356 | 2 | 3,369 | 147 | 1,441 | 95.84% | 4.16% | 0 | 54 | 100 | 359 | 352 | 305 | 342 | 344 | 345 | 354 | 339 | 367 | 383 | 405 | 46 | 383 | 366 | 332 | 343 | 0 | 50.87% |
| 101 | Special School District | 7 | 177 | 23.73% | 76.27% | 1 | 0 | 86 | 13 | 0 | 82 | 0 | 95 | 100.00% | 0.00% | 0 | 0 | 12 | 1 | 5 | 2 | 2 | 2 | 5 | 8 | 8 | 8 | 11 | 24 | 7 | 19 | 62 | 0 | 100.00% |
| 302 | Louisiana School for Math Science & the Arts | 1 | 311 | 68.81% | 31.19% | 0 | 32 | 28 | 15 | 18 | 216 | 2 | 95 | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 84 | 97 | 130 | 0 | 24.76% |
| 304 | LA Schools for the Deaf and Visually Impaired | 2 | 171 | 47.37% | 52.63% | 1 | 1 | 102 | 17 | 0 | 44 | 6 | 127 | 94.74% | 5.26% | 0 | 10 | 4 | 4 | 12 | 7 | 15 | 2 | 16 | 8 | 4 | 13 | 13 | 0 | 16 | 20 | 16 | 0 | 94.74% |
| 318 | LSU Laboratory School | 1 | 1,428 | 49.23% | 50.77% | 1 | 33 | 138 | 35 | 0 | 1,172 | 49 | 256 | 99.93% | 0.07% | 0 | 0 | 0 | 102 | 107 | 105 | 104 | 96 | 108 | 108 | 117 | 119 | 102 | 0 | 102 | 80 | 88 | 0 | 4.48% |
| 319 | Southern University Lab School | 1 | 693 | 51.08% | 48.92% | 1 | 8 | 470 | 12 | 0 | 194 | 8 | 499 | 100.00% | 0.00% | 0 | 19 | 54 | 34 | 53 | 49 | 46 | 47 | 42 | 57 | 59 | 51 | 48 | 0 | 45 | 44 | 45 | 0 | 69.26% |
| 334 | New Orleans Center for Creative Arts | 1 | 237 | 66.67% | 33.33% | 5 | 0 | 89 | 33 | 1 | 104 | 5 | 133 | 99.58% | 0.42% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 29 | 61 | 77 | 70 | 0 | 51.48% |
| 3C1 | Thrive Academy | 1 | 170 | 42.94% | 57.06% | 0 | 0 | 160 | 0 | 1 | 8 | 1 | 161 | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 44 | 57 | 53 | 0 | 16 | 0 | 0 | 0 | 100.00% |
| 3C6 | Office of Juvenile Justice | 1 | 173 | 0.00% | 100.00% | 0 | 0 | 147 | 3 | 0 | 21 | 2 | 152 | 99.42% | 0.58% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 10 | 52 | 0 | 38 | 66 | 6 | 0 | 100.00% |
| CHA | Type 2 Charters | 39 | 24,162 | 49.35% | 50.65% | 169 | 292 | 13,683 | 2,204 | 34 | 9,379 | 765 | 17,154 | 97.75% | 2.25% | 0 | 200 | 1,940 | 2,506 | 2,582 | 2,396 | 2,306 | 2,046 | 2,054 | 2,184 | 2,425 | 2,345 | 2,260 | 2,099 | 67 | 1,799 | 1,614 | 1,341 | 0 | 74.95% |
| R36 | Orleans Parish | 78 | 45,022 | 49.24% | 50.76% | 77 | 771 | 35,761 | 4,111 | 31 | 3,467 | 827 | 41,583 | 94.89% | 5.11% | 0 | 712 | 1,136 | 3,000 | 3,098 | 3,248 | 3,188 | 3,113 | 3,004 | 3,007 | 3,241 | 3,303 | 3,463 | 29 | 3,417 | 3,248 | 2,846 | 52 | 82.46% |
| RSD | Recovery School District - Baton Rouge | 2 | 2,008 | 48.46% | 51.54% | 5 | 4 | 1,871 | 110 | 0 | 16 | 2 | 1,992 | 96.02% | 3.98% | 0 | 39 | 112 | 129 | 139 | 150 | 137 | 145 | 150 | 149 | 148 | 264 | 281 | 270 | 88 | 97 | 108 | 0 | 97.31% |
| RLA | Recovery School District - Louisiana | 6 | 965 | 51.81% | 48.19% | 0 | 1 | 914 | 39 | 0 | 8 | 3 | 962 | 97.41% | 2.59% | 0 | 30 | 35 | 108 | 110 | 99 | 103 | 112 | 103 | 92 | 0 | 0 | 0 | 0 | 77 | 80 | 91 | 6 | 97.20% |
| | **Statewide total** | **1397** | **697,337** | **48.78%** | **51.22%** | **4,195** | **11,258** | **296,027** | **60,719** | **570** | **303,058** | **21,510** | **394,279** | **96.10%** | **3.90%** | **166** | **7,795** | **23,858** | **51,033** | **53,150** | **51,328** | **50,242** | **50,422** | **50,679** | **53,001** | **54,058** | **53,886** | **51,204** | **4,089** | **51,691** | **47,535** | **43,349** | **51** | **72.51%** |