# EXHIBIT 154



DEPARTMENT of EDUCATION
Louisiana Believes

**Multiple Statistics By School System For Total Public Students - February 1, 2022**

| School System | School System Name | Sites Reporting | Total Enrollment | Students by Gender | | Students by Race/Ethnicity | | | | | | | | English Proficiency | | Grade Placement | | | | | | | | | | | | | | | | | | % Economically Disadvantaged |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | % Female | % Male | American Indian | Asian | Black | Hispanic | Hawaiian/Pacific Islander | White | Multiple Races (Non-Hispanic) | Minority | % Fully English Proficient | % Limited English Proficiency | Infants (Sp Ed) | Pre-School (Sp Ed) | Pre-K (Reg Ed) | Kindergarten | Grade 1 | Grade 2 | Grade 3 | Grade 4 | Grade 5 | Grade 6 | Grade 7 | Grade 8 | Grade 9 | Grade T9 | Grade 10 | Grade 11 | Grade 12 | Extension Academy | |
| 001 | Acadia Parish | 32 | 9,404 | 49.02% | 50.98% | 18 | 15 | 2,367 | 432 | 0 | 6,095 | 477 | 3,309 | 98.88% | 1.12% | 1 | 119 | 351 | 812 | 761 | 745 | 674 | 679 | 691 | 737 | 696 | 656 | 720 | 51 | 575 | 561 | 575 | 0 | 70.58% |
| 002 | Allen Parish | 11 | 4,032 | 48.86% | 51.14% | 39 | 22 | 738 | 68 | 1 | 2,929 | 235 | 1,103 | 99.83% | 0.17% | 0 | 32 | 242 | 340 | 271 | 265 | 305 | 299 | 262 | 288 | 280 | 316 | 339 | 6 | 289 | 267 | 231 | 0 | 67.29% |
| 003 | Ascension Parish | 32 | 23,815 | 48.66% | 51.34% | 59 | 315 | 7,523 | 2,639 | 19 | 12,377 | 883 | 11,438 | 96.75% | 3.25% | 0 | 276 | 693 | 1,731 | 1,806 | 1,735 | 1,760 | 1,728 | 1,717 | 1,709 | 1,827 | 1,790 | 2,000 | 50 | 1,780 | 1,755 | 1,458 | 0 | 55.12% |
| 004 | Assumption Parish | 9 | 3,019 | 49.75% | 50.25% | 4 | 19 | 1,205 | 150 | 0 | 1,571 | 70 | 1,448 | 98.77% | 1.23% | 0 | 52 | 230 | 209 | 231 | 216 | 198 | 192 | 192 | 199 | 195 | 216 | 227 | 52 | 220 | 194 | 196 | 0 | 71.84% |
| 005 | Avoyelles Parish | 11 | 5,075 | 47.43% | 52.57% | 48 | 21 | 2,216 | 35 | 0 | 2,488 | 267 | 2,587 | 99.74% | 0.26% | 2 | 89 | 200 | 409 | 398 | 364 | 352 | 323 | 342 | 365 | 343 | 378 | 429 | 20 | 371 | 368 | 322 | 0 | 79.47% |
| 006 | Beauregard Parish | 12 | 5,715 | 48.19% | 51.81% | 14 | 23 | 602 | 291 | 3 | 4,446 | 336 | 1,269 | 99.28% | 0.72% | 0 | 55 | 216 | 505 | 451 | 430 | 429 | 408 | 390 | 374 | 420 | 404 | 476 | 9 | 419 | 377 | 352 | 0 | 58.18% |
| 007 | Bienville Parish | 9 | 1,970 | 49.24% | 50.76% | 1 | 13 | 967 | 21 | 0 | 907 | 61 | 1,063 | 99.04% | 0.96% | 0 | 24 | 83 | 150 | 137 | 134 | 108 | 185 | 148 | 117 | 140 | 148 | 161 | 0 | 150 | 130 | 155 | 0 | 76.40% |
