# EXHIBIT 155



**Multiple Statistics By School System For Total Public Students - February 1, 2023**

| School System | School System Name | Sites Reporting | Total Enrollment | % Female | % Male | American Indian | Asian | Black | Hispanic | Hawaiian/Pacific Islander | White | Multiple Races (Non-Hispanic) | Minority | % Fully English Proficient | % Limited English Proficiency | Infants (Sp Ed) | Pre-School (Sp Ed) | Pre-K (Reg Ed) | Kindergarten | Grade 1 | Grade 2 | Grade 3 | Grade 4 | Grade 5 | Grade 6 | Grade 7 | Grade 8 | Grade 9 | Grade T9 | Grade 10 | Grade 11 | Grade 12 | Extension Academy | % Economically Disadvantaged |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000 | State of Louisiana | 1,390 | 683,518 | 48.8% | 51.2% | 3,838 | 10,819 | 286,111 | 70,531 | 537 | 287,611 | 24,071 | 395,907 | 95.1% | 4.9% | 244 | 7,863 | 25,477 | 50,570 | 53,671 | 51,110 | 49,761 | 49,280 | 48,693 | 49,247 | 50,076 | 51,530 | 51,328 | 5,307 | 51,588 | 45,014 | 42,684 | 71 | 68.0% |
| 001 | Acadia Parish | 32 | 9163 | 49.1% | 50.9% | 13 | 17 | 2227 | 453 | 0 | 5986 | 467 | 3177 | 98.6% | 1.4% | 0 | 113 | 359 | 721 | 788 | 724 | 727 | 646 | 655 | 688 | 695 | 661 | 675 | 51 | 610 | 503 | 547 | 0 | 66.2% |
| 002 | Allen Parish | 11 | 4046 | 49.0% | 51.0% | 39 | 16 | 747 | 77 | 1 | 2934 | 232 | 1112 | 99.8% | 0.2% | 0 | 35 | 259 | 346 | 306 | 262 | 272 | 296 | 281 | 256 | 295 | 267 | 301 | 15 | 329 | 266 | 260 | 0 | 66.4% |
| 003 | Ascension Parish | 32 | 24077 | 48.6% | 51.4% | 49 | 327 | 7657 | 2849 | 18 | 12225 | 952 | 11852 | 96.4% | 3.6% | 0 | 274 | 724 | 1683 | 1886 | 1784 | 1717 | 1770 | 1724 | 1730 | 1694 | 1903 | 1862 | 133 | 1910 | 1753 | 1530 | 0 | 51.9% |
| 004 | Assumption Parish | 9 | 2919 | 49.3% | 50.7% | 9 | 18 | 1143 | 143 | 0 | 1533 | 73 | 1386 | 98.6% | 1.4% | 0 | 58 | 221 | 207 | 210 | 229 | 196 | 192 | 197 | 193 | 198 | 206 | 174 | 62 | 207 | 191 | 178 | 0 | 63.9% |
| 005 | Avoyelles Parish | 11 | 4929 | 47.8% | 52.2% | 45 | 13 | 2109 | 33 | 1 | 2435 | 293 | 2494 | 99.7% | 0.3% | 0 | 84 | 204 | 391 | 392 | 379 | 343 | 345 | 310 | 303 | 379 | 345 | 431 | 15 | 347 | 344 | 317 | 0 | 76.4% |
| 006 | Beauregard Parish | 12 | 5706 | 47.6% | 52.4% | 12 | 21 | 608 | 303 | 3 | 4421 | 338 | 1285 | 99.1% | 0.9% | 0 | 57 | 234 | 458 | 496 | 414 | 429 | 422 | 408 | 396 | 366 | 411 | 410 | 7 | 449 | 389 | 360 | 0 | 62.4% |
