# EXHIBIT 158

## Table 2: FY2022-23 Budget Letter - Preliminary MFP Distribution and Adjustments August 2022

| School Systems and Schools | Total MFP State Cost Allocation (Levels 1, 2, & 3 with Continuation of Prior Year Pay Raises) | Minus State Cost Allocations to Other Public Schools Total State Cost Allocations to Other Public Schools | FY2022-23 Total MFP Allocation - State Cost Allocations to Other Public Schools | City/Parish Per Pupil (After State Cost Allocations to Other Public Schools) | FY2022-23 Total MFP Allocation - State Cost Allocations to Other Public Schools +/- Adjustments | FY2022-23 Total MFP Allocation - State Cost Allocations to Other Public Schools +/- Adjustments + Monthly Level 4 | FY2022-23 Total MFP Allocation - State Cost Allocations to Other Public Schools +/- Adjustments + Total Level 4 Funds |
|---|---|---|---|---|---|---|---|
| FY2022-23 | 1 | 36 | 37 | 38 | 45 | 51 | 59 |
| May 2023 | (T3, C33) | Sum (C2:C35) | Sum (C1:C35) | C35 ÷ (T8, C1) | C37 + C39 + C44 | Sum (C45:C50) | C51 + C55 + C56 + C57 + C58 |
| 1 Acadia | $56,742,928 | ($738,181) | $56,004,747 | $6,186 | $54,539,399 | $58,814,233 | $59,077,693 |
| 2 Allen | $28,129,263 | ($206,886) | $27,922,377 | $7,367 | $27,878,175 | $30,149,944 | $30,320,572 |
| 3 Ascension | $113,593,411 | ($1,038,416) | $112,554,995 | $4,868 | $113,095,682 | $125,801,405 | $127,005,163 |
| 4 Assumption | $19,128,459 | ($281,932) | $18,846,527 | $6,757 | $18,231,203 | $19,683,483 | $19,777,808 |
| 5 Avoyelles | $33,428,986 | ($1,344,825) | $32,084,161 | $6,581 | $31,128,125 | $33,261,441 | $33,453,903 |
| 6 Beauregard | $33,204,133 | ($194,023) | $33,010,110 | $6,003 | $32,817,023 | $35,796,931 | $35,902,583 |
| 7 Bienville | $8,508,125 | ($229,980) | $8,278,145 | $4,389 | $7,993,887 | $9,639,157 | $9,688,778 |
| 8 Bossier | $131,258,487 | ($619,507) | $130,638,980 | $5,963 | $131,937,508 | $143,525,835 | $143,998,291 |
| 9 Caddo | $192,305,686 | ($6,403,269) | $185,902,417 | $5,468 | $180,441,855 | $197,573,362 | $198,780,882 |
| 10 Calcasieu | $118,079,254 | ($8,334,259) | $109,744,995 | $4,091 | $109,688,906 | $127,263,883 | $128,267,784 |
| 11 Caldwell | $11,654,578 | ($88,573) | $11,566,005 | $7,966 | $11,424,440 | $12,303,568 | $12,382,375 |
| 12 Cameron | $3,116,739 | ($21,190) | $3,095,549 | $2,877 | $3,017,231 | $3,930,265 | $3,957,265 |
| 13 Catahoula | $8,393,995 | ($646,528) | $7,747,467 | $7,694 | $7,489,766 | $8,107,112 | $8,139,406 |
| 14 Claiborne | $13,601,657 | ($649,809) | $12,951,848 | $7,951 | $12,646,485 | $13,675,412 | $13,714,393 |
| 15 Concordia | $22,333,783 | ($2,208,642) | $20,125,141 | $7,002 | $19,687,625 | $21,665,047 | $21,782,292 |
| 16 DeSoto | $14,699,551 | ($99,691) | $14,599,860 | $3,151 | $14,871,586 | $17,389,764 | $17,765,746 |
| 17 East Baton Rouge | $197,881,078 | ($24,311,603) | $173,569,475 | $4,391 | $169,810,879 | $192,127,807 | $194,250,907 |
| 18 East Carroll | $5,536,448 | ($12,043) | $5,524,405 | $7,212 | $5,465,681 | $6,019,789 | $6,066,579 |
| 19 East Feliciana | $9,717,136 | ($359,141) | $9,357,995 | $5,831 | $9,307,791 | $10,265,377 | $10,310,203 |
| 20 Evangeline | $37,619,112 | ($291,491) | $37,327,621 | $6,901 | $36,681,194 | $39,681,603 | $39,898,112 |
| 21 Franklin | $19,929,143 | ($172,524) | $19,756,619 | $7,344 | $18,974,075 | $20,550,047 | $20,607,718 |
| 22 Grant | $21,969,162 | ($108,494) | $21,860,668 | $7,923 | $21,469,956 | $22,866,075 | $23,008,902 |
| 23 Iberia | $68,066,017 | ($1,349,357) | $66,716,660 | $6,076 | $66,077,276 | $72,028,562 | $72,548,224 |

