# EXHIBIT 159

**Table 3: FY2022-23 Budget Letter**
**Level 1 Base Cost and Level 2 Reward Incentive**

| School System | MFP Funded Membership (City/Parish School Systems, New Type 2 Charter Schools, & RSD/Type 5 Charter Schools) Per EdLink 2-1-22 | Economically Disadvantaged (ED) Per EdLink 2-1-22 | Add-On Student Units | Career & Technical Education Units (CTE) Per EdLink 10-1-21 | Add-On Student Units | Students with Disabilities (SWD) Per SER 2-1-22 | Add-On Student Units | Gifted and Talented Students (GT) Per SER 2-1-22 | Add-On Student Units | Economy-of-Scale: If < 7,500, then 7,500 less February Membership | Economy-of-Scale Percent Support | Add-On Student Units | Total Weighted Add-On Student Units | Total Weighted Membership and Units | Per Pupil Amount | Total Level 1 Costs | Local Cost Allocation of Level 1 (Deduction for Property, Sales, and Other Revenues) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 22% | | 6% | | 150% | | 60% | | 7,500 | 37,500 | 37,500 | | | | $4,015 | | |
| FY2022-23 | 1 | (2a) | 2 | (3a) | 3 | (4a) | 4 | (5a) | 5 | (6a) | (6b) | 6 | 7 | 8 | 9 | 10 | 11 |
| May 2023 | (T8, C34) | Link to ED Tab in Student Count File | C2a x 22% | Link to CTE Tab in Student Count File | C3a x 6% | Link to SWD Tab in Student Count File | C4a x 150% | Link to GT Tab in Student Count File | C5a x 60% | If C1 < 7,500, 7,500 - C1, 0 | C6a ÷ 37,500 | C1 x C6b | C2 + C3 + C4 + C5 + C6 | C1 + C7 | Resolution | C8 x C9 | (T6, C8) |
| 1 Acadia | 9,174 | 6,499 | 1,430 | 3,715.0 | 223 | 1,123 | 1,685 | 66 | 40 | 0 | 0.000% | 0 | 3,377 | 12,551 | $4,015 | $50,391,382 | $12,055,337 |
| 2 Allen | 3,820 | 2,561 | 563 | 1,791.5 | 107 | 456 | 684 | 30 | 18 | 3,680 | 9.813% | 375 | 1,748 | 5,568 | $4,015 | $22,354,583 | $3,598,418 |
| 3 Ascension | 23,338 | 12,662 | 2,786 | 12,464.0 | 748 | 2,469 | 3,704 | 520 | 312 | 0 | 0.000% | 0 | 7,549 | 30,887 | $4,015 | $124,011,225 | $44,512,546 |
| 4 Assumption | 2,837 | 2,011 | 442 | 1,407.5 | 84 | 443 | 665 | 88 | 53 | 4,663 | 12.435% | 353 | 1,597 | 4,434 | $4,015 | $17,802,313 | $4,340,173 |
| 5 Avoyelles | 5,109 | 4,052 | 891 | 3,727.0 | 224 | 632 | 948 | 13 | 8 | 2,391 | 6.376% | 326 | 2,397 | 7,506 | $4,015 | $30,135,024 | $5,936,417 |
| 6 Beauregard | 5,530 | 3,204 | 705 | 2,188.0 | 131 | 898 | 1,347 | 55 | 33 | 1,970 | 5.253% | 290 | 2,507 | 8,037 | $4,015 | $32,267,153 | $8,836,810 |
| 7 Bienville | 1,938 | 1,503 | 331 | 886.0 | 53 | 300 | 450 | 55 | 33 | 5,562 | 14.832% | 287 | 1,154 | 3,092 | $4,015 | $12,415,441 | $6,265,724 |
| 8 Bossier | 22,007 | 12,247 | 2,694 | 7,880.5 | 473 | 3,234 | 4,851 | 1,187 | 712 | 0 | 0.000% | 0 | 8,730 | 30,737 | $4,015 | $123,410,541 | $34,000,562 |
