# EXHIBIT 3

Notice Date: 12/15/2023

Deposition Date: 12/7/2023

Deponent: Michael Clemens

Case Name: State of Arizona, et al. v. Merrick Garland, et al.

CORRECTIONS PAGE 1 OF 2

| Page:Line | Now Reads | Should Read |
|---|---|---|
| 29:16 | titled | title |
| 44:8 | d an | and |
| 57:21 | condition | conditions |
| 58:11 | migrant | migrate |
| 61:16 | CPB | CBP |
| 65:10 | CPB | CBP |
| 68:18 | CPB | CBP |
| 69:20 | assessed asserted | assessed that asserted |
| 70:12 | did their change | did change |
| 79:14 | whether is | whether there is |
| 79:15 | the positive effects | a positive effect |
| 82:11 | CPB | CBP |
| 84:13 | CPB | CBP |
| 86:1 | CPB | CBP |
| 86:2 | CPB | CBP |
| 86:13 | CPB | CBP |
| 90:2 | instructed to | instructed not to |
| 90:3-4 | instructed to | instructed not to |

Corrections page 2 of 2

Deposition Date: 12/7/2023
Deponent: Michael Clemens
Case Name: State of Arizona, et al. v. Merrick Garland, et al.

| *Page:Line* | *Now reads* | *Should read* |
|---|---|---|
| 92:1 & 2 | CPB | CBP |
| 96:2 | USPB | USBP |
| 96:13 | USPB | USBP |
| 96:19 | CPB | CBP |
| 97:18 | don't whether | don't know whether |
| 99:8 | in their absence | to their absence |
| 106:5 | criteria | criterion |
| 123:17 | CPB | CBP |
| 135:2–3 | which it would best | which would be best |
| 136:21 | dependent | independent |
| 138:2 | Fourier compositions | Fourier decompositions |
| 138:8 | sign waves | sine waves |
| 138:12 | sign waves | sine waves |
| 140:20 | opposite what | opposite of what |
| 150:12 | abstract for that | abstract method (?) for that |
| 153:18 | In reversion | Mean reversion |
| 163:2 | valuation | evaluation |
| 163:3 | that it did | that I did |
| 165:21 | CPB | CBP |
| 166:20 | current | correct |
| 169:5 | doing an applied econometrics model | doing applied econometrics, a model |
| 171:14 | sign waves | sine waves |
| 171:16 | sign waves | sine waves |
| 173:6 | sign waves | sine waves |
| 177:15 | this is a substantial | there is a substantial |
| 180:17 | CPB | CBP |
| 208:21 | That's true in | That's not true in |
| 209:19 | CPB | CBP |
| 16:16 | CPB | CBP |
| 32:12 | CPB | CBP |
| 36:11 | CPB | CBP |
| 66:19 & 22 | CPB | CBP |
| 67:4 | CPB | CBP |
| 76:13 | CPB | CBP |
| 86:16 | CPB | CBP |
| 87:2 & 15 | CPB | CBP |
| 99:6 | CPB | CBP |

CERTIFICATE OF DEPONENT

I hereby certify that I have read and examined the foregoing transcript, and the same is a true and accurate record of the testimony given by me. Any additions or corrections that I feel are necessary, I will attach on a separate sheet of paper to the original transcript.

_____
Signature of Deponent

I hereby certify that the individual representing himself/herself to be the above-named individual, appeared before me this \_\_\_\_\_ day of _____, 20\_\_, and executed the above certificate in my presence.

_____
NOTARY PUBLIC IN AND FOR

_____
County Name

MY COMMISSION EXPIRES: