# EXHIBIT 5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, *et al.*, <br><br> Defendants. | No. 6:22-CV-01130 <br><br> Judge David C. Joseph <br><br> Magistrate Judge Carol B. Whitehurst |

## NOTICE OF DEPOSITION OF MICHAEL A. CLEMENS

PLEASE TAKE NOTICE that, in accordance with the Federal Rules of Civil Procedure, any other applicable rules or Court orders, and the Parties' email of November 14, Plaintiffs will take the deposition by oral examination of Michael A. Clemens, whose address is unknown, on December 7, 2023, commencing at 09:00 a.m. (Eastern), at 1629 K Street, NW, Suite 600, Washington, DC, or such other time and place as may be mutually agreed. The deposition shall be taken before a notary public or some other person authorized by law to administer oaths. The testimony will be recorded by stenographic means by a court reporter and may be recorded by audio/visual means. The deposition is being taken for the purpose of limited discovery as to standing, but may be used for any other purpose permitted under the Federal Rules of Civil Procedure and any applicable local rules and Court orders, including at trial. The deposition will continue from day to day until completed.


EXHIBIT 5
12/7/23 CBC

Dated: November 28, 2023

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL OF LOUISIANA**

/s/ Joseph S. St. John
ELIZABETH B. MURRILL (La #20685)
  Solicitor General
JOSEPH SCOTT ST. JOHN (La #36682)
  Deputy Solicitor General
JORDAN BAILEY REDMON (La #37272)
  Assistant Solicitor General
LOUISIANA DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
1885 N. Third Street
Baton Rouge, Louisiana 70804
Tel: (225) 485-2458
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov
redmonj@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*

**CERTIFICATE OF SERVICE**

I certify that on November 28, 2023, I am causing this document to be emailed to opposing counsel at Erez.R.Reuveni@usdoj.gov; Elissa.P.Fudim@usdoj.gov; Joseph.A.Darrow@usdoj.gov; and Erin.T.Ryan@usdoj.gov; and to counsel for Florida at James.Percival@myfloridalegal.com; and Anita.Patel@myfloridalegal.com.

/s/ Joseph Scott St. John

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, *et al.*, <br><br> Defendants. | No. 6:22-CV-01130 <br><br> Judge David C. Joseph <br><br> Magistrate Judge Carol B. Whitehurst |

### NOTICE OF DEPOSITION OF MICHAEL A. CLEMENS

PLEASE TAKE NOTICE that, in accordance with the Federal Rules of Civil Procedure, any other applicable rules or Court orders, and the Parties' email of November 14, Plaintiffs will take the deposition by oral examination of Michael A. Clemens, whose address is unknown, on December 7, 2023, commencing at 09:00 a.m. (Eastern), at 1629 K Street, NW, Suite 600, Washington, DC, or such other time and place as may be mutually agreed. The deposition shall be taken before a notary public or some other person authorized by law to administer oaths. The testimony will be recorded by stenographic means by a court reporter and may be recorded by audio/visual means. The deposition is being taken for the purpose of limited discovery as to standing, but may be used for any other purpose permitted under the Federal Rules of Civil Procedure and any applicable local rules and Court orders, including at trial. The deposition will continue from day to day until completed.

5