# EXHIBIT 6



EXHIBIT 6
12/7/23 CBC

Ex 6