# EXHIBIT 251

and then

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

STATE OF ARIZONA, *et al.*,                    )
                                               )
    *Plaintiffs,*                            )
                                               )
v.                                             )    Civil Action No. 6:22-cv-01130
                                               )
MERRICK GARLAND,                               )
in his official capacity as Attorney           )    Errata to the Deposition of Rodney Scott
General of the United States, *et al.*,        )
                                               )
    *Defendants.*                            )
                                               )

| Page:Line | Text Reads | Text Should Read | Reason for Change |
|---|---|---|---|
| 8:19 | security immigration | security and immigration | word missing |
| 9:19 | border control | Border Patrol | dictation error |
| 10:2 | rule that we're | rule that was | inaccurate |
| 10:3 | not in the federal | in the federal | inaccurate |
| 13:3 | the governor wanted | the government wanted | inaccurate |
| 14:9 | security immigration | security and immigration | missing word |
| 14:16 | security immigration | security and immigration | missing word |
| 19:7 | border patrol academy | border patrol museum | inaccurate |
| 26:19 | vehicle for | vehicle | dictation error, (delete for) |
| 26:20 | student emergency driving | emergency driving | dictation error |
| 30:15 | My policy within | Policy within | dictation error |
| 61:6 | deterrents | deterrence | dictation error |
| 61:7 | deterrents | deterrence | dictation error |
| 62:2 | commonly are here to talk about | commonly hear about | suspected dictation error |
| 62:18 | this is an opinion, | this is not an opinion | accuracy |
| 63:11 | when I'm say | when I say | accuracy |
| 77:9 | tell that you number | tell you that number | dictation error |
| 80:8 | and then more | and then | accuracy |
| 92:21 | point of entry | Port of Entry | dictation error |
| 93:3 | look a map | look at a map | dictation error |
| 96:5 | border control | border patrol | dictation error |
| 97:9 | border control | border patrol | dictation error |
| 112:21 | I taught | I thought | dictation error |

| 118:6 | board patrol | border patrol | dictation error |
| 122:9 | border control | border patrol. | dictation error |
| 136.3 | wall, the state was shut off the | wall, the | accuracy/ dictation error |
| 140:8 | State and Liaison | State and local Liaison | accuracy/ dictation error |
| 146:6 | up to them? | up to them. | accuracy/ dictation error |
| 137:13 | but definition | by definition | accuracy/ dictation error |
| 151:9 | DHS HKU | DHS HQ | accuracy/ dictation error |
| 10: 2-3 | that we're not in the | that went out in the | dictation error |
| 13: 18-19 | security immigration | security and immigration | dictation error |
| 28: 9 | the some time you start | the time you start | accuracy |
| 80:8 | and then more | and then were | accuracy |
| 75:21-22 | so would have | so it would have | accuracy |

Certificate of Deponent

I hereby certify that I have read and examined the foregoing transcript, and that it is a true and accurate record of the testimony given by me. Any corrections that I feel are necessary are attached on the above errata.

Rodney Scott

Sworn before me this _____ day of _____, 2023.

2024

_____
Notary Public