# EXHIBIT 252



Rodney Scott
Chief-Retired, United States Border Patrol
Distinguished Senior Fellow, Texas Public Policy Foundation

Chief Rodney S. Scott (retired) was the 24th Chief of the United States Border Patrol (USBP). Chief Scott assumed command of the USBP on February 2, 2020.

Chief Scott (Rodney) began his career with the U.S. Border Patrol on May 11, 1992, as a member of Academy Class 252. His first assignment was to the Imperial Beach Station, San Diego Sector as a frontline agent. Scott promoted through the ranks and held numerous leadership positions at various Stations and Sectors as outlined below before retiring from federal service on August 14, 2021.

- September 26,1996 - Senior Patrol Agent, Chula Vista Station, San Diego Sector
- November 23, 1997 - Supervisory Border Patrol Agent, Chula Vista Station, San Diego Sector
- November 1998 – Supervisory Border Patrol Agent, Nogales Station, Tucson Sector
- January 12, 2002 – Field Operations Supervisor, Nogales Station, Tucson Sector
- January 23, 2005 – Assistant Chief Patrol Agent, Office of Anti-Terrorism, USCBP/HQ
- October 1, 2006 - Deputy Executive Director, Office of Anti-Terrorism, USCBP/HQ
- October 1, 2007 - Director, Incident Management & Ops Coordination, USCBP/HQ
- August 17, 2008 - Assistant Chief Patrol Agent, San Diego Sector
- August 2, 2009 - Patrol Agent in Charge, Brown Field Station, San Diego Sector
- January 15, 2012 - Deputy Chief Patrol Agent (SES), San Diego Sector
- February 21, 2016 - Chief Patrol Agent (SES), El Centro Sector
- October 28, 2017 - Chief Patrol Agent (SES), San Diego Sector
- February 2, 2020 - Chief, US Border Patrol

Additionally, Chief Scott took on several temporary leadership assignments throughout his year career.

- 1995 - Director, San Diego Sector, Vehicle Retrofit Program
- 2001 - Tucson Sector, Community Relations Officer
- 2003 - Office of Anti-Terrorism, Office of the Commissioner, USCBP/HQ
- 2010 - Acting Deputy Chief, San Diego Sector
- 2019 – Special Advisor to the Acting Secretary, US Department of Homeland Security

**In November 2021, Chief Scott joined Texas Public Policy Foundation as a Distinguished Senior Fellow**

December 2023

Ex. A

**EXHIBIT D**