# EXHIBIT 255



Rodney Scott
Chief-Retired, United States Border Patrol
Distinguished Senior Fellow, Texas Public Policy Foundation

Rodney S. Scott served over 29 years in the United States Border Patrol and retired in August 2021 as Chief.  Chief Scott assumed command of the United States Border Patrol on February 2, 2020, becoming the 24th Chief since its establishment on May 28, 1924.

Chief Scott began his career with the U.S. Border Patrol on May 11, 1992, as a member of Academy Class 252.  His first assignment was to the Imperial Beach Station, San Diego Sector as a frontline field agent.  He promoted through the ranks and held numerous leadership positions at various Stations and Sectors along the southwest border such as Supervisory Border Patrol Agent, Field Operations Supervisor, Assistant Chief Patrol Agent, and Patrol Agent in Charge.

In addition to his field assignments, midway through his year career, Chief Scott took on several leadership and specialized assignments at U.S. Customs and Border Protection (CBP) Headquarters in Washington, D.C.  In 2005, he served as an Assistant Chief within the Office of the Commissioner's, Office of Anti-terrorism where he served as a principal advisor to the Commissioner and other senior leaders on anti-terrorism matters.  He was later promoted to the Deputy Executive Director of the Office of Anti-terrorism and was subsequently appointed as the Director for the newly established US Customs and Border Protection, Incident Management and Operations Coordination Division.

In 2012, Chief Scott achieved another milestone in his border security career and promoted to Deputy Chief Patrol Agent of the San Diego Sector. In 2016 Chief Scott was promoted to Chief Patrol Agent for El Centro Sector and subsequently assumed command for the San Diego Sector as the Chief Patrol Agent in 2017.  In 2019, Chief Scott temporarily served as the Acting Deputy Chief, United States Border Patrol before being promoted to Chief in 2020.

Chief Scott served as Chief of United State Border Patrol in both the Trump and Biden administrations where he led over 21,000 personnel and was responsible for securing the vast international borders of the U.S. between the official ports of entry.  Chief Scott retired August 14th, 2021, with over twenty-nine years of experience in federal law enforcement and international border security.  Twenty-four of those years were in progressive leadership positions in five different Presidential administrations and with nine years in the Senior Executive Service.

Chief Scott joined Texas Public Policy Foundation as a Distinguished Senior Fellow in November 2021.

EXHIBIT
A