# EXHIBIT 259

| IDNPROCEEDING | Nationality | Status | DECISION | Administrative Closure | Latest Noncitizen Address State |
|---|---|---|---|---|---|
| 11075043 | PERU | Complete | Remove | | FLORIDA |
| 11471873 | HAITI | Complete | Dismissed by IJ | | FLORIDA |
| 11882523 | BERMUDA | Pending | | | FLORIDA |
| 11882522 | BERMUDA | Pending | | | FLORIDA |
| 11882521 | BERMUDA | Pending | | | FLORIDA |
| 11632791 | COLOMBIA | Pending | | | FLORIDA |
| 11882520 | BERMUDA | Pending | | | FLORIDA |
| 11274138 | COLOMBIA | Complete | Remove | | FLORIDA |
| 11223996 | NICARAGUA | Complete | Remove | | FLORIDA |
| 11711826 | COLOMBIA | Pending | | | FLORIDA |
| 11207457 | PERU | Complete | Remove | | FLORIDA |
| 11282880 | COLOMBIA | Complete | Remove | | FLORIDA |
| 11685438 | PERU | Pending | | | FLORIDA |
| 11659654 | PERU | Pending | | | FLORIDA |
| 11281107 | COLOMBIA | Complete | Transfer | | FLORIDA |
| 11197932 | PERU | Complete | Remove | | FLORIDA |
| 11224258 | NICARAGUA | Complete | Remove | | FLORIDA |
| 11696690 | COLOMBIA | Pending | | | FLORIDA |
| 11527186 | VENEZUELA | Complete | Remove | | FLORIDA |
| 11504209 | DOMINICAN REPUBLIC | Complete | Relief Granted | | FLORIDA |
| 11609405 | DOMINICAN REPUBLIC | Pending | | | FLORIDA |
| 11445509 | DOMINICAN REPUBLIC | Complete | Remove | | FLORIDA |
| 11641104 | CUBA | Pending | | | FLORIDA |
| 11690687 | CUBA | Pending | | | FLORIDA |
| 11633231 | CUBA | Complete | Transfer | | FLORIDA |
| 11113130 | COLOMBIA | Complete | Remove | | FLORIDA |
| 11605300 | ECUADOR | Pending | | | FLORIDA |
| 11882519 | BERMUDA | Pending | | | FLORIDA |
| 11597893 | COLOMBIA | Pending | | | FLORIDA |
| 11605994 | COLOMBIA | Pending | | | FLORIDA |
| 11606641 | COLOMBIA | Pending | | | FLORIDA |
| 11585741 | COLOMBIA | Complete | Voluntary Departure | | FLORIDA |
| 11119849 | COLOMBIA | Complete | Remove | | FLORIDA |
| 11476306 | VENEZUELA | Pending | | | FLORIDA |
| 11686823 | COLOMBIA | Pending | | | FLORIDA |
| 11576366 | HAITI | Complete | Remove | | FLORIDA |
| 11120561 | COLOMBIA | Complete | Remove | | FLORIDA |

| | | | | | |
|---|---|---|---|---|---|
| 11354656 | BRAZIL | Complete | Remove | | FLORIDA |
| 11254494 | PERU | Complete | Remove | | FLORIDA |
| 11534565 | COLOMBIA | Complete | Remove | | FLORIDA |
| 11534242 | COLOMBIA | Complete | Remove | | FLORIDA |
| 11228797 | COLOMBIA | Complete | Change of Venue | | FLORIDA |
| 11334151 | PERU | Complete | Remove | | FLORIDA |
| 11233077 | COLOMBIA | Complete | Remove | | FLORIDA |
| 11319958 | PERU | Complete | Change of Venue | | FLORIDA |
| 11432837 | PERU | Pending | | | FLORIDA |

Table 1: Affirmative Asylum Applications by People with Florida and Louisiana Addresses - 2018 to Present

| Year  | Jan    | Feb    | Mar    | Apr    | May    | Jun    | Jul    |
|-------|--------|--------|--------|--------|--------|--------|--------|
| 2018  | 4,924  | 3,781  | 3,677  | 3,584  | 3,563  | 3,388  | 3,837  |
| 2019  | 3,303  | 3,545  | 3,672  | 3,828  | 4,026  | 3,420  | 3,852  |
| 2020  | 2,712  | 3,025  | 4,990  | 4,314  | 3,151  | 3,291  | 2,703  |
| 2021  | 1,938  | 1,836  | 2,291  | 1,768  | 1,942  | 2,211  | 2,577  |
| 2022  | 8,150  | 8,807  | 11,895 | 13,242 | 16,519 | 18,118 | 15,970 |
| 2023  | 19,697 | 15,911 | 15,683 | 659    | 0      | 0      | 0      |
| Total | 40,724 | 36,905 | 42,208 | 27,395 | 29,201 | 30,428 | 28,939 |

Notes: Data as of 4/10/2023.
Source: DHS Office of Immigration Statistics analysis of USCIS data.

