# EXHIBIT 260

**FOUO**

**AMI Participation Checklist**

Applicant Name:_____

A#:_____

To be in the AMI process, the applicant must:

☐ Be a single adult detained at a designated detention location during the credible fear process OR be a non-detained single adult and referred by CBP within the parameters of the IFR phased implementation;

☐ Not have any indicators that may cause ICE to make an unfavorable determination regarding detention release (i.e., egregious public safety or national security concern);

☐ Communicate effectively during the CFI interview using English or a USCIS-provided interpreter;

☐ Receive a positive credible fear determination;

☐ Have a history of classifiable prints (i.e., have an FBICMF encounter which references an enforcement encounter's EID in the CPMS IVT comments); and

☐ Reside or will reside within the primary jurisdiction of one of the following EOIR locations: Annandale (greater DC area), Boston, Chicago, Los Angeles, Miami, Newark (including Manhattan), New Orleans, New York, or San Francisco.

The applicant is (check one):

☐ recommended for AMI since all participation factors are met.  OR

☐ not recommended for AMI since one or more of the participation factors are not met.

**For SAO Completion**

☐ By checking this box, the SAO acknowledges review of and concurrence with the recommendation.

☐ By checking this box, the SAO acknowledges review of and nonconcurrence with the recommendation for the reasons stated below:

USA012162