# EXHIBIT 262



**Legal Education and Research Services Division**
Executive Office for Immigration Review, Office of Policy

1. <u>Overview of the IFR Credible Fear Review Process</u>



2. <u>Timeline of Streamlined 240 Proceedings</u>



USA009733