# EXHIBIT 268


**Sign in**


**Help**

**Search**

# SUPERVISORY ASYLUM OFFICER

DEPARTMENT OF HOMELAND SECURITY

Citizenship and Immigration Services

Asylum Division

## COVID-19 Vaccination Requirement

The COVID-19 vaccination requirement for federal employees pursuant to Executive Order 14043 does not currently apply. Some jobs, however, may be subject to agency- or job-specific vaccination requirements, so please review the job announcement for details. Click here for more information.

This job announcement has closed

🖶 Print

# Summary

This position is located in the **Refugee, Asylum and International Operations Directorate, Asylum Division.**

**Learn more about this agency**

# Overview

❓ Help

 **Reviewing applications**

**Open & closing dates**

🕐 08/20/2021 to 08/30/2021

**Salary**

$115,985 - $163,559 per year

USA007940

**Pay scale & grade**

GS 14

❓ Help

**Locations**

28 vacancies in the following locations:

📍 **San Francisco, CA**

2 vacancies

📍 **Tustin, CA**

2 vacancies

📍 **Miami, FL**

2 vacancies

📍 **Tampa, FL**

3 vacancies

[Show more locations (7)](#)

**Remote job**

No

**Telework eligible**

Yes—as determined by the agency policy.

**Travel Required**

Occasional travel - Frequent travel will be required.

**Relocation expenses reimbursed**

No

**Appointment type**

Permanent

**Work schedule**

Full-time

**Service**

Competitive

**Promotion potential**

14

**Job family (Series)**

[0930 Hearings And Appeals](#)

USA007941

**Supervisory status**

Yes

**Security clearance**

[Secret](#)

**Drug test**

Yes

---

**Announcement number**

ASY-2021-0014

**Control number**

611675900

❓ [Help](#)

THIS JOB IS OPEN TO

 **Federal employees - Competitive service**

Current or former competitive service federal employees.

 **Career transition (CTAP, ICTAP, RPL)**

Federal employees who meet the definition of a "surplus" or "displaced" employee.

## Clarification from the agency

CBP, ICE & CIS Employees with competitive status and CTAP eligibles.

# Duties

 ❓ [Help](#)

- As a Supervisory Asylum Officer you are a crucial member of the Department of Homeland Security team tasked with upholding our nation's citizenship and immigration laws. Typical assignments include:

- Provide technical and administrative direction to groups of Asylum Officers and support positions whose work involves the adjudication of asylum and related applications, under the jurisdiction of Asylum Offices.

- Observe workers' performance; demonstrate and conduct work performance critiques and provide informal feedback and periodically evaluate employee performance.

- Issue instructions designed to improve operations, promote development and utilization of

USA007942

greater skills and techniques, and provide standards for determining scope and extent of adjudications production required to ensure program objectives.

- Assure that subordinates are trained in all aspects of their duties including substantive law, procedure, and administrative responsibilities, and fully comply with the provisions of security and safety regulations.

- Interpret and apply appropriate policy, regulations, and precedent decisions to make final determinations on complex, questionable cases regarding eligibility under Title 8 CFR, Convention Against Torture (CAT), and Immigration and Nationality Act.

# Requirements

 Help

## Conditions of Employment

- You must be a U.S. Citizen or U.S. National to apply for this position

- Successfully pass a Background Investigation including financial disclosure

- You must pass a drug screening

- You must submit resume and supporting documentation

- Males born after 12/31/1959 must be registered with the Selective Service

- Political appointees may require OPM approval before on-boarding

**The qualifications for this position must be met by 11:59 PM (Eastern Time) on the closing date of this announcement.**

**Current Federal employees must have served 52 weeks at the lower grade or equivalent grade band in the Federal service. The Time-in-Grade requirement must be met by 11:59 PM (Eastern Time) on the closing date of this announcement.**

This position **is not** in the bargaining unit.

This position **is not** considered "essential" for purposes of reporting to work when the facility might otherwise be closed.

**Residency Requirement**: There is a residency requirement for all applicants not currently employed by U.S. Citizenship and Immigration Services. This residency requirement states that candidates must have, for three of the last five years immediately prior to applying for this position; (1) resided in the United States; OR (2) worked for the United States Government as an

USA007943

employee overseas in a Federal or Military capacity, OR (3) been a dependent of a U.S. Federal or Military employee serving overseas.

**Background Investigation:**To ensure the accomplishment of our mission, DHS requires every employee to be reliable and trustworthy. To meet those standards, all selected applicants must undergo and successfully pass a background investigation. This may include a review of financial issues such as delinquency in the payment of debts, child support and/or tax obligations, as well as certain criminal offenses and illegal use or possession of drugs. The background investigation process is initiated after a selection is made. For more information visit the OPM Mythbuster Page.

