# EXHIBIT 269



Sign in    Help    Search

# Immigration Judge

DEPARTMENT OF JUSTICE

Executive Office for Immigration Review

## COVID-19 Vaccination Requirement

The COVID-19 vaccination requirement for federal employees pursuant to Executive Order 14043 does not currently apply. Some jobs, however, may be subject to agency- or job-specific vaccination requirements, so please review the job announcement for details. Click here for more information.

This job announcement has closed

 Print

## Summary

**Applicants who have applied to previous Immigration Judge announcements and/or other locations must re-apply to this announcement to receive consideration for this/these location(s).**

This is an Excepted Service position. Upon completion of the required trial period, the position will be permanent. Additional positions may be filled from this announcement within 90 days of certificate issuance.

Learn more about this agency

## Overview

 Help

Hiring complete

USA008213

**Open & closing dates**
 09/24/2021 to 10/15/2021

**Salary**
$140,010 - $183,300 per year

**Pay scale & grade**
IJ 00

 Help

**Locations**

Many vacancies in the following locations:

 **Adelanto, CA**

 **Los Angeles, CA**

 **Sacramento, CA**

 **San Francisco, CA**

Show more locations (13)

**Remote job**
No

**Telework eligible**
No

**Travel Required**
50% or less - You may be expected to travel for this position.

**Relocation expenses reimbursed**
No

**Appointment type**
Permanent

**Work schedule**
Full-time

**Service**
Excepted

**Promotion potential**
00

USA008214

**Job family (Series)**
0905 Attorney

**Supervisory status**
No

**Security clearance**
Not Required

**Drug test**
Yes

**Position sensitivity and risk**
High Risk (HR)

**Trust determination process**
Credentialing

Suitability/Fitness

---

**Announcement number**
IJ-11233723-21-AS

**Control number**
615121800

Help

THIS JOB IS OPEN TO

 **The public**
U.S. Citizens, Nationals or those who owe allegiance to the U.S.

**Clarification from the agency**
U.S. Citizens or Nationals

# Duties

Help

This position is in the Executive Office for Immigration Review (EOIR), Office of the Chief Immigration Judge. EOIR seeks highly-qualified individuals to join our team of expert professionals who serve as immigration adjudicators in this important Agency.



EOIR plays a pivotal role in the administration of the Nation's immigration system. EOIR's mission is to adjudicate immigration cases fairly, equitably, and efficiently at the trial and appellate level, governed by due process and the rule of law. Under delegated authority from the Attorney General, EOIR conducts immigration court proceedings, appellate reviews, and other administrative hearings, applying the immigration laws while ensuring that adjudicators are impartial, that laws are applied humanely and equitably, that all parties are treated with respect and dignity, and that cases are resolved expeditiously and in accordance with the Administration's priorities and all applicable laws and regulations.

EOIR consists of three adjudicatory components: the Office of the Chief Immigration Judge, which is responsible for managing the numerous immigration courts located throughout the United States where immigration judges adjudicate individual cases; the Board of Immigration Appeals, which primarily conducts appellate reviews of the immigration judges' decisions; and the Office of the Chief Administrative Hearing Officer, which adjudicates immigration-related employment cases. EOIR's Headquarters is located in Falls Church, Virginia, about 10 miles from downtown Washington, DC.

Immigration Judges preside in formal, quasi-judicial hearings. Proceedings before Immigration Judges include but are not limited to removal, and bond adjudications, and involve issues of removability as well as applications for relief such as asylum, withholding of removal, protection under the Convention Against Torture, cancellation of removal, and adjustment of status.

Immigration Judges make decisions that are final, subject to appeal to the Board of Immigration Appeals. In connection with these proceedings, Immigration Judges exercise certain discretionary powers as provided by law, and are required to exercise independent judgment in reaching final decisions. Immigration Judges may be required to conduct hearings in penal institutions and other remote locations.

# Requirements

 Help

## Conditions of Employment

- You must be a U.S. Citizen or National.

- Employment is contingent upon the completion and satisfactory adjudication of a background investigation. Selectee(s) must be able to obtain and maintain a top secret clearance.

- Selective Service Registration is required, as applicable.

- Moving and Relocation Expense are not authorized.

