# EXHIBIT 270

Case 6:23-cv-01230-DCJ-CDB Document 15-2 Filed 01/29/24 Page 2 of 13 PageID #: 11185
Defs' Exhibit 2
Case 2:23-cv-01035-AM Document 136 Filed 01/29/24 Page 21 of 137



U.S. Customs and Border Protection
Office of Border Patrol
Del Rio Sector

### Eagle Pass Station
### DPS and TNG Deployment of Concertina Wire
### June 26, 2023

**BRIEFING TOPIC:**

The Texas Department of Public Safety (DPS) and the Texas National Guard (TNG) continue their efforts to secure the border in Eagle Pass, Texas within the Eagle Pass Station's (EGT) area of responsibility (AOR) (Zone 18). Currently, DPS and TNG are placing concertina in the river and alongside the river down through Eagle Pass South (EGS) AOR (Zone 19) to further deter illegal entries.

**BACKGROUND:**

For fiscal year to date 2023, EGT has reported ▆▆▆ detections in Zone 18 made up of ▆▆▆ apprehensions, ▆▆▆ gotaways, and ▆▆ turnbacks, thus making Zone 18 the busiest zone in the EGT AOR. EGS has reported ▆▆▆ detections in Zone 19, made up of ▆▆▆ apprehensions ▆▆▆ gotaways, and ▆▆ turnbacks, making Zone 19 the busiest zone in the EGS AOR.

**CURRENT SITUATION:**

- Agents have reduced visibility to the river as they patrol the area due to the concertina wire preventing access to the river. Concertina wire has been layered across gates that provided immediate access to the river.
- The concertina wire inhibits agents from effectively and efficiently apprehending at risk population (i.e., family units with infants and unaccompanied children). Non-citizens are stating that they have been inside the river for hours and days exposed to the elements with no assistance from DPS.
- With the increased temperatures reaching triple digits and multiple layers of concertina wire creates a risk to agents and non-citizens alike. Agents have trouble responding to medical emergencies (911 Calls) as the multiple layers of concertina wire are required to be cut and removed.
- DPS has effectively shut down key designated areas that were identified as staging points for mass migration events to remove non-citizens from the elements to screen, input, and transport them to the detention centers.
- Non-citizens are now traversing the river along the fence down to EGS AOR increasing the chances of drownings.
- With water levels increasing and the concertina wire placed inside the river poses a high risk of injury as the wire is submerged and not visible.
- DPS Command Center is calling EGT/EGS to respond and apprehend non-citizens refusing to go back at difficult locations. Response times are longer than needed which has been perceived by DPS as refusal to respond.
- Currently there is no path forward if DPS continues to deploy the concertina wire. The challenges will not only increase for EGT, but for EGS as well.

**FOR OFFICIAL USE ONLY**

## PHOTOS:



## VIDEO LINK:

Below is a link for aerial footage of the area. *Note: The video was captured by the EGT Station's SUAS Team.*

Link: Group headed Down River.MP4

## GPS COORDINATES:

Staging location at the ███████████████████

FOR OFFICIAL USE ONLY 2

Message

| | |
|---|---|
| From: | Redacted |
| Sent: | 5/21/2023 6:18:02 PM |
| To: | MORENO, MILTON Redacted ; DRT-FOB STAFF Redacted |
| CC: | DRT OPS DIV |
| Subject: | Re: IIR - FAMUs Stranded at POE 2 |

T4, request will be made

VR.

Sent via the Samsung Galaxy S20 FE 5G, an AT&T 5G smartphone
Get Outlook for Android

---

**From:** MORENO, MILTON Redacted
**Sent:** Sunday, May 21, 2023 1:14:22 PM
**To:** DRT-FOB STAFF Redacted
**Cc:** DRT OPS DIV
**Subject:** Fwd: IIR - FAMUs Stranded at POE 2

FOB,

Urbinas. DPS was already working on clearing the C-wire in that area.

Thanks,

**Milton Moreno**
*Division Chief*
*Law Enforcement Operations*
*Del Rio Sector*
O Redacted

---

**From:** DONALDSON, MICKY D Redacted
**Sent:** Sunday, May 21, 2023 11:23 AM
**To:** MORENO, MILTON
**Cc:** CAVAZOS, GEORGE
**Subject:** Fwd: IIR - FAMUs Stranded at POE 2

Synopsis of this mornings encounter.

V/r,

Micky

Get Outlook for iOS

---

**From:** CAVAZOS, GEORGE
**Sent:** Sunday, May 21, 2023 11:18:31 AM

**To:** EGT-Supervisors
**Subject:** IIR - FAMUs Stranded at POE 2

**BLUF** – Several FAMUs made landfall beneath POE 2. Due to placement of numerous strands of "C" wire along the waters edge, the family units remained stranded in the water. EGT Agents responded and made contact with the FAMUs. Agents were unable to take the subjects into custody as the placement of the "C" Wire was impeding the Agents ability to perform their duties.

