# EXHIBIT 271

Login    Watch TV

**POLITICS** · Published April 12, 2021 6:44pm EDT

# Biden USCIS nominee called for pausing border patrol funding

Ur Jaddou is Biden's nominee to head the U.S. Citizenship and Immigration Services

 By Houston Keene | Fox News



**'Typical Democrat response' to throw more money at border crisis: Rep. Malliotakis**

Rep. Nicole Malliotakis, R-N.Y., says the solution to the border crisis is to reinstate Trump-era policies that were reversed by the Biden administration.

President Biden's nominee to head up the U.S. Citizenship and Immigration Services (USCIS) once called for pausing Customs and Border Protection (CBP) funding during the Trump administration.

LADOJ-ASYLUM6139

Ur Jaddou is the current director of Department of Homeland Security (DHS) Watch at America's Voice, a pro-amnesty nonprofit, as well as an adjunct professor at the American University School of Law. Biden announced her nomination on Monday.

**ARIZONA AG: 'IT'S IMPORTANT' KAMALA HARRIS, HEALTH SEC. BECERRA VISIT BORDER AMID IMMIGRATION CRISIS**

Jaddou took aim at the department's immigration agencies during the Trump era, calling for Congress to pause CBP's funding last July until the agency "stops attacking peaceful protesters around the country" and has "real reform and meaningful accountability."

She also referred to CBP as the "personal militia" to former President Donald Trump.

"As our states, cities and towns are begging for more funding to stave off an economic collapse in the midst of a once-in-a-century pandemic, CBP has the audacity to propose moving money around, defying Congressional opposition so that their agents can continue to be the personal militia of the President," wrote Jaddou.

Jaddou was also quoted in the Cronkite News last April claiming that Trump was using the COVID-19 pandemic as an excuse to turn people away at the southern border.

**EL SALVADOR PRESIDENT REFUSES TO MEET WITH BIDEN ENVOY ON IMMIGRATION CRISIS**

"That was a goal from Day One, and he found the perfect opportunity to do it," Jaddou told the Cronkite News.

Additionally, America's Voice — where Jaddou works — has in the past called for all families held in migrant facilities to be "released" and referred to US Immigration and Custom Enforcement (ICE) as a "rogue agency."

**CLICK HERE TO GET THE FOX NEWS APP**

America's Voice also attacked the press and media pundits who have labeled the border situation a "crisis."

The White House did not immediately respond to Fox News' request for comment.

LADOJ-ASYLUM6141

Houston Keene is a politics writer for Fox News Digital.  Story tips can be sent to Houston.Keene@Fox.com and on Twitter: @HoustonKeene

Sponsored Stories



**Cardiologist Shares Priceless Advice: "My Morning Ritua...**
guthealthwellness.com

**7 Critical Tips for Estate Planning**
SmartAsset

Recommended by Outbrain

LADOJ-ASYLUM6142



## Conversation  198 Comments

What do you think?

Sort by Best

**curly4**
12 April, 2021

LADOJ-ASYLUM6143

We all saw what happened when many politicians supported the defunding of the police and the crime that followed. That same thing would happen if Border Patrol is also defunded. But them most of the people who is calling for this defunding already have the means to provide their won security while ...**See more**

Reply · 👍 77  👎 2 · Share

R **ravenwulfe**
12 April, 2021

July until the agency "stops attacking peaceful protesters around the country"
If those were peaceful protests then WW2 was a minor disagreement.

Reply · 👍 82  👎 1 · Share

**patriot34859**
12 April, 2021

Jaddou is not qualified for the position based on her past comments and positions on immigration.

Reply · 👍 186  👎 1 · Share

R **response2u**
12 April, 2021

Why is it that Biden's recommended appointments are more ignorant than they look? Does she know how to train dogs?

Reply · 👍 82  👎 1 · Share

↳ 2 replies

L **livinthing**
12 April, 2021

Where do they find these people? Is there no longer vetting?

