# EXHIBIT 208



U.S. Customs and Border Protection

# Southwest Land Border Encounters

Demographics for U.S. Border Patrol (USBP) and Office of Field Operations (OFO) include:

- Accompanied Minors (AM)
- Individuals in a Family Unit (FMUA)
- Single Adults
- Unaccompanied Children (UC)

For a breakdown of encounters by USBP Sector and OFO Field Office, visit Southwest Land Border Encounters (By Component).

To access the data used to build this dashboard, please visit the **CBP Data Portal**.

*Data is extracted from live CBP systems and data sources. Statistical information is subject to change due to corrections, systems changes, change in data definition, additional information, or encounters pending final review. Final statistics are available at the conclusion of each fiscal year.*

**Note:** *Internet Explorer has problems displaying the following charts. Please use another browser (Chrome, Safari, Firefox, Edge) to view. When using a mobile device, the charts are best displayed in landscape mode.*






**Source:** USBP and OFO official year end reporting for FY21-FY23; USBP and OFO month end reporting for FY24 to date. Data is current as of 12/5/2023.

# U.S. Border Patrol and Office of Field Operations Encounters[1]



## U.S. Customs and Border Protection (CBP) Encounters
### Southwest Land Border Encounters for Fiscal Year (FY) 2024 to Date

| Demographic | Citizenship Grouping | Title of Authority | |
|---|---|---|---|
| (All) ▼ | (All) ▼ | (All) ▼ | Reset Filters |

|  | OFO | USBP | All CBP |
|---|---|---|---|
| OCT FY2024 | 52,206 | 188,780 | 240,986 |
| NOV FY2024 | 51,305 | 191,113 | 242,418 |
| Percent Change | ▼ -1.7% | ▲ 1.2% | ▲ .6% |

### FYTD Southwest Land Border Demographic by Month

|  | Office of Field Operations | | | | | U.S. Border Patrol | | | | FYTD Total |
|---|---|---|---|---|---|---|---|---|---|---|
|  | Single Adults | FMUA | UC / Single Minors | Accompanied Minors | Total | Single Adults | FMUA | UC / Single Minors | Total | |
| OCT | 29,400 | 21,879 | 806 | 121 | 52,206 | 93,667 | 84,405 | 10,708 | 188,780 | 240,986 |
| NOV | 28,860 | 21,465 | 860 | 120 | 51,305 | 96,476 | 82,689 | 11,948 | 191,113 | 242,418 |
| Total | 58,260 | 43,344 | 1,666 | 241 | 103,511 | 190,143 | 167,094 | 22,656 | 379,893 | 483,404 |

**Source:** USBP and OFO official year end reporting for FY23; USBP and OFO month end reporting for FY24 to date. Data is current as of 12/5/2023.

[1] Beginning in March FY2020, USBP and OFO Encounter statistics include both Title 8 Apprehensions, Title 8 Inadmissibles, and Title 42 Expulsions. To learn more, visit Title 8 and Title 42 Statistics.

# Related Resources

## Previous Year Statistics

FY 2021

FY 2020

FY 2019

FY 2018

FY 2017

## Claims of Fear Statistics

[FY 2017-2019](#)

**Last Modified:** Dec 22, 2023