# EXHIBIT 209



U.S. Customs and Border Protection

# Southwest Border Migration FY 2020

## U.S. Border Patrol Southwest Border Encounters[1] FY 2020

| USBP | Demographic | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Southwest Border** | Unaccompanied Alien Child | 2,841 | 3,308 | 3,223 | 2,680 | 3,070 | 2,974 | 712 | 966 | 1,603 | 2,426 | 2,998 | 3,756 | 30,557 |
| | Family Units* | 9,721 | 9,006 | 8,595 | 5,161 | 4,610 | 3,455 | 716 | 979 | 1,581 | 1,989 | 2,609 | 3,808 | 52,230 |
| | Single Adult | 22,840 | 21,210 | 21,035 | 21,364 | 22,397 | 23,960 | 14,754 | 19,648 | 27,652 | 34,121 | 41,676 | 47,207 | 317,864 |
| **Southwest Border Total Apprehensions** | | 35,402 | 33,524 | 32,853 | 29,205 | 30,077 | 30,389 | 16,182 | 21,593 | 30,836 | 38,536 | 47,283 | 54,771 | 400,651 |

\* Family Unit represents the number of individuals (either a child under 18 years old, parent, or legal guardian) apprehended with a family member by the U.S. Border Patrol.

**In Fiscal Year (FY) 2020, during the month of September, a total of 54,771 individuals were apprehended between ports of entry on our Southwest Border, compared to 47,283 in August and 38,536 in July.** In FY19, a total of 851,508 individuals were apprehended between ports of entry on our Southwest Border.

[1] Beginning in March FY20, USBP Encounters statistics include both Title 8 Apprehensions and Title 42 Expulsions. To learn more, visit the Title-8-and-Title-42-Statistics page.

For breakdown by Sector, visit the USBP Southwest Border Apprehensions by Sector page.

## Office of Field Operations Southwest Border Encounters [1] FY 2020

| Field Operations | Demographic | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Southwest Border** | Unaccompanied Alien Child | 360 | 369 | 416 | 396 | 420 | 247 | 29 | 42 | 88 | 83 | 105 | 127 | **2,682** |
| | Family Units* | 3,998 | 4,138 | 3,458 | 3,037 | 2,507 | 1,180 | 22 | 73 | 98 | 61 | 106 | 86 | **18,764** |

| Field Operations | Demographic | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Single Adults | 5,277 | 4,559 | 3,777 | 3,914 | 3,645 | 2,604 | 855 | 1,499 | 1,971 | 2,181 | 2,419 | 2,603 | **35,304** |
| | Accompanied Minor Child** | 102 | 53 | 61 | 33 | 38 | 40 | 18 | 30 | 56 | 68 | 101 | 87 | **687** |
| **Southwest Border Total Inadmissibles** | | 9,737 | 9,119 | 7,712 | 7,380 | 6,610 | 4,071 | 924 | 1,644 | 2,213 | 2,393 | 2,731 | 2,903 | **57,437** |

*Family Unit represents the number of individuals (either a child under 18 years old, parent, or legal guardian) deemed inadmissible with a family member by the Office of Field Operations.

**Accompanied Minor Child represents a child accompanied by a parent or legal guardian and the parent or legal guardian is either a U.S. Citizen, Lawful

**In Fiscal Year (FY) 2020, during the month of September, a total of 2,903 people presenting themselves at ports of entry on the Southwest Border were deemed inadmissible compared to 2,731 in August and 2,393 in July.** In FY 2019, 126,001 people presenting themselves at ports of entry on the Southwest Border were deemed inadmissible.

[1] Beginning in March FY20, OFO Encounters statistics include both Title 8 Inadmissibles and Title 42 Expulsions. To learn more, visit the Title-8-and-Title-42-Statistics (2020) page.

OFO inadmissibility metrics include: individuals encountered at ports of entry who are seeking lawful admission into the United States but are determined to be inadmissible, individuals presenting themselves to seek humanitarian protection under our laws, and individuals who withdraw an application for admission and return to their countries of origin within a short timeframe.

For breakdown by Field Office, visit the Southwest Border Inadmissibles by Field Office page.

Permanent Resident, or admissible alien, and the child is determined to be inadmissible.

Last Modified: Sep 19, 2023

## Related Content

Claims of Fear

## Previous Year Statistics

Southwest Border Migration FY 2019

**Southwest Border Migration FY2018**

**Southwest Border Migration FY2017**