EXHIBIT 210

# Fiscal Year 2023





**U.S. Immigration and Customs Enforcement**

# ICE Annual Report

December 29, 2023



# Letter from the Deputy Director and Senior Official Performing the Duties of the Director

I am pleased to share U.S. Immigration and Customs Enforcement's (ICE) Fiscal Year (FY) 2023 Annual Report, which details the agency's accomplishments over the past year, including how each directorate and program office fulfilled its obligations to our nation.

Though FY 2023 was a year of unprecedented change, ICE's highly adaptable workforce rose to the challenge. The agency made tremendous strides in disrupting and dismantling transnational criminal organizations, removing noncitizens who threaten our national security, enforcing and upholding U.S. immigration laws, and partnering with federal, state, local, and tribal law enforcement agencies to protect our values and our people.

Throughout this fiscal year, ICE significantly supported the Department of Homeland Security's (DHS) Southwest Border mission while upholding its commitment to the American people through investigations and the enforcement of more than 400 federal statutes that fall within the agency's purview.

ICE's FY 2023 Annual Report details ICE's primary focus areas, which include combating terrorism, cybercrime, narcotics trafficking and weapons proliferation; upholding immigration laws; and investigating a vast swath of criminal activity ranging from human trafficking and child exploitation to customs fraud, cultural property theft, and transnational gang activity. The report also provides an in-depth overview on how ICE's intelligence-driven law enforcement capabilities, coupled with its unique law enforcement authorities, ensure that the agency is exceptionally well-suited to respond to evolving transnational security threats.

**Southwest Border Mission Support**

During FY 2023, Enforcement and Removal Operations (ERO) and Homeland Security Investigations (HSI) supported DHS efforts to stem irregular migration at the Southwest Border, with the components deploying a total of more than 2,500 officers and agents in FY 2023. While ICE carefully prioritized its resources to meet these evolving mission needs and agency personnel continued to perform at a high standard, these increased demands have strained a workforce that has remained relatively static for the past decade. Despite these challenges, ERO increased its pace of removals and returns in the months following the Title 42 public health order's expiration in May 2023, nearly doubling the number of removals between FY 2022 and FY 2023 and expanding ICE's ability to remove noncitizens.

**ICE's Core Law Enforcement Efforts: Investigations, Arrests, and Seizures**

Following an unprecedented number of investigations, HSI conducted 33,108 criminal arrests and seized over 1.2 million pounds of narcotics, over $949 million in criminally derived currency and assets, and over $148 million in virtual currency. HSI also identified and/or assisted 1,806 child victims of exploitation. In support of ICE's immigration enforcement and public safety mission, ERO conducted 170,590 administrative arrests, which is a 19.5% increase over last year, and 91,497 at-large arrests for a 7.2% increase compared to FY 2022.

**ICE's International Impact**

HSI spearheaded and participated in numerous international efforts to combat violations of U.S. law, dismantle transnational criminal organizations, disrupt terrorist networks that threaten the homeland, and protect victims in the United States and abroad. HSI continued to expand its Transnational Criminal Investigative Units, which conducted 2,973 criminal arrests, seized hundreds of thousands of pounds of illegal narcotics and precursor chemicals, hundreds of firearms, tens of thousands of rounds of ammunition, and $10.4 million in counterfeit goods.

In FY 2023, ICE further cemented its stature as one of the world's premier law enforcement agencies when it began its two-year tenure as the chair of the Five Eyes Law Enforcement Group (FELEG). This group is a collaborative intelligence-sharing law enforcement community that includes representatives from the Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), HSI, the Australian Criminal Intelligence Commission, the Australian Federal Police, the Royal Canadian Mounted Police, the U.K. National Crime Agency, and the New Zealand Police. This is the first time HSI has chaired the FELEG and served as its primary U.S. law enforcement representative.

ERO's robust international presence also preserves national security and public safety. Removal operations require complex cooperation with law enforcement and government officials, and the directorate stations officers in U.S. embassies and consulates abroad to streamline operations. ERO also manages chartered flights and partners with commercial airlines to effect removals. During FY 2023, ERO conducted 1,178 removal flights, removing over 142,000 noncitizens to more than 170 countries, including 69,902 who had charges or convictions for criminal activity; 3,406 known or suspected gang members; 139 known or suspected terrorists; and six human rights violators. Among those removed, 108 were foreign fugitives wanted by their governments for crimes including homicide, rape, kidnapping, drug trafficking, assault, and sex offenses.

**ICE's Strides in Combating the Opioid Epidemic**

During FY 2023, HSI developed and implemented its Strategy for Combating Illicit Opioids, which builds upon many of the directorate's core investigative authorities and capabilities in fighting transnational criminal organizations and aligns with the National Drug Control Strategy. Throughout the year, HSI participated in and led numerous operations to help protect the United States from the scourge of fentanyl and fentanyl-related substances. From March through May, HSI partnered with U.S. Customs and Border Protection (CBP) to lead Operation Blue Lotus, a surge in fentanyl interdictions that resulted in the seizure of over 8,200 pounds of fentanyl and 284 arrests. HSI also led or participated in several other drug-related efforts, including Operation ORION, Operation Chain Breaker, Operation Pelican Bones, Operation Hydra, and Operation Popeye. ERO continued to successfully effect the removals of those involved in the illicit drug trade and the transnational gangs that facilitate and profit from it.

**Resiliency and Dedication: The Hallmarks of ICE's Workforce**

Throughout the year — as expected based on their hard-earned reputation — ICE personnel remained highly responsive, dedicated to the agency's complex and continuously evolving

mission, and resilient in the face of challenge. Through its Office of Human Capital, ICE focused on recruitment and the hiring of women, veterans, and persons with disabilities. The agency also successfully deployed the High Potential Executive leadership development program, which works in tandem with other initiatives designed to reduce attrition and ensure skilled, talented workers receive the support and recognition they deserve.

**Enhancing Public Trust Through Transparency and Accountability**

During FY 2023, the ICE Office of the Chief Information Officer successfully developed and publicly released the ICE Data Modernization Strategy to help use data to increase transparency. The agency's commitment to earning and maintaining public trust has never wavered, and to meet that obligation, ICE Community Relations Officers from the Office of Partnership and Engagement handled thousands of engagements and inquiries throughout the year.

Accomplishing ICE's mission requires us to carefully balance public safety, national security, support for DHS and its component agencies, and our limited resources. We will continue to develop and implement strategies and initiatives to support our core mission of investigating, disrupting, and dismantling criminal threats. Our resilient, dedicated, and strong workforce will focus on combating illicit opioids, cybercrime, financial crimes, human trafficking and human smuggling, wildlife and endangered species trafficking, the export of sensitive and controlled technologies, and so much more, just as we have done for the past 20 years. We will also continue playing a key role in strengthening the nation's cybersecurity posture.

This report reflects the tremendous individual and collective successes we have achieved over the past year; it is a look at the challenges our agency and our directorates face and an overview of what is on the horizon. As I reflect on FY 2023 and look forward to 2024, I know that our mission will continue to evolve and that our workforce will continue to face challenges — but I also know that we will continue to rise to the occasion every time. I am honored to serve the agency, the American public, and my colleagues throughout ICE who continue to demonstrate our commitment to integrity, courage, and excellence while safeguarding national security and public safety.

Sincerely,

Patrick J. Lechleitner
Deputy Director and Senior Official Performing the Duties of the Director
U.S. Immigration and Customs Enforcement

# Table of Contents

**Letter from the Deputy Director and Senior Official Performing the Duties of the Director2**

**Executive Summary** ................................................................................................................ 7

**Enforcement and Removal Operations** ................................................................................ 8

Mission and Organization ........................................................................................................ 8

Balancing Resources to Support Increased Mission Demands ................................................. 9

DHS Enforcement Priorities .................................................................................................... 10

Public Safety and National Security Operations ..................................................................... 11

Administrative Arrests .............................................................................................................. 12

Criminal Arrests and Prosecutions .......................................................................................... 15

Immigration Detainers .............................................................................................................. 16

Custody and Case Management ................................................................................................ 17

Detained Docket Population ..................................................................................................... 18

Detained Noncitizen Healthcare ............................................................................................... 22

Non-Detained National Docket ................................................................................................ 22

Alternatives to Detention ......................................................................................................... 24

Removals ................................................................................................................................... 25

Removals of U.S. Border Patrol-Apprehended Unaccompanied Children and Family Units ... 28

Family-Focused Initiatives ....................................................................................................... 30

Expulsions Conducted Under Title 42 Authority .................................................................... 31

High Priority Removals: Known or Suspected Gang Members, Terrorists, and Human Rights Violators ................................................................................................................................... 32

**Homeland Security Investigations** ...................................................................................... 34

Mission and Organization ........................................................................................................ 34

HSI Domestic Operations and Footprint ................................................................................. 34

HSI International Operations and Footprint ............................................................................ 35

Significant International Efforts ................................................................................................ 36

White House Office of National Drug Control Policy Awards ................................................ 38

Significant Partnerships and Outreach ..................................................................................... 38

National Security Special Events .............................................................................................. 42

FY 2023 HSI Priorities ............................................................................................................. 43

Financial Crimes ....................................................................................................................... 43

Cyber Crimes ............................................................................................................................ 47

National Security ....................................................................................................................... 49

Opioids and Precursors ................................................................................................51

Crimes of Human Exploitation and Victimization .........................................................54

Global Trade .................................................................................................................56

**Office of the Principal Legal Advisor** .......................................................................**63**

**Office of Management and Administration** ...............................................................**68**

**Office of Professional Responsibility** ......................................................................**72**

**Office of the Director** ...............................................................................................**74**

Office of Congressional Relations ................................................................................74

Office of Diversity and Civil Rights ...............................................................................75

Office of Firearms and Tactical Programs.....................................................................76

Office of Immigration Program Evaluation ....................................................................78

Office of Public Engagement ........................................................................................81

Office of Regulatory Affairs and Policy .........................................................................85

**Conclusion** ...............................................................................................................**90**

**Acronyms**.................................................................................................................**91**

# Executive Summary

The U.S. Immigration and Customs Enforcement (ICE) Fiscal Year (FY) 2023 Annual Report provides an overview of the agency's key programs, enforcement metrics, and accomplishments. It represents the agency's commitment to transparency and accountability, and meets and exceeds the requirements in the Joint Explanatory Statement accompanying the Department of Homeland Security (DHS) Appropriations Act, 2023, which states:

> ICE is directed to continue issuing annual Fiscal Year ERO and HSI reports by not later than 90 days after [the] end of each fiscal year. The reports should compare data for the reporting fiscal year to the prior five fiscal years in a sortable, downloadable, and printable format, with a description of any significant deviations in data representation when compared to prior years.

ICE was created in 2003 through the merger of the investigative and interior enforcement elements of the former U.S. Customs Service and the Immigration and Naturalization Service. Today, it is a premier federal law enforcement agency with over 20,000 law enforcement and support personnel in more than 400 offices across the United States and around the world. Its mission is to promote homeland security and public safety through the criminal and civil enforcement of federal laws governing border control, customs, trade, and immigration. In support of this mission, ICE works to uphold hundreds of federal statutes, administer U.S. immigration laws, oversee the cases of more than 6.2 million noncitizens on the agency's national docket, combat fentanyl and other illegal narcotics, prevent terrorism, and combat the illegal movement of people and goods across the U.S. border. The agency is one of the three principal operational components charged with the immigration and customs authorities Congress placed in DHS under the Homeland Security Act of 2002 and is a member of the federal law enforcement community.

ICE's unique combination of legal authorities and intelligence-driven law enforcement capabilities position the agency to respond to a range of increasingly complex cross-border and domestic threats. The agency has an annual budget of approximately $8 billion, primarily devoted to three operational directorates: Enforcement and Removal Operations (ERO), Homeland Security Investigations (HSI), and the Office of the Principal Legal Advisor (OPLA). A fourth directorate — Management & Administration (M&A) — supports the three operational branches to advance ICE's mission, while the Office of Professional Responsibility (OPR) promotes integrity and accountability by conducting independent reviews of ICE programs and operations. Additionally, several support programs within the ICE Office of the Director (OD) are devoted to improving the agency's operational and policymaking capabilities, enhancing stakeholder relationships, cultivating a professionally trained and diverse workforce, and ensuring safe and humane conditions for those in ICE custody.

# Enforcement and Removal Operations

## Mission and Organization

ERO's mission is to protect the homeland through the arrest, detention, and removal of noncitizens who undermine the safety of U.S. communities and the integrity of the U.S. immigration system. Its primary areas of focus are interior enforcement operations, management of the agency's detained and non-detained populations, and removal efforts. In addition to its core interior enforcement activities, over the last several years, ERO has deployed resources to assist the broader DHS enterprise with efforts to manage irregular migration at the Southwest Border, providing both personnel and innovative technical solutions to help ICE, CBP, U.S. Citizenship and Immigration Services (USCIS), and the Department of Justice's (DOJ) Executive Office for Immigration Review (EOIR) solve cross-agency processing challenges.

ERO's more than 7,600 law enforcement and non-law enforcement support personnel are spread across 25 domestic field offices and 178 locations nationwide, as well as 32 overseas postings and multiple temporary duty travel assignments along the Southwest Border. These positions are supported by eight headquarters divisions overseeing several programmatic areas: Custody Management, Enforcement, Field Operations, ICE Health Service Corps, Law Enforcement Systems and Analysis, Non-Detained Management, Operations Support, and Removal. ERO's personnel across the country and around the world strive to effectively uphold the directorate's public safety and national security mission, ensure the health and safety of those in its custody, and provide fair and effective case management services for the more than 6.2 million cases on its non-detained docket while continuing to support the broader DHS enterprise.



Figure 1. Map of ERO Field Offices

**Balancing Resources to Support Increased Mission Demands**

ERO primarily focuses on immigration-related law enforcement within the interior of the United States. However, during the past several years, ICE has detailed significant numbers of ERO personnel to support DHS efforts to manage irregular migration at the Southwest Border, including case processing and ground and air transportation for noncitizens who are initially apprehended by CBP.[1] In FY 2023, ERO deployed more than 1,300 employees to support these efforts, accounting for approximately 17% of its workforce. As a result, ERO has had to carefully re-balance resources that were previously devoted to its interior immigration enforcement mission.

ERO continues to make improvements to increase operational efficiency, including advancements in business processes, systems, and reporting capabilities. However, ERO's most important resource —— its personnel —— has remained relatively static for the past decade, even as the docket and officer caseloads continue to grow and other demands, like support for Southwest Border operations, have increased. Throughout FY 2023, ICE officers faced competing priorities as temporary duty assignments strain local field offices on multiple interconnected fronts, including enforcement operations, bedspace, detained and non-detained docket case management, and removal efforts. Despite these challenges, ERO increased its pace of removals and returns in the months following the Title 42 public health order's expiration in May 2023, nearly doubling the number of removals between FY 2022 and FY 2023 and expanding ICE's ability to remove noncitizens. ERO continues to focus on identifying and apprehending noncitizens who pose the greatest threats to public safety and national security in the interior of the United States.

---

[1] ERO assists with transporting noncitizens who are apprehended by CBP at the Southwest Border to interior facilities exclusively for the purposes of detention, removal, and further case processing. ICE does not transport released noncitizens to their destination in the interior of the United States and does not choose where released noncitizens ultimately settle. Additionally, ERO transports unaccompanied children from DHS components to the U.S. Department of Health and Human Services' Office of Refugee Resettlement custody.



Figure 2. Current Staff Onboard: ERO Deportation Officers and U.S. Border Patrol Agents

**DHS Enforcement Priorities**

Because ERO's mission is complex and its resources are finite, the agency must balance and prioritize key activities, including interior enforcement efforts. As law enforcement personnel, ERO's deportation officers are trained to make enforcement decisions on a case-by-case basis, considering the totality of circumstances for each noncitizen and focusing their resources on those noncitizens who represent the greatest threats to public safety or national security. This discretion may be complemented by additional guidance issued by DHS, ICE, and ERO, which ensures enforcement actions align with current policy and mission objectives.

On September 30, 2021, DHS Secretary Alejandro N. Mayorkas issued a memorandum, *Guidelines for the Enforcement of Civil Immigration Law*, which instructed DHS immigration officials to prioritize the apprehension and removal of noncitizens considered to be threats to national security, public safety, and border security. The memorandum also provided a non-exhaustive list of aggravating and mitigating factors that officers should consider in each case to ensure fair and effective enforcement. At the time the priorities went into effect, ICE trained its law enforcement personnel on how to implement them in a consistent and lawful manner.

However, on June 10, 2022, in *Texas v. United States*, the U.S. District Court for the Southern District of Texas vacated[2] the September 2021 memorandum, and ICE personnel ceased the implementation of the guidelines and returned to the baseline exercise of prosecutorial discretion.

---

[2] *Texas v. United States*, 606 F. Supp. 3d 437 (S.D. Tex. 2022).

Subsequently, on June 23, 2023, in *United States v. Texas*,[3] the U.S. Supreme Court reversed the District Court's decision in *Texas v. United States*. The Supreme Court's decision went into effect on July 25, 2023. On July 28, 2023, ICE reinstituted the application of the September 2021 memorandum, providing implementation training to its personnel to ensure that the aggravating and mitigating factors contained in the memorandum are fully considered and assessed in each case.[4]

**Public Safety and National Security Operations**

ERO officers rely on a range of law enforcement and intelligence techniques to identify noncitizens who are present in the United States without authorization or are otherwise removable; who may represent threats to national security, public safety, and border security; or otherwise undermine the integrity of U.S. immigration laws. Two main programs guide the directorate's enforcement efforts:

- ERO Fugitive Operations conducts targeted enforcement actions through its 129 Fugitive Operations Teams (FOTs) and 10 Mobile Criminal Apprehension Teams (MCATs) to identify, locate, arrest, and remove at-large removable noncitizens.

- The Criminal Apprehension Program (CAP) identifies and arrests noncitizens in prisons and jails nationwide who were arrested by other law enforcement agencies for criminal activity.

ERO's Targeting Operations Division includes three centers that use technology, analysis, and law enforcement expertise to generate leads in support of overall enforcement activity and specific operations:

- The National Criminal Analysis and Targeting Center (NCATC) analyzes data in law enforcement and immigration databases to identify and locate priority targets and deliver leads to ERO field offices, ICE Headquarter components, and other law enforcement partners for analysis and possible enforcement action in accordance with U.S. immigration law and DHS enforcement priorities.

- The Law Enforcement Support Center (LESC) enhances public safety efforts in communities across the country by providing real-time data on criminal noncitizens to a variety of federal, state, and local law enforcement partners.

- The Pacific Enforcement Response Center (PERC) reviews data on removable noncitizens with criminal charges and/or convictions and provides near-real time leads and referrals to ERO teams operating across all 25 field offices.

---

[3] *United States v. Texas*, 599 U.S. 670 (2023).
[4] Since the memorandum was not in effect for the first 10 months of FY 2023, this year's report does not contain associated metrics. However, ICE is assessing reporting over the long term to ensure DHS leadership and external stakeholders receive accurate and transparent information on enforcement actions.

**Administrative Arrests**

ERO conducts administrative arrests of noncitizens for civil violations of U.S. immigration law. Following the identification and analysis of potential targets, ERO administratively arrests select noncitizens who are removable from the United States through two primary administrative mechanisms:

- At-large arrests take place when ERO conducts enforcement actions within the community (i.e., outside of prisons and jails). In addition, ERO conducts administrative arrests that fall into the "at-large" category in several other circumstances, such as when noncitizens who were encountered by CBP at the Southwest Border and paroled without charging documents subsequently check in to an ERO field office in the interior for further processing and issuance of charging documents, when a public safety redetermination occurs, or when noncitizens are taken into custody for removal purposes.

- Custodial arrests take place when CAP works with prisons and jails to identify noncitizens who are potentially amenable to removal and who have already been arrested by state and local authorities for criminal activity.

ERO arrest activity increased in FY 2023 compared to FY 2022. In FY 2023, ERO conducted 170,590 administrative arrests, representing a 19.5% increase of overall arrests from FY 2022. Of the total arrests conducted by ICE in FY 2023, 43.3% of those arrested had criminal convictions or pending criminal charges, up from 32.5% in FY 2022. In the group of 73,822 individuals with criminal histories, there were 290,178 charges and convictions for an average of four per individual. These included many serious charges or convictions for offenses, such as 1,713 charges or convictions for homicide; 1,655 for kidnapping; 4,390 sexual assaults; 33,209 assaults; 3,097 robberies; 6,964 burglaries; and 7,520 weapons offenses. Moreover, the number of at-large arrests conducted by ERO in FY 2023 increased by 7.2% compared to FY 2022. In FY 2023, ERO conducted 91,497 at-large arrests, compared to 85,343 at-large arrests in FY 2022.

At-large arrests grew as broader migration trends contributed to an increase in unlawful entries to the Southwest border, driven by factors such as violence, food scarcity, severe poverty, unemployment, corruption, climate change, the ongoing impact of the COVID-19 pandemic, and dire economic conditions outside the United States. While ERO officers responded to this increased demand, they continued to fulfill ERO's core national security and public safety mission through the enforcement of U.S. immigration laws within the interior of the United States. During the period prior to May 12, while pandemic-era restrictions, including Title 42, were in effect, many noncitizens were expelled without an administrative arrest and ICE detention capacity was limited. Consequently, following the end of Title 42 and other pandemic-related restrictions, ICE enforcement actions under Title 8, including administrative arrests and detainers, increased.



Figure 3. FY 2018 – FY 2023 ERO Administrative Arrests by Criminality with USBP Encounters[5]



Figure 4. FY 2018 – FY 2023 ICE Initial Book-Ins by Month and Arresting Agency[6]

---

[5] FY 2023 Administrative Arrests are updated through September 30, 2023. FY2018 – FY 2022 data are historical and remains static. USBP Encounters are updated through September 30, 2023. Source: https://www.cbp.gov/newsroom/stats/cbp-enforcement-statistics.
[6] FY 2023 ERO Administrative Arrest data is current through September 30, 2023. FY2018 – FY 2022 data are historical and remain static. ERO Administrative Arrests include all ERO Programs.



Figure 5. FY 2018 – FY 2023 At-Large Administrative Arrests by Criminality[7]

| Criminal Charge Category | Criminal Charge | Criminal Conviction | Total Offenses |
|---|---|---|---|
| Traffic offenses - DUI | 16,488 | 26,556 | 43,044 |
| Dangerous drugs | 13,769 | 26,929 | 40,698 |
| Immigration | 6,041 | 29,804 | 35,845 |
| Assault | 16,580 | 16,629 | 33,209 |
| Traffic offenses | 11,374 | 15,778 | 27,152 |
| Obstructing judiciary, Congress, legislature, etc. | 6,296 | 5,467 | 11,763 |
| Obstructing the police | 4,473 | 5,319 | 9,792 |
| Larceny | 3,746 | 5,941 | 9,687 |
| General crimes | 4,677 | 4,975 | 9,652 |

---

[7] FY 2023 data are current through September 30, 2023. FY 2018 – FY 2022 data are historical and remain static. At-large arrests are a subset of ERO's overall arrests and are defined as arrests that take place outside the confines of a custodial setting (arrests within such a setting are known as custodial arrests). ERO administrative arrests reported as 'at-large' include records from all ERO programs with arrest methods of located, non-custodial arrest, or probation and parole.

| | | | |
|---|---|---|---|
| Weapon offenses | 3,118 | 4,402 | 7,520 |
| Invasion of privacy | 3,384 | 3,971 | 7,355 |
| Burglary | 2,241 | 4,723 | 6,964 |
| Fraudulent activities | 2,305 | 4,012 | 6,317 |
| Sex offenses[8] | 1,637 | 4,109 | 5,746 |
| Public peace | 2,290 | 2,780 | 5,070 |
| Sexual assault | 1,361 | 3,029 | 4,390 |
| Family offenses | 1,712 | 1,727 | 3,439 |
| Stolen vehicle | 1,184 | 2,085 | 3,269 |
| Robbery | 834 | 2,263 | 3,097 |
| Damage property | 1,466 | 1,508 | 2,974 |
| Liquor | 1,474 | 990 | 2,464 |
| Flight/escape | 945 | 1,231 | 2,176 |
| Stolen property | 875 | 1,220 | 2,095 |
| Forgery | 742 | 1,305 | 2,047 |
| Homicide | 390 | 1,323 | 1,713 |
| Kidnapping | 729 | 926 | 1,655 |
| Threat | 523 | 522 | 1,045 |

Figure 6. FY 2023 ERO Administrative Arrests by Charges and Convictions[9]

**Criminal Arrests and Prosecutions**

While ERO primarily conducts administrative arrests for violations of U.S. immigration law, it also has the authority to make criminal arrests and initiate prosecution cases for immigration-related offenses, primarily under Title 8, but also under Title 18 of the U.S. Code. Using this authority, ERO Criminal Prosecution teams within the directorate's 25 field offices work with Offices of the U.S. Attorneys to pursue violations of the U.S. Criminal Code that come to light during enforcement actions. Noncitizens who are convicted generally complete their criminal sentences. The noncitizens are subsequently taken into ICE custody for administrative immigration violations and placed into removal proceedings after completing their criminal sentences.

