# EXHIBIT 221

Table A-1.
**People in Poverty by Selected Characteristics: 2021 and 2022**

(Population in thousands. Margin of error in thousands or percentage points as appropriate. Population as of March of the following year. Information on confidentiality protection, sampling error, nonsampling error, and definitions is available at <https://www2.census.gov/programs-surveys/cps/techdocs/cpsmar23.pdf>)

| Characteristic | 2021 | | | | | 2022 | | | | | Change in poverty (2022 less 2021) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Below poverty | | | | Total | Below poverty | | | | Number | Percent |
| | | Number | Margin of error[1] (±) | Percent | Margin of error[1] (±) | | Number | Margin of error[1] (±) | Percent | Margin of error[1] (±) | | |
| **PEOPLE** | | | | | | | | | | | | |
| Total | 328,200 | 37,930 | 908 | 11.6 | 0.3 | 330,100 | 37,920 | 1,000 | 11.5 | 0.3 | -10 | -0.1 |
| **Race[2] and Hispanic Origin** | | | | | | | | | | | | |
| White | 248,900 | 24,920 | 650 | 10.0 | 0.3 | 248,800 | 26,050 | 788 | 10.5 | 0.3 | *1128 | *0.5 |
|   White, not Hispanic | 194,300 | 15,810 | 528 | 8.1 | 0.3 | 193,200 | 16,690 | 612 | 8.6 | 0.3 | *881 | *0.5 |
| Black | 43,980 | 8,583 | 476 | 19.5 | 1.1 | 44,520 | 7,626 | 392 | 17.1 | 0.9 | *-957 | *-2.4 |
| Asian | 20,680 | 1,922 | 183 | 9.3 | 0.9 | 21,590 | 1,866 | 211 | 8.6 | 1.0 | -56 | -0.7 |
| American Indian and Alaska Native | 4,109 | 998 | 161 | 24.3 | 3.2 | 3,983 | 995 | 181 | 25.0 | 3.5 | -3 | 0.7 |
| Two or More Races | 9,166 | 1,298 | 176 | 14.2 | 1.8 | 9,674 | 1,180 | 144 | 12.2 | 1.4 | -118 | -2.0 |
| Hispanic (any race) | 62,480 | 10,690 | 469 | 17.1 | 0.8 | 63,800 | 10,780 | 491 | 16.9 | 0.8 | 86 | -0.2 |
| **Sex** | | | | | | | | | | | | |
| Male | 161,800 | 17,020 | 478 | 10.5 | 0.3 | 163,100 | 17,100 | 513 | 10.5 | 0.3 | 85 | Z |
| Female | 166,400 | 20,910 | 542 | 12.6 | 0.3 | 167,000 | 20,820 | 589 | 12.5 | 0.4 | -95 | -0.1 |
| **Age** | | | | | | | | | | | | |
| Under 18 years | 72,940 | 11,150 | 444 | 15.3 | 0.6 | 71,950 | 10,780 | 433 | 15.0 | 0.6 | -365 | -0.3 |
| 18 to 64 years | 199,100 | 20,980 | 516 | 10.5 | 0.3 | 200,200 | 21,240 | 624 | 10.6 | 0.3 | 260 | 0.1 |
| 65 years and older | 56,190 | 5,802 | 236 | 10.3 | 0.4 | 57,880 | 5,897 | 258 | 10.2 | 0.4 | 95 | -0.1 |
| **Nativity** | | | | | | | | | | | | |
| Native-born | 281,400 | 31,080 | 820 | 11.0 | 0.3 | 281,300 | 31,000 | 868 | 11.0 | 0.3 | -88 | Z |
| Foreign-born | 46,810 | 6,850 | 344 | 14.6 | 0.7 | 48,740 | 6,928 | 371 | 14.2 | 0.7 | 78 | -0.4 |
|   Naturalized citizen | 22,870 | 2,428 | 194 | 10.6 | 0.8 | 23,920 | 2,257 | 162 | 9.4 | 0.7 | -172 | *-1.2 |
|   Not a citizen | 23,930 | 4,422 | 288 | 18.5 | 1.1 | 24,810 | 4,671 | 314 | 18.8 | 1.1 | 249 | 0.4 |
| **Region** | | | | | | | | | | | | |
| Northeast | 56,070 | 5,664 | 340 | 10.1 | 0.6 | 56,310 | 6,083 | 410 | 10.8 | 0.7 | 419 | 0.7 |
| Midwest | 68,000 | 7,043 | 382 | 10.4 | 0.6 | 67,830 | 6,648 | 372 | 9.8 | 0.5 | -395 | -0.6 |
| South | 126,200 | 16,630 | 657 | 13.2 | 0.5 | 128,000 | 16,830 | 644 | 13.2 | 0.5 | 194 | Z |
| West | 77,930 | 8,592 | 348 | 11.0 | 0.4 | 77,970 | 8,364 | 422 | 10.7 | 0.5 | -228 | -0.3 |
| **Residence[3]** | | | | | | | | | | | | |
| Inside metropolitan statistical areas | 285,800 | 31,570 | 942 | 11.0 | 0.3 | 286,700 | 31,410 | 951 | 11.0 | 0.3 | -159 | -0.1 |
|   Inside principal cities | 104,600 | 14,960 | 652 | 14.3 | 0.5 | 103,900 | 14,620 | 653 | 14.1 | 0.6 | -337 | -0.2 |
|   Outside principal cities | 181,200 | 16,610 | 701 | 9.2 | 0.4 | 182,800 | 16,790 | 708 | 9.2 | 0.4 | 178 | Z |
| Outside metropolitan statistical areas | 42,400 | 6,367 | 541 | 15.0 | 0.8 | 43,340 | 6,516 | 601 | 15.0 | 0.9 | 149 | Z |
| **Work Experience** | | | | | | | | | | | | |
|   Total, 18 to 64 years old | 199,100 | 20,980 | 516 | 10.5 | 0.3 | 200,200 | 21,240 | 624 | 10.6 | 0.3 | 260 | 0.1 |
| All workers | 153,000 | 7,189 | 266 | 4.7 | 0.2 | 155,100 | 7,401 | 307 | 4.8 | 0.2 | 212 | 0.1 |
|   Worked full-time, year-round | 110,700 | 2,045 | 129 | 1.8 | 0.1 | 114,500 | 2,192 | 144 | 1.9 | 0.1 | 148 | 0.1 |
|   Less than full-time, year-round | 42,290 | 5,144 | 210 | 12.2 | 0.5 | 40,560 | 5,209 | 241 | 12.8 | 0.5 | 65 | 0.7 |
| Did not work | 46,050 | 13,790 | 371 | 30.0 | 0.7 | 45,150 | 13,840 | 472 | 30.7 | 0.9 | 47 | 0.7 |

