# EXHIBIT 228

# Department of Homeland Security

*U.S. Immigration and Customs Enforcement*

*Budget Overview*



**Fiscal Year 2023**

**Congressional Justification**

# Department of Homeland Security

## *U.S. Immigration and Customs Enforcement*

### *Strategic Context*



**Fiscal Year 2023**

**Congressional Justification**

# U.S. Immigration and Customs Enforcement
## Strategic Context

## Component Overview

The United States Immigration and Customs Enforcement (ICE) promotes homeland security and public safety through the criminal and civil enforcement of Federal laws governing border control, customs, trade, and immigration.

The strategic context presents the performance budget by tying together programs with performance measures that gauge the delivery of results to our stakeholders. DHS has integrated a mission and mission support programmatic view into a significant portion of the Level 1 Program, Project, or Activities (PPAs) in the budget. A mission program is a group of activities acting together to accomplish a specific high-level outcome external to DHS, and includes operational processes, skills, technology, human capital, and other resources. Mission support programs are those that are cross-cutting in nature and support multiple mission programs. Performance measures associated with ICE's mission programs are presented in two measure sets, strategic and management measures. Strategic measures communicate results delivered for our agency mission and are considered our Government Performance and Results Act Modernization Act (GPRAMA) measures. Additional supporting measures, known as management measures, are displayed to enhance connections to resource requests. The measure tables indicate new measures and those being retired, along with historical data if available.

***Enforcement and Removal Operations (ERO)***:  Enforcement and Removal Operations (ERO) enforces the Nation's immigration laws by identifying and apprehending noncitizens, detaining those individuals pending final determination of removability, and removing them from the United States. ERO prioritizes the apprehension, arrest, and removal of those who pose a threat to national security, individuals apprehended at the border or ports of entry while attempting to unlawfully enter the United States, and individuals determined to pose a threat to public safety. ERO manages all logistical aspects of the removal process, including domestic transportation, detention, alternatives to detention programs, bond management, and supervised release. In addition, ERO repatriates those ordered removed from the United States to more than 170 countries around the world.

*Strategic Measures*

| **Measure:** Number of convicted criminal noncitizens who were returned or were removed from the United States | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Description:** This measure includes both the return and removal of noncitizens who have a prior criminal conviction from the United States by ICE Enforcement and Removal Operations (ERO). This measure reflects the program's efforts to ensure convicted criminal noncitizens do not remain in the United States. | | | | | | | |
| **Fiscal Year:** | FY 2017 | FY 2018 | FY 2019 | FY 2020 | FY 2021 | FY 2022 | FY 2023 |
| **Targets:** | 140,000 | 126,000 | 151,000 | 151,000 | 97,440 | 91,500 | 100,650 |
| **Results:** | 127,699 | 145,262 | 150,141 | 103,762 | 39,149 | TBD | TBD |

**U.S. Immigration and Customs Enforcement**  **Strategic Context**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Measure:** Percent of detention facilities found in compliance with the national detention standards by receiving a final acceptable inspection rating ||||||||
| **Description:** This measure gauges the percent of detention facilities, with an Average Daily Population (ADP) greater than 10, that have received an overall rating of acceptable or above within the Enforcement and Removal Operations (ERO) National Detention Standards Program as measured against the Performance Based National Detention Standards. Through a robust inspections program, the program ensures facilities utilized to detain noncitizens in immigration proceedings or awaiting removal to their countries do so in accordance with the Performance Based National Detention Standards. ||||||||
| **Fiscal Year:** | **FY 2017** | **FY 2018** | **FY 2019** | **FY 2020** | **FY 2021** | **FY 2022** | **FY 2023** |
| **Targets:** | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| **Results:** | 100% | 100% | 95% | 100% | 99% | TBD | TBD |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Measure:** Total number of noncitizens who were returned or removed from the United States ||||||||
| **Description:** This measure describes the total number of noncitizens returned and/or removed from the United States by ICE Enforcement and Removal Operations (ERO). The measure includes both noncitizens who have entered the country illegally, but do not already have prior criminal conviction, along with those who have had a prior criminal conviction. This measure provides a complete picture of all the returns and removals accomplished by the program. ||||||||
| **Fiscal Year:** | **FY 2017** | **FY 2018** | **FY 2019** | **FY 2020** | **FY 2021** | **FY 2022** | **FY 2023** |
| **Targets:** | --- | 210,000 | 238,000 | 238,000 | 167,420 | 257,174 | 257,174 |
| **Results:** | --- | 256,085 | 267,258 | 185,884 | 59,011 | TBD | TBD |

*Management Measures*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Measure:** Average daily population of noncitizens maintained in detention facilities ||||||||
| **Description:** This measure reports the average daily count of noncitizens held in detention facilities. The measure reflects the total detention population for a given time period, divided by the total number of days during that time period. ||||||||
| **Fiscal Year:** | **FY 2017** | **FY 2018** | **FY 2019** | **FY 2020** | **FY 2021** | **FY 2022** | **FY 2023** |
| **Targets:** | 30,539 | 40,520 | 45,000 | 45,274 | 34,000 | 32,500 | 25,000 |
| **Results:** | 38,106 | 42,188 | 50,165 | 33,724 | 19,461 | TBD | TBD |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Measure:** Average length of stay in detention of all convicted criminal noncitizens prior to removal from the United States (in days) ||||||||
| **Description:** This measure provides an indicator of efficiencies achieved in driving down the Average Length of Stay (ALOS) for convicted criminals in ICE detention facilities. Decreases in the ALOS can significantly reduce the overall costs associated with detention prior to removal. ||||||||
| **Fiscal Year:** | **FY 2017** | **FY 2018** | **FY 2019** | **FY 2020** | **FY 2021** | **FY 2022** | **FY 2023** |
| **Targets:** | ≤ 44.0 | ≤ 44.0 | ≤ 44.0 | ≤ 44.0 | ≤ 57.8 | ≤ 53.3 | ≤ 50.6 |
| **Results:** | 48.8 | 47.4 | 46.1 | 53.4 | 73.3 | TBD | TBD |