UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF ARIZONA, et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> MERRICK GARLAND in his official capacity as Attorney General of the United States of America; et al., <br><br> DEFENDANTS. | CIVIL ACTION NO. 6:22-cv-01130 |

## ORDER

Plaintiff States' Request for Judicial Notice is GRANTED. Pursuant to Fed. R. Evid. 201, the Court takes judicial notice of the documents attached to Plaintiff States' request and the contents thereof. *See, e.g.*, *Kitty Hawk Aircargo, Inc. v. Chao*, 418 F.3d 453, 457-58 (5th Cir. 2005).

SO ORDERED.

_____
DAVID C. JOSEPH
U.S. DISTRICT JUDGE