UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF ARIZONA, et al.,<br><br>PLAINTIFFS,<br><br>v.<br><br>MERRICK GARLAND in his official capacity as Attorney General of the United States of America; et al.,<br><br>DEFENDANTS. | CIVIL ACTION NO. 6:22-cv-01130 |

**CONSENT MOTION TO FILE UNDER SEAL**

Louisiana and Florida move pursuant to Protective Order (ECF 181) ¶ VI(E) to file under seal the following documents in support of their Opposition to Defendants' Motion to Dismiss:

1. Sealed Declaration of Attorney Scott St. John and Exhibits 10 and 11, which include discovery material produced by Defendants identifying individuals with an address in Florida who were processed under the Asylum IFR, together with other identifying information regarding those individuals.

2. Sealed Declaration of Alexander Ford (Florida Agency for Health Care Administration) which includes the name of an individual with an address in Florida who was identified by Defendants as having been processed under the Asylum IFR, and which discloses that the individual received $532.29 in Florida Medicaid benefits.

3. Sealed Declaration of Tera Bivens (Florida Department of Children and Families) and Exhibit 100, which includes the names of individuals with addresses in Florida identified by Defendants as having been processed under the Asylum IFR, and which discloses that those asylees received SNAP (a/k/a food stamps) or other public benefits.

In support of this Motion, Louisiana and Florida aver that the documents sought to be filed under seal evidence State expenditures on specific aliens processed under the Asylum IFR and support the States' standing, including because the grants of relief on which benefits were based were void ab initio.

Counsel for Louisiana emailed counsel for defendants on January 29, 2024, who responded that Defendants consent to this motion.

Dated:   January 29, 2024

                                                  Respectfully submitted,

**LIZ MURRILL**
  ATTORNEY GENERAL OF LOUISIANA

By: */s/ Joseph Scott St. John*

JOSEPH S. ST. JOHN (La #36682)
  Deputy Solicitor General
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, Louisiana 70804
Tel: (225) 485-2458
stjohnj@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*

**ASHLEY MOODY**
  ATTORNEY GENERAL OF FLORIDA

JAMES H. PERCIVAL*
  Chief of Staff
OFFICE OF THE FLORIDA
ATTORNEY GENERAL
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
Phone: (850) 414-3300
james.percival@myfloridalegal.com

*Counsel for Plaintiff State of Florida*