# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF ARIZONA, et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> MERRICK GARLAND in his official capacity as Attorney General of the United States of America; et al., <br><br> DEFENDANTS. | CIVIL ACTION NO. 6:22-cv-01130 |

## ORDER

Louisiana and Florida's Motion to File Under Seal is GRANTED. Plaintiff States are directed to file the associated documents under seal.

SO ORDERED.

_____
DAVID C. JOSEPH
U.S. DISTRICT JUDGE