# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF ARIZONA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND in his official capacity as Attorney General of the United States of America; et al., <br><br> Defendants. | Civil Action No. 6:22-cv-01130 |

## ORDER

Louisiana and Florida's Motion to File Under Seal is GRANTED. Plaintiff States are directed to file the associated documents under seal.

SO ORDERED.

THUS, DONE AND SIGNED this 30th day of January, 2024.

_____
DAVID C. JOSEPH
U.S. DISTRICT JUDGE