# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

THE STATE OF ARIZONA; et al.,

PLAINTIFFS,

v.

MERRICK GARLAND in his official capacity
as Attorney General of the United States of
America; et al.,

DEFENDANTS.

CIVIL ACTION NO. 6:22-cv-01130

**MOTION FOR
ENLARGEMENT OF PAGES
ON DEFENDANTS' REPLY**

Defendants move the Court for an Order granting Defendants permission to file a 27-page reply memorandum of law in further support of their Motion to Dismiss. Plaintiffs oppose this request.

Defendants filed their Motion to Dismiss on December 22, 2023, ECF No. 214, and Plaintiffs filed their opposition on January 29, 2024. ECF No. 217. Both briefs were 40 pages pursuant to the Court's Order dated December 19, 2023. ECF No. 211. Local Rule 7.8 limits principal briefs to 25 pages and reply briefs to 10 pages. However, as the Court enlarged the principal briefs to 40 pages each, Defendants respectfully request that their reply brief also be enlarged. In their Motion to Dismiss, Defendants challenged several of Plaintiffs' causes of action pursuant to Rule 12(b)(6) and also made a factual attack on Plaintiffs' claim of standing pursuant to Rule 12(b)(1). ECF No. 214-1. In response, Plaintiffs filed a 40 page opposition and attached 12 declarations and 61 exhibits, totaling 3,550 pages. ECF Nos. 217, 218, 220, 225. In addition, Plaintiffs mailed Defendants a disc of additional documents that were too large to file electronically, totaling approximately 4 hours of video footage and Excel spreadsheets that equal

approximately 1,276 printed pages. All told, Plaintiffs sent Defendants over 4,800 additional pages of evidence to review and respond to in Defendants' reply. *Id.*; *see also* Docket entry dated February 5, 2024. After reviewing Plaintiffs' opposition and the attached exhibits, Defendants respectfully request an enlargement of pages for their reply brief in order to provide a fulsome response to Plaintiffs' opposition.

Accordingly, Defendants hereby move the Court for an Order granting Defendants an enlargement for their reply brief, for a total of 27 pages.

Dated:   February 21, 2024                Respectfully submitted,

                                          BRIAN M. BOYNTON
                                          *Principal Deputy Assistant Attorney General*

                                          WILLIAM C. PEACHEY
                                          *Director*
                                          Office of Immigration Litigation
                                          District Court Section

                                          EREZ REUVENI
                                          *Counsel*

                                          BRIAN C. WARD
                                          *Senior Litigation Counsel*

                                          /s/ *Erin T. Ryan*
                                          ERIN T. RYAN
                                          *Trial Attorney*
                                          U.S. Department of Justice
                                          Civil Division
                                          Office of Immigration Litigation
                                          District Court Section
                                          P.O. Box 868, Ben Franklin Station
                                          Washington, DC 20044
                                          Tel.: (202) 532-5802
                                          Erin.t.ryan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2024, I electronically filed this motion with the Clerk of the Court for the United States District Court for the Western District of Louisiana by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

/s/ *Erin T. Ryan*
ERIN T. RYAN
U.S. Department of Justice