# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF ARIZONA; et al.,<br><br>PLAINTIFFS,<br><br>v.<br><br>MERRICK GARLAND in his official capacity as Attorney General of the United States of America; et al.,<br><br>DEFENDANTS. | CIVIL ACTION NO. 6:22-cv-01130<br><br>**[PROPOSED] ORDER** |

Upon review of Defendants' Motion for Enlargement of Pages on Defendants' Reply, ECF No. 227, and finding good cause, it is hereby ordered that Defendants may file a 27 page Reply in further support of their Motion to Dismiss.

Dated: _____, 2024

_____

Hon. David C. Joseph