UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF ARIZONA; et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> MERRICK GARLAND in his official capacity as Attorney General of the United States of America; et al., <br><br> DEFENDANTS. | CIVIL ACTION NO. 6:22-cv-01130 <br><br> **ORDER** |

Upon review of Defendants' Motion for Enlargement of Pages on Defendants' Reply, [Doc. 227], and finding good cause, it is hereby ORDERED that Defendants may file a 27 page Reply in further support of their Motion to Dismiss.

THUS DONE AND SIGNED in Chambers this 22nd day of February, 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE