# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, *et al.*, <br><br> PLAINTIFFS, <br><br> v. <br><br> MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*, <br><br> DEFENDANTS. | CIVIL ACTION NO. 6:22-cv-01130 |

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Plaintiff, the State of Louisiana, who respectfully moves this court to enroll Morgan Brungard (Bar No. 40298) of the Louisiana Department of Justice as additional counsel of record in the above captioned matter. Ms. Brungard is licensed to practice law in the state of Louisiana and is admitted to practice before this honorable court.

WHEREFORE, undersigned counsel prays that this Motion to Enroll Additional Counsel of Record be GRANTED, and that an order issue enrolling Morgan Brungard as additional counsel of record for Plaintiff, the State of Louisiana.

Dated: February 28, 2024						Respectfully submitted,

									**LIZ MURRILL**
									 **ATTORNEY GENERAL OF LOUISIANA**

									By:*/s/ Joseph Scott St. John*
									JOSEPH S. ST. JOHN (La #36682)
									  Deputy Solicitor General
									LOUISIANA DEPT. OF  JUSTICE
									1885 N. Third Street
									Baton Rouge, Louisiana 70802
									Tel: (225) 485-2458
									stjohnj@ag.louisiana.gov