**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION**

| | |
|---|---|
| STATE OF ARIZONA, *et al.*,<br><br>                         PLAINTIFFS,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*,<br><br>                         DEFENDANTS. | CIVIL ACTION NO. 6:22-cv-01130 |

**ORDER**

Considering the foregoing Motion to Enroll Additional Counsel of Record,

**IT IS ORDERED** that Morgan Brungard (Bar No. 40298) be enrolled as additional counsel for Plaintiff the State of Louisiana in this proceeding.

This ____ day of _____, 2024.

_____
**UNITED STATES DISTRICT JUDGE**