UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States*, et al.*,<br><br>    Defendants. | Civil Action No. 6:22-cv-01130-DCJ-CBW |

## MOTION TO WITHDRAW

NOW INTO COURT, comes Plaintiff the State of Louisiana, who respectfully requests the Court to withdraw Joseph Scott St. John (Bar No. 36682) as counsel in the above referenced matter and be removed from receiving notices filed in this matter effective from the date of this filing. Mr. St. John is returning to private practice on March 1, 2024, and, will no longer represent the State of Louisiana. The State will continue to be represented by Morgan Brungard, who will serve as local counsel for other Plaintiff States.

Dated: February 28, 2024            Respectfully submitted,

                    LIZ MURRILL
                     ATTORNEY GENERAL OF LOUISIANA

                    By:*/s/ Joseph Scott St. John*
                    JOSEPH S. ST. JOHN (La #36682)
                      Deputy Solicitor General
                    LOUISIANA DEPT. OF JUSTICE
                    1885 N. Third Street
                    Baton Rouge, Louisiana 70804
                    Tel: (225) 485-2458
                    stjohnj@ag.louisiana.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document has been electronically filed and served via the Court's ECF System on this 27th day of February, 2024.

                                              */s/ Joseph Scott St. John*
                                              Joseph Scott St. John