# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

STATE OF ARIZONA, *et al.*,

    Plaintiffs,

    v.

MERRICK GARLAND, in his official capacity as Attorney General of the United States*, et al.*,

    Defendants.

Civil Action No. 6:22-cv-01130-DCJ-CBW

## **ORDER**

Considering the foregoing Motion to Withdraw,

**IT IS ORDERED** that Joseph Scott St. John (Bar No. 36682) be withdrawn as counsel for Plaintiff the State of Louisiana, in this proceeding.

This ___ day of _____, 2024.

_____
**UNITED STATES DISTRICT JUDGE**
**WESTERN DISTRICT OF LOUISIANA**