# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, *et al.*, <br><br>                  PLAINTIFFS, <br><br> v. <br><br> MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*, <br><br>                  DEFENDANTS. | CIVIL ACTION NO. 6:22-cv-01130 |

## ORDER

Considering the foregoing Motion to Enroll Additional Counsel of Record,

**IT IS ORDERED** that Morgan Brungard (Bar No. 40298) be enrolled as additional counsel for Plaintiff the State of Louisiana in this proceeding.

This 29th day of February, 2024.

_____
**CAROL B. WHITEHURST**
**UNITED STATES MAGISTRATE JUDGE**