UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States*, et al.*,<br><br>    Defendants. | Civil Action No. 6:22-cv-01130-DCJ-CBW |

**ORDER**

Considering the foregoing Motion to Withdraw,

**IT IS ORDERED** that Joseph Scott St. John (Bar No. 36682) be withdrawn as counsel for Plaintiff the State of Louisiana, in this proceeding.

This 29th day of February, 2024.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE