UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, ET AL | CIVIL DOCKET NO. 6:22-cv-01130 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| MERRICK GARLAND, ET AL | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## JUDGMENT

In consideration of the Court's MEMORANDUM RULING [Doc. 235],

IT IS HEREBY ORDERED that Defendants' MOTION TO TRANSFER [Doc. 5] is DENIED.

IT IS FURTHER ORDERED that Defendants' MOTION TO DISMISS FOR LACK OF JURISDICTION AND FAILURE TO STATE A CLAIM [Doc. 281] is GRANTED IN PART, this Court having concluded that the States of Louisiana and Florida do not have Article III standing to challenge the Asylum IFR, and all other Plaintiff States having abandoned their claims of standing with respect to the Asylum IFR. Accordingly, all claims of the Plaintiff States challenging the Asylum IFR under the APA are DENIED and DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that all Plaintiff States fail to state a cause of action under either the Secure Fence Act or the Take Care Clause of the United States Constitution, and these claims are therefore DENIED and DISMISSED WITH PREJUDICE.

THUS, DONE AND SIGNED in Chambers, on this 16th day of April 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE