# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF ARIZONA, ET AL., | )<br>)<br>) |
| *Plaintiffs*, | )   **Civil Action No. 6:22-cv-01130**<br>)<br>)   **Judge David C. Joseph**<br>) |
| v. | )<br>) |
| MERRICK GARLAND, ET AL., | )<br>)<br>) |
| *Defendants.* | )<br>) |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Having considered the Motion to Withdraw of Eric J. Hamilton, IT IS HEREBY ORDERED that the Motion is GRANTED, and the Clerk is directed to remove Eric J. Hamilton as attorney for Plaintiff State of Nebraska in this case.

IT IS SO ORDERED this  28th  day of       January      , 2025.

_____
**CAROL B. WHITEHURST**
**UNITED STATES MAGISTRATE JUDGE**