# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 6, 2025
Lyle W. Cayce
Clerk

No. 24-30359

_____

STATE OF LOUISIANA; STATE OF MISSOURI; STATE OF ARKANSAS; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF IDAHO; STATE OF KANSAS; COMMONWEALTH OF KENTUCKY; STATE OF MISSISSIPPI; STATE OF MONTANA; STATE OF NEBRASKA; STATE OF OKLAHOMA; STATE OF SOUTH CAROLINA; STATE OF UTAH; STATE OF WEST VIRGINIA; STATE OF ALABAMA; STATE OF INDIANA; STATE OF WYOMING,

*Plaintiffs—Appellants*,

*versus*

PAMELA BONDI, *U.S. Attorney General*; UNITED STATES DEPARTMENT OF JUSTICE; MARY CHENG, *in her official capacity as Acting Director of the Executive Office for Immigration Review*; EXECUTIVE OFFICE OF IMMIGRATION REVIEW; KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TROY MILLER, *Senior Official Performing the Duties of the Commissioner, U.S. Customs and Border Protection*; UNITED STATES CUSTOMS AND BORDER PROTECTION; PATRICK J. LECHLEITNER, *Senior Official Performing the Duties of Director of United States Immigration and Customs Enforcement*; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; ANGELICA ALFONSO-ROYALS, *Acting Director of U.S. Citizenship and Immigration Services*; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; RAUL ORTIZ, *in his official capacity as Chief of United States Border Patrol*; UNITED STATES BORDER PATROL; UNITED STATES OF AMERICA,

*Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:22-CV-1130

_____

ORDER:

    IT IS ORDERED that Appellees' opposed motion to extend the stay of this case with an anticipated timetable of December 2025 is GRANTED.

*Edith H. Jones*
_____
EDITH H. JONES
*United States Circuit Judge*

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

October 06, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-30359   State of Louisiana v. Bondi
                  USDC No. 6:22-CV-1130

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Roeshawn Johnson, Deputy Clerk
504-310-7998

Mr. Jorge Benjamin Aguinaga
Mr. Louis Joseph Capozzi III
Mr. Zachary Faircloth
Ms. Elissa P. Fudim
Mr. Allen Huang
Mr. Alan M. Hurst
Mr. Matthew F. Kuhn
Mr. Daniel J. McCoy
Ms. Elizabeth Baker Murrill
Ms. Autumn Hamit Patterson
Mr. Stanford E. Purser
Mr. William James Seidleck
Mr. Brian Christopher Ward
Mr. Michael Ray Williams