| 008 | Bossier Parish | 35 | 22,417 | 48.48% | 51.52% | 56 | 357 | 6,599 | 2,494 | 68 | 11,952 | 891 | 10,465 | 95.89% | 4.11% | 0 | 263 | 509 | 1,613 | 1,779 | 1,760 | 1,665 | 1,739 | 1,641 | 1,728 | 1,666 | 1,782 | 1,552 | 196 | 1,630 | 1,598 | 1,296 | 0 | 56.02% |
| 009 | Caddo Parish | 59 | 34,850 | 49.89% | 50.11% | 41 | 464 | 22,189 | 1,714 | 16 | 9,444 | 982 | 25,406 | 98.28% | 1.72% | 4 | 388 | 851 | 2,481 | 2,546 | 2,561 | 2,503 | 2,656 | 2,579 | 2,423 | 2,653 | 2,585 | 2,663 | 349 | 2,673 | 2,571 | 2,362 | 2 | 70.30% |
| 010 | Calcasieu Parish | 60 | 27,773 | 48.90% | 51.10% | 72 | 477 | 8,082 | 1,963 | 28 | 16,235 | 916 | 11,538 | 97.32% | 2.68% | 0 | 313 | 950 | 2,164 | 2,112 | 2,034 | 2,064 | 1,952 | 1,895 | 1,993 | 2,097 | 1,985 | 1,875 | 519 | 2,063 | 1,927 | 1,830 | 0 | 62.34% |
| 011 | Caldwell Parish | 8 | 1,587 | 48.77% | 51.23% | 0 | 4 | 251 | 33 | 0 | 1,264 | 35 | 323 | 99.75% | 0.25% | 0 | 32 | 135 | 112 | 115 | 130 | 99 | 96 | 106 | 116 | 117 | 118 | 102 | 10 | 116 | 94 | 89 | 0 | 72.97% |
| 012 | Cameron Parish | 5 | 1,122 | 47.59% | 52.41% | 3 | 0 | 12 | 83 | 0 | 996 | 28 | 126 | 98.04% | 1.96% | 0 | 12 | 46 | 88 | 74 | 74 | 71 | 68 | 78 | 99 | 89 | 90 | 91 | 5 | 78 | 72 | 87 | 0 | 73.71% |
| 013 | Catahoula Parish | 5 | 1,027 | 49.37% | 50.63% | 2 | 1 | 399 | 10 | 0 | 589 | 26 | 438 | 100.00% | 0.00% | 1 | 6 | 20 | 92 | 81 | 62 | 89 | 72 | 71 | 78 | 67 | 81 | 90 | 0 | 72 | 88 | 57 | 0 | 84.71% |
| 014 | Claiborne Parish | 7 | 1,710 | 51.29% | 48.71% | 2 | 10 | 1,144 | 35 | 1 | 474 | 44 | 1,236 | 99.53% | 0.47% | 0 | 31 | 81 | 147 | 139 | 123 | 141 | 136 | 111 | 117 | 123 | 123 | 128 | 0 | 105 | 105 | 100 | 0 | 84.85% |
| 015 | Concordia Parish | 11 | 3,025 | 48.50% | 51.50% | 2 | 27 | 1,431 | 81 | 3 | 1,432 | 49 | 1,593 | 98.61% | 1.39% | 0 | 10 | 151 | 218 | 238 | 218 | 237 | 219 | 232 | 213 | 218 | 249 | 203 | 0 | 207 | 203 | 209 | 0 | 83.93% |
| 016 | DeSoto Parish | 10 | 4,873 | 47.96% | 52.04% | 23 | 26 | 1,947 | 195 | 3 | 2,515 | 164 | 2,358 | 99.26% | 0.74% | 0 | 44 | 240 | 376 | 348 | 356 | 327 | 315 | 369 | 326 | 348 | 365 | 381 | 7 | 388 | 342 | 341 | 0 | 61.17% |
| 017 | East Baton Rouge Parish | 84 | 41,418 | 49.59% | 50.41% | 72 | 1,558 | 29,087 | 5,366 | 75 | 4,703 | 557 | 36,715 | 91.44% | 8.56% | 0 | 365 | 1,893 | 3,576 | 3,412 | 3,347 | 3,208 | 3,156 | 2,991 | 3,058 | 3,045 | 2,888 | 3,205 | 41 | 2,581 | 2,292 | 2,360 | 0 | 81.12% |
| 018 | East Carroll Parish | 3 | 789 | 48.16% | 51.84% | 0 | 2 | 782 | 3 | 0 | 2 | 0 | 787 | 100.00% | 0.00% | 0 | 1 | 23 | 60 | 54 | 68 | 52 | 60 | 55 | 56 | 53 | 57 | 71 | 5 | 58 | 53 | 63 | 0 | 96.96% |