| 007 | Bienville Parish | 8 | 1902 | 48.9% | 51.1% | 0 | 12 | 933 | 28 | 0 | 870 | 59 | 1032 | 99.1% | 0.9% | 0 | 20 | 77 | 146 | 148 | 125 | 139 | 114 | 181 | 134 | 116 | 145 | 138 | 1 | 149 | 134 | 135 | 0 | 74.0% |
| 008 | Bossier Parish | 35 | 22556 | 48.7% | 51.3% | 55 | 376 | 6680 | 2615 | 63 | 11773 | 1004 | 10793 | 95.7% | 4.3% | 0 | 271 | 506 | 1677 | 1615 | 1808 | 1716 | 1670 | 1725 | 1663 | 1722 | 1669 | 1690 | 181 | 1691 | 1539 | 1423 | 0 | 57.2% |
| 009 | Caddo Parish | 59 | 34002 | 49.6% | 50.4% | 46 | 462 | 21792 | 1785 | 15 | 8883 | 1019 | 25119 | 98.1% | 1.9% | 0 | 399 | 824 | 2457 | 2514 | 2474 | 2507 | 2454 | 2584 | 2397 | 2355 | 2566 | 2542 | 343 | 2701 | 2422 | 2424 | 0 | 68.5% |
| 010 | Calcasieu Parish | 60 | 27998 | 48.7% | 51.3% | 85 | 494 | 8244 | 2111 | 30 | 16060 | 974 | 11938 | 97.1% | 2.9% | 1 | 388 | 899 | 2271 | 2231 | 2122 | 1975 | 2068 | 1936 | 1868 | 2020 | 2081 | 1779 | 475 | 2155 | 1881 | 1848 | 0 | 58.3% |
| 011 | Caldwell Parish | 8 | 1574 | 49.2% | 50.8% | 0 | 2 | 249 | 40 | 0 | 1239 | 44 | 335 | 99.7% | 0.3% | 0 | 40 | 129 | 109 | 111 | 110 | 133 | 98 | 103 | 106 | 114 | 112 | 106 | 11 | 103 | 103 | 86 | 0 | 66.5% |
| 012 | Cameron Parish | 5 | 1096 | 46.7% | 53.3% | 3 | 0 | 15 | 78 | 0 | 968 | 32 | 128 | 98.6% | 1.4% | 0 | 11 | 50 | 72 | 87 | 72 | 75 | 77 | 71 | 76 | 78 | 91 | 65 | 7 | 91 | 69 | 73 | 0 | 42.1% |
| 013 | Catahoula Parish | 5 | 991 | 49.5% | 50.5% | 7 | 1 | 366 | 5 | 0 | 582 | 34 | 409 | 100.0% | 0.0% | 0 | 11 | 32 | 75 | 89 | 71 | 62 | 78 | 71 | 70 | 78 | 69 | 78 | 3 | 81 | 66 | 60 | 0 | 79.3% |
| 014 | Claiborne Parish | 7 | 1673 | 51.2% | 48.8% | 1 | 11 | 1133 | 25 | 1 | 461 | 41 | 1212 | 99.6% | 0.4% | 3 | 28 | 81 | 114 | 139 | 138 | 121 | 130 | 133 | 112 | 117 | 122 | 118 | 0 | 116 | 109 | 92 | 0 | 83.7% |
| 015 | Concordia Parish | 11 | 2978 | 48.8% | 51.2% | 0 | 23 | 1391 | 100 | 3 | 1403 | 58 | 1575 | 98.3% | 1.7% | 0 | 9 | 165 | 238 | 246 | 220 | 203 | 229 | 212 | 229 | 191 | 218 | 248 | 0 | 191 | 193 | 186 | 0 | 81.0% |
| 016 | DeSoto Parish | 9 | 4971 | 47.5% | 52.5% | 22 | 26 | 1933 | 227 | 3 | 2560 | 200 | 2411 | 99.1% | 0.9% | 0 | 41 | 263 | 355 | 401 | 352 | 357 | 320 | 330 | 395 | 337 | 365 | 361 | 0 | 380 | 377 | 327 | 0 | 59.7% |
| 017 | East Baton Rouge Parish | 85 | 40510 | 49.4% | 50.6% | 78 | 1511 | 27998 | 5673 | 71 | 4609 | 570 | 35901 | 90.7% | 9.3% | 0 | 393 | 1776 | 3379 | 3526 | 3223 | 3219 | 3110 | 3015 | 2882 | 2941 | 2909 | 2973 | 55 | 2765 | 2171 | 2173 | 0 | 76.6% |