# Table 2: FY2022-23 Budget Letter - Preliminary MFP Distribution and Adjustments August 2022

| School Systems and Schools | Total MFP State Cost Allocation (Levels 1, 2, & 3 with Continuation of Prior Year Pay Raises) | Minus State Cost Allocations to Other Public Schools Total State Cost Allocations to Other Public Schools | FY2022-23 Total MFP Allocation - State Cost Allocations to Other Public Schools | City/Parish Per Pupil (After State Cost Allocations to Other Public Schools) | FY2022-23 Total MFP Allocation - State Cost Allocations to Other Public Schools +/- Adjustments | FY2022-23 Total MFP Allocation - State Cost Allocations to Other Public Schools +/- Adjustments + Monthly Level 4 | FY2022-23 Total MFP Allocation - State Cost Allocations to Other Public Schools +/- Adjustments + Total Level 4 Funds |
|---|---:|---:|---:|---:|---:|---:|---:|
| 24 Iberville | $12,228,658 | ($549,915) | $11,678,743 | $2,917 | $11,462,833 | $14,438,324 | $14,534,530 |
| 25 Jackson | $12,337,703 | ($297,588) | $12,040,115 | $6,008 | $12,129,507 | $13,335,782 | $13,463,944 |
| 26 Jefferson | $233,180,250 | ($12,257,076) | $220,923,174 | $4,824 | $218,180,130 | $240,853,873 | $242,463,475 |
| 27 Jefferson Davis | $34,531,896 | ($240,488) | $34,291,408 | $6,639 | $34,144,017 | $36,921,525 | $37,057,809 |
| 28 Lafayette | $156,283,232 | ($14,073,422) | $142,209,810 | $4,646 | $140,713,645 | $156,872,500 | $158,171,626 |
| 29 Lafourche | $71,515,846 | ($804,624) | $70,711,222 | $5,344 | $70,120,471 | $76,869,083 | $77,517,361 |
| 30 LaSalle | $16,842,512 | ($121,865) | $16,720,647 | $6,964 | $16,767,750 | $18,055,980 | $18,140,136 |
| 31 Lincoln | $33,811,452 | ($3,300,865) | $30,510,587 | $5,464 | $30,455,120 | $33,702,726 | $33,900,143 |
| 32 Livingston | $178,917,390 | ($3,039,077) | $175,878,313 | $6,797 | $178,466,466 | $191,228,424 | $192,997,039 |
| 33 Madison | $8,113,370 | ($470,806) | $7,642,564 | $6,634 | $7,804,354 | $8,638,797 | $8,691,817 |
| 34 Morehouse | $22,833,063 | ($447,426) | $22,385,637 | $6,996 | $21,800,548 | $23,429,595 | $23,552,095 |
| 35 Natchitoches | $28,489,712 | ($175,121) | $28,314,591 | $5,575 | $27,578,170 | $30,149,752 | $30,469,517 |
| 36 Orleans | $212,882,591 | ($8,964,834) | $203,917,757 | $4,796 | $201,529,484 | $224,340,111 | $225,752,580 |
| 37 Ouachita | $112,942,037 | ($838,384) | $112,103,653 | $6,341 | $111,529,793 | $120,618,323 | $121,033,531 |
| 38 Plaquemines | $10,216,473 | ($145,842) | $10,070,631 | $2,795 | $9,921,645 | $12,191,896 | $12,282,271 |
| 39 Pointe Coupee | $9,461,090 | ($176,942) | $9,284,148 | $3,735 | $8,863,855 | $9,959,946 | $10,145,998 |
| 40 Rapides | $124,333,505 | ($624,170) | $123,709,335 | $5,984 | $121,960,530 | $132,918,101 | $133,808,083 |
| 41 Red River | $4,129,839 | ($28,661) | $4,101,178 | $3,535 | $4,119,899 | $4,866,650 | $4,929,141 |
| 42 Richland | $15,702,016 | ($100,031) | $15,601,985 | $5,928 | $15,853,400 | $17,180,013 | $17,300,848 |
| 43 Sabine | $23,469,487 | ($101,933) | $23,367,554 | $6,193 | $22,859,428 | $25,096,289 | $25,253,781 |
| 44 St. Bernard | $45,529,576 | ($290,618) | $45,238,958 | $6,046 | $44,535,482 | $47,967,927 | $48,287,537 |
| 45 St. Charles | $26,317,969 | ($126,756) | $26,191,213 | $2,898 | $26,194,781 | $32,272,532 | $32,651,375 |
| 46 St. Helena | $8,918,839 | ($177,691) | $8,741,148 | $8,389 | $8,572,965 | $9,086,862 | $9,111,862 |
| 47 St. James | $10,229,674 | ($19,830) | $10,209,844 | $3,172 | $10,106,103 | $11,973,146 | $12,151,594 |
| 48 St. John the Baptist | $24,433,265 | ($509,526) | $23,923,739 | $5,098 | $24,158,692 | $26,956,137 | $27,167,253 |