| 9 Caddo | 35,166 | 24,935 | 5,486 | 12,667.0 | 760 | 4,430 | 6,645 | 1,708 | 1,025 | 0 | 0.000% | 0 | 13,916 | 49,082 | $4,015 | $197,062,303 | $65,633,252 |
| 10 Calcasieu | 28,911 | 18,131 | 3,989 | 11,028.0 | 662 | 4,858 | 7,287 | 754 | 452 | 0 | 0.000% | 0 | 12,390 | 41,301 | $4,015 | $165,823,114 | $79,944,159 |
| 11 Caldwell | 1,464 | 1,049 | 231 | 994.0 | 60 | 286 | 429 | 41 | 25 | 6,036 | 16.096% | 236 | 980 | 2,444 | $4,015 | $9,811,317 | $1,753,880 |
| 12 Cameron | 1,084 | 811 | 178 | 523.5 | 31 | 170 | 255 | 60 | 36 | 6,416 | 17.109% | 185 | 686 | 1,770 | $4,015 | $7,107,721 | $6,364,732 |
| 13 Catahoula | 1,102 | 916 | 202 | 695.5 | 42 | 158 | 237 | 3 | 2 | 6,398 | 17.061% | 188 | 670 | 1,772 | $4,015 | $7,114,830 | $1,360,503 |
| 14 Claiborne | 1,719 | 1,469 | 323 | 813.5 | 49 | 376 | 564 | 147 | 88 | 5,781 | 15.416% | 265 | 1,289 | 3,008 | $4,015 | $12,077,887 | $2,695,404 |
| 15 Concordia | 3,226 | 2,617 | 576 | 1,814.0 | 109 | 406 | 609 | 88 | 53 | 4,274 | 11.397% | 368 | 1,714 | 4,940 | $4,015 | $19,834,290 | $4,009,148 |
| 16 DeSoto | 4,665 | 2,865 | 630 | 3,199.5 | 192 | 497 | 746 | 190 | 114 | 2,835 | 7.560% | 353 | 2,034 | 6,699 | $4,015 | $26,898,268 | $16,207,848 |
| 17 East Baton Rouge | 44,962 | 36,989 | 8,138 | 19,604.0 | 1,176 | 5,170 | 7,755 | 1,324 | 794 | 0 | 0.000% | 0 | 17,863 | 62,825 | $4,015 | $252,243,258 | $122,561,912 |
| 18 East Carroll | 768 | 745 | 164 | 450.0 | 27 | 93 | 140 | 0 | 0 | 6,732 | 17.952% | 138 | 468 | 1,236 | $4,015 | $4,963,630 | $1,196,984 |
| 19 East Feliciana | 1,666 | 1,276 | 281 | 696.0 | 42 | 242 | 363 | 36 | 22 | 5,834 | 15.557% | 259 | 966 | 2,632 | $4,015 | $10,568,522 | $3,937,965 |
| 20 Evangeline | 5,448 | 3,975 | 875 | 2,219.0 | 133 | 895 | 1,343 | 110 | 66 | 2,052 | 5.472% | 298 | 2,714 | 8,162 | $4,015 | $32,771,452 | $6,317,499 |
| 21 Franklin | 2,717 | 2,273 | 500 | 1,180.0 | 71 | 470 | 705 | 111 | 67 | 4,783 | 12.755% | 347 | 1,689 | 4,406 | $4,015 | $17,690,144 | $3,486,373 |
| 22 Grant | 2,776 | 2,096 | 461 | 1,998.0 | 120 | 564 | 846 | 10 | 6 | 4,724 | 12.597% | 350 | 1,783 | 4,559 | $4,015 | $18,303,151 | $2,214,987 |
| 23 Iberia | 11,216 | 8,377 | 1,843 | 5,491.0 | 329 | 1,603 | 2,405 | 366 | 220 | 0 | 0.000% | 0 | 4,797 | 16,013 | $4,015 | $64,290,188 | $17,505,052 |
| 24 Iberville | 4,192 | 3,330 | 733 | 1,393.5 | 84 | 495 | 743 | 143 | 86 | 3,308 | 8.821% | 370 | 2,014 | 6,206 | $4,015 | $24,918,240 | $18,344,532 |
| 25 Jackson | 2,052 | 1,336 | 294 | 1,434.0 | 86 | 248 | 372 | 96 | 58 | 5,448 | 14.528% | 298 | 1,108 | 3,160 | $4,015 | $12,686,093 | $4,011,614 |