USA013145

| ent | | | | | | |
|---|---|---|---|---|---|---|
| **Aug** | **Sep** | **Oct** | **Nov** | **Dec** | **Total** | |
| 3,826 | 3,475 | 3,637 | 3,114 | 3,675 | 44,481 | |
| 3,486 | 1,900 | 1,803 | 3,919 | 4,647 | 41,401 | |
| 3,661 | 1,875 | 1,703 | 1,442 | 1,785 | 34,652 | |
| 2,940 | 3,716 | 5,021 | 6,401 | 7,054 | 39,695 | |
| 18,882 | 19,145 | 19,984 | 21,279 | 20,983 | 192,974 | |
| 0 | 0 | 0 | 0 | 0 | 51,950 | |
| 32,795 | 30,111 | 32,148 | 36,155 | 38,144 | 405,153 | |

USA013146

Asylum Grantees Who Filed On or After January 1, 2018 and Resided in Florida or Louisiana by Calendar Year and Month

| | |
|---|---|
| **Grand Total** | **8,612** |
| **2018** | **2,488** |
| January | 0 |
| February | 1 |
| March | 122 |
| April | 160 |
| May | 298 |
| June | 313 |
| July | 221 |
| August | 340 |
| September | 380 |
| October | 249 |
| November | 215 |
| December | 189 |
| **2019** | **1,981** |
| January | 171 |
| February | 126 |
| March | 187 |
| April | 227 |
| May | 141 |
| June | 132 |
| July | 231 |
| August | 165 |
| September | 165 |
| October | 146 |
| November | 135 |
| December | 155 |
| **2020** | **1,140** |
| January | 232 |
| February | 195 |
| March | 99 |
| April | 3 |
| May | 18 |

| | |
|---|---:|
| June | 103 |
| July | 97 |
| August | 146 |
| September | 108 |
| October | 56 |
| November | 50 |
| December | 33 |
| **2021** | **901** |
| January | 114 |
| February | 80 |
| March | 180 |
| April | 55 |
| May | 43 |
| June | 59 |
| July | 50 |
| August | 13 |
| September | 68 |
| October | 88 |
| November | 53 |
| December | 98 |
| **2022** | **1,531** |
| January | 178 |
| February | 186 |
| March | 202 |
| April | 175 |
| May | 143 |
| June | 77 |
| July | 63 |
| August | 96 |
| September | 111 |
| October | 110 |
| November | 114 |
| December | 76 |
| **2023** | **571** |

| | |
|---|---:|
| January | 172 |
| February | 159 |
| March | 217 |
| April | 23 |

Note: Data as of March 31, 2023.
Source: OIS analysis of USCIS Global data.

Table 1b: Affirmative Asylum Applicants Granted Parole for People with Florida and Louisiana Addresses - 2018 to

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep |
|---|---|---|---|---|---|---|---|---|---|
| 2018 | 98 | 66 | 81 | 43 | 72 | 43 | 46 | 60 | 50 |
| 2019 | 41 | 28 | 54 | 32 | 65 | 43 | 56 | 41 | 12 |
| 2020 | 23 | 24 | 46 | 44 | 42 | 30 | 38 | 45 | 20 |
| 2021 | 19 | 15 | 26 | 24 | 18 | 8 | 16 | 10 | 7 |
| 2022 | 7 | 11 | 14 | 10 | 9 | 6 | 16 | 7 | 7 |
| 2023 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 188 | 145 | 221 | 153 | 206 | 130 | 172 | 163 | 96 |

Notes: Data as of 4/11/2023.
Source: DHS Office of Immigration Statistics analysis of USCIS data.

Present

| Oct | Nov | Dec | Total |
|---|---|---|---|
| 49 | 35 | 46 | 689 |
| 14 | 39 | 49 | 474 |
| 14 | 21 | 21 | 368 |
| 7 | 5 | 9 | 164 |
| 5 | 7 | 0 | 99 |
| 0 | 0 | 0 | 1 |
| 89 | 107 | 125 | 1,795 |

USA013151

Table 2: Asylum Merit Interviews Conducted for People with Florida and Louisiana Addresses - 2018 to Pre

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug |
|---|---|---|---|---|---|---|---|---|
| 2022 | 0 | 0 | 0 | 0 | 0 | 10 | 15 | 18 |
| 2023 | 0 | 14 | 101 | 16 | 0 | 0 | 0 | 0 |
| Total | 0 | 14 | 101 | 16 | 0 | 10 | 15 | 18 |

Notes: Data as of 4/10/2023. Data include individuals whose cases have been filed pending interview, and
Source: DHS Office of Immigration Statistics analysis of USCIS data.

USA013152

esent

| Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|
| 21 | 20 | 30 | 12 | 126 |
| 0 | 0 | 0 | 0 | 131 |
| 21 | 20 | 30 | 12 | 257 |

those that have been interviewed.

USA013153

Table 2a: Asylum Merit Individuals Granted Asylum for People with Florida and Louisiana Addresses - 2018 to P

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep |
|---|---|---|---|---|---|---|---|---|---|
| 2022 | 0 | 0 | 0 | 0 | 0 | 3 | 4 | 7 | 8 |
| 2023 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 0 | 0 | 2 | 0 | 0 | 3 | 4 | 7 | 8 |

Notes: Data as of 4/10/2023.
Source: DHS Office of Immigration Statistics analysis of USCIS and EOIR data.

USA013154

resent

| Oct | Nov | Dec | Total | |
|---|---|---|---|---|
| | 3 | 8 | 4 | 37 |
| | 0 | 0 | 0 | 2 |
| | 3 | 8 | 4 | 39 |

USA013155

Table 2b: Asylum Merit Individuals Granted Parole for People with Florida and Louisiana Addresses - 201...

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug |
|---|---|---|---|---|---|---|---|---|
| 2022 | NA | NA | NA | NA | NA | 0 | 0 | 0 |
| 2023 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |

Notes: Data as of 4/11/2023. The AMI rule (also know as APR and AOR) did not start until June 2022
Source: DHS Office of Immigration Statistics analysis of USCIS data.

8 to Present

| Sep | Oct | Nov | Dec | Total | |
|---|---|---|---|---|---|
| | 0 | 0 | 0 | 0 | 0 |
| | 0 | 0 | 0 | 0 | 0 |
| | 0 | 0 | 0 | 0 | 1 |

USA013157