If a **SECRET** or **TOP SECRET** clearance is needed or the position is designated a Sensitive National Security position, all selected candidates must meet the requirements for these clearances or Sensitive National Security position prior to placement AND maintain that level of clearance or national security eligibility while encumbering the position.

**Supervisory/Managerial Probationary Period:** You may be required to serve a twelve-month probationary period upon appointment to this position. You may also be required to complete an appropriate supervisory training course within one year of assignment to this position.

# Qualifications

The Asylum Division within USCIS is responsible for interviewing asylum seekers to determine whether they qualify for protection in the United States due to persecution or a well-founded fear of persecution on account of race, religion, nationality, membership in a particular social group, or political opinion. These determinations are made while protecting national security, combating fraud, and protecting the legal immigration system through careful screening, vigilant interviews, and sound adjudications. Every day, Asylum Officers change lives while ensuring the integrity of our country's immigration system.
Ideal Asylum Officer candidates have strong verbal, written, interpersonal, and critical thinking and analytical skills, as well as a steadfast commitment to administer and uphold laws and regulations.

**GS-14:** You qualify at the GS-14 level if you possess one (1) year of specialized experience, which is equivalent to at least the GS-13 level in the federal government, that equipped you with the skills needed to successfully perform the duties of the position.  As an Asylum Officer you are a crucial member of the Department of Homeland Security team tasked with upholding our nation's citizenship and immigration laws.  You must have experience performing the following duties:

- Developing and/or implementing new policies and operational program activities or enhancements in regard to day-to-day activities;

USA007944

- Making final determinations on complex and sensitive immigration cases that are discretionary and potentially precedent-setting;

- Reviewing asylum and/or immigration benefit decisions to ensure proper application of all relevant guidance; and

- Providing technical guidance to individuals who adjudicate immigration benefits cases or who prepare legal briefs or other written memoranda that advocate for complex and sensitive immigration benefits cases, requiring an in-depth knowledge of immigration law.

**The assessments for this job will measure:**

- Organizational Awareness

- Customer Service

- Decision Making

- Influencing/Negotiating

- Interpersonal Skills

- Leadership

- Human Capital Management

- Planning & Evaluating

- Problem Solving

- Strategic Thinking

**Please read the following important information to ensure you submit everything we need to consider your application:**  It is your responsibility to ensure that you submit your responses and appropriate documentation prior to the closing date.  Your resume serves as the basis for qualification determinations and must highlight your most relevant and significant experience and education (if applicable), as it relates to this job opportunity announcement. **USCIS will only review the first 5 pages of your resume to determine your initial eligibility/qualifications for a position.  As such, please be sure to include content to support your eligibility/qualifications for this position within the first 5 pages. Please note that your full resume will be made available to the hiring manager if you are referred.**  Be clear and specific when describing your work history since Human Resources cannot make assumptions regarding your experience.  Your application will be rated and ranked based on your responses to the online questions.

**Please ensure EACH work history includes ALL of the following information:**

- Job Title (include series and grade if Federal Job)

- Duties (be specific in describing your duties)

- Employer's name and address

- Supervisor name and phone number

- Start and end dates including month, day and year (e.g. June 18 2007 to April 05 2008)

- Start and end dates for each grade/pay level if you've held a federal position.

- Full-time or part-time status (include hours worked per week)

- Salary

**Determining length of General or Specialized Experience is dependent on the above information and failure to provide the above information may result in a finding of ineligible.**

**Note:** Overstating your qualifications and/or experience in your application materials or application questionnaire may result in your removal from consideration.

**Federal Experience:**If you are using current or prior federal experience as a basis for qualifying for this position, the grade levels and length of employment (mm/dd/year) at each grade level must be listed in your work history. This information will be further validated if selected for this position.

**The Office of Personnel Management (OPM) must authorize employment offers made to current or former political appointees. If you are currently, or have been within the last 5 years, a political Schedule A, Schedule C, Non-career SES or Presidential Appointee employee in the Executive Branch, you must disclose this information to the Human Resources Office**

**National Service Experience (i.e., volunteer experience):** Experience refers to paid and unpaid experience, including volunteer work done through National Service programs (e.g., Peace Corps, AmeriCorps) and other organizations (e.g., professional; philanthropic; religious; spiritual; community, student, social). Volunteer work helps build criteria competencies, knowledge, and skills and can provide valuable training and experience that translates directly to paid employment. You will receive credit for all qualifying experience, including volunteer service. Please provide the dates and amount of time/hours worked earning this experience.