USA008216

- Relevant experience (see qualifications below.)
- Qualifications must be met by the closing date of the announcement.
- You must file a financial disclosure statement in accordance with the Ethics in Government Act of 1978.
- All Federal employees are required to have Federal salary payments made by direct deposit to a financial institution of their choosing.

# Qualifications

In order to qualify for the Immigration Judge position, applicants must meet all of the following minimum qualifications:

- **Education:** Applicants must possess a LL.B., J.D., or LL.M. degree. (Provide the month and year in which you obtained your degree and the name of the College or University from which it was conferred/awarded.)

**AND**

- **Licensure:** Applicants must be an active member of the bar, duly licensed and authorized to practice law as an attorney under the laws of any state, territory of the U.S., or the District of Columbia. (Provide the month and year in which you obtained your first license and the State from which it was issued.)

**AND**

- **Experience:** Applicants must have seven (7) years of post-bar admission experience as a licensed attorney preparing for, participating in, and/or appealing court or administrative agency proceedings at the Federal, State or local level. Qualifying trial experience involves cases in which a complaint was filed with a court or administrative agency, or a charging document (e.g., indictment, notice of violation, or information) was issued by a court, administrative entity, a grand jury, or appropriate military authority. Relevant administrative experience includes cases in which a formal procedure was initiated by a governmental administrative body.

**NOTE:** Qualifying experience is calculated only after bar admission.

**IN DESCRIBING YOUR EXPERIENCE, PLEASE BE CLEAR AND SPECIFIC. WE MAY NOT MAKE ASSUMPTIONS REGARDING YOUR EXPERIENCE.** If your resume does not support your assessment questionnaire answers, we will not allow credit for your response(s). Ensure that your resume contains your full name, address, phone number, email address, and employment information. Each position listed on your resume must include: From/To dates of employment

(MM/YYYY-MM/YYYY or MM/YYYY to Present); agency/employer name; position title; Federal grade level(s) held, if applicable; hours, if less than full time; and duties performed. In addition, any experience on less than a full time basis must specify the percentage and length of time spent in performance of such duties.

## Additional information

[Read more]

**Benefits**

# How You Will Be Evaluated

You will be evaluated for this job based on how well you meet the qualifications above.

You will be evaluated for this job based on how well you meet the qualifications above.

Applicants meeting the minimum requirements will be further evaluated to determine those who are best qualified. This determination will be based, in part, on the following **Quality Ranking Factors** (QRFs):

1. Ability to demonstrate the appropriate temperament to serve as a judge.
2. Knowledge of immigration laws and procedures.
3. Litigation or adjudication experience, preferably in a high volume judicial or administrative context.
4. Experience handling complex legal issues.
5. Experience conducting administrative hearings or adjudicating administrative cases.

Applicants are required to address each of the five (5) QRFs in narrative form, to the best of the applicant's ability. **A response stating only that the applicant does not have experience will not be considered as addressing the affected QRF.** Applicants that do not have experience within a specific factor should instead discuss a similar skill/ability/knowledge/experience for evaluation. Failure to address each factor at this minimum level will result in an ineligible determination. The QRFs must be addressed on a separate document which indicates the by-number of the specific QRF being addressed. Applicants should be thorough in addressing each

QRF. For example, applicants addressing QRF #3 (litigation or adjudication experience) should discuss the approximate number of cases or matters handled in a given period of time, the applicant's specific role (e.g., adjudicator, first chair, co-counsel, responsible for the written brief only, etc.), and the length of time involved in a given role (e.g., lead counsel in 20 immigration proceedings in 10 years). Applicants should also include specific examples of the types of cases (asylum application, pleas, settlement, bench trial, jury trial, etc.), the number of court and/or administrative appearances made in those cases, and the case dispositions (ruling on the merits, plea or similar resolution, settlement, trial, jury trial, etc.) Conclusory statements (such as, "the applicant has been involved in a substantial amount of litigation") without further elaboration will receive little or no weight in the evaluation of the QRFs.

**Benefits**

**Required Documents**

**How to Apply**

**Fair and Transparent**

# Required Documents

 Help

To apply for this position, you must provide a complete Application Package by 11:59 PM (ET) on 10/15/2021, the closing date of this announcement, which includes:

1. Your **Resume** documenting seven (7) years of post-bar admission legal experience in litigation and/or administrative law; **Cover Letter** optional.