Date: 5/21/2023
Time: 0930 hours
Location: POE 2

**Additional Information:**
- SBPA ▇ requested and was granted authorization to cut the "C" wire to take the FAMUs into custody safely.
- BOAT Unit is unable to deploy due to inclement weather.
- FAMU were stranded in the river under rainy conditions and swift water currents putting their lives and safety in jeopardy.
- Due to consistent rainfall and muddy conditions agents are unable to traverse the drag roads in the down river area of POE 2.
- Agents moved the FAMU approximately ½ mile down river of POE 2 where they were able to take them into custody safely.
- Subjects were taken into custody approximately 45 minutes after detection.
- During the movement several subjects within the group were losing their footings and risked falling into river due to muddy conditions.
- Agents did not have to cut the "C" Wire at this time and were able to navigate the group through the "C" Wire downriver of POE 2
- SBPA ▇ advised DPS Trooper Grishman (trooper in charge at the scene) of the actions being taken.
- No assistance from TXNG or DPS at the scene was received nor was none offered.
- SBPA on the scene does not have the necessary equipment to safely cut and move the "C" Wire in the event an emergency situation were to occur.

- All subjects were identified, assessed at the scene and transported to the respective processing facilities.

**Notifications:**
DPAIC Cavazos
PAIC Donaldson

**Breakdown:**
Total Number of ▇ subjects

Nationality Breakdown:
Honduras: ▇
Colombia: ▇

Demographic Breakdown:

Single adult males: ▇
Single adult females: ▇
family units: ▇

▬▬▬▬▬▬
▬▬▬

Nothing further.

## GEORGE CAVAZOS
Deputy Patrol Agent in Charge
Eagle Pass Station
Eagle Pass, TX
O ▬▬▬▬▬
C ▬▬▬▬▬

**Message**

**From:** BERNAL, JUAN
**Sent:** 5/21/2023 6:06:39 PM
**To:** OWENS, JASON D
**Subject:** Fwd: IIR - FAMUs Stranded at POE 2

It shouldn't take much for family units you cross a little ways down at Urbinas like they did not too long ago. Not sure why they are choosing poe 2... but we will start looking into it and taking appropriate actions

Sent via the Samsung Galaxy S20 FE 5G, an AT&T 5G smartphone
Get Outlook for Android

---

**From:** BERNAL, JUAN
**Sent:** Sunday, May 21, 2023, 1:04 PM
**To:** MORENO, MILTON                                              ESCAJEDA, CESAR

**Subject:** Re: IIR - FAMUs Stranded at POE 2

Sent via the Samsung Galaxy S20 FE 5G, an AT&T 5G smartphone
Get Outlook for Android

---

**From:** BERNAL, JUAN
**Sent:** Sunday, May 21, 2023 1:01:48 PM
**To:** MORENO, MILTON                                     ; ESCAJEDA, CESAR
**Subject:** Re: IIR - FAMUs Stranded at POE 2

It is better for migrants and for us and I believe DPS already took out the c wire in that area.

Sent via the Samsung Galaxy S20 FE 5G, an AT&T 5G smartphone
Get Outlook for Android

---

**From:** MORENO, MILTON
**Sent:** Sunday, May 21, 2023 12:07:26 PM
**To:** BERNAL, JUAN                                    ESCAJEDA, CESAR
**Subject:** Fwd: IIR - FAMUs Stranded at POE 2

Deputy,

DPS becoming an obstacle as opposed to assisting at EGT POE2.

**BLUF** – Several FAMUs made landfall beneath POE 2. Due to placement of numerous strands of "C" wire along the waters edge, the family units remained stranded in the water until agents were able to guide and clear a passage.

Pics attached and more details below.

Thanks,

**Milton Moreno**
*Division Chief*
*Law Enforcement Operations*
*Del Rio Sector*

---

**From:** DONALDSON, MICKY D <
**Sent:** Sunday, May 21, 2023 11:23 AM
**To:** MORENO, MILTON
**Cc:** CAVAZOS, GEORGE
**Subject:** Fwd: IIR - FAMUs Stranded at POE 2

Synopsis of this mornings encounter.

V/r,

Micky

Get Outlook for iOS

---

**From:** CAVAZOS, GEORGE
**Sent:** Sunday, May 21, 2023 11:18:31 AM
**To:** EGT-Supervisors
**Subject:** IIR - FAMUs Stranded at POE 2

**BLUF** – Several FAMUs made landfall beneath POE 2. Due to placement of numerous strands of "C" wire along the waters edge, the family units remained stranded in the water. EGT Agents responded and made contact with the FAMUs. Agents were unable to take the subjects into custody as the placement of the "C" Wire was impeding the Agents ability to perform their duties.

Date: 5/21/2023
Time: 0930 hours
Location: POE 2

**Additional Information:**
- SBPA Fuentes requested and was granted authorization to cut the "C" wire to take the FAMUs into custody safely.
- BOAT Unit is unable to deploy due to inclement weather.
- FAMU were stranded in the river under rainy conditions and swift water currents putting their lives and safety in jeopardy.
- Due to consistent rainfall and muddy conditions agents are unable to traverse the drag roads in the down river area of POE 2.
- Agents moved the FAMU approximately ½ mile down river of POE 2 where they were able to take them into custody safely.
- Subjects were taken into custody approximately 45 minutes after detection.
- During the movement several subjects within the group were losing their footings and risked falling into river due to muddy conditions.