Reply · 👍 103  👎 1 · Share

R **Tenshi**
12 April, 2021

The only vetting Biden does is the individual must have an education background from a Progressive education system (propaganda) and be a woman (usually of color) but in this case, **SHE is referred to in her Biography as a MAN.**

Reply · 👍 23  👎 1 · Share

**curly4**
12 April, 2021

Biden will keep on until he has nor CBP agents on the southern border. Then he will find another job for the few ICE agents that are there. Thus giving all the illegals free reign to

come in and go where they want to go.  It would not surprise me if he would not have transportation to take them whe...**See more**

Reply · 👍 82 👎 · Share

**D** **dezprado**
12 April, 2021

They'll be transported by the carload to red states.

Reply · 👍 9 👎 2 · Share

**C** **conservativevoter224**
12 April, 2021

This wanton disregard for our border protection should be grounds for impeachment.

Reply · 👍 95 👎 3 · Share

**Opinari**
12 April, 2021

I agree. The #1 job of the President is to protect the US from harm, which obviously Blundering Biden is incapable of doing partially due to his incompetence and then picking ignoramuses.

Reply · 👍 23 👎 · Share

**C** **cjc360**
12 April, 2021

Great, nice pick Joe.  You really telling us what you want to do.   I hope you fail.

Reply · 👍 55 👎 · Share

**B** **bristol32911**
12 April, 2021

Sounds like she may have struggled academically......middle school was a stretch!

Reply · 👍 47 👎 · Share

**Tenshi**
12 April, 2021

**HE** went to Liberal propaganda schools in CaliFORNika.  *(Edited)*

Reply · 👍 19 👎 · Share

↳ 1 reply

**C** **CyanRing**
12 April, 2021

Pitch her over the wall!

Reply · 👍 72 👎 · Share

LADOJ-ASYLUM6145

**Tenshi**
12 April, 2021
It is NOT A SHE.
Reply · 👍 12 👎 · Share

**Islandfever003**
12 April, 2021
How can anyone with her reputation be nominated for anything. Biden just slides further into the gutter.
Reply · 👍 28 👎 · Share

**Show More Comments**

Powered by OpenWeb          Terms | Privacy | Feedback

## U.S.
Crime
Military
Education
Terror
Immigration
Economy
Personal Freedoms
Fox News Investigates

## Opinion

## World
U.N.
Conflicts
Terrorism
Disasters
Global Economy
Environment
Religion
Scandals

## Politics
Executive
Senate
House
Judiciary
Foreign Policy
Polls
Elections

LADOJ-ASYLUM6146

## Entertainment

Celebrity News

Movies

TV News

Music News

Style News

Entertainment Video

## Business

Personal Finance

Economy

Markets

Watchlist

Lifestyle

Real Estate

Tech

## Lifestyle

Food + Drink

Cars + Trucks

Travel + Outdoors

House + Home

Fitness + Well-being

Style + Beauty

Family

Faith

## Science

Archaeology

Air & Space

Planet Earth

Wild Nature

Natural Science

Dinosaurs

## Tech

Security

Innovation

Drones

Computers

Video Games

Military Tech

## Health

Coronavirus

Healthy Living

Medical Research

Mental Health

Cancer

Heart Health

Children's Health

LADOJ-ASYLUM6147

## TV

Shows
Personalities
Watch Live
Full Episodes
Show Clips
News Clips

## About

Contact Us
Careers
Fox Around the World
Advertise With Us
Media Relations
Corporate Information
Compliance

## Other

Fox Business
Fox Weather
Fox Nation
Fox News Shop
Fox News Go
Fox News Radio
Outkick
Newsletters
Podcasts
Apps & Products

New Terms of Use    New Privacy Policy    Your Privacy Choices    Closed Captioning Policy    Help    Contact Us    Accessibility Statement

This material may not be published, broadcast, rewritten, or redistributed. ©2023 FOX News Network, LLC. All rights reserved. Quotes displayed in real-time or delayed by at least 15 minutes. Market data provided by Factset. Powered and implemented by FactSet Digital Solutions. Legal Statement. Mutual Fund and ETF data provided by Refinitiv Lipper.

LADOJ-ASYLUM6148