During FY 2023, ERO's prosecutions process resulted in 3,003 criminal arrests, 3,003 criminal indictments, and 3,120 criminal convictions for a range of offenses, including immigration-related crimes, fraud, assault, and weapons possession. Frequently occurring charges included violations of 8 U.S.C. § 1253, Penalties Related to Removal; 8 U.S.C § 1325, Improper Entry by Alien; 8 U.S.C § 1326, Re-Entry of Removed Aliens; 18 U.S.C. § 1361, Government Property or Contracts; 18 U.S.C § 1546, Fraud and Misuse of Visas, Permits and Other Documents; 18 U.S.C § 111, Assaulting, Resisting, or Impeding Certain

---

[8] Not Involving Assault or Commercialized Sex.
[9] FY 2023 Arrest Data is current through September 30, 2023. Criminal Charge Categories are based on criminal history as it appears in ICE's system of records at the time of arrest. A noncitizen may have multiple charges and/or convictions.

Officers or Employees; and 18 U.S.C § 922(g), Felon in Possession of a Firearm.



Figure 7. FY 2018 – FY 2023 ICE Criminal Arrests and Prosecution Actions[10]

**Immigration Detainers**

ERO lodges immigration detainers against certain noncitizens who have been arrested for criminal activity and taken into custody by state or local law enforcement agencies. A detainer is a request from ICE to state or local law enforcement agencies to 1) notify ICE as early as possible before a removable noncitizen is released from their custody, and 2) for the state or local law enforcement agencies to maintain custody of the noncitizen for a period not to exceed 48 hours beyond the time the individual would otherwise be released. This allows ERO to assume custody for removal purposes in accordance with federal law.

Detainers are critical public safety tools because they allow ICE to focus enforcement resources on removable noncitizens who have been arrested for criminal activity as part of the agency's discretionary authority. When lodged against criminal offenders who fall within ICE's enforcement priorities, detainers increase the safety of all parties involved —— ERO personnel, law enforcement officials, the removable noncitizens, and the public —— by allowing arrests to take place in secure and controlled custodial settings. In addition, detainers conserve scarce government resources by allowing ERO to take criminal noncitizens into custody immediately upon release from jail or prison rather than expending resources locating and arresting these noncitizens in the community.

---

[10] Arrests, indictments, and convictions reflected in the data occurred during a given fiscal year. In some instances, an arrest may occur in one fiscal year and a corresponding indictment or conviction in a subsequent one.



Figure 8. FY 2018 – FY 2023 ERO Detainers Issued

ERO carefully considers when to lodge detainers and relies on prosecutorial discretion and ICE's stated enforcement priorities when making these decisions. While ERO issued fewer detainers during the COVID-19 pandemic, the agency has returned to routine levels and currently lodges detainers against noncitizens who are engaged in criminal activity and are likely threats to public safety. In FY 2023, ERO issued 125,358 detainers for noncitizens with criminal histories, a 59% increase over FY 2022 and a 90.1% increase over FY 2021. During FY 2023, detainers were issued to noncitizens with convictions and charges for numerous instances of serious criminal activity, including 50,918 convictions or charges for assault; 12,667 weapons offenses; 16,578 burglaries and robberies; 6,264 sex offenses (not involving assault or commercialized sex); 6,088 sexual assaults; 2,922 kidnappings; and 2,384 homicides.

**Custody and Case Management**

ERO manages the detained and non-detained dockets from initial book-in to final case disposition (and removal, if applicable). Although most of the more than 6.2 million noncitizens in removal proceedings or subject to final orders of removal are managed on ICE's non-detained docket, the agency also manages detention operations. During FY 2023, ICE provided for the safety, security, and care of an average of 28,289 noncitizens in ICE custody. ERO also provides noncitizen transportation between detention facilities to support a variety of operational requirements, including ensuring adequate space in facilities, providing necessary services such as medical care, and staging noncitizens who have received final orders for removal from the United States. While Congressional funding for ERO's detention beds have remained relatively static for several years and the detained population is limited as a result, the non-detained population has grown significantly, primarily driven by increased migration at the Southwest Border.

| Fiscal Year | Detained | Non-Detained |
|-------------|----------|--------------|
| FY 2018 | 43,746 | 2,641,589 |
| FY 2019 | 50,922 | 3,274,244 |
| FY 2020 | 19,068 | 3,262,680 |
| FY 2021 | 21,939 | 3,685,856 |
| FY 2022 | 26,299 | 4,759,560 |
| FY 2023 | 36,845 | 6,199,629 |

Figure 9. FY 2018 – FY 2023 ERO Detained and Non-Detained Dockets End-of-Year Snapshot (as of September 30, 2023)

**Detained Docket Population**

ERO oversees the civil immigration detention of one of the most diverse and rapidly changing detained populations in the world. During FY 2023, citizens from over 170 countries passed through ICE detention, staying an average of 37.5 days in custody. Those in ICE custody speak dozens of languages, including rare indigenous dialects, and the population includes individuals with a wide range of health statuses and unique physical and mental healthcare requirements — including some who receive comprehensive medical care for the first time after they are booked into detention.

Noncitizens in ICE custody are housed within 150 detention facilities across the nation that are a mixture of ICE-owned, privately-owned, and state and local facilities. The ERO Headquarters Custody Management and ICE Health Service Corps (IHSC) divisions assist ERO officers in the field with managing the detained population, overseeing the health and safety of those in custody, ensuring compliance with ICE's detention standards, facilitating translation services where needed, and providing medical care — including dental and mental healthcare — to all detained noncitizens.

ICE detention is non-punitive in nature, and the agency detains noncitizens only where required by law or based on the unique circumstances of the case. Generally, noncitizens in ICE detention fall into one of three categories: 1) those who are subject to mandatory detention under the Immigration and Nationality Act, 2) those who ERO has determined must be detained to secure their presence for immigration proceedings or removal from the United States, or 3) those who pose a risk to public safety or national security or may be considered a flight risk. Because ICE has very limited detention capacity and appropriated bedspace has remained relatively static, the agency must carefully prioritize whom it detains. Similar to FY 2022, during FY 2023, ERO's limited detention capacity was primarily used to house two populations: noncitizens CBP arrested at the Southwest Border and noncitizens with criminal histories ERO arrested in the interior.

Between FY 2022 and FY 2023, the number of noncitizens in ICE custody increased by 40.1% as the detained population increased from 26,299 at the end of FY 2022 to 36,845 at the end of FY 2023. Continuing a trend seen over the past several years, the majority of book-ins (69%) resulted from CBP arrests in FY 2023, compared to 81% in FY 2022. Additionally, ICE's interior arrests decreased slightly from 29.6% in FY 2022 to 27.1% in FY 2023.



Figure 10. FY 2018 – FY 2023 ICE Initial Book-Ins by Final Order and Fiscal Year.[11]



Figure 11. FY 2023 Currently Detained by Final Order Status.[12]

| Country of Citizenship | Detained |
|---|---|
| **Total** | **26,162** |
| Venezuela | 5,914 |

---

[11] FY 2023 Book-In Data are updated through September 30, 2023. FY 2018 – FY 2022 are historical and remain static.
[12] FY 2023 National Docket data are a snapshot as of October 3, 2023.

19

| Mexico | 4,522 |
| Honduras | 3,331 |
| Guatemala | 2,722 |
| Ecuador | 2,443 |
| Colombia | 2,114 |
| El Salvador | 1,744 |
| Senegal | 1,305 |
| India | 1,062 |
| Mauritania | 1,005 |

Figure 12. FY 2023 ICE Currently Detained by Top 10 Countries of Citizenship.[13]



Figure 13. FY 2018 – FY 2023 Currently Detained by Arresting Agency.[14]

---

[13] FY 2023 National Docket data are a snapshot as of October 3, 2023.

[14] FY 2023 National Docket data are a snapshot as of October 3, 2023. FY 2018 – FY 2023 data is as of the end of the fiscal year. FY 2023 data does not include the 81 noncitizens in detention with no case information, which may occur for very recent book-ins.



Figure 14. FY 2018 – FY 2023 Average Daily Population by Arresting Agency[15]



Figure 15. FY 2018 – FY 2023 ICE Average Daily Population by Arresting Agency and Month[16]

---

[15] FY 2023 are updated through September 30, 2023. FY 2018 – FY 2022 data are historic and remain static.
[16] FY 2023 data are updated through September 30, 2023. FY 2018 – FY 2022 data are historic and remain static.



Figure 16. FY 2018 – FY 2023 Average Length of Stay by Arresting Agency

**Detained Noncitizen Healthcare**

Caring for the detained population is a key component of ERO's work. Through its nationwide staff of 1,670 U.S. Public Health Service Commissioned Corps officers, civil servants, and contract health professionals, ERO's ICE Health Service Corps (IHSC) provides direct healthcare at ICE-owned facilities; oversees compliance with health-related standards in contract facilities that house noncitizens in ICE custody; reimburses providers for off-site health care services detained individuals receive while in ICE and CBP custody; and supports special operations missions. All noncitizens in ICE custody receive health care screenings within 12 hours of arrival and complete assessments within 14 days of admission.

During FY 2023, IHSC's operating budget approached $352 million, and IHSC provided direct care — including medical, mental, and dental health services — to over 131,000 noncitizens housed at 19 IHSC-staffed facilities throughout the United States over the course of more than 1.2 million visits. In addition, IHSC oversaw compliance with healthcare-related detention standards for 191,853 noncitizens housed in 128 non-IHSC-staffed facilities, totaling over 45,000 beds.

**Non-Detained National Docket**

While ICE detains noncitizens to preserve public safety, to secure their presence for immigration proceedings, for removal purposes, or as required by law, the vast majority of noncitizens on ICE's docket are monitored outside of a detention setting through a variety of mechanisms. ICE's non-detained docket comprises 1) noncitizens released from agency custody with final orders of removal and 2) noncitizens who are released from agency custody with pending removal proceedings, including unaccompanied children who have aged out of U.S. Department of Health and Human Services Office of Refugee Resettlement (ORR) custody and noncitizens who were

issued Notices to Appear by DHS components. Cases categorized as "Final Order" indicate that the noncitizen has completed the legal process and has been ordered removed, while "Pending Final Order" signifies that a noncitizen has not yet been issued an order of removal or the order is not administratively final. In FY 2023, the non-detained docket climbed by 30.3% from 4.7 million noncitizens in FY 2022 to more than 6.2 million noncitizens in FY 2023. Comparatively, the non-detained was at 3.26 million in FY 2020 and 3.6 million in FY 2021.  CBP apprehensions of noncitizens at the Southwest Border and the transfer of those cases to ERO for processing are the main drivers of this increase.

In order to address the rise in encounters at the Southwest Border and relatively static ERO personnel levels, DHS has put in place or expanded a number of initiatives designed to increase court appearances and ensure effective case management. Likewise, ICE entered into first-time agreements with countries, including Venezuela, to receive return flights of noncitizens with final orders of removals, and expanded existing agreements with multiple countries.



Figure 17. FY 2023 Currently Non-Detained by Final Status Order.[17]



Figure 18. FY 2020 – FY 2023 Non-Detained Docket End-of-Year Snapshots

---

[17] FY 2023 National Docket are a snapshot of October 3, 2023.

| Country of Citizenship | Non-Detained Total |
|---|---|
| Total | 4,998,768 |
| Honduras | 878,653 |
| Guatemala | 877,020 |
| Mexico | 774,974 |
| El Salvador | 554,586 |
| Venezuela | 465,476 |
| Cuba | 442,624 |
| Nicaragua | 323,518 |
| Colombia | 271,483 |
| Haiti | 208,565 |
| Ecuador | 201,869 |

Figure 19. FY 2023 ICE Currently Non-Detained by Top 10 Countries of Citizenship.[18]

**Alternatives to Detention**

ERO's Alternatives to Detention (ATD) program exists to facilitate noncitizen compliance with release conditions and assist with case management for noncitizens on ICE's non-detained docket. ICE uses three types of technology to monitor noncitizens on the ATD program: Intensive Supervision Appearance Program (ISAP), including telephonic reporting; GPS monitoring; and biometric facial comparison. In addition, ATD – ISAP offers contractor case management options, including Extended Case Management Services and Wraparound Stabilization Services. Compliance with reporting requirements remained high for those noncitizens managed through ICE's ATD program.

To improve management of the growing non-detained docket, ICE uses ATD – ISAP as a case management and accountability tool to provide increased supervision for an eligible subset of the nearly 6.2 million noncitizens. Adults 18 and older who are released from DHS custody and who are generally in removal proceedings or subject to final orders of removal may be eligible for ATD – ISAP. Officers review several factors when making enrollment determinations, including criminal, immigration, and supervision history; family and community ties; proximity to case management sites; status as a caregiver or provider; and humanitarian and medical considerations. Overall, the program provides an additional layer of supervision of noncitizens released from detention with conditions, such as release on an order of recognizance, release on an order of supervision, a grant of parole, or a posted immigration bond.

At the end of FY 2023, there were 194,427 active participants on ATD – ISAP, fewer than the 321,000 participants on the program at the end of FY 2022. The two primary factors that led to the lower ATD – ISAP population over the course of the fiscal year are fewer ATD enrollments at the Southwest Border and increased terminations from the program. Since December 2022, the number of enrollments on ATD – ISAP decreased as U.S. Border Patrol at the Southwest Border referred fewer people to ICE for evaluation and enrollment. Additionally, the number of program

---

[18] FY 2023 National Docket are a snapshot of October 3, 2023.

terminations has increased, largely due to ICE officers continually conducting determinations to ensure the most appropriate levels of technology assignments and case management levels. ICE officers determine technology or case management options by considering several factors, such as immigration court status, status as a primary caregiver or provider, community ties, compliance history, and criminal history. For example, an officer may determine that de-escalating a noncitizen's ATD – ISAP requirements is appropriate or may relieve the noncitizen of those requirements entirely, resulting in a termination from the program.

ICE continues to improve the program, so it remains an effective supervision tool. In FY 2023, ICE expanded the use of its ATD program by implementing limited testing of a wrist-worn GPS monitoring device as part of its ongoing efforts to provide additional technology in the ATD – ISAP suite of options. The wrist-worn device, which uses technology similar to a consumer smartwatch but can only be used for immigration-related activities, augments existing ATD – ISAP technologies by allowing officers to provide increased levels of supervision, lowering enrollment times, and minimizing interference with participants' daily lives.

Separate from ATD – ISAP, ICE launched the Young Adult Case Management Program (YACMP) in 16 cities[19] in January 2023 to help participants 18 to 19 years of age navigate the immigration process. ICE recently expanded this program to include family unit enrollments, as this population also requires a higher level of support than the single adult population. YACMP, which is managed by the Juvenile and Family Management Division (JFMD) under ERO's Non-Detained Management Division, is a non-detained program that replaces ERO field office reporting requirements with case management services and does not include GPS or other monitoring technology. Recognizing these noncitizens may be particularly vulnerable to human trafficking and other crimes, YACMP connects participants with community services and resources, and educates them about their legal rights and obligations. Throughout FY 2023, ICE enrolled 4,128 participants in the program, made more than 10,000 referrals for participants to various social service organizations, and conducted 3,350 human trafficking screenings. Additionally, ERO referred 31 cases with indicators for possible human trafficking to HSI for additional investigation.

**Removals**

An ICE removal is the compulsory and confirmed movement of an inadmissible or deportable noncitizen out of the United States. Under its Title 8 authority, ERO removes noncitizens who are subject to final orders of removal, including those issued pursuant to expedited removal and those issued by an immigration judge. Those removed include noncitizens ERO arrests in the interior of the United States, as well as those CBP apprehends along the Southwest Border and transfers to ERO for removal. Removal management is a complex process that requires careful planning and coordination with a wide range of domestic and foreign partners and uses significant ERO resources. After a noncitizen receives a final order of removal and ERO coordinates with

---

[19] YACMP cities include Boston, Massachusetts; Chicago, Illinois; Dallas, Texas; Denver, Colorado; Detroit, Michigan; El Paso, Texas; Houston, Texas; Los Angeles, California; Miami, Florida; New York, New York; Orlando, Florida; Philadelphia, Pennsylvania; Phoenix, Arizona; San Antonio, Texas; San Diego, California; and Washington, D.C./Baltimore, Maryland.

necessary partners, ICE arranges the noncitizen's removal via a chartered flight, commercial flight, or land transport (for removals to a contiguous country).

Similar to arrests, ICE removed more noncitizens in FY 2023 than in FY 2022, driven by multiple factors, including changes in migration patterns and the lifting of Title 42 and COVID-19 pandemic-era restrictions. [20] In FY 2023, ERO removed 142,580 noncitizens to more than 180 countries worldwide, an increase of 97.5% compared to FY 2022. Additionally, in FY 2023, ICE expelled more than 60,000 noncitizens prior to May 12, 2023, under the Title 42 public health order. [21] 142,580 noncitizens removed during that time, 69,902, or 49%, had criminal histories, with an average of 3.8 convictions and/or charges per individual. These included many serious charges or convictions for offenses, including 1,457 charges or convictions for homicide; 1,450 kidnappings; 3,809 sexual assaults; 26,714 assaults; 2,760 robberies; 5,410 burglaries; and 6,114 weapon offenses.



Figure 20. FY 2018 – FY 2023 Overall ICE Removals by Fiscal Year.[22]

---

[20] While the Title 42 public health order was in place, the high number of Title 42 expulsions limited the number of noncitizens processed by ERO under its traditional Title 8 immigration authority, which reduced the number of removals in FY 2020-2022. The lifting of Title 42 public health order allowed ERO resources to concentrate on processing and removing noncitizens under its Title 8 authority instead of Title 42 expulsions.
[21] Other DHS components, primarily CBP, also return and remove noncitizens. Those returns and removals are not included in the ICE Annual Report.
[22] FY 2023 Removals are current through September 30, 2023. FY 2018 – FY 2022 data are historical and remain static. ICE removals include returns. Returns include voluntary departure, voluntary returns, and withdrawals under docket control. ICE departures include noncitizens processed for expedited removal and voluntary return that are turned over to ERO for detention. As of May 12, 2023, noncitizens processes for expedited removal that were turned over from USBP to ICE for removal via ICE Air Operations are also included.



Figure 21. FY 2018 – FY 2023 ICE Removals by Criminality



Figure 22. FY 2018 – FY 2023 ICE Interior Removals by Criminality



Figure 23. FY 2018 – FY 2023 ICE Removals by Arresting Agency.[23]



Figure 24. FY 2018 – FY 2023 ICE Removals by Arresting Agency and Month

**Removals of U.S. Border Patrol-Apprehended Unaccompanied Children and Family Units**

As part of its immigration enforcement mission, ICE is responsible for repatriating unaccompanied children[24] and family units subject to final orders of removal, including

---

[23] This chart represents removals performed by ICE and does not capture total removals or returns by DHS.
[24] Unaccompanied children are defined by statute as children who have no lawful immigration status in the United States; have not attained 18 years of age; and with respect to whom there is no parent or legal guardian in the United

unaccompanied children granted voluntary departure. Beginning in FY 2014 and continuing through FY 2023, the United States has experienced an increase in these populations arriving at the Southwest Border, a trend that stretches DHS and ICE resources and impacts removal efforts. Although ICE removes more single adults than unaccompanied children or members of family units, these unique and vulnerable populations require dedicated resources and individual agreements with foreign governments to ensure a safe and efficient removal process. In FY 2023, ERO removed 212 unaccompanied children and 17,946 members of family units to their countries of origin.[25]



Figure 25. FY 2018 – FY 2023 ICE Removals of Unaccompanied Children

States, or no parent or legal guardian in the United States available to provide care and physical custody. 6 U.S.C. § 279(g)(2).
[25] FY 2023 removals are current through September 30, 2023. FY 2018 – FY 2022 data are historical and remain static. ICE removals include returns. Returns include voluntary departure, voluntary returns, and withdrawals under docket control. ICE departures include noncitizens processed for expedited removal and voluntary return that are turned over to ERO for detention. As of May 12, 2023, noncitizens processes for expedited removal that were turned over from USBP to ICE for removal via ICE Air Operations are also included.



Figure 26. FY 2018 – FY 2023 Removals of USBP-Identified Family Unit Members

**Family-Focused Initiatives**

During FY 2023, ERO worked with its agency and department partners to launch several family-focused initiatives to address the large numbers of family units seeking to cross the Southwest Border in recent years. These initiatives include the Family Expedited Removal Management (FERM) program and the ATD Family Unit (FAMU) Removal Initiative, both of which are geared toward the fair, humane, and expedited processing and removal of family units that do not establish eligibility to remain in the United States.

*Family Expedited Removal Management*

In May 2023, ICE — along with CBP, USCIS, and EOIR — launched FERM, a process that focuses on noncitizen family units processed under expedited removal proceedings with credible fear under Title 8. Through FERM, certain heads of household are placed on ATD – ISAP technology and, as a condition of their parole, are closely supervised while their families await interviews to assess credible fear of persecution or torture claims. FERM consists of GPS monitoring with mandatory home curfew for heads of household going through the expedited removal/credible fear process. Additionally, ICE uses a SmartLINK compatible device for ongoing communication. ICE officers select families based on several factors, including status as nationals of countries that accept ICE removals and destination cities. [26]

---

[26] At the end of FY 2023, there were 45 active FERM cities: Atlanta, Baltimore, Boston, Charlotte, Chicago, Cincinnati, Columbus, Dallas, Denver, Hartford, Houston, Indianapolis, Kansas City, King of Prussia, Las Vegas, Los Angeles, Louisville, Manassas, Memphis, Miami, Mount Laurel, Nashville, New Brunswick, New Orleans, Newark, Orlando, Philadelphia, Phoenix, Pittsburgh, Portland, Providence, Sacramento, Salt Lake City, San Antonio, San Bernardino, San Diego, San Francisco, San Jose, Santa Ana, Seattle, Silver Spring, St. Paul, Stockton, Tampa, and Washington, D.C.

*ATD Family Unit (FAMU) Removal Initiative*

In June 2023, ICE operationalized the ATD FAMU Removal Initiative, which focuses on compliant family units enrolled in ICE's ATD – ISAP program that have exhausted all available forms of relief or protection from removal for which they may be statutorily eligible. The program identifies family units that are eligible for immediate removal based on executable final orders of removal and creates individualized removal plans.