| **Disability Status**[4] | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total, 18 to 64 years old | 199,100 | 20,980 | 516 | 10.5 | 0.3 | 200,200 | 21,240 | 624 | 10.6 | 0.3 | 260 | 0.1 |
| With a disability | 16,040 | 3,993 | 206 | 24.9 | 1.1 | 15,860 | 3,801 | 205 | 24.0 | 1.1 | -192 | -0.9 |
| With no disability | 182,100 | 16,920 | 484 | 9.3 | 0.3 | 183,500 | 17,370 | 543 | 9.5 | 0.3 | 449 | 0.2 |
| **Educational Attainment** | | | | | | | | | | | |
| Total, 25 years old and older | 226,300 | 22,630 | 554 | 10.0 | 0.2 | 227,700 | 22,480 | 615 | 9.9 | 0.3 | -155 | -0.1 |
| No high school diploma | 19,930 | 5,417 | 232 | 27.2 | 1.0 | 19,530 | 4,929 | 258 | 25.2 | 1.1 | *-488 | *-1.9 |
| High school, no college | 64,470 | 8,518 | 307 | 13.2 | 0.5 | 64,110 | 8,519 | 359 | 13.3 | 0.5 | 1 | 0.1 |
| Some college | 56,660 | 5,229 | 237 | 9.2 | 0.4 | 56,730 | 5,286 | 256 | 9.3 | 0.4 | 57 | 0.1 |
| Bachelor's degree or higher | 85,220 | 3,467 | 198 | 4.1 | 0.2 | 87,310 | 3,742 | 186 | 4.3 | 0.2 | *275 | 0.2 |

* An asterisk preceding an estimate indicates change is statistically different from zero at the 90 percent confidence level.

Z Rounds to zero.

[1] A margin of error (MOE) is a measure of an estimate's variability. The larger the MOE in relation to the size of the estimate, the less reliable the estimate. This number, when added to and subtracted from the estimate, forms the 90 percent confidence interval. MOEs shown in this table are based on standard errors calculated using replicate weights.

[2] Federal surveys give respondents the option of reporting more than one race. Therefore, two basic ways of defining a race group are possible. A group, such as Asian, may be defined as those who reported Asian and no other race (the race-alone or single-race concept) or as those who reported Asian regardless of whether they also reported another race (the race-alone-or-in-combination concept). This table shows estimates for the race-alone population and the Two or More Races population. The primary use of the single-race population does not imply that it is the preferred method of presenting or analyzing data. The Census Bureau presents data on race in a variety of ways. Estimates for Native Hawaiians and Other Pacific Islanders are not shown separately due to sample size.

[3] Information on metropolitan statistical areas and principal cities is available at <www.census.gov/programs-surveys/metro-micro/about/glossary.html>.

[4] The sum of those with and without a disability does not equal the total because disability status is not defined for individuals in the U.S. armed forces.

Note: Details may not sum to totals because of rounding. Estimates may differ from previous publications due to additional rounding implemented to protect respondent privacy.

Source: U.S. Census Bureau, Current Population Survey, 2022 and 2023 Annual Social and Economic Supplements (CPS ASEC).