| 019 | East Feliciana Parish | 6 | 1,691 | 49.08% | 50.92% | 4 | 3 | 974 | 24 | 1 | 653 | 32 | 1,038 | 99.53% | 0.47% | 0 | 3 | 86 | 138 | 108 | 123 | 122 | 110 | 136 | 126 | 111 | 130 | 146 | 0 | 136 | 117 | 99 | 0 | 76.11% |
| 020 | Evangeline Parish | 12 | 5,657 | 47.98% | 52.02% | 5 | 19 | 2,135 | 123 | 3 | 3,184 | 188 | 2,473 | 99.65% | 0.35% | 6 | 39 | 247 | 466 | 415 | 382 | 461 | 386 | 427 | 415 | 427 | 433 | 424 | 11 | 382 | 380 | 356 | 0 | 72.42% |
| 021 | Franklin Parish | 7 | 2,880 | 48.02% | 51.98% | 2 | 2 | 1,477 | 24 | 0 | 1,310 | 65 | 1,570 | 99.97% | 0.03% | 3 | 22 | 190 | 244 | 215 | 184 | 197 | 223 | 201 | 228 | 201 | 218 | 229 | 0 | 195 | 169 | 161 | 0 | 83.75% |
| 022 | Grant Parish | 9 | 2,869 | 47.54% | 52.46% | 15 | 3 | 325 | 30 | 1 | 2,400 | 95 | 469 | 99.86% | 0.14% | 0 | 34 | 110 | 226 | 216 | 214 | 197 | 215 | 187 | 204 | 224 | 232 | 250 | 8 | 202 | 206 | 144 | 0 | 75.57% |
| 023 | Iberia Parish | 24 | 11,390 | 49.34% | 50.66% | 27 | 308 | 4,693 | 679 | 2 | 5,114 | 567 | 6,276 | 98.00% | 2.00% | 14 | 111 | 410 | 957 | 904 | 907 | 817 | 775 | 793 | 823 | 899 | 840 | 883 | 125 | 751 | 688 | 693 | 0 | 74.90% |
| 024 | Iberville Parish | 7 | 4,436 | 49.21% | 50.79% | 5 | 28 | 2,967 | 127 | 0 | 1,231 | 78 | 3,205 | 98.44% | 1.56% | 0 | 31 | 432 | 337 | 293 | 289 | 282 | 326 | 283 | 246 | 309 | 342 | 298 | 78 | 283 | 314 | 293 | 0 | 79.94% |
| 025 | Jackson Parish | 5 | 2,080 | 47.79% | 52.21% | 1 | 6 | 632 | 50 | 0 | 1,331 | 60 | 749 | 99.52% | 0.48% | 0 | 22 | 76 | 130 | 159 | 149 | 142 | 149 | 158 | 168 | 161 | 169 | 154 | 0 | 153 | 157 | 133 | 0 | 64.38% |
| 026 | Jefferson Parish | 82 | 47,648 | 48.43% | 51.57% | 157 | 2,194 | 16,604 | 16,602 | 12 | 10,866 | 1,213 | 36,782 | 81.04% | 18.96% | 1 | 594 | 1,848 | 3,704 | 3,795 | 3,682 | 3,567 | 3,630 | 3,545 | 3,580 | 3,602 | 3,437 | 3,468 | 897 | 2,979 | 2,857 | 2,462 | 0 | 84.15% |
| 027 | Jefferson Davis Parish | 14 | 5,425 | 48.20% | 51.80% | 56 | 18 | 1,064 | 169 | 1 | 3,713 | 404 | 1,712 | 99.56% | 0.44% | 0 | 70 | 260 | 416 | 392 | 378 | 368 | 394 | 366 | 394 | 399 | 402 | 442 | 0 | 398 | 371 | 375 | 0 | 63.87% |
| 028 | Lafayette Parish | 46 | 31,587 | 48.94% | 51.06% | 82 | 766 | 12,685 | 3,102 | 21 | 13,936 | 995 | 17,651 | 93.89% | 6.11% | 22 | 264 | 977 | 2,370 | 2,502 | 2,375 | 2,274 | 2,209 | 2,214 | 2,218 | 2,354 | 2,355 | 1,970 | 691 | 2,412 | 2,354 | 2,026 | 0 | 64.85% |