| 018 | East Carroll Parish | 3 | 772 | 48.8% | 51.2% | 0 | 0 | 766 | 1 | 0 | 3 | 0 | 769 | 100.0% | 0.0% | 0 | 2 | 20 | 64 | 58 | 64 | 61 | 52 | 59 | 53 | 51 | 55 | 83 | 0 | 44 | 50 | 56 | 0 | 95.5% |
| 019 | East Feliciana Parish | 6 | 1672 | 49.8% | 50.2% | 3 | 3 | 955 | 32 | 0 | 643 | 36 | 1029 | 99.5% | 0.5% | 0 | 2 | 90 | 119 | 128 | 122 | 114 | 112 | 108 | 128 | 140 | 110 | 105 | 28 | 124 | 54 | 113 | 0 | 76.0% |
| 020 | Evangeline Parish | 12 | 5530 | 48.0% | 52.0% | 4 | 17 | 2070 | 125 | 1 | 3106 | 207 | 2424 | 99.7% | 0.3% | 0 | 40 | 239 | 392 | 465 | 398 | 369 | 451 | 388 | 414 | 400 | 418 | 426 | 0 | 412 | 346 | 372 | 0 | 70.5% |
| 021 | Franklin Parish | 7 | 2753 | 48.6% | 51.4% | 3 | 3 | 1457 | 27 | 0 | 1199 | 64 | 1554 | 100.0% | 0.0% | 0 | 30 | 175 | 212 | 240 | 186 | 182 | 192 | 207 | 213 | 212 | 193 | 217 | 0 | 181 | 158 | 155 | 0 | 78.8% |
| 022 | Grant Parish | 9 | 2787 | 47.7% | 52.3% | 13 | 1 | 311 | 28 | 1 | 2336 | 96 | 451 | 100.0% | 0.0% | 0 | 34 | 111 | 195 | 230 | 216 | 208 | 203 | 213 | 181 | 201 | 218 | 221 | 10 | 223 | 188 | 135 | 0 | 72.7% |
| 023 | Iberia Parish | 24 | 11268 | 49.2% | 50.8% | 28 | 297 | 4681 | 691 | 2 | 4967 | 602 | 6301 | 98.0% | 2.0% | 3 | 145 | 407 | 899 | 923 | 909 | 873 | 823 | 777 | 789 | 819 | 848 | 781 | 147 | 804 | 658 | 660 | 0 | 70.9% |
| 024 | Iberville Parish | 8 | 4319 | 49.1% | 50.9% | 7 | 26 | 2904 | 136 | 0 | 1176 | 70 | 3143 | 98.5% | 1.5% | 3 | 39 | 387 | 318 | 335 | 295 | 266 | 265 | 309 | 278 | 251 | 304 | 297 | 111 | 260 | 276 | 325 | 0 | 74.0% |
| 025 | Jackson Parish | 7 | 2095 | 47.4% | 52.6% | 3 | 6 | 623 | 45 | 0 | 1347 | 71 | 748 | 99.6% | 0.4% | 0 | 32 | 69 | 153 | 139 | 151 | 156 | 143 | 149 | 162 | 167 | 155 | 168 | 0 | 155 | 142 | 154 | 0 | 65.5% |
| 026 | Jefferson Parish | 83 | 47653 | 48.1% | 51.9% | 151 | 2194 | 16028 | 17730 | 17 | 10382 | 1151 | 37271 | 79.6% | 20.4% | 0 | 805 | 1831 | 3495 | 3971 | 3712 | 3545 | 3522 | 3503 | 3456 | 3414 | 3554 | 3126 | 968 | 3427 | 2704 | 2596 | 0 | 76.2% |
| 027 | Jefferson Davis Parish | 13 | 5416 | 47.5% | 52.5% | 49 | 19 | 1033 | 192 | 0 | 3686 | 437 | 1730 | 99.2% | 0.8% | 0 | 69 | 296 | 403 | 417 | 367 | 373 | 374 | 397 | 377 | 384 | 405 | 0 | 430 | 365 | 361 | 0 | 67.7% |