# Table 2: FY2022-23 Budget Letter - Preliminary MFP Distribution and Adjustments August 2022

| School Systems and Schools | Total MFP State Cost Allocation (Levels 1, 2, & 3 with Continuation of Prior Year Pay Raises) | Minus State Cost Allocations to Other Public Schools Total State Cost Allocations to Other Public Schools | FY2022-23 Total MFP Allocation - State Cost Allocations to Other Public Schools | City/Parish Per Pupil (After State Cost Allocations to Other Public Schools) | FY2022-23 Total MFP Allocation - State Cost Allocations to Other Public Schools +/- Adjustments | FY2022-23 Total MFP Allocation - State Cost Allocations to Other Public Schools +/- Adjustments + Monthly Level 4 | FY2022-23 Total MFP Allocation - State Cost Allocations to Other Public Schools +/- Adjustments + Total Level 4 Funds |
|---|---|---|---|---|---|---|---|
| 49 St. Landry | $77,916,025 | ($4,781,163) | $73,134,862 | $6,219 | $70,537,909 | $77,092,883 | $77,766,134 |
| 50 St. Martin | $42,070,337 | ($1,449,605) | $40,620,732 | $5,868 | $39,907,174 | $43,402,349 | $43,642,476 |
| 51 St. Mary | $47,252,856 | ($392,147) | $46,860,709 | $6,146 | $45,903,572 | $50,021,270 | $50,328,301 |
| 52 St. Tammany | $206,073,272 | ($2,975,890) | $203,097,382 | $5,610 | $201,823,213 | $222,819,951 | $224,034,052 |
| 53 Tangipahoa | $121,140,356 | ($1,948,868) | $119,191,488 | $6,422 | $119,997,489 | $130,358,144 | $131,334,930 |
| 54 Tensas | $2,062,971 | ($231,693) | $1,831,278 | $5,814 | $1,914,983 | $2,171,619 | $2,196,619 |
| 55 Terrebonne | $77,174,432 | ($1,482,277) | $75,692,155 | $5,313 | $76,759,958 | $83,740,966 | $84,276,487 |
| 56 Union | $19,466,487 | ($6,796,824) | $12,669,663 | $7,039 | $12,006,800 | $12,888,833 | $12,950,119 |
| 57 Vermilion | $58,719,811 | ($1,245,548) | $57,474,263 | $6,381 | $57,485,502 | $61,775,373 | $61,992,508 |
| 58 Vernon | $49,941,166 | ($431,459) | $49,509,707 | $6,658 | $50,089,539 | $53,795,629 | $53,902,004 |
| 59 Washington | $36,541,190 | ($527,273) | $36,013,917 | $7,760 | $35,554,568 | $38,082,428 | $38,262,912 |