| 26 Jefferson | 48,447 | 40,848 | 8,987 | 18,380.0 | 1,103 | 6,468 | 9,702 | 2,763 | 1,658 | 0 | 0.000% | 0 | 21,449 | 69,896 | $4,015 | $280,633,082 | $128,185,051 |
| 27 Jefferson Davis | 5,203 | 3,307 | 728 | 3,625.0 | 218 | 774 | 1,161 | 94 | 56 | 2,297 | 6.125% | 319 | 2,481 | 7,684 | $4,015 | $30,851,757 | $7,138,942 |
| 28 Lafayette | 33,709 | 21,834 | 4,803 | 15,424.5 | 925 | 3,180 | 4,770 | 1,407 | 844 | 0 | 0.000% | 0 | 11,343 | 45,052 | $4,015 | $180,884,382 | $74,030,261 |
| 29 Lafourche | 13,387 | 9,652 | 2,123 | 8,039.5 | 482 | 1,384 | 2,076 | 246 | 148 | 0 | 0.000% | 0 | 4,829 | 18,216 | $4,015 | $73,138,886 | $24,549,965 |
| 30 LaSalle | 2,421 | 1,515 | 333 | 907.0 | 54 | 290 | 435 | 31 | 19 | 5,079 | 13.544% | 328 | 1,169 | 3,590 | $4,015 | $14,414,734 | $2,935,466 |
| 31 Lincoln | 6,177 | 3,932 | 865 | 3,017.0 | 181 | 1,110 | 1,665 | 254 | 152 | 1,323 | 3.528% | 218 | 3,081 | 9,258 | $4,015 | $37,172,414 | $13,188,279 |
| 32 Livingston | 26,330 | 18,013 | 3,963 | 15,034.5 | 902 | 3,614 | 5,421 | 932 | 559 | 0 | 0.000% | 0 | 10,845 | 37,175 | $4,015 | $149,258,147 | $25,474,097 |
| 33 Madison | 1,226 | 1,158 | 255 | 899.5 | 54 | 200 | 300 | 12 | 7 | 6,274 | 16.731% | 205 | 821 | 2,047 | $4,015 | $8,218,914 | $2,470,276 |
| 34 Morehouse | 3,266 | 2,723 | 599 | 1,697.5 | 102 | 540 | 810 | 12 | 7 | 4,234 | 11.291% | 369 | 1,887 | 5,153 | $4,015 | $20,688,789 | $4,768,765 |
| 35 Natchitoches | 5,109 | 4,621 | 1,017 | 3,497.5 | 210 | 603 | 905 | 154 | 92 | 2,391 | 6.376% | 326 | 2,549 | 7,658 | $4,015 | $30,747,351 | $10,311,537 |
| 36 Orleans | 44,494 | 38,109 | 8,384 | 10,465.0 | 628 | 6,713 | 10,070 | 2,147 | 1,288 | 0 | 0.000% | 0 | 20,370 | 64,864 | $4,015 | $260,427,274 | $111,297,767 |
| 37 Ouachita | 17,809 | 11,253 | 2,476 | 7,388.0 | 443 | 2,539 | 3,809 | 711 | 427 | 0 | 0.000% | 0 | 7,154 | 24,963 | $4,015 | $100,226,606 | $22,766,049 |
| 38 Plaquemines | 3,658 | 2,641 | 581 | 111.0 | 7 | 528 | 792 | 206 | 124 | 3,842 | 10.245% | 375 | 1,878 | 5,536 | $4,015 | $22,227,209 | $17,009,195 |
| 39 Pointe Coupee | 2,534 | 1,953 | 430 | 878.5 | 53 | 462 | 693 | 40 | 24 | 4,966 | 13.243% | 336 | 1,535 | 4,069 | $4,015 | $16,336,825 | $9,613,643 |
| 40 Rapides | 20,767 | 13,596 | 2,991 | 11,125.0 | 668 | 3,022 | 4,533 | 519 | 311 | 0 | 0.000% | 0 | 8,503 | 29,270 | $4,015 | $117,519,130 | $32,350,566 |
| 41 Red River | 1,169 | 1,054 | 232 | 626.5 | 38 | 170 | 255 | 13 | 8 | 6,331 | 16.883% | 197 | 730 | 1,899 | $4,015 | $7,623,009 | $4,731,020 |