**Paid Internship Experience:** Applicant's work as part of a paid internship, for which course credit is not received, may be evaluated as work experience. It is the applicant's responsibility to

clearly identify in their resume any paid internship that would qualify for consideration. The applicant must provide their transcript for verification purposes.

**Travel:** Frequent travel is required for this position. Asylum Officers are required to travel to circuit-ride locations (locations established to serve applicants in distant locations from the home asylum office, generally at other USCIS District Offices and detention facilities) to conduct interviews. As immigration emergencies arise, the selectee may be required to travel to other locations as well, sometimes for extended periods, to conduct interviews.

**Newark location only:** Employment at the Newark Asylum Office provides an exciting opportunity for staff to work in both downtown Newark and our newly established Manhattan Branch. Both locations are accessible through public transportation, and travel between the two offices is quick and convenient. While staff members' will be assigned to the Newark Branch duty station, employees may be expected to work out of the Manhattan Branch on a rotational, periodic or as needed basis.

# Education

**EDUCATIONAL SUBSTITUTION**: There is no educational substitution at this grade level.

**Training:** If you have not already done so, you will be required to attend the residential, paid RAIO Combined Training course and the Division-specific course(s), that relate to this position, at a USCIS training facility. Depending on the position, the courses may last up to nine weeks, including six weeks of residential training and three weeks of online training. In addition, if you have not already done so, you will be required to attend the residential, paid BASIC Immigration Officer training program, lasting six weeks, at a USCIS training facility. The trainings must be completed successfully according to the standards of the agency. Failure to do so will be grounds for mandatory removal from the position. Such failure will result in either reassignment to a different position, demotion, or separation by appropriate procedures.

# Additional information

**Read more**

**Benefits**

USA007947

# How You Will Be Evaluated

You will be evaluated for this job based on how well you meet the qualifications above.

You will be evaluated for this position based upon information reflected in your resume. Your resume must support your responses to the job specific assessment questionnaire, level of education claimed, experience, and/or training. To remain in consideration for this position, please ensure your resume covers this requirement and that your resume has been successfully submitted as part of your on-line application package.

Creation of this package includes completing the on-line assessment questionnaire, uploading your resume, and uploading any required supporting documents.

**NOTE:** Your resume and supporting documentation will be verified. If you rated yourself higher than what is supported by your application material, you may be excluded from consideration for this job. Please follow all instructions carefully. Errors or omissions may affect your rating or consideration for employment.

If you are found best qualified, you may be referred to the hiring manager for consideration and may be called for an interview.

**Agency Career Transition Assistance Program (CTAP) Eligible:** If you have never worked for the federal government, you are not CTAP eligible. View information about [CTAP eligibility](CTAP eligibility) on OPM's Career Transition Resources website. To be considered well qualified under CTAP, you must be placed in the Well-Qualified category for this position, as described above. In addition, you must submit the supporting documents listed under the required documents section of this job announcement.

**Note**: Applicants who are referred to the hiring office for selection consideration may be required to complete a writing sample and/or other writing exercise as part of the interview/selection process. If the hiring office decides to request a writing sample and/or other writing exercise as part of its selection process, a designated contractor or Agency representative will contact you to: (1) inform you of this requirement; and (2) provide further instructions.

**Conditions of Employment Reminder:** If you fail to meet the conditions of employment or any other pre-employment requirements, such as missing any of the scheduled appointments, the hiring agency may rescind their tentative offer of employment.

USA007948

Case 6:22-cv-01130-DCJ-CBW   Document 217-60 - Filed 01/29/24   Page 11 of 17 PageID #: 11163

**To preview questions please [click here](#).**

### Benefits

### Required Documents

### How to Apply

### Fair and Transparent

# Required Documents

 Help

**Resume:** You must submit a [resume](#) that clearly demonstrates you have experience that meets the requirements of this position as outlined in the "Qualifications" section.  USCIS' Human Resources Office will only review the first 5 pages of your resume to determine your eligibility/qualifications.

In order to ensure that you include all necessary information within the first 5 pages of your resume, you are highly encouraged to save and submit your resume as a PDF instead of submitting it through Resume Builder or a word-processing program such as Word or Google Docs.

Your responses to the job questionnaire, which are submitted through the on-line application process in USAJOBS, DO NOT need to be attached as an additional document to your application.