2. A complete online **Assessment Questionnaire**.

3. Document(s) addressing the **Quality Ranking Factors** (QRFs). (See "How You Will Be Evaluated" section.)

4. **Writing Sample** demonstrating your ability to author legal documents. (One (1) document, not to exceed 10 pages.)

5. Current or former Federal employees must provide copies of their most recent **Performance Appraisal** and their latest **SF-50**, Notification of Personnel Action.

6. Other **Supporting Documents**, if applicable:
    - Veterans' Preference Documentation: Although the veterans' preference point system does not apply to this position, we accept preference claims and adjudicate such

claims per the documentation provided. Note: If claiming 5-point veterans' preference, include a DD-214 or statement of service. If claiming 10-point veterans' preference, include an SF-15 and documentation required by that form, VA or military letter dated 1991 or later, and DD-214.

- Any other supporting documentation required for verification as described in the announcement.

**Note:** Ensure that your resume contains your full name, address, phone number, email address, and employment information. Each position listed on your resume must include: From/To dates of employment (MM/YYYY-MM/YYYY or MM/YYYY to Present); agency/employer name; position title; Federal grade level(s) held, if applicable; hours, if less than full time; and duties performed. In addition, any experience on less than a full time basis must specify the percentage and length of time spent in performance of such duties.

Failure to submit the documents listed above with your application package will result in your application package being removed from consideration.

**If you are relying on your education to meet qualification requirements:**

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education.

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

# How to Apply

 Help

**Read more**

## Agency contact information

 Midwest Services Branch

**Phone**

8164265706

**Email**

EOIR@opm.gov

**Address**

Office of the Chief Immigration Judge
5107 Leesburg Pike Suite 2300
Falls Church, VA 22041
US

Learn more about this agency

## Next steps

We will evaluate the qualifications and eligibility of all applicants, and then assess those who meet the minimum qualifications. All candidates who meet all the minimum requirements will be referred to the hiring official for further consideration. We will notify you of the final outcome after all of these steps have been completed.

# Fair & Transparent

The Federal hiring process is setup to be fair and transparent. Please read the following guidance.

Equal Employment Opportunity (EEO) Policy
Reasonable accommodation policy
Financial suitability
Selective Service
New employee probationary period
Signature and false statements
Privacy Act
Social security number request

This job announcement has closed

 Print

USA008221

**Help**

**Hiring complete**

## Open & closing dates
09/24/2021 to 10/15/2021

## Salary
$140,010 - $183,300 per year

## Pay scale & grade
IJ 00

## Locations
Many vacancies in the following locations:

Adelanto, CA

Los Angeles, CA

Sacramento, CA

San Francisco, CA

Show more locations (13)

## Remote job
No

## Telework eligible
No

## Travel Required
50% or less - You may be expected to travel for this position.

## Relocation expenses reimbursed
No

## Appointment type
Permanent

## Work schedule
Full-time

## Service
Excepted

USA008222

**Promotion potential**

00

**Job family (Series)**

[0905 Attorney](#)

**Supervisory status**

No

**Security clearance**

[Not Required](#)

**Drug test**

Yes

**Position sensitivity and risk**

[High Risk (HR)](#)

**Trust determination process**

[Credentialing](#)

[Suitability/Fitness](#)

---

**Announcement number**

IJ-11233723-21-AS

**Control number**

615121800

[Return to top](#)

---

⌄  Account

[Home](#)

[Profile](#)

[Documents](#)

[Saved jobs](#)

[Saved searches](#)

USA008223

Case 6:22-cv-01130-DCJ-CBW   Document 217-61   Filed 01/29/24   Page 13 of 14 PageID #: 11182

## ⌄ Help

Help center

About USAJOBS

FAQs

Contact us

Get started

How to…

Working in government

USAJOBS is a United States Office of Personnel Management website.

EEO Policy Statement

Reasonable Accommodation Policy Statement

Veterans Information

Legal and Regulatory Guidance

Terms and Conditions

Budget and Performance

FOIA

Inspector General

No Fear Act Data

Privacy Policy

USA.gov

USA008224

USA008225