- Agents did not have to cut the "C" Wire at this time and were able to navigate the group through the "C" Wire downriver of POE 2
- SBPA Fuentes advised DPS Trooper Grishman (trooper in charge at the scene) of the actions being taken.
- No assistance from TXNG or DPS at the scene was received nor was none offered.
- SBPA on the scene does not have the necessary equipment to safely cut and move the "C" Wire in the event an emergency situation were to occur.

- All subjects were identified, assessed at the scene and transported to the respective processing facilities.

**Notifications:**
DPAIC Cavazos
PAIC Donaldson

**Breakdown:**
Total Number of ■ subjects

Nationality Breakdown:
Honduras: ■
Colombia: ■

Demographic Breakdown:

Single adult males: ■
Single adult females: ■
family units: ■



**Nothing further.**

*GEORGE CAVAZOS*
Deputy Patrol Agent in Charge
Eagle Pass Station
Eagle Pass, TX
O 
C ■

**U.S. Department of Homeland Security**
# U.S. Customs and Border Protection

**Evolving Situation Report**

**ESR-] ▮▮▮▮ / LARGE GROUP 100+**  September 20, 2023

For Official Use Only

## LARGE GROUP 100+

**09/20/2023 09:19 AM**

**Tags:** SIR

**Situation:**

On September 20, 2023, at approximately 0919 hours, EGT received information that a large group of subjects in Mexico were making their way to the Rio Grande River. EGT agents in the field were advised via service radio and responded to the local downriver area of Eagle Pass, TX (DRT Zone 18). EGT agents encountered a group of over 100 subjects, with additional subjects crossing the river. EGT has re-directed agents in the field to respond and assist. EGT and DRT Sector transport assets have been notified and all subjects will be escorted to the Eagle Pass, Texas Port of Entry #02 for field interview and transportation. UPDATES TO FOLLOW.

### Updates (13)

| # | Date/Time | Update | Created By |
|---|---|---|---|
| 1 | 09/20/2023 11:03 | SOFT COUNT: APPROXIMATE ▮ STILL CROSSING. | ▮ |
| 2 | 09/20/2023 11:37 | SOFT COUNT: APPROXIMATE ▮ STILL CROSSING. | ▮ |
| 3 | 09/20/2023 11:50 | SOFT COUNT: APPROXIMATE ▮ STILL CROSSING. | ▮ |
| 4 | 09/20/2023 12:11 | FIRST EVENT: | |



Total was ▮ subjects

NATIONALITY BREAKDOWN:
Honduras: ▮
Guatemala: ▮
Ecuador: ▮
Mexico: ▮
Nicaragua: ▮
Colombia: ▮
Cuba: ▮
Peru: ▮
Venezuela: ▮

DEMOGRAPHIC BREAKDOWN:
▮ subjects in ▮ Family Units
▮ - Unaccompanied Juveniles
▮ - Single Adult Males
▮ - Single Adult Females

| 5 | 09/20/2023 12:21 | SIR Activity created: ▓▓▓▓▓▓▓ UPDATES TO FOLLOW ON SIR. |
| 6 | 09/20/2023 12:49 | SECOND EVENT: |

Total was ▓ subjects

NATIONALITY BREAKDOWN:
Honduras: ▓
Guatemala: ▓
El Salvador: ▓
Ecuador: ▓
Colombia: ▓
Peru: ▓
Venezuela: ▓

DEMOGRAPHIC BREAKDOWN:
▓ subjects in ▓ Family Units
▓ Unaccompanied Juveniles
▓ - Single Adult Males
▓ Single Adult Females

| 7 | 09/20/2023 13:49 | THIRD EVENT: |

Total was ▓ subjects

NATIONALITY BREAKDOWN:
Honduras: ▓
Guatemala: ▓
Cuba: ▓
Ecuador: ▓
Colombia: ▓
Venezuela: ▓

DEMOGRAPHIC BREAKDOWN:
▓ subjects in ▓ Family Units
▓ - Unaccompanied Juveniles
▓ - Single Adult Males
▓ - Single Adult Females

| 8 | 09/20/2023 14:39 | FOURTH EVENT: MOBILE INTAKE; STAND BY ON BREAKDOWN |
| 9 | 09/20/2023 14:41 | FIFTH EVENT: |

Total was ▓ subjects

NATIONALITY BREAKDOWN:
Honduras: ▓
Guatemala: ▓





| | Date/Time | Type | Email Distro | Created By |
|---|---|---|---|---|
| 6 | 09/20/2023 12:39 | Update | | |
| 7 | 09/20/2023 11:49 | Update | | |
| 8 | 09/20/2023 10:49 | Update | | |
| 9 | 09/20/2023 10:21 | Update | | |
| 10 | 09/20/2023 10:11 | Update | | |
| 11 | 09/20/2023 09:50 | Update | | |
| 12 | 09/20/2023 09:37 | Update | | |
| 13 | 09/20/2023 09:03 | Update | | |
| 14 | 09/20/2023 07:53 | Initial | | |