**Expulsions Conducted Under Title 42 Authority**

In March 2020, the Centers for Disease Control and Prevention (CDC) invoked authorities under Title 42 of the U.S. Code, requiring the immediate expulsion of certain noncitizens who crossed the border without authorization. The directive tasked CBP with expelling noncitizens deemed to pose health risks. Additionally, the invocation of Title 42 tasked ERO with obtaining foreign governments' authorizations to receive Title 42 expulsions by air and coordinating these expulsions through informal agreements. During this process, ERO used ICE Air Operations to expel single adults, family units, and single minors under Title 42 authority — until a court order halted the expulsion of single minors in November 2020 — and the JFMD transportation contractor to facilitate this process for family unit members.

In FY 2023, through May 11, ICE Air Operations assisted in expelling 47,617 noncitizens under Title 42 authority, while JFMD expelled an additional 14,928 members of family units.[27] Subsequently, on May 11, 2023, the Title 42 public health order officially concluded, and ICE returned to processing and removing noncitizens exclusively in accordance with Title 8.



Figure 27. ERO Title 42 Expulsions by ICE Air Operations and ERO's Juvenile and Family Management Division

---

[27] This figure represents members of family units. Family units contain adult noncitizen parents/legal guardians accompanied by their own minor child(ren). Family individuals, or members of family units, indicate noncitizens counted as individuals who are part of family units.

**High Priority Removals: Known or Suspected Gang Members, Terrorists, and Human Rights Violators**

One of ERO's most impactful law enforcement functions involves the removal of high-priority noncitizens who pose serious threats to public safety or national security. This priority group includes noncitizens who are known or suspected of involvement in terrorism or gang activity, as well as those who committed egregious human rights violations or war crimes prior to coming to the United States. In FY 2023, ERO removed 3,406 known or suspected gang members, an increase of 27.7% compared to FY 2022, and 139 known or suspected terrorists, a 148.2% increase compared to FY 2022. Additionally, ERO removed six human rights violators[28] in FY 2023, the same number as in FY 2022.[29]



Figure 28. FY 2018 – FY 2023 ICE Removals of Known or Suspected Gang Members

---

[28] Human Rights Violators are defined as individuals who have been charged with certain sections of the INA, including Sections 212(a)(3)(E)(ii) for genocide for Nazi persecution; Section 212(a)(2)(G) for religious freedom; Section 237(a)(4)(D) for Nazi genocide and persecution; Section 237(a)(4)(E) for religious freedom; or have an alert as a Human Rights Violator in ICE's system of record.

[29] All known or suspected terrorists, known or suspected gang members, and human rights violators FY 2023 removals are current through September 30, 2023. FY 2018 – FY 2022 data are historical and remain static. ICE removals include returns. Returns include voluntary departure, voluntary returns, and withdrawals under docket control. ICE departures include noncitizens processed for expedited removal and voluntary return that are turned over to ERO for detention. As of May 12, 2023, noncitizens processes for expedited removal that were turned over from USBP to ICE for removal via ICE Air Operations are also included.



Figure 29. FY 2018 – FY 2023 ICE Removals of Known or Suspected Terrorists



Figure 30. FY 2018 – FY 2023 ICE Removals of Human Rights Violators

# Homeland Security Investigations

## Mission and Organization

HSI investigates, disrupts, and dismantles terrorist, transnational, and other criminal organizations that threaten or seek to exploit U.S. customs and immigration laws. HSI's workforce comprises more than 8,700 employees, including special agents, criminal analysts, and mission support personnel. With its focus on transnational criminal activity, HSI has a global and expanding footprint, with offices in 235 cities across the United States and its territories and across 56 countries.

HSI has broad legal authority to conduct federal criminal investigations of the illegal movement of people, goods, money, technology, and other contraband into, out of, and throughout the United States. HSI uses these authorities to investigate a wide array of transnational crime and violations of customs and immigration laws, including the following:

- Terrorism and national security threats.
- Money laundering.
- Financial fraud and illicit schemes.
- Cybercrime.
- Intellectual property theft and trade fraud.
- Stolen goods and organized retail crime.
- Narcotics smuggling.
- Transnational gang activity.
- Child exploitation.
- Human smuggling.
- Human trafficking.
- Illegal exports of sensitive and controlled technologies, including weapons and munitions.
- Identity and benefit fraud.
- Human rights violations and war crimes.

During FY 2023, HSI conducted 33,108 criminal arrests, seized over 1.2 million pounds of narcotics, identified and/or assisted 1,806 victims of child exploitation, and assisted 731 victims of human trafficking.

## HSI Domestic Operations and Footprint

Domestic Operations is responsible for managing, directing, coordinating, and supporting all investigative activities within HSI's domestic offices. Domestic Operations also deconflicts field operations and apprises HSI leadership of ongoing field investigations. At the end of FY 2023, there were 235 domestic field offices, including 30 HSI Special Agent in Charge (SAC) offices, 6,900 HSI special agents, and over 1,000 additional personnel, including criminal analysts and mission support personnel.



Figure 31. HSI Domestic Operational Areas of Responsibility

**HSI International Operations and Footprint**

HSI's International Operations administers and oversees international activity conducted by HSI attaché offices. This component is devoted to disrupting and dismantling transnational criminal organizations (TCOs) and terrorist groups. It also represents HSI in Our collaboration with international law enforcement organizations and foreign governments, facilitating the investigation of a wide range of immigration and customs violations. With 93 offices in 56 locations in and outside of the United States, HSI has one of the largest international footprints in U.S. law enforcement.

During FY 2023, in collaboration with strategic partners in the United States and abroad, HSI special agents gathered evidence to identify and build criminal cases against TCOs, terrorist networks and facilitators, and other criminal elements that threaten the homeland. HSI worked with prosecutors to indict and arrest violators, execute search warrants, seize criminally derived money and assets, and take other actions to disrupt and dismantle criminal networks.



Figure 32. HSI International Operational Areas of Responsibility

## Significant International Efforts

*Operation Shattered Fortress*

In response to Russia's unprovoked invasion of Ukraine, the U.S. government issued wide-ranging economic sanctions and increased export violations targeting Russian state-owned industries, financial institutions, government officials, oligarchs, and derivative assets/structures that support aggression by the Russian state.

HSI Domestic Operations established Operation Shattered Fortress (OSF) under its Strategic Global Initiatives portfolio to unify HSI efforts and prioritize significant domestic and international investigations into violations of U.S. law by Russian aggressors and facilitation networks.

HSI serves as one of the lead agencies on the DOJ Kleptocapture Task Force, an interagency law enforcement task force dedicated to enforcing the sweeping sanctions, export controls, and economic countermeasures that the United States, and its foreign allies and partners, imposed in response to Russia's invasion of Ukraine.

OSF is also a contributing member of the multilateral Russian Elites, Proxies, and Oligarchs Task Force, which neutralizes enablers of Russian government operations by identifying and disrupting their financial and logistical infrastructure through collaboration with other law enforcement and foreign partners. The task force focuses its efforts to identify, locate, and bring to justice those whose illegal acts undermine the rule of law and enable the Russian regime to continue its unprovoked invasion of Ukraine. Additionally, the interagency task force has and will continue to use its civil and criminal asset forfeiture authorities to seize assets belonging to sanctioned individuals and proceeds of unlawful conduct that enable the Russian government to continue this war. Since its implementation in late April 2022, OSF participated in 64 international and domestic enforcement operations that led to a total of 12 criminal arrests, 19 indictments, and disrupted over $2 billion in assets, including 11 luxury yachts and three aircraft. In concert with this effort, the HSI-led Human Rights Violators and War Crimes Center (HRVWCC) has also focused efforts on the conflict between Russia and Ukraine — particularly Russian paramilitary forces engaged in egregious human rights violations, terrorist acts, and other criminal activities.

*Operation Without a Trace*

Led by HSI at the National Targeting Center-Investigations (NTC-I), Operation Without a Trace (WaT) is a unified DHS strategy to combat the illicit flow of firearms, firearms components, and ammunition from the United States into Mexico. Operation WaT is a federal partnership between HSI, CBP, and the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) in collaboration with the government of Mexico. Operation WaT is one of three whole-of-government efforts recognized by the National Security Council to combat this threat. In FY 2023, HSI field offices initiated 327 new Operation WaT investigations, resulting in 292 criminal arrests and the seizure of approximately 2,407 firearms, 5,275 ammunition magazines, and more than 257,173 rounds of ammunition.

*Operation Vested Interests*

Operation Vested Interests is a joint HSI and Federal Bureau of Investigation (FBI) investigation targeting a TCO linked to the July 2021 assassination of Haitian President Jovenel Moïse. HSI leveraged its expertise in investigating transnational crime to identify the international network of co-conspirators who allegedly sought to overthrow the Haitian government and participated in events leading to the assassination. The operation has resulted in the arrests of 11 individuals associated with the assassination conspiracy. The U.S. Attorney's Office for the Southern District of Florida is prosecuting the case.

On December 19, 2022, HSI and the FBI swore out complaints against several individuals involved in the assassination of the former Haitian president. On January 31, 2023, HSI and the FBI used an Air National Guard C-130 to fly to Haiti and accepted the transfer of James Solages, Joseph Vincent, German Alejandro Rivera Garcia, and Christian Sanon. HSI and the FBI coordinated the transfer and transport of the individuals into federal detention in Miami. On February 14, 2023, HSI and the FBI conducted multiple operations in the Tampa and Miami areas to apprehend Frederick Bergmann, Antonio Intriago, Archangel Ortiz, and Walter Veintemilla. HSI coordinated Bergmann's movement on a CBP air asset to Miami for his initial court appearance. On March 24, 2023, Rodolphe Jaar pleaded guilty to charges related to conspiracy to

kidnap and kill along with providing material support. On June 20, 2023, HSI special agents testified before a federal grand jury, securing indictments against the coconspirators for charges related to export smuggling, exporting without a required license, providing material support, expedition against a friendly nation, and conspiracy to kill/kidnap a person outside the United States. On September 7, 2023, Rivera pleaded guilty to charges related to conspiracy to kidnap and kill along with providing material support. On October 10, 2023, Joseph Joel John, another defendant who was arrested in 2022, pleaded guilty to charges related to conspiracy to kidnap and kill along with providing material support.

**White House Office of National Drug Control Policy Awards**

During FY 2023, HSI was recognized by its partners for its narcotics interdiction efforts, including by the Office of National Drug Control Policy (ONDCP). HSI received three out of nine ONDCP award categories, including:

- Emerging Threat Identification, Detection, and Monitoring: HSI El Paso's Operation Chain Breaker, which made tremendous efforts at interdicting pill presses, die molds, and other parts used in the manufacture of illicit counterfeit pills.

- Illicit Finance Investigations: HSI Chicago's Operation Falling Star and its financial investigations group, which targeted a Chinese money laundering organization operating in concert with Mexican TCOs.

- Land Interdiction: HSI San Diego's Costa Pacifico Money Laundering Task Force's Operation Pipe Dream, which resulted in the discovery of a sophisticated drug smuggling tunnel.

**Significant Partnerships and Outreach**

*Office of Congressional Relations*

HSI established a Congressional Liaison program to prioritize its efforts to enhance the frequency, consistency, and quality of its engagements and partnerships with Congress, in conjunction with the ICE Office of Congressional Relations and the DHS Office of Legislative Affairs.

HSI's Office of Congressional Relations created an internal framework that drives the agency's congressional efforts. HSI's multi-pronged approach in furtherance of this plan began at headquarters, integrated with agency and department efforts, and effectively interfaced with HSI field offices. This approach increased the overall number of personnel assigned to support HSI congressional engagements; proactively and strategically engaged with congressional members and staff; executed a deliberate plan for congressional briefings; identified, messaged, and promoted key locations for congressional delegations; facilitated and supported field engagements; provided timely, transparent, thorough, and fully responsive products in response to requests for information; and ensured consistency of messaging and branding in all engagements.

In FY 2023, HSI engagement efforts with Congress contributed to congressional enactment of the Countering Human Trafficking Act of 2021, which expanded the DHS Center for Countering Human Trafficking (CCHT), and statutory authorization for the payment of salary stipends to HSI's Transnational Criminal Investigative Units (TCIUs). In addition, an HSI detailee to Congress assisted the DHS Office of Legislative Affairs with the reauthorization of the Secretary's joint task force authority.

The Countering Human Trafficking Act will increase and expand the CCHT's effectiveness in targeting human traffickers, protecting victims, and supporting counter-trafficking efforts throughout DHS. It will facilitate the continued development of the Blue Campaign, the Department's national human trafficking awareness initiative, designed to educate the American public on how to recognize trafficking, help trafficking victims, and bring suspected traffickers to justice.

The statutory authorization for the payment of salary stipends to HSI's TCIUs are important for HSI to recruit and retain the highest caliber foreign law enforcement officials. TCIUs perform an important role in HSI's ability to disrupt and dismantle TCOs that pose a direct threat to U.S. border security. The ability for HSI to provide salary supplements should result in a lower turnover rate and allow HSI to recruit, vet, and train new TCIU members and bring long-term, complex investigations to successful conclusions. The reauthorization of DHS's Joint Task Forces (JTFs) extends through 2024. JTFs integrate resources, intelligence, planning and operations across DHS component units, including the U.S. Coast Guard, CBP, and HSI. DHS uses JTFs to combat TCOs, enforce customs and immigration laws, and coordinate its border security efforts.

*Joint Task Force Alpha*

Joint Task Force Alpha (JTFA) was established in June 2021 as a joint law enforcement effort capitalizing on the investigative and prosecutorial resources of the DOJ and DHS to disrupt and dismantle human smuggling networks that exploit and endanger migrants traveling to the United States from Mexico and the Northern Triangle countries of El Salvador, Guatemala, and Honduras. JTFA partner agencies leverage and synchronize their respective intelligence, interdiction, investigative, and prosecutorial capabilities to counter TCOs involved in human smuggling.

HSI is the lead agency in nearly all ongoing JTFA supported investigations. Through JTFA, the Human Smuggling Unit prioritizes and targets TCOs' finances by identifying third-party money launderers and real assets, domestically and abroad. Since inception, JTFA has produced approximately 378 criminal arrests and seized $3.7 million in currency and assets.

In June 2023, four Mexican nationals were arrested in Texas for their alleged roles in a failed human smuggling incident that resulted in 53 deceased and 11 injured noncitizens in June 2022. HSI San Antonio, in collaboration with HSI Dallas, HSI Laredo, HSI Mexico City, USBP, the San Antonio Police Department, JTFA, and the U.S. Attorney's Office, worked tirelessly to infiltrate and combat this human smuggling organization. The investigation resulted in the identification of over 35 co-conspirators and the rescue of 114 undocumented noncitizens.

*Border Enforcement Security Task Forces*

HSI Border Enforcement Security Task Forces (BESTs) continue to serve as an important tool to combat TCOs engaged in drug trafficking, human smuggling, weapons trafficking, and money laundering. In FY 2023, BESTs expanded to HSI District of Columbia; HSI Wilmington, South Carolina; HSI Grand Junction, Colorado; HSI Lafayette, Louisiana; and HSI Indianapolis, Indiana. There are currently 92 BESTs throughout the United States and its territories, including Puerto Rico and the U.S. Virgin Islands.

Operation Bad Cookie is an HSI-led Organized Crime Drug Enforcement Task Force (OCDETF) investigation into a Mexico-based and cartel-affiliated drug trafficking organization responsible for smuggling bulk quantities of narcotics — including methamphetamine, heroin, cocaine, fentanyl, and fentanyl-related substances — from Mexico to the United States and laundering drug proceeds through various schemes. As one of many illustrative examples, beginning in 2020, HSI Chicago requested the assistance of HSI Kansas City's BEST to conduct undercover bulk cash pickups of suspected drug proceeds in the Kansas City area. Since the operation's inception, HSI Kansas City has reported the indictments of 62 defendants on drug trafficking offenses, 44 of whom have been arrested. HSI Kansas City also conducted four undercover bulk cash pickups totaling $601,125 and seized $886,665 in bulk cash, 213 kilograms of methamphetamine, 13 kilograms of heroin, 10 kilograms of fentanyl or fentanyl-related substances, 7.6 kilograms of cocaine, and 23 firearms. In FY 2023, HSI Kansas City reported the indictments of 11 defendants on drug trafficking and money laundering charges, four arrests, and seized 71.3 kilograms of methamphetamine, $203,615 in drug proceeds, and three firearms.



*HSI BEST members from multiple law enforcement agencies.*

*Transnational Criminal Investigative Units*

Transnational Criminal Investigative Units (TCIUs) further HSI's global mission by working with foreign partners to investigate and prosecute people involved in transnational criminal activities that threaten the United States or the region's stability and national security. TCIUs identify targets, collect evidence, share intelligence, and facilitate prosecutions in the United States and foreign countries. They play critical roles in HSI's efforts to prevent transnational criminal activity before it affects communities in the United States.

In FY 2023, HSI continued to expand its international TCIU program by adding a new partner country and increasing its global footprint to 16 countries. HSI training efforts conducted throughout FY 2023 led to the addition of approximately 200 TCIU personnel members from 12 countries. In FY 2023, TCIU teams conducted 2,973 criminal arrests and seized:

- Over 232,218 pounds of illegal narcotics and precursor chemicals;
- 484 firearms;
- 42,957 rounds of ammunition;
- $5,363,299 in U.S. currency;
- $10,496,905 in counterfeit goods;
- $25,858,760 in seized general merchandise,
- $10,839,000 in seized real estate; and
- $451,720 in seized virtual currency and assets.

These results directly disrupt the operations of TCOs that threaten the homeland and safeguard the United States and its borders.

In March 2023, the HSI Santo Domingo TCIU and other law enforcement partners reported three controlled deliveries in the Dominican Republic. These enforcement actions were in support of Operation CITADEL and resulted in the arrest of three Dominican nationals, the controlled delivery of 13,686 rounds of ammunition, and the seizure of eight illegal firearms.

*National Gangs and Violent Crimes Unit*

In Spring 2023, the National Gangs and Violent Crimes Unit expanded the Operation Community Shield Violent Gang Task Forces (VGTF) initiative to the HSI Charlotte area of responsibility. This initiative focuses on investigating, disrupting, and dismantling transnational gangs and TCOs. The VGTF initiative supports the U.S. Attorney's Office violent crime initiatives by providing human and financial capital, investigative, and intelligence resources in areas impacted by increases in TCO and street gang-related violent crime. The VGTF in Charlotte is the seventh in the United States.

**National Security Special Events**

*78th United Nations General Assembly*

HSI supported multiple national security special events during FY 2023, including the 78th Session of the United Nations General Assembly, where it assigned over 1,200 special agents on temporary duty assignments to provide close protection for heads of state and perform other duties. Fourteen tactical medics, two physicians, and a mobile command center supported these agents in New York City.

*Super Bowl LVII*

In February 2023, Super Bowl LVII took place near Phoenix, Arizona. In addition to providing federal coordination and security elements, HSI Arizona worked with state, local, and federal partners and the NFL, with support from the National Intellectual Property Rights Coordination Center (IPR Center), to seize 8,233 counterfeit items, with an estimated manufacturer's suggested retail price of $2,029,142. Additionally, HSI — working alongside over 100 law enforcement officers from state, local, and federal agencies, and with support from the CCHT — made 48 felony arrests, 300 misdemeanor arrests, and identified and assisted six victims of human trafficking.



*Counterfeit NFL and Super Bowl merchandise displayed during an IPR Center press conference prior to Super Bowl LVII*

**FY 2023 HSI Priorities**

In FY 2023, HSI designated the following six operational priorities based on law enforcement trends, ways the workforce must evolve to face emerging threats, and congressional mandates:

- *Financial crimes:* Integrate financial investigations and asset forfeiture capabilities into all HSI cases to dismantle TCOs and eliminate the financial incentives to engage in criminal activities.
- *Cybercrimes:* Use innovative investigative techniques and cutting-edge technology to protect critical infrastructure from intrusion and counter cybersecurity threats, illicit marketplaces, and cryptocurrency-based crime.
- *National security:* Target the people, money, and materials that support terrorist activities and global atrocities and support efforts to counter foreign intelligence and non-traditional collection threats.
- *Opioids and precursors:* Illuminate, investigate, disrupt, and dismantle TCOs that introduce fentanyl, heroin, and other dangerous opioids into the United States and deny precursor chemicals from entering the illicit supply chain.
- *Crimes of human exploitation and victimization:* Leverage resources across HSI to enhance investigative strategies through intelligence-driven enforcement, outreach programs, and public-private partnerships to dismantle transnational human smuggling organizations and combat human trafficking and child exploitation using a victim-centered approach.
- *Global trade:* Combat illegal export and proliferation of sensitive technology, equipment, and weapons; protect public health and safety, and the U.S. economy; investigate illegal trade practices; and target TCOs that engage in environmental crime — specifically wildlife trafficking.

**Financial Crimes**

*Financial Crimes Unit*

In FY 2023, the HSI Financial Crimes Unit's Third-Party Money Laundering (3PML) section brought on more program managers and expanded the Financial Intake Team to support non-3PML financial investigations. The 3PML program supports complex financial investigations against its targets, resulting in significant seizures and prosecutions. In FY 2023, 3PML investigations yielded 152 arrests, 121 indictments, 17 convictions, and 314 seizures totaling $102,997,681. In FY 2024, the FCU will increase its support for field investigations with timely and effective responses, which will help ensure the disruption and dismantlement of 3PML organizations and the TCOs that work with them.

*Asset Forfeiture Unit*

HSI uses asset forfeitures to disrupt and dismantle TCOs. HSI's Asset Forfeiture Unit (AFU) oversees and coordinates all field Asset Identification and Removal Groups and the Seized Property program. The AFU is the primary liaison to the Department of the Treasury's Executive Office for Asset Forfeiture and handles issues regarding the Treasury Forfeiture Fund. The AFU

implemented the barcoding system implementation and training for all 30 HSI domestic SAC offices and its personnel visited over 180 HSI offices, barcoding and inventorying over 113,000-line items of evidence. The barcode initiative improves accountability in evidence handling and increases efficiency in annual inventory reviews.

In FY 2023, HSI's AFU seized 4,336,939,968 individual items, worth an estimated $1,574,224,825 across 30,616 distinct incidents. This included the following:

- 2,071distinct commercial fraud seizures valued at $16,984,283 with a manufacturer's suggested retail price of $1,177,648,711.
- 15,044 distinct narcotics seizures totaling 1,447,530 pounds and valued at $45,013,259.
- 3,199 incidents seizing vessels, vehicles, and aircraft, with 3,745 vehicles valued at $77,238,501; 180 vessels valued at $11,469,557; and 139 aircraft valued at $13,692,900.
- 5,139 incidents seizing firearms, with 2,834,204 pieces of ammunition; 34,963 pistols, rifles, and machine guns; 375 privately made firearms, such as ghost guns, conversion devices, and receivers; and 12,884 low-risk arms, such as magazines, scopes, Tasers, and body armor.
- 40 cryptocurrency seizures, including 10,681,432 virtual coins valued at $123,723,657 at the time of seizure.

The AFU also oversaw the distribution of over $152 million from the Treasury Forfeiture Fund. The money was used to support investigative activities involving darknet marketplaces, business email compromise and network intrusion, COVID-19 fraud, narcotics trafficking, money laundering, cryptocurrency, international organized crime, and TCOs. The funds also furthered data analytics and financial auditor contracts, investigative efforts for CCHT, NTC-I, Special Operations Unit and Narcotics Task Forces, equitable sharing and seized property activities, undercover investigations, the Special Response Team, cybercrimes, child exploitation investigations, and victim identification.

*Cross-Border Financial Crime Center*

In FY 2023, HSI established the Cross-Border Financial Crime Center (CBFCC) to strengthen the United States' anti-money laundering framework. The CBFCC is a public-private partnership that convenes federal law enforcement agencies, partner nations, banks and financial institutions, and financial technology (FinTech) companies to promote collaboration on cross-border financial crime. The CBFCC supports the prosecution, disruption, and dismantlement of TCOs, strengthens the financial and FinTech industries against illicit activity, and enhances communication between government and private sector partners. HSI is leveraging its Cyber Crimes Center, Trade Transparency Units, and the Bulk Cash Smuggling Center to form the foundation for the CBFCC's efforts to more effectively prevent TCOs, kleptocrats and oligarchs, professional money laundering organizations, and other criminal actors from accessing the elaborate international systems used to launder money and hide and protect the secrecy of their criminally derived wealth.