| 029 | Lafourche Parish | 32 | 13,858 | 49.00% | 51.00% | 419 | 121 | 2,631 | 1,272 | 6 | 8,507 | 902 | 5,351 | 96.89% | 3.11% | 1 | 133 | 625 | 1,003 | 1,054 | 1,071 | 1,001 | 991 | 970 | 1,024 | 1,047 | 1,091 | 949 | 197 | 987 | 861 | 853 | 0 | 72.08% |
| 030 | LaSalle Parish | 9 | 2,553 | 47.79% | 52.21% | 37 | 4 | 230 | 26 | 0 | 2,184 | 72 | 369 | 99.88% | 0.12% | 0 | 18 | 152 | 190 | 199 | 183 | 199 | 161 | 164 | 189 | 187 | 193 | 197 | 0 | 193 | 171 | 157 | 0 | 62.63% |
| 031 | Lincoln Parish | 15 | 5,818 | 48.37% | 51.63% | 14 | 70 | 2,428 | 404 | 2 | 2,797 | 103 | 3,021 | 97.40% | 2.60% | 0 | 75 | 234 | 515 | 437 | 422 | 410 | 420 | 423 | 399 | 397 | 394 | 407 | 49 | 438 | 432 | 366 | 0 | 60.78% |
| 032 | Livingston Parish | 44 | 26,433 | 48.78% | 51.22% | 40 | 247 | 3,078 | 2,876 | 18 | 19,615 | 559 | 6,818 | 95.73% | 4.27% | 0 | 438 | 557 | 2,175 | 2,027 | 1,978 | 1,964 | 1,891 | 1,888 | 1,998 | 2,033 | 2,113 | 2,130 | 1 | 1,930 | 1,731 | 1,579 | 0 | 69.12% |
| 033 | Madison Parish | 5 | 1,192 | 48.15% | 51.85% | 2 | 1 | 1,131 | 12 | 0 | 30 | 16 | 1,162 | 99.75% | 0.25% | 0 | 2 | 39 | 79 | 91 | 99 | 91 | 94 | 76 | 75 | 72 | 102 | 111 | 4 | 116 | 75 | 66 | 0 | 94.63% |
| 034 | Morehouse Parish | 5 | 3,255 | 49.19% | 50.81% | 1 | 6 | 2,110 | 33 | 7 | 1,045 | 53 | 2,210 | 99.32% | 0.68% | 0 | 13 | 55 | 278 | 232 | 254 | 233 | 274 | 243 | 245 | 276 | 261 | 250 | 17 | 231 | 176 | 217 | 0 | 83.35% |
| 035 | Natchitoches Parish | 14 | 5,292 | 48.43% | 51.57% | 41 | 23 | 2,952 | 166 | 3 | 1,931 | 176 | 3,361 | 98.94% | 1.06% | 0 | 24 | 213 | 389 | 386 | 385 | 411 | 384 | 367 | 384 | 391 | 409 | 486 | 0 | 388 | 342 | 333 | 0 | 89.89% |
| 037 | Ouachita Parish | 37 | 18,251 | 49.01% | 50.99% | 28 | 224 | 6,368 | 764 | 10 | 10,468 | 389 | 7,783 | 98.19% | 1.81% | 0 | 141 | 571 | 1,393 | 1,430 | 1,372 | 1,296 | 1,296 | 1,346 | 1,380 | 1,405 | 1,352 | 1,187 | 318 | 1,320 | 1,237 | 1,207 | 0 | 63.11% |
| 038 | Plaquemines Parish | 8 | 3,819 | 46.22% | 53.78% | 48 | 192 | 963 | 387 | 4 | 2,014 | 211 | 1,805 | 96.57% | 3.43% | 0 | 40 | 212 | 248 | 263 | 270 | 235 | 264 | 233 | 257 | 278 | 277 | 320 | 14 | 331 | 263 | 314 | 0 | 72.79% |
| 039 | Pointe Coupee Parish | 6 | 2,646 | 49.06% | 50.94% | 1 | 1 | 1,481 | 130 | 0 | 1,008 | 25 | 1,638 | 98.37% | 1.63% | 0 | 52 | 160 | 162 | 173 | 183 | 179 | 177 | 233 | 211 | 217 | 194 | 192 | 27 | 189 | 160 | 137 | 0 | 78.42% |
| 040 | Rapides Parish | 48 | 22,138 | 48.81% | 51.19% | 98 | 306 | 9,300 | 1,060 | 9 | 10,823 | 542 | 11,315 | 97.86% | 2.14% | 11 | 165 | 1,463 | 1,603 | 1,585 | 1,644 | 1,530 | 1,490 | 1,524 | 1,557 | 1,602 | 1,608 | 1,400 | 377 | 1,590 | 1,442 | 1,547 | 0 | 65.89% |