| 028 | Lafayette Parish | 46 | 31214 | 48.9% | 51.1% | 86 | 764 | 12484 | 3288 | 24 | 13540 | 1028 | 17674 | 93.7% | 6.3% | 1 | 360 | 870 | 2338 | 2537 | 2394 | 2301 | 2247 | 2205 | 2173 | 2202 | 2338 | 1934 | 667 | 2444 | 2237 | 1966 | 0 | 64.3% |
| 029 | Lafourche Parish | 32 | 13642 | 48.9% | 51.1% | 407 | 117 | 2615 | 1366 | 7 | 8219 | 911 | 5423 | 96.5% | 3.5% | 3 | 184 | 549 | 964 | 1065 | 1050 | 1093 | 945 | 979 | 985 | 1010 | 1020 | 1026 | 132 | 1013 | 828 | 796 | 0 | 61.3% |
| 030 | LaSalle Parish | 9 | 2540 | 48.0% | 52.0% | 37 | 4 | 221 | 26 | 0 | 2175 | 77 | 365 | 99.8% | 0.2% | 0 | 12 | 151 | 216 | 202 | 169 | 183 | 206 | 147 | 164 | 182 | 189 | 199 | 0 | 189 | 164 | 167 | 0 | 58.5% |
| 031 | Lincoln Parish | 15 | 5811 | 49.3% | 50.7% | 15 | 68 | 2340 | 422 | 3 | 2843 | 120 | 2968 | 97.4% | 2.6% | 2 | 70 | 231 | 475 | 507 | 424 | 390 | 412 | 421 | 421 | 395 | 398 | 346 | 62 | 419 | 427 | 411 | 0 | 56.9% |
| 032 | Livingston Parish | 44 | 26819 | 48.6% | 51.4% | 44 | 248 | 3416 | 3178 | 17 | 19201 | 715 | 7618 | 95.2% | 4.8% | 3 | 457 | 581 | 2112 | 2204 | 2043 | 1987 | 2036 | 1920 | 1973 | 2037 | 2081 | 2132 | 45 | 1957 | 1731 | 1523 | 0 | 66.4% |
| 033 | Madison Parish | 3 | 1227 | 48.1% | 51.9% | 2 | 5 | 1163 | 18 | 0 | 20 | 19 | 1207 | 99.6% | 0.4% | 0 | 3 | 55 | 81 | 87 | 96 | 105 | 89 | 91 | 84 | 85 | 77 | 111 | 13 | 103 | 85 | 62 | 0 | 90.8% |
| 034 | Morehouse Parish | 5 | 3171 | 48.6% | 51.4% | 1 | 6 | 2032 | 43 | 8 | 1026 | 55 | 2145 | 99.2% | 0.8% | 0 | 15 | 64 | 263 | 261 | 236 | 250 | 231 | 272 | 234 | 238 | 256 | 236 | 20 | 235 | 184 | 176 | 0 | 78.7% |
| 035 | Natchitoches Parish | 14 | 5158 | 49.3% | 50.7% | 39 | 29 | 2890 | 179 | 1 | 1852 | 168 | 3306 | 99.0% | 1.0% | 10 | 32 | 184 | 394 | 387 | 358 | 379 | 393 | 366 | 376 | 369 | 376 | 369 | 89 | 401 | 342 | 333 | 0 | 90.8% |
| 037 | Ouachita Parish | 37 | 18176 | 48.8% | 51.2% | 35 | 218 | 6415 | 800 | 9 | 10255 | 444 | 7921 | 98.1% | 1.9% | 0 | 152 | 579 | 1417 | 1456 | 1370 | 1313 | 1318 | 1330 | 1343 | 1374 | 1388 | 1266 | 183 | 1331 | 1137 | 1219 | 0 | 62.7% |
| 038 | Plaquemines Parish | 8 | 3728 | 46.4% | 53.6% | 51 | 188 | 909 | 436 | 8 | 1931 | 205 | 1797 | 96.4% | 3.6% | 0 | 79 | 176 | 251 | 247 | 267 | 283 | 218 | 244 | 235 | 249 | 270 | 312 | 17 | 304 | 308 | 268 | 0 | 71.1% |