| 60 Webster | $34,012,497 | ($239,024) | $33,773,473 | $6,389 | $32,160,829 | $34,750,040 | $34,921,463 |
| 61 West Baton Rouge | $16,337,456 | ($477,988) | $15,859,468 | $4,099 | $15,980,026 | $18,166,060 | $18,356,613 |
| 62 West Carroll | $12,673,173 | ($97,591) | $12,575,582 | $7,101 | $11,601,401 | $12,359,163 | $12,431,535 |
| 63 West Feliciana | $8,563,425 | ($83,625) | $8,479,800 | $4,114 | $8,498,313 | $9,834,398 | $9,913,277 |
| 64 Winn | $13,772,120 | ($69,798) | $13,702,322 | $7,258 | $13,540,959 | $14,648,555 | $14,780,501 |
| 65 City of Monroe | $46,769,033 | ($127,902) | $46,641,131 | $5,981 | $46,364,828 | $50,808,085 | $51,023,799 |
| 66 City of Bogalusa | $12,756,750 | ($199,456) | $12,557,294 | $6,961 | $12,643,969 | $13,728,266 | $13,787,311 |
| 67 Zachary Community | $33,672,030 | ($665,541) | $33,006,489 | $6,246 | $33,778,164 | $36,016,101 | $36,156,374 |
| 68 City of Baker | $10,532,238 | ($3,401,687) | $7,130,551 | $7,428 | $6,753,117 | $7,242,193 | $7,267,193 |
| 69 Central Community | $33,311,927 | ($669,248) | $32,642,679 | $6,869 | $32,375,630 | $34,257,560 | $34,570,954 |
| STATE TOTALS | $3,567,308,128 | ($125,888,462) | $3,441,419,666 | $5,478 | $3,410,182,759 | $3,750,004,262 | $3,775,436,487 |

3

## Table 2: FY2022-23 Budget Letter - Preliminary MFP Distribution and Adjustments August 2022

| School Systems and Schools | Total MFP State Cost Allocation (Levels 1, 2, & 3 with Continuation of Prior Year Pay Raises) | Minus State Cost Allocations to Other Public Schools — Total State Cost Allocations to Other Public Schools | FY2022-23 Total MFP Allocation - State Cost Allocations to Other Public Schools | City/Parish Per Pupil (After State Cost Allocations to Other Public Schools) | FY2022-23 Total MFP Allocation - State Cost Allocations to Other Public Schools +/- Adjustments | FY2022-23 Total MFP Allocation - State Cost Allocations to Other Public Schools +/- Adjustments + Monthly Level 4 | FY2022-23 Total MFP Allocation - State Cost Allocations to Other Public Schools +/- Adjustments + Total Level 4 Funds |
|---|---|---|---|---|---|---|---|