**Table 3: FY2022-23 Budget Letter**
**Level 1 Base Cost and Level 2 Reward Incentive**

| School System | MFP Funded Membership (City/Parish School Systems, New Type 2 Charter Schools, & RSD/Type 5 Charter Schools) Per EdLink 2-1-22 | Economically Disadvantaged (ED) Per EdLink 2-1-22 | Add-On Student Units | Career & Technical Education Units (CTE) Per EdLink 10-1-21 | Add-On Student Units | Students with Disabilities (SWD) Per SER 2-1-22 | Add-On Student Units | Gifted and Talented Students (GT) Per SER 2-1-22 | Add-On Student Units | Economy-of-Scale: If < 7,500, then 7,500 less February Membership | Economy-of-Scale Percent Support | Add-On Student Units | Total Weighted Add-On Student Units | Total Weighted Membership and Units | Per Pupil Amount | Total Level 1 Costs | Local Cost Allocation of Level 1 (Deduction for Property, Sales, and Other Revenues) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 22% | | 6% | | 150% | | 60% | | 7,500 | 37,500 | 37,500 | | | $4,015 | | |
| 42 Richland | 2,649 | 2,098 | 462 | 1,389.5 | 83 | 388 | 582 | 52 | 31 | 4,851 | 12.936% | 343 | 1,501 | 4,150 | $4,015 | $16,661,466 | $5,361,578 |
| 43 Sabine | 3,790 | 2,866 | 631 | 2,744.5 | 165 | 476 | 714 | 90 | 54 | 3,710 | 9.893% | 375 | 1,938 | 5,728 | $4,015 | $22,998,461 | $6,424,221 |
| 44 St. Bernard | 7,534 | 6,052 | 1,331 | 3,254.0 | 195 | 914 | 1,371 | 137 | 82 | 0 | 0.000% | 0 | 2,980 | 10,514 | $4,015 | $42,213,228 | $10,937,122 |
| 45 St. Charles | 9,081 | 6,095 | 1,341 | 5,172.5 | 310 | 1,100 | 1,650 | 732 | 439 | 0 | 0.000% | 0 | 3,740 | 12,821 | $4,015 | $51,478,122 | $35,798,646 |
| 46 St. Helena | 1,068 | 1,043 | 229 | 630.0 | 38 | 202 | 303 | 59 | 35 | 6,432 | 17.152% | 183 | 789 | 1,857 | $4,015 | $7,455,226 | $1,282,826 |
| 47 St. James | 3,225 | 2,201 | 484 | 1,293.5 | 78 | 514 | 771 | 93 | 56 | 4,275 | 11.400% | 368 | 1,756 | 4,981 | $4,015 | $19,999,839 | $14,090,480 |
| 48 St. John the Baptist | 4,796 | 4,290 | 944 | 2,846.5 | 171 | 692 | 1,038 | 106 | 64 | 2,704 | 7.211% | 348 | 2,562 | 7,358 | $4,015 | $29,542,489 | $12,720,241 |
| 49 St. Landry | 12,586 | 10,287 | 2,263 | 8,074.5 | 484 | 1,883 | 2,825 | 218 | 131 | 0 | 0.000% | 0 | 5,703 | 18,289 | $4,015 | $73,429,974 | $18,700,001 |
| 50 St. Martin | 7,188 | 5,261 | 1,157 | 3,734.0 | 224 | 802 | 1,203 | 320 | 192 | 312 | 0.832% | 60 | 2,836 | 10,024 | $4,015 | $40,247,421 | $11,145,594 |
| 51 St. Mary | 7,691 | 6,306 | 1,387 | 4,036.0 | 242 | 1,331 | 1,997 | 554 | 332 | 0 | 0.000% | 0 | 3,958 | 11,649 | $4,015 | $46,772,261 | $13,998,372 |
| 52 St. Tammany | 36,757 | 20,474 | 4,504 | 14,519.0 | 871 | 6,865 | 10,298 | 2,298 | 1,379 | 0 | 0.000% | 0 | 17,052 | 53,809 | $4,015 | $216,042,011 | $71,910,759 |
| 53 Tangipahoa | 18,868 | 14,964 | 3,292 | 13,028.0 | 782 | 2,617 | 3,926 | 451 | 271 | 0 | 0.000% | 0 | 8,270 | 27,138 | $4,015 | $108,958,508 | $25,958,269 |