**Are you a veteran?** You must provide acceptable documentation of your preference or appointment eligibility. The member 4 copy of your DD214, "Certificate of Release or Discharge from Active Duty," is preferable. If claiming 10 point preference, you will need to submit a [Standard Form (SF-15)](#), "Application for 10-point Veterans' Preference." If applying based on eligibility under the Veterans Opportunity to Work (VOW) Act, you must submit certification from the Armed Forces that you will be discharged or released from active duty within 120 days from the date on the certification. This must indicate your dates of service, your rank, and confirm that you will be separated under honorable conditions. View more [veterans' information](#).

**Are you a current or former Federal employee?** Submit a copy of your official SF-50 (no text version) or other official "Notification of Personnel Action" document that shows the following

USA007949

information:

- your appointment in the competitive service

- tenure

- grade and step

- full performance level

If your SF-50(s) does not provide the information needed to make a final determination for qualification, you will be found ineligible for the position. SF-50B print screens from NFC are not official documents and are not acceptable. This includes USCIS employees as well. All current DHS employees can print their own SF-50's by accessing the DHS eOPF website. If you have forgotten your user name or password, eOPF offers a self-service feature to assist you.

If you are a current CIS employee and need access information to eOPF, contact USCIS.EOPF@uscis.dhs.gov. For all other agencies please see your servicing Human Resources Office.

**You may be asked to provide a copy of your recent performance appraisal and or incentive awards.** If you are a Federal employee and have received a current performance rating, it is strongly encouraged that a copy accompanies your application submission. Doing so allows the selecting official access to all information surrounding your potential to fulfill the duties and responsibilities commensurate of the position being considered for. Failure to provide may impede the selecting official's understanding of the qualifications and experience that you possess.

**Are you claiming special priority selection rights under the Agency Career Transition Assistance Program (CTAP) or the Interagency Career Transition Assistance Program (ICTAP)?** Submit:

- a copy of your agency notice,

- a copy of your most recent performance rating, and

- a copy of your most recent SF-50, Notification of Personnel Action, noting your current position, grade level, and duty location.

**Are you a current or former political Schedule A, Schedule C, Non-career SES or Presidential Appointee employee?** Submit a copy of your applicable SF-50, along with a statement that provides the following information regarding your most recent appointment:

- Position title

USA007950

- Type of appointment (Schedule A, Schedule C, Non-career SES, or Presidential Appointee)

- Agency

- Beginning and ending dates of appointment

**If you are relying on your education to meet qualification requirements:**

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education.

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

# How to Apply

 Help

**Read more**

## Agency contact information

 HROC Staffing Help Desk

**Phone**

952-697-8380

**Fax**

952-697-8371

**Email**

hrocstaffinghelpdesk@uscis.dhs.gov

**Address**

USA007951

U.S. Citizenship and Immigration Services
70 Kimball Avenue
South Burlington, Vermont 05403
United States

[Learn more about this agency](#)

## Next steps

**[Read more](#)**

# Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

[Equal Employment Opportunity (EEO) Policy](#)

[Reasonable accommodation policy](#)

[Financial suitability](#)

[Selective Service](#)

[New employee probationary period](#)

[Signature and false statements](#)

[Privacy Act](#)

[Social security number request](#)

This job announcement has closed

 Print

 Help

Reviewing applications

## Open & closing dates

08/20/2021 to 08/30/2021

## Salary

USA007952

$115,985 - $163,559 per year

**Pay scale & grade**
GS 14

**Locations**

28 vacancies in the following locations:

**San Francisco, CA**
2 vacancies

**Tustin, CA**
2 vacancies

**Miami, FL**
2 vacancies

**Tampa, FL**
3 vacancies

[Show more locations (7)](#)

**Remote job**
No

**Telework eligible**
Yes—as determined by the agency policy.

**Travel Required**
Occasional travel - Frequent travel will be required.

**Relocation expenses reimbursed**
No

**Appointment type**
Permanent

**Work schedule**
Full-time

**Service**
Competitive

**Promotion potential**
14

**Job family (Series)**

USA007953

[0930 Hearings And Appeals](#)

**Supervisory status**

Yes

**Security clearance**

[Secret](#)

**Drug test**

Yes

---

**Announcement number**

ASY-2021-0014

**Control number**

611675900

[Return to top](#)

---

## ⌄ Account

[Home](#)

[Profile](#)

[Documents](#)

[Saved jobs](#)

[Saved searches](#)

---

## ⌄ Help

[Help center](#)

[About USAJOBS](#)

[FAQs](#)

[Contact us](#)

[Get started](#)

USAJOBS is a United States Office of Personnel Management website.

EEO Policy Statement

Reasonable Accommodation Policy Statement

Veterans Information

Legal and Regulatory Guidance

Terms and Conditions

Budget and Performance

FOIA

Inspector General

No Fear Act Data

Privacy Policy

USA.gov

USA007955