*National Aviation Trafficking Initiative*

Domestic Operations' JTF-I supported the National Air Trafficking Initiative (NATI), an HSI-led, multi-agency initiative focused on the financial, export, and regulatory violations associated with the procurement of U.S. aircraft that TCOs use to traffic large quantities of cocaine and drug proceeds. In FY 2023, NATI seized 2,864 kilograms of cocaine and four aircraft. Since its inception in 2019, NATI has seized 42,325 kilograms of cocaine and 83 aircraft.; it has also made 92 criminal arrests.

*Trade Transparency Unit*

HSI's Countering Transnational Organized Crime Division's Trade Transparency Unit (TTU) developed the Final Flight Program to provide analytical assistance for NATI investigations. The Final Flight Program developed training on an advanced aviation investigation to assist field agents in identifying aircraft associated with TCO activity. Extending the TTU's knowledge and experience to field agents will result in even greater successes for this program.

HSI signed its 19th TTU memorandum of understanding with Costa Rica to expand and facilitate the exchange of trade data with HSI's foreign counterparts. By combining international efforts, the TTU can identify and eliminate trade-based money laundering schemes that criminal and terrorist organizations use to move and launder illicit funds. In FY 2024, TTU anticipates the signing of the 20th and 21st members of the TTU Partner Country Program. TTU anticipates the sharing agreements to be completed with Canada and Israel, which will continue HSI's international efforts to identify and eliminate trade-based money laundering schemes that criminal and terrorist organizations use to move and launder illicit funds.

*Operation OSSERAIN*

Through its TTU and Cultural Property, Arts, and Antiquities Program, HSI provided direct case support for the trade-based money laundering investigation named Operation OSSERAIN, targeting the Nazem Ahmed Money Laundering Organization responsible for the direct funding of the Hizballah Terror Network. The investigation identified Ahmed's use of precious gemstones and artwork to launder illicit proceeds throughout the world. Enforcement efforts supported by TTU resulted in the indictment of nine individuals, the international arrest of two targets, the addition of 65 individuals and businesses on the Office of Foreign Asset Control Sanctions List, and approximately $4.75 million in seizures. This operation demonstrates the value of the TTU and the need to expand the program beyond the 19 foreign partner countries currently participating.

*Operation Aquila*

The Bulk Case Smuggling Center (BCSC) oversees Operation Aquila, a joint financial crimes partnership with the United States Postal Inspection Service (USPIS) to identify money laundering activity and provide advanced analytical support to his and USPIS field offices. Working with an assigned postal inspector, BCSC analysts and program managers identify illicit proceeds in parcel shipments and money laundering activity in postal money order transactions.

Since its inception, Operation Aquila has identified more than $44 million in suspected illicit proceeds, distributed 22 investigative referrals HSI and USPIS field offices, and responded to more than 377 requests for assistance from special agents and postal inspectors.

*Operation Heavy Metal*

Operation Heavy Metal is a multiyear, HSI-led investigation of a TCO responsible for the theft, sale, and illegal export of stolen catalytic converters and related components. Catalytic converters contain the precious metals rhodium, platinum, and palladium, making them highly desirable for criminals and TCOs to steal and resell to co-conspirators in the United States and foreign countries. Authorities believe the TCO targeted by Operation Heavy Metal was responsible for the thefts and resales of millions of catalytic converters in several states since 2019.

Operation Heavy Metal uses complex investigative techniques to target the TCO for money laundering, wire fraud, conspiracy, sale or receipt of stolen goods, and interstate transportation of stolen goods. In FY 2023, HSI seized approximately $2,680,000; 4,433 pounds of precious metal powder; 260 pallets of catalytic converters; 25 firearms; 14 luxury vehicles and vessels; six properties; gold bars and jewelry; and other related items. The estimated value of all seizures for Operation Heavy Metal in FY 2023 is $8,392,000. In FY 2023, the investigation resulted in 32 arrests, 29 indictments, and 39 search and seizure warrants served in several different states as well.



*Stolen catalytic converters seized as part of Operation Heavy Metal.*

*Operation Boiling Point*

In response to organized retail theft and similar criminal activity such as cargo theft, HSI developed and implemented Operation Boiling Point, which leverages HSI's strong partnerships with private industry, retailers, financial institutions, and others playing critical roles in combating criminal groups that seek to disrupt interstate and foreign commerce. During FY 2023, Operation Boiling Point officials made 386 arrests and seized $15.3 million in currency and monetary instruments. Since its inception in 2022, officials have arrested 535 people and seized $20 million in currency and monetary instruments in conjunction with this operation.



*Operation Boiling Point focuses on combating organized theft groups by targeting domestic and criminal groups and TCOs profiting from organized retail crime.*

## Cyber Crimes

*Cyber Crimes Center*

The Cyber Crimes Center (C3) conducts transborder criminal investigations of internet-related crimes under HSI's purview. C3 is responsible for identifying and targeting cybercrime activities over which HSI has jurisdiction. In FY 2023, C3 supported 6,601 new child exploitation investigations; 4,214 criminal arrests; 2,363 indictments; 1,924 convictions; and identified and assisted 1,806 children.

*Operation Renewed Hope*

Between July 17 and August 4, 2023, HSI hosted Operation Renewed Hope, the first U.S.-based Victim Identification Task Force Operation. HSI's Child Exploitation Investigations Unit hosted the operation with the support of 30 HSI special agents, analysts, computer forensic analysts, and task force officers from C3 and HSI domestic field offices, as well as partners from the FBI, DOJ Child Exploitation and Obscenities Section, the National Center for Missing and Exploited Children, and the Virginia State Police Internet Crimes Against Children Task Force. Victim identification specialists were also represented from 14 foreign law enforcement agencies from Australia, Austria, Belgium, Brazil, Canada, Colombia, Ecuador, Estonia, France, Germany, Spain, the United Kingdom, and Europol and Interpol. As a result of this operation, 311 referrals with possible identifications or countries of origin have been sent to HSI domestic field offices and international law enforcement partners. As of October 3, 2023, 55 victims have been identified, including 20 who are still minor children from 32 HSI domestic identifications and 16 foreign identifications, and two offender arrests.

*Operation Cyber Centurion*

Operation Cyber Centurion (OCC) disrupts hundreds of cyber intrusion and ransomware attacks targeting critical infrastructure, such as major utilities, healthcare, public education, financial systems, emergency services, and local government infrastructure. The operation prevents billions of dollars in economic losses and directly improves public safety. Since its inception, OCC has disseminated over 400 leads to field offices for notification and mitigation, including 53 in FY 2023. OCC disruptions for FY 2023 included several large state universities and municipalities in Kentucky, California, and New Mexico, as well as healthcare facilities in Oklahoma, Michigan, and Texas. A notable disruption in the healthcare sector included a southern healthcare group consisting of more than 30 medical facilities and a Level 1 trauma center, serving more than 55,000 patients per year.

*HSI Innovation Lab*

The HSI Innovation Lab is the Cyber and Operational Technology Division's centralized hub for the development of advanced investigative analytics and tools available to HSI special agents, criminal analysts, and task force officers. The Repository for Analytics in a Virtualized Environment (RAVEN) platform provides the central data storage and the technical infrastructure that powers the tools. In FY 2023, the HSI Innovation Lab released continuous enhancements to the RAVEN platform throughout FY 2023, and the platform's flagship analytics tool has progressed from testing phases to field-wide availability during this time.

Additionally, during FY 2023, HSI launched a program through the HSI Innovation Lab that brings together investigators and data professionals to provide direct operational support for prioritized issue areas. Through collaboration with the DHS Science and Technology Directorate, the DHS Office of Intelligence and Analysis, the DHS Office of the Chief Information Officer, and CBP, this unique blend of technical and law enforcement resources positions the program to lead HSI's counter-fentanyl initiatives, helping investigators identify previously unknown criminal networks and supporting multiple drug-seizure operations. In FY 2023, the program

supported 138 fentanyl-related investigations, resulting in 119 criminal arrests — including those of six high-level TCO members. It also resulted in 238 seizures and the disruption of five clandestine synthetic opioid labs in Mexico.

**National Security**

*Human Rights Violators and War Crimes Center*

The Human Rights Violators and War Crimes Center (HRVWCC) supports the identification, prosecution, and removal of individuals who committed human rights violations and war crimes. In FY 2023, the HRVWCC supported more than 180 investigations related to suspected war criminals. The HRVWCC's Human Rights Target Tracking Team created over 590 lookout records on known and suspected human rights violators, helping prevent their entry into the United States. The HRVWCC also trained special agents and attorneys at its Human Rights Violators and War Crimes Advanced Investigative Training Course, and provided a training aimed at preventing travel for perpetrators of female genital mutilation (FGM) in support of Operation Limelight USA, an ongoing ICE program designed to deter and increase public awareness about FGM.

In FY 2023, the HRVWCC actively supported HSI field offices in complex human rights violations and war crimes investigations. One case deserving particular recognition is the investigation of Ross Roggio, a U.S. citizen who operated an unauthorized weapons factory in Iraqi Kurdistan, and abused and tortured his foreign employees. The HRVWCC provided HSI Philadelphia with significant support, which included witness and victim interviews in Estonia and the parole of seven Estonian nationals to testify about the torture they endured. After a two-week trial, on May 19, 2023, the Middle District of Pennsylvania convicted Roggio on various federal charges including torture. Roggio is the second defendant to be convicted of torture since the federal torture statue went into effect in 1994.

*National Security Unit*

The National Security Unit (NSU) oversees the agency's national security and counterterrorism efforts. In FY 2023, the NSU coordinated and supported over 184 HSI field offices on more than 356 Joint Terrorism Task Force investigations. During FY 2023, HSI special agents took the lead in 72% of task force disruptions of terrorism-related activities and were involved in 92% of these efforts.

*Special Interest Investigations Unit*

The Special Interest Investigations Unit (SIIU) identifies and neutralizes national security threats by aggregating, analyzing, and delivering intelligence and counterintelligence support to internal and external stakeholders. During FY 2023, the SIIU supported 33 field Counterintelligence Task Forces (CITFs) and coordinated on more than 66 investigations. Currently, there are 19 HSI personnel from across the country assigned to CITFs.

*Operation Citadel*

Operation Citadel focused HSI authorities and subject matter expertise on priority TCOs involved in money laundering as well as human, narcotics, and bulk cash smuggling in Latin America. In FY 2023, HSI deployed 77 temporary duty special agents to 17 countries for 60- to 90-day increments. HSI deployed personnel to Mexico, the Caribbean, Central America, and South America in support of Operation Citadel and will continue collaborating with foreign law enforcement counterparts to target TCOs, drug trafficking organizations, terrorist support networks, smuggling networks, and trafficking networks. Working with foreign law enforcement partners, these agents' investigative activities resulted in the seizure of 69 firearms, 14,182 rounds of ammunition, 4,846 pounds of narcotics, and over $383,446 in currency; 231 arrests; 38 search warrants; the identification and assistance of 25 minors; biometric enrollment of 16,164 individuals; and the training of 303 foreign officers.

*Student and Exchange Visitor Program*

HSI's Student and Exchange Visitor Program (SEVP) increases the integrity of the U.S. immigration system by collecting, maintaining, and analyzing information so only legitimate nonimmigrant students or exchange visitors can enter the United States on F or M visas. SEVP ensures that the institutions accepting nonimmigrant students are certified and follow applicable federal rules and regulations. In addition to certifying U.S.-based academic institutions to enroll nonimmigrant students on F and M visas, SEVP manages the Student and Exchange Visitor Information System (SEVIS) and coordinates with law enforcement partners across DHS to provide data used for enforcement actions.

In FY 2023, SEVP received over 73,327 phone calls, received more than 17,546 emails, and conducted approximately 8,417 visits to 7,202 SEVP certified schools nationwide. SEVP withdrew 183 school certifications due to anomalies encountered during SEVP's review process and denied certification to six schools. Additionally, SEVIS included 1,068,229 nonimmigrant students in active status.

*Visa Security Program*

The Visa Security Program (VSP) is an HSI-led counterterrorism program that assigns HSI special agents to diplomatic posts worldwide to conduct law enforcement visa-security activities and to train the Department of State's Bureau of Consular Affairs on threats, trends, and other topics affecting visa adjudication. The VSP is a key tool HSI deployed internationally to prevent terrorists and other national security threats from obtaining visas and traveling to the United States. In FY 2023, VSP efforts prevented 8,412 individuals with links to terrorism from traveling to the United States. This number represents a 102% increase from FY 2022 numbers, which totaled 4,159 individuals, and indicates a return to post-COVID travel and enhanced program processes.

**Opioids and Precursors**

*Strategy for Combating Illicit Opioids*

In FY 2023, recognizing the unprecedented epidemic of deaths from illicit opioids, his developed and implemented its *Strategy for Combating Illicit Opioids.* This effort builds upon many of HSI's core investigative authorities and capabilities in combating TCOs and focuses efforts on four core goals, all of which align with the National Drug Control Strategy to reduce the international supply of illicit opioids; reduce the domestic supply of illicit opioids; attack the enablers of illicit finance, cybercrime, and weapons smuggling; and conduct outreach with private industry. Through this strategy, HSI aims to make important strides in reducing the harm illicit opioids have on U.S. communities. A robust implementation will ensure HSI remains a leader in this critical area and continues to save lives by combating the trafficking of synthetic opioids.

*Operation Blue Lotus*

From March through May 2023, HSI and CBP led Operation Blue Lotus, a surge operation involving coordinated efforts among federal, state, tribal, and local partners designed to facilitate and increase fentanyl and fentanyl-related substance interdictions at and between ports of entry while developing criminal cases along the Southwest Border. The operation aimed to curtail the flow of illicit fentanyl and fentanyl-related substances smuggled into the United States from Mexico while simultaneously disrupting TCO activities. In FY 2023, authorities seized over 8,200 pounds of fentanyl and fentanyl-related substances and arrested 284 people under Operation Blue Lotus.

Building on the success of Blue Lotus, DHS launched a second phase between June and July 2023 named Operation Blue Lotus 2.0. The second phase concurrently targeted the fentanyl distribution of fentanyl-related substance networks along the Southwest Border and the interior of the United States by surging HSI personnel to strengthen local field office interdiction, enforcement, and investigative efforts. Operations focused on national initiatives to include major international commercial express consignment centers that target the smuggling of illicit narcotics and chemicals into the United States. In FY 2023, Operation Blue Lotus 2.0 resulted in the seizure of over 2,880 pounds of fentanyl and fentanyl-related substances; over 36,600 pounds of other narcotics including methamphetamine, cocaine, and heroin; and 326 criminal arrests.



*Fentanyl and other items seized in Arizona as part of Operation Blue Lotus.*

*Operation ORION*

In August 2023, HSI's counter-fentanyl and counter-fentanyl-related substance operations transitioned from Southwest Border surge efforts to a nationwide, counter-opioid initiative known as Operation Opioid Response and Investigation of Networks (ORION). Operation ORION aligns with the goals and strategies set forth in the *Strategy for Combating Illicit Opioids,* allowing HSI to leverage its vast administrative, civil, and criminal law enforcement authorities to counter fentanyl and fentanyl-related substance distribution. Under the operation, HSI continues to increase the number of BESTs, Fentanyl Abatement and Suppression Teams, and Fentanyl Overdose Resolution Teams in strategic locations to support HSI's nationwide fentanyl and fentanyl-related substance supply reduction strategy. This increase will simultaneously be reflected in HSI and CBP joint operations at and along the Southwest Border.

*Operation Chain Breaker*

Operation Chain Breaker (OCB) is an initiative targeting Chinese pill press manufacturers and the Mexican TCOs using pill press equipment to mass produce fentanyl pills being smuggled into the United States. OCB is one of three nationally branded DHS/HSI National Opioid Strategy Initiatives, which is focused on Chinese pill press supply chains; Mexican pill press brokers; Mexican TCOs using pill press equipment to mass produce fentanyl and fentanyl-related substances; domestic pill press equipment recipients engaged in fentanyl and fentanyl-related substance production; and money launderers facilitating the movement of fentanyl proceeds. During FY 2023, OCB sent over 172 collateral case requests and/or investigative referrals. Since its inception in 2021, OCB leads have resulted in the dismantlement of 15 domestic fentanyl labs and the seizures of over 400 pounds of fentanyl and fentanyl-related substances, 2,000 pounds of fentanyl precursors, and over 2,000 pieces of pill press equipment.

*Operation Pelican Bones*

Operation Pelican Bones made significant progress toward its goal of disrupting and dismantling an extremely violent and powerful TCO through the interdiction of illicit narcotics, the disruption of precursor supply chains, and the forfeiture of financial tools used by the organization for profit and reinvestment. Since its inception, Operation Pelican Bones has resulted in the seizure of $234,637; 30,150 kilograms of methamphetamine; and 482,171 kilograms of fentanyl, fentanyl-related substances, and methamphetamine precursor chemicals.



*Narcotic precursor chemicals seized as part of Operation Pelican Bones.*

*Operation Hydra*

Through Operation Hydra, HSI targets the supply chains responsible for foreign-origin shipments of precursor chemicals used to produce fentanyl, fentanyl-related substances, and methamphetamine destined for the United States. Operation Hydra targets and seizes precursor chemicals before criminals convert them into the synthetic drugs that fuel overdose deaths. In FY 2023, Since its inception in late 2019, HSI has interdicted 64,545 kilograms of precursor chemicals, increasing the total weight of chemical interdictions to 1,091,094 kilograms through this operation.

*Operation Popeye*

HSI conducted Operation Popeye in collaboration with partners in Italy, Colombia, and the United States to dismantle multiple organized crime groups operating in domestically and in Europe, while simultaneously disrupting a Colombian drug cartel representing one of the largest suppliers of cocaine to Europe and North America. Operation Popeye led to the seizure of 4.4 tons of cocaine, 66 kilograms of heroin, €1.85 million (approximately $2.04 million), and 63 arrests. This investigation leveraged HSI's unique domestic and international authorities and resources to coordinate one of the largest and most complex undercover operations ever accomplished through United States and international law enforcement partnerships.

*Commercial Trucking Initiative*

Led by HSI at the NTC-I, the Commercial Trucking Initiative is an HSI strategy to combat TCOs that use cross-border commercial motor vehicles to exploit interstate transportation networks to further their criminal activity related to illicit opioids, weapons smuggling, and bulk cash smuggling. Federal, state, and local investigators and analysts identify, target, and deconflict

individuals and companies responsible for the movement of narcotics, weapons, and criminal proceeds across international borders. In FY 2023, HSI began rolling out its Operation Long Haul workflow to improve data quality by sharing more information on commercial trucking with NTC-I. In August 2023, HSI hosted a two-day training symposium for seven HSI offices that maintain strong relationships with domestic highway interdiction teams.

The Commercial Trucking Initiative is part of the *Strategy for Combating Illicit Opioids*, which calls for its expansion. In FY 2024, NTC-I anticipates expanding the initiative to domestic field offices while incorporating CBP, the National Targeting Center, and U.S. Department of Transportation to improve data sharing, analysis, and targeting.

### Crimes of Human Exploitation and Victimization

*Center for Countering Human Trafficking*

The Center for Countering Human Trafficking (CCHT) is a DHS-wide effort comprising 16 supporting offices and components. The CCHT's mission is to advance counter human trafficking law enforcement operations, protect victims, and enhance prevention efforts by aligning DHS' capabilities and expertise. The CCHT is the first unified, intercomponent coordination center for countering human trafficking and the importation of goods produced with forced labor.

Throughout FY 2023, the CCHT took significant steps to advance DHS counter trafficking efforts, driving and supporting criminal investigations of forced labor and sex trafficking through coordinated intelligence and evidence-based strategies. CCHT personnel supported multiple large-scale operations across the country by providing funding, subject matter expertise, and interagency coordination. Notable accomplishments include CCHT's assistance to HSI Arizona and their human trafficking operation in the Phoenix metropolitan area during Super Bowl LVII, the Waste Management Phoenix Open golf tournament, and the Barrett-Jackson Auto Auction. The operations resulted in 48 felony arrests, the identification and assistance of five juvenile victims and one adult victim, and the seizure of seven firearms.

Additionally, the CCHT supported HSI Atlanta in an investigation targeting a TCO committing labor trafficking and visa fraud violations by exploiting vulnerabilities within the H-2B temporary non-agricultural visa program. The investigation revealed that the subjects committed fraud to bring workers into the United States for unauthorized employment at their restaurants. They were also involved transporting noncitizens from Mexico into the United States in furtherance of labor trafficking activities. With assistance from the CCHT, HSI Atlanta executed eight search warrants leading to the identification of 13 victims — including one victim who was specifically brought into the United States for sexual exploitation — and the criminal arrests of two individuals.

The CCHT increased counter human trafficking efforts through training, outreach, and the delivery of victim protections as well. In FY 2023, the CCHT delivered 135 training and outreach events to approximately 14,350 participants, including hosting the second DHS-wide Human Trafficking Seminar and an Advanced Human Trafficking Training for HSI investigators, supervisors, and victim assistance personnel. Additionally, the CCHT formally integrated the DHS Blue Campaign into the Center, delivering 194 human trafficking awareness presentations to

over 19,626 federal government, non-governmental organizations, law enforcement personnel, congressional representatives and staff, and members of the general public. The Blue Campaign also acquired 83 new partners in areas including aviation, colleges and universities, youth serving organizations, and campus and school resource offices.

*Victim Assistance Program*

HSI's Countering Transnational Organized Crime Division's Victim Assistance Program (VAP) is a central piece of HSI's victim-based approach to investigations into crimes of victimization and exploitation. The VAP ensures victims of federal crimes, such as human trafficking, exploitation, financial scams, and human rights abuse, are informed of their rights and receive necessary assistance in compliance with federal statutes and the U.S. Attorney General's Guidelines for Victim and Witness Assistance. Using a victim-centered, trauma-informed, and culturally sensitive approach, the VAP provides victim services and conducts forensic interviews of victims in support of HSI criminal investigations.

In FY 2022 and FY 2023, the VAP received congressional enhancement funds to increase victim support during HSI investigations in the United States and abroad. The funds allowed the program to create 76 new full-time positions, with 61 in HSI field offices where staff can directly serve and support victims. The funds also allowed VAP to integrate 59 "soft rooms" in HSI offices, which are non-intimidating spaces used to meet and interview victims. The VAP also purchased vehicles that will decrease personnel response time when HSI special agents identify victims.

The enhancement funds contributed to the increase of victims served by more than 50% between FY 2020 and FY 2023. In FY 2023, VAP personnel assisted 7,110 identified victims, including 1,919 minors. Of these individuals, 731 were further identified as human trafficking victims and 1,647 were identified as victims of child exploitation. Forensic interview specialists assigned to SAC offices throughout the United States conducted 2,085 interviews.

*Darién Plan*

On April 20, 2023, the Darién Security Coordination Element (DSCE) initiated activities through the policy-level Interagency Tiger Team at HSI Headquarters and DSCE-Forward at the U.S. Embassy in Panama City. Following the first week of interagency coordination, the DSCE aligned department and agency activities with previously agreed upon lines of effort and facilitated cross-department coordination and support to Colombian and Panamanian security operations.

In support of the security pillar of the Darién Plan to reduce illegal migration, the DSCE integrated U.S. government efforts to provide coordinated support for a 60-day surge campaign by Panamanian and Colombian security forces to counter human smuggling and reduce illegal migration. These efforts focused on using HSI Bogota, HSI Cartagena, and HSI Panama City personnel and TCIUs to disrupt, deter, and dismantle the TCOs profiting from the movement of migrants through various human smuggling and trafficking operations. The initial 60-day surge effort resulted in 314 notable arrests/detentions, 43 host government prosecutions, and five investigations initiated by the host government. HSI will continue to aggressively pursue the mechanisms and opportunities available to combat illegal migration through Central and South

America by targeting the financial and logistical networks used in human smuggling and trafficking.