| 041 | Red River Parish | 5 | 1,313 | 46.08% | 53.92% | 1 | 10 | 832 | 19 | 0 | 404 | 47 | 909 | 99.77% | 0.23% | 1 | 8 | 151 | 84 | 75 | 103 | 73 | 84 | 89 | 93 | 82 | 105 | 111 | 1 | 94 | 85 | 74 | 0 | 91.09% |
| 042 | Richland Parish | 12 | 2,705 | 46.80% | 53.20% | 2 | 7 | 1,481 | 37 | 1 | 1,139 | 38 | 1,566 | 99.67% | 0.33% | 0 | 23 | 72 | 213 | 228 | 188 | 213 | 193 | 183 | 187 | 196 | 226 | 252 | 0 | 180 | 183 | 168 | 0 | 79.26% |
| 043 | Sabine Parish | 10 | 4,041 | 48.92% | 51.08% | 655 | 12 | 876 | 123 | 3 | 2,031 | 341 | 2,010 | 99.58% | 0.42% | 0 | 25 | 268 | 279 | 272 | 302 | 271 | 303 | 284 | 267 | 290 | 283 | 306 | 0 | 306 | 279 | 306 | 0 | 75.28% |
| 044 | St. Bernard Parish | 13 | 7,891 | 48.78% | 51.22% | 33 | 183 | 2,395 | 1,340 | 6 | 3,597 | 337 | 4,294 | 91.97% | 8.03% | 0 | 72 | 405 | 560 | 562 | 539 | 583 | 559 | 565 | 576 | 616 | 638 | 638 | 0 | 576 | 475 | 527 | 0 | 80.12% |
| 045 | St. Charles Parish | 17 | 9,478 | 48.35% | 51.65% | 26 | 127 | 3,061 | 948 | 9 | 4,965 | 342 | 4,513 | 98.04% | 1.96% | 0 | 115 | 441 | 644 | 684 | 694 | 677 | 659 | 665 | 673 | 745 | 694 | 806 | 32 | 669 | 650 | 630 | 0 | 67.39% |
| 046 | St. Helena Parish | 4 | 1,093 | 49.41% | 50.59% | 0 | 0 | 993 | 27 | 0 | 65 | 8 | 1,028 | 98.81% | 1.19% | 0 | 4 | 50 | 74 | 92 | 75 | 79 | 72 | 81 | 65 | 104 | 78 | 63 | 0 | 91 | 78 | 87 | 0 | 98.17% |
| 047 | St. James Parish | 7 | 3,479 | 49.24% | 50.76% | 4 | 7 | 2,082 | 58 | 1 | 1,300 | 27 | 2,179 | 99.60% | 0.40% | 8 | 62 | 260 | 208 | 219 | 246 | 199 | 217 | 224 | 268 | 300 | 257 | 263 | 20 | 257 | 275 | 196 | 0 | 68.90% |
| 048 | St. John the Baptist Parish | 11 | 4,931 | 48.21% | 51.79% | 1 | 19 | 3,627 | 637 | 3 | 521 | 123 | 4,410 | 95.44% | 4.56% | 0 | 56 | 232 | 326 | 327 | 334 | 318 | 343 | 371 | 339 | 381 | 447 | 422 | 0 | 340 | 386 | 309 | 0 | 89.78% |
| 049 | St. Landry Parish | 34 | 12,240 | 49.14% | 50.86% | 33 | 82 | 6,929 | 467 | 1 | 4,527 | 201 | 7,713 | 98.01% | 1.99% | 0 | 84 | 455 | 1,044 | 915 | 863 | 869 | 869 | 914 | 920 | 939 | 859 | 808 | 350 | 872 | 726 | 753 | 0 | 81.20% |
| 050 | St. Martin Parish | 16 | 7,310 | 48.86% | 51.14% | 22 | 66 | 3,288 | 270 | 0 | 3,392 | 272 | 3,918 | 98.11% | 1.89% | 0 | 30 | 388 | 544 | 543 | 503 | 552 | 484 | 520 | 527 | 570 | 594 | 610 | 3 | 517 | 481 | 444 | 0 | 73.57% |
| 051 | St. Mary Parish | 22 | 7,971 | 48.71% | 51.29% | 48 | 86 | 3,085 | 1,197 | 2 | 3,055 | 498 | 4,916 | 93.82% | 6.18% | 14 | 89 | 347 | 574 | 619 | 566 | 580 | 524 | 508 | 580 | 579 | 617 | 589 | 71 | 572 | 589 | 553 | 0 | 82.06% |