| 039 | Pointe Coupee Parish | 5 | 2572 | 49.4% | 50.6% | 2 | 3 | 1437 | 144 | 0 | 955 | 31 | 1617 | 98.1% | 1.9% | 0 | 34 | 197 | 120 | 175 | 164 | 188 | 177 | 171 | 220 | 203 | 194 | 213 | 7 | 199 | 161 | 149 | 0 | 74.0% |
| 040 | Rapides Parish | 48 | 22017 | 48.7% | 51.3% | 111 | 287 | 9261 | 1109 | 16 | 10650 | 583 | 11367 | 97.9% | 2.1% | 0 | 151 | 1510 | 1505 | 1656 | 1569 | 1583 | 1523 | 1507 | 1509 | 1571 | 1620 | 1507 | 268 | 1646 | 1485 | 1388 | 0 | 76.5% |
| 041 | Red River Parish | 5 | 1271 | 44.6% | 55.4% | 0 | 8 | 782 | 20 | 0 | 407 | 54 | 864 | 99.8% | 0.2% | 0 | 10 | 95 | 101 | 86 | 73 | 95 | 72 | 80 | 91 | 98 | 84 | 113 | 0 | 118 | 80 | 75 | 0 | 90.6% |
| 042 | Richland Parish | 11 | 2749 | 47.3% | 52.7% | 3 | 7 | 1489 | 40 | 0 | 1173 | 36 | 1576 | 99.7% | 0.3% | 0 | 14 | 66 | 229 | 207 | 218 | 193 | 212 | 199 | 190 | 192 | 199 | 234 | 0 | 231 | 170 | 195 | 0 | 73.6% |
| 043 | Sabine Parish | 10 | 3980 | 48.9% | 51.1% | 607 | 8 | 867 | 117 | 3 | 2041 | 337 | 1939 | 99.7% | 0.3% | 0 | 37 | 294 | 277 | 273 | 281 | 308 | 284 | 270 | 280 | 279 | 287 | 269 | 289 | 0 | 63.6% |
| 044 | St. Bernard Parish | 13 | 7815 | 48.4% | 51.6% | 33 | 176 | 2435 | 1450 | 3 | 3396 | 322 | 4419 | 90.2% | 9.8% | 0 | 109 | 367 | 531 | 572 | 567 | 528 | 586 | 561 | 587 | 575 | 599 | 636 | 0 | 637 | 552 | 408 | 0 | 95.5% |
| 045 | St. Charles Parish | 17 | 9397 | 48.5% | 51.5% | 27 | 112 | 3068 | 1033 | 11 | 4770 | 376 | 4627 | 97.6% | 2.4% | 0 | 133 | 399 | 628 | 686 | 665 | 684 | 647 | 676 | 675 | 746 | 758 | 42 | 749 | 641 | 586 | 0 | 49.4% |
| 046 | St. Helena Parish | 4 | 1078 | 50.0% | 50.0% | 0 | 0 | 979 | 22 | 0 | 58 | 19 | 1010 | 99.3% | 0.7% | 0 | 44 | 88 | 73 | 92 | 74 | 83 | 77 | 83 | 70 | 99 | 80 | 0 | 64 | 80 | 66 | 0 | 97.5% |
| 047 | St. James Parish | 7 | 3437 | 48.5% | 51.5% | 5 | 8 | 2082 | 51 | 0 | 1254 | 37 | 2183 | 99.8% | 0.2% | 0 | 76 | 142 | 131 | 118 | 126 | 127 | 136 | 127 | 121 | 132 | 130 | 109 | 29 | 137 | 121 | 134 | 0 | 58.5% |
| 048 | St. John the Baptist Parish | 11 | 5031 | 49.0% | 51.0% | 7 | 17 | 3658 | 746 | 0 | 466 | 131 | 4565 | 93.5% | 6.5% | 0 | 90 | 219 | 366 | 366 | 362 | 346 | 348 | 376 | 388 | 361 | 393 | 445 | 6 | 358 | 340 | 267 | 0 | 79.7% |
| 049 | St. Landry Parish | 34 | 11849 | 49.1% | 50.9% | 28 | 69 | 6658 | 499 | 1 | 4366 | 228 | 7457 | 97.9% | 2.1% | 16 | 93 | 487 | 866 | 1022 | 876 | 805 | 832 | 761 | 902 | 927 | 888 | 930 | 148 | 924 | 748 | 624 | 0 | 75.7% |