| 54 Tensas | 360 | 341 | 75 | 278.5 | 17 | 80 | 120 | 10 | 6 | 7,140 | 19.040% | 69 | 286 | 646 | $4,015 | $2,594,790 | $1,147,573 |
| 55 Terrebonne | 14,526 | 11,649 | 2,563 | 7,628.5 | 458 | 1,785 | 2,678 | 555 | 333 | 0 | 0.000% | 0 | 6,031 | 20,557 | $4,015 | $82,536,315 | $29,961,727 |
| 56 Union | 2,890 | 2,206 | 485 | 1,235.5 | 74 | 371 | 557 | 47 | 28 | 4,610 | 12.293% | 355 | 1,499 | 4,389 | $4,015 | $17,623,512 | $4,053,988 |
| 57 Vermilion | 9,200 | 5,627 | 1,238 | 4,158.5 | 250 | 1,177 | 1,766 | 206 | 124 | 0 | 0.000% | 0 | 3,377 | 12,577 | $4,015 | $50,494,848 | $10,642,886 |
| 58 Vernon | 7,496 | 4,702 | 1,034 | 3,120.5 | 187 | 1,077 | 1,616 | 103 | 62 | 4 | 0.011% | 1 | 2,900 | 10,396 | $4,015 | $41,739,115 | $7,892,895 |
| 59 Washington | 4,712 | 3,537 | 778 | 2,565.5 | 154 | 946 | 1,419 | 406 | 244 | 2,788 | 7.435% | 350 | 2,945 | 7,657 | $4,015 | $30,742,884 | $3,464,645 |
| 60 Webster | 5,324 | 3,943 | 867 | 2,684.0 | 161 | 849 | 1,274 | 273 | 164 | 2,176 | 5.803% | 309 | 2,775 | 8,099 | $4,015 | $32,516,488 | $8,608,155 |
| 61 West Baton Rouge | 3,985 | 2,932 | 645 | 2,371.0 | 142 | 515 | 773 | 188 | 113 | 3,515 | 9.373% | 374 | 2,046 | 6,031 | $4,015 | $24,214,923 | $12,696,438 |
| 62 West Carroll | 1,786 | 1,326 | 292 | 815.5 | 49 | 266 | 399 | 3 | 2 | 5,714 | 15.237% | 272 | 1,014 | 2,800 | $4,015 | $11,240,325 | $2,036,598 |
| 63 West Feliciana | 2,081 | 1,088 | 239 | 1,417.5 | 85 | 344 | 516 | 147 | 88 | 5,419 | 14.451% | 301 | 1,229 | 3,310 | $4,015 | $13,290,996 | $7,388,871 |
| 64 Winn | 1,898 | 1,396 | 307 | 1,664.0 | 100 | 289 | 434 | 47 | 28 | 5,602 | 14.939% | 284 | 1,152 | 3,050 | $4,015 | $12,246,562 | $2,581,177 |
| 65 City of Monroe | 7,819 | 6,369 | 1,401 | 3,274.0 | 196 | 1,323 | 1,985 | 762 | 457 | 0 | 0.000% | 0 | 4,039 | 11,858 | $4,015 | $47,611,155 | $15,688,692 |
| 66 City of Bogalusa | 1,838 | 1,668 | 367 | 886.0 | 53 | 351 | 527 | 157 | 94 | 5,662 | 15.099% | 278 | 1,318 | 3,156 | $4,015 | $12,672,704 | $3,712,481 |
| 67 Zachary Community | 5,386 | 2,847 | 626 | 1,867.5 | 112 | 573 | 860 | 400 | 240 | 2,114 | 5.637% | 304 | 2,141 | 7,527 | $4,015 | $30,222,908 | $7,326,714 |
| 68 City of Baker | 1,488 | 1,378 | 303 | 1,037.0 | 62 | 149 | 224 | 2 | 1 | 6,012 | 16.032% | 239 | 829 | 2,317 | $4,015 | $9,301,294 | $2,130,739 |
| 69 Central Community | 4,847 | 2,573 | 566 | 2,716.5 | 163 | 522 | 783 | 409 | 245 | 2,653 | 7.075% | 343 | 2,100 | 6,947 | $4,015 | $27,893,712 | $5,251,397 |
| **STATE TOTAL** | **653,462** | **469,657** | **103,325** | **299,818.0** | **17,989** | **90,514** | **135,771** | **25,567** | **15,340** | **195,317** | | **13,107** | **285,532** | **938,994** | **$4,015** | **$3,770,062,116** | **$1,320,825,355** |