**Global Trade**

*Global Trade Investigations*

HSI's Global Trade Division (GTD) oversees and supports investigations of U.S. import and export laws related to trade fraud and counter-proliferation including operation of the IPR Center, the Export Enforcement Coordination Center (E2C2), and the Counterproliferation Mission Center (CPMC, formerly Exodus Command Center-South (EXCOM-South).

In February 2023, the GTD Commercial Fraud Unit, in conjunction with CBP, formally launched the Headquarters Trade Enforcement Coordination Center (HQ TECC) at the IPR Center, bringing the national total to 18 TECCs. TECCs integrate HSI and CBP personnel and efforts to identify instances of international trade fraud and promote interagency collaboration, information and resource sharing, and efficient, direct communication to enhance trade enforcement. While TECCs in domestic field offices focus on proactive identification, interdiction, and investigation of inbound cargo that violates U.S. customs laws and related regulations, the HQ TECC focuses on effective lead and case development to support field offices and provides an enhanced agency response to ongoing trade violations that threaten the U.S. economy.

In FY 2023, the GTD was appropriated $7.5 million in enhancement funding to establish a dedicated Wildlife and Environmental Crimes Unit. The unit, which is led out of the IPR Center, includes assets in strategically selected overseas locations, supports HSI's efforts to increase enforcement of laws related to wildlife trafficking and environmental crimes, and reduces the demand for illegally traded wildlife and natural resources.

*IPR Center*

For more than two decades, the IPR Center, working collaboratively with its public private sector partners, has led the government's response to combating global intellectual property theft and enforcing intellectual property rights violations. The IPR Center plays a significant role in policing the sale and distribution of counterfeit goods on websites, social media, and the dark web.

As part of the IPR Center's digital piracy initiative, *In Our Sites*, HSI Baltimore special agents seized 71 separate internet domains between December 9 and 18, 2022, for live streaming World Cup matches, an infringement of Fédération Internationale de Football Association copyrights. These seizures were the result of Operation Offsides, a joint investigation between the IPR Center, HSI Baltimore, DOJ's International Computer Hacking and Intellectual Property Offices, and the U.S. Attorney's Office for the District of Maryland.

Operation Apothecary is a cornerstone program at the IPR Center focused on countering the threat of counterfeit pharmaceuticals. In FY 2023, the IPR Center expanded collaboration with CBP to disrupt TCOs illicitly importing counterfeit pharmaceuticals into the United States by exploiting

e-commerce platforms and international mail systems. This was accomplished by synchronizing Operation Apothecary with CBP's FY 2023 iterations of Operation Bitter Pill — an annual CBP trade special operation performed in various international mail facilities to target inbound counterfeit pharmaceuticals.

As part of its training and outreach initiatives in FY 2023, the IPR Center hosted two in-person Intellectual Property and Trade Enforcement Investigations training courses. A total of 60 law enforcement personnel from CBP and HSI attended the two-week course. Nearly 60 subject matter experts from U.S. law enforcement agencies and private sector partners presented case studies and information on trade fraud detection, interdiction, and disruption investigations. HSI recently established the Government Supply Chain Investigations Unit (GSCIU), which assumed oversight of Operation Chain Reaction (OCR), an HSI-led task force that proactively targets counterfeit goods, specifically microelectronics, entering the U.S government supply chain. OCR was conceived in 2011, within the Intellectual Property Unit, due to the significant health and safety threat, the ease of counterfeiting, and the potential consequences posed to defense and cyber security systems that counterfeit microelectronics pose.

The GSCIU will facilitate more comprehensive supply chain risk management across the federal government by revitalizing and leveraging key public and private partnerships, modernizing existing infrastructure and processes, and integrating and analyzing interagency data sources to identify and combat threats. HSI continues to strengthen the government's ability to identify, disrupt, and dismantle TCOs infiltrating its supply chains with counterfeit or substandard products and equipment, such as microelectronics in military aircraft, ballistic personal protection equipment, tourniquets, weapons and weapon components, pharmaceuticals, and medical devices. These products and equipment adversely impact defense readiness and national security, military and law enforcement safety and readiness, veteran health and safety, and the U.S. economy. By combining and leveraging the expertise and authorities of public sector and private industry partners, the GSCIU represents a whole-of-government approach to the identification of emerging threats and trends to guide future efforts.

*Counter-Proliferation Investigations*

HSI's Counter-Proliferation Investigations (CPI) Program is the agency's lead for export enforcement. CPI's primary mission is to prevent illicit procurement networks, terrorist groups, and hostile nations from illegally obtaining U.S. military products, sensitive dual-use technology, and weapons of mass destruction. Additionally, CPI provides investigative and analytical support to HSI special agents who conduct counter-proliferation investigations.

*Operation Cold Steel*

In FY 2022, CPI initiated Operation Cold Steel, an international operation targeting the illicit movement of weapons into Canada over the U.S. northern border. Through Operation Cold Steel, HSI partners with various domestic and Canadian law enforcement agencies to identify and disrupt weapons trafficking networks and stem the flow of illegal weapons into Canada. This operation includes training, support, and coordination for HSI's domestic and international components investigating transnational crime along the Northern Border. In FY 2023, Operation Cold Steel resulted in 43 investigations, 27 arrests, and the seizure of 97 firearms.

*Operation Crude Deception*

Operation Crude Deception, which began in late 2020, focuses on the illicit sale of Iranian-origin petroleum products in violation of U.S. and United Nations sanctions. Including FY 2023 enforcement activity, this initiative has acted on six tankers, disrupting over 4.98 million barrels of Iranian petroleum worth an estimated $162 million. The Islamic Revolutionary Guard Corps-Quds Force — a designated foreign terrorist organization — receives funding from the illicit sale of Iranian petroleum products and other activities.

*Export Enforcement Coordination Center (E2C2)*

In 2010, Executive Order 13558, *Export Coordination Enforcement Center*, created the Export Enforcement Coordination Center (E2C2), which serves as the primary forum within the federal government for executive departments and agencies to coordinate and enhance export enforcement efforts. E2C2 leads a whole-of-government approach to export enforcement by ensuring interagency coordination, facilitates multi-agency collaboration, minimizes duplication of efforts, and strengthens the critical links between law enforcement, the intelligence community, and the export licensing agencies.

The Executive Order delegates an E2C2 directorship, led by HSI, as the lead managing agency and stewards of daily operations and functions, and supported by deputy directors from the Department of Commerce, FBI, and a senior-level liaison appointed by the Office of the Director of National Intelligence. E2C2 has collaborative partnerships with 24 federal agencies across the departments of Homeland Security, Justice, Commerce, State, Energy, Treasury, and Defense, and the Office of the Director of National Intelligence. Since becoming operational in 2012, E2C2 partners have processed approximately 15,000 deconfliction requests.

*Export Control and Related Border Security Program*

In working with U.S. interagency and foreign partners, including HSI, the Department of State Export Control and Border Related Security (EXBS) program prevents the proliferation of goods, technology, and materials that can be used in the development of weapons of mass destruction, conventional weapons, weapons systems, improvised threats, and related cross-border crime. As the U.S. law enforcement agency entirely focused on combatting cross-border crime, HSI is a natural partner for the EXBS program.

The HSI/EXBS team operates from within E2C2 and the CPI Unit, and works with all HSI/EXBS investigative components, other DHS components, and U.S. interagency partners. The team works with EXBS program managers, regional advisors, HSI Headquarters components, and HSI attaché offices to develop and deliver training engagements including technical exchanges, investigative mentorship, sharing of best practices, and more to help foreign partners to enhance their abilities to combat cross-border crime. In FY 2023, the HSI/EXBS team facilitated 32 in-person training activities, including engagements for 784 officials in 23 countries.

*Counterproliferation Mission Center (formerly Exodus Command Center South)*

Counterproliferation Mission Center (CPMC) in Huntsville, Alabama, serves as HSI's focal point for enhancing counter-proliferation investigations for HSI domestic and international offices. In FY 2023, CPMC supported 144 HSI investigations, processed over 5.2 terabytes of data and developed 77 investigative leads. As part of the analytical support provided, CPMC used innovative analytical tools to increase the speed and efficiency through which investigators can analyze large amounts of data for pertinent evidence.

In FY 2023, CPMC hosted 13 training events, including Counter-Proliferation Advance Investigative Techniques, Cryptocurrency/DarkWeb Investigative Techniques, and Counter-Proliferation Investigative Leadership Training. In total, CPMC trained 695 HSI and partner agency personnel in advanced counter-proliferation investigative techniques.

*Operation Rochambeaux*

Russia is heavily reliant on U.S.-sourced components in the manufacturing of its weapons systems. After Russia's invasion of Ukraine, CPMC established Operation Rochambeaux to identify U.S. components that are used in Russia's weapon systems and subsequently target the acquisition networks engaged in resupply efforts. CPMC accomplishes these efforts by establishing and coordinating the flow of essential data from the Ukraine battlefield that identifies those applicable components within the weapons systems. CPMC continues to use the collected data to develop investigative leads for HSI Counter-Proliferation Investigations groups to target the procurement networks, brokers, end-users, financiers, and front companies being used by Russia to subvert U.S. and our partners' export controls and sanctions.

CPMC continues to build upon both domestic and international partnerships to combat Russia's attempts to illegally procure these needed components. Through these partnerships, HSI and its partners strive to close vulnerabilities and mitigate efforts by Russia to develop replacement supply lines for these needed components making it more difficult for Russia to re-supply its military.

*HSI Seizure of Iranian Weapons*

Between May 2021 and January 2023, four interdictions of stateless vessels by the U.S. Navy led to the discovery and seizure of four large caches of conventional weapons, including long arms and anti-tank missiles and related munitions – all of which were determined to be primarily of Iranian, Chinese, or Russian origin. The weapons included more than 9,000 rifles, 284 machine guns, approximately 190 rocket launchers, more than 70 anti-tank guided missiles, and more than 700,000 rounds of ammunition. The shipments were in transit from Iran's Islamic Revolutionary Guard Corps to militant groups in Yemen as part of an Iranian maritime weapons smuggling network.

Based on investigative efforts by HSI and the Defense Criminal Investigative Service, the U.S. Attorney's Office for the District of Columbia filed a verified forfeiture complaint seeking the judicial forfeiture of additional lethal aid from the four interdictions. These efforts demonstrate

HSI's continued commitment to identify, disrupt, and dismantle Iran's illicit flow of weapons and address the illicit trafficking of advanced conventional weapons systems by sanctioned Iranian entities that directly support military action by the Houthi movement in Yemen.



*United States Navy seizure of Iranian weapons destined for Yemen.*
*Cultural Property, Arts, and Antiquities Program*

HSI's Cultural Property, Arts, and Antiquities (CPAA) Program repatriated more than 3,750 artifacts and pieces of cultural property to Ukraine, Vietnam, Cambodia, Mexico, Italy, Libya, Greece, Mongolia, Nepal, China, Bulgaria, Turkey, Iraq, Yemen, Cyprus, Cuba, India, and the Palestinian Authority. Repatriated items included vast amounts of dinosaur fossils, more than 3,000 ancient Greek and Roman coins, historical documents such as leaves from an 8th century Quran, and a fragment of a painted fresco. Notably, in July 2023, HSI repatriated a manually printed letter written by Christopher Columbus to King Ferdinand and Queen Isabella of Spain, the fourth such letter recovered as a result of a multi-year international HSI investigation.

In the summer of 2023, HSI New York and the U.S. Attorney for the Southern District of New York announced that the U.S. filed and settled a civil forfeiture against $12 million derived from the sale of stolen Southeast Asian antiquities by indicted antiquities dealer Douglas Latchford. This forfeiture is an important step in a years-long, ongoing case against the Latchford estate.



*Repatriated original edition of a stolen 15th century Christopher Columbus letter*



*Dinosaur fossil returned to the Ambassador of Mongolia during a repatriation ceremony.*



Figure 33. HSI FY 2023 Statistics Snapshot

# Office of the Principal Legal Advisor

**Mission and Organization**

The Office of the Principal Legal Advisor (OPLA) protects the homeland by diligently litigating cases while adhering to the highest standards of professional conduct; providing essential, timely, and accurate legal advice and prudential counsel to agency leadership and personnel on cutting-edge matters; and optimizing resources to advance the DHS and ICE missions.

OPLA is the largest legal component within the DHS Office of the General Counsel, with more than 1,500 attorneys and over 250 support staff working in 94 locations at ICE Headquarters and throughout the United States. OPLA attorneys are the exclusive representatives of DHS in administrative immigration removal proceedings before EOIR within the DOJ, including immigration courts and the Board of Immigration Appeals (BIA). At the end of FY 2023, EOIR had a current pending caseload of over 2.4 million cases involving noncitizens subject to removal from the United States. OPLA attorneys also provide legal advice, prudential counsel, and training to ICE officers, special agents, the M&A workforce, and policymakers on myriad issues across ICE's mission area, including immigration law, customs law, criminal law, administrative law, and fiscal law. Additionally, OPLA attorneys serve as agency counsel supporting the DOJ in federal court litigation implicating ICE equities. OPLA also maintains a Special Assistant United States Attorney (SAUSA) program, whereby OPLA attorneys who are detailed to the DOJ prosecute targets of federal criminal cases presented by ICE.

**Immigration Case Management**

OPLA faces ongoing resource challenges in managing over 2.4 million pending EOIR cases, because the number of pending cases and the number of appropriated and seated immigration judges have increased in recent years, beyond appropriated increases in OPLA personnel.[30] Notwithstanding this challenge, OPLA successfully managed a nationwide caseload.

In FY 2023, OPLA:[31]

- Represented DHS in more than 1,300,000 removal hearings before EOIR;
- Supported the completion of over 460,000 cases, including more than 49,000 orders of relief, 217,500 removal orders, and 84,000 dismissals in the exercise of prosecutorial discretion;[32]
- Managed more than 1,800 human rights violator cases and more than 4,000 national security cases nationwide; and

---

[30] OPLA is currently understaffed by 667 personnel (484 attorneys and 183 support staff) relative to the 734 immigration judges that EOIR had onboarded at the end of Fiscal Year 2023.

[31] The case specific statistics that are reported here are from OPLA's internal case management system used by ICE OPLA attorneys nationally to capture work performed during and in preparation for litigation before EOIR; it is not intended to be a statistical tool. This data is subject to changes/updates at any time, as OPLA attorneys enter new information. Data stored in OPLA's case management system are input manually and are not verified against EOIR databases, which are the record of proceedings for administrative immigration cases.

[32] The remaining completions may include sua sponte terminations, terminations over DHS objection, administrative closures, and cases taken off the court's calendar under the Off-Docket Initiative.

- Engaged in appellate advocacy efforts that were instrumental in securing 21 important BIA and attorney general precedent decisions, dealing with such issues as the removal of human rights violators, the proper use of expert testimony before the immigration courts, and whether certain crimes render noncitizens removable from the United States.

## Docket Management

To promote efficient docket management in partnership with EOIR, OPLA attorneys continued to use their professional judgment to exercise prosecutorial discretion[33] on a case-by-case basis at all stages of removal proceedings in compliance with applicable guidance. In FY 2023, OPLA attorneys:

- Reviewed 206,352 cases for dismissal or administrative closure of removal proceedings;
- Agreed to the dismissal or administrative closure in the exercise of prosecutorial discretion in over 119,000 cases;
- By the end of FY 2023, immigration judges had already ordered 89,000 of those cases dismissed or administratively closed; and
- Reviewed 35,000 Notices of Intent to Take Case off Court's Calendar (NOITs) issued by EOIR and did not oppose 29,000 of those NOITs.

## Special Assistant United States Attorney (SAUSA) Program

Notwithstanding staffing shortages, OPLA maintained five full-time SAUSAs on detail to the DOJ throughout FY 2023 to prosecute criminal immigration and customs violations in federal court. At the end of FY 2023, three full-time SAUSAs remained on detail, two of whom are assigned to the Southwest Border. OPLA SAUSAs processed more than 720 U.S. Attorney's Offices case receipts for potential prosecution, many involving complex ICE prosecutions such as drug trafficking, human smuggling, and other HSI priorities. Of those, 696 cases were ultimately accepted for prosecution. Even with the limited number of SAUSA details in FY 2023, OPLA SAUSAs were still able to secure approximately 299 criminal convictions in federal district courts.

---

[33] As noted above, Secretary Mayorkas's September 30, 2021, memorandum, *Guidelines for the Enforcement of Civil Immigration Laws* (September 2021 Memorandum) was vacated beginning June 25, 2022, by order of the U.S. District Court for the Southern District of Texas, until the June 23, 2023, decision of the United States Supreme Court *Texas v. United States*, 606 F. Supp. 3d 437 (S.D. Tex. June 10, 2022), denying stay pending appeal, 40 F.4th 205, reversed by, 599 U.S. 670 (2023), paved the way for reinstitution of the September 2021 Memorandum. Therefore, from June 25, 2022, until July 28, 2023, when ICE and OPLA reinstituted the September 2021 Memorandum, OPLA attorneys did not consider the civil immigration enforcement priorities outlined in Section II of the September 2021 Memorandum or under Principal Legal Advisor Kerry E. Doyle's April 3, 2022, memorandum, *Guidance to OPLA Attorneys Regarding the Enforcement of Civil Immigration Laws and the Exercise of Prosecutorial Discretion* (Doyle Memorandum), when exercising prosecutorial discretion (PD) or in any other context. Specifically, OPLA attorneys did not consider Section I, Parts A, B, or C of the Doyle Memorandum or any other section which may have relied on the priority enforcement framework established by the September 2021 Memorandum.

## Litigation

OPLA attorneys managed an unprecedented federal litigation docket and assisted the DOJ in representing the agency before federal courts, including 229 individual petitions for writ of habeas corpus; 334 complex federal district court lawsuits, 80 of which were class actions or putative class actions; 179 active litigation matters under the Freedom of Information Act (FOIA); and 38 employment-related litigation matters. OPLA attorneys also adjudicated 243 administrative claims under the Federal Tort Claims Act and processed 37 requests for DOJ representation on behalf of ICE employees sued in their individual capacities.

## Federal Civil Actions

OPLA's work contributed to successful outcomes in several federal civil actions. In the first, a joint stipulation for dismissal with prejudice was filed in *Southern Poverty Law Center v. Department of Homeland Security,* No. 18m-0760 (D.D.C. filed Apr. 4, 2018), bringing to a close a five-year long civil action that required considerable agency and DOJ resources to defend. The Southern Poverty Law Center filed the lawsuit on behalf of itself and individual clients detained at three ICE facilities alleging, *inter alia*, that noncitizens detained at these facilities do not have constitutionally adequate access to the courts and their counsel.

Dismissal of this case lifted injunctions and operational restrictions on the ICE detention facilities imposed by the district court and demonstrates the strength of ICE's detention standards to address access-to-counsel challenges. OPLA expended considerable resources reviewing and redacting hundreds of thousands of documents over a period of almost two years and assisted the DOJ in successfully dismissing the majority of the claims.

In a second beneficial outcome, after more than three years of litigation, on March 30, 2023, the federal district court in *United States v. King County*, 2023 WL 2711846 (W.D. Wash. Mar. 30, 2023), issued an order in favor of the United States, enjoining a 2019 state executive order prohibiting King County International Airport (Boeing Field) from providing air transportation services to ICE, prompting the agency to shift operations to an airfield more than 150 miles away. The court held that the state order violated the Supremacy Clause of the United States Constitution.

OPLA also assisted the DOJ's Office of the Solicitor General to successfully defend a challenge to Secretary Mayorkas's September 30, 2021, memorandum, *Guidelines for the Enforcement of Civil Immigration Laws*, before the U.S. Supreme Court. *Texas v. United States*, No. 21-00016 (S.D. Tex. filed Apr. 6, 2021), *rev'd*, 599 U.S. 670 (2023). On June 23, 2023, the Court vacated the district court's decision after finding that Texas and Louisiana lacked Article III standing to challenge the memorandum. The Court found that the States' claim that certain noncitizens must be arrested by DHS pursuant to 8 U.S.C. §§ 1226(c) and 1231(a)(2) was not cognizable by the federal courts because there is "no judicially cognizable interest in procuring enforcement of the immigration laws by the Executive Branch." The Court found there is "no judicially cognizable interest in procuring enforcement of the immigration laws by the Executive Branch," and the States' claim—that certain noncitizens must be arrested by DHS pursuant to 8 U.S.C. §§ 1226(c) and 1231(a)(2)—is not cognizable by federal courts.

In *GEO Group, Inc. v. Newsom*, OPLA assisted with favorably negotiating a Final Judgment and Permanent Injunction against the State of California after the U.S. Court of Appeals for the Ninth Circuit held that California likely violated the Constitution's Supremacy Clause when it enacted California Assembly Bill 32 because it would override the federal government's discretion to use private contractors to run its detention facilities and require ICE to cease operations in California. *See GEO Grp., Inc. v. Newsom*, 493 F. Supp. 3d 905 (S.D. Cal. Oct. 8, 2020), *reversed and remanded*, No. 20-56304 (9th Cir. Oct. 5, 2020), *appeal docketed*, No. 20-56304 (9th Cir. Dec. 7, 2020), *vacated*, No. 20-56172 (9th Cir. April 26, 2020) (granting rehearing *en banc*), No. 20-56172, *vacated and remanded* (Sept. 26, 2022) (*en banc*).

**Legal Advice and Policy Review**

In addition to practicing before EOIR, OPLA attorneys responded to more than 4,000 requests for ethics advice, reviewed more than 3,500 financial disclosure reports for financial conflicts, reviewed more than 400 contract formation-related actions, and addressed 100 contract administration-related actions. OPLA collected more than $4.5 million in delinquent debt, including more than $3.4 million for breached surety immigration bonds. It also represented the agency in other administrative matters, including 90 appeals to the Merit Systems Protection Board and 261 cases before the Equal Employment Opportunity Commission.

OPLA also advises clients at ICE Headquarters and field offices throughout the country and internationally, including embedding attorneys in HSI and ERO field offices and certain additional locations, allowing ICE components to carry out their official duties in a lawful and ethical manner while promoting accountability. OPLA attorneys provided expert legal advice on general matters including suspensions and debarments, revenue recovery, and ethics. OPLA attorneys further advised on matters such as detention, including hunger strikes, medical issues, and the administrative or disciplinary segregation of certain populations while in ICE custody; on matters involving national security and human rights violator investigations; on removal proceeding prosecution, including reviewing charges of removability; and in support of criminal investigations into individuals and networks in a wide range of programmatic areas related to the illegal movement of people and goods into, within, and out of the United States. Finally, OPLA attorneys reviewed 478 claims to United States citizenship, determining that 38 of those claims were probative.

OPLA continued its efforts to engage internal and external stakeholders relating to policy changes and mission importance as well, including efforts to preserve limited government resources to achieve just and fair outcomes and reduce the backlog of cases pending before EOIR, holding at least 160 stakeholder engagements in FY 2023.

**Addressing Staffing Shortages**

During FY 2023, OPLA continued to try to overcome one of its longest-standing challenges: hiring sufficient numbers of attorneys and support staff in order to fulfill its mission. For many years, OPLA's workforce lagged behind the rapidly expanding immigration court system operated by EOIR. In most years, lack of funds prevented OPLA from hiring enough staff to close the large gap between the needs of EOIR's court system and OPLA's available immigration

attorneys. In FY 2023, OPLA received 341 new positions, including attorneys and support staff, and selected candidates to fill not only the new positions but also vacant and vacated positions. During FY 2023, OPLA selected more than 700 candidates, though more than 150 of these dropped out of the hiring process for various reasons.