| 052 | St. Tammany Parish | 56 | 37,345 | 48.50% | 51.50% | 108 | 496 | 7,732 | 3,443 | 39 | 24,106 | 1,421 | 13,239 | 97.07% | 2.93% | 0 | 382 | 1,131 | 2,671 | 2,903 | 2,782 | 2,721 | 2,491 | 2,663 | 2,723 | 2,870 | 2,908 | 3,321 | 40 | 2,900 | 2,458 | 2,381 | 0 | 56.38% |
| 053 | Tangipahoa Parish | 34 | 19,377 | 49.03% | 50.97% | 22 | 102 | 9,038 | 1,653 | 18 | 7,524 | 1,020 | 11,853 | 96.60% | 3.40% | 0 | 147 | 817 | 1,400 | 1,462 | 1,421 | 1,392 | 1,372 | 1,433 | 1,310 | 1,449 | 1,496 | 1,689 | 61 | 1,434 | 1,297 | 1,197 | 0 | 79.73% |
| 054 | Tensas Parish | 2 | 330 | 47.27% | 52.73% | 0 | 0 | 288 | 2 | 0 | 35 | 5 | 295 | 100.00% | 0.00% | 0 | 3 | 15 | 23 | 21 | 30 | 23 | 27 | 16 | 29 | 16 | 25 | 22 | 0 | 15 | 27 | 38 | 0 | 95.45% |
| 055 | Terrebonne Parish | 31 | 14,908 | 47.93% | 52.07% | 1,012 | 170 | 3,658 | 1,673 | 5 | 7,051 | 1,339 | 7,857 | 94.78% | 5.22% | 19 | 221 | 661 | 1,028 | 1,182 | 1,035 | 1,033 | 1,061 | 1,090 | 1,092 | 1,130 | 1,148 | 1,123 | 137 | 1,152 | 942 | 854 | 0 | 80.56% |
| 056 | Union Parish | 4 | 1,888 | 48.46% | 51.54% | 4 | 7 | 813 | 241 | 2 | 784 | 37 | 1,104 | 95.18% | 4.82% | 0 | 14 | 88 | 164 | 136 | 123 | 137 | 141 | 128 | 134 | 145 | 132 | 118 | 31 | 134 | 151 | 112 | 0 | 84.64% |
| 057 | Vermilion Parish | 21 | 9,388 | 48.95% | 51.05% | 8 | 205 | 1,785 | 388 | 0 | 6,583 | 419 | 2,805 | 98.10% | 1.90% | 0 | 108 | 381 | 741 | 728 | 732 | 683 | 666 | 720 | 719 | 698 | 679 | 762 | 0 | 623 | 621 | 527 | 0 | 61.01% |
| 058 | Vernon Parish | 19 | 7,937 | 48.90% | 51.10% | 53 | 67 | 1,078 | 738 | 56 | 5,393 | 552 | 2,544 | 98.73% | 1.27% | 0 | 52 | 501 | 718 | 660 | 605 | 562 | 635 | 588 | 562 | 564 | 598 | 474 | 53 | 488 | 444 | 433 | 0 | 62.15% |
| 059 | Washington Parish | 11 | 4,908 | 48.21% | 51.79% | 11 | 18 | 1,370 | 190 | 0 | 3,208 | 111 | 1,700 | 98.90% | 1.10% | 3 | 68 | 265 | 349 | 382 | 342 | 335 | 308 | 331 | 353 | 364 | 352 | 386 | 51 | 355 | 343 | 321 | 0 | 75.06% |
| 060 | Webster Parish | 14 | 5,468 | 47.93% | 52.07% | 10 | 30 | 2,280 | 167 | 3 | 2,801 | 177 | 2,667 | 99.27% | 0.73% | 0 | 86 | 182 | 371 | 424 | 354 | 357 | 391 | 398 | 382 | 398 | 464 | 456 | 8 | 413 | 381 | 403 | 0 | 74.12% |
| 061 | West Baton Rouge Parish | 10 | 4,167 | 48.79% | 51.21% | 5 | 20 | 2,086 | 295 | 0 | 1,707 | 54 | 2,460 | 95.87% | 4.13% | 0 | 45 | 298 | 334 | 303 | 292 | 317 | 293 | 277 | 298 | 309 | 301 | 305 | 6 | 289 | 242 | 258 | 0 | 74.25% |