| 050 | St. Martin Parish | 16 | 7180 | 48.7% | 51.3% | 19 | 63 | 3234 | 304 | 0 | 3274 | 286 | 3906 | 97.7% | 2.3% | 1 | 59 | 350 | 513 | 595 | 525 | 490 | 513 | 545 | 472 | 508 | 485 | 505 | 53 | 548 | 447 | 451 | 0 | 74.8% |
| 051 | St. Mary Parish | 15 | 7759 | 48.1% | 51.9% | 48 | 78 | 2959 | 1254 | 1 | 2898 | 519 | 4821 | 93.4% | 6.6% | 1 | 94 | 301 | 572 | 596 | 570 | 553 | 549 | 508 | 486 | 566 | 564 | 579 | 91 | 613 | 518 | 549 | 0 | 73.7% |
| 052 | St. Tammany Parish | 56 | 37057 | 48.4% | 51.6% | 109 | 493 | 7804 | 3694 | 34 | 23416 | 1507 | 13641 | 97.0% | 3.0% | 2 | 401 | 1052 | 2647 | 2851 | 2804 | 2759 | 2676 | 2529 | 2651 | 2799 | 2769 | 3138 | 48 | 2944 | 2601 | 2388 | 0 | 44.7% |
| 053 | Tangipahoa Parish | 34 | 19463 | 48.9% | 51.1% | 25 | 110 | 9093 | 1797 | 23 | 7374 | 1041 | 12089 | 96.3% | 3.7% | 0 | 219 | 840 | 1445 | 1490 | 1418 | 1399 | 1381 | 1346 | 1434 | 1362 | 1478 | 1699 | 41 | 1453 | 1298 | 1220 | 0 | 72.5% |
| 054 | Tensas Parish | 3 | 346 | 48.6% | 51.4% | 0 | 0 | 291 | 9 | 0 | 46 | 6 | 300 | 100.0% | 0.0% | 0 | 13 | 7 | 28 | 22 | 34 | 30 | 26 | 14 | 30 | 9 | 0 | 25 | 18 | 27 | 0 | 92.8% |
| 055 | Terrebonne Parish | 31 | 15145 | 48.1% | 51.9% | 990 | 168 | 3748 | 1869 | 6 | 6884 | 1482 | 8261 | 94.1% | 5.9% | 34 | 202 | 710 | 1061 | 1226 | 1170 | 1017 | 1048 | 1043 | 1090 | 1115 | 1128 | 1233 | 144 | 1039 | 1035 | 850 | 0 | 68.3% |
| 056 | Union Parish | 3 | 1798 | 48.6% | 51.4% | 5 | 10 | 730 | 231 | 1 | 769 | 32 | 1010 | 94.7% | 5.3% | 0 | 1 | 76 | 142 | 131 | 118 | 126 | 127 | 136 | 132 | 130 | 109 | 29 | 137 | 121 | 134 | 0 | 76.6% |
| 057 | Vermilion Parish | 21 | 9399 | 49.3% | 50.7% | 9 | 201 | 1806 | 413 | 0 | 6531 | 439 | 2868 | 97.9% | 2.1% | 1 | 122 | 374 | 698 | 779 | 720 | 716 | 685 | 652 | 717 | 731 | 681 | 706 | 14 | 467 | 445 | 433 | 0 | 58.3% |
| 058 | Vernon Parish | 19 | 8048 | 48.2% | 51.8% | 37 | 72 | 1034 | 748 | 50 | 5514 | 593 | 2534 | 98.8% | 1.2% | 66 | 33 | 475 | 659 | 728 | 636 | 591 | 561 | 618 | 591 | 607 | 536 | 577 | 24 | 467 | 445 | 433 | 0 | 58.3% |
| 059 | Washington Parish | 11 | 4791 | 47.8% | 52.2% | 7 | 16 | 1330 | 202 | 0 | 3126 | 110 | 1665 | 98.7% | 1.3% | 10 | 70 | 216 | 363 | 367 | 364 | 332 | 305 | 326 | 359 | 358 | 293 | 70 | 375 | 310 | 330 | 0 | 72.5% |