Although OPLA made hundreds of selections, ICE's human resources capacity was insufficient to hire and onboard all the selected candidates in the available time. To help address this problem, OPLA took the initiative to fund four additional dedicated staff within ICE's Human Resources Unit. Having these additional OPLA-funded personnel allowed the Human Resources Unit to begin reducing their significant hiring backlog and OPLA anticipates accelerated hiring timelines and a resulting increase in onboard personnel in FY 2024.

# Office of Management and Administration

**Mission and Organization**

Management and Administration (M&A) empowers the ICE mission through a diverse workforce dedicated to excellence. Its programs provide the essential infrastructure for ICE operations through innovative information technology and business solutions, a dynamic human capital program, and the effective and efficient management of resources through sound financial management policies, standards, and system functions.

M&A facilitates sound investment planning and execution to increase mission effectiveness and addresses ICE mission needs by delivering quality acquisition solutions and a strategic approach to procurements. M&A accomplishes this through strong information governance and sound management strategies and practices, and by maximizing the operational and mission value of assets, including ICE's vehicle fleet and facilities, through cost-effective lifecycle management. Additionally, M&A plays a key role in guiding the agency's growth and future by delivering quality leadership and professional development training and programs to the ICE workforce while fostering a positive culture of employee wellness, safety, and occupational health.

**Key Programs and Accomplishments in FY 2023**

*Human Capital Efforts Supporting the ICE Workforce*

In FY 2023, the Office of Human Capital (OHC) successfully deployed the High Potential Executive (HPE) leadership development program to ensure that the agency maintains a qualified pool of applicants who are prepared to successfully lead ICE's current missions while preparing them for the challenges of the future. The HPE leadership development program welcomed the inaugural cohort of 40 supervisory General Services (GS)-14 and GS-15 law enforcement officers who demonstrated the strongest potential for high-capacity leadership and superior performance in mission-critical responsibilities, placing them in the forefront of ICE's future leadership. This cohort engaged in strategic coaching, mentoring, and training structured to proactively develop leadership skills and competencies needed to join the Senior Executive Services.

Additionally, OHC developed and implemented an innovative New Employee Orientation (NEO) and onboarding program to ensure new employees understand ICE's mission, operations, and values; have the tools and information they need to be successful; and receive the support necessary to promote long-term retention. ICE implemented a revised, virtual NEO Program in April 2023 that is more people-focused to enhance new employees' connections to the agency.

The revised NEO assigns new employees a mentor/sponsor who can help them prior to their first day. NEO is an interactive experience and allows new hires to meet their sponsor and program representative to review what Day 2 will look like in person (or remotely) for their workplace. ICE developed specialized workshops for content not applicable to all new hires and a feedback loop to gain information from new hires through surveys to ensure the onboarding process meets their needs.

The Office of Leadership and Career Development (OLCD) provided instructor-led development training to 6,645 participants, totaling 2,779 hours of training in FY2023, across the DHS Leader Development Framework. This training was tailored to all five tiers of the DHS framework, including the non-supervisory Foundation and Milestone programs and the supervisory and executive level Cornerstone, Keystone and Capstone programs. Courses include the Federal Law Enforcement Training Accreditation, accredited Supervisory Leadership Training and Instructor Development Course courses, Advanced Supervisory Leadership Training, Keystone Leadership Program, Investiture, Team Member Leadership Development, and Fundamentals of Mission Support. In support of new employee orientation and the DHS Secretary Public Service Ethos (PSE) initiative, 437 new employees received PSE training in FY 2023.

The ICE OLCD Mentoring Program delivered 24 hours of training for 537 ICE participants across the Main, Situational, ICE Mentoring for Women, and New Supervisors mentoring programs. The ICE mentoring programs enable experienced, highly competent staff to pass their expertise on to others who need to acquire specific skills. Mentoring influences employee retention because it helps establish an organizational culture that is attractive to the top talent seeking additional growth opportunities.

OLCD partnered with 12 field and headquarters offices to deliver customized leadership development programs for supervisory and non-supervisory employees for over 798 participants with a total of 247 hours of training. These customized Leadership Development Programs not only enhance and build upon previous training while addressing specific issues within a program. Trainings offered include Leading at the Speed of Trust (LSOT), Resume Writing and Interview Skills, DiSC Assessment, Strength Finders, Conflict, Meyers Briggs Type Indicator Assessments, The Leadership Challenge Workshop, and Individual Development Plans.

*ICE Data Modernization Strategy*

The Office of the Chief Information Officer (OCIO) successfully developed and published the ICE Data Modernization Strategy with the goal of defining ICE's evolving direction and vision: "Operate as a data driven organization with ICE collecting the right data at the right time, driving automation, and using data to increase transparency." Over the past three years, there has been a significant evolution in technology and how users interact with data. These enhancements, along with an increase in flexible work environments, led to a shift in ICE's operating posture. Additionally, ICE now faces challenges, such as historical surges at the border, increased strains on interior enforcement, and expanded complexities in the back-office with data maintenance and utilization. Given these challenges, ICE must take proactive steps to advance activities and adapt to the evolving operations and mission challenges.

The ICE Data Modernization Strategy provides a framework that accelerates data modernization across the agency, increases transparency, and produces data-based tools and services while enhancing the quality, security, and integrity of ICE's data. The Strategy builds on existing DHS policies and aligns with the DHS Evidence Based Data Strategy and the 2019 Office of Management Budget (OMB) M-19-18 Federal Data Strategy – A Framework for Consistency, to support DHS efforts to comply with the 2018 Open Government Data Act while protecting

individual privacy in accordance with the Privacy Act of 1974 and other applicable privacy laws and policies.

*Deploying Key Technology Along the Southwest Border*

As part of its role in leading technological efforts and responding to the surge of noncitizens at the Southwest Border, OCIO delivered capabilities that directly impact information sharing, automate manual processes, reduce the time to perform job functions, and increase the ability to provide transparent data to agency partners. On June 12, 2023, ICE deployed a capability for noncitizens to change their addresses online and, when appropriate — excluding existing asylum, criminal charges, Section 240 of the INA, or final order cases — be prompted to opt-in to receive a mail-in Notice to Appear. Over 34,000 noncitizens have changed their addresses online and most eligible people presented with the option to opt-in choose to receive their NTAs by mail. In addition to providing an easy-to-use website, the capability to validate addresses is in use within ERO systems and USBP's e3 system, saving time on capturing valid addresses and significantly reducing inaccurate address information.

ICE, in partnership with the DHS Customer Experience Directorate, delivered the first iteration of the ICE Portal, a centralized online location for content and resources for noncitizens that consolidates existing capabilities (e.g., change of address, displaying EOIR's hearing information). This portal release forms the foundation for two additional product deliveries. Up to 100,000 portal accounts with a secure digital identity will provide additional capabilities for noncitizens and a secure check-in app will allow low-risk noncitizens the ability to virtually check-in by phone, confirming identity with facial matching and capturing geolocation.

*Addressing Fiscal and Procurement Responsibilities*

The Office of the Chief Financial Officer (OCFO) effectively executed more than $9.3 billion in ICE funding, the largest budget in ICE's history, obligating 99.82% of ICE's FY 2023 funding with a 0.18% lapse. Resourcing ICE mission growth required a substantial reprogramming of more than $453 million in FY 2023 due to increased levels of operations by ERO and significant pricing changes for detention and transportation. To improve ICE cost analysis, OCFO's Office of Data Analytics developed an enhanced Southwest Border Rapid Cost Model (SWB-RCM) for the Detention Bed Rate and continues transportation, ATD, and medical model developments that utilize operations and financial data to forecast needs based on encounters projections and conduct what-if drills to see how different factors impact funds currently allocated. After completing the Verification, Validation, and Accreditation process with DHS Program Analysis and Evaluation, the SWB-RCM Detention Bed Model will replace the existing bed rate model in projecting ICE budgetary needs.

Additionally, the Office of Acquisition Management (OAQ) continued to support ICE's Vendor Engagement Events Program with three separate ICE program-focused events. OAQ participated in over 722 vendor engagements through various modes of communication to include DHS Vendor Outreach Sessions held every month. ICE exceeded DHS' established competition goal with 89.5% of ICE contracts competed.

*Communication and Engagement with Internal and External Partners*

On March 1, 2023, the Implementing Arrangement between the Internal Security Agency of the Republic of Poland and DHS and ICE was signed in Warsaw regarding the deployment of the Biometric Identification Transnational Migration Alert Program (BITMAP) in Poland. Additionally, during FY 2023, ICE FOIA proactively released 209 contracts and 43 Prison Rape Elimination Act (PREA) reports, totaling more than 3,700 pages. Increasing the number of proactively disclosed records improves the agency's transparency to interested stakeholders.

*Electric Vehicle Infrastructure Planning*

With FY 2023 funding allocated from the Department, ICE awarded a contract to acquire four Tesla electric vehicles. Of these, two will be law enforcement upfitted and two will be piloted as administrative vehicles. A second procurement was made to acquire six Ford Mach E electric vehicles, each of which will be law enforcement upfitted. The agency anticipates vehicle delivery after law enforcement modifications are completed in mid-2024. Work is concurrently being done on electric vehicle infrastructure planning and installation. The Office of Asset and Facilities Management continues to collaborate with HSI and ERO on additional vehicle piloting opportunities with different manufacturers to be deployed in various geographic operational environments. In addition, ICE continues coordinating with CBP to avoid duplication, with agreements to share pilot outcomes between agencies.

# Office of Professional Responsibility

**Mission and Organization**

The Office of Professional Responsibility (OPR) upholds ICE's professional standards through a multidisciplinary approach of security, inspections, and investigations to promote organizational health, integrity, and accountability across the agency. OPR promotes organizational integrity by vigilantly managing ICE's security programs, conducting independent reviews of ICE programs and operations, and impartially investigating allegations of employee and contractor misconduct.

By leveraging institutional knowledge and subject matter expertise, OPR provides objective, timely, and comprehensive findings, determinations, and oversight to promote confidence in ICE operations, mitigate risk for the agency, and aid senior leadership's strategic thinking and decision-making. OPR's role in safeguarding the organization ensures that ICE's workforce remains focused on the larger mission of promoting homeland security and public safety. OPR achieves its mission through three dynamic program offices: ICE Security, ICE Inspections, and OPR Investigations.

**Key Programs and Accomplishments in FY 2023**

*ICE Security Program Office*

The ICE Security Program Office (SEC) promotes agency health through mitigation of risk by safeguarding people, information, and facilities through comprehensive and integrated programs encompassing threat management, and personnel, physical, information, and administrative security.

In FY 2023, the SEC led a comprehensive review of 16,515 personnel who had access to Classified National Security Information (CNSI) to validate their "need to know," which resulted in a 4.4% reduction in CNSI access. Additionally, the SEC developed a report that the Human Resources Operations Center (HROC) and other directorates may access to obtain accurate, up-to-date information on all federal hiring selections. The SEC completed six DHS-wide, annual sensitive compartmented information facility inspections and referred 143 cases involving sensitive data exfiltration, misuse of ICE IT, and misconduct for investigation, representing a 300% increase from FY 2022.

*ICE Inspections Program Office*

The ICE Inspections Program Office (ISP) inspects, audits, and reviews ICE directorates and programs to assess compliance with federal laws and applicable policies and procedures. ISP inspects, audits, and reviews the agency's detention standards as well. This internal oversight provides ICE executive management with an independent and objective review of the performance and organizational health of ICE offices and programs.

In FY 2023, ISP conducted 191 detention facility compliance inspections, 18% of which were special review inspections. During these inspections, 95% of the detention facilities received

ratings of acceptable or higher. ISP facilitated the completion of 39 PREA audits at various short- and long-term ICE detention facilities; of these, eight of the facilities inspected were compliant with the DHS PREA standards. Additionally, ISP conducted 22 financial audits of investigative programs to assess the state of performance of ICE's Certified Undercover Operations program and conducted 27 inspections of 287(g) programs to ensure compliance with the requirements of each partner agency's memorandum of agreement. Furthermore, ISP conducted 91 field office inspections and administered biennial self-inspections to approximately 498 ICE offices within HSI International Operations, M&A, ERO, and the Office of the Director.

In FY 2023, the OPR Office of Detention Oversight (ODO) — an office within ISP — implemented a process to conduct unannounced inspections of all ICE detention facilities meeting ODO inspection criteria at least once every three years. In FY 2023, ODO conducted 35 unannounced inspections of ICE detention facilities. Additionally, ODO expanded special reviews of over-72-hour detention facilities with an average daily population of one to nine detained noncitizens and under-72-hour detention facilities with an average daily population of one or more noncitizens to ensure all facilities meeting these criteria were scheduled for a review in FY 2023.

OPR's External Reviews and Analysis Unit (ERAU) — a unit within ISP — developed an automated auditing system to streamline the auditing process. ICE implemented the first phase of the system for PREA audits in May 2023. Once fully deployed, the platform will feature a consolidated database for both PREA and Detainee Death Reviews data with a central means to capture scheduling, reporting, and trend analysis information.

*OPR Investigations Program Office*

The OPR Investigations Program Office (INV) manages and investigates allegations of employee misconduct and oversees a variety of other integrity programs. This oversight protects the public trust and preserves the highest standards of integrity and accountability across the agency. In FY 2023, INV commenced operation of the Integrity Coordination Center (ICC), which serves as the primary intake, assessment, dissemination, and coordination center for information and allegations related to employee misconduct. The ICC promotes a systematic approach to accountability and tracks all matters from intake to resolution. Additionally, INV modernized OPR's training model to accommodate a hybrid (virtual and in-person) training environment and continued development of OPR's case management system.

# Office of the Director

The Office of the Director (OD) provides leadership and direction to ICE's overall mission. This office includes the agency's director, deputy director, chief of staff, and several associated suboffices: the Office of Congressional Relations (OCR), the Office of Diversity and Civil Rights (ODCR), the Office of Firearms and Practical Programs (OFTP), the Office of Immigration Program Evaluation (OIPE), the Office of Public Engagement (OPE), and the Office of Regulatory Affairs and Policy (ORAP). Together, the OD and its suboffices oversee and support the agency's day-to-day operations, personnel, budget, congressional relations, and public engagement.

## Office of Congressional Relations

### Mission and Organization

The ICE Office of Congressional Relations (OCR) is ICE's primary point of contact for the U.S. Congress and represents ICE on Capitol Hill through a broad variety of federal congressional liaison activities. OCR supports ICE leadership's effective engagements with members of congress and staff, such as evaluating potential legislative impacts to ICE, anticipating questions and providing information to congressional decision-makers about the agency's mission and operations, and responding to congressional oversight. OCR liaises with members of congress and their staff to promote greater awareness of ICE operations, policies, programs, and initiatives.

### Key Programs and Accomplishments in FY 2023

*Withhold of Funding Tied to the Consolidated Appropriations Act, 2023*

Congress withheld $5 million from the Consolidated Appropriations Act of 2023 from ICE, under the Executive Leadership and Oversight Sub-Program, Project, or Activity, until ICE completed congressionally requirements reporting. In response, OCR led the identification, resolution, and submission of 44 overdue congressionally mandated reports that had not been submitted as required. By August 25, 2023, OCR, in partnership with other ICE program offices, DHS, and the Office of Management and Budget, cleared and submitted outstanding requirements tied to the FY 2023 appropriations withholding, thus allowing the restricted $5 million to be made available to ICE prior to the close of the fiscal year and avoiding a $2.5 million penalty applicable if requirements were not cleared within the year of execution.

*Congressional Engagement Training*

In FY 2023, OCR trained more than 60 senior field personnel on more effectively engaging with Congress. These interactive trainings included custom modules and materials specific to briefing Congress on each ICE mission set, effectively communicating operational challenges and successes, and initiating, maintaining, and strengthening partnerships with congressional stakeholders. In addition to receiving briefings from and interacting with Appropriations Committee professional staff members working on the ICE portfolio, all attendees directly engaged with members of Congress and congressional staff. This training led to ICE instituting a

recurring annual training program that builds on the success of the original trainings and ensures senior field personnel new to the congressional portfolio can develop the skills required to successful represent the agency.

*Congressional Field Deployments*

In FY 2023, OCR provided on-site support to the ICE ERO field offices to conduct proactive and reactive outreach to local congressional delegations; respond to incoming inquiries; prepare and research talking points and other background materials; assist with congressional visits and tours; and accurately track congressional interactions and activities in a post-Title 42 environment. OCR deployed Headquarters-assigned congressional liaison specialists to the ERO El Paso, Harlingen, Phoenix, New Orleans, and New York field offices for the initial wave of support.

*Congressional Requests and Hearings*

OCR conducted 300 congressional briefings in FY 2023. Congressional liaisons responded to over 1,600 congressional inquiries and 108 "get-back" responses in support of ICE's mission. Additionally, OCR directly contributed to 25 hearings in FY 2023, which included the development and production of extensive background materials and communications documents and the preparation of senior ICE and DHS officials for testimony. Fulsome FY 2023 metrics are provided in Figure 34:

| Category | Total |
|---|---|
| Congressional Hearings | 8 |
| Congressional Delegations/Staff Delegations | 54 |
| Congressional Notifications | 38 |
| Congressional Briefings/Meetings/Tours/Events | 379 |
| Congressional Training Events | 6 |
| Congressional Inquiries | 1,644 |

Figure 34. OCR Interactions with Congress

## Office of Diversity and Civil Rights

**Mission and Organization**

The ICE Office of Diversity and Civil Rights (ODCR) directs and integrates the application of the Civil Rights Act of 1964, as amended, and other applicable nondiscrimination laws, complaint systems, and affirmative employment programs. This office protects employee and applicant rights and ensures that ICE promotes a proactive equal employment opportunity program. The ODCR aims to achieve a diverse workplace and to prevent discrimination against employees, applicants, and stakeholders in compliance with established laws, regulations, and executive orders.

***Key Programs and Accomplishments in FY 2023***

*Civil Liberties Division*

After assessing the ICE Language Access Plan, the ODCR partnered with the DHS Office for Civil Rights and Civil Liberties and the ICE Office of Leadership and Career Development's Instructional Management Unit to update the interactive online Language Access Training Module. Released in April 2023, the updated module provides on-demand access to tools and information for ICE employees to ensure compliance with ICE's responsibility to provide meaningful language access to those within its care and custody. This mission critical advancement works to ensure that DHS maintains a fair, orderly, and humane immigration system.

*Complaints and Resolution Division*

In FY 2023, ODCR's Complaints and Resolution Division significantly increased the number of alternative dispute resolution (ADR) sessions it was able to provide. The use of ADR at the pre-complaint stage (prior to filing a formal complaint) increased from 64.1% in FY 2022 to 76.16% in FY 2023. A higher number of ADR mediations tends to result in fewer formal complaints. Furthermore, the rate of pre-complaint resolutions increased in FY 2023 as well: 44.61% of pre-complaints were resolved prior to filing a formal complaint in FY 2023, compared to 40.82% in FY 2022.

*Diversity Management Division*

The Diversity Management Division (DMD) is responsible for providing applicants, employees, and management with the necessary tools and available resources to address the needs of a diverse workforce. In addition to planning, implementing, and monitoring of structured diversity plans, DMD maintains information and undertakes initiatives in furtherance of the Equal Employment Opportunity Commission's Management Directive 715, reasonable accommodations, special emphasis programs, special hiring authorities, and certain other annual Equal Employment Opportunity reporting requirements.

## Office of Firearms and Tactical Programs

**Mission and Organization**

The Office of Firearms and Tactical Programs (OFTP) provides specialized firearms and tactical training, as well as all equipment, support, use of force policy development, and guidance to promote officer and public safety while enabling the effective execution of ICE's law enforcement mission.

**Key Programs and Accomplishments in FY 2023**

*Body Worn Camera Program*

In FY 2023, OFTP worked diligently to identify best practices and streamline common processes across the organization. As one of OFTP's biggest accomplishments in FY 2023, the newly formed Use of Force Analysis Unit (UFAU) successfully completed the ICE Body Worn Camera (BWC) Pilot Program and developed a phased and scalable BWC deployment plan. In response to President Joseph R. Biden issuing Executive Order 14074, *Advancing Effective, Accountable Policing and Criminal Justice Practices to Enhance Public Trust and Public Safety,* the Secretary of Homeland Security's signed Policy Statement 045-07, *Policy on Body Worn Cameras*, and using lessons learned from the BWC Pilot Program, the ICE BWC Program Management Office (PMO) procured BWC technology for HSI and ERO law enforcement officers.

To implement the enterprise-wide BWC program — anticipated to begin in early FY 2024 — UFAU coordinated efforts in BWC policy development, procurement, training development, and network infrastructure upgrades to complete planning and administrative milestones. Additionally, UFAU developed processes and procedures to examine data from 21 incidents involving use of force to identify trends that will enhance tactics, training, and policy development.

*Directive Development*

In FY 2023, upon the issuance of EO 14074, OFTP developed a guidance directive and actively pursued system enhancements to meet newly established DHS and FBI reporting requirements in accordance with the order. Furthermore, OFTP aided in the development of the waiver of the 270-day limit for pregnancy or pregnancy-related conditions (including post-pregnancy recovery) so eligible, authorized officers may request an exemption from Demonstration of Firearms and Intermediate Force Weapon Proficiency and Enhanced Training Requirements (commonly referred to as Defensive Tactics).

*Contract Awards*

In FY 2023, OFTP awarded a new Indefinite Delivery Indefinite Quantity contract for 9mm duty ammunition to two major American ammunition corporations. Additionally, OFTP is modernizing the Firearms, Armor, and Credential Tracking System (FACTS) and the Use of Force, Assaults, and Discharge (UFAD) reporting system. Updating these systems will allow for more efficient responses to information requests, improved reporting, and effectively inform policy, equipment, and training enhancement decisions through the enhanced capture and analysis of use of force reporting.

*Use of Force and Tactics Training*

During FY 2023, OFTP conducted a total of 104 use of force and tactics courses for ICE personnel, resulting in the training of 1,706 law enforcement officers and the issuance of 1,681 certifications. Additionally, OFTP delivered the inaugural Special Response Team (SRT) Hostage

Rescue Course to each of ICE's operational components.

*Body Armor Acquisition*

Throughout FY 2023, OFTP finalized the acquisition of new body armor, equipping ICE agents and officers with gear that meets safety regulations against the latest threats and hazards and providing significant protection upgrades for its female agents. The new body armor contract will be the basis for the next issued SRT body armor acquisition, which will include upgraded ballistic plates and shoulder and groin protection, to be used with the newly issued body armor. This will decrease the number of total body armor sets needed, providing significant cost savings.

*Facility Acquisition*

OFTP obtained permission from the U.S. Army to expand its physical footprint at Fort Moore, Georgia, whereby the U.S. Army granted additional facilities, buildings, and land. This allows OFTP to create significant storage and training space at no cost to ICE, achieving substantial monetary savings. These spaces include 66 acres for the Advanced Training and Operations Center, and several facilities supporting armory storage and the ICE BWC program.

OFTP's armories distributed 800 Sig Sauer P320 training Blue Guns equipped with Micro Red Dot Sight optics to enhance training across the agency, 200 MPX sub-machine guns, and all duty handguns to newly sworn ICE agents. OFTP destroyed more than 650 firearms and repurposed nearly 2,500 firearms for use in other federal agencies. Armory staff trained 167 new field maintenance armorers during FY 2023 to help improve firearms readiness, minimizing the need to ship weapons to and from field offices. Additionally, OFTP's Ballistics Laboratory provided all subject matter expertise and testing to support two strategic 9mm duty and .223 duty rifle ammunition contracts.