| 062 | West Carroll Parish | 5 | 1,809 | 47.82% | 52.18% | 7 | 9 | 307 | 53 | 1 | 1,391 | 41 | 418 | 99.17% | 0.83% | 0 | 29 | 38 | 136 | 150 | 140 | 116 | 103 | 129 | 140 | 149 | 157 | 144 | 0 | 135 | 120 | 123 | 0 | 74.41% |
| 063 | West Feliciana Parish | 4 | 2,185 | 49.43% | 50.57% | 0 | 10 | 787 | 43 | 0 | 1,289 | 56 | 896 | 99.45% | 0.55% | 0 | 41 | 123 | 157 | 151 | 150 | 160 | 151 | 156 | 154 | 155 | 148 | 141 | 30 | 151 | 166 | 151 | 0 | 51.99% |
| 064 | Winn Parish | 6 | 1,970 | 48.48% | 51.52% | 4 | 1 | 686 | 62 | 0 | 1,167 | 50 | 803 | 99.80% | 0.20% | 1 | 13 | 82 | 151 | 144 | 121 | 119 | 133 | 144 | 161 | 160 | 155 | 163 | 0 | 140 | 148 | 135 | 0 | 74.37% |
| 065 | City of Monroe School District | 20 | 8,164 | 48.79% | 51.21% | 3 | 108 | 6,656 | 135 | 4 | 1,157 | 101 | 7,007 | 99.08% | 0.92% | 0 | 95 | 363 | 704 | 640 | 622 | 604 | 595 | 592 | 560 | 606 | 533 | 652 | 52 | 569 | 512 | 465 | 0 | 81.44% |
| 066 | City of Bogalusa School District | 5 | 1,877 | 49.07% | 50.93% | 3 | 9 | 1,274 | 71 | 3 | 441 | 76 | 1,436 | 98.14% | 1.86% | 0 | 21 | 73 | 181 | 190 | 130 | 151 | 118 | 139 | 133 | 129 | 150 | 122 | 13 | 121 | 108 | 98 | 0 | 91.32% |
| 067 | Zachary Community School District | 8 | 5,503 | 49.25% | 50.75% | 5 | 57 | 3,036 | 129 | 2 | 2,056 | 218 | 3,447 | 98.98% | 1.02% | 1 | 54 | 219 | 371 | 403 | 403 | 377 | 390 | 392 | 406 | 450 | 418 | 415 | 54 | 387 | 392 | 371 | 0 | 52.97% |
| 068 | City of Baker School District | 4 | 1,020 | 48.33% | 51.67% | 1 | 3 | 944 | 49 | 1 | 20 | 2 | 1,000 | 95.78% | 4.22% | 0 | 2 | 60 | 55 | 69 | 73 | 59 | 49 | 54 | 58 | 64 | 78 | 95 | 0 | 90 | 94 | 120 | 0 | 93.82% |
| 069 | Central Community School District | 6 | 4,865 | 47.83% | 52.17% | 8 | 42 | 944 | 406 | 0 | 3,320 | 145 | 1,545 | 95.38% | 4.62% | 0 | 53 | 113 | 316 | 373 | 354 | 327 | 347 | 364 | 359 | 394 | 398 | 371 | 36 | 380 | 362 | 318 | 0 | 53.40% |
| 101 | Special School District | 8 | 151 | 27.81% | 72.19% | 0 | 3 | 66 | 2 | 0 | 80 | 0 | 71 | 100.00% | 0.00% | 0 | 1 | 0 | 0 | 0 | 3 | 0 | 1 | 2 | 4 | 7 | 7 | 19 | 0 | 17 | 24 | 66 | 0 | 100.00% |
| 302 | Louisiana School for Math Science & the Arts | 1 | 289 | 65.74% | 34.26% | 2 | 28 | 29 | 13 | 11 | 206 | 0 | 83 | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 93 | 81 | 115 | 0 | 22.84% |
| 304 | LA Schools for the Deaf and Visually Impaired | 2 | 155 | 45.16% | 54.84% | 1 | 1 | 92 | 16 | 0 | 41 | 4 | 114 | 95.48% | 4.52% | 0 | 8 | 0 | 5 | 4 | 8 | 4 | 12 | 15 | 12 | 19 | 9 | 13 | 3 | 7 | 11 | 25 | 0 | 94.19% |