| 060 | Webster Parish | 14 | 5264 | 48.6% | 51.4% | 8 | 33 | 2230 | 164 | 3 | 2640 | 186 | 2624 | 99.1% | 0.9% | 0 | 66 | 194 | 364 | 373 | 406 | 340 | 351 | 381 | 409 | 367 | 388 | 435 | 0 | 437 | 370 | 360 | 0 | 66.0% |
| 061 | West Baton Rouge Parish | 10 | 4209 | 48.8% | 51.2% | 9 | 19 | 2171 | 280 | 0 | 1670 | 60 | 2539 | 96.5% | 3.5% | 0 | 87 | 315 | 302 | 339 | 297 | 283 | 304 | 295 | 316 | 305 | 314 | 11 | 299 | 256 | 239 | 0 | 76.2% |
| 062 | West Carroll Parish | 5 | 1714 | 48.1% | 51.9% | 8 | 9 | 297 | 54 | 0 | 1307 | 38 | 407 | 99.1% | 0.9% | 14 | 87 | 120 | 134 | 142 | 126 | 134 | 99 | 113 | 131 | 133 | 147 | 8 | 123 | 122 | 118 | 0 | 71.3% |
| 063 | West Feliciana Parish | 4 | 2204 | 48.1% | 51.9% | 0 | 10 | 758 | 40 | 0 | 1334 | 62 | 870 | 99.6% | 0.4% | 0 | 24 | 137 | 172 | 162 | 156 | 151 | 160 | 163 | 157 | 159 | 150 | 149 | 7 | 171 | 141 | 166 | 0 | 43.2% |
| 064 | Winn Parish | 7 | 1961 | 47.6% | 52.4% | 7 | 5 | 663 | 54 | 0 | 1181 | 51 | 789 | 97.6% | 2.4% | 0 | 19 | 70 | 157 | 166 | 140 | 145 | 146 | 155 | 148 | 145 | 155 | 123 | 131 | 109 | 107 | 0 | 78.2% |
| 065 | City of Monroe School District | 20 | 8168 | 49.4% | 50.6% | 3 | 108 | 6701 | 125 | 5 | 1131 | 96 | 7037 | 99.2% | 0.8% | 0 | 77 | 391 | 679 | 600 | 572 | 529 | 576 | 603 | 510 | 599 | 518 | 0 | 0 | 69.8% |
| 066 | City of Bogalusa School District | 5 | 1881 | 48.5% | 51.5% | 3 | 12 | 1277 | 80 | 0 | 437 | 80 | 1444 | 97.4% | 2.6% | 0 | 20 | 78 | 145 | 164 | 148 | 155 | 167 | 130 | 141 | 116 | 117 | 0 | 78.2% |
| 067 | Zachary Community School District | 8 | 5605 | 49.1% | 50.9% | 6 | 65 | 3208 | 172 | 2 | 1923 | 229 | 3682 | 99.4% | 0.6% | 0 | 170 | 233 | 406 | 488 | 423 | 387 | 393 | 408 | 414 | 412 | 477 | 368 | 384 | 0 | 33.8% |
| 068 | City of Baker School District | 6 | 1005 | 50.0% | 50.0% | 1 | 0 | 906 | 79 | 1 | 15 | 4 | 990 | 94.5% | 5.5% | 0 | 43 | 68 | 72 | 86 | 66 | 56 | 64 | 59 | 73 | 62 | 63 | 61 | 0 | 90.5% |
| 069 | Central Community School District | 7 | 4819 | 48.5% | 51.5% | 7 | 40 | 1013 | 410 | 0 | 3210 | 139 | 1609 | 95.8% | 4.2% | 0 | 55 | 106 | 309 | 356 | 343 | 332 | 339 | 348 | 323 | 351 | 374 | 379 | 49 | 385 | 374 | 342 | 0 | 54.1% |
| 101 | Special School District | 9 | 154 | 30.5% | 69.5% | 1 | 3 | 68 | 7 | 0 | 77 | 5 | 100 | 70.0% | 0.0% | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 6 | 14 | 19 | 16 | 17 | 72 | 0 | 100.0% |