*ICE Tactical Programs Oversight*

Effective in FY 2023, OFTP became responsible for programmatic oversight of all ICE's tactical programs, encompassing the Crisis Negotiation Program (CNP), Tactical Emergency Medical Services (TEMS), Rapid Response Program (RRP), SRTs, and their sub-competencies. Additionally, OFTP expanded its oversight services with the establishment of the SRT desk officers for east, central, and west regions. OFTP is actively drafting manuals for CNP, TEMS, RRP, SRT, and SRT Sniper programs, while providing operational oversight to more than 1,029 SRT operations.

## Office of Immigration Program Evaluation

### Mission and Organization

The Office of Immigration Program Evaluation (OIPE) drives reform and improvements related to ICE's detention operations and supervision of the noncitizens on the non-detained docket. OIPE concentrates efforts on three areas: innovation and modernization, detention enhancement and standards, and non-detained docket management and ATD programs.

**Key Programs and Accomplishments in FY 2023**

*Non-Detained Management Standards*

Developing and deploying non-detained docket standards is a priority for DHS in FY 2024. In FY 2023, OIPE led the drafting of national standards for the agency's non-detained population. Numerous ICE components contributed to the standards, and they are currently undergoing a second round of stakeholder review with the goal of issuance and implementation by early 2024. The standards are the first unified national operating structure for ICE's non-detained programs, exceeding ATD's current scope by relying largely on low-cost, low-intensity monitoring options for most non-detained noncitizens.

*Temporary Housing Standards*

OIPE led the development of the Temporary Housing Standards (THS), which were announced in July 2023 and cover ICE and contractor requirements related to housing detained noncitizens for short stays at temporary sites, such as hotels. These stays are typically due to inclement weather, cancelled flights, or other unforeseen circumstances. ICE developed THS in consultation with stakeholders from several ERO components, DHS CRCL, and the DHS Office of the Immigration Detention Ombudsman. Similar to ICE's detention standards for its detention facilities, THS covers areas such as environmental health and safety, personal hygiene, and recreation. However, THS is tailored to the circumstances likely to be encountered at hotel stays.

*Secure Docket Card*

OIPE is leading the ICE Secure Docket Card (SDC) project, which offers a uniform, durable card provided to noncitizens upon release, and facilitates reliable access to commonly lost or damaged immigration-related paperwork. The SDC will be integrated with the Unified Immigration Portal that ICE and CBP officers and agents use in the field and the ICE Portal to allow noncitizens access to commonly used documents and services. ICE expects the project to ease ICE personnel workload when encountering noncitizens with the card and decrease the burden on noncitizens when interacting with ICE, including the facilitation of remote reporting for certain low-risk populations. ICE anticipates a limited release in two ERO field offices in FY 2024.

*Collaborating with OCIO on Modernization and Process Improvements*

OIPE is collaborating with ICE OCIO to modernize and improve several initiatives, including working closely with ERO to develop an online system for the electronic filing of Forms G-28, *Notice of Entry of Appearance as Attorney or Accredited Representative*, and for scheduling legal visits. Launched on December 20, 2023, at one ERO facility, beta testing of the G-28 portion of the system automates the submission and collection of the G-28 forms. ICE will roll out beta testing at two more ERO facilities in January 2024. The second phase will create an online tool for legal representatives to schedule legal visits, either in person or virtually, at dedicated ICE detention facilities.

Additionally, OIPE worked with ERO and OCIO to launch an online Change of Address

capability for noncitizens where they can easily change their address online, which ICE operationalized in June 2023. Building on the ICE Appointment Scheduler and Change of Address capabilities, OIPE worked with OCIO and ERO to create a secure portal for noncitizens to submit changes of address and schedule appointments at ICE field offices, which the agency released in FY 2024.

*Agency Prevention of Sexual Assault Coordinator*

ICE's Agency Prevention of Sexual Assault Coordinator (PSAC) position is required by 6 C.F.R. Part 115, *Standards to Prevent, Detect, and Respond to Sexual Abuse and Assault in Confinement Facilities* (DHS PREA Standards) and ICE Directive 11062.2, *Sexual Abuse and Assault Prevention and Intervention* (SAAPI Directive). The PSAC is responsible for developing, implementing, and overseeing ICE's efforts to ensure compliance with the SAAPI Directive, DHS PREA Standards, and other agency policies and detention standards related to sexual abuse and assault prevention and intervention. While the DHS PREA Standards primarily focus on ERO and OPR, the SAAPI Directive extends requirements to HSI, OPLA, and other ICE programs, including major coordination with the OPR, HSI, and ERO HQ-level PSACs.

Additionally, ICE's Agency PSAC is responsible for several ongoing and annual regulatory DHS PREA Standards requirements, such as internal and public-facing data collection and public-facing annual reports. Completed and current key projects include:

- Developing and deploying an Agency PREA Audit Methodology;
- Responding to DHS CRCL's recommendation memos related to sexual abuse and assault;
- Revising the current Sexual Abuse and Assault Reporting Worksheet and associated guidance;
- Completing outstanding PREA/SAAPI public-facing 2021 and 2022 annual report; and
- Creating a new reporting and data model for Quarterly Detention Monitoring Council meetings.

Future projects include the creation and release of an agency-level PREA audit; agency-wide PREA/SAAPI data tracking system for deficiencies, corrective actions, recommendations, and other information; the creation and release of outstanding prior fiscal year PREA/SAAPI public-facing reports; and improving the victim services program across ICE.

*Detention Contracts and Standards*

At the direction of ICE senior leadership, OIPE worked with ERO and OAQ to establish a process to ensure agency leadership has visibility on all substantive detention and ATD-related contract actions. This process requires OIPE's review and concurrence with all related actions. Through this process, OAQ is working with ERO and OAQ to transition all ICE detention facilities to the Performance-Based National Detention Standards (PBNDS) 2011 or National Detention Standards (NDS) 2019. Additionally, OIPE is working with ERO and OAQ to ensure that all new and renewed contracts for dedicated facilities incorporate several modifications, including Virtual Attorney Visitation, the Transgender Care Memorandum, DHS PREA Standards, and electronic health record compatibility.

*Legal Access*

OIPE is currently working with EOIR, which maintains a contract with the American Bar Association and the Acacia Center for Justice, to develop instructional videos for noncitizens in removal proceedings. OIPE anticipates the creation of 15 to 20 videos that will include topics such as how to check the case status online, how to change an address and/or venue, and how to report to ICE. Many videos will be accompanied by handouts and other visual aids.

OIPE is working closely with EOIR to expand legal orientation support and resources for noncitizens in removal proceedings as well. The Family Group Legal Orientation Program (FGLOP) is a joint effort between ICE and EOIR that specializes in providing services and legal information for family groups. ICE and EOIR completed modifications to their interagency agreement and the statement of work for FGLOP in late FY 2023, including services for the FERM program. An information line providing orientations and referrals for family units enrolled in FERM, in addition to services for other FGLOP participants as resources allow, is now active.

*Policy Development and Implementation*

OIPE collaborated with ICE program offices and ORAP to develop and implement ICE Directive 11311: *Confiscation and Return of Original Documents*. This directive helps ensure noncitizens are able to access key identification documents necessary to attain benefits and navigate the immigration system. This may include the provision of certified copies or the return of documents as operationally feasible. The policy instructs officers to be responsive to the needs of noncitizens while being mindful of the agency's need to fulfill its role in effectuating removals upon negative findings in immigration proceedings.

## Office of Public Engagement

### Organization and Mission

The Office of Partnership and Engagement (OPE) coordinates outreach efforts with the public, key stakeholders, and leadership from HSI, ERO, and OPLA to increase local and national awareness of ICE's mission, while building relationships and fostering trust in U.S. communities. OPE comprises two components: Community Relations and the Victims Engagement and Services Line (VESL). OPE has a cadre of 26 community relations officers in field offices across the United States who serve as liaisons to the public, key stakeholders, and ICE local leadership.

### Key Programs and Accomplishments in FY 2023

*Engagements and Inquiries*

OPE's collaboration with stakeholders ensures a unified approach to external engagement. To allow for a unified approach, ICE Community Relations Officers (CROs) handled more than 7,600 engagements and inquiries from various groups and individuals in FY 2023. During the fiscal year, most of the stakeholder inquiries and requests for engagement involved ERO policies and practices. In FY 2023, OPE addressed 3,511 inquiries on behalf of ERO; 1,624 inquiries on behalf of HSI;

855 inquiries on behalf of OPLA; 267 inquiries for VESL; and 1,710 inquiries classified as general area.

In FY 2023, OPE significantly increased ICE's visibility to inform and educate the American public on the agency's work, mission, and law enforcement priorities. OPE led national and local engagements focused on increasing awareness, accessibility, and understanding of new ICE processes, policies, and programs.

*Expansion of Stakeholder Engagement*

OPE proactively and strategically facilitated the expansion and strengthening of partnerships among key stakeholders, including law enforcement, intergovernmental associations, elected state and local officials, private sector, business/retail sector, academia, faith-based groups, NGOs, legal service providers, other federal agencies, and national organizations. Each year, OPE's CROs assess their stakeholder lists to ensure they align with ICE national and local priorities. As a result, in FY 2023, OPE significantly increased the number of stakeholders for HSI in the private sector, state and local elected ranks, and law enforcements associations.

*Engagement Tied to DHS Priorities*

Over the course of the fiscal year, OPE focused on the stated priorities of ERO, HSI, and OPLA, promoting best practices for engagement. For example, OPE partnered with ERO and OPLA to significantly increase engagement with non-governmental organization partners about the newly reinstated DHS enforcement priority guidelines. Additionally, OPE partnered with HSI to reach out to trade associations, individual companies, other DHS components, and federal agencies to promote HSI's operational success in six priority areas: cybercrimes, national security, human exploitation (human trafficking, child exploitation), financial crimes, global trade, and terrorism. OPE facilitated key dialogue on several policy priorities as well, including language access, legal access, change of address, Cash Electronic Bonds (CeBonds), VeriWatch, ATD, and detention facility policies.

*Increased Visibility, Participation, and Networking in National Conferences*

In FY 2023, OPE increased ERO and HSI participation at national conferences and convenings, including for state and local elected officials, the private sector, and law enforcement. OPE also successfully significantly increased HSI and ERO participation at various national law enforcement association convenings.

*Proactive Engagement*

OPE proactively coordinated national and local outreach events, hosted listening sessions, and participated in national and local conferences as speakers, exhibitors, and attendees. By increasing the ratio of proactive engagements compared to those in response to stakeholder requests, the agency enhanced its own ability to create its own narrative and engage stakeholders early in the policy and directive implementation process. This proactive engagement helps avoid confusion and, as a result, ICE components can better anticipate potential issues, expand key stakeholder engagement, and educate the public on ERO and HSI's missions.

Advancing ICE's footprint with local, state, and federal partners remained a key priority in FY 2023. OPE, in coordination with ICE senior leadership, strengthened law enforcement relationships by providing briefings to and fielding inquiries from various sheriffs. Nationwide, OPE ensured that Homeland Security Advisors (HSAs) have open lines of communication with their CROs and local ERO field office leadership. Over the fiscal year, OPE experienced a significant increase in the promotion of key HSI programs, including Operation Boiling Point (OBP) and Cornerstone. OPE and OPA collaborated to promote OBP in the media, national conferences, and with key actors in the retail industry, law enforcement, U.S. attorneys and attorneys general, and state and local elected associations. Working directly with HSI, OPE significantly increased promotion of these key programs increasing visibility and understanding of HSI's work and mission as it relates to combating organized retail and financial crimes.

*Inclusion, Transparency, and Accountability*

OPE continued to diversify its outreach to reflect the direct engagement and partnership needs of field office directorates. To increase transparency, OPE hosted educational engagements on new processes, policies, and technologies. Engagements on issues such as the new CeBONDS, the Online Change of Address tool, and the expanding FERM program, afforded stakeholders the opportunity to obtain information directly from ICE subject matter experts, ask questions, and provide feedback.

OPE revised its landing page to include links to common topics of interests to stakeholders further increasing accessibility and inclusion. OPE worked regularly with OCR and ICE Office of Public Affairs to offer coordinated external engagements on new policies and initiatives, and important hot topics. ICE's communication components facilitated the sharing of information in different languages and on ICE's Spanish-language website.

*Improved Coordination with DHS and other Components*

In FY 2023, OPE worked closely with DHS Office of Public Engagement, the DHS Office of Intergovernmental Affairs, the DHS Office for State and Local Law Enforcement, and the Office of the Secretary to allow for a more coordinated and streamlined approach to hot topics and inter-component responses to stakeholders. ICE is currently represented by OPE's Assistant Director at the DHS Strategic Engagement Coordination Council and regularly participates in DHS and White House senior level dialogue on key issues that impact ICE, DHS, and the United States. In collaboration with ICE's internal components, OPE supported DHS' coordination and planning efforts related to Southwest Border migration by engaging with the Southwest Border Coordination Center (SBCC) and by participating in dialogue among local NGOs and elected officials on local community response plans. OPE supported SBCC by providing several detailees for extended periods.



Figure 35. OPE Engagements by ICE Component

*The Victims Engagement and Services Line*

The Victims Engagement and Services Line (VESL)[34] serves as a streamlined and all-encompassing access point for victims and individuals seeking a variety of service options. Through VESL, OPE continued its unwavering support for victims of crime and their families. The VESL office is supported by trained victim liaisons, community relations officers, and the VESL call center staff.  During FY 2023, the VESL hotline received 42,537 calls and the VESL team aided in over 109 VESL cases, ensuring prompt assistance for victims seeking information or requesting support services, helping people register with the DHS-Vine Notification system, and providing people with an opportunity to participate in the administrative removal process. Internally, VESL worked with ERO and DHS to improve victims' ability to register and receive timely custody notifications.

| VESL Call Topics | FY 2023 Count | Percentage |
|---|---|---|
| General Questions Regarding the VESL Hotline | 51 | 0.11% |
| Requesting VINE Assistance | 12 | 0.03% |
| Requesting Victims Services | 102 | 0.22% |
| Requesting Case Status | 237 | 0.51% |
| Reporting Crime - HSI/ERO/USCIS Tip Referral | 2,142 | 4.57% |
| Other (Commentary or Unrelated) | 44,351 | 94.58% |
| **Total** | **46,895** | **100.00%** |

Figure 36. VESL Call Referrals to Victim Liaisons in FY 2023

---

[34] By calling the VESL, individuals can reach several services, including the Detention Reporting and Information Line (DRIL); VESL; OPLA's Facilitation of Return Request (FoRR) line; and the DHS Victim Information and Notification Exchange (VINE) helpdesk.

The VESL team supported the implementation of the updated victim centered approach policy across the agency and sought to continuously improve victim response, support, and services at ICE by working with our law enforcement components and victim services programs.

## Office of Regulatory Affairs and Policy

The ICE Office of Regulatory Affairs and Policy (ORAP) establishes regulations and polices impacting ICE through coordination with departmental and interagency partners. ORAP collaborates with internal and external stakeholders to identify, develop, and effectively communicate ICE's strategic and organization policies; maintains responsibility for developing ICE regulations and managing the agency's regulatory process; and oversees ICE's strategic planning functions.

ORAP provides guidance to support ICE's mission. Policies and regulations must address current agency challenges while responding to a constantly evolving landscape. To develop regulations and policies, ORAP balances the differing perspectives within the agency, as well as ICE operations and functions, through its participation in interagency policy forums and engagement with DHS, DHS components, and other executive branch agencies on agency-wide policy matters.

**Key Programs and Accomplishments in FY 2023**

*Policy*

In FY 2023, ORAP issued its Strategic Plan for 2023-2027, which establishes its goals and objectives over the next four years and provides stakeholders with a better understanding of its mission, values, priorities, and critical functions. Additionally, ORAP played a key role in ensuring policies and regulations reflect current law and DHS policy.

In FY 2023, ORAP issued, revised, or advanced the development of policies in the following areas:

- *Body Worn Cameras:* In March 2023, ICE concluded its body worn camera pilot program. As a result, ORAP is in the process of drafting a final body worn camera directive, informed by requirements set out in Executive Order 14074, *Advancing Effective, Accountable Policing and Criminal Justice Practices to Enhance Public Trust and Public Safety* (May 25, 2022); a May 2023 DHS directive; data from the ICE pilot program, including internal analysis and an external assessment completed by the RAND Corporation; and feedback from ICE directorates and program offices.

- *Commercial Data:* On January 28, 2022, ICE issued a memorandum, *Execution or Modification of Any Commercial Data Agreement Pending Issuance of an ICE Directive Governing the Use, Storage, and Sharing of Commercial Data*. This memorandum established a pause on the execution or modification of any commercial data system until the final issuance of DHS and ICE commercial data directives. During this pause, ICE directorates and program offices that need to execute or modify a commercial data

agreement may seek approval for an exception to the pause from the ICE Deputy Director, who will weigh the system's urgent or critical mission need against privacy and other concerns surrounding the particular use of commercial data. To aid the Deputy Director's decision-making, ORAP is systematically reviewing all commercial data exception requests to ensure that each request reflects a responsible approach to the use of commercial data that recognizes privacy concerns shared by members of the public, while ensuring that ICE has the tools necessary to carry out its mission.

- *Credible Fear Parole Policy:* During FY 2023, ORAP worked to revise the agency's policies and procedures regarding the consideration of parole of certain noncitizens subject to expedited removal who are found to have a credible fear of persecution or torture. The purpose of the revisions is to ensure that the agency's parole determinations for such noncitizens are transparent, thoughtful, and the product of consistent policy and guidance. ORAP expects to issue the new policy in early 2024.

- *Death in Custody Notifications to Next of Kin, Emergency Contacts, or Extended Family Members:* Executive Order 14074 required the DOJ to issue guidance for federal, state, tribal, local, and territorial law enforcement agencies on best practices for providing official notification of deaths in custody. Section 11(e) required the heads of federal law enforcement agencies to assess and revise their policies and procedures as necessary in accordance with DOJ guidance issued on May 25, 2023. As a result, ICE issued updated guidance regarding the training and identification of death notification teams, identifying the appropriate individuals to receive the notification, planning and preparing for the notification, delivering the notification, and procedures for special circumstances, follow up, documentation, and notification to other officials or government agencies.

- *Exploitative Labor Practices:* On January 12, 2023, ORAP issued ICE Policy No. 10094.2, *Prosecutorial Discretion: Victims and Witnesses of Exploitative Labor Practices*, which establishes ICE policy regarding the support of ICE's law enforcement partners through the exercise of prosecutorial discretion for victims and witnesses of exploitative labor practices and/or violations of federal, state, or local labor laws. Additionally, ORAP is updating ICE's labor enforcement strategy to establish priorities for investigation of labor exploitation, clarify roles and responsibilities within the agency, and develop an improved deconfliction process to better ensure the agency's enforcement operations do not interfere with other ongoing labor investigations or disputes.

- *Facilitation of Returns*: In FY 2023, ORAP undertook efforts to revise ICE Directive No. 11061.1, *Facilitating the Return to the United States of Certain Lawfully Removed Aliens* (Feb. 24, 2012). This directive provides that, absent extraordinary circumstances, if a noncitizen who prevails before the U.S. Supreme Court or a U.S. Court of Appeals was lawfully removed while their petition for review was pending, ICE will facilitate the noncitizen's return to the United States if either the court's decision restores them to lawful permanent resident status or their presence is necessary for continued administrative removal proceedings. The revised policy will provide updates to its scope as well as clarify responsibilities, procedures, and roles.

- *Firearms and Use of Force Directive:* Executive Order 14074 required the heads of federal law enforcement agencies to promulgate Use of Force policies with requirements that "reflect principles of valuing and preserving human life and that are equivalent to, or exceed, the requirements of the policy issued by the DOJ on May 20, 2022, which establishes standards and obligations for the use of force." DHS issued Policy Statement 044-05, Revision 1, updating the Department Policy on Use of Force on February 26, 2023. As a result, on May 26, 2023, ORAP issued ICE Directive No. 19009.3, *Firearms and Use of Force*, which updates ICE's use of force policy to reflect the revisions made to department-wide policy. These changes include mirroring DHS' use of force standard; clarifying that the use of chokeholds or carotid restraints is not authorized unless the threshold for deadly force has been met; clarifying that deadly force is not authorized against a person whose actions are only a threat to themselves or property; and ensuring responsibility for the Firearms and Use of Force Incident Review Committee to report applicable trends, developments, and lessons learned to the DHS Law Enforcement Coordination Council.

- *Hunger Strikes:* ORAP has continued to work to update ICE's policies and procedures on hunger strikes and involuntary medical procedures, such as forced feeding or forced hydration. ORAP has undertaken a comprehensive review of existing policies and procedures and is examining the agency's current definition of a hunger strike; facility transfers; segregation procedures; de-escalation tactics; and monitoring, notification, or reporting requirements.

- *INTERPOL Red Notices and Wanted Person Diffusions:* On August 15, 2023, ORAP issued ICE Directive 15006.1, *INTERPOL Red Notices and Wanted Person Diffusions*, which provides guidance to agency personnel about Red Notices published by the International Criminal Police Organization (INTERPOL) and Wanted Person Diffusions circulated directly by an INTERPOL member country through its National Central Bureau.

- *Restraints:* In June 2023, DHS Office for Civil Rights and Civil Liberties (CRCL) made recommendations about ICE's use of restraining devices policies. In consultation with CRCL, ORAP identified areas to expand guidance. As a result, ORAP is engaged in ongoing efforts to develop an appendix to the agency's *Firearms and Use of Force Handbook* about the use of restraining devices. This appendix will ensure the proper application of restraining devices and protection of individual civil liberties.

- *Section 508 Disability Access Policy:* On March 3, 2023, ORAP issued ICE Directive No. 8014.1, *Section 508 Accessibility*, which ensures all ICE employees, contractors, and members of the public, regardless of any disability, have access to and use of all ICE Information and Communication Technology. In accordance with 29 U.S.C. § 794d (commonly referred to as "Section 508 of the Rehabilitation Act of 1973" or "Section 508") and 47 U.S.C. § 255, this Directive defines the roles and responsibilities of ICE officials, employees, and contractors to implement the Section 508 requirements.

- *Vulnerable Populations:* ICE currently does not have agency-wide policy addressing

issues related to individuals with special vulnerabilities. Therefore, ORAP is prioritizing this policy effort, on which substantial progress was made during FY 2023 and expects to issue a new policy in 2024 that will provide guidance to ICE personnel on the custody and care of noncitizens with special vulnerabilities while they are in ICE custody.

*Regulations*

Beyond issuing and revising ICE policies, ORAP also coordinates and oversees the development, review, and clearance of ICE regulations. During FY 2023, ORAP produced the following:

- *Optional Alternatives to the Physical Document Examination Associated with Employment Eligibility Verification (Form I-9) Final Rulemaking and Alternative Procedure:* On July 25, 2023, DHS issued a final rule and Federal Register notice that amended regulations and announced an optional remote alternative to the physical examination of Form I-9, Employment Eligibility Verification. This update provides flexibility for employers, recognizing the realities of the post-COVID economic recovery in which more Americans are working remotely.

- *Employment Authorization for F-1 Nonimmigrant Students Experiencing Severe Economic Hardship:* This form of regulatory action grants relief to F-1 nonimmigrant students experiencing economic hardship due to emergent circumstances. The F-1 student notices allow qualifying students from certain countries to increase work hours and reduce course loads while maintaining F-1 status. ICE published nine notices during FY 2023 for Afghanistan, Ethiopia, Haiti, Hong Kong, Somalia, South Sudan, Sudan, Ukraine, and Yemen. Due to these efforts, approximately 14,000 nonimmigrant students may be eligible to carry reduced course loads and work increased hours while maintaining F-1 nonimmigrant status.