| 318 | LSU Laboratory School | 1 | 1,451 | 49.07% | 50.93% | 2 | 53 | 173 | 38 | 0 | 1,149 | 36 | 302 | 100.00% | 0.00% | 0 | 0 | 0 | 106 | 106 | 108 | 107 | 105 | 105 | 119 | 116 | 116 | 117 | 0 | 114 | 110 | 122 | 0 | 4.62% |
| 319 | Southern University Lab School | 2 | 703 | 49.64% | 50.36% | 8 | 7 | 543 | 7 | 0 | 120 | 18 | 583 | 99.72% | 0.28% | 0 | 0 | 20 | 46 | 47 | 45 | 55 | 55 | 52 | 47 | 56 | 50 | 55 | 0 | 61 | 64 | 50 | 0 | 69.13% |
| 334 | New Orleans Center for Creative Arts | 1 | 228 | 65.35% | 34.65% | 0 | 4 | 82 | 39 | 0 | 92 | 11 | 136 | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 56 | 0 | 57 | 55 | 59 | 1 | 51.75% |
| 3C1 | Thrive Academy | 1 | 183 | 44.26% | 55.74% | 0 | 0 | 157 | 6 | 0 | 13 | 7 | 170 | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14 | 36 | 31 | 7 | 45 | 22 | 28 | 0 | 99.45% |
| A02 | Office of Juvenile Justice | 3 | 189 | 0.00% | 100.00% | 2 | 0 | 154 | 3 | 0 | 26 | 4 | 163 | 99.47% | 0.53% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 17 | 78 | 0 | 47 | 30 | 16 | 0 | 100.00% |
| CHA | Type 2 Charters | 40 | 26,815 | 50.03% | 49.97% | 171 | 306 | 13,732 | 2,425 | 29 | 9,233 | 919 | 17,582 | 97.34% | 2.66% | 0 | 1 | 212 | 1,945 | 1,975 | 2,017 | 2,040 | 2,036 | 2,124 | 2,358 | 2,331 | 2,364 | 2,252 | 115 | 2,001 | 1,624 | 1,418 | 2 | 74.76% |
| R36 | Orleans Parish | 77 | 43,875 | 48.88% | 51.12% | 78 | 724 | 33,962 | 4,700 | 26 | 3,550 | 835 | 40,325 | 92.72% | 7.28% | 0 | 710 | 1,322 | 3,108 | 3,170 | 3,171 | 3,106 | 3,042 | 3,093 | 3,199 | 3,441 | 3,451 | 3,632 | 69 | 3,252 | 3,112 | 2,969 | 28 | 86.32% |
| RBR | Recovery School District - Baton Rouge | 6 | 1,855 | 48.89% | 51.11% | 2 | 0 | 1,721 | 117 | 1 | 10 | 4 | 1,845 | 96.33% | 3.67% | 0 | 0 | 37 | 131 | 111 | 112 | 129 | 139 | 139 | 217 | 274 | 239 | 80 | 14 | 88 | 72 | 73 | 0 | 96.23% |
| RLA | Recovery School District - Louisiana | 1 | 1,003 | 50.65% | 49.35% | 0 | 0 | 946 | 44 | 0 | 3 | 10 | 1,000 | 97.31% | 2.69% | 0 | 0 | 39 | 103 | 87 | 116 | 96 | 108 | 101 | 133 | 119 | 101 | 0 | 0 | 0 | 0 | 0 | 0 | 96.61% |
| | ***Statewide total*** | ***1392*** | ***686,997*** | ***48.83%*** | ***51.17%*** | ***3,894*** | ***10,975*** | ***288,837*** | ***65,944*** | ***544*** | ***294,131*** | ***22,672*** | ***392,866*** | ***95.54%*** | ***4.46%*** | ***113*** | ***7,125*** | ***25,940*** | ***51,970*** | ***52,186*** | ***50,868*** | ***49,682*** | ***49,218*** | ***49,296*** | ***50,274*** | ***52,199*** | ***52,111*** | ***52,566*** | ***5,391*** | ***49,411*** | ***45,720*** | ***42,894*** | ***33*** | ***71.92%*** |