| 302 | Louisiana School for Math Science & the Arts | 1 | 270 | 66.7% | 33.3% | 0 | 31 | 24 | 14 | 0 | 194 | 7 | 76 | 0.0% | 0.0% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 101 | 104 | 0 | 0 | 90.9% |
| 304 | LA Schools for the Deaf Sci. Blind & Visually Impaired | 1 | 132 | 47.7% | 52.3% | 4 | 2 | 61 | 14 | 0 | 42 | 9 | 90 | 97.7% | 2.3% | 6 | 13 | 11 | 16 | 7 | 14 | 5 | 7 | 4 | 3 | 4 | 7 | 4 | 0 | 25 | 0 | 0 | 0 | 70.5% |
| 318 | Southern University Lab School | 1 | 1463 | 49.1% | 50.9% | 2 | 53 | 189 | 45 | 0 | 1128 | 46 | 335 | 100.0% | 0.0% | 0 | 0 | 0 | 101 | 109 | 106 | 107 | 109 | 110 | 99 | 104 | 116 | 0 | 123 | 116 | 108 | 0 | 2.9% |
| 319 | Southern University Lab School | 1 | 786 | 49.2% | 50.8% | 4 | 9 | 585 | 18 | 0 | 85 | 11 | 616 | 100.0% | 0.0% | 0 | 0 | 32 | 78 | 71 | 69 | 51 | 64 | 77 | 55 | 60 | 63 | 81 | 6 | 56 | 61 | 58 | 0 | 43.5% |
| 334 | New Orleans Center for Creative Arts | 1 | 223 | 67.7% | 32.3% | 0 | 2 | 140 | 21 | 0 | 18 | 16 | 197 | 100.0% | 0.0% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 28 | 40 | 37 | 52 | 0 | 39.0% |
| 3C1 | Thrive Academy | 1 | 166 | 54.2% | 45.8% | 0 | 0 | 131 | 11 | 0 | 17 | 8 | 148 | 100.0% | 0.0% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 48 | 66 | 52 | 0 | 0 | 0 | 0 | 0 | 0 | 98.5% |
| A02 | Office of Juvenile Justice | 1 | 227 | 0.0% | 100.0% | 0 | 0 | 181 | 9 | 0 | 34 | 3 | 193 | 98.7% | 1.3% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 69 | 82 | 23 | 28 | 23 | 0 | 100.0% |
| CHA | Type 2 Charters | 42 | 27623 | 50.3% | 49.7% | 162 | 303 | 14293 | 2567 | 27 | 9250 | 1021 | 18373 | 96.9% | 3.1% | 0 | 225 | 1928 | 2041 | 2086 | 2039 | 2037 | 2094 | 2306 | 2400 | 2493 | 2233 | 75 | 2249 | 1813 | 1502 | 0 | 70.4% |
| R36 | Orleans Parish | 73 | 43952 | 48.9% | 51.1% | 102 | 664 | 33470 | 5172 | 28 | 3563 | 953 | 40389 | 91.8% | 8.2% | 0 | 724 | 1299 | 3066 | 3196 | 3215 | 3070 | 3116 | 3029 | 3146 | 3158 | 3383 | 3561 | 101 | 3522 | 3079 | 3097 | 62 | 81.6% |
| RBR | Recovery School District - Baton Rouge | 1 | 1688 | 49.9% | 50.1% | 6 | 2 | 1549 | 102 | 1 | 15 | 13 | 1673 | 96.7% | 3.3% | 0 | 0 | 37 | 102 | 115 | 101 | 98 | 114 | 123 | 199 | 213 | 227 | 91 | 0 | 100 | 97 | 69 | 0 | 92.5% |
| RLA | Recovery School District - Louisiana | 1 | 992 | 51.0% | 49.0% | 0 | 0 | 943 | 38 | 0 | 6 | 5 | 986 | 97.7% | 2.3% | 0 | 0 | 41 | 81 | 109 | 88 | 113 | 93 | 106 | 135 | 116 | 109 | 0 | 0 | 0 | 0 | 0 | 95.4% |