- *Immigration Bond Notifications:* This Interim Final Rule, effective September 7, 2023, authorizes ICE to electronically serve bond-related notifications to obligors for immigration bonds, transitioning immigration bond notifications to a more modern, secure, electronic environment. ICE revised its regulations governing service of bond notifications, which used to only authorize the agency to serve documents in-person, or by certified, registered, or first-class mail. The Interim Final Rule permits ICE to conduct an entirely electronic transaction with obligors posting bonds online when enrolling in ICE's electronic bond systems: Electronic Bonds Online System (eBONDS) and Cash Electronic Bonds Online System (CeBONDS). In 2010, ICE deployed eBONDS, a web-based system designed to automate the processing and issuance of ICE immigration bonds underwritten by surety companies and their agents. ICE launched CeBONDS in April 2023, which provides a fully automated, online capability to request verification of bond eligibility, make cash immigration bond payments, and send electronic notifications to cash bond obligors.

- *Update to the DHS STEM Designated Degree Program List:* This Federal Register Notice amended the DHS Science, Technology, Engineering, or Mathematics (STEM) Designated Degree Program List by adding eight qualifying fields of study and a

corresponding a corresponding Department of Education Classification of Instructional Programs code for each (*see* 88 FR 44381).

## Conclusion

As ICE celebrates its 20th anniversary, the agency continues to fulfill its mission of protecting the United States through criminal investigations and enforcing immigration laws to preserve national security, public safety, and the integrity of the immigration system. Throughout FY 2023, ICE took a number of steps to modernize agency operations in an effort to meet the agency's expanding dockets and workload, while balancing its regular mission with support for DHS operations at the Southwest Border. As domestic and international threats evolve, ICE will continue to carry out its mission with professionalism in FY 2024 and beyond by empowering its workforce, creating new and innovative technological capabilities, strengthening and expanding interagency and international partnerships, countering cross-border threats, and safeguarding the integrity of the U.S. immigration system.

## Acronyms

| A-File | Alien File |
|---|---|
| AFU | Forfeiture Asset Unit |
| AOU | Armory Operations Unit |
| ATD | Alternatives to Detention |
| BEST | Border Enforcement Security Task Force |
| BWC | Body Worn Camera |
| C3 | Cyber Crimes Center |
| CBP | U.S. Customs and Border Protection |
| CCHT | Center for Countering Human Trafficking |
| CERD | Committee on the Elimination of Racial Discrimination |
| CISA | Cybersecurity and Infrastructure Security Agency |
| CNP | Colombian National Police |
| COT | Cyber and Operational Technology |
| CPD | Counterproliferation Division |
| CPMC | Counterproliferation Mission Center |
| CRO | Community Relations Officer |
| CRCL | DHS Office for Civil Rights and Civil Liberties |
| CTOC | Countering Transnational Organized Crime |
| DEIA | Diversity, Equity, and Inclusion Accessibility |
| DHS | U.S. Department of Homeland Security |
| DO | Domestic Operations |
| DOJ | Department of Justice |
| EOFY | End of Fiscal Year |
| EOIR | Executive Office for Immigration Review |
| ERO | Enforcement and Removal Operations |
| EXCOM-South | Exodus Command Center-South |
| FBI | Federal Bureau of Investigation |
| FLETC | Federal Law Enforcement Training Centers |
| FOD | Field Office Director |
| FOIA | Freedom of Information Act |
| FY | Fiscal Year |
| GTD | Global Trade Division |
| HQ | Headquarters |
| HRVWCU | Human Rights Violators and War Crimes Unit |
| HSI | Homeland Security Investigations |
| HSIU | Homeland Security Investigations Unit |
| ICE | U.S. Immigration and Customs Enforcement |
| IDIQ | Indefinite Delivery, Indefinite Quantity |
| IHSC | ICE Health Service Corps |
| INV | Investigations Program Office |
| IO | International Operations |
| IPR Center | National Intellectual Property Rights Coordination Center |
| IRGC-QF | Islamic Revolutionary Guard Corps-Quds Force |

| ISP | Inspections Program Office |
|---|---|
| IT | Information Technology |
| JTFA | Joint Task Force Alpha |
| JTF-I | Joint Task Force-Investigations |
| LESA | Law Enforcement Systems Analysis |
| M&A | Management and Administration |
| MCAT | Mobile Criminal Apprehension Team |
| MIU | Management Inspections Unit |
| MRDS | Miniature Red Dot Sight |
| NATI | National Aviation Trafficking Initiative |
| NDS | National Detention Standards |
| NGO | Nongovernmental Organization |
| NSU | National Security Unit |
| OAFM | Office of Asset and Facility Management |
| OAO | Office of Administration Operations |
| OAQ | Office of Acquisitions |
| OCC | Operation Cyber Centurion |
| OCFO | Office of Chief Financial Officer |
| OCIO | Office of the Chief Information Officer |
| OCR | Office of Congressional Relations |
| OD | Office of the Director |
| ODO | Office of Detention Oversight |
| ODCR | Office of Diversity and Civil Rights |
| OEI | Operation Expanded Impact |
| OFTP | Office of Firearms and Tactical Programs |
| OHC | Office of Human Capital |
| OIGP | Office of Information Governance and Privacy |
| OIPE | Office of Immigration Program Evaluation |
| OMB | Office of Management and Budget |
| OPE | Office of Partnership and Public Engagement |
| OPLA | Office of the Principal Legal Advisor |
| OPR | Office of Professional Responsibility |
| ORAP | Office of Regulatory Affairs and Policy |
| OSF | Operation Shattered Fortress |
| OVI | Operation Vested Interest |
| PBNDS | Performance Based National Detention Standards |
| PCN | Potomac Center North |
| PLEPU | Parole and Law Enforcement Programs Unit |
| PREA | Prison Rape Elimination Act |
| PSD | Personnel Security Division |
| SAC | Special Agent in Charge |
| SAUSA | Special Assistant United States Attorney |
| SEVP | Student and Exchange Visitor Program |
| SEVIS | Student and Exchange Visitor Information System |
| SLRP | Student Loan Repayment Program |

| SOP | Standard Operating Procedure |
|---|---|
| SOU | Support Operations Division |
| SRT | Special Response Team |
| STEM | Science, Technology, Engineering, or Mathematics |
| SWIFT | Scalable Ways to Implement Flexible Tasks |
| TCIU | Transnational Crime Investigative Unit |
| TCO | Transnational Crime Organization |
| TDY | Temporary Duty Travel |
| TFO | Task Force Officer |
| TOD | Tactical Operations Division |
| TTU | Trade Transparency Unit |
| TW | Trusted Workforce |
| UFAU | Use of Force Analysis Unit |
| USCIS | U.S. Citizenship and Immigration Services |
| USPIS | U.S. Postal Inspection Service |
| VAP | Victims Assistance Program |
| VAV | Virtual Attorney Visitation |
| VAWA | Violence Against Women Act |
| VESL | Victims Engagement and Services Line |
| YACMP | Young Adult Case Management Program |

# Appendix

### FY 2018 – FY 2023  ICE Removals by Country of Citizenship[35]

| Country of Citizenship | FY2018 | FY2019 | FY2020 | FY2021 | FY2022 | FY2023 |
|---|---|---|---|---|---|---|
| **Total** | **256,085** | **267,258** | **185,884** | **59,011** | **72,177** | **142,580** |
| Afghanistan | 30 | 36 | 25 | 14 | 12 | 44 |
| Albania | 98 | 80 | 53 | 10 | 19 | 16 |
| Algeria | 17 | 20 | 5 | 6 | 7 | 4 |
| Andorra | - | - | 1 | - | - | - |
| Angola | 32 | 40 | 43 | 8 | 13 | 70 |
| Anguilla | - | 2 | - | - | - | - |
| Antigua-Barbuda | 24 | 12 | 6 | 3 | 4 | 4 |
| Argentina | 121 | 130 | 87 | 80 | 60 | 85 |
| Armenia | 27 | 48 | 31 | 25 | 16 | 15 |
| Aruba | 1 | 1 | - | 2 | - | 1 |
| Australia | 39 | 40 | 39 | 12 | 15 | 29 |
| Austria | 7 | 8 | 6 | 2 | 1 | 6 |
| Azerbaijan | 14 | 10 | 9 | 3 | 5 | 7 |
| Bahamas | 101 | 109 | 76 | 94 | 55 | 86 |
| Bahrain | 1 | 2 | - | 1 | - | - |
| Bangladesh | 147 | 159 | 305 | 29 | 67 | 51 |
| Barbados | 17 | 29 | 6 | 7 | 8 | 7 |
| Belarus | 10 | 18 | 11 | 4 | 3 | 8 |
| Belgium | 17 | 7 | 10 | 5 | 6 | 8 |
| Belize | 91 | 90 | 78 | 42 | 65 | 184 |
| Benin | 10 | 9 | 5 | 5 | 2 | 4 |
| Bermuda | 5 | 2 | 1 | 3 | 2 | - |
| Bhutan | 1 | 1 | - | - | - | - |
| Bolivia | 81 | 64 | 49 | 42 | 46 | 132 |
| Bosnia-Herzegovina | 47 | 36 | 27 | 26 | 14 | 10 |
| Botswana | 1 | 3 | 2 | - | 1 | 1 |
| Brazil | 1,691 | 1,770 | 1,902 | 1,935 | 1,767 | 1,607 |
| British Virgin Islands | 1 | 4 | 5 | 3 | - | 2 |
| Brunei | - | - | - | - | - | - |
| Bulgaria | 34 | 21 | 21 | 4 | 10 | 4 |
| Burkina Faso | 35 | 20 | 4 | 9 | 12 | 12 |
| Burma | 40 | 29 | 26 | 6 | - | 1 |

---

[35] FY 2023 Removals are updated through September 30, 2023. FY2018 – FY 2022 data are historical and remains static.

| | | | | | |
|---|---|---|---|---|---|
| Burundi | 14 | 5 | 10 | 4 | 1 | 3 |
| Cambodia | 110 | 80 | 32 | 1 | 5 | 6 |
| Cameroon | 72 | 76 | 54 | 84 | 28 | 22 |
| Canada | 342 | 318 | 320 | 136 | 137 | 161 |
| Cape Verde | 68 | 50 | 15 | 29 | 4 | 9 |
| Cayman Islands | - | 3 | 1 | 2 | 2 | - |
| Central African Republic | 2 | 7 | 1 | 1 | 1 | 1 |
| Chad | 13 | 3 | 1 | - | 1 | 3 |
| Chile | 166 | 253 | 351 | 252 | 553 | 544 |
| China, People's Republic Of | 726 | 637 | 337 | 138 | 127 | 288 |
| Christmas Island | - | - | - | - | - | - |
| Cocos Islands | - | - | - | - | - | - |
| Colombia | 1,162 | 1,158 | 931 | 748 | 3,753 | 9,866 |
| Comoros | - | - | - | - | - | - |
| Congo | 18 | 15 | 12 | 6 | 7 | 14 |
| Costa Rica | 162 | 176 | 130 | 91 | 113 | 183 |
| Croatia | 12 | 9 | 4 | 5 | 4 | 12 |
| Cuba | 463 | 1,179 | 1,583 | 95 | 48 | 371 |
| Curacao | - | - | - | - | - | 2 |
| Cyprus | 3 | 1 | 2 | - | 1 | - |
| Czech Republic | 47 | 56 | 22 | 14 | 5 | 12 |
| Czechoslovakia | 4 | 2 | 1 | 2 | - | - |
| Democratic Republic of the Congo | 79 | 81 | 96 | 56 | 33 | 33 |
| Denmark | 2 | 5 | 12 | 3 | 3 | 7 |
| Djibouti | 3 | 3 | - | - | - | - |
| Dominica | 19 | 16 | 13 | 9 | 5 | 6 |
| Dominican Republic | 1,769 | 2,186 | 1,835 | 1,289 | 1,497 | 4,104 |
| East Timor | - | - | - | - | - | - |
| Ecuador | 1,264 | 2,253 | 2,951 | 1,471 | 1,600 | 5,651 |
| Egypt | 85 | 57 | 78 | 40 | 19 | 39 |
| El Salvador | 15,445 | 18,981 | 12,590 | 2,872 | 7,231 | 8,310 |
| Equatorial Guinea | 5 | 5 | 7 | 1 | 2 | 5 |
| Eritrea | 62 | 49 | 37 | 6 | 20 | 17 |
| Estonia | 13 | 9 | 6 | 4 | 2 | 3 |
| Eswatini | - | 1 | - | - | - | - |
| Ethiopia | 36 | 32 | 43 | 23 | 5 | 11 |
| Fiji | 21 | 11 | 9 | 2 | 5 | 7 |
| Finland | 3 | 3 | 4 | 1 | 5 | 1 |
| France | 85 | 78 | 83 | 23 | 44 | 38 |

| | | | | | |
|---|---|---|---|---|---|
| French Guiana | - | 2 | - | - | - | - |
| French Polynesia | - | 2 | - | - | - | - |
| Gabon | 6 | 8 | 4 | 3 | - | 2 |
| Gambia | 111 | 124 | 45 | 18 | 7 | 9 |
| Georgia | 20 | 38 | 44 | 12 | 10 | 24 |
| Germany | 72 | 77 | 63 | 30 | 50 | 54 |
| Ghana | 243 | 203 | 121 | 56 | 46 | 62 |
| Greece | 22 | 32 | 17 | 7 | 16 | 19 |
| Grenada | 9 | 13 | 6 | 3 | 5 | 8 |
| Guadeloupe | 1 | 1 | 1 | 1 | - | 2 |
| Guatemala | 50,390 | 54,919 | 29,790 | 7,778 | 6,612 | 20,179 |
| Guinea | 219 | 102 | 44 | 25 | 11 | 27 |
| Guinea-Bissau | 5 | 4 | - | - | 2 | 2 |
| Guyana | 142 | 125 | 84 | 79 | 62 | 51 |
| Haiti | 934 | 690 | 895 | 353 | 1,532 | 717 |
| Honduras | 28,894 | 41,800 | 21,139 | 4,904 | 6,309 | 22,274 |
| Hong Kong | 15 | 7 | 3 | 3 | 4 | 4 |
| Hungary | 81 | 71 | 44 | 23 | 18 | 29 |
| Iceland | 2 | - | 1 | 2 | 1 | 2 |
| India | 611 | 1,616 | 2,312 | 292 | 276 | 370 |
| Indonesia | 110 | 77 | 62 | 23 | 8 | 25 |
| Iran | 22 | 21 | 16 | 10 | 13 | 18 |
| Iraq | 48 | 84 | 32 | 32 | 13 | 24 |
| Ireland | 47 | 33 | 19 | 10 | 17 | 37 |
| Israel | 93 | 89 | 52 | 22 | 18 | 18 |
| Italy | 125 | 140 | 139 | 65 | 102 | 140 |
| Ivory Coast | 82 | 39 | 41 | 12 | 9 | 13 |
| Jamaica | 792 | 751 | 523 | 406 | 342 | 407 |
| Japan | 28 | 21 | 27 | 6 | 10 | 9 |
| Jordan | 94 | 106 | 70 | 61 | 30 | 38 |
| Kazakhstan | 30 | 26 | 25 | 16 | 10 | 14 |
| Kenya | 140 | 122 | 85 | 33 | 24 | 23 |
| Kiribati | - | - | - | - | - | 1 |
| Korea | 32 | 59 | 23 | 21 | 5 | 7 |
| Kosovo | 14 | 15 | 13 | 13 | 5 | 4 |
| Kuwait | 11 | 21 | 14 | 1 | 3 | - |
| Kyrgyzstan | 15 | 19 | 3 | 8 | 1 | 14 |
| Laos | 8 | 5 | 11 | - | 5 | 1 |
| Latvia | 17 | 15 | 19 | 12 | 8 | 8 |

96

| | | | | | |
|---|---|---|---|---|---|
| Lebanon | 51 | 48 | 41 | 10 | 9 | 17 |
| Lesotho | 1 | - | - | - | - | - |
| Liberia | 113 | 108 | 112 | 44 | 42 | 36 |
| Libya | 8 | 6 | 4 | 2 | 3 | 5 |
| Liechtenstein | - | - | - | - | - | - |
| Lithuania | 49 | 37 | 22 | 9 | 10 | 16 |
| Luxembourg | - | - | 1 | - | - | - |
| Macau | 1 | 2 | 1 | 1 | - | 2 |
| Macedonia | 18 | - | - | - | - | - |
| Madagascar | 1 | - | - | - | - | - |
| Malawi | 3 | 1 | 2 | 2 | 1 | 1 |
| Malaysia | 11 | 9 | 11 | 3 | 3 | 1 |
| Maldives | 1 | - | - | - | - | - |
| Mali | 63 | 52 | 15 | 10 | 7 | 6 |
| Malta | - | 1 | 1 | - | - | - |
| Marshall Islands | 35 | 32 | 16 | - | - | 28 |
| Martinique | - | - | - | - | 1 | - |
| Mauritania | 98 | 41 | 25 | 7 | 7 | 58 |
| Mauritius | - | 1 | - | - | - | - |
| Mexico | 141,045 | 127,492 | 100,388 | 31,761 | 33,832 | 54,056 |
| Micronesia, Federated Sates of | 99 | 91 | 24 | - | 7 | 91 |
| Moldova | 38 | 28 | 17 | 7 | 7 | 13 |
| Monaco | - | - | - | - | - | - |
| Mongolia | 28 | 19 | 19 | 5 | 3 | 2 |
| Montenegro | 18 | 23 | 7 | 5 | 1 | 2 |
| Montenegro – Raps | - | - | - | - | - | - |
| Montserrat | 1 | 1 | - | - | - | - |
| Morocco | 58 | 33 | 27 | 20 | 14 | 18 |
| Mozambique | - | 3 | 2 | - | 1 | 1 |
| Namibia | 2 | - | - | - | 1 | 3 |
| Nauru | - | - | 1 | - | - | - |
| Nepal | 45 | 162 | 97 | 23 | 28 | 22 |
| Netherlands | 40 | 40 | 31 | 9 | 23 | 26 |
| Netherlands Antilles | 2 | 6 | 4 | - | - | - |
| New Caledonia | - | - | - | - | - | - |
| New Zealand | 24 | 22 | 13 | 4 | 5 | 16 |
| Nicaragua | 879 | 2,240 | 1,416 | 964 | 2,538 | 2,320 |
| Niger | 5 | 13 | 5 | 6 | 2 | 3 |
| Nigeria | 369 | 286 | 199 | 78 | 49 | 152 |

97

| | | | | | | |
|---|---|---|---|---|---|---|
| North Korea | - | - | - | 1 | - | 2 |
| North Macedonia | - | 15 | 10 | 4 | 3 | 3 |
| Norway | 7 | 9 | 11 | 2 | 4 | 6 |
| Oman | - | - | 2 | - | 1 | 1 |
| Pakistan | 235 | 202 | 207 | 68 | 68 | 89 |
| Palau | 9 | 10 | 4 | 5 | 3 | 8 |
| Palestine | - | - | - | - | - | - |
| Panama | 59 | 55 | 36 | 34 | 42 | 101 |
| Papua New Guinea | 1 | 2 | 1 | - | - | 1 |
| Paraguay | 6 | 7 | 9 | 8 | 4 | 15 |
| Peru | 581 | 571 | 353 | 287 | 980 | 5,062 |
| Philippines | 217 | 176 | 120 | 81 | 75 | 79 |
| Pitcairn Islands | - | - | - | - | - | - |
| Poland | 123 | 135 | 102 | 44 | 35 | 42 |
| Portugal | 96 | 101 | 47 | 28 | 33 | 60 |
| Qatar | 2 | 3 | 1 | 2 | - | - |
| Reunion | - | - | - | - | - | - |
| Romania | 403 | 400 | 263 | 209 | 184 | 366 |
| Russia | 107 | 153 | 108 | 80 | 68 | 229 |
| Rwanda | 2 | 12 | 8 | 4 | 5 | 1 |
| Samoa | 30 | 17 | 4 | 6 | - | - |
| San Marino | - | - | - | - | - | - |
| Sao Tome and Principe | - | - | - | - | - | - |
| Saudi Arabia | 135 | 79 | 60 | 29 | 11 | 19 |
| Senegal | 125 | 55 | 52 | 17 | 25 | 202 |
| Serbia | 30 | 31 | 16 | 10 | 10 | 6 |
| Serbia and Montenegro | 2 | 2 | 1 | - | - | 1 |
| Seychelles | - | 1 | 1 | - | - | - |
| Sierra Leone | 79 | 86 | 23 | 28 | 9 | 8 |
| Singapore | 6 | 3 | 5 | 2 | 6 | 3 |
| Slovakia | 35 | 22 | 12 | 9 | 2 | 4 |
| Slovenia | 1 | 1 | 2 | 2 | - | 4 |
| Solomon Islands | - | - | - | - | - | - |
| Somalia | 229 | 151 | 112 | 47 | 10 | 22 |
| South Africa | 42 | 39 | 31 | 25 | 7 | 17 |
| South Korea | 122 | 127 | 129 | 50 | 22 | 54 |
| South Sudan | 61 | 65 | 41 | 22 | 2 | 4 |
| Spain | 209 | 259 | 235 | 128 | 165 | 244 |
| Sri Lanka | 36 | 112 | 119 | 75 | 45 | 70 |

| | | | | | |
|---|---|---|---|---|---|
| St. Helena | - | - | - | - | - | - |
| St. Kitts-Nevis | 15 | 11 | 3 | 2 | 4 | 4 |
| St. Lucia | 28 | 22 | 10 | 16 | 4 | 3 |
| St. Pierre and Miquelon | - | - | - | - | - | - |
| St. Vincent- Grenadines | 13 | 19 | 8 | 11 | 10 | 4 |
| Stateless | - | - | - | - | - | 12 |
| Sudan | 42 | 18 | 17 | 4 | 5 | 9 |
| Suriname | 19 | 12 | 1 | 6 | - | 5 |
| Swaziland | - | - | - | - | - | - |
| Sweden | 19 | 21 | 9 | 14 | 8 | 16 |
| Switzerland | 4 | 6 | 10 | 2 | 4 | 7 |
| Syria | 7 | 9 | 2 | - | 2 | 6 |
| Taiwan | 27 | 51 | 42 | 9 | 24 | 26 |
| Tajikistan | 8 | 4 | 4 | 3 | 4 | 4 |
| Tanzania | 19 | 25 | 13 | 10 | 4 | 7 |
| Thailand | 55 | 46 | 25 | 25 | 9 | 17 |
| Togo | 24 | 16 | 14 | 10 | 5 | 6 |
| Tonga | 21 | 10 | 10 | - | - | 12 |
| Trinidad and Tobago | 104 | 106 | 73 | 48 | 38 | 46 |
| Tunisia | 16 | 20 | 6 | 6 | - | 3 |
| Turkey | 85 | 113 | 77 | 35 | 166 | 787 |
| Turkmenistan | 2 | 4 | - | - | 1 | 3 |
| Turks and Caicos Islands | 4 | 3 | 3 | 1 | 1 | 3 |
| Tuvalu | - | - | - | - | - | - |
| Uganda | 13 | 22 | 21 | 7 | 2 | 3 |
| Ukraine | 105 | 125 | 106 | 44 | 24 | 32 |
| United Arab Emirates | 2 | 3 | 3 | 1 | 2 | 1 |
| United Kingdom | 209 | 198 | 173 | 73 | 102 | 181 |
| Unknown | 42 | 46 | 30 | 13 | 8 | 2 |
| Uruguay | 47 | 51 | 28 | 21 | 14 | 19 |
| USRR | - | - | - | - | - | 1 |
| Uzbekistan | 41 | 45 | 49 | 21 | 55 | 88 |
| Vanuatu | - | - | - | - | - | - |
| Venezuela | 336 | 327 | 193 | 176 | 176 | 834 |
| Vietnam | 122 | 80 | 93 | 33 | 15 | 39 |
| Yemen | 24 | 46 | 14 | 6 | 15 | 7 |
| Yugoslavia | 5 | 3 | 6 | 1 | 2 | 2 |
| Zambia | 12 | 7 | 8 | 7 | 2 | 7 |
| Zimbabwe | 19 | 16 | 16 | 1 | 3 | 3 |